UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| **BRENDA GRAHAM,** *as personal Representative for Estate of* **Norman Graham,** | ) ) ) ) | |
| **PLAINTIFF** | ) ) | |
| v. | ) ) ) | Case No.: 1:20-cv-000210-GNS |
| | ) ) | Chief Judge Greg N. Stivers |
| **TODD COUNTY, et. al.,** | ) ) ) | Mag. Judge H. Brent Brennenstuhl |
| **DEFENDANTS.** | ) ) | |

**AGREED ORDER EXTENDING DISCOVERY SCHEDULE**

By agreement of the Parties, and this Court being sufficiently advised, IT IS HEREBY ORDERED:

1. **Discovery Plan**.

    a. Fact discovery to be completed by November 2, 2024.

    b. Plaintiff's disclosures from retained experts under Rule 26(a)(2) due December 17, 2024.

    c. Defendants' expert disclosures due February 15, 2025.

    d. Expert depositions to be completed by April 1, 2025.

2. **Dispositive Motions**. All potentially dispositive motions and *Daubert* motions are due no later than May 31, 2025.

    a. Responses are due June 30, 2025.

    b. Replies are due July 30, 2025.

HAVE AGREED:

*H. Brent Brennenstuhl*

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

June 27, 2024

1

*/s/ Amy Robinson Staples*
Amy Robinson Staples
Elliott R. Slosar
Margaret E. Campbell
Michael I. Kanovitz
*Counsel for Plaintiff*

*/s/ Aaron D. Smith (with permission)*
Aaron D. Smith
Jessica R. Shoulders
*Counsel for Defendant Todd County*
*& Estate of Sheriff Laurin Morris*

*/s/ Alea A. Arnett (with permission)*
Alea A. Arnett
*Counsel for Defendants, Robert Miller,*
*Scott Smith & Estate of Scott Silfies*