# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

**BRENDA GRAHAM,**                                                                           **PLAINTIFF**
**as administrator of the estate of**
**Norman Graham**

v.                                                  CIVIL ACTION NO. 1:20-cv-000210-GNS

**TODD COUNTY, et al.**                                                        **DEFENDANTS**

## AGREED ORDER EXTENDING DISPOSITIVE
## AND *DAUBERT* RESPONSE DEADLINES BY TWO WEEKS

By agreement, the parties agree to extend the dispositive and *Daubert* response and reply deadlines by an additional two weeks due to health-related issues, caseload issues, and conflicts with other deadlines.

The Court being sufficiently advised, IT IS HEREBY ORDERED that the dispositive and *Daubert* response and reply deadlines are hereby extended two weeks as follows:

    a. Responses are due October 27, 2025; and

    b. Replies are due November 21, 2025.

Seen and agreed to by:

/s/ Amy Robinson Staples
Michael I. Kanovitz
Elliot Slosar
*Amy Robinson Staples
Loevy & Loevy
311 N. Aberdeen
3rd Floor
Chicago, IL 60607
(312) 243-5900
elliot@loevy.com
amy@loevy.com

*18 Village Plaza, PMB 181
Shelbyville, KY 40065
*Local address*

*Counsel for Plaintiff*


/s/ Alea Amber Arnett (with permission)
Alea Amber Arnett
Department of Kentucky State Police
Legal Services Branch
919 Versailles Road
Frankfort, KY 40601
(502) 782-2163
Alea.Arnett@ky.gov
*Counsel for Defendants Robert Miller and Scott Smith, in their individual capacities*

/s/ Jessica Shoulders (with permission)
Aaron Smith
Jessica Shoulders
English, Lucas, Priest & Owsley, LLP
1101 College Street
Bowling Green, KY 42102-0070
(270) 781-6500
(270) 782-7782 facsimile
asmith@elpolaw.com
jshoulders@elpolaw.com
*Counsel for Defendant Todd County*