

# CASE NO. 1:20-CV-000210-GNS

# BRENDA GRAHAM, AS THE ADMINISTRATOR OF THE ESTATE OF NORMAN GRAHAM

# V.

# TODD COUNTY, ET AL.

## DEPONENT:

## SUSAN GRAHAM

## DATE:

## MARCH 12, 2024



schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              WESTERN DISTRICT OF KENTUCKY
 3                    AT BOWLING GREEN
 4            CHIEF JUDGE GREG N. STIVERS
 5             MAG. H. BRENT BRENNENSTUHL
 6            CASE NO. 1:20-CV-000210-GNS
 7
 8               BRENDA GRAHAM, AS THE
 9           ADMINISTRATOR OF THE ESTATE OF
10                    NORMAN GRAHAM,
11                       Plaintiff
12
13                          V.
14
15               TODD COUNTY, ET AL.,
16                      Defendants
17
18
19
20
21
22
23   DEPONENT:  SUSAN GRAHAM
24   DATE:      MARCH 12, 2024
25   REPORTER:  OLIVIA M. SIS
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB    Document 130-1    Filed 10/27/25    Page 3 of 16 PageID #: 3230
The Deposition of SUSAN GRAHAM, taken on March 12, 2024

2..5

Page 2

1     APPEARANCES
2
3  ON BEHALF OF THE PLAINTIFF, BRENDA GRAHAM, AS THE
4  ADMINISTRATOR OF THE ESTATE OF NORMAN GRAHAM:
5  Amy Robinson Staples, Esquire
6  Loevy & Loevy
7  311 North Aberdeen Street
8  Third Floor
9  Chicago, Illinois 60607
10 Telephone No.: (312) 243-5900
11 E-mail: amy@loevy.com
12
13 ON BEHALF OF THE DEFENDANT, TODD COUNTY, KENTUCKY:
14 Jessica R. Shoulders, Esquire
15 English, Lucas, Priest & Owsley, LLP
16 1101 College Street
17 Bowling Green, Kentucky 42101
18 Telephone No.: (270) 781-6500
19 E-mail: jshoulders@elpolaw.com
20 (Appeared via videoconference)

Page 3

1
2     APPEARANCES (CONTINUED)
3
4  ON BEHALF OF THE DEFENDANTS, KENTUCKY STATE POLICE,
5  ROBERT MILLER & LEONARD SCOTT SMITH:
6  Alea Amber Arnett, Esquire
7  Kentucky State Police - Legal Services
8  919 Versailles Road
9  Frankfort, Kentucky 40601
10 Telephone No.: (502) 782-2163
11 E-mail: alea.arnett@ky.gov
12 (Appeared via videoconference)
13
14 ON BEHALF OF THE DEFENDANT, WILL WARD:
15 Austin Brinkley, Esquire
16 Ward, Hocker & Thornton, PLLC
17 333 West Vine Street
18 Suite 1100
19 Lexington, Kentucky 40507
20 Telephone No.: (859) 422-6000
21 E-mail: austin.brinkley@whtlaw.com
22 (Appeared via videoconference)
23
24 Also Present: Krystal Barnes, Videographer
25

Page 4

1     INDEX
2                                                 Page
3  PROCEEDINGS                                     6
4  DIRECT EXAMINATION BY MS. STAPLES               7

Page 5

1     STIPULATION
2
3  The VIDEO deposition of SUSAN GRAHAM was taken at BEST
4  WESTERN JACKSONVILLE INN, 1709 WEST MORTON AVENUE,
5  JACKSONVILLE, ILLINOIS 62650 on TUESDAY the 12TH day of
6  MARCH 2024 at 8:57 a.m. (CT); said deposition was taken
7  pursuant to the FEDERAL Rules of Civil Procedure.
8
9  It is agreed that OLIVIA M. SIS, being a Notary Public
10 and Digital Reporter for the State of ILLINOIS, may swear
11 the witness.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB   Document 130-1   Filed 10/27/25   Page 4 of 16 PageID #: 3231
The Deposition of SUSAN GRAHAM, taken on March 12, 2024
6..9

Page 6

1      PROCEEDINGS
2
3      THE VIDEOGRAPHER: My name is Krystal Barnes.
4  I'm the videographer today, and Olivia Sis is the
5  court reporter. Today is the 12th day of March
6  2024. The time is 8:57 a.m. Central Time. We are
7  at the Best Western in Jacksonville, Illinois to
8  take the deposition of Susan Graham in the matter of
9  Brenda Graham, as the administrator of the estate of
10 Norman Graham, pending in the United States District
11 Court, the Western District of Kentucky at Bowling
12 Green, case number 1:20-CV-00210-GNS. Will counsel
13 please identify themselves for the record?
14     MS. STAPLES: Amy Robinson Staples for the
15 plaintiff.
16     MS. ARNETT: Amber Arnett for the state police
17 defendants Smith and Miller.
18     MS. SHOULDERS: Jessica Shoulders on behalf of
19 Todd County, Kentucky.
20     MR. BRINKLEY: And Austin Brinkley on behalf of
21 Will Ward.
22     THE VIDEOGRAPHER: All right. Ma'am, will you
23 please raise your right hand so that the court
24 reporter can swear you in?
25     THE REPORTER: Do you solemnly swear or affirm

Page 7

1  that the testimony you're about to give will be the
2  truth, the whole truth, and nothing but the truth?
3      THE WITNESS: I do.
4      THE REPORTER: All right. Counsel, you may
5  begin.
6         DIRECT EXAMINATION
7  BY MS. STAPLES:
8   Q.  Good morning, ma'am.
9   A.  Good morning.
10  Q.  Please state your name for the record.
11  A.  Susan Graham.
12  Q.  And, Ms. Graham, are you related to the late
13 Norman Graham?
14  A.  His sister.
15  Q.  Do you have other siblings?
16  A.  Yes.
17  Q.  How many siblings were there?
18  A.  There was four.
19  Q.  And tell me the order of your siblings and
20 their names, please.
21  A.  Norman Graham was first, Rodney Graham was
22 second, Dean Graham was third, Ricky Graham was fourth,
23 and Susan Graham was fifth.
24  Q.  So you not only were the baby, but the only
25 girl; is that right?

Page 8

1   A.  Yes.
2   Q.  And Norman was your big brother?
3   A.  He was my Bubby.
4   Q.  Was Bubby what you called him?
5   A.  Yes.
6   Q.  Now, how many years difference were there
7  between you and Norman.
8   A.  11.
9   Q.  Where did you-all grow up?
10  A.  Roodhouse, Illinois.
11  Q.  And growing up, did you live in the same
12 household as Norman?
13  A.  Until I was 5.
14  Q.  And what happened at age 5 that you no longer
15 lived in the same household?
16  A.  He enlisted in the service.
17  Q.  So Norman was in the military?
18  A.  Yes.
19  Q.  On what branch?
20  A.  Army.
21  Q.  And how many years did he spend in the
22 military?
23  A.  A total of five years.
24  Q.  And I jumped right into things, so let me take
25 a step back a little bit.

Page 9

1   A.  Okay.
2   Q.  First of all, have you ever given a deposition
3  before?
4   A.  No.
5   Q.  All right. So let me just explain the rules.
6  They're pretty simple.
7   A.  Okay.
8   Q.  I'm going to be asking you some questions
9  today, and while I'm asking you questions, the attorneys
10 that are there on the computer may have some objections
11 to my questions. If they have any objection, if you
12 hear them speak, I would ask that you stop speaking,
13 allow them to voice their objection, and then you're
14 going to be able to proceed with your answer. We don't
15 have a judge here today that rules on the objections
16 like they do in court. That'll be handled later. So
17 you're going to be able to proceed with your answer once
18 they've stated the objection; do you understand that?
19  A.  Okay. Yes.
20  Q.  You're doing a great job so far, but I ask
21 that you continue to answer the questions verbally as
22 opposed to just shaking your head. That way, we'll be
23 sure that the court reporter gets an accurate record,
24 okay?
25  A.  Okay.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB   Document 130-1   Filed 10/27/25   Page 5 of 16 PageID #: 3232
The Deposition of SUSAN GRAHAM, taken on March 12, 2024

10..13

Page 10

1  Q. And finally, I don't expect that we're going
2  to be here long today, but if you need a break for any
3  reason whatsoever, don't hesitate to ask for that break.
4  I just ask that if there's a question pending of you
5  that you go ahead and answer that question first, okay?
6  A. Yes.
7  Q. All right. I'm sorry I didn't tell you that
8  at the beginning.
9  A. That's all right.
10 Q. Okay. So tell me what your brother Norman was
11 like as a young man.
12 A. Oh, he was laid back and just real mellow. At
13 the time, he was a hippie, you know, type, and he was
14 just laid back.
15 Q. And what do you mean by being a hippie?
16 A. Well, he had long hair, and, you know, he'd
17 wear baggy jeans, and he was just -- at the time, it was
18 like a hippie.
19 Q. And you said he was laid back and mellow?
20 A. Yes.
21 Q. Now, did you have any occasion to meet
22 Norman's girlfriend, Janice Kay Williams?
23 A. Yes.
24 Q. When did you meet Kay?
25 A. He brought her home -- I think it was either

Page 11

1  the end of May of '80 -- 1980 or the beginning of June.
2  Q. Okay. And when you say that he brought her
3  home, where are you speaking of?
4  A. Roodhouse, Illinois.
5  Q. Roodhouse, Illinois? And let me ask you this.
6  Have you always lived in Illinois?
7  A. Yes.
8  Q. You've never lived in Kentucky; is that right?
9  A. No.
10 Q. And how did Norman make his way to Kentucky?
11 A. Service.
12 Q. So after spending time in the Army, he just
13 remained in that area; is that right?
14 A. Yes. Yes. Between Kentucky and Tennessee.
15 Q. Okay. So what was your impression of Kay when
16 you met her back in May or June of 1980?
17 A. She was kind of hippie-like, but, you know,
18 she -- she liked to party. She was happy-go-lucky,
19 and...
20 Q. What observations did you make of the
21 relationship between Norman and Kay?
22 A. Oh, he loved her. He loved her a lot. I
23 mean, they would tease each other and -- and laugh and -
24 - and play around. They had a nice, loving
25 relationship.

Page 12

1  Q. Now, unfortunately, Kay was murdered. You're
2  aware of that. What -- how did you learn of Kay's
3  death?
4  A. He called.
5  Q. He being who?
6  A. Norman. I'm sorry.
7  Q. That's okay.
8  A. Norman called us that morning.
9  Q. And when you say he called you that morning,
10 what morning are you referring to?
11 A. The morning she was murdered.
12 Q. And how would you describe Norman's demeanor
13 when he called you that morning?
14 A. Oh, he was devastated. He -- he was crying,
15 and he couldn't believe that it had happened, that he
16 had lost her, because he loved her.
17 Q. Now, at some point in 1981, Norman was
18 arrested for Kay's murder. How did you learn of
19 Norman's arrest?
20 A. Janice Graham called and told us.
21 Q. And what was your reaction to learning that
22 news?
23 A. I couldn't believe it. I didn't see how they
24 could come to that conclusion that he had murdered her,
25 as much as he loved her. And he was just -- he was

Page 13

1  mild-mannered. I mean, he didn't even like to fight.
2  Q. Norman wasn't a fighter?
3  A. No. No. He'd sit back and watch.
4  Q. He'd watch the fight versus participate?
5  A. Yes. Yes.
6  Q. When Norman and Kay were dating each other,
7  did Norman ever call home?
8  A. Yes.
9  Q. Did he ever speak of Kay during those
10 conversations with you?
11 A. Yes.
12 Q. And what kind of things would he tell you
13 about Kay during those calls?
14 A. Well, I mean, they were all good. He -- I
15 don't know, you know, everything that he said, but it
16 was good. I mean, we were looking forward to meeting
17 her.
18 Q. And you said that -- well, strike that. What
19 was your personal opinion as to whether or not your
20 brother could have done such a heinous act as Kay's
21 murder?
22 A. No.
23    MR. BRINKLEY: Object to form.
24 BY MS. STAPLES:
25 Q. And why is that? You can proceed. Why was

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 14

1  that your opinion?
2      A.  Because -- excuse me, what was the question
3  now?
4      Q.  Sure.  Why was it your opinion that Norman
5  couldn't commit such a heinous murder?
6      A.  Because he was so laid back.  He was -- and he
7  loved her.  I mean, you just don't do that.
8      Q.  So in 1981, Norman was tried originally for
9  Kay's murder.  Did you attend that trial?
10     A.  Yes.
11     Q.  And what was Norman's demeanor sitting there,
12 you know, facing a murder conviction?
13     A.  He was a nervous wreck.  He was -- couldn't
14 believe that it was happening.
15     Q.  And what was your reaction to your brother
16 being tried for murder?
17     A.  I was very upset.  I mean, you just -- you
18 want to be there for them, but you can't.  You can't
19 make it go away.
20     Q.  In 1981, when Norman was initially tried for
21 case murder, were your parents still living?
22     A.  Yes.
23     Q.  And what were your parents' names?
24     A.  Vivian and -- and James Graham.
25     Q.  Did your parents attend Norman's 1981 trial?

Page 15

1      A.  Yes.
2      Q.  What did you observe as to the effect that
3  Norman's charges and trial had on them?
4      A.  They -- their son, their baby boy, you know,
5  was being tried for such a heinous crime, and my mother
6  couldn't believe it.  Well, neither could my father, but
7  Mom was more emotional, and she just couldn't believe
8  it.
9      Q.  What was Norman's relationship like with your
10 mom?
11     A.  He called her, you know, about every month and
12 talked to her, and they were close.
13     Q.  So what was your reaction when Norman's 1981
14 trial ended in a hung jury?
15     A.  I thought that there had to be a mistake, that
16 he just couldn't have done it.
17     Q.  And what do you mean that there had to be a
18 mistake in the hung jury?
19     A.  That they didn't acquit him because he just --
20 he didn't do it.  My feelings.
21     Q.  Let me ask you a couple questions before we go
22 further.  You stated earlier that you've always lived in
23 Illinois, correct?
24     A.  Yes.
25     Q.  You never lived in Kentucky?

Page 16

1      A.  No.
2      Q.  So prior to 1980, 1981, did you know Todd
3  County Sheriff Lauren Morris?
4      A.  No.
5      Q.  Did you know KSP Detective Vernon Algrove?
6      A.  No.
7      Q.  Did you know KSP Detective Robert Miller?
8      A.  No.
9      Q.  Are you familiar with the name Roy Wayne Dean?
10     A.  I am now.
11     Q.  In 1980, were you familiar with the name Roy
12 Wayne Dean?
13     A.  Not until I went to trial with my brother.
14     Q.  So other than what you've learned in the
15 criminal proceedings against Norman, you did not
16 personally know Mr. Dean?
17     A.  No.
18     Q.  Is that correct?
19     A.  No.
20     Q.  Prior to 1980, had Norman ever mentioned Roy
21 Wayne Dean's name to you?
22     A.  No.
23     Q.  Had Kay ever mentioned that name to you?
24     A.  No.
25     Q.  So you've testified about your reaction to the

Page 17

1  hung jury in 1981, but did you remain in contact with
2  Norman after the hung jury in 1981?
3      A.  Yes.
4      Q.  What was Norman's life like after that verdict
5  in '81?
6      A.  He was always looking over his shoulder,
7  wondering when they were going to come and get him
8  again.  He just -- he didn't have any kind of real life.
9      Q.  It was filled with worry?
10     A.  Yes.
11     Q.  Did he ever share with you his thoughts on
12 people thinking that he might be a murderer?
13     A.  Yes.  He -- you know, everybody knew what had
14 happened, and if he'd go somewhere, you know, he always
15 felt like somebody was, you know, saying, "There's that
16 murderer," or -- he just -- he didn't have any kind of
17 life.
18     Q.  And you said he was always looking over his
19 shoulder.  What was he looking over his shoulder about?
20     A.  When he was going to be arrested again.
21     Q.  So he feared that he would be rearrested for a
22 murder?
23     A.  Yes.  Clear up to the time he passed away.
24     Q.  And when did Norman pass?
25     A.  This last July.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 18

1  Q.  So all these years later, until July of 2023,
2  Norman still lived with that fear?
3  A.  Yes.
4  Q.  Did it change his personality in any way?
5  A.  Yeah.  I mean, he went from a laid back,
6  happy-go-lucky person to someone always looking -- every
7  time he'd see a cop, he was wondering if they were
8  coming after him.
9  Q.  Now, tell me about Norman as far as his
10 occupation.  What type of worker was Norman?
11 A.  He was an iron worker.  He was a -- a manager,
12 and they built factories and put the frameworks
13 together.
14 Q.  And when you say that he was a manager, what
15 do you mean by that?
16 A.  He was a foreman-type person.
17 Q.  So he supervised other employees?
18 A.  Yes.
19 Q.  And did he work locally in Kentucky?
20 A.  No, he worked all across the South.
21 Q.  So he went wherever the jobs took him?
22 A.  Yes.
23 Q.  What kind of hours did Norman work?
24 A.  Oh, he worked all kinds of hours.  He'd work
25 clear -- you know, 12, 14 hours, 16 hours.  As long as

Page 19

1  they needed him, he worked.
2  Q.  What kind of money did he make?
3  A.  He made good money.  I'm not sure what the
4  amount was, but he -- he made good money.
5  Q.  So after the hung jury in 1981, Norman went
6  back to being an iron worker; is that correct?
7  A.  Yes.
8  Q.  And is it accurate to state that he worked up
9  until the day of his next arrest in 2007?
10 A.  Yes.
11 Q.  How did you learn that Norman had been
12 arrested again in 2007?
13 A.  Brenda had called us.
14 Q.  And Brenda eventually became Norman's wife; is
15 that correct?
16 A.  Yes.
17 Q.  And so, Brenda called you to inform you that
18 he had been arrested for Kay's murder again?
19 A.  Yes.
20 Q.  What was your reaction?
21 A.  I couldn't believe it.  I don't know how they
22 came to that conclusion.
23 Q.  And during the 25-plus years that had passed
24 since Norman's original trial and this 2007 arrest, what
25 was your observation as to whether Norman was actually

Page 20

1  able to fully move on with his life?
2  A.  What do you mean?
3  Q.  Was Norman able to get past what had happened
4  in 1980 and '81 and being charged and tried for his
5  girlfriend's death?
6  A.  Well, I mean, he went on with his life, but
7  there wasn't much of a life.  All he did was, you know,
8  work.  I mean, he would stop once in a while and have a
9  drink after work and -- and then go home.  He didn't
10 have much of a life.
11 Q.  Now, did you speak with Norman before his 2008
12 trial?  Between the time that he was arrested in 2007
13 and between the time --
14 A.  Yes.  Yes.
15 Q.  -- and when he went to trial in 2008, did you
16 speak with Norman?
17 A.  Yes.
18 Q.  And what was his demeanor like during those
19 conversations?
20 A.  He was scared.  He was afraid that they were
21 going to convict him.
22 Q.  Now, at some point prior to trial in 2008, the
23 prosecutor filed a motion of his intent to seek the
24 death penalty against her brother.  Did you learn of
25 that information?

Page 21

1  A.  Yeah.
2  Q.  What was your reaction to learning that the
3  prosecutor was going to seek the death penalty against
4  Norman?
5  A.  I couldn't believe it.  I don't know how they
6  could do that because he didn't do it.
7  Q.  Were your parents still living in 2007?
8  A.  My mother was, but my father wasn't.
9  Q.  Did you speak with your mom about the fact
10 that the death penalty was being sought against her son?
11 A.  We tried not to because she was getting old,
12 and I don't think she could have take -- took it.  She
13 was -- I mean that was her -- she had already lost one
14 son and she didn't want to lose another.
15 Q.  One of her sons had already passed away; is
16 that right?
17 A.  Yes.
18 Q.  Which son was that?
19 A.  Rodney, the second one.
20 Q.  And when did Rodney pass?
21 A.  In '86.
22 Q.  Did you ever discuss with Norman the fact that
23 the death penalty was being sought against him?
24 A.  Yes.
25 Q.  What were those discussions like?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB   Document 130-1   Filed 10/27/25   Page 8 of 16 PageID #: 3235
The Deposition of SUSAN GRAHAM, taken on March 12, 2024

22..25

Page 22

1  A. He was just scared to death that he was going
2  to die, and he didn't -- I mean, for no reason because
3  he didn't do it.
4  Q. Now, Susan, did you attend Norman's 2008
5  trial?
6  A. Yes.
7  Q. And were you able to speak with your brother
8  during that trial?
9  A. Yes.
10 Q. And what effect did the 2008 trial have on him
11 at that time?
12 A. He was changing. You could see that it was
13 affecting him. He wasn't as happy-go-lucky person that
14 he -- he used to be. He was just -- he just wasn't the
15 same.
16 Q. Were you there when the verdict was read
17 against your brother?
18 A. Yes, I was.
19 Q. And what was your reaction to Norman being
20 found guilty of Kay's murder?
21 A. I was devastated. I couldn't believe that
22 they could do that to him, on the evidence that they
23 had. They just -- I couldn't believe it.
24 Q. Did your mom attend the trial?
25 A. No.

Page 23

1  Q. And you already testified that she was getting
2  older by then; is that right?
3  A. Yes.
4  Q. Now, prior to the 2008 trial against Norman,
5  did you know KSP Detective Steven Silfies?
6  A. No.
7  Q. Did you know KSP employee Brad Stevenson?
8  A. No.
9  Q. Did you know KSP Detective Scott Smith?
10 A. No.
11 Q. Had you had any interactions with Detectives
12 Silfies, Stevenson, or Smith --
13 A. No.
14 Q. -- personally?
15 A. No.
16 Q. After Norman's 2008 conviction, did the two of
17 you remain in contact?
18 A. Oh, yeah.
19 Q. Did you remain in contact with Norman while he
20 was imprisoned?
21 A. Yes.
22 Q. How often did you and Norman speak while he
23 was imprisoned?
24 A. At least -- at least once a month.
25 Q. And were you ever -- excuse me. Were you ever

Page 24

1  able to make the trip to Kentucky to visit Norman in
2  person?
3  A. Yes, I did.
4  Q. How often were you able to do that?
5  A. I only went once. Once. No, twice. I went
6  twice.
7  Q. It's quite a drive from --
8  A. Yes.
9  Q. -- Illinois where you live to where he was
10 incarcerated; is that right?
11 A. Yes.
12 Q. So tell me what Norman's demeanor was like
13 during those years that he was incarcerated for Kay's
14 murder.
15 A. He had to look over his shoulder. He was
16 afraid somebody was going to hit him or knock him out
17 and take his clothes or -- they stole his tennis shoes
18 off of him one time after he -- and beat him up. He had
19 a black eye and busted mouth and -- I mean, it was -- it
20 was bad.
21 Q. And when you said that they stole his tennis
22 shoes off him, are you referring to other inmates with
23 whom he was incarcerated?
24 A. Yes.
25 Q. You said that he was looking over his

Page 25

1  shoulder. Who is he looking over his shoulder about at
2  that time?
3  A. The inmates, the officers, whoever. He didn't
4  know who was going to come after him.
5  Q. And so while incarcerated, you're aware of
6  Norman being physically assaulted; is that correct?
7  A. Yes.
8  Q. How would you describe the effect that being
9  incarcerated during that time had on Norman mentally?
10 A. He just -- he changed. He just wasn't the
11 same person. I mean, he was still my brother, and I
12 loved him, and he loved me, but he just wasn't the same.
13 He wasn't happy or laid back or -- he just wasn't the
14 same person.
15 Q. Now, while Norman was incarcerated, is it
16 accurate that he was incarcerated at Northpoint Prison
17 in Kentucky?
18 A. Yes.
19 Q. And was Norman incarcerated there at North
20 Point when the riots broke out?
21 A. Yes.
22 Q. Did you have any discussions with Norman about
23 what happened to him during that riot?
24 A. Yes.
25 Q. Can you tell me about that, please?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB   Document 130-1   Filed 10/27/25   Page 9 of 16 PageID #: 3236
The Deposition of SUSAN GRAHAM, taken on March 12, 2024

26..29

Page 26

1  A.  Well, the inmates wanted him to join them, and
2  the officers wanted him to give up and -- and come out,
3  and he didn't know what to do.  He was afraid the
4  inmates were going to kill him, or he was afraid the
5  officers were going to kill him.  When he came out, he
6  had to kneel down and put his hands behind his head, and
7  he was scared.  He didn't know what was going to happen.
8  Q.  Did he speak of the fires that was --
9  A.  Yes.
10 Q.  -- going on during the riots?  And what kind
11 of discussion did he have with you about that?
12 A.  Well, he was scared.  You know, if you've
13 never been around a fire or been in a fire, it's hard.
14 It's devastating.
15 Q.  Especially when you have no control of your
16 surroundings?
17 A.  Right.
18 Q.  Is that right?  Were you aware of the type of
19 dorm that Norman was housed in during his incarceration?
20 A.  I know the last one, he was in, like, a -- oh,
21 there was no bars between the inmates, or they had,
22 like, bunks.
23 Q.  Are you familiar with the term the Honors
24 Dorm?
25 A.  Yes.

Page 27

1  Q.  Did Norman ever discuss with you being in the
2  Honors Dorm?
3  A.  Yes.  Yes, he was.
4  Q.  Now, during Norman's incarceration, he was
5  diagnosed with cancer; is that right?
6  A.  Yes.
7  Q.  Did you have discussions with Norman about
8  that diagnosis?
9  A.  Yes.
10 Q.  Can you explain to me what those discussions
11 were like?
12 A.  Well, he would tell me when the officers
13 wouldn't take him for his appointments at the doctor's,
14 and so he didn't know if he was going to die of the
15 cancer or -- or not.
16 Q.  So there were times while Norman was
17 incarcerated that he missed his oncology appointments --
18 A.  Yes.
19 Q.  -- due to the prison not transporting him; is
20 that right?
21 A.  Right.
22 Q.  What effect did that have on him physically?
23 A.  Well, it took longer for him to go into
24 remission.
25 Q.  Did Norman lose any weight during that period?

Page 28

1  A.  Oh, he lost a lot of weight.  He went down to
2  -- in the 140s, and he was, I think, 5'10", and that's -
3  - he was skin and bones.
4  Q.  Now, at any point, did Norman discuss with you
5  the possibility of him having a bone-marrow procedure
6  done?
7  A.  Yes.
8  Q.  To your knowledge, was that bone-marrow
9  procedure done --
10 A.  No.
11 Q.  -- when it was supposed to be?
12 A.  No.
13 Q.  And why was that?
14 A.  He wasn't transported.  That's when I was -- I
15 went to see him because I was going to do the bone-
16 marrow, and they didn't transport him.
17 Q.  And they being the Kentucky Department of
18 Corrections?
19 A.  Right.
20 Q.  And cancer was something that Norman had to
21 continue to fight even after his release from the
22 prison; is that right?
23 A.  Yes.
24 Q.  Now, I apologize if you've already told me
25 this, but has your mother passed away?

Page 29

1  A.  She passed away in 2012.
2  Q.  And Norman was incarcerated at that time; is
3  that right?
4  A.  Yes.
5  Q.  Was your mom in the hospital prior to her
6  passing?
7  A.  Yes.
8  Q.  Was Norman permitted to see your mom --
9  A.  No.
10 Q.  -- while she was in the hospital?
11 A.  No.
12 Q.  Was Norman permitted to attend your mom's
13 funeral?
14 A.  He didn't want to go in shackles.  He didn't
15 want to -- the family and my mom's friends to see him
16 like that, in shackles.
17 Q.  And was your mom's funeral in Illinois?
18 A.  Yes.
19 Q.  Did you and Norman discuss the effect that
20 being unable to attend your mom's funeral and not being
21 able to see her prior to her death had on him?
22 A.  Yes, because he didn't get to tell her
23 goodbye.  He was her firstborn.
24 Q.  And this is going to sound like a stupid
25 question, so forgive me, but did Norman express how much

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 30

1  it bothered him that he couldn't tell his own mother
2  goodbye?
3     A.  Yeah.  He started drinking more and more when
4  he got out.  He just wasn't the same.
5     Q.  So ultimately, Norman was released from
6  prison, right?
7     A.  Yes.
8     Q.  And what was he released with?  What's your
9  knowledge of what Norman was given when he walked out of
10 those prison doors?
11    A.  I get these confused.  He was released with --
12    Q.  Well -- and we're going to get to that.  That's
13 when he was exonerated, I think is what you're talking
14 about --
15    A.  Yes.
16    Q.  -- whether he was -- his charges were
17 dismissed with or without prejudice, right?
18    A.  Right.
19    Q.  Prior to his exoneration, when he was first
20 released from prison after his conviction was vacated,
21 do you know if he was given anything when he walked out?
22    A.  Nothing.  No money, no clothes.  You know, all
23 he had was the clothes that I had bought him over the
24 years, and they didn't give him anything.  Not even a
25 bus ticket.

Page 31

1     Q.  Was he provided any compensation for housing?
2     A.  No.  No.  He had to -- well, I got his first
3  place, and my cousin and I got his clothes, and he
4  didn't have anything.
5     Q.  And he had spent over ten years in prison; is
6  that right?
7     A.  Yes.
8     Q.  So it sounds as though you remained in contact
9  with Norman after his release from prison; is that
10 right?
11    A.  Yes.
12    Q.  What was life like for him once his charges
13 were dismissed?
14    A.  He had to go, you know, to Louisville, to the
15 doctor all the time, and I -- I went and stayed with him
16 for, like, two or three months at a time, and he was
17 just -- he wasn't the same.  He was sick from the
18 treatments.  He didn't have any kind of a life.
19    Q.  And earlier, you were trying to make the
20 distinction between his charges being dismissed with or
21 without prejudice.  What effect did it have on Norman
22 that the charges could have been brought against him
23 again?
24    A.  Like I said, he was looking over his shoulder,
25 wondering when they were going to come and get him

Page 32

1  again.
2     Q.  So even after the charges were dismissed, he
3  continued to live with that fear?
4     A.  Yes.
5     Q.  Was Norman able to work once he was released
6  from prison?
7     A.  He tried, and the bosses even tried to make a
8  job for him, and he still -- he couldn't do it.  He was
9  too weak, and so he just -- he gave up, and he started
10 going downhill.  He started with COPD.  He had to be on
11 oxygen.  Just went downhill.
12    Q.  Prior to his death, did you and Norman discuss
13 the effect that spending over a decade of his life
14 imprisoned for something he didn't do -- did you discuss
15 the effect that had on him?
16    A.  Oh, yeah.  He -- it ruined him.  It -- I -- I
17 don't know how to say it, but he went from a happy-go-
18 lucky guy to somebody always looking -- always looking
19 over his shoulder, wondering when they were going to
20 come and get him.
21    Q.  Did that fear affect Norman's ability to trust
22 people?
23    A.  Oh, yeah.  I mean, like, his family, he -- he
24 trusted us, but other people, no, he -- he didn't trust
25 them.  Yeah.

Page 33

1     Q.  Susan, is it accurate to state that from the
2  time that Norman was charged wrongfully for Kay's murder
3  until his death, he was never the same person?
4     A.  No.  He was never the same person.  And it's
5  sad.
6     Q.  And those charges and Norman's wrongful
7  conviction not only affected Norman personally, but
8  affected your family?
9     A.  Oh, yes.  Yeah.  I mean, we had -- we went
10 through it with him.  He was our family.
11    Q.  And even until the day that Norman passed away
12 last year, he still lived with the fear of, once again,
13 being wrongfully charged with his girlfriend's death?
14    A.  Yes.  He still was looking.  Looking over his
15 shoulder.
16        MS. STAPLES:  All right, ma'am.  That's all the
17    questions that I have for you right now.  The other
18    attorneys that are there on the computer may have a
19    few.
20        MS. ARNETT:  This is Amber Arnett.  I do not
21    have any questions.
22        MS. SHOULDERS:  Ms. Graham, this is Jessica
23    Shoulders, and I do not have any questions.  Thank
24    you.
25        MR. BRINKLEY:  Austin Brinkley.  I don't have

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB    Document 130-1    Filed 10/27/25    Page 11 of 16 PageID #: 3238
The Deposition of SUSAN GRAHAM, taken on March 12, 2024
34..36

Page 34

1  anything either.  Thank you, Ms. Graham.
2      THE REPORTER:  All right.
3      MR. BRINKLEY:  Thank you.
4      THE REPORTER:  So before we get off the record,
5  Ms. Graham, you have the opportunity to either read
6  or waive the transcripts just to check over and make
7  sure there's no typos, nothing was miswritten.  Do
8  you -- do you have a preference on what you do?
9      THE WITNESS:  I think you did a good job.
10     THE REPORTER:  Thank you.  So you'll go ahead
11 and waive that?
12     THE WITNESS:  Yes.
13     THE REPORTER:  All right.  Perfect.  And, Amy,
14 do you plan on ordering the transcript or video
15 today?
16     MS. STAPLES:  Just the transcript, please.
17     THE REPORTER:  Just the transcript? Electronic
18 okay?
19     MS. STAPLES:  Yes, please.
20     THE REPORTER:  Perfect.  All right.  Let me
21 come ask our friends on Zoom.  Amber, do you plan on
22 ordering either transcript or video today?
23     MS. ARNETT:  Just the electronic transcript,
24 please.
25     THE REPORTER:  All right.  Perfect.  And,

Page 35

1  Jessica, for you?
2      MS. SHOULDERS:  Just the e-tran.  Thank you.
3      THE REPORTER:  E-tran?  All right.  And for
4  Austin?
5      MR. BRINKLEY:  Yeah, we'll do the e-tran as
6  well.
7      THE REPORTER:  All right.  Perfect.
8      THE VIDEOGRAPHER:  All right.  We are off the
9  record.  The time is 9:42 a.m.
10        (DEPOSITION CONCLUDED AT 9:42 A.M. CT)

Page 36

1           CERTIFICATE OF DIGITAL REPORTER
2                    STATE OF ILLINOIS
3
4  I do hereby certify that the witness in the foregoing
5  transcript was taken on the date, and at the time and
6  place set out on the Stipulation page hereof by me after
7  first being duly sworn to testify the truth, the whole
8  truth, and nothing but the truth; and that the said
9  matter was recorded digitally by me and then reduced to
10 typewritten form under my direction, and constitutes a
11 true record of the transcript as taken, all to the best
12 of my skills and ability. I certify that I am not a
13 relative or employee of either counsel, and that I am in
14 no way interested financially, directly or indirectly,
15 in this action.

*[Signature: Olivia M. Sis]*

OFFICIAL SEAL
OLIVIA M. SIS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES SEPT. 20, 2027

22 OLIVIA SIS,
23 DIGITAL REPORTER/NOTARY
24 COMMISSION EXPIRES ON: 09/20/2027
25 SUBMITTED ON: 03/20/2024

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

### 1

**11**  8:8
**12**  18:25
**12th**  6:5
**14**  18:25
**140s**  28:2
**16**  18:25
**1980**  11:1,16 16:2,11,20 20:4
**1981**  12:17 14:8,20,25 15:13 16:2 17:1,2 19:5
**1:20-CV-00210-GNS**  6:12

### 2

**2007**  19:9,12,24 20:12 21:7
**2008**  20:11,15,22 22:4,10 23:4,16
**2012**  29:1
**2023**  18:1
**2024**  6:6
**25-plus**  19:23

### 5

**5**  8:13,14
**5'10"**  28:2

### 8

**80**  11:1
**81**  17:5 20:4
**86**  21:21
**8:57**  6:6

### 9

**9:42**  35:9,10

### A

**a.m.**  6:6 35:9,10
**ability**  32:21
**accurate**  9:23 19:8 25:16 33:1
**acquit**  15:19
**act**  13:20
**administrator**  6:9
**affect**  32:21
**affected**  33:7,8
**affecting**  22:13
**affirm**  6:25
**afraid**  20:20 24:16 26:3,4
**age**  8:14
**ahead**  10:5 34:10
**Algrove**  16:5
**Amber**  6:16 33:20 34:21
**amount**  19:4
**Amy**  6:14 34:13
**apologize**  28:24
**appointments**  27:13,17
**area**  11:13
**Army**  8:20 11:12
**Arnett**  6:16 33:20 34:23
**arrest**  12:19 19:9,24
**arrested**  12:18 17:20 19:12,18 20:12
**assaulted**  25:6
**attend**  14:9,25 22:4,24 29:12,20
**attorneys**  9:9 33:18
**Austin**  6:20 33:25 35:4
**aware**  12:2 25:5 26:18

### B

**baby**  7:24 15:4
**back**  8:25 10:12,14,19 11:16 13:3 14:6 18:5 19:6 25:13
**bad**  24:20
**baggy**  10:17
**Barnes**  6:3
**bars**  26:21
**beat**  24:18
**begin**  7:5
**beginning**  10:8 11:1
**behalf**  6:18,20
**big**  8:2
**bit**  8:25
**black**  24:19
**bone-**  28:15
**bone-marrow**  28:5,8
**bones**  28:3
**bosses**  32:7
**bothered**  30:1
**bought**  30:23
**Bowling**  6:11
**boy**  15:4
**Brad**  23:7
**branch**  8:19
**break**  10:2,3
**Brenda**  6:9 19:13,14,17
**Brinkley**  6:20 13:23 33:25 34:3 35:5
**broke**  25:20
**brother**  8:2 10:10 13:20 14:15 16:13 20:24 22:7,17 25:11
**brought**  10:25 11:2 31:22
**Bubby**  8:3,4
**built**  18:12
**bunks**  26:22
**bus**  30:25
**busted**  24:19

### C

**call**  13:7
**called**  8:4 12:4,8,9,13,20 15:11 19:13,17
**calls**  13:13
**cancer**  27:5,15 28:20
**case**  6:12 14:21
**Central**  6:6
**change**  18:4
**changed**  25:10
**changing**  22:12
**charged**  20:4 33:2,13
**charges**  15:3 30:16 31:12,20,22  32:2 33:6
**check**  34:6
**clear**  17:23 18:25
**close**  15:12
**clothes**  24:17 30:22,23 31:3
**commit**  14:5
**compensation**  31:1
**computer**  9:10 33:18
**CONCLUDED**  35:10
**conclusion**  12:24 19:22
**confused**  30:11
**contact**  17:1 23:17,19 31:8
**continue**  9:21 28:21
**continued**  32:3
**control**  26:15
**conversations**  13:10 20:19
**convict**  20:21
**conviction**  14:12 23:16 30:20 33:7
**cop**  18:7
**COPD**  32:10
**correct**  15:23 16:18 19:6,15 25:6
**Corrections**  28:18
**counsel**  6:12 7:4
**County**  6:19 16:3
**couple**  15:21

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**court**  6:5,11,23 9:16,23
**cousin**  31:3
**crime**  15:5
**criminal**  16:15
**crying**  12:14
**CT**  35:10

___ D ___

**dating**  13:6
**day**  6:5 19:9 33:11
**Dean**  7:22 16:9,12,16
**Dean's**  16:21
**death**  12:3 20:5,24 21:3, 10,23 22:1 29:21 32:12 33:3,13
**decade**  32:13
**defendants**  6:17
**demeanor**  12:12 14:11 20:18 24:12
**Department**  28:17
**deposition**  6:8 9:2 35:10
**describe**  12:12 25:8
**Detective**  16:5,7 23:5,9
**Detectives**  23:11
**devastated**  12:14 22:21
**devastating**  26:14
**diagnosed**  27:5

**diagnosis**  27:8
**die**  22:2 27:14
**difference**  8:6
**DIRECT**  7:6
**discuss**  21:22 27:1 28:4 29:19 32:12,14
**discussion**  26:11
**discussions**  21:25 25:22 27:7,10
**dismissed**  30:17 31:13,20 32:2
**distinction**  31:20
**District**  6:10, 11
**doctor**  31:15
**doctor's**  27:13
**doors**  30:10
**dorm**  26:19,24 27:2
**downhill**  32:10,11
**drink**  20:9
**drinking**  30:3
**drive**  24:7
**due**  27:19

___ E ___

**e-tran**  35:2,3,5
**earlier**  15:22 31:19
**effect**  15:2 22:10 25:8 27:22 29:19 31:21 32:13,15
**electronic**  34:17,23
**emotional**

15:7
**employee**  23:7
**employees**  18:17
**end**  11:1
**ended**  15:14
**enlisted**  8:16
**estate**  6:9
**eventually**  19:14
**evidence**  22:22
**EXAMINATION**  7:6
**excuse**  14:2 23:25
**exonerated**  30:13
**exoneration**  30:19
**expect**  10:1
**explain**  9:5 27:10
**express**  29:25
**eye**  24:19

___ F ___

**facing**  14:12
**fact**  21:9,22
**factories**  18:12
**familiar**  16:9, 11 26:23
**family**  29:15 32:23 33:8,10
**father**  15:6 21:8
**fear**  18:2 32:3, 21 33:12
**feared**  17:21
**feelings**  15:20

**felt**  17:15
**fight**  13:1,4 28:21
**fighter**  13:2
**filed**  20:23
**filled**  17:9
**finally**  10:1
**fire**  26:13
**fires**  26:8
**firstborn**  29:23
**foreman-type**  18:16
**forgive**  29:25
**form**  13:23
**forward**  13:16
**found**  22:20
**fourth**  7:22
**frameworks**  18:12
**friends**  29:15 34:21
**fully**  20:1
**funeral**  29:13, 17,20

___ G ___

**gave**  32:9
**girl**  7:25
**girlfriend**  10:22
**girlfriend's**  20:5 33:13
**give**  7:1 26:2 30:24
**good**  7:8,9 13:14,16 19:3,4 34:9
**goodbye**  29:23 30:2
**Graham**  6:8,9, 10 7:11,12,13,

21,22,23 12:20 14:24 33:22 34:1,5
**great**  9:20
**Green**  6:12
**grow**  8:9
**growing**  8:11
**guilty**  22:20
**guy**  32:18

___ H ___

**hair**  10:16
**hand**  6:23
**handled**  9:16
**hands**  26:6
**happen**  26:7
**happened**  8:14 12:15 17:14 20:3 25:23
**happening**  14:14
**happy**  25:13
**happy-go-**  32:17
**happy-go-lucky**  11:18 18:6 22:13
**hard**  26:13
**head**  9:22 26:6
**hear**  9:12
**heinous**  13:20 14:5 15:5
**hesitate**  10:3
**hippie**  10:13, 15,18
**hippie-like**  11:17
**hit**  24:16
**home**  10:25 11:3 13:7 20:9



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Honors**  26:23 27:2

**hospital**  29:5,10

**hours**  18:23, 24,25

**housed**  26:19

**household**  8:12,15

**housing**  31:1

**hung**  15:14,18 17:1,2 19:5

---

**I**

**identify**  6:13

**Illinois**  6:7 8:10 11:4,5,6 15:23 24:9 29:17

**impression**  11:15

**imprisoned**  23:20,23 32:14

**incarcerated**  24:10,13,23 25:5,9,15,16,19 27:17 29:2

**incarceration**  26:19 27:4

**inform**  19:17

**information**  20:25

**initially**  14:20

**inmates**  24:22 25:3 26:1,4,21

**intent**  20:23

**interactions**  23:11

**iron**  18:11 19:6

---

**J**

**Jacksonville**  6:7

**James**  14:24

**Janice**  10:22 12:20

**jeans**  10:17

**Jessica**  6:18 33:22 35:1

**job**  9:20 32:8 34:9

**jobs**  18:21

**join**  26:1

**judge**  9:15

**July**  17:25 18:1

**jumped**  8:24

**June**  11:1,16

**jury**  15:14,18 17:1,2 19:5

---

**K**

**Kay**  10:22,24 11:15,21 12:1 13:6,9,13 16:23

**Kay's**  12:2,18 13:20 14:9 19:18 22:20 24:13 33:2

**Kentucky**  6:11,19 11:8, 10,14 15:25 18:19 24:1 25:17 28:17

**kill**  26:4,5

**kind**  11:17 13:12 17:8,16 18:23 19:2 26:10 31:18

**kinds**  18:24

**kneel**  26:6

**knew**  17:13

**knock**  24:16

**knowledge**  28:8 30:9

**Krystal**  6:3

**KSP**  16:5,7 23:5,7,9

---

**L**

**laid**  10:12,14,19 14:6 18:5 25:13

**late**  7:12

**laugh**  11:23

**Lauren**  16:3

**learn**  12:2,18 19:11 20:24

**learned**  16:14

**learning**  12:21 21:2

**life**  17:4,8,17 20:1,6,7,10 31:12,18 32:13

**live**  8:11 24:9 32:3

**lived**  8:15 11:6,8 15:22,25 18:2 33:12

**living**  14:21 21:7

**locally**  18:19

**long**  10:2,16 18:25

**longer**  8:14 27:23

**lose**  21:14 27:25

**lost**  12:16 21:13 28:1

**lot**  11:22 28:1

**Louisville**  31:14

**loved**  11:22 12:16,25 14:7 25:12

**loving**  11:24

**lucky**  32:18

---

**M**

**made**  19:3,4

**make**  11:10,20 14:19 19:2 24:1 31:19 32:7 34:6

**man**  10:11

**manager**  18:11,14

**March**  6:5

**marrow**  28:16

**matter**  6:8

**meet**  10:21,24

**meeting**  13:16

**mellow**  10:12, 19

**mentally**  25:9

**mentioned**  16:20,23

**met**  11:16

**mild-mannered**  13:1

**military**  8:17, 22

**Miller**  6:17 16:7

**missed**  27:17

**mistake**  15:15, 18

**miswritten**  34:7

**mom**  15:7,10 21:9 22:24 29:5,8

**mom's**  29:12, 15,17,20

**money**  19:2,3, 4 30:22

**month**  15:11 23:24

**months**  31:16

---

**morning**  7:8,9 12:8,9,10,11,13

**Morris**  16:3

**mother**  15:5 21:8 28:25 30:1

**motion**  20:23

**mouth**  24:19

**move**  20:1

**murder**  12:18 13:21 14:5,9, 12,16,21 17:22 19:18 22:20 24:14 33:2

**murdered**  12:1,11,24

**murderer**  17:12,16

---

**N**

**names**  7:20 14:23

**needed**  19:1

**nervous**  14:13

**news**  12:22

**nice**  11:24

**Norman**  6:10 7:13,21 8:2,7, 12,17 10:10 11:10,21 12:6, 8,17 13:2,6,7 14:4,8,20 16:15,20 17:2, 24 18:2,9,10,23 19:5,11,25 20:3,11,16 21:4,22 22:19 23:4,19,22 24:1 25:6,9,15,19,22 26:19 27:1,7, 16,25 28:4,20 29:2,8,12,19,25 30:5,9 31:9,21 32:5,12 33:2,7, 11

**Norman's**  10:22 12:12,19 14:11,25 15:3,



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

|  |  |  |  |  |
|---|---|---|---|---|
| 9,13 17:4 19:14,24 22:4 23:16 24:12 27:4 32:21 33:6 **North** 25:19 **Northpoint** 25:16 **number** 6:12 — **O** — **Object** 13:23 **objection** 9:11,13,18 **objections** 9:10,15 **observation** 19:25 **observations** 11:20 **observe** 15:2 **occasion** 10:21 **occupation** 18:10 **officers** 25:3 26:2,5 27:12 **older** 23:2 **Olivia** 6:4 **oncology** 27:17 **opinion** 13:19 14:1,4 **opportunity** 34:5 **opposed** 9:22 **order** 7:19 **ordering** 34:14,22 **original** 19:24 **originally** 14:8 **oxygen** 32:11 | — **P** — **parents** 14:21, 25 21:7 **parents'** 14:23 **participate** 13:4 **party** 11:18 **pass** 17:24 21:20 **passed** 17:23 19:23 21:15 28:25 29:1 33:11 **passing** 29:6 **past** 20:3 **penalty** 20:24 21:3,10,23 **pending** 6:10 10:4 **people** 17:12 32:22,24 **Perfect** 34:13, 20,25 35:7 **period** 27:25 **permitted** 29:8,12 **person** 18:6,16 22:13 24:2 25:11,14 33:3,4 **personal** 13:19 **personality** 18:4 **personally** 16:16 23:14 33:7 **physically** 25:6 27:22 **place** 31:3 **plaintiff** 6:15 **plan** 34:14,21 | **play** 11:24 **point** 12:17 20:22 25:20 28:4 **police** 6:16 **possibility** 28:5 **preference** 34:8 **prejudice** 30:17 31:21 **pretty** 9:6 **prior** 16:2,20 20:22 23:4 29:5,21 30:19 32:12 **prison** 25:16 27:19 28:22 30:6,10,20 31:5,9 32:6 **procedure** 28:5,9 **proceed** 9:14, 17 13:25 **proceedings** 6:1 16:15 **prosecutor** 20:23 21:3 **provided** 31:1 **put** 18:12 26:6 — **Q** — **question** 10:4, 5 14:2 29:25 **questions** 9:8, 9,11,21 15:21 33:17,21,23 — **R** — **raise** 6:23 **reaction** 12:21 14:15 15:13 16:25 19:20 21:2 22:19 | **read** 22:16 34:5 **real** 10:12 17:8 **rearrested** 17:21 **reason** 10:3 22:2 **record** 6:13 7:10 9:23 34:4 35:9 **referring** 12:10 24:22 **related** 7:12 **relationship** 11:21,25 15:9 **release** 28:21 31:9 **released** 30:5, 8,11,20 32:5 **remain** 17:1 23:17,19 **remained** 11:13 31:8 **remission** 27:24 **reporter** 6:5, 24,25 7:4 9:23 34:2,4,10,13, 17,20,25 35:3,7 **Ricky** 7:22 **riot** 25:23 **riots** 25:20 26:10 **Robert** 16:7 **Robinson** 6:14 **Rodney** 7:21 21:19,20 **Roodhouse** 8:10 11:4,5 **Roy** 16:9,11,20 **ruined** 32:16 **rules** 9:5,15 | — **S** — **sad** 33:5 **scared** 20:20 22:1 26:7,12 **Scott** 23:9 **seek** 20:23 21:3 **service** 8:16 11:11 **shackles** 29:14,16 **shaking** 9:22 **share** 17:11 **Sheriff** 16:3 **shoes** 24:17,22 **shoulder** 17:6, 19 24:15 25:1 31:24 32:19 33:15 **Shoulders** 6:18 33:22,23 35:2 **siblings** 7:15, 17,19 **sick** 31:17 **Silfies** 23:5,12 **simple** 9:6 **Sis** 6:4 **sister** 7:14 **sit** 13:3 **sitting** 14:11 **skin** 28:3 **Smith** 6:17 23:9,12 **solemnly** 6:25 **son** 15:4 21:10, 14,18 **sons** 21:15 **sought** 21:10, 23 |



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB   Document 130-1   Filed 10/27/25   Page 16 of 16 PageID #: 3248
The Deposition of SUSAN GRAHAM, taken on March 12, 2024

41

**sound** 29:24
**sounds** 31:8
**South** 18:20
**speak** 9:12 13:9 20:11,16 21:9 22:7 23:22 26:8
**speaking** 9:12 11:3
**spend** 8:21
**spending** 11:12 32:13
**spent** 31:5
**Staples** 6:14 7:7 13:24 33:16 34:16,19
**started** 30:3 32:9,10
**state** 6:16 7:10 19:8 33:1
**stated** 9:18 15:22
**States** 6:10
**stayed** 31:15
**step** 8:25
**Steven** 23:5
**Stevenson** 23:7,12
**stole** 24:17,21
**stop** 9:12 20:8
**strike** 13:18
**stupid** 29:24
**supervised** 18:17
**supposed** 28:11
**surroundings** 26:16
**Susan** 6:8 7:11,23 22:4 33:1
**swear** 6:24,25

**T**

**talked** 15:12
**talking** 30:13
**tease** 11:23
**ten** 31:5
**Tennessee** 11:14
**tennis** 24:17,21
**term** 26:23
**testified** 16:25 23:1
**testimony** 7:1
**That'll** 9:16
**things** 8:24 13:12
**thinking** 17:12
**thought** 15:15
**thoughts** 17:11
**ticket** 30:25
**time** 6:6 10:13,17 11:12 17:23 18:7 20:12,13 22:11 24:18 25:2,9 29:2 31:15,16 33:2 35:9
**times** 27:16
**today** 6:4,5 9:9,15 10:2 34:15,22
**Todd** 6:19 16:2
**told** 12:20 28:24
**total** 8:23
**transcript** 34:14,16,17,22,23
**transcripts** 34:6

**transport** 28:16
**transported** 28:14
**transporting** 27:19
**treatments** 31:18
**trial** 14:9,25 15:3,14 16:13 19:24 20:12,15,22 22:5,8,10,24 23:4
**trip** 24:1
**trust** 32:21,24
**trusted** 32:24
**truth** 7:2
**type** 10:13 18:10 26:18
**typos** 34:7

**U**

**ultimately** 30:5
**unable** 29:20
**understand** 9:18
**United** 6:10
**upset** 14:17

**V**

**vacated** 30:20
**verbally** 9:21
**verdict** 17:4 22:16
**Vernon** 16:5
**versus** 13:4
**video** 34:14,22
**visit** 24:1
**Vivian** 14:24
**voice** 9:13

**W**

**waive** 34:6,11
**walked** 30:9,21
**wanted** 26:1,2
**Ward** 6:21
**watch** 13:3,4
**Wayne** 16:9,12,21
**weak** 32:9
**wear** 10:17
**weight** 27:25 28:1
**Western** 6:7,11
**whatsoever** 10:3
**wife** 19:14
**Williams** 10:22
**wondering** 17:7 18:7 31:25 32:19
**work** 18:19,23,24 20:8,9 32:5
**worked** 18:20,24 19:1,8
**worker** 18:10,11 19:6
**worry** 17:9
**wreck** 14:13
**wrongful** 33:6
**wrongfully** 33:2,13

**Y**

**year** 33:12
**years** 8:6,21,23 18:1 19:23 24:13 30:24 31:5
**you-all** 8:9

**young** 10:11

**Z**

**Zoom** 34:21



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com