COMMONWEALTH OF KENTUCKY
7th JUDICIAL CIRCUIT
TODD CIRCUIT COURT
Indictment NO: 07-CR-00001

COMMONWEALTH OF KENTUCKY,     )
                                )
               Movant,     )
                                )
vs                              )
                                )
NORMAN GRAHAM,             )
                                )
          Respondent.     )
_____)

DEPOSITION

OF

REGINA RENEE DEAN

Taken by Defendant
Elkton, Kentucky
March 29, 2017

Reported by:  Donna S. Heidel
Court Reporter

DONNA S. HEIDEL, CCR(KY), LCR(TN)
247 Heidel Lane
Russellville, Kentucky 42276
PHONE (270)726-1497,  FAX (270)726-9818

GRAHAM 001144

# A P P E A R A N C E S

**FOR THE PLAINTIFF:**

        Ms. Gail Guiling, Commonwealth Attorney
        Mr. Justin Crocker, Asst. Commonwealth Attorney
        210 South Bethel Street
        Russellville, Kentucky  42276

**FOR THE DEFENDANT:**

        Ms. Melanie Foote Hollingsworth, Staff Attorney
        Ms. Amy Robinson Staples
        Commonwealth of Kentucky
        Department of Public Advocacy
        Education and Strategic Planning
        5 Mill Creek Park
        Frankfort, Kentucky  40601

**ALSO PRESENT:**

        Det. James Dudley
        Det. Silfies

* * *

GRAHAM 001145

# I N D E X

                                            PAGE

DIRECT EXAMINATION BY MS. HOLLINGSWORTH . . . . .    4

CROSS-EXAMINATION BY MR. CROCKER  . . . . . . . .    23

REDIRECT EXAMINATION BY MS. HOLLINGSWORTH . . . .    75

RECROSS EXAMINATION BY MR. CROCKER. . . . . . . .    78

\* \* \*

# E X H I B I T   I N D E X

**(NO EXHIBITS INTRODUCED.)**

\* \* \*

GRAHAM 001146

REGINA RENEE DEAN

1              On March 29, 2017, commencing at 3:40

2    p.m., the deposition of **REGINA RENEE DEAN** was taken

3    pursuant to Notice and pursuant to the Kentucky

4    Rules of Civil Procedure, on behalf of the Movant

5    at the Todd County Judicial Center, Elkton,

6    Kentucky.

7

8              **P R O C E E D I N G S**

9

10             Whereupon **REGINA RENEE DEAN,** having been

11   duly sworn, was examined and testified as follows:

12             **DIRECT EXAMINATION**

13   **BY MS. HOLLINGSWORTH:**

14   Q.    Renee, what's your full name?

15   A.    Regina Renee Dean.

16   Q.    And you go by?

17   A.    Renee.

18   Q.    Is it okay if I call you Renee?

19   A.    Yes.

20   Q.    Who's your brother?

21   A.    Roy, Roy Wayne Dean.

22   Q.    And did you guys live together growing up?

23   A.    Yes.

24   Q.    And at one point, you lived in the Tiny Town

25   Trailer Park?

GRAHAM 001147

REGINA RENEE DEAN

1   A.   Yes, ma'am.

2   Q.   What's your birthday?

3   A.   ███/67.

4   Q.   Is Roy Wane older than you, younger than you?

5   A.   Older.

6   Q.   How much older?  Do you know?

7   A.   I would say four or five years.

8   Q.   What was your -- back when you, before he went

9   into prison, what was your relationship like with

10  your brother?

11  A.   Sometimes it was good.  Sometimes it was bad.

12  Q.   And tell me about the time it was good.

13  A.   We would go play and do things together and go

14  swimming and just do brother and sister.

15  Q.   And tell me about the time it was bad.

16  A.   (Witness crying.)  This is hard.

17  Q.   Tell me about the time it wasn't so great with

18  your brother.

19  A.   Like the times that would pick on me.  One

20  time my mom left and went to town and I come home

21  from school.  And we had this stuffed raccoon and I

22  was terrified, just terrified of him.  We didn't

23  live in Tiny Town at the time this happened.  We

24  lived in Trenton in the country.

25            And I ran out of the house and he was

GRAHAM 001148

REGINA RENEE DEAN

1   chasing me with it and he knew I was scared to

2   death of it.

3          And he jumped in this old car that my

4   grandaddy had gave him and started racing the

5   motor.  And I ran because he said I'm going to get

6   you; I'm going to get you.  So I ran across the

7   field behind my house.  And I heard something

8   roaring and going (indicating) and then I seen the

9   car coming across the filed.  And I thought, well,

10  what is he doing.  And he almost hit me.  He almost

11  ran over me.  And I love my brother.

12  Q.   That was my next question.  And despite all

13  that, do you love your brother?

14  A.   But anyway, the only thing that stopped him

15  was a big rock in the field he hit.  And I climbed

16  up a tree.  And I stayed there until my mom I seen

17  pull up.  And I told my mom about it and I got a

18  whooping.

19  Q.   You got a whooping for telling on Roy?

20  A.   He called me a liar.

21  Q.   Would your brother ever harm you for no

22  reason?

23  A.   He would, to me, he was trying, I mean, why

24  else would you be chasing me in a car?

25  Q.   Were you afraid of him?

GRAHAM 001149

REGINA RENEE DEAN

```
 1   A.    Yeah.

 2   Q.    Are you still afraid of him?

 3   A.    I am.

 4   Q.    Your brother is serving a life sentence for

 5   the murder in Kentucky.  And he also has a long

 6   sentence for the murder in Tennessee.  Does knowing

 7   he's got to serve out on that life sentence, does

 8   that make you any less afraid of him?

 9   A.    No.

10   Q.    Why not?

11   A.    Because I'm scared that something might happen

12   and he might escape or anything can happen.

13   Q.    Would you be sitting here today if he still

14   had a chance of making parole and coming home?

15   A.    Yes.  Because I will do the right thing.  I'll

16   do what God wants me to do.  And you know, someone

17   shouldn't die that way.  And an innocent man

18   shouldn't be somewhere that they shouldn't be.

19   Q.    Growing up, did you grow up with your mom in

20   the house?

21   A.    Yes, ma'am.

22   Q.    And what's her name again?

23   A.    Patsy.

24   Q.    Patsy Dean?

25   A.    Uh-huh (yes).
```

GRAHAM 001150

REGINA RENEE DEAN

1    Q.    And what was you relation -- and she's passed,

2    correct?

3    A.    Yes, ma'am.

4    Q.    What was your relationship like with your

5    mother?

6          (Witness crying throughout testimony.)

7    A.    It was, I know she loved me.  But it wasn't

8    that great.  My brother was always the favorite.  I

9    always felt like a piece of trash, piece of paper.

10   Q.    Even though you felt that way, do you still

11   love your mom?

12   A.    Yeah.

13   Q.    Would you ever intentionally do something to

14   hurt her?

15   A.    No.

16   Q.    Were you afraid of your mom?

17   A.    Yeah.

18   Q.    Was that a yes?

19   A.    Yes.

20   Q.    And why?

21   A.    Because when it came to Roy Wayne, he was her

22   favorite.  Anything he told her, she would believe.

23   And I would get the whoopings from her, a beating,

24   and sent to my room.  My life was hell.

25   Q.    And why would you get those beatings?

GRAHAM 001151

REGINA RENEE DEAN

1    A.   Because he would always tell lies on me.  If I

2    would go tell on him, they wouldn't believe me.

3    And they thought I was just making it up and I

4    wasn't.

5    Q.   So I just want to make sure I'm understanding

6    you.  And I'm sorry.  What would, so just I'm

7    clear.  What would happen if you said something bad

8    about Roy Wayne to your mom?

9    A.   I would get a whooping.  Like one time when we

10   lived in Trenton, I was on the swing and I was

11   swinging.  And my brother came up behind me and he

12   shoved me real hard in the swing and I went way up

13   in the air and I fell out and it broke my arm.  And

14   I was hurting.

15           And I went and told my mom that my

16   brother pushed me out of the swing.  And she told

17   me, she said, I told you the next time you come and

18   tell a lie on him what was going to happen.  And I

19   got a whooping for about 15 or 20 minutes.  And I

20   couldn't sit for two weeks.  Because they hurt my

21   legs and my back and had whelps all over me.  They

22   hurt so bad.

23   Q.   Did Roy Wayne ever apologize to you for that?

24   A.   No.

25   Q.   Did he ever talk to you about it?

GRAHAM 001152

REGINA RENEE DEAN

1    A.    No.

2    Q.    Would you be here today if your mom was still

3    alive?

4    A.    Yes.

5    Q.    Why is that?

6    A.    Because I feel like God wants me to do the

7    right thing.  I live, I live by God.  You know, I

8    go to church.  I'm not perfect in no form.  But I

9    believe in doing the right things.  I do.  And I

10   just want to be loved in the process.  And I never

11   had that growing up.

12   Q.    Back when you were, back when you were a kid,

13   and this would have been 1980, so you would have

14   been 12 or 13 years old, do you remember a woman

15   being murdered in Tiny Town?

16   A.    I heard my Uncle Junior and them say something

17   about a lady had got killed.

18   Q.    Do you remember the police being there?

19   A.    No.  I remember one time I was on the bus

20   that -- that, like one time I was at Uncle Junior's

21   and we was plying hide and go seek.  And there was

22   like a pole light at the end of the trailer, a big

23   old bush.  Well, we had snuck a cigarette out of my

24   Uncle Junior's cigarette pack, and we weren't

25   supposed to, but it was around 10:30 or maybe 11

GRAHAM 001153

REGINA RENEE DEAN

1   because they were usually in bed by that time.

2           So we out to play hide and go seek.  And

3   like I said, we got a cigarette.  We smoked it

4   first and we played hide and go seek.  And I was

5   hid behind the bush and I heard a lady scream.  And

6   it scared me.  And when I turned to look, I seen my

7   brother coming from the trailer that sits kind of

8   angled with my Uncle Junior and Aunt Betty's

9   trailer, where they lived at the time.  And he was

10  coming like from the back, I mean, from where the

11  back door is right there.

12          And when he got up closer to me, he told

13  me to (indicating) shhh, he said shhh.  I said, I

14  had asked him, what are you doing.  And he said

15  shhh, like that.  And he had red stuff all over his

16  shirt.

17          Well, the next morning on the bus when

18  we turned on that first road there, there was a

19  lady, the one Uncle Junior and them was talking

20  about had got killed.  They were bringing someone

21  out of the trailer covered up.

22  Q.   And did you go to summer school?

23  A.   Yes.  Because I -- because my grades were not

24  good.  They wasn't so really good and they put me

25  in special ed.  So I had to make up for my, the

REGINA RENEE DEAN

1   time that I was out of school from getting

2   whoopings and stuff.  I had to make up for that

3   time.

4   Q.   You were pretty much going to school year

5   round to make up that time?

6   A.   Most of it.

7   Q.   So you already told us some of what you saw

8   that night with your brother coming around the

9   corner.  I want to talk to you a little bit about

10  that scream.  Can you -- could you tell if it was a

11  man or a woman?

12  A.   You could tell it was a lady.  It was like she

13  was crying for help.

14  Q.   Do you know how long it went on for?

15  A.   It wasn't long because it was just a few --

16  I'd say a few minutes or something.  I mean,

17  seconds, not minutes, seconds.  And then I seen my

18  brother.

19  Q.   How long was it between, just about between

20  the scream and when you saw your brother?

21  A.   I would say three or four minutes.

22  Q.   If I said five minutes, would that be one

23  hundred percent wrong?

24  A.   It could have been five.  I'm not for sure.

25  It's been so long ago.

GRAHAM 001155

REGINA RENEE DEAN

1    Q.    I understand.  So that's an estimate.  You're

2    not positive about that?

3    A.    Right.

4    Q.    Where were you when you saw -- well, I'm going

5    to go back a minute.  When you saw your brother

6    coming from the trailer, what trailer did you mean

7    on that?  Whose trailer was it?

8    A.    I don't know the lady's name.

9    Q.    But the one who got killed?

10   A.    Yes, ma'am.

11   Q.    Could you tell right away that it was Roy

12   Wayne?

13   A.    I could tell my brother.  I know my brother.

14   I would know him any distance.  Because I know my

15   brother.  My brother always kept long hair, always.

16   It was my brother, I know.

17   Q.    Did he run towards you?

18   A.    He came towards us walking real fast.

19   Q.    Came towards you.  And when you got -- were

20   you able, you said you were able to see his shirt?

21   A.    It was a white shirt and it had blood on it.

22   I guess blood.  I shouldn't say that because I'm

23   not definitely for sure if it was blood or not.

24   But I know it was real wet looking and it was real

25   like a bright red looking color.

GRAHAM 001156

REGINA RENEE DEAN

1    Q.    So wet and red?

2    A.    Yes, ma'am.  Yeah.  And he had --

3    Q.    Was there a lot, I'm sorry --

4    A.    And he had a lot, something, a bag in his hand

5    like a duffle bag.

6    Q.    Did you see him walk out of the back door

7    where the lady got killed?

8    A.    I actually didn't see him walk out the back

9    door, not actually.  But he was coming from where

10   the door was.

11   Q.    That back door, okay.

12             Was it dark when you saw your brother?

13   A.    It was like a lot of light in between there.

14   I mean, you could see, you know, like where Uncle

15   Junior's pole light is there, it shines.

16   Q.    Was the sun still out?

17   A.    Huh?

18   Q.    Was the sun still out?

19   A.    No, ma'am.  This was at night.

20   Q.    There's been a whole lot of talk between me

21   and the police and everything and Jimmer and

22   everybody about time.  Do you know about what time

23   it was when you saw your brother?

24   A.    It was around 10:30, 11.  I'm estimating the

25   time.

GRAHAM 001157

REGINA RENEE DEAN

1    Q.    You're estimating?

2    A.    Yeah.  Because I'm not definitely for sure,

3    and I don't want to sit here and tell a lie if I'm

4    not for sure.

5    Q.    Right.

6    A.    But Uncle Junior and them was in the bed at

7    the time that we snuck the cigarette out of his

8    cigarette pack.

9    Q.    Okay.  So late enough for the adults to be up

10   and about?

11   A.    Yes, ma'am.

12   Q.    Did you see your brother again that night?

13   A.    Yeah, later on.  It wasn't too long after that

14   I went home and I went to my room.

15            MS. GUILING:  I'm sorry.  I couldn't

16   understand anything that she just said.  I know

17   it's difficult but --

18   A.    Later on I went home and I was in my room and

19   I heard the door slam to our home.  And it was my

20   brother.

21            I came out of my room.  I seen my

22   brother and I asked him what he was doing.  And he

23   said that it wasn't none of my business.  And he

24   had something, blood here on his hand.  And I asked

25   him did he cut himself or hurt himself somehow.

GRAHAM 001158

REGINA RENEE DEAN

1   And he told me it wasn't none of my damn business,

2   to get back in my room.

3            And I was scared, you know, because if I

4   go tell my mama, I'm going to get another whooping

5   with some more whelps.  So I go back to my room.

6   Q.   Did you hear anything else from your brother

7   that night?

8   A.   I heard the shower turn on.  And it was very

9   unusual for him to take showers that late.

10  Q.   Was it pretty late when you saw your brother

11  that time?

12  A.   It was later on, yeah, probably about, I want

13  to say 45 minutes to an hour close to it after

14  that.

15  Q.   Did you tell anybody what you, right when you

16  were a kid back then, back in 1980, did you tell

17  anybody what you saw?

18  A.   No.  I didn't think, really think nothing

19  about it until these last, you know -- I was a

20  child, you know.  There was a lot of people that

21  drank in that trailer park and fight all the time.

22  And my brother was a big bully.

23  Q.   Did you tell your Uncle Junior?

24  A.   No.

25  Q.   Did you ever tell the police?

GRAHAM 001159

REGINA RENEE DEAN

```
 1   A.    No.
 2   Q.    What you saw?
 3   A.    No.
 4   Q.    Why not?
 5   A.    I was a child.  Nobody never asked me
 6   anything.
 7   Q.    Did you go tell the police once you grew up?
 8   A.    I didn't think anymore about it.  Because I
 9   just thought Roy Wayne had maybe got in a fight.
10   Because he was always getting in fights with
11   somebody because he's got a mouth.  When he was
12   younger, he used to have a mouth on him.  And I
13   never dreamed of him harming anybody.
14   Q.    Did you eventually tell James Dudley, Jimmer
15   Dudley, of the Kentucky Innocence Project about
16   what you saw?
17   A.    Yes.
18   Q.    Why did you tell him?
19   A.    Because there was a lady, I don't know her
20   last name, that my Uncle Danny Mose brought up
21   there named Lisa.  And she told me, she said, I
22   know you don't know me.  And I said, no, I don't.
23   And she said I have something to tell you about
24   your brother.  And I said what the hell you got
25   to -- and I'm just going to tell you just how I
```

GRAHAM 001160

REGINA RENEE DEAN

```
 1   told her -- what the hell you got to say about my

 2   brother, you know.  And she said, your brother

 3   killed a lady, this lady, but my friend got accused

 4   of it and he didn't do it.  She said, is there

 5   anything that you can help me remember.  And all I

 6   could remember is, you know, when I was playing the

 7   hide and go seek and went home.  And you know, but

 8   I didn't, back then I didn't think anything like

 9   that.

10   Q.   Right.

11   A.   Because like I say, I tried to do the right

12   thing.  But when she showed me them pictures of

13   that lady, it made me sick to think my brother

14   could do something like that.  (Witness crying.)

15   Q.   How many times do you think you spoke with

16   Lisa?

17   A.     Two.  I think three times.

18   Q.     Two or three times?  Did she ever offer you

19   any money?

20   A.     No.

21   Q.     Did she ever offer to help you out?

22   A.     She did offer to help us out if we ever got in

23   a bind and we needed some help.

24   Q.     Why do you think she offered you those things?

25   A.     I think the reason she did it is out of the
```

GRAHAM 001161

REGINA RENEE DEAN

1    kindness of her heart.  That's what I think.  I

2    don't know.  I could be wrong.  I don't know.

3    Q.   Did you get the impression she was trying to

4    pressure you into lying?

5    A.   No.

6    Q.   Are you lying?

7    A.   No, absolutely not.

8    Q.   Are you saying things today and in your

9    affidavit because of Lisa's offers to help you out?

10   A.   No.  I just believe that she was just trying

11   to -- I think she was just trying to be kind

12   because, you know, she knows we've been through a

13   lot.

14   Q.   Would it have been hard for you to tell Jimmer

15   what you saw if you thought Roy might get out of

16   prison on parole?

17   A.   It would be hard but I would do it because

18   it's the right thing to do.

19   Q.   Why would it be hard?

20   A.   Because it's my brother.

21   Q.   Right.  Renee, have you met with me before

22   today?

23   A.   Ah, yes.

24   Q.   And you said earlier you've met with

25   Investigator James Dudley, Jimmer?

GRAHAM 001162

REGINA RENEE DEAN

1    A.    Yes, ma'am.

2    Q.    And have you met with Ms. Staples over here,

3    the other attorney for Norma Graham?

4    A.    Yes, ma'am.

5    Q.    Did we pressure you in any way?

6    A.    No, ma'am.

7    Q.    Did we tell you what to say?

8    A.    Absolutely not.

9    Q.    Your brother, do you ever talk to your brother

10   about Kaye, the whom who was murdered in the

11   trailer?

12   A.    No, ma'am.

13   Q.    Did he ever mention a trailer to you?

14   A.    One time when we was, when it was the weekend

15   and we was going swimming.  And the house was like,

16   I can't remember where the creek is now.  It's been

17   so long.  But there was a bridge.  It wasn't real

18   high but it was high enough for me because I was

19   little then.

20           And he grabbed me by my arm, and I asked

21   him, what are you doing.  And he said, you're going

22   to learn how to swim today, either swim or drown.

23   I said, if you throw me off of this bridge, I'm

24   going to tell mama.  He said, if you do, I'm going

25   to do you like I did that bitch in that trailer.

GRAHAM 001163

REGINA RENEE DEAN

1   And I didn't know what he was talking about.

2   Really, I didn't, honest to God.

3            But if you grew up in my shoes, it was

4   told stuff on your brother to my mama, I was the

5   one that always got a beating.  I never had love in

6   my family, really.  I've always felt like a piece

7   of paper that they didn't want.

8   Q.   I just want to ask you a few more questions,

9   Renee.

10           Do you remember speaking with two

11  detectives that may have come to your house about

12  this?

13  A.   Yes, ma'am.

14  Q.   How many times did they come by your house?

15  A.   My dad said they came once and I wasn't there.

16  Q.   How many times while you were there?

17  A.   Twice.

18  Q.   And did they call you before they showed up?

19  A.   Ma'am?

20  Q.   Did they call you before they came?

21  A.   I can't remember.  I really don't remember.

22  Q.   How did you feel while you were speaking to

23  the police?

24  A.   I don't want to put nobody down.  I just

25  didn't feel comfortable.  I felt like they probably

GRAHAM 001164

REGINA RENEE DEAN

1    thought I was lying because the way they kept

2    looking at me.  And I have no reason to lie about

3    nothing.  But I just, I mean, it's the way I felt.

4    I'm not saying they're bad people.

5    Q.    Right.

6    A.    I just feel -- feel uncomfortable.

7    Q.    And not saying anyone's a bad person or

8    anyone's had a bad encounter.  But would you prefer

9    they not come back to your home?

10   A.    I'd prefer they not.  I feel sick.

11   Q.    Renee, we spoke about this a little earlier.

12   Even though you've had all that bad experiences

13   with your brother, you love him, right?

14   A.    He's my brother.

15   Q.    And even though all that bad stuff happened,

16   would you lie about him because of all that bad

17   stuff?

18   A.    No.  I have no reason to lie about nothing.

19   Q.    And would you lie about him because you feel

20   like your mom maybe preferred him a little bit?

21   A.    No.  I wasn't raised that way.

22            MS. HOLLINGSWORTH:  I don't have any

23   other questions for you.  Maybe a little bit later,

24   okay?

25

GRAHAM 001165

REGINA RENEE DEAN

| | |
|---|---|
| 1 | **CROSS EXAMINATION** |
| 2 | **BY MR. CROCKER:** |
| 3 | Q.   Good afternoon, Ms. Dean.  My name is Justin |
| 4 | Crocker.  I'm the Assistant Commonwealth Attorney. |
| 5 | I've got a few questions for you as well, okay? |
| 6 | A.   Okay. |
| 7 | Q.   All right.  We've talked a lot about Roy Wayne |
| 8 | today.  How many other siblings do you have? |
| 9 | A.   My baby brother, Timmy Dale, he died when he |
| 10 | was 16.  My sister died when she was first born. |
| 11 | She was the first child. |
| 12 | Q.   So she would have actually been older than Roy |
| 13 | Wayne? |
| 14 | A.   Yeah.  I never got to -- I was the last.  No, |
| 15 | my baby brother, Timmy Dale, was the last. |
| 16 | Q.   And you and Roy Wayne and Timmy until he |
| 17 | passed all grew up in the same home? |
| 18 | A.   Yes. |
| 19 | Q.   Had the same mom, same dad? |
| 20 | A.   Yes. |
| 21 | Q.   Now, you mentioned your mom.  Was Patsy, was |
| 22 | that her name? |
| 23 | A.   Yes. |
| 24 | Q.   And where was your father at this time? |
| 25 | A.   Daddy stayed gone a lot.  Daddy was, I mean, |

GRAHAM 001166

REGINA RENEE DEAN

1    what time are you talking about?

2    Q.    Let's say 1980 when all this was going on.

3    Where was your father at that time?

4    A.    He did live with us.

5    Q.    He lived there?

6    A.    Yeah, Daddy worked.  He worked with my Uncle

7    Danny.

8    Q.    So when you went and you told your mom, Patsy

9    what happened, where was your dad then?

10   A.    About when he slung me out of the swing?

11   Q.    No, no, no.  That night when you say that you

12   heard the scream?

13   A.    I never told my mom.  I didn't never think

14   nothing about it because --

15   Q.    You never told you mom that night?

16   A.    Like I said, there was always someone fighting

17   there in the trailer park, always.  They drank a

18   lot around there.  You know, I thought maybe it

19   might have been a fight.  Of course, I didn't know

20   that nobody was getting hurt.

21   Q.    Now, in this affidavit here, and I'll just

22   show it to you so to make sure we're talking about

23   the right thing.  Are these your initials here?

24   A.    I can't see it.  I can't read it.

25   Q.    How did you read it when you signed it?

GRAHAM 001167

REGINA RENEE DEAN

1    A.    I had my glasses on.  Those are R. D.

2    Q.    And would this be your signature?  Did you

3    sign right here?  Did you sign this affidavit

4    anywhere?

5    A.    Just initials.

6    Q.    So there's not even a place on this for you to

7    sign?  Okay.

8                So you never actually signed under oath

9    that this affidavit was true and correct?

10                MS. HOLLINGSWORTH:  I'm going to

11   object.  I think you're missing page 2.

12                MR. CROCKER:  The attachment we had

13   only had page 1 and page 2.  So she did sign this

14   then?

15        (Inaudible conversation between counsel.)

16                MS. HOLLINGSWORTH:  She did.  If you

17   need a copy, you can have it.

18   Q.    Now, in this affidavit here it says, let me

19   find the right spot.  "I told Barbara I was going

20   to tell my mom what I saw and heard.  I went home

21   and told my mother the same thing.  She didn't

22   believe me."

23   A.    Mom didn't believe me about him pushing me out

24   of the swing.

25   Q.    Well, this says that you went home and told

GRAHAM 001168

REGINA RENEE DEAN

1 | her about what you saw with the screaming and Roy
2 | Wayne. Did you or did you not tell your mom?
3 | A. I don't remember. I honest to God can't
4 | remember.
5 | Q. So if that's what it says here in the
6 | affidavit, that would not be correct; is that
7 | right?
8 | A. I don't remember. I can't remember. I really
9 | can't. I'm sorry.
10 | Q. No, ma'am. You're fine. As long as you're
11 | answering to the best of your ability, that's all
12 | any of us are asking today.
13 | Do you recall -- now, I know at one time
14 | you all moved from the trailer you were living
15 | there at the trailer park to, I think, a little
16 | white house that was just on the outside?
17 | A. Yes.
18 | Q. And the whole family made that move from the
19 | trailer to the little house?
20 | A. Yes.
21 | Q. How old would you have been then when your
22 | older brother Roy Wayne actually moved out of the
23 | house altogether?
24 | A. I don't know. I honestly don't know. It's
25 | been so long. And I try to be so open and honest

GRAHAM 001169

REGINA RENEE DEAN

1    with ya'll but I really don't know.

2    Q.    And we do appreciate that.

3              Now, so the first person who would have

4    ever contacted you about all this with your brother

5    was Lisa; is that right?

6    A.    Yeah.

7    Q.    What was Lisa's last name?

8    A.    I don't know.  I still today, I don't know her

9    last name.

10   Q.    I'm going to skip around a little bit because

11   I've got some questions about that.

12             Where does Lisa live?

13   A.    She lives in Guthrie.

14   Q.    And in the interview that you did with the

15   detectives that day, you were able to pretty

16   specifically describe where Lisa lived.

17   A.    She lives at the, it's a church.  There's a

18   church right there.  And I think her house is right

19   up from it.

20   Q.    Had you been to her house before?

21   A.    She took me down and showed me where she

22   lived, yeah.

23   Q.    Now, I'm going show you some photos.

24             MS. HOLLINGSWORTH:  Objection.

25   Q.    If you could, please, if you would, do you see

GRAHAM 001170

REGINA RENEE DEAN

1    Lisa in any of those photographs there?

2    A.    That lady there. (Indicating.)

3    Q.    I'm going to give you a pen.  If you would

4    please just make some sort of mark and maybe your

5    initials on that one.

6    A.    Yeah, it looks like her there.  I'm not --

7    Q.    So you would recognize Lisa if you saw her

8    again?

9    A.    Yes.

10   Q.    How many times have you been around Lisa?

11   A.    Just three times.

12   Q.    Two or three times?

13   A.    I don't know.

14   Q.    Three times?  How many times at your house?

15   A.    Twice.

16   Q.    And then how many times at Lisa's house?

17   A.    Just once when she took me down there.

18   Q.    Why did she take you down to her house?

19   A.    My Uncle Danny took me down there.

20   Q.    Danny Moles?

21   A.    Yes, sir.

22   Q.    Why did he take you down there?

23   A.    She had some stuff for me or something, some

24   groceries.

25   Q.    So why was she buying you groceries?

GRAHAM 001171

REGINA RENEE DEAN

1    A.    I don't know.  I thought she was trying to be

2    nice and kind, you know.  But everything that I've

3    told ya'll is all I know.

4    Q.    Do you remember telling the officers, the

5    detectives when they met you that she tried to give

6    you money to testify for her on somebody's behalf?

7    A.    I don't remember saying that.  I might have.

8    I don't remember it.

9    Q.    Do you remember telling the detectives that

10   you told that girl she was crazy?

11   A.    I did tell them that I thought she was crazy,

12   yeah.

13   Q.    Okay.  Because she had offered you money?

14   A.    She had offered.  She had offered me -- I had

15   just got a job and she had offered to help me with

16   a car.  She did do that.

17   Q.    With a car?

18   A.    Yeah.

19   Q.    How did she help you with a car?

20   A.    She didn't help me because I didn't let her.

21   Because I told her, I said, you know, what I let

22   ya'll know, I can't remember.  I hadn't even

23   thought no more about this since I was a kid.

24          I don't want anything from no one.  I

25   don't want nothing from nobody.  I just want to do

GRAHAM 001172

REGINA RENEE DEAN

1    the right thing.

2    Q.    But you did accept some stuff from her, some

3    groceries and things like that?

4    A.    She gave to my dad, yes.  I didn't know.

5    Q.    You said she showed you some photographs.

6    What photographs did she show you?

7    A.    She showed me some photographs of that lady

8    that was supposed to be Norman's girlfriend.

9    Q.    Did she tell you where she got those photos?

10    A.    She never said.  But she said it's your

11    brother.  She kept saying that my brother killed

12    this lady.  You know, it made me mad at first.

13    Q.    Well, did she say why she thought your brother

14    killed that lady?

15    A.    She didn't.

16    Q.    She never said why?

17    A.    But it made me mad.  I told her that I'd whup

18    her.  I said, you know, that's my brother.  I ain't

19    going to come out and accuse him.  You know, if he

20    did do it, I think he should be punished because

21    it's not right.

22    Q.    Did you ask her why she was saying that about

23    your brother?

24    A.    She said that her friend, she knew her friend

25    didn't do it.

GRAHAM 001173

REGINA RENEE DEAN

1   Q.   But she didn't give you any specific reason or

2   anything like that?

3   A.   No.

4   Q.   So all this was to help out her friend?

5   A.   Yeah, it's what she said.  But I'm doing what

6   I think -- when she gave Dad the groceries, you

7   know, and she tried to offer me the car, I told her

8   I don't want anything.  I just want to do the right

9   thing.  But when she showed me these pictures of

10  this lady that had stab wounds in her, it made me

11  so sick.

12  Q.   And that must have been really hard to look

13  at.

14  A.   And I have nightmares over this.

15  Q.   But there was nothing in those photographs

16  that would have said who did it one way or the

17  other, right?

18  A.   No.

19  Q.   Now, the groceries and the car, when she made

20  that offer and gave those groceries to your dad,

21  was that before or after you met with Jimmer?

22  A.   That was before, way before.  And Uncle Danny

23  said she was just trying to help because she knew

24  that dad was having a hard time.  Because I just

25  lost my mom, you know.

GRAHAM 001174

REGINA RENEE DEAN

1    Q.    Did she know your family before all this?

2    A.    No.

3    Q.    So just out of the blue, she was just trying

4    to be nice?

5    A.    That's what she said.  Now, I don't know if

6    she was or if she wasn't.

7    Q.    Now, when you met with the detectives that

8    day, I think there was a gentleman there that was

9    with you as well.  Was that a boyfriend or a

10   fiance'?

11   A.    That's my fiance'.

12   Q.    Your fiance'.  What was his name?

13   A.    Sammy.

14   Q.    What's Sammy's last name?

15   A.    Ogg.

16   Q.    Would you spell that for me?

17   A.    O-g-g.

18   Q.    O-g-g?

19   A.    He's got nothing to do with this.

20   Q.    But now, other than Danny Moles, did Mr. Ogg

21   also see Lisa come up to the house and these

22   conversations that you all had?

23   A.    No.

24   Q.    So he wasn't present for any of it?

25   A.    He was there when she first came and she was

GRAHAM 001175

REGINA RENEE DEAN

1   showing me the pictures.  And he told her, he said,

2   Ma'am, I don't know you.  But what would you bring

3   some pictures and throw them out there to my old

4   lady like that.  You know, why would you get her

5   upset, you know.

6   Q.   But he was kind of trying to defend you a

7   little bit?

8   A.   Yeah.  You know, I have nightmares.  I see

9   this woman in my dreams.

10  Q.   I've seen those photographs.  I can

11  understand.

12            Now, this affidavit that I showed you,

13  was that based, all this that's in this affidavit,

14  is that kind of based on the interview that you had

15  with Jimmer, all these things here that you signed

16  off on?

17  A.   Yeah.

18  Q.   So you didn't sit down at a computer or

19  typewriter and type this all out yourself?

20  A.   Oh, no.  I don't know nothing about a

21  computer.

22  Q.   You're lucky.  You're lucky.

23  A.   I can't even work a phone.  If it ain't

24  pushing a button.

25  Q.   Sometimes those things are more trouble than

GRAHAM 001176

REGINA RENEE DEAN

1   they're worth, you're right.

2   A.   I can't work it.  Because I'm going blind and

3   I have that glaucoma in my eyes.  I can't see good

4   no way.

5   Q.   Now, it says in the affidavit that this

6   occurred on or after midnight on June 30, 1980.

7   How do you remember that date?

8   A.   I don't remember the exact date.  I told them

9   I don't remember the exact date.

10  Q.   So where did that exact date come from do you

11  think?

12  A.   I don't know.

13  Q.   So it might have been earlier in June?  It

14  might have been later in July?  You're not exactly

15  sure because you were 13?

16  A.   I'm not for sure.

17  Q.   So that's just something the investigator or

18  whoever prepared this affidavit put in there?

19  A.   No.  I don't think they actually put it in

20  there on purpose.  It was around, like I said,

21  10:30 or 11 that night when I heard that lady, the

22  one that was outside.

23  Q.   But I'm talking about that specific date, June

24  the 30th, that wasn't something that you said, oh,

25  I know this happened on June 30th the night --

GRAHAM 001177

REGINA RENEE DEAN

1    A.    No, I don't know when.  You know, I told you.

2    I told everyone.  I don't remember the exact date.

3    Q.    So this date didn't come from you?  June 30,

4    1980, that didn't come from you?

5    A.    No.  But I'm sure, you know, if that's when it

6    happened, it happened.  I mean, it didn't come, no.

7    Q.    So there's nothing that stands out like that

8    was the day before my birthday --

9    A.    Oh, no.

10   Q.    -- or anything like that to make it a

11   memorable date for you?  Okay.

12   A.    I never thought no more about it, like I said,

13   until this lady Lisa came to my house with these

14   pictures and accusing my brother.

15   Q.    Is Lisa the one that got you in contact with

16   the investigators, Jimmer, and all them?

17   A.    I don't remember.  I know, yes, I met with

18   Mr. Jimmer and she took me to meet him.

19   Q.    So Lisa took you to meet Jimmer?

20   A.    Yes.

21   Q.    And where did you all go meet Jimmer at?

22   A.    Here, I think in Elkton at a little church.

23   Q.    Little church?  Did you all meet outside or

24   inside?

25   A.    Outside.

GRAHAM 001178

REGINA RENEE DEAN

1    Q.    Outside the church?  Just sitting on the porch

2    or maybe in somebody's car?

3    A.    No.  I was sitting in the car talking to

4    Mr. Jimmer and she was in her car.

5    Q.    So you were in Jimmer's car and Lisa was in

6    her car?

7    A.    Yeah.  And then when we got done talking, we

8    left and went up to a little library somewhere.  I

9    can't remember where it's at.  I know it's here

10   somewhere.

11   Q.    Right over here?  Kind of down from the square

12   a little?

13   A.    Yeah.  And where he could plug in and type up

14   everything that I had told him.

15   Q.    Who all went to the library?

16   A.    Just me and Mr. Jimmer.

17   Q.    Did Lisa go to library as well?

18   A.    She sat in the car.

19   Q.    Stayed in the car.  Okay.  So she was around

20   through this whole process I guess?

21   A.    Yeah.  She was in the car.

22   Q.    Now, I want to talk about that night, you

23   know, when you all plying hide and seek and all

24   that.  That's the night I'm going to be asking you

25   about.  And I already know the answer to this but

GRAHAM 001179

REGINA RENEE DEAN

1     I'm going to ask you anyway because you make some

2     references to Uncle Junior.  Who is Uncle Junior?

3     A.    My uncle.

4     Q.    And what was his name?

5     A.    Junior Dean.

6     Q.    Junior Dean?  And is that Barbara's dad?

7     A.    Yeah.  Uncle Junior passed away a few years

8     ago.

9     Q.    Now, when Barbara was in here, we had some

10    discussion about the layout of the trailer park so

11    I'm not going to make you go through all that

12    again.  But if you could, please, just describe

13    where your trailer was in the trailer park.

14    A.    Let's see, there's one, two -- I'm trying to

15    think how many rows it is.  There's one, two --

16    ours is the third row and we was on the very end

17    trailer up towards near the highway, right there.

18    Q.    And how far would your trailer have been from

19    Barbara and Uncle Junior's?

20    A.    It's just a street over.

21    Q.    One street?  So one street over and how many

22    trailers up or down?

23    A.    Probably four trailers in between I would

24    say -- no, it wouldn't be that many.  About two

25    trailers.  One where Junior's is, you can just cut

GRAHAM 001180

REGINA RENEE DEAN

1    across the yard right there and you're at my house.

2    Q.   So not too awful far?

3    A.   No.

4    Q.   How far would you say that Norman and Kaye's

5    trailer was from your trailer?

6    A.   It was a pretty good distance from there.  But

7    from Uncle Junior's trailer, it's like here's Uncle

8    Junior's trailer -- and there's like, his trailer

9    yay way long just like a light and this lady that I

10   don't know if that was her name, Kaye, I don't

11   know, but the trailer that they said they found the

12   lady at is all I know, was kindly, kindly, I don't

13   know, angled like.  But it's not far at all.  Not

14   very far.

15   Q.   Kind of sitting kind caddy cornered I guess?

16   A.   Yeah.  Yeah, it's not far.  But it's a good

17   distance from where I lived.

18   Q.   And you mentioned some lights.  How was the

19   lighting around the trailer park?  Was there

20   security lights?  Porch lights?

21   A.   I mean, you could see a pretty good bit of

22   lights.

23   Q.   At that time of night, did most of the

24   trailers have their porch lights on or back porch

25   light lights on?

GRAHAM 001181

REGINA RENEE DEAN

```
1    A.    Some do.  Some don't.  Some did.  Some don't.

2    Q.    Now, you all are -- you all are playing hide

3    and seek.  Who all was playing hide and seek

4    together?

5    A.    It was me, Connie, Barbara.  And I can't, I

6    honest to God can't remember if Nancy was out there

7    with us or not.

8    Q.    Nancy?  Who was Nancy?

9    A.    Nancy Dean.

10   Q.    There were a whole bunch of Deans, aren't

11   they?

12   A.    Yeah.

13   Q.    So Nancy would have been another cousin?

14   A.    Yeah.  But she's the one that always went and

15   told on us for stuff.  So I don't remember if she

16   was out there or not.

17   Q.    So if you all would have been out smoking or

18   something --

19   A.    Yeah, we'd have got in trouble.

20   Q.    -- she might not have been around?

21   A.    I doubt it.

22   Q.    How old was Nancy?  Was she older or younger?

23   A.    I don't remember.  Honest to God, I don't.

24   Q.    So she wasn't Barbara's sister, right?

25   A.    Yeah.  Barbara and Connie.  And yeah, and
```

GRAHAM 001182

REGINA RENEE DEAN

1   there's Earl Ray is Barbara's brother and Jeff

2   which is Barbara's brother.

3   Q.   So you know for sure that you, Barbara and

4   Connie were playing hide and seek?

5   A.   Yes.  And smoking.  We shouldn't have been.

6   We stole a cigarette.  Lord forgive me for -- I

7   mean, we did.  It ain't no sense in sneaking it.

8   We did.  We took a cigarette out of his pack.

9   Q.   We were all kids once.  That's okay.

10          So you all were playing hide and seek

11  there in the trailer park, right?

12  A.   Yes, sir.

13  Q.   Are you all just kind of staying in Uncle

14  Junior's yard or are you all playing?

15  A.   We knew -- we knew.

16  Q.   -- playing in the whole trailer park?

17  A.   No.  We knew better than to get out of that

18  yard.

19  Q.   So you all just stayed strictly --

20  A.   Around in that, yeah in that little area.

21  Q.   How, and I'm just guessing.  How big would

22  that area have been?

23  A.   It's not -- the yards are not really big.

24  Q.   Would you say bigger or smaller than this

25  courtroom?

GRAHAM 001183

REGINA RENEE DEAN

1    A.    Oh, Lord, this courtroom is smaller than the
2    yard.  It's like the trailer is here and you've got
3    about maybe this much yard.  And then you'll have
4    another trailer.  You've got about that much space
5    and maybe quite a little bit more space at the end.
6    And then over here you've got about the same space
7    as another trailer.
8    Q.    And that space that you're describing around,
9    that's where you all were playing?
10   A.    Yes.
11   Q.    And there's been some discussion which, and I
12   know you don't know exactly what time it was.  Do
13   you think it was before or after midnight on that
14   night?
15   A.    I'm not absolutely sure.  I don't want to sit
16   here and say something and it not be true.
17   Q.    Now, Barbara said she had a curfew of 10:00.
18   Did you have a curfew at that time?
19   A.    Yes, I did.  I was supposed to have been in
20   the house.
21   Q.    What time were you supposed to be in the
22   house?
23   A.    I was supposed to be in there by 9, 9:30 or
24   10, the latest at 10:00.  And I really, mama didn't
25   really want me out after dark.  But I snuck out.

GRAHAM 001184

REGINA RENEE DEAN

1    Q.    So you were out after curfew this night?

2    A.    Yeah.

3    Q.    And ya'll are outside playing.  Had ya'll

4    already had your dinner that night?

5    A.    Oh, yeah.  We had dinner.  We ate dinner way

6    before that because Aunt Betty always cooked around

7    6:30, 6 or 6:30.  Supper was always on the table.

8    Q.    Do you remember what the weather was like that

9    night?

10   A.    It was pretty.

11   Q.    Pretty night out?  Do you remember what you

12   were wearing, shorts or pants or t-shirt or

13   sweatshirt?

14   A.    I had shorts on, I believe, yeah.

15   Q.    So it wasn't raining or anything like that?

16   A.    No, sir, no.

17   Q.    And I want to kind of skip ahead to where you

18   actually hear the scream, the female scream that

19   you talked about.  And I know you said it was maybe

20   a couple a seconds long?  Does that sound about

21   right?

22   A.    Somewhere around there.  I can't remember.

23   You know, it wasn't a -- it wasn't a -- really, it

24   was like somebody yelling for, you know, was

25   screaming for help.

GRAHAM 001185

REGINA RENEE DEAN

1    Q.    Was there any actual words?

2    A.    No.  It was just a scream like she was being

3    hurt or something.  But you know, like I said,

4    there was a lot of fights that went on around

5    there.  And I was a kid.  Sure, it did scare me.

6    And then when I turned and looked, I see my brother

7    coming from that trailer.

8    Q.    In that trailer park it wasn't uncommon to

9    hear people hollering or screaming?

10   A.    No.

11   Q.    So she wasn't screaming no or stop or

12   anybody's name or anything like that?

13   A.    No.  But it was unusual for my brother to, I

14   don't know -- when I seen him, when he came around

15   through there and he looked at me, I asked him, I

16   said, what are you doing, and he said, shhhh, like

17   that.

18   Q.    Put his finger up?

19   A.    And he said it's none of your business.  And

20   he takes off.

21   Q.    Now, when you hear that scream, are you still

22   in the box that you drew kind of around Junior's

23   property?

24   A.    Yeah.  But I was closer to Barbara because I

25   was scared.

GRAHAM 001186

REGINA RENEE DEAN

1    Q.    Closer to Barbara.  So you and Barbara were
2    standing next to each other?
3    A.    Yeah, I got scared.  I was terrified.
4    Q.    So you all heard the scream at the same time?
5    You were standing right next to each other?
6    A.    Barbara heard it too, yeah.
7    Q.    Did you all look at each other?  Did you all
8    say anything to each other?
9    A.    I just looked at her.  I said, What in the
10   world was that.
11   Q.    Where was Connie when ya'll heard that?
12   A.    She was standing on the other side of me.
13   Q.    Standing on the other side?
14   A.    We was all scared.  I mean, you know, we was
15   kids like I said.  I didn't think anymore about it
16   until Lisa come up with this.  I didn't know this.
17   Q.    And then your statement, it got quiet for a
18   little while before Roy Wayne appeared.  About how
19   long was it, do you think it was, before the scream
20   and before you saw your brother?
21   A.    Five minutes, four, somewhere in that area.
22   I'm not definitely for sure.  But it wasn't long.
23   It wasn't long at all.
24   Q.    And you say that you saw him coming from that
25   trailer; is that right?

GRAHAM 001187

REGINA RENEE DEAN

1    A.    Yeah.  You could see the back door clearly.  I

2    mean, it was like, I don't know -- I can't say that

3    he came out the back door because I would be lying.

4    But he came from right there.  This back door is

5    right here and my brother is right here.  And -- I

6    don't know.

7    Q.    So in this affidavit here where it says, "All

8    of a sudden I saw my brother Roy Wayne Dean running

9    out of the back door of the trailer belonging to a

10   guy who was known as Norm," you didn't actually see

11   him come out of that trailer, did you?

12   A.    No, I seen him -- he was right there.  When I

13   heard the scream, I turned and I seen my brother

14   right there at that trailer.  And he was coming

15   from where that back door is.  Now --

16   Q.    From that area because you didn't actually see

17   him come out of that door?

18   A.    No.  But he could have came out that door.  I

19   don't know.

20   Q.    He could have but you didn't see him?

21   A.    No.

22   Q.    So where it says that in this affidavit that

23   you saw him running out of the back door, that's

24   not correct?

25   A.    No.  There's a misunderstanding somewhere.  I

GRAHAM 001188

REGINA RENEE DEAN

1    seen him coming from there, right there where the

2    back door is.  But it's like -- you could see the

3    back door clearly.

4    Q.    Was the back door open or closed?

5    A.    It was shut.  You could see the light.  You

6    could see the light reflect.

7    Q.    The porch light I guess?

8    A.    I don't know if it was a porch light or if it

9    was off another pole light.

10   Q.    But you could see the light reflecting off the

11   door?

12   A.    Yeah.

13   Q.    So the door was closed when you saw it?

14   A.    Yeah.

15   Q.    When you first saw him come running towards

16   you, when you first laid eyes on him, just

17   guessing, how far do you think he was from you?

18   A.    He was not far at all.

19   Q.    If you had to use the door at the back of the

20   courtroom, was he closer or further than that?

21   A.    It's about probably the same distance.

22   Q.    Right about that distance?

23   A.    Probably.  I would say close.

24   Q.    And then he come -- when you saw him, did he

25   come in your direction?  So say you're standing

GRAHAM 001189

REGINA RENEE DEAN

1    right where you were standing that night and you

2    see Roy Wayne Dean in the distance.  Which

3    direction does he go from there?  Does he come

4    towards you or does he go --

5    A.   He comes towards us where me and Barbara and

6    them's at.  He was right there at Uncle Junior's

7    trailer right here.  He cuts right here and comes

8    from there.  And he comes right here and he goes

9    this way.

10   Q.   And where did he go from there?

11   A.   He went across the road.  And there's more

12   trailers down through there and he cut in between

13   the trailers.

14   Q.   And Barbara and Connie are standing right next

15   to you when this happens?

16   A.   Yes.

17   Q.   And I'm going to jump back just briefly.  When

18   you saw Roy Wayne coming from that, from that area

19   of that trailer, he wasn't standing on the porch or

20   the trailer steps or anything?  He was just in that

21   area?

22   A.   He was coming from --

23   Q.   From that area?

24   A.   To me it looked like he was coming from that

25   back door.  And you know what?  What other reason

GRAHAM 001190

REGINA RENEE DEAN

```
 1   would he be there?  I mean, honestly.  What other
 2   reason would he be there at that trailer or at that
 3   door?
 4   Q.   But you didn't actually see him --
 5   A.   No.
 6   Q.   -- come from that trailer or that door?
 7   A.   No.  No I didn't.
 8   Q.   I just want to make sure we understand.
 9   A.   Yes.
10   Q.   And you said that he had a shirt on; is that
11   right?
12   A.   Yes.
13   Q.   And did you say it was a white shirt?
14   A.   A white shirt.
15   Q.   Was it long sleeve or short sleeve?
16   A.   Short sleeve.
17   Q.   Had you seen him wear that shirt before?  I
18   mean, I've got brothers and sisters --
19   A.   Yeah.  He's got all kind of white shirts
20   but --
21   Q.   Was there any sort of emblem on it --
22   A.   No.
23   Q.   -- or was is like a plain white t-shirt?
24   A.   Yeah.  And he had a dark red spot all over it.
25   Q.   Dark red spot?  Was it just on the shirt?  Did
```

GRAHAM 001191

REGINA RENEE DEAN

1    you notice if it was anywhere else?

2    A.    Now, after he --

3    Q.    I'm just asking when you first saw him

4    outside.

5    A.    No.  Yeah, there was like a red stain all over

6    the shirt.

7    Q.    But not on his pants?

8    A.    I didn't really pay attention.  You know, I'm

9    not going to sit here and lie to you.

10   Q.    I appreciate that.

11   A.    You're welcome.

12   Q.    And you mentioned in your statement that he

13   was carrying something?

14   A.    He was carrying like a bag, duffle bag.

15   Q.    Kind of like one of those two handled kind of?

16   A.    Yeah.

17   Q.    Did it look like there was anything in the

18   bag?

19   A.    You know, I didn't even think nothing like

20   that.  Honest to God, I didn't know what he was

21   dong.

22   Q.    Was he carrying any boots?

23   A.    No, he had boots on.

24   Q.    He was wearing them but not carrying them?

25   A.    He's wearing boots.  He had boots on.  I said

GRAHAM 001192

REGINA RENEE DEAN

```
 1    had boots, wearing boots, had boots on.

 2              They were like Army boots that he had.

 3    He wore them all the time.

 4    Q.    So would it be the same pair of boots?  You

 5    say he wore that same pair of boots all the time?

 6    A.    Yeah, he wore his boots all the time.

 7    Q.    And you said that you yelled out Bubba.  Is

 8    that what you called him, Bubba?

 9    A.    Yeah, Bubba.

10    Q.    How loud did you yell it?  Did you yell it

11    real loud or was it just --

12    A.    I just said, Bubba, what are you doing?  And

13    he said, shhh, shut up.

14    Q.    Did Barbara or Connie hear you say that?

15    A.    I'm sure they had to.  I mean, we were all

16    right there together.

17    Q.    And he just kind of put his finger up and said

18    shhh?

19    A.    Yeah.

20    Q.    Did he make any sort of threats to you at that

21    point?

22    A.    No.

23    Q.    He didn't say anything or make any sort of

24    hand gestures?

25    A.    He just looked at me with a cold dark, dark
```

GRAHAM 001193

REGINA RENEE DEAN

1   look in his eyes that I've never seen.  I've never

2   seen.  It was like almost like looking at the

3   devil, you know.  Inside of me --

4   Q.   And then you mentioned that he kind of went

5   towards you all and then off in another direction

6   and kind out of sight.  Did you see him go towards

7   a dumpster at all?

8   A.   I didn't.  I honestly didn't.

9   Q.   Now, was he walking or was he running?

10   A.   He was walking pretty fast.

11   Q.   He was walking fast?

12   A.   Bubba had long legs.

13   Q.   I know how that works.

14          And then you mentioned that you saw him

15   again later at your mom and dad's house?

16   A.   Uh-huh (yes).  And he had, you know, I heard

17   the door slam and I came out.  And he had, I had

18   asked him, I said, Bubba, what's on your hand?  I

19   said, did you cut your hand or hurt your hand?  And

20   he told me to shut my damn mouth.  It wasn't none

21   of my business; get back to my room.

22          And it wasn't but a few minutes later I

23   heard the shower running.  And it was a little

24   unusual for my brother because he knows better than

25   take showers late at night because mama would get

GRAHAM 001194

REGINA RENEE DEAN

1   on me.  Because I liked to play in the water when I

2   was young.  I'd get in there and play in the water.

3   Q.   Now, so you all, again, you all are still

4   standing in that little box that you drew around

5   Uncle Junior's trailer, right?

6   A.   Yes.

7   Q.   Where did you all go after your brother passed

8   by and went out of sight, where did you all go from

9   there?

10   A.   We went back in the house.

11   Q.   Did you all walk or run?

12   A.   We kind of high-stepped it.  But we went back

13   into Uncle Junior's.  And then I said I'm going to

14   be in trouble when I get home.  And I was going to

15   stay all night but I didn't.

16   Q.   When you all went back inside Uncle Junior's

17   trailer, who all was in the trailer at that time?

18   A.   Just me and Barbara and Connie.

19   Q.   Just you and Barbara and Connie?

20   A.   I can't remember if Nancy was up there.  I'm

21   not going to sit here and say if she was or not.  I

22   can't remember.

23   Q.   Now, here in this affidavit again, I'm going

24   to read it.  It says, "I told Uncle Junior what had

25   happened and what I saw.  He said that he didn't

GRAHAM 001195

REGINA RENEE DEAN

1    doubt it."  Does that sound right?

2    A.   I don't remember saying that.  I honestly

3    don't.

4    Q.   Because Junior wasn't even there, right?

5    A.   No, he wasn't.

6    Q.   So this here in this affidavit can't be

7    correct?

8    A.   I don't remember saying that.

9    Q.   So you must not have said that and Junior must

10   not have said he didn't doubt it, right?

11   A.   I don't remember saying it.  I was in a

12   relationship for 19 years.  And I was abused right

13   near probably 17 of them.  My kids, I tried to do

14   right because I've got children, tried to make

15   things work.  When I'd think they was getting

16   better, they was getting worse.  And when he would

17   hit me, it was always in my head.  And I have a

18   hard time today remembering things.  But I try to

19   be as honest as I can.

20   Q.   And like I said, we do appreciate that.  We

21   all just want to make sure that we understand

22   exactly what you and Barbara --

23   A.   If my brother did do this, I think that he

24   should be punished even though he is my brother.

25   Q.   So Uncle Junior and his wife weren't home that

GRAHAM 001196

REGINA RENEE DEAN

1   night, right?  Is that kind of why you all could go

2   out and play that night?

3   A.   No, they were in bed.

4   Q.   They were in bed?

5   A.   They were in bed.

6            (Witness crying throughout testimony.)

7   Q.   I'll wait for you.  Would it be helpful for

8   you if we maybe took a break for a minute or two?

9   Or would you rather just keep this going and get it

10  over with?

11  A.   Get it over with.

12  Q.   Did you go back -- you say you did go back

13  home that night?

14  A.   Yeah, I did.

15  Q.   And you told your mom what happened?

16  A.   No, I didn't because I knew what would happen

17  to me.

18  Q.   But you got a whooping anyway?

19  A.   I got a whooping for telling on him pushing me

20  out of the swing.

21  Q.   Okay.  But that wasn't for telling him what

22  happened with the scream and running by you and all

23  that stuff?

24  A.   No.  I knew better.  I mean, she wouldn't

25  believe me no way.  They never believed me.

GRAHAM 001197

REGINA RENEE DEAN

1  Q.   Now, again, in this affidavit it says, "I went

2  home and told my mother the same thing"  --

3  A.   The next day I had mentioned something to my

4  mom about my bubba being out late.

5  Q.   So when it says your mother didn't believe

6  you; my mother thought I was lying and whooped you.

7  It wasn't about this whole --

8  A.   That time I got a whooping with a broomstick.

9  Q.   But it wasn't for telling your mom what you

10  saw out playing hide and seek and all that?

11  A.   No, I told her, no, it wasn't.  But I told her

12  about my brother being out and she didn't believe

13  me.

14  Q.   But you didn't -- so it wasn't about seeing

15  him coming out from the trailer and all that sort

16  of thing?

17  A.   No.

18  Q.   It was about him pushing you down?

19  A.   Yeah.  I'm sick.

20  Q.   So did you stay home after that or did you go

21  back to Uncle Junior's?

22  A.   No, I stayed home.

23  Q.   You stayed home?  Again, I'm going to --

24  A.   The next following morning I went back to

25  Uncle Junior's.

GRAHAM 001198

REGINA RENEE DEAN

1    Q.   Because it says here, "After my whooping, I

2    returned to my Uncle Junior's trailer."

3    A.   Yeah, the next morning.

4    Q.   That was the next morning?

5    A.   Yes, sir.

6    Q.   So you never went back that next night?

7    A.   No, no, I knew better.

8    Q.   When you woke up the following morning, you

9    woke up at your own house?

10   A.   Yeah.  When I went back to Uncle Junior's, my

11   Uncle Junior got mad as crap because I couldn't sit

12   down.  I mean, every time I'd sit down, it would

13   burn and my leg would bleed through my clothes.

14   Q.   So you woke up.  When you wake up the next

15   morning, you go back to Uncle Junior's house that

16   next morning.  What do you see outside in the

17   trailer park when you go back to Uncle Junior's?

18   A.   I went there to catch the -- because I had to

19   go to summer school and make up time because of my

20   education and stuff.  And I had failed my grades

21   and I had stayed in the 8th grade so long -- I

22   mean, not the 8th grade.  I can't remember what

23   grade I was in, 7th, something like that.  Anyway,

24   when I -- I would go up there and catch the bus and

25   went down through there.

GRAHAM 001199

REGINA RENEE DEAN

1    Q.    So were there police officers or anything

2    going on out here?

3    A.    When I got on the bus, it was a complete

4    circle that goes back around to where my trailer is

5    and then it comes back up and then it would go down

6    the first row.  And it picked up Nana Biggs' kids,

7    Freddie, and I can't remember the other two names.

8    Because they had to make up for some classes.

9    Q.    Missing classes?

10   A.    Yeah.  And I seen a bunch of police at that

11   trailer where I seen my bother come from.  And they

12   was rolling someone out.  And it was like covered

13   soaked in blood.

14   Q.    So you were on the school bus when you saw it?

15   A.    Yeah.

16   Q.    Did you ever tell Uncle Junior what you'd seen

17   the night before?

18   A.    I can't recall I did, no.

19   Q.    And did you ever tell your mom just so I

20   understand?

21   A.    No.

22   Q.    So you never told any grownups?

23   A.    No, I didn't think, you know, I didn't think

24   nothing about it.  You know, I was young.  I really

25   didn't.

GRAHAM 001200

REGINA RENEE DEAN

1   Q.    So when -- and summer school, was that until

2   lunch or was that all day?

3   A.    We got out at dinnertime.

4   Q.    So you come back to the trailer park.  Was the

5   police and everybody still there when you got back?

6   A.    They -- I can't remember.  I honestly don't

7   remember.  The last thing I remember is seeing some

8   people bring a bed out of the trailer.  It was all

9   covered in blood.  That's the last thing that I

10  remember.

11  Q.    Did you try to talk to the police at all that

12  day?

13  A.    No, sir, I didn't.  Like I said, I never

14  thought nothing, you know, nothing bad until my

15  Uncle Junior said something about the lady that got

16  killed.

17  Q.    When did Uncle Junior say that, that next day?

18  A.    Yes.

19  Q.    After Uncle Junior told you that, did you

20  think about telling the police officers what you

21  knew then?

22  A.    I didn't think -- I really didn't think

23  nothing about it.  Honest to God, I didn't.  I was

24  a kid, I mean.  Nobody never came to my house and

25  nobody even ever asked me anything.

GRAHAM 001201

REGINA RENEE DEAN

1    Q.    It says here in this affidavit, "The next
2    morning I didn't know anything about Roy being
3    involved but just had a strange feeling."  What did
4    you mean by that?
5    A.    I don't know.  He was just acting weird,
6    strange.
7    Q.    But you said just a few minutes ago that you
8    didn't think anything of it.
9    A.    I didn't.  I mean, at the time, you know, when
10   I heard that scream, I didn't think nothing of it,
11   you know, really.
12            But I'm talking about that right there
13   when Lisa came to my house and I was telling her,
14   you know, something just -- I don't know, Roy was
15   just different after that.  He was just, I don't
16   know, he was different.
17   Q.    So you never thought anything of it until Lisa
18   came and talk to you about it last year sometime?
19   A.    I swear to God, I didn't.  I swear on my dead
20   mother's grave.
21   Q.    So Lisa kind of planted that seed, or I guess
22   it kind of made you think that?
23   A.    I just --
24   Q.    When you got up that morning, where was your
25   brother then?

GRAHAM 001202

REGINA RENEE DEAN

1    A.    I don't know where he was at.

2    Q.    When did you see your brother again next?

3    A.    It was later on that evening.

4    Q.    Later on that evening?  Did your brother

5    continue to live with you there at that trailer?

6    A.    Yeah.  Until we moved into that house and he

7    got in some trouble.  Me and my mom and my daddy

8    went to see my Uncle Dokie(ph) which is my mother's

9    brother.  And Bubba had broke into someone's house

10   or something and stole a bunch of guns or something

11   and brought them to my mom's house.  And the next

12   thing I knew that I didn't see my mom and them for

13   about a month.  They had put us in foster care

14   until my Aunt Patty came and got us.

15   Q.    So Roy continued living there with you all?

16   He didn't leave town or anything the next day or

17   anything like that?

18   A.    Oh, no.

19   Q.    So he was around the next week, the next

20   month, the next couple of months?

21   A.    Yeah.

22   Q.    Now, you mentioned in here that your mother

23   asked about some scratches on his body and he

24   mentioned he was attacked by a dog?

25   A.    Oh, Mom, yeah, Mom, I can't remember what day

GRAHAM 001203

REGINA RENEE DEAN

1   that was.  I just, I can't.  He had scratches on

2   him and Mama asked him what happened to him and he

3   said that a dog liked to eat him up or something,

4   scratched him up.

5   Q.   Was that before or after the hide and seek

6   night?

7   A.   I think it was after that, yeah.

8   Q.   Do you remember if it was a couple of days

9   after, a couple of weeks after, a couple of months?

10  A.   Honest to God, I don't remember.

11  Q.   Did Roy Wayne have to seek any medical

12  treatment because of those scratches?

13  A.   Not that I know of.

14  Q.   He didn't go to the doctor or anything like

15  that?

16  A.   Not that I know of.

17  Q.   Now, there was another thing in the affidavit

18  that I wanted to ask you about playing in the creek

19  behind the trailer park.  And I think you touched

20  on that a little bit with Melanie.

21  A.   Yeah.

22  Q.   How old were you when that happened?

23  A.   I was -- I don't even remember.  It was that

24  year.

25  Q.   Same year?

GRAHAM 001204

REGINA RENEE DEAN

1    A.    (Nods head affirmatively.)

2    Q.    Do you remember if it was before or after the

3    hide and seek night?

4    A.    It was after that.  Yeah, he grabbed me by my

5    arm and I'll never forget it.  I'll never forget

6    it.

7    Q.    What prompted him to do that?

8    A.    Because I didn't know how to swim.  And Roy

9    was mean to me when I was growing up.  He was mean

10   to me.

11   Q.    Was there a pool nearby the trailer park that

12   you all would go to?

13   A.    We used to -- there used to be one.  But we

14   went to the creek a lot too.

15   Q.    Mostly to the creek?  Was the pool there at

16   the trailer park or where was that at?

17   A.    No.  It was like a motel.  It was across from

18   where that big old pink thing sits, that pink

19   elephant.

20   Q.    So it was within walking distance of where you

21   all were?

22   A.    Yeah.

23   Q.    Now, you say that you were playing by the

24   creek and he made the statement.  I want to make

25   sure I get it right.  And forgive my language, but

GRAHAM 001205

REGINA RENEE DEAN

1    that's what it says.  It says, "Bitch, if you do, I

2    will do you like I did that girl in the trailer."

3    Is that what he said to you?

4    A.    Yeah.  He start -- I asked him when we grabbed

5    me by the arm, I said, "What are you doing, Bubba."

6    He said, "You're going to know how to swim today."

7    I said, "If you throw me off this creek," I said,

8    "I'm going to tell Mama."  I said, "I might get my

9    tail whopped, but I'm gonna tell Mama."  And he

10   said, "Bitch, if you do, he said, I'll do you like

11   I did that lady in the trailer."

12             And you know, it didn't dawn on me.  You

13   know, I mean.  Really it didn't.  I mean, when

14   you're a kid, you know, I don't know what the hell

15   he meant by it.

16   Q.    Now, after this happened with Kaye, was it

17   kind of a topic of discussion around the trailer

18   park?

19   A.    Yeah, everybody was talking.

20   Q.    So your brother would have been aware of it

21   just from people around the trailer park talking

22   about it?

23   A.    I'm sure, yeah, I'm sure.  But I've been open

24   and honest as I can be with ya'll.  And this has

25   been a big, big, a big toll on me - especially

GRAHAM 001206

REGINA RENEE DEAN

1   stuff with my mama.

2   Q.   Now, Kaye, I know that Barbara spent a little

3   bit of time with Kaye when she was younger.  Did

4   you spend time with Kaye as well?

5   A.   No.  I didn't even know the lady.

6   Q.   Didn't know her?

7   A.   No, sir.

8   Q.   Had you seen her around the trailer park at

9   all?

10  A.   I had seen her from on the bus just times

11  before, way before, you know, I was doing the

12  summer school.

13  Q.   Just kind of hanging outside the trailer or

14  hanging out at the trailer park?

15  A.   Yeah.  Outside the trailer coming in and out.

16  But as far as knowing her, no, I didn't know her.

17  Q.   Did you ever see her with Norman Graham?

18  A.   I can't remember.  Honest to God, I don't

19  remember.

20  Q.   Did you ever see her with your brother?

21  A.   No.

22  Q.   Now, it says --

23  A.   He had a lot of girlfriends in that trailer

24  park, so.  I mean, lots.  I know of three or four

25  girlfriends.  I don't know them.  You don't know

GRAHAM 001207

REGINA RENEE DEAN

1    them.  But I know he said he had -- Bubba was a bad

2    boy.

3    Q.    And you made the statement, that "Roy Wayne

4    Dean went to the trailer quite often."  Did that

5    mean Norman and Kaye's trailer?

6    A.    I don't know if that's where Norman and Kaye

7    lived.  But he, you know, way before, way before

8    that happened, he used to go -- we would go to

9    Nana's, me and Barbara and them would go to Nana

10   Biggs.  And Nana lived like across the street.  And

11   I would see Bubba go to that trailer a lot.

12   Q.    Did he actually go inside?

13   A.    Yeah.

14   Q.    So he would go in that trailer before this?

15   A.    It was way before the night of hide and go

16   seek.

17   Q.    Do you know if he was friends with the people

18   in there?

19   A.    I don't know.  I don't know.

20   Q.    How long would he stay there?

21   A.    I really, to be honest with you, I don't know.

22   Because I went on in to Nana and them's.

23   Q.    Did you ever ask your brother why he was going

24   over there or why he was or anything like that?

25   A.    No, huh-uh.  Because like I said, he hit on

GRAHAM 001208

REGINA RENEE DEAN

1   might near all the girls around there.

2   Q.   Now, so you never went in that trailer

3   yourself?

4   A.   No, sir.  No, sir.

5   Q.   How would you describe your relationship with

6   your mom?  It sounds like you all had kind of a

7   rough relationship.

8   A.   I know my mama loved me.  She loved my brother

9   more.

10  Q.   How was your relationship with your mom after

11  that?

12  A.   (Shakes head negatively.)  (Witness crying.)

13  Q.   Never got any better?

14  A.   No.

15  Q.   So Roy was always, early in your life, Roy was

16  the favorite?

17  A.   Yeah.

18  Q.   Is that it stayed, was Roy always the favorite

19  even after you all grew up?

20  A.   Yeah.  I was the piece of trash is what I felt

21  like.

22  Q.   How was your mom's relationship with your

23  brother after he got convicted, charged and

24  convicted with murdering somebody?

25  A.   She still loved him regardless.

GRAHAM 001209

REGINA RENEE DEAN

1    Q.    She stood by him through all that?

2    A.    She went through over a hundred thousand

3    dollars trying to get him home.  She sold her home

4    and everything.

5    Q.    Now, you made the statement in here that Roy

6    had plenty of knives.  What sort of knives did he

7    have?

8    A.    Hunting knives.

9    Q.    So he hunted?

10   A.    No, not really.  He just collected knives.

11   Q.    And I'm sorry if I've already asked you this.

12   But how old were you when Roy actually moved out of

13   the home, left home?

14   A.    I don't remember.  Honest to God, I don't.

15   Q.    Would you have still been a teenager or?

16   A.    Yeah.  I would have still been in my teens.

17   Q.    How often did you see Roy after he moved out?

18   A.    Just every blue moon.

19   Q.    Where would you see him at?

20   A.    He would come to Mama's.

21   Q.    Holidays, things like that?

22   A.    Yeah.

23   Q.    And how old you when you moved away from home?

24   A.    I stayed under Mama a lot.  I was like 30

25   something.  30, let's see, I was 36 when I moved

GRAHAM 001210

REGINA RENEE DEAN

1  out.

2  Q.   Have you moved around quite a bit or have you

3  stayed pretty close to Todd County?

4  A.   I lived in Robertson County then.

5  Q.   Springfield area, I guess?

6  A.   Yes, sir.

7  Q.   Did you maintain any sort of relationship with

8  Barbara as ya'll got older?

9  A.   We've always been close, me and Barbara.

10  We've always been close.

11  Q.   How often would you all speak or do you all

12  speak?  Do you speak very often?

13  A.   You know, I haven't spoke to her in many, many

14  years.  I didn't even recognize her when she first

15  came in, whenever they told me, when they brought

16  the baby out that it was her grandbaby.  I said,

17  wow, she used to be a little bitty like model-type

18  girl.

19  Q.   Now, it said in here that you knew years later

20  that Roy was convicted of murder.  Did you not know

21  when he was charged that that was pending, that he

22  was on trial or anything like that?

23  A.   No.  I thought it was for the murder in the

24  trailer park or the killing in the trailer park.  I

25  didn't know that it was someone else.

GRAHAM 001211

REGINA RENEE DEAN

1    Q.   When you heard that that was pending and that

2    you thought it was the lady from the trailer park,

3    did you try to contact the police and let them know

4    what you knew then?

5    A.   I didn't know none of this until Lisa and them

6    came up to my house and I talked to, you know,

7    people.  But it makes me sick to know my brother's

8    in there for killing someone else too.

9    Q.   And at some point, I guess you learned that he

10   was serving time for murder not of Kaye but

11   somebody else, right?

12   A.   It just makes me sick.

13   Q.   When did you first learn that it was not Kaye

14   that he was serving time for?

15   A.   When Lisa came.

16   Q.   When Lisa came?

17   A.   Came to the house.

18   Q.   When Lisa came and told you all that, did you

19   try to contact the police then?

20   A.   No, I had, it was Mr. Jimmer.

21   Q.   Did you call Barbara or Connie and talk to

22   them about it then?

23   A.   No, no.

24   Q.   Have you talked to anybody else about it over

25   the years?

GRAHAM 001212

REGINA RENEE DEAN

1    A.    No, I never thought nothing of it.

2    Q.    Boyfriends, fiance's?

3    A.    No, I never talked about nothing, nothing

4    about it.  I really honest to God didn't.

5    Q.    So up to this point you've never actually

6    approached or sought out any sort of law

7    enforcement to tell them what you know?

8    A.    No, I didn't.  I didn't think nothing by it.

9    Q.    Do you know if the police when they were there

10   investigating that murder back in 1980, do you know

11   if they spoke to your mother at all?

12   A.    I don't know if they did or not.

13   Q.    Do you know if they spoke to your brother?

14   A.    I don't know.  I'm sure probably they did.  I

15   don't know for sure.

16   Q.    You weren't there when it happened if they

17   did?

18   A.    No.

19   Q.    Do you feel guilty for not reporting what you

20   knew sooner?

21   A.    I feel bad for the people.  But like I said, I

22   was a kid.  I didn't think nothing by it.

23   Q.    Now, I'm going to just ask you a few more

24   questions and I'm almost finished, okay?

25              That day that the detectives came and

GRAHAM 001213

REGINA RENEE DEAN

1   met with you and did their interview, did they just

2   show up out of the blue?  Did they call you on the

3   phone?  I know you mentioned that earlier.  How did

4   that kind of take place?

5   A.   I remember them coming to the house and

6   talking to me and was asking me about my brother.

7   Q.   And that was the time your fiance' was there

8   with you?

9   A.   Yeah.

10  Q.   And was that the only time they came to talk

11  to you there at your house?

12  A.   There's a second time.  There was two officers

13  came and talked to me.

14  Q.   The same two officers?

15  A.   I don't know.  There was a short guy, black

16  headed, real skinny.

17  Q.   Did they identify themselves as Kentucky State

18  Police detectives?

19  A.   Yes.

20  Q.   Were they polite when they met with you there

21  at the house?

22  A.   They were polite.  But I don't know, I just

23  felt because the way they kept looking at me, I

24  mean, I'm not trying to be mean to nobody.  But

25  they made me feel like they thought I was lying to

GRAHAM 001214

REGINA RENEE DEAN

1   them.

2   Q.   Talking to the police can be kind of

3   intimidating sometimes, can't it?

4   A.   Yeah.  I mean, I don't want to -- you know, if

5   I can remember anything that would help ya'll, I'm

6   more than willing or I wouldn't be sitting in this

7   chair.  And it tears my heart out.  This is going

8   against my brother.  But if he did it, I think he

9   should be punished for it.

10  Q.   Now, I've got to ask you a few questions and I

11  asked Barbara the same questions.  I typically ask

12  everybody this.  It's not anything personal.  When

13  you signed this affidavit for Jimmer, were you

14  under the influence of any alcohol or drugs at that

15  time?

16  A.   No, sir, I was not.

17  Q.   And when you were interviewed by the Kentucky

18  State Police detectives, were you under the

19  influence of alcohol or drugs?

20  A.   No, sir.

21  Q.   And today are you under the influence of

22  anything today?

23  A.   No.  Just a lot of pain.

24  Q.   Now, in that interview, you say "we" a lot, so

25  Connie and Barbara were there with you throughout

GRAHAM 001215

REGINA RENEE DEAN

1    this whole thing that night?

2    A.    (Nods head affirmatively.)

3    Q.    And then in that interview you went so far as

4    I think to describe the bag that Roy was carrying

5    as a camouflage bag.  Does that sound right?

6    A.    It was like different color greens in it.

7    Q.    So not black or brown?  Kind of a mixture of

8    color?

9    A.    Yeah.  It's about this long, somewhere in that

10   area.  It had two little handles on it.

11   Q.    And I think in that interview, and I had a

12   hard time understanding some of it.  But I think

13   you said something to the effect that Roy Wayne

14   came home later that night and he had drugs with

15   him.  Does that sound right?

16   A.    No.

17   Q.    I mean, I had a hard time hearing,

18   understanding part of it --

19   A.    No.

20   Q.    When you got home, was Roy already there or

21   did he come home after you?

22   A.    No.  He came in after me.  Probably about 45

23   minutes after me.  But I don't remember him having

24   a shirt on.  I remember seeing some blood on his

25   hand.

GRAHAM 001216

REGINA RENEE DEAN

1    Q.    But he didn't have a shirt on when he got

2    home?

3    A.    I don't remember seeing a shirt, no.

4    Q.    Now, in the affidavit it says, "Roy may have

5    been in the house when I was telling her.  I do

6    remember him coming out of the bathroom and

7    laughing about me getting punished."  So do you

8    think he was there when you told your mom or not

9    there?

10   A.    He could have been.  I don't know.  I can't

11   remember.

12   Q.    So he may have been there before you?  He may

13   have been there after you?

14   A.    Yeah.  I can't remember.  And I don't want to

15   sit up here and tell you about something that ain't

16   true.

17   Q.    Yes, ma'am.  I appreciate that.

18   A.    I'm trying to be as open and honest as I can

19   be with ya'll.

20   Q.    And you said that you asked something to Roy

21   about where he'd been or what he was doing and he

22   said it was none of your business?

23   A.    Yeah.  He told me to get back in my damn room.

24   Q.    Is there a reason why that's not here in the

25   affidavit?  It doesn't mention anything here about

GRAHAM 001217

REGINA RENEE DEAN

1    you talking to him at your parents' house.

2    A.   I just -- there's things that I don't

3    remember.  I don't even think they asked me that.

4    Q.   In that interview I think you were being

5    pretty honest with the detectives when you told

6    them that you're not sure that all this even

7    happened that same night that Kaye was killed, are

8    you?

9    A.   I don't know if it's the same night that the

10   woman died or not.  No, I don't.  I can't say it is

11   because I honestly, I don't know.

12              MR. CROCKER:  I think I'm done.  Let

13   me check with my boss and I'll be right back.

14              THE WITNESS:  Thank you.

15              MR. CROCKER:  Ma'am, I don't have

16   anymore questions for you right now but I may think

17   of a couple more depending on what Melanie asks

18   you.

19

20              **REDIRECT EXAMINATION**

21   **BY MS. HOLLINGSWORTH:**

22   Q.   You were born in 1967; is that correct?

23   A.   Yes.

24   Q.   So this would have happen in 1980.  So that

25   would make you 13, 12 or 13 during all this?

GRAHAM 001218

REGINA RENEE DEAN

```
 1   A.    I reckon.  I'm not good at math.
 2   Q.    So this being 37 years ago, are you doing the
 3   best you can to remember?
 4   A.    I'm doing everything that I can do to remember
 5   and be open and honest.
 6   Q.    And you're doing everything you can to be
 7   honest?
 8   A.    Yeah.  Because I know that's right.
 9   Q.    And you want to tell the truth?
10   A.    I do.
11   Q.    Are you making up what you saw that night?
12   A.    No, absolutely not.
13   Q.    Did Lisa tell you that you saw these things
14   and that's why you think them?
15   A.    No, she did not.
16   Q.    Are you making up seeing stuff because Lisa
17   suggested it?
18   A.    No.
19   Q.    Since Lisa started talking to you about this,
20   have you been thinking about that night you were
21   playing hide and go seek?
22   A.    I have.
23   Q.    And have you been thinking a lot about the
24   next morning when you saw the lady being brought
25   out with the blanket over her?
```

GRAHAM 001219

REGINA RENEE DEAN

1   A.   It's like -- and then those pictures, you

2   know, I have nightmares seeing that lady, seeing

3   them pictures.

4   Q.   Probably bad enough seeing the stretcher

5   coming out?

6   A.   Yeah.

7   Q.   And since you've been thinking about it, have

8   you been trying to have memories come back?

9   A.   I try.

10   Q.   But there's still holes?

11   A.   I'm trying to be as open and honest as I can.

12   Q.   Because you were 13 years old or 12.  But

13   you're doing the best you can?

14   A.   Yes.

15   Q.   And what you're remembering is coming from

16   your head?

17   A.   Yes.

18   Q.   It's not coming from somebody telling you what

19   to say?

20   A.   No, no, ma'am.

21   Q.   And when you said earlier that you didn't know

22   any of this until Lisa told you, you meant that

23   Norman had gone to prison for this?  You had no

24   clue that Norman had gone to prison for Kaye's

25   murder?

GRAHAM 001220

REGINA RENEE DEAN

1  A.   No.

2          MR. CROCKER:  I'm going to object to

3  the leading nature of question.

4  Q.   How did you find out that Norman had gone to

5  prison?

6  A.   From Lisa.  She said he had got charged with

7  it.  And I don't know that gentleman.

8  Q.   But you're doing the best you can?

9  A.   I'm doing the best.  I don't know what else to

10 do.

11          MS. HOLLINGSWORTH:  Thank you,

12 Renee, for your time.

13

14              **RECROSS EXAMINATION**

15 **BY MR. CROCKER:**

16 Q.   I've just got one quick question and we'll be

17 all finished.  And this is just something that I

18 should have asked you about before.

19 A.   That's okay.

20 Q.   In the interview with the detectives, you

21 actually told the detectives that you saw your

22 brother put a boot in the dumpster?

23 A.   No, I did not say.

24 Q.   You did not say that?

25 A.   No, I did not say that.

GRAHAM 001221

REGINA RENEE DEAN

1    Q.   So you did not see him go to the dumpster or

2    put anything in the dumpster?

3    A.   He was going toward -- the dumpster is on the

4    second row where Roy Wayne was headed down to.

5    Q.   And that was just something I had overlooked.

6    Thank you, ma'am, I appreciate it.

7                    MR. CROCKER:  No further questions.

8                    MS. HOLLINGSWORTH:  I have no

9    further questions.

10                   THE WITNESS:  Praise God.

11                   MR. CROCKER:  You don't have any

12   additional questions?

13                   MS. HOLLINGSWORTH:  No additional

14   witnesses or anything.

15                   MR. CROCKER:  The only question that

16   I was going to ask while we are on the record is if

17   I did show the lineup and you did object to it, do

18   we want to go ahead and make that a part of

19   deposition record as well?

20                   MS. HOLLINGSWORTH:  Why don't we

21   bring this up when we have our hearing with Judge

22   Easton on the 24th?  So we can just note for the

23   record that a lineup was shown to Renee and we'll

24   go ahead and address that to the judge.

25                              *  *  *

GRAHAM 001222

REGINA RENEE DEAN

1              (The taking of the foregoing deposition

2      was concluded at 5:15 p.m.)

GRAHAM 001223

STATE OF KENTUCKY

COUNTY OF LOGAN


C E R T I F I C A T I O N


I, Donna S. Heidel, Notary Public in and for the State of Kentucky at Large do hereby certify that the foregoing deposition of **REGINA RENEE DEAN** was taken by me at the time, place, and for the purpose mentioned in the caption; that same was taken by me in machine shorthand and transcribed by computer-aided transcription; that no request was made by counsel for any party that the deposition be submitted to the witness for reading and signature; and the foregoing pages of typewritten matter contain a true, correct, and complete copy of my said notes to the best of my ability.

Further I state that I am not related to any parties involved or counsel of record and have no financial interest in the outcome of said action.

Given under my hand this 13th day of April, 2017.


_____
DONNA S. HEIDEL, Court Reporter
and Notary Public in and for the
State of Kentucky at Large


My commission expires:  6-20-2018

GRAHAM 001224

**0**

07-CR-00001 [1] - 1:2

**1**

1 [1] - 25:13
10 [1] - 41:24
10:00 [2] - 41:17, 41:24
10:30 [3] - 10:25, 14:24, 34:21
11 [3] - 10:25, 14:24, 34:21
12 [3] - 10:14, 75:25, 77:12
13 [5] - 10:14, 34:15, 75:25, 77:12
13th [1] - 81:20
15 [1] - 9:19
16 [1] - 23:10
17 [1] - 53:13
19 [1] - 53:12
1967 [1] - 75:22
1980 [7] - 10:13, 16:16, 24:2, 34:6, 35:4, 70:10, 75:24

**2**

2 [2] - 25:11, 25:13
20 [1] - 9:19
2017 [3] - 1:22, 4:1, 81:20
210 [1] - 2:5
23 [1] - 3:4
24th [1] - 79:22
29 [2] - 1:22, 4:1

**3**

30 [4] - 34:6, 35:3, 67:24, 67:25
30th [2] - 34:24, 34:25
36 [1] - 67:25
37 [1] - 76:2
3:40 [1] - 4:1

**4**

4 [1] - 3:3
4/22/67 [1] - 5:3
40601 [1] - 2:12
42276 [1] - 2:5
45 [2] - 16:13, 73:22

**5**

5 [1] - 2:12
5:15 [1] - 80:2

**6**

6 [1] - 42:7
6-20-2018 [1] - 81:25
6:30 [2] - 42:7

**7**

75 [1] - 3:5
78 [1] - 3:6
7th [2] - 1:1, 56:23

**8**

8th [2] - 56:21, 56:22

**9**

9 [1] - 41:23
9:30 [1] - 41:23

**A**

ability [2] - 26:11, 81:16
able [3] - 13:20, 27:15
absolutely [4] - 19:7, 20:8, 41:15, 76:12
abused [1] - 53:12
accept [1] - 30:2
accuse [1] - 30:19
accused [1] - 18:3
accusing [1] - 35:14
acting [1] - 59:5
action [1] - 81:19
actual [1] - 43:1
additional [2] - 79:12, 79:13
address [1] - 79:24
adults [1] - 15:9
Advocacy [1] - 2:11
affidavit [20] - 19:9, 24:21, 25:3, 25:9, 25:18, 26:6, 33:12, 33:13, 34:5, 34:18, 45:7, 45:22, 52:23, 53:6, 55:1, 59:1, 61:17, 72:13, 74:4, 74:25
affirmatively [2] - 62:1, 73:2
afraid [4] - 6:25, 7:2, 7:8, 8:16
afternoon [1] - 23:3
ago [4] - 12:25, 37:8, 59:7, 76:2
ahead [3] - 42:17, 79:18, 79:24
aided [1] - 81:11
ain't [4] - 30:18, 33:23,

40:7, 74:15
air [1] - 9:13
alcohol [2] - 72:14, 72:19
alive [1] - 10:3
almost [4] - 6:10, 51:2, 70:24
ALSO [1] - 2:16
altogether [1] - 26:23
Amy [1] - 2:10
angled [2] - 11:8, 38:13
answer [1] - 36:25
answering [1] - 26:11
anyway [4] - 6:14, 37:1, 54:18, 56:23
apologize [1] - 9:23
appeared [1] - 44:18
appreciate [5] - 27:2, 49:10, 53:20, 74:17, 79:6
approached [1] - 70:6
April [1] - 81:20
area [9] - 40:20, 40:22, 44:21, 45:16, 47:18, 47:21, 47:23, 68:5, 73:10
arm [4] - 9:13, 20:20, 62:5, 63:5
Army [1] - 50:2
Assistant [1] - 23:4
Asst [1] - 2:4
ate [1] - 42:5
attachment [1] - 25:12
attacked [1] - 60:24
attention [1] - 49:8
attorney [1] - 20:3
Attorney [4] - 2:4, 2:4, 2:9, 23:4
Aunt [3] - 11:8, 42:6, 60:14
aware [1] - 63:20
awful [1] - 38:2

**B**

baby [3] - 23:9, 23:15, 68:16
bad [14] - 5:11, 5:15, 9:7, 9:22, 22:4, 22:7, 22:8, 22:12, 22:15, 22:16, 58:14, 65:1, 70:21, 77:4
bag [7] - 14:4, 14:5, 49:14, 49:18, 73:4, 73:5
Barbara [23] - 25:19, 37:9, 37:19, 39:5, 39:25, 40:3, 41:17, 43:24, 44:1, 47:5,

47:14, 50:14, 52:18, 52:19, 53:22, 64:2, 65:9, 68:8, 68:9, 69:21, 72:11, 72:25
barbara [1] - 44:6
Barbara's [4] - 37:6, 39:24, 40:1, 40:2
based [2] - 33:13, 33:14
bathroom [1] - 74:6
beating [2] - 8:23, 21:5
beatings [1] - 8:25
bed [6] - 11:1, 15:6, 54:3, 54:4, 54:5, 58:8
behalf [2] - 4:4, 29:6
behind [4] - 6:7, 9:11, 11:5, 61:19
belonging [1] - 45:9
best [6] - 26:11, 76:3, 77:13, 78:8, 78:9, 81:16
Bethel [1] - 2:5
better [6] - 40:17, 51:24, 53:16, 54:24, 56:7, 66:13
Betty [1] - 42:6
Betty's [1] - 11:8
between [7] - 12:19, 14:13, 14:20, 25:15, 37:23, 47:12
big [9] - 6:15, 10:22, 16:22, 40:21, 40:23, 62:18, 63:25
bigger [1] - 40:24
Biggs [1] - 65:10
Biggs' [1] - 57:6
bind [1] - 18:23
birthday [2] - 5:2, 35:8
bit [10] - 12:9, 22:20, 22:23, 27:10, 33:7, 38:21, 41:5, 61:20, 64:3, 68:2
Bitch [2] - 63:1, 63:10
bitch [1] - 20:25
bitty [1] - 68:17
black [2] - 71:15, 73:7
blanket [1] - 76:25
bleed [1] - 56:13
blind [1] - 34:2
blood [7] - 13:21, 13:22, 13:23, 15:24, 57:13, 58:9, 73:24
blue [3] - 32:3, 67:18, 71:2
body [1] - 60:23
boot [1] - 78:22
boots [11] - 49:22, 49:23, 49:25, 50:1,

50:2, 50:4, 50:5, 50:6
born [2] - 23:10, 75:22
boss [1] - 75:13
bother [1] - 57:11
box [2] - 43:22, 52:4
boy [1] - 65:2
boyfriend [1] - 32:9
boyfriends [1] - 70:2
break [1] - 54:8
bridge [2] - 20:17, 20:23
briefly [1] - 47:17
bright [1] - 13:25
bring [3] - 33:2, 58:8, 79:21
bringing [1] - 11:20
broke [2] - 9:13, 60:9
broomstick [1] - 55:8
brother [75] - 4:20, 5:10, 5:14, 5:18, 6:11, 6:13, 6:21, 7:4, 8:8, 9:11, 9:16, 11:7, 12:8, 12:18, 12:20, 13:5, 13:13, 13:15, 13:16, 14:12, 14:23, 15:12, 15:20, 15:22, 16:6, 16:10, 16:22, 17:24, 18:2, 18:13, 19:20, 20:9, 21:4, 22:13, 22:14, 23:9, 23:15, 26:22, 27:4, 30:11, 30:13, 30:18, 30:23, 35:14, 40:1, 40:2, 43:6, 43:13, 44:20, 45:5, 45:8, 45:13, 51:24, 52:7, 53:23, 53:24, 55:12, 59:25, 60:2, 60:4, 60:9, 63:20, 64:20, 65:23, 66:8, 66:23, 70:13, 71:6, 72:8, 78:22
brother's [1] - 69:7
brothers [1] - 48:18
brought [2] - 17:20, 60:11, 68:15, 76:24
brown [1] - 73:7
Bubba [9] - 50:7, 50:8, 50:9, 50:12, 51:18, 60:9, 63:5, 65:1, 65:11
bubba [2] - 51:12, 55:4
bully [1] - 16:22
bunch [3] - 39:10, 57:10, 60:10
burn [1] - 56:13
bus [6] - 10:19, 11:17, 56:24, 57:3, 57:14,

64:10
**bush** [2] - 10:23, 11:5
**business** [5] - 15:23, 16:1, 43:19, 51:21, 74:22
**button** [1] - 33:24
**buying** [1] - 28:25
**BY** [8] - 3:3, 3:4, 3:5, 3:6, 4:13, 23:2, 75:21, 78:15

## C

**caddy** [1] - 38:15
**camouflage** [1] - 73:5
**caption** [1] - 81:10
**car** [16] - 6:3, 6:9, 6:24, 29:16, 29:17, 29:19, 31:7, 31:19, 36:2, 36:3, 36:4, 36:5, 36:6, 36:18, 36:19, 36:21
**care** [1] - 60:13
**carrying** [5] - 49:13, 49:14, 49:22, 49:24, 73:4
**catch** [2] - 56:18, 56:24
**Center** [1] - 4:5
**certify** [1] - 81:7
**chair** [1] - 72:7
**chance** [1] - 7:14
**charged** [3] - 66:23, 68:21, 78:6
**chasing** [2] - 6:1, 6:24
**check** [1] - 75:13
**child** [3] - 16:20, 17:5, 23:11
**children** [1] - 53:14
**church** [6] - 10:8, 27:17, 27:18, 35:22, 35:23, 36:1
**cigarette** [7] - 10:23, 10:24, 11:3, 15:7, 15:8, 40:6, 40:8
**circle** [1] - 57:4
**CIRCUIT** [2] - 1:1, 1:2
**Civil** [1] - 4:4
**classes** [2] - 57:8, 57:9
**clear** [1] - 9:7
**clearly** [2] - 45:1, 46:3
**climbed** [1] - 6:15
**close** [5] - 16:13, 46:23, 68:3, 68:9, 68:10
**closed** [2] - 46:4, 46:13
**closer** [4] - 11:12, 43:24, 44:1, 46:20

**clothes** [1] - 56:13
**clue** [1] - 77:24
**cold** [1] - 50:25
**collected** [1] - 67:10
**color** [3] - 13:25, 73:6, 73:8
**comfortable** [1] - 21:25
**coming** [21] - 6:9, 7:14, 11:7, 11:10, 12:8, 13:6, 14:9, 43:7, 44:24, 45:14, 46:1, 47:18, 47:22, 47:24, 55:15, 64:15, 71:5, 74:6, 77:5, 77:15, 77:18
**commencing** [1] - 4:1
**commission** [1] - 81:25
**COMMONWEALTH** [2] - 1:1, 1:4
**Commonwealth** [4] - 2:4, 2:4, 2:10, 23:4
**complete** [2] - 57:3, 81:15
**computer** [3] - 33:18, 33:21, 81:11
**computer-aided** [1] - 81:11
**concluded** [1] - 80:2
**Connie** [10] - 39:5, 39:25, 40:4, 44:11, 47:14, 50:14, 52:18, 52:19, 69:21, 72:25
**contact** [3] - 35:15, 69:3, 69:19
**contacted** [1] - 27:4
**contain** [1] - 81:15
**continue** [1] - 60:5
**continued** [1] - 60:15
**conversation** [1] - 25:15
**conversations** [1] - 32:22
**convicted** [3] - 66:23, 66:24, 68:20
**cooked** [1] - 42:6
**copy** [2] - 25:17, 81:15
**corner** [1] - 12:9
**cornered** [1] - 38:15
**correct** [7] - 8:2, 25:9, 26:6, 45:24, 53:7, 75:22, 81:15
**counsel** [3] - 25:15, 81:12, 81:18
**country** [1] - 5:24
**COUNTY** [1] - 81:2
**County** [3] - 4:5, 68:3, 68:4
**couple** [6] - 42:20,

60:20, 61:8, 61:9, 75:17
**course** [1] - 24:19
**COURT** [1] - 1:2
**Court** [2] - 1:25, 81:22
**courtroom** [3] - 40:25, 41:1, 46:20
**cousin** [1] - 39:13
**covered** [3] - 11:21, 57:12, 58:9
**crap** [1] - 56:11
**crazy** [2] - 29:10, 29:11
**Creek** [1] - 2:12
**creek** [6] - 20:16, 61:18, 62:14, 62:15, 62:24, 63:7
**CROCKER** [11] - 3:4, 3:6, 23:2, 25:12, 75:12, 75:15, 78:2, 78:15, 79:7, 79:11, 79:15
**Crocker** [2] - 2:4, 23:4
**CROSS** [2] - 3:4, 23:1
**CROSS-EXAMINATION** [1] - 3:4
**crying** [6] - 5:16, 8:6, 12:13, 18:14, 54:6, 66:12
**curfew** [3] - 41:17, 41:18, 42:1
**cut** [4] - 15:25, 37:25, 47:12, 51:19
**cuts** [1] - 47:7

## D

**Dad** [1] - 31:6
**dad** [7] - 21:15, 23:19, 24:9, 30:4, 31:20, 31:24, 37:6
**dad's** [1] - 51:15
**daddy** [3] - 23:25, 60:7
**Daddy** [1] - 24:6
**Dale** [2] - 23:9, 23:15
**damn** [3] - 16:1, 51:20, 74:23
**Danny** [6] - 17:20, 24:7, 28:19, 28:20, 31:22, 32:20
**dark** [6] - 14:12, 41:25, 48:24, 48:25, 50:25
**date** [8] - 34:7, 34:8, 34:9, 34:10, 34:23, 35:2, 35:3, 35:11
**dawn** [1] - 63:12
**days** [1] - 61:8
**dead** [1] - 59:19

**Dean** [10] - 4:15, 4:21, 7:24, 23:3, 37:5, 37:6, 39:9, 45:8, 47:2, 65:4
**DEAN** [4] - 1:17, 4:2, 4:10, 81:8
**Deans** [1] - 39:10
**death** [1] - 6:2
**defend** [1] - 33:6
**Defendant** [1] - 1:21
**DEFENDANT** [1] - 2:8
**definitely** [3] - 13:23, 15:2, 44:22
**Department** [1] - 2:11
**deposition** [5] - 4:2, 79:19, 80:1, 81:8, 81:13
**DEPOSITION** [1] - 1:15
**describe** [4] - 27:16, 37:12, 66:5, 73:4
**describing** [1] - 41:8
**despite** [1] - 6:12
**Det** [2] - 2:17, 2:17
**detectives** [11] - 21:11, 27:15, 29:5, 29:9, 32:7, 70:25, 71:18, 72:18, 75:5, 78:20, 78:21
**devil** [1] - 51:3
**die** [1] - 7:17
**died** [2] - 23:9, 23:10, 75:10
**different** [3] - 59:15, 59:16, 73:6
**difficult** [1] - 15:17
**dinner** [3] - 42:4, 42:5
**dinnertime** [1] - 58:3
**DIRECT** [3] - 3:3, 4:12
**direction** [3] - 46:25, 47:3, 51:5
**discussion** [3] - 37:10, 41:11, 63:17
**distance** [7] - 13:14, 38:6, 38:17, 46:21, 46:22, 47:2, 62:20
**doctor** [1] - 61:14
**dog** [2] - 60:24, 61:3
**Dokie(ph** [1] - 60:8
**dollars** [1] - 67:3
**done** [2] - 36:7, 75:12
**dong** [1] - 49:21
**Donna** [2] - 1:25, 81:6
**DONNA** [1] - 81:22
**door** [24] - 11:11, 14:6, 14:9, 14:10, 14:11, 15:19, 45:1, 45:3, 45:4, 45:9, 45:15, 45:17, 45:18, 45:23, 46:2, 46:3, 46:4,

46:11, 46:13, 46:19, 47:25, 48:3, 48:6, 51:17
**doubt** [3] - 39:21, 53:1, 53:10
**down** [16] - 21:24, 27:21, 28:17, 28:18, 28:19, 28:22, 33:18, 36:11, 37:22, 47:12, 55:18, 56:12, 56:25, 57:5, 79:4
**drank** [2] - 16:21, 24:17
**dreamed** [1] - 17:13
**dreams** [1] - 33:9
**drew** [2] - 43:22, 52:4
**drown** [1] - 20:22
**drugs** [3] - 72:14, 72:19, 73:14
**Dudley** [4] - 2:17, 17:14, 17:15, 19:25
**duffle** [2] - 14:5, 49:14
**duly** [1] - 4:11
**dumpster** [5] - 51:7, 78:22, 79:1, 79:2, 79:3
**during** [1] - 75:25

## E

**Earl** [1] - 40:1
**early** [1] - 66:15
**Easton** [1] - 79:22
**eat** [1] - 61:3
**ed** [1] - 11:25
**education** [1] - 56:20
**Education** [1] - 2:11
**effect** [1] - 73:13
**either** [1] - 20:22
**elephant** [1] - 62:19
**Elkton** [3] - 1:21, 4:5, 35:22
**emblem** [1] - 48:21
**encounter** [1] - 22:8
**end** [3] - 10:22, 37:16, 41:5
**enforcement** [1] - 70:7
**escape** [1] - 7:12
**especially** [1] - 63:25
**estimate** [1] - 13:1
**estimating** [2] - 14:24, 15:1
**evening** [2] - 60:3, 60:4
**eventually** [1] - 17:14
**exact** [4] - 34:8, 34:9, 34:10, 35:2
**exactly** [3] - 34:14, 41:12, 53:22
**EXAMINATION** [8] -

GRAHAM 001226

3:3, 3:4, 3:5, 3:6, 4:12, 23:1, 75:20, 78:14
**examined** [1] - 4:11
**EXHIBITS** [1] - 3:15
**experiences** [1] - 22:12
**expires** [1] - 81:25
**eyes** [3] - 34:3, 46:16, 51:1

## F

**failed** [1] - 56:20
**family** [3] - 21:6, 26:18, 32:1
**far** [10] - 37:18, 38:2, 38:4, 38:13, 38:14, 38:16, 46:17, 46:18, 64:16, 73:3
**fast** [3] - 13:18, 51:10, 51:11
**father** [2] - 23:24, 24:3
**favorite** [4] - 8:8, 8:22, 66:16, 66:18
**fell** [1] - 9:13
**felt** [7] - 8:9, 8:10, 21:6, 21:25, 22:3, 66:20, 71:23
**female** [1] - 42:18
**few** [9] - 12:15, 12:16, 21:8, 23:5, 37:7, 51:22, 59:7, 70:23, 72:10
**fiance'** [4] - 32:10, 32:11, 32:12, 71:7
**fiance's** [1] - 70:2
**field** [2] - 6:7, 6:15
**fight** [3] - 16:21, 17:9, 24:19
**fighting** [1] - 24:16
**fights** [2] - 17:10, 43:4
**filed** [1] - 6:9
**financial** [1] - 81:18
**fine** [1] - 26:10
**finger** [2] - 43:18, 50:17
**finished** [2] - 70:24, 78:17
**first** [13] - 11:4, 11:18, 23:10, 23:11, 27:3, 30:12, 32:25, 46:15, 46:16, 49:3, 57:6, 68:14, 69:13
**five** [4] - 5:7, 12:22, 12:24, 44:21
**following** [2] - 55:24, 56:8
**follows** [1] - 4:11
**Foote** [1] - 2:9

**FOR** [2] - 2:3, 2:8
**foregoing** [3] - 80:1, 81:8, 81:14
**forget** [2] - 62:5
**forgive** [2] - 40:6, 62:25
**form** [1] - 10:8
**foster** [1] - 60:13
**four** [5] - 5:7, 12:21, 37:23, 44:21, 64:24
**Frankfort** [1] - 2:12
**Freddie** [1] - 57:7
**friend** [4] - 18:3, 30:24, 31:4
**friends** [1] - 65:17
**full** [1] - 4:14

## G

**Gail** [1] - 2:4
**gentleman** [2] - 32:8, 78:7
**gestures** [1] - 50:24
**girl** [3] - 29:10, 63:2, 68:18
**girlfriend** [1] - 30:8
**girlfriends** [2] - 64:23, 64:25
**girls** [1] - 66:1
**Given** [1] - 81:20
**glasses** [1] - 25:1
**glaucoma** [1] - 34:3
**God** [15] - 7:16, 10:6, 10:7, 21:2, 26:3, 39:6, 39:23, 49:20, 58:23, 59:19, 61:10, 64:18, 67:14, 70:4, 79:10
**gonna** [1] - 63:9
**grabbed** [3] - 20:20, 62:4, 63:4
**grade** [3] - 56:21, 56:22, 56:23
**grades** [2] - 11:23, 56:20
**Graham** [2] - 20:3, 64:17
**GRAHAM** [1] - 1:8
**grandaddy** [1] - 6:4
**grandbaby** [1] - 68:16
**grave** [1] - 59:20
**great** [2] - 5:17, 8:8
**greens** [1] - 73:6
**grew** [4] - 17:7, 21:3, 23:17, 66:19
**groceries** [6] - 28:24, 28:25, 30:3, 31:6, 31:19, 31:20
**grow** [1] - 7:19
**growing** [4] - 4:22,

7:19, 10:11, 62:9
**grownups** [1] - 57:22
**guess** [7] - 13:22, 36:20, 38:15, 46:7, 59:21, 68:5, 69:9
**guessing** [2] - 40:21, 46:17
**GUILING** [1] - 15:15
**Guiling** [1] - 2:4
**guilty** [1] - 70:19
**guns** [1] - 60:10
**Guthrie** [1] - 27:13
**guy** [2] - 45:10, 71:15
**guys** [1] - 4:22

## H

**hair** [1] - 13:15
**hand** [8] - 14:4, 15:24, 50:24, 51:18, 51:19, 73:25, 81:20
**handled** [1] - 49:15
**handles** [1] - 73:10
**hanging** [2] - 64:13, 64:14
**hard** [10] - 5:16, 9:12, 19:14, 19:17, 19:19, 31:12, 31:24, 53:18, 73:12, 73:17
**harm** [1] - 6:21
**harming** [1] - 17:13
**head** [5] - 53:17, 62:1, 66:12, 73:2, 77:16
**headed** [2] - 71:16, 79:4
**hear** [5] - 16:6, 42:18, 43:9, 43:21, 50:14
**heard** [16] - 6:7, 10:16, 11:5, 15:19, 16:8, 24:12, 25:20, 34:21, 44:4, 44:6, 44:11, 45:13, 51:16, 51:23, 59:10, 69:1
**hearing** [2] - 73:17, 79:21
**heart** [2] - 19:1, 72:7
**Heidel** [2] - 1:25, 81:6
**HEIDEL** [1] - 81:22
**hell** [4] - 8:24, 17:24, 18:1, 63:14
**help** [13] - 12:13, 18:5, 18:21, 18:22, 18:23, 19:9, 29:15, 29:19, 29:20, 31:4, 31:23, 42:25, 72:5
**helpful** [1] - 54:7
**hereby** [1] - 81:7
**hid** [1] - 11:5
**hide** [14] - 10:21, 11:2, 11:4, 18:7, 36:23,

39:2, 39:3, 40:4, 40:10, 55:10, 61:5, 62:3, 65:15, 76:21
**high** [3] - 20:18, 52:12
**high-stepped** [1] - 52:12
**highway** [1] - 37:17
**himself** [2] - 15:25
**hit** [4] - 6:10, 6:15, 53:17, 65:25
**holes** [1] - 77:10
**holidays** [1] - 67:21
**hollering** [1] - 43:9
**Hollingsworth** [1] - 2:9
**HOLLINGSWORTH** [12] - 3:3, 3:5, 4:13, 22:22, 25:10, 25:16, 27:24, 75:21, 78:11, 79:8, 79:13, 79:20
**home** [26] - 5:20, 7:14, 15:14, 15:18, 15:19, 18:7, 22:9, 23:17, 25:20, 25:25, 52:14, 53:25, 54:13, 55:2, 55:20, 55:22, 55:23, 67:3, 67:13, 67:23, 73:14, 73:20, 73:21, 74:2
**honest** [19] - 21:2, 26:3, 26:25, 39:6, 39:23, 49:20, 53:19, 58:23, 61:10, 63:24, 64:18, 65:21, 67:14, 70:4, 74:18, 75:5, 76:5, 76:7, 77:11
**honestly** [6] - 26:24, 48:1, 51:8, 53:2, 58:6, 75:11
**hour** [1] - 16:13
**house** [35] - 5:25, 6:7, 7:20, 20:15, 21:11, 21:14, 26:16, 26:19, 26:23, 27:18, 27:20, 28:14, 28:16, 28:18, 32:21, 35:13, 38:1, 41:20, 41:22, 51:15, 52:10, 56:9, 56:15, 58:24, 59:13, 60:6, 60:9, 60:11, 69:6, 69:17, 71:5, 71:11, 71:21, 74:5, 75:1
**hundred** [2] - 12:23, 67:2
**hunted** [1] - 67:9
**hunting** [1] - 67:8
**hurt** [7] - 8:14, 9:20, 9:22, 15:25, 24:20, 43:3, 51:19
**hurting** [1] - 9:14

## I

**identify** [1] - 71:17
**impression** [1] - 19:3
**Inaudible** [1] - 25:15
**indicating** [3] - 6:8, 11:13, 28:2
**Indictment** [1] - 1:2
**influence** [2] - 72:14, 72:19, 72:21
**initials** [3] - 24:23, 25:5, 28:5
**Innocence** [1] - 17:15
**innocent** [1] - 7:17
**inside** [4] - 35:24, 51:3, 52:16, 65:12
**intentionally** [1] - 8:13
**interest** [1] - 81:19
**interview** [8] - 27:14, 33:14, 71:1, 72:24, 73:3, 73:11, 75:4, 78:20
**interviewed** [1] - 72:17
**intimidating** [1] - 72:3
**INTRODUCED** [1] - 3:15
**investigating** [1] - 70:10
**investigator** [1] - 34:17
**Investigator** [1] - 19:25
**investigators** [1] - 35:16
**involved** [2] - 59:3, 81:18

## J

**James** [3] - 2:17, 17:14, 19:25
**Jeff** [1] - 40:1
**Jimmer** [14] - 14:21, 17:14, 19:14, 19:25, 31:21, 33:15, 35:16, 35:18, 35:19, 35:21, 36:4, 36:16, 69:20, 72:13
**Jimmer's** [1] - 36:5
**job** [1] - 29:15
**Judge** [1] - 79:21
**judge** [1] - 79:24
**JUDICIAL** [1] - 1:1
**Judicial** [1] - 4:5
**July** [1] - 34:14
**jump** [1] - 47:17
**jumped** [1] - 6:3
**June** [5] - 34:6, 34:13, 34:23, 34:25, 35:3

GRAHAM 001227

Junior [18] - 10:16, 11:8, 11:19, 15:6, 16:23, 37:2, 37:6, 37:7, 52:24, 53:4, 53:9, 53:25, 56:11, 57:16, 58:15, 58:17, 58:19

junior [1] - 37:5

Junior's [19] - 10:20, 10:24, 14:15, 37:19, 37:25, 38:7, 38:8, 40:14, 43:22, 47:6, 52:5, 52:13, 52:16, 55:21, 55:25, 56:2, 56:10, 56:15, 56:17

Justin [2] - 2:4, 23:3

## K

Kaye [10] - 20:10, 38:10, 63:16, 64:2, 64:3, 64:4, 65:6, 69:10, 69:13, 75:7

Kaye's [3] - 38:4, 65:5, 77:24

keep [1] - 54:9

KENTUCKY [3] - 1:1, 1:4, 81:1

Kentucky [12] - 1:21, 2:5, 2:10, 2:12, 4:3, 4:6, 7:5, 17:15, 71:17, 72:17, 81:7, 81:23

kept [4] - 13:15, 22:1, 30:11, 71:23

kid [7] - 10:12, 16:16, 29:23, 43:5, 58:24, 63:14, 70:22

kids [4] - 40:9, 44:15, 53:13, 57:6

killed [9] - 10:17, 11:20, 13:9, 14:7, 18:3, 30:11, 30:14, 58:16, 75:7

killing [2] - 68:24, 69:8

kind [27] - 11:7, 19:11, 29:2, 33:6, 33:14, 36:11, 38:15, 40:13, 42:17, 43:22, 48:19, 49:15, 50:17, 51:4, 51:6, 52:12, 54:1, 59:21, 59:22, 63:17, 64:13, 66:6, 71:4, 72:2, 73:7

kindly [2] - 38:12

kindness [1] - 19:1

knives [4] - 67:6, 67:8, 67:10

knowing [2] - 7:6, 64:16

known [1] - 45:10

knows [2] - 19:12, 51:24

## L

lady [25] - 10:17, 11:5, 11:19, 12:12, 14:7, 17:19, 18:3, 18:13, 28:2, 30:7, 30:12, 30:14, 31:10, 33:4, 34:21, 35:13, 38:9, 38:12, 58:15, 63:11, 64:5, 69:2, 76:24, 77:2

lady's [1] - 13:8

laid [1] - 46:16

language [1] - 62:25

Large [2] - 81:7, 81:23

last [10] - 16:19, 17:20, 23:14, 23:15, 27:7, 27:9, 32:14, 58:7, 58:9, 59:18

late [5] - 15:9, 16:9, 16:10, 51:25, 55:4

latest [1] - 41:24

laughing [1] - 74:7

law [1] - 70:6

layout [1] - 37:10

leading [1] - 78:3

learn [2] - 20:22, 69:13

learned [1] - 69:9

leave [1] - 60:16

left [3] - 5:20, 36:8, 67:13

leg [1] - 56:13

legs [2] - 9:21, 51:12

less [1] - 7:8

liar [1] - 6:20

library [3] - 36:8, 36:15, 36:17

lie [7] - 9:18, 15:3, 22:2, 22:16, 22:18, 22:19, 49:9

lies [1] - 9:1

life [4] - 7:4, 7:7, 8:24, 66:15

light [11] - 10:22, 14:13, 14:15, 38:9, 38:25, 46:5, 46:6, 46:7, 46:8, 46:9, 46:10

lighting [1] - 38:19

lights [6] - 38:18, 38:20, 38:22, 38:24, 38:25

lineup [2] - 79:17, 79:23

Lisa [27] - 17:21,

18:16, 27:5, 27:12, 27:16, 28:1, 28:7, 28:10, 32:21, 35:13, 35:15, 35:19, 36:5, 36:17, 44:16, 59:13, 59:17, 59:21, 69:5, 69:15, 69:16, 69:18, 76:13, 76:16, 76:19, 77:22, 78:6

Lisa's [3] - 19:9, 27:7, 28:16

live [7] - 4:22, 5:23, 10:7, 24:4, 27:12, 60:5

lived [11] - 4:24, 5:24, 9:10, 11:9, 24:5, 27:16, 27:22, 38:17, 65:7, 65:10, 68:4

lives [2] - 27:13, 27:17

living [2] - 26:14, 60:15

LOGAN [1] - 81:2

look [5] - 11:6, 31:12, 44:7, 49:17, 51:1

looked [5] - 43:6, 43:15, 44:9, 47:24, 50:25

looking [5] - 13:24, 13:25, 22:2, 51:2, 71:23

looks [1] - 28:6

Lord [2] - 40:6, 41:1

lost [1] - 31:25

loud [2] - 50:10, 50:11

love [5] - 6:11, 6:13, 8:11, 21:5, 22:13

loved [5] - 8:7, 10:10, 66:8, 66:25

lucky [2] - 33:22

lunch [1] - 58:2

lying [6] - 19:4, 19:6, 22:1, 45:3, 55:6, 71:25

## M

Ma'am [1] - 33:2

ma'am [18] - 5:1, 7:21, 8:3, 13:10, 14:2, 14:19, 15:11, 20:1, 20:4, 20:6, 20:12, 21:13, 21:19, 26:10, 74:17, 75:15, 77:20, 79:6

machine [1] - 81:10

mad [3] - 30:12, 30:17, 56:11

maintain [1] - 48:7

mama [7] - 16:4, 20:24, 21:4, 41:24,

51:25, 64:1, 66:8

Mama [4] - 61:2, 63:8, 63:9, 67:24

Mama's [1] - 67:20

man [2] - 7:17, 12:11

March [2] - 1:22, 4:1

mark [1] - 28:4

math [1] - 76:1

matter [1] - 81:14

mean [31] - 6:23, 11:10, 12:16, 13:6, 14:14, 22:3, 23:25, 35:6, 38:21, 40:7, 44:14, 45:2, 48:1, 48:18, 50:15, 54:24, 56:12, 56:22, 58:24, 59:4, 59:9, 62:9, 63:13, 64:24, 65:5, 71:24, 72:4, 73:17

meant [2] - 63:15, 77:22

medical [1] - 61:11

meet [4] - 35:18, 35:19, 35:21, 35:23

Melanie [3] - 2:9, 61:20, 75:17

memorable [1] - 35:11

memories [1] - 77:8

mention [2] - 20:13, 74:25

mentioned [10] - 23:21, 38:18, 49:12, 51:4, 51:14, 55:3, 60:22, 60:24, 71:3, 81:9

met [9] - 19:21, 19:24, 20:2, 29:5, 31:21, 32:7, 35:17, 71:1, 71:20

midnight [2] - 34:6, 41:13

might [10] - 7:11, 7:12, 19:15, 24:19, 29:7, 34:13, 34:14, 39:20, 63:8, 66:1

Mill [1] - 2:12

minute [2] - 13:5, 54:8

minutes [10] - 9:19, 12:16, 12:17, 12:21, 12:22, 16:13, 44:21, 51:22, 59:7, 73:23

missing [2] - 25:11, 57:9

misunderstanding [1] - 45:25

mixture [1] - 73:7

model [1] - 68:17

model-type [1] - 68:17

Moles [2] - 28:20, 32:20

mom [29] - 5:20, 6:16, 6:17, 7:19, 8:11, 8:16, 9:8, 9:15, 10:2, 22:20, 23:19, 23:21, 24:8, 24:13, 24:15, 25:20, 25:23, 26:2, 31:25, 51:15, 54:15, 55:4, 55:9, 57:19, 60:7, 60:12, 66:6, 66:10, 74:8

Mom [2] - 60:25

mom's [2] - 60:11, 66:22

money [3] - 18:19, 29:6, 29:13

month [2] - 60:13, 60:20

months [2] - 60:20, 61:9

moon [1] - 67:18

morning [10] - 11:17, 55:24, 56:3, 56:4, 56:8, 56:15, 56:16, 59:2, 59:24, 76:24

Mose [1] - 17:20

most [2] - 12:6, 38:23

mostly [1] - 62:15

motel [1] - 62:17

mother [7] - 8:5, 25:21, 55:2, 55:5, 55:6, 60:22, 70:11

mother's [2] - 59:20, 60:8

motor [1] - 6:5

mouth [3] - 17:11, 17:12, 51:20

Movant [2] - 1:5, 4:4

move [1] - 26:18

moved [8] - 26:14, 26:22, 60:6, 67:12, 67:17, 67:23, 67:25, 68:2

MR [11] - 3:4, 3:6, 23:2, 25:12, 75:12, 75:15, 78:2, 78:15, 79:7, 79:11, 79:15

MS [13] - 3:3, 3:5, 4:13, 15:15, 22:22, 25:10, 25:16, 27:24, 75:21, 78:11, 79:8, 79:13, 79:20

murder [7] - 7:5, 7:6, 68:20, 68:23, 69:10, 70:10, 77:25

murdered [2] - 10:15, 20:10

murdering [1] - 66:24

must [3] - 31:12, 53:9

## N

name [13] - 4:14, 7:22, 13:8, 17:20, 23:3, 23:22, 27:7, 27:9, 32:12, 32:14, 37:4, 38:10, 43:12
named [1] - 17:21
names [1] - 57:7
Nana [4] - 57:6, 65:9, 65:10, 65:22
Nana's [1] - 65:9
Nancy [6] - 39:6, 39:8, 39:9, 39:13, 39:22, 52:20
nancy [1] - 39:8
nature [1] - 78:3
near [3] - 37:17, 53:13, 66:1
nearby [1] - 62:11
need [1] - 25:17
needed [1] - 18:23
negatively [1] - 66:12
never [27] - 10:10, 17:5, 17:13, 21:5, 23:14, 24:13, 24:15, 25:8, 30:10, 30:16, 35:12, 51:1, 54:25, 56:6, 57:22, 58:13, 58:24, 59:17, 62:5, 66:2, 66:13, 70:1, 70:3, 70:5
next [22] - 6:12, 9:17, 11:17, 44:2, 44:5, 47:14, 55:3, 55:24, 56:3, 56:4, 56:6, 56:14, 56:16, 58:17, 59:1, 60:2, 60:11, 60:16, 60:19, 60:20, 76:24
nice [2] - 29:2, 32:4
night [33] - 12:8, 14:19, 15:12, 16:7, 24:11, 24:15, 34:21, 34:25, 36:22, 36:24, 38:23, 41:14, 42:1, 42:4, 42:9, 42:11, 47:1, 51:25, 52:15, 54:1, 54:2, 54:13, 56:6, 57:17, 61:6, 62:3, 65:15, 73:1, 73:14, 75:7, 75:9, 76:11, 76:20
nightmares [3] - 31:14, 33:8, 77:2
NO [1] - 1:2
nobody [7] - 17:5, 21:24, 24:20, 29:25, 58:24, 58:25, 71:24
none [6] - 15:23, 16:1,

43:19, 51:20, 69:5, 74:22
Norm [1] - 45:10
Norma [1] - 20:3
NORMAN [1] - 1:8
Norman [7] - 38:4, 64:17, 65:5, 65:6, 77:23, 77:24, 78:4
Norman's [1] - 30:8
Notary [2] - 81:6, 81:23
note [1] - 79:22
notes [1] - 81:15
nothing [20] - 16:18, 22:3, 22:18, 24:14, 29:25, 31:15, 32:19, 33:20, 35:7, 49:19, 57:24, 58:14, 58:23, 59:10, 70:1, 70:3, 70:8, 70:22
notice [1] - 49:1
Notice [1] - 4:3

## O

O-g-g [1] - 32:17
oath [1] - 25:8
object [3] - 25:11, 78:2, 79:17
objection [1] - 27:24
occurred [1] - 34:6
OF [5] - 1:1, 1:4, 1:16, 81:1, 81:2
offer [5] - 18:18, 18:21, 18:22, 31:7, 31:20
offered [5] - 18:24, 29:13, 29:14, 29:15
offers [1] - 19:9
officers [5] - 29:4, 57:1, 58:20, 71:12, 71:14
often [4] - 65:4, 67:17, 68:11, 68:12
ogg [1] - 32:15
OGG [1] - 32:18
Ogg [1] - 32:20
old [11] - 6:3, 10:14, 10:23, 26:21, 33:3, 39:22, 61:22, 62:18, 67:12, 67:23, 77:12
older [7] - 5:4, 5:5, 5:6, 23:12, 26:22, 39:22, 68:8
once [4] - 17:7, 21:15, 28:17, 40:9
one [25] - 4:24, 5:19, 9:9, 10:19, 10:20, 11:19, 12:22, 13:9, 20:14, 21:5, 26:13,

28:5, 29:24, 31:16, 34:22, 35:15, 37:14, 37:15, 37:21, 37:25, 39:14, 49:15, 62:13, 78:16
open [6] - 26:25, 46:4, 63:23, 74:18, 76:5, 77:11
outcome [1] - 81:19
outside [10] - 26:16, 34:22, 35:23, 35:25, 36:1, 42:3, 49:4, 56:16, 64:13, 64:15
overlooked [1] - 79:5
own [1] - 56:9

## P

p.m [2] - 4:2, 80:2
pack [3] - 10:24, 15:8, 40:8
PAGE [1] - 3:2
page [3] - 25:11, 25:13
pages [1] - 81:14
pain [1] - 72:23
pair [2] - 50:4, 50:5
pants [2] - 42:12, 49:7
paper [2] - 8:9, 21:7
parents' [1] - 75:1
park [22] - 16:21, 24:17, 26:15, 37:10, 37:13, 38:19, 40:11, 40:16, 43:8, 56:17, 58:4, 61:19, 62:11, 62:16, 63:18, 63:21, 64:8, 64:14, 64:24, 68:24, 69:2
Park [2] - 2:12, 4:25
parole [2] - 7:14, 19:16
part [2] - 73:18, 79:18
parties [1] - 81:18
party [1] - 81:12
passed [4] - 8:1, 23:17, 37:7, 52:7
Patsy [2] - 23:21, 24:8
patsy [2] - 7:23, 7:24
Patty [1] - 60:14
pay [1] - 49:8
pen [1] - 28:3
pending [2] - 68:21, 69:1
people [8] - 16:20, 22:4, 43:9, 58:8, 63:21, 65:17, 69:7, 70:21
percent [1] - 12:23
perfect [1] - 10:8
person [2] - 22:7, 27:3
personal [1] - 72:12

phone [2] - 33:23, 71:3
photographs [6] - 28:1, 30:5, 30:6, 30:7, 31:15, 33:10
photos [2] - 27:23, 30:9
pick [1] - 5:19
picked [1] - 57:6
pictures [7] - 18:12, 31:9, 33:1, 33:3, 35:14, 77:1, 77:3
piece [4] - 8:9, 21:6, 66:20
pink [2] - 62:18
place [3] - 25:6, 71:4, 81:9
plain [1] - 48:23
PLAINTIFF [1] - 2:3
Planning [1] - 2:11
planted [1] - 59:21
play [5] - 5:13, 11:2, 52:1, 52:2, 54:2
played [1] - 11:4
playing [13] - 18:6, 39:2, 39:3, 40:4, 40:10, 40:14, 40:16, 41:9, 42:3, 55:10, 61:18, 62:23, 76:21
plenty [1] - 67:6
plug [1] - 36:13
plying [2] - 10:21, 36:23
point [4] - 4:24, 50:21, 69:9, 70:5
pole [3] - 10:22, 14:15, 46:9
Police [2] - 71:18, 72:18
police [14] - 10:18, 14:21, 16:25, 17:7, 21:23, 57:1, 57:10, 58:5, 58:11, 58:20, 69:3, 69:19, 70:9, 72:2
polite [2] - 71:20, 71:22
pool [2] - 62:11, 62:15
porch [7] - 36:1, 38:20, 38:24, 46:7, 46:8, 47:19
positive [1] - 13:2
praise [1] - 79:10
prefer [2] - 22:8, 22:10
preferred [1] - 22:20
prepared [1] - 34:18
PRESENT [1] - 2:16
present [1] - 32:24
pressure [2] - 19:4, 20:5

pretty [10] - 12:4, 16:10, 27:15, 38:6, 38:21, 42:10, 42:11, 51:10, 68:3, 75:5
prison [5] - 5:9, 19:16, 77:23, 77:24, 78:5
Procedure [1] - 4:4
process [2] - 10:10, 36:20
Project [1] - 17:15
prompted [1] - 62:7
property [1] - 43:23
Public [3] - 2:11, 81:6, 81:23
pull [1] - 6:17
punished [4] - 30:20, 53:24, 72:9, 74:7
purpose [2] - 34:20, 81:9
pursuant [2] - 4:3
pushed [1] - 9:16
pushing [4] - 25:23, 33:24, 54:19, 55:18
put [9] - 11:24, 21:24, 34:18, 34:19, 43:18, 50:17, 60:13, 78:22, 79:2

## Q

questions [11] - 21:8, 22:23, 23:5, 27:11, 70:24, 72:10, 72:11, 75:16, 79:7, 79:9, 79:12
quick [1] - 78:16
quiet [1] - 44:17
quite [3] - 41:5, 65:4, 68:2

## R

raccoon [1] - 5:21
racing [1] - 6:4
raining [1] - 42:15
raised [1] - 22:21
ran [4] - 5:25, 6:5, 6:6, 6:11
rather [1] - 54:9
Ray [1] - 40:1
read [3] - 24:24, 24:25, 52:24
reading [1] - 81:13
real [7] - 9:12, 13:18, 13:24, 20:17, 50:11, 71:16
really [20] - 11:24, 16:18, 21:2, 21:6, 21:21, 26:8, 27:1, 31:12, 40:23, 41:24,

GRAHAM 001229

41:25, 42:23, 49:8, 57:24, 58:22, 59:11, 63:13, 65:21, 67:10, 70:4
reason [8] - 6:22, 18:25, 22:2, 22:18, 31:1, 47:25, 48:2, 74:24
reckon [1] - 76:1
recognize [2] - 28:7, 68:14
record [4] - 79:16, 79:19, 79:23, 81:18
RECROSS [2] - 3:6, 78:14
red [6] - 11:15, 13:25, 14:1, 48:24, 48:25, 49:5
REDIRECT [2] - 3:5, 75:20
references [1] - 37:2
reflect [1] - 46:6
reflecting [1] - 46:10
regardless [1] - 66:25
REGINA [4] - 1:17, 4:2, 4:10, 81:8
Regina [1] - 4:15
related [1] - 81:17
relation [1] - 8:1
relationship [8] - 5:9, 8:4, 53:12, 66:5, 66:7, 66:10, 66:22, 68:7
remember [60] - 10:14, 10:18, 10:19, 18:5, 18:6, 20:16, 21:10, 21:21, 26:3, 26:4, 26:8, 29:4, 29:7, 29:8, 29:9, 29:22, 34:7, 34:8, 34:9, 35:2, 35:17, 36:9, 39:6, 39:15, 39:23, 42:8, 42:11, 42:22, 52:20, 52:22, 53:2, 53:8, 53:11, 56:22, 57:7, 58:6, 58:7, 58:10, 60:25, 61:8, 61:10, 61:23, 62:2, 64:18, 64:19, 67:14, 71:5, 72:5, 73:23, 73:24, 74:3, 74:6, 74:11, 74:14, 75:3, 76:3, 76:4
remembering [2] - 53:18, 77:15
Renee [6] - 4:14, 4:15, 4:17, 4:18, 19:21, 21:9, 22:11, 78:12, 79:23
RENEE [4] - 1:17, 4:2,

4:10, 81:8
Reported [1] - 1:25
Reporter [2] - 1:25, 81:22
reporting [1] - 70:19
request [1] - 81:12
Respondent [1] - 1:9
returned [1] - 56:2
road [2] - 11:18, 47:11
roaring [1] - 6:8
Robertson [1] - 68:4
Robinson [1] - 2:10
rock [1] - 6:15
rolling [1] - 57:12
room [8] - 8:24, 15:14, 15:18, 15:21, 16:2, 16:5, 51:21, 74:23
rough [1] - 66:7
round [1] - 12:5
row [3] - 37:16, 57:6, 79:4
rows [1] - 37:15
Roy [38] - 4:21, 5:4, 6:19, 8:21, 9:8, 9:23, 13:11, 17:9, 19:15, 23:7, 23:12, 23:16, 26:1, 26:22, 44:18, 45:8, 47:2, 47:18, 59:2, 59:14, 60:15, 61:11, 62:8, 65:3, 66:15, 66:18, 67:5, 67:12, 67:17, 68:20, 73:4, 73:13, 73:20, 74:4, 74:20, 79:4
Rules [1] - 4:4
run [2] - 13:17, 52:11
running [6] - 45:8, 45:23, 46:15, 51:9, 51:23, 54:22
Russellville [1] - 2:5

**S**

Sammy [1] - 32:13
Sammy's [1] - 32:14
sat [1] - 36:18
saw [31] - 12:7, 12:20, 13:4, 13:5, 14:12, 14:23, 16:10, 16:17, 17:2, 17:16, 19:15, 25:20, 26:1, 28:7, 44:20, 44:24, 45:8, 45:23, 46:13, 46:15, 46:24, 47:18, 49:3, 51:14, 52:25, 55:10, 57:14, 76:11, 76:13, 76:24, 78:21
scare [1] - 43:5
scared [7] - 6:1, 7:11, 11:6, 16:3, 43:25,

44:3, 44:14
school [8] - 5:21, 11:22, 12:1, 12:4, 56:19, 57:14, 58:1, 64:12
scratched [1] - 61:4
scratches [3] - 60:23, 61:1, 61:12
scream [13] - 11:5, 12:10, 12:20, 24:12, 42:18, 43:2, 43:21, 44:4, 44:19, 45:13, 54:22, 59:10
screaming [4] - 26:1, 42:25, 43:9, 43:11
second [2] - 71:12, 79:4
seconds [3] - 12:17, 42:20
security [1] - 38:20
see [35] - 13:20, 14:6, 14:8, 14:14, 15:12, 24:24, 27:25, 32:21, 33:8, 34:3, 37:14, 38:21, 43:6, 45:1, 45:10, 45:16, 45:20, 46:2, 46:5, 46:6, 46:10, 47:2, 48:4, 51:6, 56:16, 60:2, 60:8, 60:12, 64:17, 64:20, 65:11, 67:17, 67:19, 67:25, 79:1
seed [1] - 59:21
seeing [8] - 55:14, 58:7, 73:24, 74:3, 76:16, 77:2, 77:4
seek [15] - 10:21, 11:2, 11:4, 18:7, 36:23, 39:3, 40:4, 40:10, 55:10, 61:5, 61:11, 62:3, 65:16, 76:21
sense [1] - 40:7
sent [1] - 8:24
sentence [3] - 7:4, 7:6, 7:7
serve [1] - 7:7
serving [3] - 7:4, 69:10, 69:14
shakes [1] - 66:12
shhh [5] - 11:13, 11:15, 50:13, 50:18
shhhh [1] - 43:16
shines [1] - 14:15
shirt [14] - 11:16, 13:20, 13:21, 42:12, 48:10, 48:13, 48:14, 48:17, 48:23, 48:25, 49:6, 73:24, 74:1, 74:3
shirts [1] - 48:19

shoes [1] - 21:3
short [3] - 48:15, 48:16, 71:15
shorthand [1] - 81:10
shorts [2] - 42:12, 42:14
shoved [1] - 9:12
show [5] - 24:22, 27:23, 30:6, 71:2, 79:17
showed [7] - 18:12, 21:18, 27:21, 30:5, 30:7, 31:9, 33:12
shower [2] - 16:8, 51:23
showers [2] - 16:9, 51:25
showing [1] - 33:1
shown [1] - 79:23
shut [3] - 46:5, 50:13, 51:20
siblings [1] - 23:8
sick [6] - 18:13, 22:10, 31:11, 55:19, 69:7, 69:12
side [2] - 44:12, 44:13
sight [2] - 51:6, 52:8
sign [4] - 25:3, 25:7, 25:13
signature [2] - 25:2, 81:14
signed [4] - 24:25, 25:8, 33:15, 72:13
Silfies [1] - 2:17
sister [3] - 5:14, 23:10, 39:24
sisters [1] - 48:18
sit [9] - 9:20, 15:3, 33:18, 41:15, 49:9, 52:21, 56:11, 56:12, 74:15
sits [2] - 11:7, 62:18
sitting [5] - 7:13, 36:1, 36:3, 38:15, 72:6
skinny [1] - 71:16
skip [2] - 27:10, 42:17
slam [2] - 15:19, 51:17
sleeve [3] - 48:15, 48:16
slung [1] - 24:10
smaller [2] - 40:24, 41:1
smoked [1] - 11:3
smoking [2] - 39:17, 40:5
sneaking [1] - 40:7
snuck [3] - 10:23, 15:7, 41:25
soaked [1] - 57:13
sold [1] - 67:3

someone [6] - 7:16, 11:20, 24:16, 57:12, 68:25, 69:8
sometime [1] - 59:18
sometimes [4] - 5:11, 33:25, 72:3
somewhere [7] - 7:18, 36:8, 36:10, 42:22, 44:21, 45:25, 73:9
sooner [1] - 70:20
sorry [5] - 9:6, 14:3, 15:15, 26:9, 67:11
sort [8] - 28:4, 48:21, 50:20, 50:23, 55:15, 67:6, 68:7, 70:6
sought [1] - 70:6
sound [4] - 42:20, 53:1, 73:5, 73:15
sounds [1] - 66:6
South [1] - 2:5
space [4] - 41:4, 41:5, 41:6, 41:8
speaking [2] - 21:10, 21:22
special [1] - 11:25
specific [2] - 31:1, 34:23
specifically [1] - 27:16
spell [1] - 32:16
spend [1] - 64:4
spent [1] - 64:2
spot [3] - 25:19, 48:24, 48:25
springfield [1] - 68:5
square [1] - 36:11
stab [1] - 31:10
Staff [1] - 2:9
stain [1] - 49:5
standing [9] - 44:2, 44:5, 44:12, 44:13, 46:25, 47:1, 47:14, 47:19, 52:4
stands [1] - 35:7
Staples [2] - 2:10, 20:2
start [1] - 63:4
started [2] - 6:4, 76:19
STATE [1] - 81:1
state [1] - 81:17
State [4] - 71:17, 72:18, 81:7, 81:23
statement [5] - 44:17, 49:12, 62:24, 65:3, 67:5
stay [3] - 52:15, 55:20, 65:20
stayed [10] - 6:16, 23:25, 36:19, 40:19, 55:22, 55:23, 56:21, 66:18, 67:24, 68:3

GRAHAM 001230

staying [1] - 40:13
stepped [1] - 52:12
steps [1] - 47:20
still [14] - 7:2, 7:13, 8:10, 10:2, 14:16, 14:18, 27:8, 43:21, 52:3, 58:5, 66:25, 67:15, 67:16, 77:10
stole [2] - 40:6, 60:10
stood [1] - 67:1
stop [1] - 43:11
stopped [1] - 6:14
strange [2] - 59:3, 59:6
Strategic [1] - 2:11
street [4] - 37:20, 37:21, 65:10
Street [1] - 2:5
stretcher [1] - 77:4
strictly [1] - 40:19
stuff [12] - 11:15, 12:2, 21:4, 22:15, 22:17, 28:23, 30:2, 39:15, 54:23, 56:20, 64:1, 76:16
stuffed [1] - 5:21
submitted [1] - 81:13
sudden [1] - 45:8
suggested [1] - 76:17
summer [4] - 11:22, 56:19, 58:1, 64:12
sun [2] - 14:16, 14:18
supper [1] - 42:7
supposed [5] - 10:25, 30:8, 41:19, 41:21, 41:23
swear [2] - 59:19
sweatshirt [1] - 42:13
swim [4] - 20:22, 62:8, 63:6
swimming [2] - 5:14, 20:15
swing [6] - 9:10, 9:12, 9:16, 24:10, 25:24, 54:20
swinging [1] - 9:11
sworn [1] - 4:11

## T

t-shirt [2] - 42:12, 48:23
table [1] - 42:7
tail [1] - 63:9
tears [1] - 72:7
teenager [1] - 67:15
teens [1] - 67:16
Tennessee [1] - 7:6
terrified [3] - 5:22, 44:3

testified [1] - 4:11
testify [1] - 29:6
testimony [2] - 8:6, 54:6
THE [4] - 2:3, 2:8, 75:14, 79:10
them's [2] - 47:6, 65:22
themselves [1] - 71:17
thinking [3] - 76:20, 76:23, 77:7
third [1] - 37:16
thousand [1] - 67:2
threats [1] - 50:20
three [7] - 12:21, 18:17, 18:18, 28:11, 28:12, 28:14, 64:24
throughout [3] - 8:6, 54:6, 72:25
throw [3] - 20:23, 33:3, 63:7
Timmy [2] - 23:9, 23:15, 23:16
Tiny [3] - 4:24, 5:23, 10:15
today [12] - 7:13, 10:2, 19:8, 19:22, 20:22, 23:8, 26:12, 27:8, 53:18, 63:6, 72:21, 72:22
TODD [1] - 1:2
Todd [2] - 4:5, 68:3
together [4] - 4:22, 5:13, 39:4, 50:16
toll [1] - 63:25
took [7] - 27:21, 28:17, 28:19, 35:18, 35:19, 40:8, 54:8
topic [1] - 63:17
touched [1] - 61:19
toward [1] - 79:3
towards [9] - 13:17, 13:18, 13:19, 37:17, 46:15, 47:4, 47:5, 51:5, 51:6
town [2] - 5:20, 60:16
Town [3] - 4:24, 5:23, 10:15
Trailer [1] - 4:25
trailer [74] - 10:22, 11:7, 11:9, 11:21, 13:6, 13:7, 16:21, 20:11, 20:13, 20:25, 24:17, 26:14, 26:15, 26:19, 37:10, 37:13, 37:17, 37:18, 38:5, 38:7, 38:8, 38:11, 38:19, 40:11, 40:16, 41:2, 41:4, 41:7, 43:7, 43:8, 44:25,

45:9, 45:11, 45:14, 47:7, 47:19, 47:20, 48:2, 48:6, 52:5, 52:17, 55:15, 56:2, 56:17, 57:4, 57:11, 58:4, 58:8, 60:5, 61:19, 62:11, 62:16, 63:2, 63:11, 63:17, 63:21, 64:8, 64:13, 64:14, 64:15, 64:23, 65:4, 65:5, 65:11, 65:14, 66:2, 68:24, 69:2
trailers [6] - 37:22, 37:23, 37:25, 38:24, 47:12, 47:13
transcribed [1] - 81:11
transcription [1] - 81:11
trash [2] - 8:9, 66:20
treatment [1] - 61:12
tree [1] - 6:16
Trenton [2] - 5:24, 9:10
trial [1] - 68:22
tried [5] - 18:11, 29:5, 31:7, 53:13, 53:14
trouble [4] - 33:25, 39:19, 52:14, 60:7
true [4] - 25:9, 41:16, 74:16, 81:15
truth [1] - 76:9
try [6] - 26:25, 53:18, 58:11, 69:3, 69:19, 77:9
trying [14] - 6:23, 19:3, 19:10, 19:11, 29:1, 31:23, 32:3, 33:6, 37:14, 67:3, 71:24, 74:18, 77:8, 77:11
turn [1] - 16:8
turned [4] - 11:6, 11:18, 43:6, 45:13
twice [2] - 21:17, 28:15
two [14] - 9:20, 18:17, 18:18, 21:10, 28:12, 37:14, 37:15, 37:24, 49:15, 54:8, 57:7, 71:12, 71:14, 73:10
type [3] - 33:19, 36:13, 68:17
typewriter [1] - 33:19
typewritten [1] - 81:14
typically [1] - 72:11

## U

Uncle [36] - 10:16, 10:20, 10:24, 11:8,

11:19, 14:14, 15:6, 16:23, 17:20, 24:6, 28:19, 31:22, 37:2, 37:19, 38:7, 40:13, 47:6, 52:5, 52:13, 52:16, 52:24, 53:25, 55:21, 55:25, 56:2, 56:10, 56:11, 56:15, 56:17, 57:16, 58:15, 58:17, 58:19, 60:8
uncle [2] - 37:3, 37:7
uncomfortable [1] - 22:6
uncommon [1] - 43:8
under [6] - 25:8, 67:24, 72:14, 72:18, 72:21, 81:20
unusual [3] - 16:9, 43:13, 51:24
up [52] - 4:22, 6:16, 6:17, 7:19, 9:3, 9:11, 9:12, 10:11, 11:12, 11:21, 11:25, 12:2, 12:5, 15:9, 17:7, 17:20, 21:3, 21:18, 23:17, 27:19, 32:21, 36:8, 36:13, 37:17, 37:22, 43:18, 44:16, 50:13, 50:17, 52:20, 56:8, 56:9, 56:14, 56:19, 56:24, 57:5, 57:6, 57:8, 59:24, 61:3, 61:4, 62:9, 66:19, 69:6, 70:5, 71:2, 74:15, 76:11, 76:16, 79:21
upset [1] - 33:5

## V

vs [1] - 1:6

## W

wait [1] - 54:7
wake [1] - 56:14
walk [3] - 14:6, 14:8, 52:11
walking [5] - 13:18, 51:9, 51:10, 51:11, 62:20
Wane [1] - 5:4
wants [2] - 7:16, 10:6
water [2] - 52:1, 52:2
Wayne [19] - 4:21, 8:21, 9:8, 9:23, 13:12, 17:9, 23:7, 23:13, 23:16, 26:2, 26:22, 44:18, 45:8, 47:2, 47:18, 61:11,

65:3, 73:13, 79:4
wear [1] - 48:17
wearing [4] - 42:12, 49:24, 49:25, 50:1
weather [1] - 42:8
week [1] - 60:19
weekend [1] - 20:14
weeks [2] - 9:20, 61:9
weird [1] - 59:5
welcome [1] - 49:11
wet [2] - 13:24, 14:1
whelps [2] - 9:21, 16:5
white [6] - 13:21, 26:16, 48:13, 48:14, 48:19, 48:23
whole [7] - 14:20, 26:18, 36:20, 39:10, 40:16, 55:7, 73:1
whooped [1] - 55:6
whooping [9] - 6:18, 6:19, 9:9, 9:19, 16:4, 54:18, 54:19, 55:8, 56:1
whoopings [2] - 8:23, 12:2
whopped [1] - 63:9
whup [1] - 30:17
wife [1] - 53:25
willing [1] - 72:6
Witness [2] - 8:6, 66:12
WITNESS [2] - 75:14, 79:10
witness [4] - 5:16, 18:14, 54:6, 81:13
witnesses [1] - 79:14
woke [3] - 56:8, 56:9, 56:14
woman [4] - 10:14, 12:11, 33:9, 75:10
words [1] - 43:3
wore [3] - 50:3, 50:5, 50:6
works [1] - 51:13
world [1] - 44:10
worse [1] - 53:16
worth [1] - 34:1
wounds [1] - 31:10
wow [1] - 68:17

## Y

ya'll [10] - 27:1, 29:3, 29:22, 42:3, 44:11, 63:24, 68:8, 72:5, 74:19
yard [5] - 38:1, 40:14, 40:18, 41:2, 41:3
yards [1] - 40:23
year [4] - 12:4, 59:18,

GRAHAM 001231

61:24, 61:25
**years** [9] - 5:7, 10:14, 37:7, 53:12, 68:14, 68:19, 69:25, 76:2, 77:12
**yell** [2] - 50:10
**yelled** [1] - 50:7
**yelling** [1] - 42:24
**yes)** [2] - 7:25, 51:16
**young** [2] - 52:2, 57:24
**younger** [4] - 5:4, 17:12, 39:22, 64:3
**yourself** [2] - 33:19, 66:3