

LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA

# CASE NO. 1:20-CV-000210-GNS

# NORMAN GRAHAM

# V.

# TODD COUNTY, ET AL.

## DEPONENT:

## BARBARA KEATON

## DATE:

## July 21, 2023



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1           IN THE UNITED STATES DISTRICT COURT

2           WESTERN DISTRICT OF KENTUCKY

3              AT BOWLING GREEN

4          CHIEF JUDGE GREG N. STIVERS

5         CASE NO. 1:20-CV-000210-GNS

6

7              NORMAN GRAHAM,

8                Plaintiff

9

10                 v.

11

12          TODD COUNTY, ET AL.,

13              Defendants

14

15

16

17

18

19

20

21

22

23  WITNESS:   BARBARA KEATON

24  DATE:      JULY 21, 2023

25  REPORTER:  MAGGIE PATTERSON



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 2

```
 1                    APPEARANCES
 2
 3   ON BEHALF OF THE PLAINTIFF, NORMAN GRAHAM:
 4   Amy Robinson Staples, Esquire
 5   Molly Campbell, Esquire
 6   Loevy & Loevy
 7   18 Village Plaza
 8   PMB 181
 9   Shelbyville, Kentucky 40065
10   Telephone No.: (312) 243-5900
11   E-mail: amy@loevy.com
12   E-mail: campbell@loevy.com
13   (Appeared via videoconference)
14
15   ON BEHALF OF THE DEFENDANT, TODD COUNTY:
16   Jessica R. Shoulders, Esquire
17   English, Lucas, Priest & Owsley, LLP
18   1101 College Street
19   Bowling Green, Kentucky 42101
20   Telephone No.: (270) 781-6500
21   E-mail: jshoulders@elpolaw.com
22   (Appeared via videoconference)
23
24
25
```

Page 4

```
 1                     INDEX
 2                                           Page
 3   PROCEEDINGS                              6
 4   DIRECT EXAMINATION BY MS. STAPLES        7
 5   CROSS-EXAMINATION BY MS. ARNETT          48
 6   REDIRECT EXAMINATION BY MS. STAPLES      49
 7
 8
 9                    EXHIBITS
10   Exhibit                                  Page
11   1 - Aerial Photo of Trailer Park         12
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANTS, ROBERT MILLER AND SCOTT
 4   SMITH:
 5   Alea A. Arnett, Esquire
 6   Kentucky State Police - Legal Services
 7   919 Versailles Road
 8   Frankfort, Kentucky 40601
 9   Telephone No.: (502) 782-2163
10   E-mail: alea.arnett@ky.gov
11   (Appeared via videoconference)
12
13   Also Present: Victoria Jadick, Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1                    STIPULATION
 2
 3   The DEPOSITION of BARBARA KEATON was taken at COMFORT
 4   SUITES, 210 HARVEY WAY, HOPKINSVILLE, KENTUCKY 42240, on
 5   FRIDAY the 21st day of JULY 2023 at 9:41 a.m. (CT); said
 6   DEPOSITION was taken pursuant to the FEDERAL RULES of
 7   Civil Procedure.
 8
 9   It is agreed that MAGGIE PATTERSON, being a Notary
10   Public and Court Reporter for the State of KENTUCKY, may
11   swear the witness.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 6

```
 1            PROCEEDINGS
 2      THE VIDEOGRAPHER:  We are now on the record.  My
 3  name is Victoria Jadick.  I'm the videographer today
 4  and Maggie Patterson is the court reporter.  Today
 5  is the 21st day of July 2023, and the time is 9:41
 6  Central Standard.  We are at Comfort Suites to take
 7  the deposition of Barbara Keaton in the matter of
 8  Norman Graham v. Todd County, et al., pending in
 9  the United States District Court Western District of
10  Kentucky at Bowling Green, case number
11  1:20-CV-000210-GNS.  Will the counsel please
12  identify themselves for the record?
13      MS. STAPLES:  Amy Robinson Staples for the
14  plaintiff, Norman Graham.
15      MS. SHOULDERS:  Jessica Shoulders for the
16  defendant, Todd County, Kentucky.
17      MS. ARNETT:  Oh, Molly, did you want to go?
18      MS. CAMPBELL:  Oh, sorry.  Molly Campbell for
19  the plaintiff, Norman Graham.
20      MS. ARNETT:  Amber Arnett for the Kentucky
21  State Police Defendants Miller and Smith.
22      THE VIDEOGRAPHER:  Okay.  Ms. Keaton, would you
23  please raise your right hand to be sworn in by the
24  reporter?
25      THE REPORTER:  Do you solemnly swear or affirm
```

Page 7

```
 1  that the testimony you're about to give is the
 2  truth, the whole truth, and nothing but the truth?
 3      THE WITNESS:  Yes.
 4      THE REPORTER:  Thank you.
 5          DIRECT EXAMINATION
 6  BY MS. STAPLES:
 7      Q.   Good morning, Ms. Keaton.  If you would please
 8  state your full name for the record?
 9      A.   Barbara Diane Keaton.
10      Q.   Okay.  I'm just going to go over some of the
11  rules this morning.  They're pretty simple.  I'm going
12  to begin by asking you some questions.  We ask that when
13  you answer that you answer the questions verbally as
14  opposed to just shaking your head yes or no or saying
15  uh-huh or uh-uh.
16      A.   And I'm bad about that.  So I'll try.
17      Q.   I understand.  And I'll do my best to remind
18  you of that, but that's just to make sure that we have a
19  clear record, okay?
20      A.   Yes.
21      Q.   All right.  If I ask a question that is
22  confusing, please let me know that and I will do my best
23  to rephrase that question so that it is not as
24  confusing, okay?
25      A.   Okay.
```

Page 8

```
 1      Q.   The other thing is that while I'm asking you
 2  questions, it may be that some of the attorneys that are
 3  participating via the computer, they may object.  I'd ask
 4  you to allow them to state their objection, and
 5  thereafter you're going to be able to go ahead and give
 6  an answer because there's no Judge here to determine
 7  whether or not the objection is appropriate.  That will
 8  be handled at a later time.  So if you'll just stop
 9  speaking, allow them to voice their objection, then
10  you'll be able to complete your answer, okay?
11      A.   Okay.
12      Q.   The other thing is that if you need a break
13  for any reason today, don't hesitate to let us know.
14  We'll be happy to take that break.
15      A.   Thank you.
16      Q.   All right.  Ms. Keaton, how are you feeling
17  about being here today?
18      A.   Not happy.  Nervous.
19      Q.   Yeah.
20      A.   Just I didn't hardly get any sleep last night
21  and my stomach is not doing very well.
22      Q.   Okay.  Well, again, you just tell me if you
23  need a break.  And I know that I'm going to be asking
24  you some questions that are sensitive and may cause some
25  anxiety for you.  So let me first apologize for having
```

Page 9

```
 1  to do that, but I'm going to try to be as sensitive as I
 2  can when I ask you those questions, okay?  Also, we're
 3  going to be talking about things that happened close to
 4  45 years ago.  So we all understand that you may not be
 5  crystal clear in your memory, but what I'm asking is
 6  that you just answer the questions to the best of your
 7  ability as you remember it, okay?
 8      A.   Okay.
 9      Q.   All right.  Ma'am, in what County and State do
10  you currently reside?
11      A.   Elton, Kentucky.
12      Q.   And what county is that?
13      A.   It's Todd.
14      Q.   Okay.  How long have you lived in Todd County?
15      A.   I've been living in the same place for 28
16  years.
17      Q.   And prior to moving to your current home, did
18  you live in Todd County before that?
19      A.   I lived in Russellville.  My husband worked at
20  Emerson Electric, so we lived in Russellville for
21  probably four years.
22      Q.   And when you were younger, growing up as a
23  child and a teenager, did you live in Todd County at
24  that point?
25      A.   Yes.  I lived in Todd County.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 10

1    Q.   What's your date of birth?

2    A.   ████████ 1966.

3    Q.   Where were you living in the summer of 1980?

4    A.   The Tiny Town Trailer Park.

5    Q.   And was that Tiny Town Trailer Park in Todd

6  County?

7    A.   No.

8    Q.   What county was that in?

9    A.   Yes, it's Todd County because it was Guthrie

10 Tiny Town.  Yes, that would be Todd County.  I'm sorry.

11   Q.   Okay.  And Trailer Park, was that located on

12 Russellville Road there in Guthrie?

13   A.   Yes.

14   Q.   So if you were born in January of 1966, that

15 would put you around --

16   A.   I was a teenager.

17   Q.   -- Yeah.  14 years of age in 1980?  Okay.  Who

18 did you live with in that trailer park in 1980?

19   A.   My mom, my dad, my brother, and two sisters.

20   Q.   What was your mom's name?

21   A.   Betty Lou Dean.

22   Q.   And what was your dad's name?

23   A.   Elzie Dean Jr.

24   Q.   And what was your brother's name?

25   A.   Jeffrey Neil Dean.

Page 11

1    Q.   And you said two sisters?

2    A.   Yes.

3    Q.   And what are their names?

4    A.   Connie Sue Dean and Nancy Lynn Dean.  That was

5  their names at that time.

6    Q.   Yes.

7    A.   Their last names then.

8    Q.   Okay.

9    A.   But they have different last names now.

10   Q.   They've since gotten married?

11   A.   Yes.

12   Q.   Okay.  Now your mom, Betty, is she still

13 living?

14   A.   She passed last February.

15   Q.   I'm sorry.  And how about your father, is

16 he living?

17   A.   No, he passed, my son was eight months old, 20

18 years ago.

19   Q.   And how about your siblings?  Are they all

20 still living?

21   A.   Yes.

22   Q.   Now thinking back to 1980, can you give me an

23 idea of approximately how many trailers were in that

24 trailer park?

25   A.   I'd say 40.

Page 12

1    Q.   Okay.  And can you remember how many streets

2  were in the trailer park back in 1980?

3    A.   Three turning streets and then the highways

4  that was in front of them.

5    Q.   And that would've been --

6    A.   So there was like three entrances.

7    MS. STAPLES:  Three entrances, and that

8  would've been a better -- a better question.  I'm

9  going to show you what we'll mark as Plaintiff's

10 Exhibit 1.

11   (EXHIBIT 1 MARKED FOR IDENTIFICATION)

12   MS. STAPLES:  And, Counsel, this is the exhibit

13 that I sent around earlier this morning.

14   THE REPORTER:  How do you want it?

15   MS. STAPLES:  It's actually -- it's like that.

16 Yeah.

17   THE REPORTER:  Okay.  All right.

18   MS. STAPLES:  Yeah, I'm sorry.

19   THE REPORTER:  It's okay.

20 BY MS. STAPLES:

21   Q.   All right, ma'am.  Ma'am, this is an aerial

22 photo that it was taken a few years ago of the trailer

23 park there in Guthrie.  Obviously, this isn't exactly as

24 how it looked in 1980, but can you tell me whether or

25 not this accurately depicts those three entrances that

Page 13

1  you were speaking of?

2    A.   Yes, I see them.

3    Q.   Okay.  And do you recognize that trailer park

4  is being the one that you lived in back in 1980,

5  although there may be a few differences?

6    A.   Well, yeah, it looks like it because it's off

7  of Russellville Road.  There used to be a white house

8  over here, but it -- they turned it into a barbecue pit

9  now, yes.

10   Q.   Okay.

11   A.   This is it.

12   Q.   Now, if you're looking at --

13   A.   The trees and stuff are a lot bigger.

14   Q.   I'd guess so.  Looking at that photo, can you

15 recall which of the three roads or the three entrances

16 that your trailer was located on?

17   A.   You would probably go into this one right here

18 to get to my trailer, this entrance right here.

19   Q.   Okay.  So for purposes of the record, are you

20 pointing to the middle entrance?

21   A.   Yes.

22   Q.   Okay.

23   A.   That's the one because I -- my trailer would

24 be right here in this area.

25   Q.   And you're circling kind of the middle to the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of BARBARA BURTON, taken on July 21, 2023

14..17

Page 14

1  back end of that road?
2      A.   Yes, ma'am.
3      Q.   Okay.  On the right hand side?
4      A.   Ours was kind -- well my trailer was kind of
5  in the middle, and we moved it in, and it was a big
6  trailer.
7      Q.   Sure.  But it was on the right hand side of
8  the second --
9      A.   Yes.
10     Q.   Of the second row?
11     A.   Yes, yes.
12     Q.   Okay.  Now, in 1980, did you have any extended
13  family that lived in the trailer park?
14     A.   No.
15     Q.   Did you have any aunts, uncles or cousins that
16  lived there in the trailer park?
17     A.   No.
18     Q.   Did you have aunts uncles or cousins that
19  lived near the trailer park?
20     A.   Yes.
21     Q.   And who was that?
22     A.   Patsy Dean.
23     Q.   And how was Patsy related to you?
24     A.   Her husband and my father were brothers
25  because my aunt raised him.

Page 15

1      Q.   So Patsy was your aunt by marriage?
2      A.   Yes.
3      Q.   Okay.  And what was your uncle's name?
4      A.   His name was Rory Edwards --
5      Q.   Okay.
6      A.   Dean.
7      Q.   And did they have children that lived there
8  with them?
9      A.   Yes, ma'am.
10     Q.   And who was that?
11     A.   Renee Dean and Roy Wayne Dean.
12     Q.   Roy Wayne and Renee?
13     A.   Yes.
14     Q.   Okay.
15     A.   No, I'm sorry.  The little Timmy Dale.  He's
16  dead now.  Timmy Dale.  He -- he was just probably three
17  or four.
18     Q.   Okay.  Timmy lived there at that time as well?
19     A.   Yes.  Timmy Dale Dean.
20     Q.   And you said that they lived close to the
21  trailer park.  So could you elaborate on that a little?
22     A.   Like you go to the road right here,
23  Russellville Road, and then right after you passed the
24  road, it was a little bitty white house.  And they were
25  living right there.

Page 16

1      Q.   Okay.  So you just had to walk across that
2  road to get to the trailer park?
3      A.   Uh-huh.
4      Q.   And is that little white house still in
5  existence?
6      A.   No, it's a barbecue pit now.
7      Q.   A barbecue pit?
8      A.   Uh-huh.
9      Q.   Is that where Red Top Barbecue is?
10     A.   Yeah.  Red Top.  Yeah.
11     Q.   Okay.
12     A.   Yes, that's it.
13     Q.   Okay.  So let's talk about your cousins a
14  little bit.  The cousin Roy Wayne that you mentioned, is
15  he older or younger than you?
16     A.   Older.
17     Q.   And his sister Renee, is she older or younger
18  than you?
19     A.   Me and her are around the same age.
20     Q.   Okay.  And Timmy Dale, was he younger than
21  you?
22     A.   Yes, a lot younger.
23     Q.   Okay.  And are Roy Wayne and Renee both still
24  living?
25     A.   Yes.  I mean, I don't know about Roy Wayne.  I

Page 17

1  don't -- unless he's died in prison, but I know Renee's
2  still living and I guess Roy Wayne's still living.  I
3  don't know.
4      Q.   Okay.
5      A.   Unless he's died in prison.
6      Q.   What was your relationship like with Renee
7  back in 1980?
8      A.   We had fun hanging out, crushing on boys,
9  doing things we probably wasn't supposed to do, but she
10  was a very sweet person.  And she always liked to come
11  to my house a lot because she was mistreated at her
12  house.
13     Q.   Were you-all close?
14     A.   Very.
15     Q.   And what do you mean by saying she was
16  mistreated at her house?
17     A.   Roy Wayne would beat her up all the time, and
18  I witnessed this numerous times.  And when she'd come to
19  my house, she felt safe.
20     Q.   And when you say that Roy Wayne would beat
21  Renee up all the time, was it the typical sibling fights
22  that people get into?
23     A.   No.  He was -- he was big, and she was younger
24  and smaller.  He would over -- I mean, he would drag her
25  by the hair and throw her out the door.  He would kick

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 18

1  her.  He would get a knife and threaten to slit her
2  throat.  I mean, this wasn't normal.  Not at all.  I
3  mean, it was scary, very scary.  I would sometimes leave
4  and fly home because I knew I might be next.
5      Q.   **What was your relationship like with Roy Wayne**
6  **back in 1980?**
7      A.   Very scared of him.  He did stuff to me.  He
8  molested me.  When I was between 10 and 11, he raped me
9  once.  I tried to stay away from him after that.  If I
10  ever stayed the night with Renee, it was if he wasn't
11  there, or we could lock the door.  And I would take the
12  dresser, and we would pull it up in front of the door.
13  But he scared me.  He hurt me, and he wasn't a good
14  person at all, in no way.
15      Q.   **I'm sorry, Barbara.**
16      A.   I'm sorry.
17      Q.   **It's okay.**
18      A.   He had the blackest eyes I've ever seen on a
19  person, and he would -- could sit and stare at you for
20  an hour it seemed without blinking and just like just
21  scare you to death.  Like you was almost too scared to
22  move.  What's he going to do?  Is he going to pounce on
23  you or what?
24      Q.   **Did he ever say anything to you that scared**
25  **you?**

Page 19

1      A.   Oh gosh.  Yeah.  He said he was going to cut
2  me up and slaughter me like a pig.  And my whole family,
3  he was going to do it to them.  He even had a tape
4  recorder, and we found the tape recorder, my sister did.
5  I was looking for my tape recorder for my music.  You
6  know, back then there were little cassette players, and
7  I would put music on it.  I was looking for it, and
8  Connie found it underneath the bed.  And when I listened
9  to it -- it was him in this weird voice that was like --
10  it was the scariest voice you could ever hear.  And he
11  was on there saying, "I'm going to kill, I'm -- I'm
12  going to F-U-C-K.  And then I'm going to slaughter every
13  one of you-all like a pig."  And he just -- he left that
14  message and saying things he was going to do.  He was
15  going to cut us and split us and choke us.  And he was
16  just like going into details and his voice sounded off.
17  I don't know if he was trying to make that sound or if
18  the sound was really coming from him, but I wish to God
19  to this day I had that tape.
20      Q.   **So let me back you up just a little bit about**
21  **that.  You said that you had a cassette recorder, and**
22  **this is back in the 1980s.  So it was a little tape that**
23  **you would put in the recorder?**
24      A.   Yes, just the -- yes.
25      Q.   **Okay.  And where was that cassette recorder**

Page 20

1  typically located?
2      A.   In my room, on my shelf by my bed.
3      Q.   **Was Roy Wayne Dean permitted in your room?**
4      A.   No.  But if he stayed the night, he would
5  sneak in there.  I woke up one night to him fingering
6  me.
7      Q.   **And how old were you then?**
8      A.   11 maybe, probably 11, 12.
9      Q.   **You were young.  The tape recorder, you said**
10  **that you were looking for it and that your sister Connie**
11  **found it?  And where did she find it?**
12      A.   Underneath the bed.
13      Q.   **And it was when you pushed play on the**
14  **recorder that you heard that he had recorded on this**
15  **tape?**
16      A.   Yes.  I thought I was going to listen to music
17  and that popped up.  And we took it to my mama, and she
18  listened to it.  And she said he's just got to quit
19  coming around here.  He's -- that he's no good, you
20  know.  And my mom was actually afraid of him, too.  And
21  so after that happened, he quit coming around for a
22  while, then he popped back up again.  There he was, big
23  as day, like nothing ever happened.
24      Q.   **How would you describe Roy Wayne Dean's**
25  **personality back in the 1980s?**

Page 21

1      A.   He was quiet, but he had a way that he could
2  look at you and just scare you to death, like you was
3  scared to move.  And he used very few words when he
4  talked.  He wasn't like a conversationalist person that
5  you would talk to.  He wasn't really like that unless he
6  was telling you bad things or what he wanted to do and
7  things like that.  But as far as sitting down and
8  talking and having a conversation, I've never had that
9  with him.  And he -- he was just weird.  I -- I mean,
10  that's the only way I -- I can think of it.  He was just
11  a very weird person.
12      Q.   **Now you said that you personally witnessed him**
13  **physically abuse Renee, correct?**
14      A.   Yes, several times.
15      Q.   **Did you ever witness him be violent with**
16  **anyone else besides you and Renee?**
17      A.   My husband now, he tried -- threatened to kill
18  him.  Yeah.  And he killed a dog one time just -- and
19  cut it just for no reason, just a little stray dog.  And
20  then he's -- and we were crying, and he was just
21  standing there laughing.  And Patsy, she favored Roy
22  Wayne.  He -- in her eyes, he could do no wrong.
23      Q.   **And Patsy was Roy Wayne's mother?**
24      A.   Yes.
25      Q.   **Is she still living?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 22

1    A.    No.  She got beat to death with a baseball bat
2    from the next door neighbors.  They broke in her house,
3    looking for their pain pills and beat Roy Edwards and
4    her.  She died, but he lived, but they were beat to
5    death with a baseball bat in their sleep.
6    Q.    Goodness.  Now Roy Everett, is he still
7    living?
8    A.    No, he -- he died.
9    Q.    Okay.  So you said that Patsy favored Roy
10   Wayne.  And what do you mean by that?
11   A.    Anything he wanted, he got.  It didn't matter.
12   If Patsy had to go out and sell something or whatever,
13   he got it.  If Renee wanted something, tough luck.  You
14   know, it was a no.  Don't ask again.  But Roy Wayne
15   would ask for something, and Patsy would say, "All
16   right.  All right.  Just -- just give me a day or two
17   and -- and I'll get that for you.  I promise I'll get
18   that for you."  And she would.  He -- and it's like he
19   could do no wrong in her eyes, even though she'd seen
20   him beat Renee.  She saw it, and she let it go on like
21   it was Renee's fault but didn't matter.  Renee, bless
22   her heart, still got beat.  And if it wasn't by one --
23   heck, if it wasn't by Roy Wayne, then Patsy would beat
24   her.
25   Q.    So you personally observed Renee being

Page 23

1    physically beaten by both her brother and her mom?
2    A.    Yes.
3    Q.    All right.  Let's turn the page a little bit
4    prior to her death.  Did you know Janice Kaye Williams?
5    A.    I knew her as Kaye.
6    Q.    And how did you first meet Kaye?
7    A.    It was a Holiday Inn, and they had a swimming
8    pool.  And you could just walk to it from the trailer
9    park and that's how I met her.
10   Q.    So you both were at the -- at the swimming
11   pool?
12   A.    Uh-huh.
13   Q.    And was Kaye older or younger than you?
14   A.    Older.
15   Q.    By several years?
16   A.    Yeah.
17   Q.    Okay.  And what was your relationship like
18   with her?
19   A.    She was so sweet.  I loved hanging out with
20   her.  She would fix my hair, paint my nails, put makeup
21   on me.  We would lay out.  And her boyfriend, he would
22   - when he came, he -- in he would cook and grill for us
23   and -- and he was really sweet.  I liked him a lot, too.
24   And I just loved hanging out with her because she was so
25   fun.

Page 24

1    Q.    And when you speak of her boyfriend, who are
2    you referring to?
3    A.    Norman.
4    Q.    Norman Graham?
5    A.    Yes, ma'am.
6    Q.    And at the time that you met and were hanging
7    out with Kaye, where was she living?
8    A.    In the trailer park?
9    Q.    Prior to meeting Kaye, did you know Norman?
10   A.    No, ma'am.
11   Q.    So you only knew him through her?
12   A.    Yes, ma'am.
13   Q.    Okay.  Were there any others that hung out
14   with the two of you, with you and Kaye?
15   A.    Like sometimes he would bring a friend with
16   him sometimes, and she also had friends that were older.
17   That would be there sometimes, but they still let me
18   hang out with them anyway.
19   Q.    Okay.  What about your sisters?  Did they ever
20   hang out with you and Kaye?
21   A.    No, I didn't want them around me.  I didn't
22   even hang out with them myself.
23   Q.    And were your sisters -- are they older or
24   younger than you?
25   A.    Younger --

Page 25

1    Q.    Okay.
2    A.    -- and they pretty much had their own bond.
3    Q.    Sure.  Okay.  What about Renee?  Did she ever
4    hang out with the two of you, you and Kaye, I mean?
5    A.    Yeah, sometimes, but not a whole lot, but
6    yeah, she -- she knew Kaye, and she did come down there
7    sometimes, but a lot of times Patsy wouldn't give her
8    money to go to the pool or nothing like that or she
9    wouldn't let her go.  She made her stay home, clean the
10   house and stuff, but -- so she didn't get to do as much
11   as I got to do.
12   MS. STAPLES:  Right.
13   THE VIDEOGRAPHER:  You keep moving it here.
14   MS. STAPLES:  You got to move it from there.
15   There you go.
16   THE VIDEOGRAPHER:  There we go.
17   MS. STAPLES:  It's just affecting that
18   microphone.
19   THE WITNESS:  Sorry.
20   THE VIDEOGRAPHER:  Don't say sorry. You're all
21   right.
22   BY MS. STAPLES:
23   Q.    Now, how about Roy Wayne Dean? Did he ever
24   spend time with you and Kaye?
25   A.    I don't call it spending time. I'll call it

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 26

1  Peeking Tom and throwing rocks to see if we'd raise up
2  or -- and not have our bathing suits untied because we -
3  - because her trailer, on the back side of it, it was a
4  grassy area that we could spread out a big blanket and
5  lay out on.  And he would peek around the corners and
6  just say obscene stuff to us and say, "Yeah, you- all
7  think you-all are hot in them bikinis, don't you?"  He
8  said, "Yeah, when I -- when I slit you-all and cut
9  you-all up like freaking pigs."  He said, "Y'all won't
10 be all that then, will ya?"  And then he would call us
11 names like whores, sluts.  I mean, just anything.  And I
12 would tell him, "You better leave.  I'm going to tell my
13 daddy if you don't."  You know, and after that,
14 sometimes he would leave if I would threaten to tell my
15 daddy because he knew my daddy would jump on him.  My --
16 my daddy was back in his day, he was a big, tough guy.
17 And I think Roy Wayne was kind of scared of my daddy so
18 if I could use that.  But sometimes even that didn't --
19 we would just have to get up, put our stuff on and go in
20 the trailer, and we'd lock the doors.  So -- and he
21 would holler in.  She had a window on the end of her
22 trailer, and he would be hollering in the window because
23 sometimes she would leave the window open.  And he would
24 -- in the evenings and -- and he would holler in the
25 window obscene stuff to us, knowing we was locked in the

Page 27

1  trailer.  So he would holler through the window, stuff
2  through the window and, you know, when the window's
3  open, you can hear what's going on in the house and
4  outside, and I would scream back at him.
5      Q.  So was this -- did this happen multiple times
6  or was this just a one-time thing?
7      A.  It seemed like any time that we tried to lay
8  out or do something, he would be there, and sometimes we
9  don't know how -- I don't know how long.  I don't know
10 about her, but she was very -- she was scared of him too
11 like I was.  And when he would be peeking around, we
12 don't know how long he had been there until we would
13 look and get a glimpse or he would start saying stuff.
14     Q.  And how do you know that Kaye was scared of
15 Roy Wayne Dean?
16     A.  She told me.  She told me she was scared of
17 him, and she knew I was scared of him because I had
18 confessed some stuff to her.
19     Q.  And what had you confessed to her?
20     A.  Things that he had done to me and that's why
21 we would -- and we got lucky he got kicked out of the
22 pool.  He wasn't allow back at the pool.  So me and Kaye
23 got lucky, so we was able to walk to the pool and enjoy
24 laying out and swimming without him cussing us and all
25 that crap and scaring us and stuff.

Page 28

1      Q.  Do you know why he got kicked out of the pool?
2      A.  He -- yes.  He was bothering women, saying
3  obscene stuff to them.  And more or less doing the
4  things that he did to us, like, you know, cussing them,
5  calling them names, being mean to the boys there,
6  getting in fights, smoking on the premises when he
7  wasn't supposed to.  Just -- just a bunch of things.
8      Q.  So the comment that you discussed just a bit
9  ago about him slicing you or cutting you like pigs or
10 hogs?
11     A.  Yes.  That was his favorite saying, I don't
12 know why, but that's what he would always say.
13     Q.  And that's something that he said not only to
14 you, but also to Kaye?
15     A.  Yes.  And a lot of other women too at the
16 pool.
17     Q.  Now, Barbara, do you remember the day that
18 Kaye's body was found?
19     A.  Yeah, I -- I found out the next morning.
20     Q.  And how did you learn that she died?
21     A.  I woke up, and there was a lot of police cars
22 outside and people all standing around and stuff.  And I
23 went -- I went outside.  And my mom told us to, you
24 know, get back inside the house.  And that's when she
25 told me that Kaye had died.

Page 29

1      Q.  And how did you react to learning that news?
2      A.  I just started bawling.  I asked her, I said,
3  "How did she die?"  And mom said, "I don't know."  And
4  then later I knew.
5      Q.  And when you say that later you knew, what do
6  you mean?
7      A.  When I found out she was murdered, and then
8  the stuff that happened that night before, I kind of put
9  two and two together.  And I knew Roy Wayne done it with
10 all my heart.
11     Q.  And we're going to get to what happened the
12 night before.  But I want to ask you just a couple more
13 questions about that morning.  You said that you'd gone
14 outside and that you saw police cars in the trailer
15 park; is that right?
16     A.  Yes.
17     Q.  Do you recall from what agencies those cars
18 were?
19     A.  No, ma'am.
20     Q.  Okay.  Do you recall how many police cars you
21 saw in the trailer park that morning?
22     A.  I'd say it was three, maybe four.
23     Q.  So there were multiple?
24     A.  Unless I'm counting -- yeah, I'd say it's
25 probably three or four.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB    Document 130-4    Filed 10/27/25    Page 10 of 22 PageID
#: 3517
The Deposition of BARBARA STATON, taken on July 21, 2023

30..33

Page 30

1    Q.  Okay.  And --
2    A.  And there's some people just standing
3  everywhere, you know, outside.
4    Q.  Just kind of watching?
5    A.  Yeah.
6    Q.  You said that your mom told you to get back in
7  the trailer?
8    A.  Yes.
9    Q.  And did you comply with what your mom had told
10  you to do?
11   A.  Oh yeah.  Or I'd got my butt spanked.
12   Q.  Okay.  Prior to you going back into the
13  trailer that morning, did you personally speak with any
14  law enforcement officers?
15   A.  No.  No one came to speak to me or asked me
16  anything.  No.
17   Q.  And after you went back into the trailer that
18  morning, after your mom told you to go back inside, did
19  any law enforcement officers come and speak with you
20  then?
21   A.  No, ma'am.
22   Q.  Okay.  And then the next few weeks and the
23  next few years, did any of the law enforcement officers
24  --
25   A.  No, ma'am.

Page 31

1    Q.  Come and speak with you?  All right.  So let's
2  backtrack a little bit.
3    A.  Well, I had some law enforcements come, right
4  before the last trial, to my house.  I -- I don't
5  remember.
6    Q.  When you were speaking of the trial, are you
7  talking about?
8    A.  2016, the last time I had to testify.
9    Q.  Okay.  So that was at a post-conviction
10  evidentiary hearing in -- for Mr. Graham, that's what
11  you're referring to?
12   A.  Yes.
13   Q.  Okay.  And we'll talk about that in just a
14  little bit.
15   A.  Okay.
16   Q.  But prior to 2016 or 2017, no law enforcement
17  officers came to speak to you about Kaye's death; is
18  that correct?
19   A.  No, ma'am.
20   Q.  Okay.  So now let's talk about the night
21  before, the night before Kaye's body was discovered.
22  What were you doing that evening?
23   A.  Renee was staying the night with me.  My mom
24  and dad had went to Fort Campbell, my -- and my younger
25  sister Nancy, she went with them.

Page 32

1    Q.  And what were your mom and dad doing at Fort
2  Campbell to your knowledge?
3    A.  My -- my dad would go and play cards with the
4  soldiers down there because my dad used to be in the
5  military, too.
6    Q.  Okay.
7    A.  And he would go, and my mom would have to
8  drive because my dad would drink, but my mom wouldn't.
9  So she would have to drive.
10   Q.  Okay.
11   A.  And they would stay.  Sometimes they didn't
12  even come back till the next day.  I guess it depended
13  on how long they played cards is when how long.  But it
14  was always late, late, late when they got home.  And
15  Connie, she was there, my sister.  She -- she was at
16  home.  It was me, Connie and Renee was at home.  We --
17  mom and daddy had just left, and it seemed like it was
18  starting to get dark.  So me and Renee was in the house
19  a little while, and we thought you know, go play
20  hide-and-go-seek.  I said, yeah, let's go.  So Connie
21  went out there, and she saw that it was kind of dark.
22  And she's scared to catch -- she was scared of anything
23  when she was young.  And so she went back in the house,
24  but me and Renee, we stayed outside and we played
25  hide-and-go-seek.

Page 33

1    Q.  How long did you stay outside?
2    A.  A long time.
3    Q.  A long time.  Okay.
4    A.  Yeah.
5    Q.  So you and Renee were playing
6  hide-and-go-seek, and you said -- well --
7    A.  It was done dark when we decided to go play.
8    Q.  Okay.  Do you have any idea what time it was?
9    A.  I was a child.  I didn't have a watch.
10  Lightning bugs had done been out.  It was dark.  And I
11  know we stayed out and played until a bunch of the
12  trailer lights had done turned off and went to bed.  So
13  I'd say we probably went out there maybe around, just by
14  guessing now by what my mind knows now about time, I
15  would say it was between 8:00 and 9:00.
16   Q.  When you first went outside?
17   A.  Yes, ma'am.
18   Q.  You weren't wearing a watch at the time, and
19  you didn't have cell phones back in 1980 that you could
20  look at to determine the time, right?
21   A.  No.
22   Q.  Okay.  So was it typical for you to stay
23  outside at night during the -- during the summer?
24   A.  Yes, it was because in the summer we really
25  didn't have a curfew as much as we did when it was



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB    Document 130-4    Filed 10/27/25    Page 11 of 22 PageID
#: 3518
The Deposition of BARBARA DIXON, taken on July 21, 2023

34..37

Page 34

1  school.
2     Q.    Okay.
3     A.    And then my mom and dad wasn't at home and I
4  knew they wouldn't be back till real late or the next
5  morning, so that made us stay out longer.
6     Q.    So you weren't worried about getting inside by
7  a certain time that night?
8     A.    No.
9     Q.    All right.
10    A.    Wasn't worried about it.
11    Q.    So while you were outside that evening, did
12  you hear anything out of the ordinary?
13    A.    Well, at first, when I heard it, I thought it
14  was Renee screaming.  So I go toward the direction of
15  toward where the scream was because I was close to, and
16  I thought that's Renee screaming.  And I was in the
17  direction so I could hear it.  And it was a -- just one
18  loud scream, gargly [sic] sound.  And it was loud and
19  piercing, and then it just stopped.  And I wasn't by my
20  trailer.  I was over -- toward this way, and that would
21  be close to where Kaye lived.  We -- and Renee was in
22  that area, too.  That's where she was out there hiding
23  in that area.  And that's where I went to look for her
24  was toward that area thinking, "Oh, she's hiding at
25  Kaye's trailer."  You know?  And then I heard that

Page 35

1  scream, and it kind of scared me.  So I went back toward
2  my trailer after that.  And when I went back, Renee
3  wasn't back yet.
4     Q.    So you and Renee were playing hide-and-seek
5  when you heard the scream.  And were you hiding or were
6  you seeking at the time?
7     A.    I was seeking Renee.
8     Q.    Okay.  And so when you first heard the scream,
9  you thought it was Renee screaming?
10    A.    Yeah.  And -- and -- and I thought she was
11  hiding over toward Kaye's trailer.
12    Q.    Okay.
13    A.    When I heard the scream.
14    Q.    And did you say that you went that way and
15  looked a little bit, didn't hear?
16    A.    Yeah, I went that way and I looked, you know
17  how you -- how you look, you know, because they had --
18  back then there were street lights, they would come on
19  and they were them great big lights, and they would
20  light up.  You could see.
21    Q.    Okay.
22    A.    And so that was fun playing hide-and-seek
23  because you could also see and find dark areas, too.  And
24  so I went back after the -- that scream because I
25  thought Renee was trying to give me a hint, but I

Page 36

1  realized later after I had my first child and I remember
2  doing that scream, and it came into my mind like a
3  memory.  It popped into my mind for some reason.  I don't
4  know why.  And I thought to myself that was a pain
5  scream.  It wasn't a fake.  It was a pain scream.
6     Q.    So after you heard that scream and you looked
7  and didn't see Renee, you said you went back to your
8  trailer?
9     A.    Yes.
10    Q.    And what did you do at that point?
11    A.    Something I wasn't supposed to.
12    Q.    And what was that?
13    A.    My mom smoked cigarettes, and sometimes she
14  would lay some in the ashtray or some in the cigarette
15  pack or whatever.  Anyway, I got cigarettes.  And I went
16  over a few trailers, and I sat on the end of -- you
17  know, how the trailers come out, they have like -- looks
18  like a wagon thing on the end of them.
19    Q.    A hitch?
20    A.    Yeah.  But it has a little area, like a
21  triangle.  And I was like right there, like leaning, you
22  know, and I was smoking a cigarette.
23    Q.    Were you allowed to smoke cigarettes?
24    A.    No.
25    Q.    At age 14?

Page 37

1     A.    No.
2     Q.    So you said you snuck it out of the ash tray.
3  So while you're sitting there on that wagon, the tail of
4  the wagon smoking, did anything out of the ordinary
5  happen?
6     A.    Yes.  Roy Wayne came running up.  And he saw
7  me, and I saw him.  And I threw the cigarette down
8  because I was scared I was going to get in trouble.  And
9  he just stopped, and he just looked at me and I looked
10  at him, and he didn't have a shirt on.  I don't know if
11  he has shoes on because that's -- but he had blue jeans
12  on.  I don't know about the shoes because I didn't look
13  down in the grass, you know, because it was grassy.  And
14  he had a black boot in his hand, and it didn't have no
15  shoelaces.  And the reason I know this is because the
16  whole tongue was hanging out.  And I asked him, I said,
17  "What are you doing with that boot in your hand?"  And
18  he just kind of looked down at that boot, like he didn't
19  realize that it was in his hand.  He just looked down at
20  it, and then he looked up at me, and then he took off.
21  And when he took off, I saw something white.  I thought
22  it was his underwear, but I'd seen it and it was balled
23  up in a ball in the back of his pants.  And when he took
24  off, he went toward -- down toward the dumpsters and
25  walked over there.  And I could see he opened up the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 38

1  dumpsters.  I could see him. You know, you had to raise
2  it up.  I could see him raise it up.  So apparently when
3  he raised it up, I guess he threw the -- that boot away.
4  That's what I'm assuming when he raised it up because
5  his arm went -- went and held it up, then flew in and --
6  and he threw the boot away.  Then after that, he went
7  toward the little white house that they were living in.
8  He went in that direction.  And then after that, I --
9      Q.   Well, let me stop you there for just a minute.
10  I want to ask you some questions before we get too far
11  the field.
12      A.   Okay.
13      Q.   So you were sitting there smoking and you said
14  he ran up.  Were you able to see from what direction
15  that he ran?
16      A.   He was coming from my -- toward the area where
17  the scream came from.  He would've been toward -- my
18  area was here.  His area was coming from this way, so he
19  was running up this way.  So he was running up from that
20  opposite side of the trailer park where Kaye's trailer
21  would've been in that area.
22      Q.   Okay.
23      A.   He came running from that area.
24      Q.   And when he --
25      A.   Where I -- that I had just walked from

Page 39

1  recently looking for Renee.
2      Q.   Okay.
3      A.   When I heard the scream.
4      Q.   And when he first came running up, were you
5  able to see his face?
6      A.   Yes, I could see his face because I knew -- I
7  knew it was him.  I mean, because you know, like I said,
8  we had lights.  And there was lights on the tail end of
9  the trailer because there was a light on the back, and
10  so it shined.  So I could see his face, but I mean, not
11  clear and perfect, but I can make it out that it was
12  him.
13      Q.   Sure.
14      A.   Yeah.
15      Q.   And when he first ran up, you know, to where
16  you were sitting, did he have any particular expression
17  on his face that you can recall?
18      A.   He just looked startled that he ran into me,
19  and I guess I looked startled back because I threw the
20  cigarette down and got scared that he was going to tell.
21  And he just stood there and stared at me.  And while he
22  was staring at me, that's when I noticed the boot in his
23  hand.
24      Q.   Okay.  And you said that you saw him run
25  towards the dumpsters, so were these dumpsters in the

Page 40

1  trailer park?  Where were they located?
2      A.   They were located toward the end of the
3  trailer parks.
4      Q.   And were there multiple dumpsters within the
5  trailer park or just one?
6      A.   If I ain't mistaken, there was two sets. One
7  set close to where the Korean people were and then
8  another set over farther, like my -- okay.  Let's see if
9  it's on -- here, I can show you.  The dumpsters would
10  have been if you go down the little road thing, see the
11  rows, they would have dumpsters right in here. And those
12  areas would've been dumpsters.
13      Q.   Okay.  And so you saw him go to the dumpster
14  and then you saw him run towards the direction of the
15  little white house that his --
16      A.   Yes.
17      Q.   He and his family were living in.
18      A.   And then after that, I -- I was relieved
19  knowing oh yes, he's gone home.  Me and Renee can play
20  outside some more, you know, because he had done ran
21  home.
22      Q.   So when you saw Roy Wayne Dean run up to you
23  with that boot in his hand, was that before or after you
24  heard the scream?
25      A.   That was after because I had done went inside

Page 41

1  and got the cigarette, came out and was smoking it. And
2  I had done walked from Kaye's area back to my trailer.
3  So I walked from Kaye's area back to my trailer, went
4  inside, got the cigarette, went either -- to tell you
5  the truth, I'm not 100 percent sure, but it was one to
6  two trailers from mine that I sat on the hitch to smoke
7  because we didn't have a hitch on our trailer.  It was
8  all blocked in.  And so it was after that scream.
9      Q.   Now, while you were outside that night, did
10  you see anyone else outside besides Roy Wayne and Renee
11  and --
12      A.   I saw a couple of girls.  They were probably
13  like I don't I'm -- I don't know, probably in their 20s,
14  and they were just walking and talking.  I remember
15  that.  But there wasn't no other kids playing
16  hide-and-seek with us.  And it -- and then it -- it was
17  late.  That's probably why because a bunch of the lights
18  on the trailers were done cut off.  So we tried to avoid
19  getting close.  The rule was, you know, if lights are
20  off on the trailer, don't hide underneath that trailer
21  or behind it or something because the people were
22  sleeping.  But if the lights was still on, that was
23  okay.  We could hide around that area.
24      Q.   Okay.  So once you saw Roy Wayne run back
25  towards the little white house, what did you do next?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 42

1    A.   Well, I went and looked for Renee because --
2  and when I went, and I went back around, after I walked
3  and saw Roy Wayne, I went back around from the other
4  trailer back to my trailer.  And she was sitting on the
5  front porch on home base.
6    Q.   The front porch was home base?
7    A.   Yeah, on the steps.
8    Q.   So she was sitting there?
9    A.   So she was sitting on the steps on home base.
10   Q.   Okay.
11   A.   I don't know how long she'd been sitting
12 there, but she was on home base.
13   Q.   And did you say anything to her at that time?
14   A.   No, except we switched places on
15 hide-and-seek.  Only thing that I did say, I said, "Did
16 you do that loud scary scream?"  She said, "No, but I
17 heard it."
18        I said, "I did, too."  I said, "I bet it was
19 somebody trying to scare us."  And she said,
20 "Maybe something like that."  And we didn't say anything
21 else about that scream, so we just kept playing
22 hide-and-seek.
23   Q.   Did you tell anyone about seeing Roy Wayne
24 Dean that night?
25   A.   I told my mama later, and she told me not to

Page 43

1  say anything to Patsy.  She says because she's scared of
2  Patsy, and she don't want no involvement or somebody
3  else getting hurt.  And that was her exact words.  And
4  that's when I found out that Roy Wayne was sent away to
5  go live with Patsy's mother and them.  The night that
6  Kaye got killed, Roy Wayne was gone the next morning and
7  didn't come back for about two or three months.
8    Q.   And do you know where Patsy's mom lived?
9    A.   It was somewhere in Tennessee.  I -- I don't
10 remember the name, but it was somewhere in Tennessee if
11 I ain't mistaken.
12   Q.   So the --
13   A.   Where they took him.
14   Q.   So the night after you saw him in the trailer
15 park with the boot going to the dumpster, the next --
16 the -- sometime the next day is when they had taken him
17 to the grandmother's in Tennessee?
18   A.   Yeah, it had to be kind of early in the
19 morning because Renee stayed the night with me, and I
20 don't ever remember waking up and Renee leaving until
21 later I woke up, and she was done gone.
22   Q.   So initially Renee had stayed at your house,
23 but sometime between you falling asleep and waking up
24 the next morning, she was already gone from your house?
25   A.   Yes.

Page 44

1    Q.   Okay.  Now you testified earlier that on the
2  morning that Kaye's body was found, you didn't speak
3  with the police.  To your knowledge, did they request to
4  speak to you?
5    A.   No, ma'am.  I thought they would since me and
6  Kaye was best friends.
7    Q.   But as far as you know, they never requested
8  to speak with you?
9    A.   No, ma'am, or I would've spoke to them.
10   Q.   And you talked a little bit earlier about the
11 fact that back in 2016 or 2017, prior to the post-
12 conviction hearing in Mr. Graham's case that you had
13 talked with a couple law enforcement officers; is that
14 right?
15   A.   Yes, ma'am.
16   Q.   Okay.  And at the time that you spoke with
17 them, did you inform them of hearing about -- hearing
18 the scream in the trailer park that night?
19   A.   Yes, I told them.
20   Q.   And did you inform them about seeing Roy Wayne
21 Dean in the trailer park that night?
22   A.   Everything that I saw and what I was doing,
23 like I'm explaining to you, that is how I explained to
24 them.  I told the truth, the same truth that I'm telling
25 you.

Page 45

1    Q.   Now, Barbara, you have given sworn testimony
2  regarding these events multiple times in the past; is
3  that right?
4        THE REPORTER:  Is that a yes?
5    A.   Yes, ma'am.
6        THE REPORTER:  Thank you.
7  BY MS. STAPLES:
8    Q.   Thank you.  See, I forgot to -- I forgot to
9  get you on that one.  And each time that you've given
10 testimony in the case, have you done your best to give
11 as accurate account as you can?
12   A.   Yes, ma'am.  I have tried to say exactly what
13 I saw to the best of my knowledge, and I haven't made up
14 anything that wasn't true.
15   Q.   Do you think there are some details that you
16 may have been fuzzy about in the past?
17   A.   Yes, ma'am, because I was just a teenager, so
18 some of the details may be a little -- like a little off
19 or something, but I've tried to tell the truth.
20   Q.   And when you're talking about details that may
21 have been a little off would those details include the
22 fact that Roy Wayne Dean sexually abused you?  Did that
23 happen?
24   A.   He took my virginity.  He molested me,
25 threatened to kill me, said if I ever told, he'd cut me

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 1:20-cv-00210-GNS-HBB   Document 130-4   Filed 10/27/25   Page 14 of 22 PageID #: 3521
The Deposition of BARBARA KEATON, taken on July 21, 2023
46..49

Page 46

1  up like a hog, and my sisters, and my mama.
2      Q.   And that's something you'll never forget,
3  right?
4      A.   I'm in counseling.  I have PTSD and I'm --
5      Q.   I'm sorry, Barbara.  Take a minute if you need
6  it please.
7      A.   I'm sorry.
8      Q.   No, it's okay.  Do you need a break?
9      A.   Yeah.
10     THE VIDEOGRAPHER:  Okay.  We are going off the
11  record.  The time is 10:43.
12     (OFF THE RECORD)
13     THE VIDEOGRAPHER:  We are back on the record.
14  The time is 10:54.
15  BY MS. STAPLES:
16     Q.   All right, Barbara.  Again, I'm so sorry to
17  have to ask you those questions and I literally just
18  have a couple more for you.  Do you have any doubt that
19  you personally observed Roy Wayne Dean threaten Kaye in
20  your presence?
21     A.   Honey, he threatened both of us in our
22  presence.  When we'd lay out, he said, "Y'all think
23  you-all are something in them bikinis?"  He says, "I'll
24  cut you-all."  You know, like I said, or like I told you
25  earlier, the cussing, the name calling, what he's going

Page 47

1  to do to us, how he's going to kill us.  And Kaye was
2  very scared of him.  She had nobody, only Norman when he
3  came, and her dad was around.
4      Q.   Do you have any doubt that you heard a scream
5  on the night before Kaye's death?
6      A.   I heard a scream.  I even asked Renee about
7  the scream.  I have no reason to make that up.
8      Q.   Do you have any doubt that you witnessed Roy
9  Wayne Dean running from the direction of Kaye's trailer
10  that night after hearing the scream?
11     A.   No, that's -- that's the only way he came from
12  with that direction.
13     Q.   Barbara, has you -- have you been as honest
14  and accurate in your testimony today as you can be?
15     A.   I have done the best to my ability in what I
16  remember.  Yes, I think I have.
17     Q.   All right, Barbara, that's all the questions
18  that I have for you at this time.  Some of the attorneys
19  on the computer may have some questions for you as well.
20     A.   Okay.
21     MS. STAPLES:  Okay?  And you'll be able to see
22  them there at the top of the screen.
23     THE WITNESS:  I can barely see them.  Can I
24  make them big and me little?
25     MS. STAPLES:  Yes.  We'll work on that for you.

Page 48

1      MS. ARNETT:  And it may switch when we start to
2  talk.  I don't know.  Sometimes that happens.
3      MS. STAPLES:  I think she's pinned.  So they're
4  switching it now.  There you go.
5      CROSS-EXAMINATION
6  BY MS. ARNETT:
7      Q.   Okay.  Thank you.  So sorry, Jessica, to jump
8  in.  Is that okay if I go first?  Okay.  And I only have
9  one question, Ms. Keaton.  I appreciate your time today.
10  And I'm sorry, you know, you're having to relive and
11  testify about some scary things, but I really only have
12  one question.  I'm trying to get through the timeline.
13  And you had mentioned something about a memory you had
14  about the scream when your first child was born, and I
15  just wanted to ask you what year was that?
16     A.   When my first child was born was in 19 --
17  April 2, 1987.
18     Q.   Okay.  Okay.  Thank you.  That's all I wanted.
19  You did a good job of, you know, walking us through the
20  timeline.  I appreciate that.
21     A.   Thank you.
22     MS. ARNETT:  That's all the questions.
23     THE WITNESS:  Thank you.
24     MS. SHOULDERS:  Ms. Keaton.  My name is Jessica
25  Shoulders and I'd just like to thank you for being

Page 49

1  here today.  I actually don't have any questions for
2  you.
3      THE WITNESS:  Thank you.
4      REDIRECT EXAMINATION
5  BY MS. STAPLES:
6      Q.   All right.  Barbara, I do have just one follow
7  up question based on what Amber asked you.  And when she
8  was asking you about the timeline regarding the memory
9  of the scream, my understanding from your testimony was
10  that the -- your testimony was that when you had your
11  child is when it popped in your mind that the scream
12  that you had heard was a scream of pain; is that right?
13     A.   Yes, yes.  At -- at the time, I thought it was
14  somebody just making a scream, but then I had natural
15  labor and I remember screaming like -- and then it was
16  weird, and it hit me.  I don't know what popped up in my
17  mind, what I was thinking, but it came to my mind just
18  as clear as day.  And I just started bawling that it was
19  a hurt scream, somebody being hurt.
20     Q.   So when you had your labor, that wasn't the
21  first time that you had any memory of hearing that
22  scream years earlier.  It was the first time that it
23  popped in your mind that it was a scream of pain?
24     A.   What kind of scream, yes.
25     Q.   Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 50

1    A.   What kind of scream it was.
2    Q.   All right.  I just wanted to make sure we were
3  clear on that.  That's all the questions that I have for
4  you.
5    A.   Yeah.  That was a kind of a sad day.
6        MS. STAPLES:  Amber, do you have any follow up
7  to that?
8        MS. ARNETT:  No, I don't have anything else.
9  Thank you.
10        MS. STAPLES:  Okay.  Jessica, any follow up?
11        MS. SHOULDERS:  No, I've got nothing else.
12  Thank you.
13        MS. STAPLES:  All right.  Thank you, ladies.
14        THE VIDEOGRAPHER:  Okay.  This concludes the
15  video record.  We are going off the record.  The
16  time is 11:00 a.m.
17        (DEPOSITION CONCLUDED AT 11:00 A.M. CT)
18
19
20
21
22
23
24
25

Page 51

1            CERTIFICATE OF REPORTER
2          COMMONWEALTH OF KENTUCKY AT LARGE
3
4  I do hereby certify that the witness in the foregoing
5  transcript was taken on the date, and at the time and
6  place set out on the Title page here of by me after
7  first being duly sworn to testify the truth, the whole
8  truth, and nothing but the truth; and that the said
9  matter was recorded digitally by me and then reduced to
10  type written form under my direction, and constitutes a
11  true record of the transcript as taken, all to the best
12  of my skill and ability. I certify that I am not a
13  relative or employee of either counsel, and that I am in
14  no way interested financially, directly or indirectly,
15  in this action.
16
17
18
19
20
21
22  MAGGIE PATTERSON,
23  COURT REPORTER / NOTARY
24  MY COMMISSION EXPIRES ON: 06/16/2026
25  SUBMITTED ON: 07/31/2023

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibits**

**Exhibit 1_**
**Keaton** 12:10, 11

**1**

**1** 12:10,11
**10** 18:8
**100** 41:5
**10:43** 46:11
**10:54** 46:14
**11** 18:8 20:8
**11:00** 50:16,17
**12** 20:8
**14** 10:17 36:25
**19** 48:16
**1966** 10:2,14
**1980** 10:3,17, 18 11:22 12:2, 24 13:4 14:12 17:7 18:6 33:19
**1980s** 19:22 20:25
**1987** 48:17
**1:20-CV-000210-GNS** 6:11

**2**

**2** 48:17
**20** 11:17
**2016** 31:8,16 44:11
**2017** 31:16 44:11
**2023** 6:5
**20s** 41:13
**21st** 6:5

**28** 9:15

**4**

**40** 11:25
**45** 9:4

**7**

**7** 10:2

**8**

**8:00** 33:15

**9**

**9:00** 33:15
**9:41** 6:5

**A**

**a.m.** 50:16,17
**ability** 9:7 47:15
**abuse** 21:13
**abused** 45:22
**account** 45:11
**accurate** 45:11 47:14
**accurately** 12:25
**aerial** 12:21
**affecting** 25:17
**affirm** 6:25
**afraid** 20:20
**age** 10:17 16:19 36:25
**agencies** 29:17
**ahead** 8:5
**allowed** 36:23
**Amber** 6:20

**49:7** 50:6
**Amy** 6:13
**anxiety** 8:25
**apologize** 8:25
**apparently** 38:2
**approximately** 11:23
**April** 48:17
**area** 13:24 26:4 34:22,23,24 36:20 38:16,18, 21,23 41:2,3,23
**areas** 35:23 40:12
**arm** 38:5
**Arnett** 6:17,20 48:1,6,22 50:8
**ash** 37:2
**ashtray** 36:14
**asleep** 43:23
**assuming** 38:4
**attorneys** 8:2 47:18
**aunt** 14:25 15:1
**aunts** 14:15,18
**avoid** 41:18

**B**

**back** 11:22 12:2 13:4 14:1 17:7 18:6 19:6, 20,22 20:22,25 26:3,16 27:4,22 28:24 30:6,12, 17,18 32:12,23 33:19 34:4 35:1,2,3,18,24 36:7 37:23 39:9,19 41:2,3, 24 42:2,3,4 43:7 44:11 46:13
**backtrack**

**31:2**
**bad** 7:16 21:6
**ball** 37:23
**balled** 37:22
**Barbara** 6:7 7:9 18:15 28:17 45:1 46:5,16 47:13,17 49:6
**barbecue** 13:8 16:6,7,9
**barely** 47:23
**base** 42:5,6,9, 12
**baseball** 22:1, 5
**based** 49:7
**bat** 22:1,5
**bathing** 26:2
**bawling** 29:2 49:18
**beat** 17:17,20 22:1,3,4,20,22, 23
**beaten** 23:1
**bed** 19:8 20:2, 12 33:12
**begin** 7:12
**bet** 42:18
**Betty** 10:21 11:12
**big** 14:5 17:23 20:22 26:4,16 35:19 47:24
**bigger** 13:13
**bikinis** 26:7 46:23
**birth** 10:1
**bit** 16:14 19:20 23:3 28:8 31:2, 14 35:15 44:10
**bitty** 15:24
**black** 37:14

**blackest** 18:18
**blanket** 26:4
**bless** 22:21
**blinking** 18:20
**blocked** 41:8
**blue** 37:11
**body** 28:18 31:21 44:2
**bond** 25:2
**boot** 37:14,17, 18 38:3,6 39:22 40:23 43:15
**born** 10:14 48:14,16
**bothering** 28:2
**Bowling** 6:10
**boyfriend** 23:21 24:1
**boys** 17:8 28:5
**break** 8:12,14, 23 46:8
**bring** 24:15
**broke** 22:2
**brother** 10:19 23:1
**brother's** 10:24
**brothers** 14:24
**bugs** 33:10
**bunch** 28:7 33:11 41:17
**butt** 30:11

**C**

**call** 25:25 26:10
**calling** 28:5 46:25
**Campbell** 6:18 31:24 32:2



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

cards 32:3,13

cars 28:21
29:14,17,20

case 6:10
44:12 45:10

cassette 19:6,
21,25

catch 32:22

cell 33:19

Central 6:6

CERTIFICATE
51:1

child 9:23 33:9
36:1 48:14,16
49:11

children 15:7

choke 19:15

cigarette
36:14,22 37:7
39:20 41:1,4

cigarettes
36:13,15,23

circling 13:25

clean 25:9

clear 7:19 9:5
39:11 49:18
50:3

close 9:3 15:20
17:13 34:15,21
40:7 41:19

Comfort 6:6

comment 28:8

complete 8:10

comply 30:9

computer 8:3
47:19

CONCLUDED
50:17

concludes
50:14

confessed
27:18,19

confusing
7:22,24

Connie 11:4
19:8 20:10
32:15,16,20

conversation
21:8

conversationa
list 21:4

conviction
44:12

cook 23:22

corners 26:5

correct 21:13
31:18

counsel 6:11
12:12

counseling
46:4

counting
29:24

county 6:8,16
9:9,12,14,18,
23,25 10:6,8,9,
10

couple 29:12
41:12 44:13
46:18

court 6:4,9

cousin 16:14

cousins 14:15,
18 16:13

crap 27:25

CROSS-
EXAMINATIO
N 48:5

crushing 17:8

crying 21:20

crystal 9:5

CT 50:17

curfew 33:25

current 9:17

cussing 27:24
28:4 46:25

cut 19:1,15
21:19 26:8
41:18 45:25
46:24

cutting 28:9

_____

D

dad 10:19
31:24 32:1,3,4,
8 34:3 47:3

dad's 10:22

daddy 26:13,
15,16,17 32:17

Dale 15:15,16,
19 16:20

dark 32:18,21
33:7,10 35:23

date 10:1

day 6:5 19:19
20:23 22:16
26:16 28:17
32:12 43:16
49:18 50:5

dead 15:16

Dean 10:21,23,
25 11:4 14:22
15:6,11,19 20:3
25:23 27:15
40:22 42:24
44:21 45:22
46:19 47:9

Dean's 20:24

death 18:21
21:2 22:1,5
23:4 31:17 47:5

decided 33:7

defendant
6:16

Defendants
6:21

depended
32:12

depicts 12:25

deposition 6:7
50:17

describe 20:24

details 19:16
45:15,18,20,21

determine 8:6
33:20

Diane 7:9

die 29:3

died 17:1,5
22:4,8 28:20,25

differences
13:5

DIRECT 7:5

direction
34:14,17 38:8,
14 40:14 47:9,
12

discovered
31:21

discussed
28:8

District 6:9

dog 21:18,19

door 17:25
18:11,12 22:2

doors 26:20

doubt 46:18
47:4,8

drag 17:24

dresser 18:12

drink 32:8

drive 32:8,9

dumpster
40:13 43:15

dumpsters
37:24 38:1
39:25 40:4,9,
11,12

_____

E

earlier 12:13

44:1,10 46:25
49:22

early 43:18

Edwards 15:4
22:3

elaborate
15:21

Electric 9:20

Elton 9:11

Elzie 10:23

Emerson 9:20

end 14:1 26:21
36:16,18 39:8
40:2

enforcement
30:14,19,23
31:16 44:13

enforcements
31:3

enjoy 27:23

entrance
13:18,20

entrances
12:6,7,25 13:15

et al 6:8

evening 31:22
34:11

evenings
26:24

events 45:2

Everett 22:6

evidentiary
31:10

exact 43:3

EXAMINATIO
N 7:5 49:4

exhibit 12:10,
11,12

existence 16:5

explained
44:23

explaining
44:23



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB    Document 130-4    Filed 10/27/25    Page 18 of 22 PageID
The Deposition of BARBARA KEATON #:3525 taken on July 21, 2023

54

**expression** 39:16

**extended** 14:12

**eyes** 18:18 21:22 22:19

___

**F**

**F-U-C-K** 19:12

**face** 39:5,6,10, 17

**fact** 44:11 45:22

**fake** 36:5

**falling** 43:23

**family** 14:13 19:2 40:17

**farther** 40:8

**father** 11:15 14:24

**fault** 22:21

**favored** 21:21 22:9

**favorite** 28:11

**February** 11:14

**feeling** 8:16

**felt** 17:19

**field** 38:11

**fights** 17:21 28:6

**find** 20:11 35:23

**fingering** 20:5

**fix** 23:20

**flew** 38:5

**fly** 18:4

**follow** 49:6 50:6,10

**forget** 46:2

**forgot** 45:8

**Fort** 31:24 32:1

**found** 19:4,8 20:11 28:18,19 29:7 43:4 44:2

**freaking** 26:9

**friend** 24:15

**friends** 24:16 44:6

**front** 12:4 18:12 42:5,6

**full** 7:8

**fun** 17:8 23:25 35:22

**fuzzy** 45:16

___

**G**

**gargly** 34:18

**girls** 41:12

**give** 7:1 8:5 11:22 22:16 25:7 35:25 45:10

**glimpse** 27:13

**God** 19:18

**good** 7:7 18:13 20:19 48:19

**Goodness** 22:6

**gosh** 19:1

**Graham** 6:8, 14,19 24:4 31:10

**Graham's** 44:12

**grandmother's** 43:17

**grass** 37:13

**grassy** 26:4 37:13

**great** 35:19

**Green** 6:10

**grill** 23:22

**growing** 9:22

**guess** 13:14 17:2 32:12 38:3 39:19

**guessing** 33:14

**Guthrie** 10:9, 12 12:23

**guy** 26:16

___

**H**

**hair** 17:25 23:20

**hand** 6:23 14:3, 7 37:14,17,19 39:23 40:23

**handled** 8:8

**hang** 24:18,20, 22 25:4

**hanging** 17:8 23:19,24 24:6 37:16

**happen** 27:5 37:5 45:23

**happened** 9:3 20:21,23 29:8, 11

**happy** 8:14,18

**head** 7:14

**hear** 19:10 27:3 34:12,17 35:15

**heard** 20:14 34:13,25 35:5, 8,13 36:6 39:3 40:24 42:17 47:4,6 49:12

**hearing** 31:10 44:12,17 47:10 49:21

**heart** 22:22 29:10

**heck** 22:23

**held** 38:5

**hesitate** 8:13

**hide** 41:20,23

**hide-and-go-seek** 32:20,25 33:6

**hide-and-seek** 35:4,22 41:16 42:15,22

**hiding** 34:22, 24 35:5,11

**highways** 12:3

**hint** 35:25

**hit** 49:16

**hitch** 36:19 41:6,7

**hog** 46:1

**hogs** 28:10

**Holiday** 23:7

**holler** 26:21,24 27:1

**hollering** 26:22

**home** 9:17 18:4 25:9 32:14,16 34:3 40:19,21 42:5, 6,9,12

**honest** 47:13

**Honey** 46:21

**hot** 26:7

**hour** 18:20

**house** 13:7 15:24 16:4 17:11,12,16,19 22:2 25:10 27:3 28:24 31:4 32:18,23 38:7 40:15 41:25 43:22,24

**hung** 24:13

**hurt** 18:13 43:3 49:19

**husband** 9:19 14:24 21:17

___

**I**

**idea** 11:23 33:8

**IDENTIFICATION** 12:11

**identify** 6:12

**include** 45:21

**inform** 44:17, 20

**initially** 43:22

**Inn** 23:7

**inside** 28:24 30:18 34:6 40:25 41:4

**involvement** 43:2

___

**J**

**Jadick** 6:3

**Janice** 23:4

**January** 10:2, 14

**jeans** 37:11

**Jeffrey** 10:25

**Jessica** 6:15 48:7,24 50:10

**job** 48:19

**Jr** 10:23

**Judge** 8:6

**July** 6:5

**jump** 26:15 48:7

___

**K**

**Kaye** 23:4,5,6, 13 24:7,9,14,20 25:4,6,24 27:14,22 28:14, 25 34:21 43:6



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

44:6 46:19 47:1

**Kaye's** 28:18
31:17,21 34:25
35:11 38:20
41:2,3 44:2
47:5,9

**Keaton** 6:7,22
7:7,9 8:16 48:9,
24

**Kentucky**
6:10,16,20 9:11

**kick** 17:25

**kicked** 27:21
28:1

**kids** 41:15

**kill** 19:11 21:17
45:25 47:1

**killed** 21:18
43:6

**kind** 13:25 14:4
26:17 29:8 30:4
32:21 35:1
37:18 43:18
49:24 50:1,5

**knew** 18:4 23:5
24:11 25:6
26:15 27:17
29:4,5,9 34:4
39:6,7

**knife** 18:1

**knowing** 26:25
40:19

**knowledge**
32:2 44:3 45:13

**Korean** 40:7

---

**L**

**labor** 49:15,20

**ladies** 50:13

**late** 32:14 34:4
41:17

**laughing** 21:21

**law** 30:14,19,23
31:3,16 44:13

**lay** 23:21 26:5
27:7 36:14
46:22

**laying** 27:24

**leaning** 36:21

**learn** 28:20

**learning** 29:1

**leave** 18:3
26:12,14,23

**leaving** 43:20

**left** 19:13 32:17

**light** 35:20 39:9

**Lightning**
33:10

**lights** 33:12
35:18,19 39:8
41:17,19,22

**listen** 20:16

**listened** 19:8
20:18

**literally** 46:17

**live** 9:18,23
10:18 43:5

**lived** 9:14,19,
20,25 13:4
14:13,16,19
15:7,18,20 22:4
34:21 43:8

**living** 9:15 10:3
11:13,16,20
15:25 16:24
17:2 21:25 22:7
24:7 38:7 40:17

**located** 10:11
13:16 20:1
40:1,2

**lock** 18:11
26:20

**locked** 26:25

**long** 9:14 27:9,
12 32:13 33:1,
2,3 42:11

**longer** 34:5

**looked** 12:24

35:15,16 36:6
37:9,18,19,20
39:18,19 42:1

**lot** 13:13 16:22
17:11 23:23
25:5,7 28:15,21

**Lou** 10:21

**loud** 34:18
42:16

**loved** 23:19,24

**luck** 22:13

**lucky** 27:21,23

**Lynn** 11:4

---

**M**

**made** 25:9 34:5
45:13

**Maggie** 6:4

**make** 7:18
19:17 39:11
47:7,24 50:2

**makeup** 23:20

**making** 49:14

**mama** 20:17
42:25 46:1

**mark** 12:9

**MARKED**
12:11

**marriage** 15:1

**married** 11:10

**matter** 6:7
22:11,21

**meet** 23:6

**meeting** 24:9

**memory** 9:5
36:3 48:13
49:8,21

**mentioned**
16:14 48:13

**message**
19:14

**met** 23:9 24:6

**microphone**
25:18

**middle** 13:20,
25 14:5

**military** 32:5

**Miller** 6:21

**mind** 33:14
36:2,3 49:11,
17,23

**mine** 41:6

**minute** 38:9
46:5

**mistaken** 40:6
43:11

**mistreated**
17:11,16

**molested** 18:8
45:24

**Molly** 6:17,18

**mom** 10:19
11:12 20:20
23:1 28:23 29:3
30:6,9,18 31:23
32:1,7,8,17
34:3 36:13 43:8

**mom's** 10:20

**money** 25:8

**months** 11:17
43:7

**morning** 7:7,
11 12:13 28:19
29:13,21 30:13,
18 34:5 43:6,
19,24 44:2

**mother** 21:23
43:5

**move** 18:22
21:3 25:14

**moved** 14:5

**moving** 9:17
25:13

**multiple** 27:5
29:23 40:4 45:2

**murdered** 29:7

**music** 19:5,7
20:16

---

**N**

**nails** 23:20

**names** 11:3,5,
7,9 26:11 28:5

**Nancy** 11:4
31:25

**natural** 49:14

**neighbors**
22:2

**Neil** 10:25

**Nervous** 8:18

**news** 29:1

**night** 8:20
18:10 20:4,5
29:8,12 31:20,
21,23 33:23
34:7 41:9 42:24
43:5,14,19
44:18,21 47:5,
10

**normal** 18:2

**Norman** 6:8,
14,19 24:3,4,9
47:2

**noticed** 39:22

**number** 6:10

**numerous**
17:18

---

**O**

**object** 8:3

**objection** 8:4,
7,9

**obscene** 26:6,
25 28:3

**observed**
22:25 46:19

**officers** 30:14,
19,23 31:17

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

44:13

older 16:15,16, 17 23:13,14 24:16,23

one-time 27:6

open 26:23 27:3

opened 37:25

opposed 7:14

opposite 38:20

ordinary 34:12 37:4

**P**

pack 36:15

pain 22:3 36:4, 5 49:12,23

paint 23:20

pants 37:23

park 10:4,5,11, 18 11:24 12:2, 23 13:3 14:13, 16,19 15:21 16:2 23:9 24:8 29:15,21 38:20 40:1,5 43:15 44:18,21

parks 40:3

participating 8:3

passed 11:14, 17 15:23

past 45:2,16

Patsy 14:22,23 15:1 21:21,23 22:9,12,15,23 25:7 43:1,2

Patsy's 43:5,8

Patterson 6:4

peek 26:5

peeking 26:1 27:11

pending 6:8

people 17:22 28:22 30:2 40:7 41:21

percent 41:5

perfect 39:11

permitted 20:3

person 17:10 18:14,19 21:4, 11

personality 20:25

personally 21:12 22:25 30:13 46:19

phones 33:19

photo 12:22 13:14

physically 21:13 23:1

piercing 34:19

pig 19:2,13

pigs 26:9 28:9

pills 22:3

pinned 48:3

pit 13:8 16:6,7

place 9:15

places 42:14

plaintiff 6:14, 19

Plaintiff's 12:9

play 20:13 32:3,19 33:7 40:19

played 32:13, 24 33:11

players 19:6

playing 33:5 35:4,22 41:15 42:21

point 9:24 36:10

pointing 13:20

police 6:21 28:21 29:14,20 44:3

pool 23:8,11 25:8 27:22,23 28:1,16

popped 20:17, 22 36:3 49:11, 16,23

porch 42:5,6

post- 44:11

post-conviction 31:9

pounce 18:22

premises 28:6

presence 46:20,22

pretty 7:11 25:2

prior 9:17 23:4 24:9 30:12 31:16 44:11

prison 17:1,5

PROCEEDINGS 6:1

promise 22:17

PTSD 46:4

pull 18:12

purposes 13:19

pushed 20:13

put 10:15 19:7, 23 23:20 26:19 29:8

**Q**

question 7:21, 23 12:8 48:9,12 49:7

questions 7:12,13 8:2,24

9:2,6 29:13 38:10 46:17 47:17,19 48:22 49:1 50:3

quiet 21:1

quit 20:18,21

**R**

raise 6:23 26:1 38:1,2

raised 14:25 38:3,4

ran 38:14,15 39:15,18 40:20

raped 18:8

react 29:1

real 34:4

realize 37:19

realized 36:1

reason 8:13 21:19 36:3 37:15 47:7

recall 13:15 29:17,20 39:17

recently 39:1

recognize 13:3

record 6:2,12 7:8,19 13:19 46:11,12,13 50:15

recorded 20:14

recorder 19:4, 5,21,23,25 20:9,14

Red 16:9,10

REDIRECT 49:4

referring 24:2 31:11

related 14:23

relationship 17:6 18:5 23:17

relieved 40:18

relive 48:10

remember 9:7 12:1 28:17 31:5 36:1 41:14 43:10,20 47:16 49:15

remind 7:17

Renee 15:11, 12 16:17,23 17:6,21 18:10 21:13,16 22:13, 20,21,25 25:3 31:23 32:16,18, 24 33:5 34:14, 16,21 35:2,4,7, 9,25 36:7 39:1 40:19 41:10 42:1 43:19,20, 22 47:6

Renee's 17:1 22:21

rephrase 7:23

reporter 6:4, 24,25 7:4 12:14,17,19 45:4,6 51:1

request 44:3

requested 44:7

reside 9:10

road 10:12 13:7 14:1 15:22,23,24 16:2 40:10

roads 13:15

Robinson 6:13

rocks 26:1

room 20:2,3

Rory 15:4

row 14:10

rows 40:11

Roy 15:11,12 16:14,23,25 17:2,17,20 18:5 20:3,24 21:21,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB   Document 130-4   Filed 10/27/25   Page 21 of 22 PageID
The Deposition of BARBARA KEATON, Taken on July 21, 2023   #: 526

57

23 22:3,6,9,14,
23 25:23 26:17
27:15 29:9 37:6
40:22 41:10,24
42:3,23 43:4,6
44:20 45:22
46:19 47:8

**rule** 41:19

**rules** 7:11

**run** 39:24
40:14,22 41:24

**running** 37:6
38:19,23 39:4
47:9

**Russellville**
9:19,20 10:12
13:7 15:23

——————

**S**

**sad** 50:5

**safe** 17:19

**sat** 36:16 41:6

**scare** 18:21
21:2 42:19

**scared** 18:7,
13,21,24 21:3
26:17 27:10,14,
16,17 32:22
35:1 37:8 39:20
43:1 47:2

**scariest** 19:10

**scaring** 27:25

**scary** 18:3
42:16 48:11

**school** 34:1

**scream** 27:4
34:15,18 35:1,
5,8,13,24 36:2,
5,6 38:17 39:3
40:24 41:8
42:16,21 44:18
47:4,6,7,10
48:14 49:9,11,
12,14,19,22,23,
24 50:1

**screaming**

**screen** 47:22

**seeking** 35:6,7

**sell** 22:12

**sensitive** 8:24
9:1

**set** 40:7,8

**sets** 40:6

**sexually** 45:22

**shaking** 7:14

**she'd** 17:18
22:19 42:11

**shelf** 20:2

**shined** 39:10

**shirt** 37:10

**shoelaces**
37:15

**shoes** 37:11,12

**Shoulders**
6:15 48:24,25
50:11

**show** 12:9 40:9

**sibling** 17:21

**siblings** 11:19

**sic** 34:18

**side** 14:3,7
26:3 38:20

**simple** 7:11

**sister** 16:17
19:4 20:10
31:25 32:15

**sisters** 10:19
11:1 24:19,23
46:1

**sit** 18:19

**sitting** 21:7
37:3 38:13
39:16 42:4,8,9,
11

**slaughter**
19:2,12

**sleep** 8:20 22:5

**sleeping** 41:22

**slicing** 28:9

**slit** 18:1 26:8

**sluts** 26:11

**smaller** 17:24

**Smith** 6:21

**smoke** 36:23
41:6

**smoked** 36:13

**smoking** 28:6
36:22 37:4
38:13 41:1

**sneak** 20:5

**snuck** 37:2

**soldiers** 32:4

**solemnly** 6:25

**son** 11:17

**sound** 19:17,
18 34:18

**sounded** 19:16

**spanked** 30:11

**speak** 24:1
30:13,15,19
31:1,17 44:2,4,
8

**speaking** 8:9
13:1 31:6

**spend** 25:24

**spending**
25:25

**split** 19:15

**spoke** 44:9,16

**spread** 26:4

**Standard** 6:6

**standing** 21:21
28:22 30:2

**Staples** 6:13
7:6 12:7,12,15,
18,20 25:12,14,
17,22 45:7
46:15 47:21,25

**sleep** 48:3 49:5 50:6,
10,13

**stare** 18:19

**stared** 39:21

**staring** 39:22

**start** 27:13
48:1

**started** 29:2
49:18

**starting** 32:18

**startled** 39:18,
19

**state** 6:21 7:8
8:4 9:9

**States** 6:9

**stay** 18:9 25:9
32:11 33:1,22
34:5

**stayed** 18:10
20:4 32:24
33:11 43:19,22

**staying** 31:23

**steps** 42:7,9

**stomach** 8:21

**stood** 39:21

**stop** 8:8 38:9

**stopped** 34:19
37:9

**stray** 21:19

**street** 35:18

**streets** 12:1,3

**stuff** 13:13 18:7
25:10 26:6,19,
25 27:1,13,18,
25 28:3,22 29:8

**Sue** 11:4

**Suites** 6:6

**suits** 26:2

**summer** 10:3
33:23,24

**supposed**
17:9 28:7 36:11

**swear** 6:25

**sweet** 17:10
23:19,23

**swimming**
23:7,10 27:24

**switch** 48:1

**switched**
42:14

**switching** 48:4

**sworn** 6:23
45:1

——————

**T**

**tail** 37:3 39:8

**talk** 16:13 21:5
31:13,20 48:2

**talked** 21:4
44:10,13

**talking** 9:3
21:8 31:7 41:14
45:20

**tape** 19:3,4,5,
19,22 20:9,15

**teenager** 9:23
10:16 45:17

**telling** 21:6
44:24

**Tennessee**
43:9,10,17

**testified** 44:1

**testify** 31:8
48:11

**testimony** 7:1
45:1,10 47:14
49:9,10

**thing** 8:1,12
27:6 36:18
40:10 42:15

**things** 9:3 17:9
19:14 21:6,7
27:20 28:4,7
48:11

**thinking** 11:22
34:24 49:17



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB   Document 130-4   Filed 10/27/25   Page 22 of 22 PageID
#: 3529
The Deposition of BARBARA KEATON taken on July 21, 2023

58

thought 20:16
32:19 34:13,16
35:9,10,25 36:4
37:21 44:5
49:13

threaten 18:1
26:14 46:19

threatened
21:17 45:25
46:21

threw 37:7
38:3,6 39:19

throat 18:2

throw 17:25

throwing 26:1

till 32:12 34:4

time 6:5 8:8
11:5 15:18
17:17,21 21:18
24:6 25:24,25
27:7 31:8 33:2,
3,8,14,18,20
34:7 35:6 42:13
44:16 45:9
46:11,14 47:18
48:9 49:13,21,
22 50:16

timeline 48:12,
20 49:8

times 17:18
21:14 25:7 27:5
45:2

Timmy 15:15,
16,18,19 16:20

Tiny 10:4,5,10

today 6:3,4
8:13,17 47:14
48:9 49:1

Todd 6:8,16
9:13,14,18,23,
25 10:5,9,10

told 27:16
28:23,25 30:6,
9,18 42:25
44:19,24 45:25
46:24

Tom 26:1

tongue 37:16

top 16:9,10
47:22

tough 22:13
26:16

Town 10:4,5,10

trailer 10:4,5,
11,18 11:24
12:2,22 13:3,
16,18,23 14:4,
6,13,16,19
15:21 16:2 23:8
24:8 26:3,20,22
27:1 29:14,21
30:7,13,17
33:12 34:20,25
35:2,11 36:8
38:20 39:9
40:1,3,5 41:2,3,
7,20 42:4 43:14
44:18,21 47:9

trailers 11:23
36:16,17 41:6,
18

tray 37:2

trees 13:13

trial 31:4,6

triangle 36:21

trouble 37:8

true 45:14

truth 7:2 41:5
44:24 45:19

turn 23:3

turned 13:8
33:12

turning 12:3

typical 17:21
33:22

typically 20:1

uncle's 15:3

uncles 14:15,
18

underneath
19:8 20:12
41:20

understand
7:17 9:4

understanding
49:9

underwear
37:22

United 6:9

untied 26:2

V

verbally 7:13

Victoria 6:3

video 50:15

violent 21:15

virginity 45:24

voice 8:9 19:9,
10,16

W

wagon 36:18
37:3,4

waking 43:20,
23

walk 16:1 23:8
27:23

walked 37:25
38:25 41:2,3
42:2

walking 41:14
48:19

wanted 21:6
22:11,13 48:15,
18 50:2

watch 33:9,18

watching 30:4

Wayne 15:11,
12 16:14,23,25
17:17,20 18:5
20:3,24 21:22
22:10,14,23
25:23 26:17
27:15 29:9 37:6
40:22 41:10,24
42:3,23 43:4,6
44:20 45:22
46:19 47:9

Wayne's 17:2
21:23

wearing 33:18

weeks 30:22

weird 19:9
21:9,11 49:16

Western 6:9

white 13:7
15:24 16:4
37:21 38:7
40:15 41:25

whores 26:11

Williams 23:4

window 26:21,
22,23,25 27:1,2

window's 27:2

witnessed
17:18 21:12
47:8

woke 20:5
28:21 43:21

women 28:2,
15

words 21:3
43:3

work 47:25

worked 9:19

worried 34:6,
10

would've 12:5,
8 38:17,21
40:12 44:9

wrong 21:22
22:19

U

uh-huh 7:15
16:3,8 23:12

uh-uh 7:15

Y

Y'ALL 26:9
46:22

ya 26:10

year 48:15

years 9:4,16,21
10:17 11:18
12:22 23:15
30:23 49:22

you- 26:6

you-all 17:13
19:13 26:7,8,9
46:23,24

young 20:9
32:23

younger 9:22
16:15,17,20,22
17:23 23:13
24:24,25 31:24



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com