**Page 1**

TRANSCRIPTION

OF AUDIO

IN RE:

CONTINUED EVIDENTIARY HEARING

COMMONWEALTH OF KENTUCKY

V.

NORMAN GRAHAM

JUNE 12, 2017

**Page 2**

TRANSCRIPTION OF AUDIO
IN RE:
CONTINUED EVIDENTIARY HEARING
COMMONWEALTH OF KENTUCKY
V.
NORMAN GRAHAM
JUNE 12, 2017

JUDGE EASTON: All right. We're now on the record, and I'll call the -- the court to order for today's proceedings.

We're here today in Commonwealth versus Norman Graham, 07CR1. This is a continuation of an evidentiary hearing on a motion pursuant to Civil Rule 60.02, seeking relief from a final judgment of conviction in this case.

There was a day of evidentiary hearing prior to this, and as I understood from where we got at the end of that day, we would need to schedule some further evidence before the motion could be taken under submission.

So first, let me make sure I have the appearances for everyone here. Who is representing the Commonwealth today?

MS. GUILING: Your Honor, Commonwealth's attorney Gail Guiling, assistant Commonwealth's

**Page 3**

attorney Justin Crocker, and State Police Detective Scott Smith.

JUDGE EASTON: All right. And for the defense.

MS. STAPLES: Your Honor, Melanie Foote Hollingsworth and Amy Robertson Staples with Mr. Graham.

JUDGE EASTON: All right. Thank you. Now as I recall from the proceedings earlier, we got through a number of witnesses. I'm not sure if the defense had further witnesses --

MS. STAPLES: Yes, sir.

JUDGE EASTON: -- I believe you did. So go ahead and call your next witness.

MS. STAPLES: Your Honor, before doing that, there is one issue we'd like to bring to the attention of the court and the Commonwealth.

JUDGE EASTON: Okay.

MS. STAPLES: I am asking that we approach and discuss this, more from a personal standpoint rather than a -- legal. It should not take long.

JUDGE EASTON: Oh. All right. Is there a -- like, on this thing here? Oh, yeah.

MS. SPEAKER: You see?

**Page 4**

JUDGE EASTON: There we go.

MS. SPEAKER: You got it?

JUDGE EASTON: There you go.

MS. SPEAKER: There you go.

MS. STAPLES: Your Honor, I came into town on Saturday to come to attempt to locate Ms. Regina Renee Dean. Her phone had been disconnected and I was concerned. I went to her father's trailer to try to find her, and his trailer was closed up, which is unusual. It never is. And he was also under subpoena to appear as Your Honor requested.

JUDGE EASTON: M-hm.

MS. STAPLES: I spoke to neighbors, and it turned out Mr. Dean had passed away three days prior to --

MR. CROCKER: Oh, wow.

MS. STAPLES: -- me arriving at his trailer. His neighbors informed me. I was then able to locate his daughter, who was no longer staying at the trailer. So she had been with her father when he passed in that location, and she isn't comfortable being there. The reason -- the other reason, besides informing the court that he has passed, is also that I spoke with Ms. Dean,

Page 5

1  and she is fairly certain that her brother, Roy
2  Wayne Dean, is not aware that his father has
3  passed away.
4      MS. GUILING: Oh.
5      MS. STAPLES: She is very torn and
6  distraught, because while she does not wish to be
7  alone with him or have him have any knowledge
8  that she's here, she also feels that out of respect
9  for her father, she should inform her brother that
10 he has passed. So I wanted to bring this to the
11 attention of the court.
12    She is terrified. She's torn. He doesn't know.
13 I'm afraid that may interfere with the testimony,
14 but I felt like all parties should be aware of what I
15 learned on Saturday.
16     MS. GUILING: Your Honor, this is the
17 first we knew. We knew that we had not been able
18 to make contact with Roy Everett Dean. I would
19 like to note that Mr. Crocker and I went up and met
20 with Mr. Dean last week -- Roy Wayne --
21     JUDGE EASTON: M-hm.
22     MS. GUILING: He -- he -- he re -- he did
23 le -- said, in a very upset manner, that he feared
24 he would never get to see his father again. I
25 would request that he not be informed of this --

Page 6

1      JUDGE EASTON: No. I don't think --
2      MS. GUILING: -- prior to his testimony.
3      JUDGE EASTON: -- I don't think this
4  hearing is the right venue --
5      MS. GUILING: Right.
6      JUDGE EASTON: -- to inform somebody
7  of that.
8      MR. CROCKER: Yeah.
9      MS. GUILING: Right.
10     JUDGE EASTON: I think that the proper
11 thing to do is, after you-all have presented your
12 evidence -- and now, of course, we know that we --
13 we will not have the evidence from the father, who
14 has passed away. I take it there's no reason to
15 suspect that that's not true. In other words, he's
16 passed away, he's been buried, et cetera and all
17 that.
18     MS. STAPLES: In the process.
19     JUDGE EASTON: So there's no reason to
20 suspect that issue. And he was -- I understand he
21 was of advanced years and so forth. And -- and
22 there was also a question, quite frankly as I
23 recall, from you-all saying that there may have
24 been a competency issue anyway, if I remember
25 the same witness correctly. But that issue is no

Page 7

1  longer something we can deal with.
2    So I think we simply proceed as if none of us
3  outside of this group up here have that knowledge.
4  And then when we finish the evidence today, I will
5  leave it up to the family, because I believe that's a
6  family matter, in terms of how the family wants him
7  informed.
8    She may be so terrified or whatever -- I know
9  that's been expressed several times, that she
10 doesn't want to be the one to tell, or may just want
11 someone to tell him. And I also have to include
12 those who have custody of him today of whether
13 they want him told --
14     MR. CROCKER: That's fair.
15     MS. STAPLES: That's fair.
16     MS. GUILING: All right.
17     JUDGE EASTON: -- before he is taken
18 back. So we may simply say to them, "All right.
19 Folks, you need to tell him when he gets back to
20 the -- the prison."
21     MS. GUILING: All right.
22     JUDGE EASTON: That may be the best
23 course, as he may become very upset, and you
24 know, that could affect his testimony. We don't
25 want to do that. So does that sound like a

Page 8

1  reasonable plan?
2      MS. GUILING: Yes.
3      JUDGE EASTON: We'll tell -- after
4  whatever you-all need to deal with Mr. Dean, we'll
5  talk to the people that brought him here and say,
6  "What do you-all want to do?"
7      MS. STAPLES: That's fair.
8      JUDGE EASTON: Okay. Makes sense?
9  All right.
10     MS. GUILING: Okay. Thank you.
11     JUDGE EASTON: All right. Call your
12 first -- your next witness, then, for the defense.
13     MS. GUILING: Your Honor, the
14 Commonwealth would --
15     JUDGE EASTON: Oh, I think there's
16 still -- call in --
17     MS. STAPLES: We do still have _____
18     JUDGE EASTON: Okay.
19     MS. GUILING: I was just going to
20 request that the separation --
21     JUDGE EASTON: Oh, the separation of
22 witnesses again? That still applies. If there is
23 anyone in the gallery who expects to be called to
24 give testimony in this hearing, you do have to wait
25 outside until you are called in to give your

GRAHAM 003787

Page 9

1 testimony. The reason for that rule is the same as
2 I announced it the first day we had this hearing.
3 Everyone should be able to tell us what they know,
4 not what they've heard somebody else say in the
5 courtroom.
6   And so that's why we have such a rule. So if
7 any of you -- any of you are aware of any of your
8 witnesses here in the courtroom, then they need to
9 go outside and wait. If they're not witnesses, it's
10 an open court, and they can stay in here. Anybody
11 in that situation? No?
12   All right. Call your next witness.
13      MS. STAPLES: I'm sorry, ma'am.
14      MS. GUILING: Regina Dean, Your Honor.
15      JUDGE EASTON: Regina Dean?
16      MS. STAPLES: Yes, Regina Renee Dean.
17 Your Honor, would you like me to go out and grab
18 her?
19      JUDGE EASTON: Well, somebody --
20 yeah. Would you mind going out to get the
21 witness? That's fine.
22      MS. STAPLES: Regina Renee Dean.
23      JUDGE EASTON: You-all still have the
24 witness stand here, right, in these kind of
25 hearings? Okay.

Page 10

1   All right, ma'am. Just come on up this way
2 through that gate, and have a seat in this chair.
3 Now, ma'am, they're going to ask you some
4 questions. And of course, they're under oath, so
5 I'm going to have to place you under oath.
6 REGINA RENEE DEAN, after having first been duly
7 sworn, is examined and testifies as follows:
8 EXAMINATION
9 BY MS. STAPLES:
10   **Q.  Renee, what's your full name?**
11   A.  Regina Renee Dean.
12   **Q.  And what name do you go by?**
13   A.  Renee.
14   **Q.  Is it all right if I call you "Renee" during**
15 **this hearing?**
16   A.  Yes, ma'am.
17   **Q.  Do you have any siblings?**
18   A.  I have an elder brother and a baby
19 brother and then a step-brother and a sister that
20 passed away.
21   **Q.  Who is your oldest brother?**
22   A.  Roy Wayne Dean.
23   **Q.  Did you live together, growing up?**
24   A.  Yes.
25   **Q.  Where did you live?**

Page 11

1   A.  We lived -- well, we -- we lived in
2 Trenton, we lived in the trailer park, right there in
3 Tiny Town.
4   **Q.  What's your birthday?**
5   A.  [date of birth redacted]
6   **Q.  And how -- is your brother -- you said**
7 **your brother Wayne's older than you, Roy Wayne?**
8   A.  Uh-huh.
9   **Q.  How many years older than you is he?**
10   A.  Not quite sure, to be honest.
11   **Q.  What was your relationship like with Roy**
12 **Wayne?**
13   A.  When we was little, it -- it was good until
14 I got on up in, like, maybe, 11, 12, and -- I don't
15 know, it's just like the whole world turned
16 upside-down.
17   **Q.  What do you mean by that?**
18   A.  Who knows? Like, I was always pushed in
19 a corner somewhere like a piece of trash, and. . .
20      MS. GUILING: Your -- Your Honor, I'm
21 having great difficulty hearing Ms. Dean.
22      JUDGE EASTON: Now, Ms. Dean, you
23 might want to -- you're going to sort of scoot that
24 closer and -- and -- this --
25      THE WITNESS: Sorry.

Page 12

1      JUDGE EASTON: That's all right. Try to
2 speak up to where we can all hear you. And you
3 said something turned upside-down, and you
4 started to explain --
5   A.  Yeah. It was just like the whole world
6 turned upside-down for me and --
7      JUDGE EASTON: All right. Go ahead.
8   A.  I don't know, my momma, if I ever tell you
9 this, and my brother Morgan. I -- I -- I got a lot of
10 whuppings over him.
11 BY MS. STAPLES:
12   **Q.  What do you mean by that, you got a lot**
13 **of whuppings over him?**
14   A.  Because, like, when he would do things to
15 me or, like, you know, say things to me or -- you
16 know, I seen when he did something he wasn't
17 supposed to, you know, and I go tell Momma,
18 and -- and -- and I'd get smacked across the room
19 or hit with something. [cries]
20   **Q.  Who would smack you across the room?**
21   A.  My mom.
22   **Q.  Who would hit you with things?**
23   A.  My mom.
24   **Q.  What kind of things would she hit you**
25 **with?**

Page 13

1   A.  Broom, whatever she could -- was in
2  reach.
3     Q.  You said earlier, when Roy Wayne Dean
4  would do things to you.  What kind of things would
5  Roy Wayne do to you?
6     A.  Like, one time, he pushed me out of the
7  swing, and I broke my arm.  And I told Momma
8  about it, and she accused me of lying to her.  And
9  I got in trouble for that.
10   One time, I was coming down and he chased
11  me across the field with -- with a car.  And the
12  only thing that kept the car from running over me
13  was a big rock in the middle of the field, and I -- I
14  climbed up a tree.  And I stayed there until I seen
15  my momma there, pulling in the driveway.
16   He used to pull my hair, he'd yell at me -- and
17  that's just several things.  I mean, that's. . .
18  [cries]
19    Q.  Did you tell your momma about the time
20  he chased you with the car?
21   A.  Yeah.
22    Q.  What happened?
23   A.  Well, I -- he told Momma that he didn't do
24  it, and I got in the car and -- and was trying to
25  drive -- trying to learn how to drive, and I run over

Page 14

1  a rock.
2     Q.  Did anybody get in trouble?
3   A.  Yeah.  Me.
4     Q.  How's -- how did you get in trouble?
5   A.  I got a whupping with one of those
6  switches that -- it's like rubber.
7     Q.  Did you feel -- I'm so sorry.
8   A.  And I couldn't stand up for about two
9  weeks.  [cries]
10   And then one time I'll never forget, we was at
11  a bridge -- we -- it was a creek we swim in, but I
12  stayed up on the bridge looking over.  And my
13  brother come up behind me, and he said, "You're
14  going to learn how to swim today."  I said, "What
15  do you mean?"  He said, "We'll push you off," and
16  he said, "If you don't swim, you'll get drowned."  I
17  said, "No, you're joking."  I said, "If you do, I'll
18  tell Momma."  And he said, "If you do, I'm going to
19  do you like I did that damn woman in that trailer."
20  And I don't know what he meant by it.
21    Q.  That -- the time when he said, you -- do
22  you like that woman in the trailer.  Was that before
23  or after the woman had been killed in the trailer
24  park?
25   A.  I don't know.  Honestly, I don't.

Page 15

1     Q.  Are you we -- I'm so sorry.
2   A.  Go ahead.
3     Q.  As a kid, were you afraid of Roy Wayne?
4   A.  Yeah, because he always got me in
5  trouble.
6     Q.  Now, you were -- are you aware that your
7  brother is receiving -- serving a life sentence, and
8  that he has received a "serve out"?
9   A.  I wasn't --
10    Q.  Are you now?
11   A.  I am, now.
12    Q.  And does the fact that he's never going to
13  get out of prison make you less afraid of him?
14   A.  No.  Because I'm scared that -- that he
15  might get out somehow, and he'd find out I
16  testified against. . .  [cries]
17    Q.  Do you feel like you were allowed to tell
18  on Roy?
19   A.  No.  Because I'd be scared I'd get a
20  whupping.
21    Q.  Did you feel like your mom preferred you
22  over Roy or Roy over you?
23   A.  I know she preferred Roy over me.
24    Q.  How do you know that?
25   A.  I -- I mean, it's the way that I got treated.

Page 16

1     Q.  I'm going to take you back to 1980, in
2  June.  Was there ever a time you saw something
3  odd while leaving for school on a summer school
4  bus?
5   A.  I was on the school bus.  And when the
6  school bus come around, it came to the far end of
7  the road where we live, and it would go around the
8  trailer park and then go into the last one.  And it
9  picked up two of the big kids, the Beebs
10  [phonetic].  I can't remember their names now, but
11  it was two of them.  They went to summer school.
12   And when we pulled -- the bus pulled in, I
13  seen a mattress was laying up there in front of
14  that trailer, and it had blood all over it.  And then
15  we went down and turned around to come back out,
16  the school bus -- the summer school bus.  And
17  they was bringing the lady out on a stret -- or well,
18  I can't say "lady," I want to say "body" -- out on a
19  stretcher.  And --
20    Q.  I want to ask you about the night before
21  that day.  Do you know where you were, the night
22  before you saw that?
23   A.  I was at my Uncle Junior's.
24    Q.  What were you doing?
25   A.  We were playing hide-and-go-seek, me

GRAHAM 003789

Page 17

1 and Barbara and Connie -- and I can't remember if
2 Nancy was there or not. It was around 11 -- maybe
3 it could have been a little later, I don't know -- but
4 we had snuck a cigarette out of my Uncle Junior's
5 pad. And we went outside to smoke a cigarette,
6 and then was playing hide-and-go-seek.
7 **Q. Did you have a curfew in the summer?**
8 A. Yeah. We were supposed to be in the
9 house by 9:30 or 10.
10 **Q. Did you follow that curfew?**
11 A. Nope.
12 **Q. What would you do instead?**
13 A. We -- I -- we would -- we'd wait on Uncle
14 Junior -- me and Barb and them would wait until
15 Uncle Junior and them go to sleep. But we never
16 really got out too far away from the yard, you
17 know, where we couldn't hear if they was hollering
18 for you, because we knew we was going to get
19 told, our butts was going to get it. But most of the
20 time, we'd stay around there, and we'd just, like,
21 play hide-and-seek or some kind of game.
22 **Q. Were you out -- so were you out past
23 curfew, the night before the woman had been
24 murdered in the trailer park?**
25 A. Yeah. That's the night when we snuck a

Page 18

1 cigarette -- it was a Morris [phonetic] cigarette --
2 out of my Uncle Junior's pad.
3 **Q. While you were playing in
4 hide-and-go-seek, did you hear any strange?**
5 A. Yeah. I was hid between, like, a little --
6 it was, like, a little tree bush. And I heard a lady
7 scream.
8 **Q. Can you describe that scream for me?
9 What type of scream was it?**
10 A. I don't really -- it was -- it was, like -- I
11 don't know, you know, how to describe it. It's
12 weary.
13 **Q. What -- what emotions do you feel when
14 you heard the scream?**
15 A. I don't know. I got scared. I was scared.
16 **Q. I'm going to show you what I'm marked --
17 I'm not marked, but I'll ask to be marked as
18 Defense Exhibit 2 for identification. I'll send it
19 around the back.**
20 **[WHEREUPON, document referred to is marked
21 Defense Exhibit 2 for identification.]**
22 BY MS. STAPLES:
23 **Q. Renee, do you recognize this location?**
24 A. I'm trying to see where I'm at. Yeah. I
25 think.

Page 19

1 **Q. What is this? Do you know what this is?**
2 A. This is the trailer park where we lived --
3 **Q. So --**
4 A. -- in Tiny Town.
5 **Q. And is that how Tiny Town looked when
6 you lived there --**
7 A. Yes.
8 **Q. -- back in 1980?**
9 A. No. Because it had trailers -- more
10 trailers then. Lots of them moved.
11 **Q. Other than the missing trailers, does it
12 match what Tiny Town --**
13 A. Oh, yeah.
14 **Q. -- looked like?**
15 A. Yeah.
16 **Q. I'm going to hand you a pen. I am
17 requesting that, would you please which direction
18 on this road be on the way to Clarksville?**
19 A. Straight down. That way, straight.
20 **Q. And did you -- where did you live in this
21 trailer park?**
22 A. We lived in the second trailer, here.
23 **Q. Will you circle that trailer, please, and --
24 and write "home"?**
25 **Did you ever live anywhere else in the trailer**

Page 20

1 **park or close to it?**
2 A. We lived right here, off right to the left.
3 There was a little white house that used to sit
4 here.
5 **Q. Just write "house."**
6 A. Okay.
7 **Q. When you -- when the woman was killed in
8 Tiny Town, where were you living?**
9 A. Here, in this trailer park.
10 **Q. In the trailer.**
11 A. Uh-huh.
12 **Q. So the night before you found out that the
13 woman in the trailer park had been murdered,
14 whose house were you at?**
15 A. Uncle Junior's.
16 **Q. Will you please circle in pink where your
17 Uncle Junior's trailer was located?**
18 A. Okay. Where is the third -- I'm trying to
19 remember.
20 **Q. And if you're not sure, you can say you
21 think it's one or the other.**
22 A. It's -- I think it's the third one. I don't
23 want to sit here and then -- but I'm pretty sure.
24 **Q. Would you please write "Junior" on that.
25 And how is Junior related to Barbara and**

Page 21

1 Bonnie?
2  A.  It's their father.
3   Q.  Did Barbara and Bonnie live with Junior,
4 at that time?
5  A.  Yes.
6   Q.  When you heard the scream, where did
7 you hear it coming from?
8  A.  I'm -- I'm -- I'm -- I really don't know.  I
9 mean, it was -- it was close to me -- it was real
10 close to me, I mean.  But, you know, I didn't -- I
11 mean, it scared me, because, you know, it's
12 always -- there was always something going on
13 sometimes.  You know, people fighting and arguing
14 and stuff, and -- and I would -- I'd always get
15 scared, because I don't know this one where I
16 been -- the owner and he moved homes so much.
17   Q.  Did you -- so Tiny Town had a lot of
18 activity?  It was -- was a loud place?
19  A.  Yeah.
20   Q.  While you were playing hide-and-go-seek,
21 where did you -- where were you playing?  What
22 was the area that you were playing in, on your
23 map?  If you want to use yellow -- we can use a
24 different color, so I don't get confused.  If you can
25 just circle the general area you guys would play

Page 22

1 in.
2  A.  Right in here.
3   Q.  And did you ever go further down or
4 higher up or anywhere else?
5  A.  Just right in this little area here.
6   Q.  Terrific.  And when you -- okay.  While
7 you were playing hide-and-go-seek that night, you
8 said you were hiding behind a bush, when you
9 were --
10  A.  It was a little bush, like, right in here.
11   Q.  Can you take the blue pen and -- and
12 mark an X on where the bush was, when you heard
13 that.  Where you were.
14  A.  It was right in here.
15   Q.  After you heard the scream, what did you
16 do?
17  A.  I just -- I don't -- I -- I don't know, I
18 just -- it scared me so bad, I just turned my head,
19 like that, to look.  And -- and when I did, I've seen
20 my brother standing, like, like an angle, like, from
21 me, at -- behind the trailer.
22   Q.  How long was it between the scream and
23 you seeing your brother?
24  A.  Probably about, oh, three to four, four,
25 five minutes.  I'm not quite sure.

Page 23

1   Q.  Were you wearing a watch?
2  A.  No.
3   Q.  So your -- your best guess is about
4 four --
5  A.  Yeah.
6   Q.  -- five minutes.  Three, four, five
7 minutes --
8  A.  Yes.
9   Q.  -- I don't want to misspeak.
10  A.  Yes, ma'am.
11   Q.  And when you looked over, where did you
12 see your brother?
13  A.  I seen my brother standing behind the
14 trailer right here.  Right there, right beside the
15 door, you know, like he'd come out the door.
16 It's -- he stood right now.
17   Q.  Did you physically see him walk out the
18 door?
19  A.  I didn't physically see him walk out the
20 door --
21   Q.  Did you get --
22  A.  -- but the impression I got -- he had came
23 out that door.  That's my impression.
24   Q.  Where did he go after he had -- he came
25 from the door?

Page 24

1  A.  He came to -- like, towards us, and right
2 through here.  I'd seen him under the light, and I
3 said -- I thought, well, what is he doing?  And
4 when he got closer to me, I said, "Bud, what are
5 you doing?"  I said -- he said, "Shhh," like that.
6   Q.  Did you get a good look at him?
7  A.  Yeah.
8   Q.  What -- did you see his face?
9  A.  Yeah.
10   Q.  What did his face look like?
11  A.  It was just -- I don't know, he was just --
12 you know how you look in someone's eyes, but
13 where this -- this look in his eyes was so dark, and
14 he was, I don't know, in another world.  It was --
15 he -- he scared -- he actually scared -- and that's
16 my brother.  [cries]
17   Q.  Did you see his clothing, like what he was
18 wearing?
19  A.  That white shirt, and it had, like, red
20 stuff all over it -- I'm assuming blood, you know.
21   Q.  Did you see his pants?
22  A.  His jeans.
23   Q.  Anything unusual about the jeans?
24  A.  Not -- really didn't -- I missed it -- I
25 missed it.  [cries]

GRAHAM 003791

Page 25

1  Q.  What did -- where did -- what happened
2  after he said, "Shhh"?
3  A.  He took off across the road.
4  Q.  Will you take the blue pen and draw a
5  path of where you saw your brother going?
6  A.  He went, like, this way, and somewhere in
7  this area, up in that.  I -- I'm not -- which -- for
8  sure which trailer he went behind, but he went
9  down like that and came out and went down that
10  way.
11  Q.  And where your line stopped, is -- do you
12  know anywhere where he went after that or --
13  A.  I don't --
14  Q.  -- did you lose sight of him?
15  A.  -- honest, I don't know where he went.
16  Q.  If you could do me a favor and just sort of
17  draw in that line a little bit.  It's a little bit hard
18  for me to read, and I want to make sure that we
19  keep a good copy of that.
20  Was your brother carrying anything?
21  A.  He had a -- like, a bag in his hand -- like,
22  a little duffel bag.
23  Q.  I'm going to go ahead and leave this up
24  here, in case we have any more questions on the
25  map.  After you saw your brother, where did you

Page 26

1  go?
2  A.  We -- me and Barbara and them, we went
3  back in the house.
4  Q.  Whose house?
5  A.  Uncle Junior.
6  Q.  Well, when you got to the house, was
7  anyone in there?
8  A.  Uncle Junior and -- I can't -- I can't
9  recall if I told Uncle Junior or not.  I can't
10  remember.  I --
11  Q.  And that -- and Renee, if you can't
12  remember the answer to a question, "I don't
13  remember."
14  A.  -- I really can't.  I've got so much on my
15  mind.  My daddy died three days ago.  I'm doing
16  my best.
17  Q.  And Renee, to the best of your memory,
18  was anybody else up in that trailer?
19  A.  Not that I know of.
20  Q.  How long did you stay?
21  A.  Probably an hour, and then I went home.
22  Q.  Was anybody up, when you got home?
23  A.  I can't recall if Momma was up or not.  I
24  think she was.  I -- I -- I don't want to say for
25  sure, and say something that's not honest.  But

Page 27

1  when I went home and went to my room, probably
2  about 45 minutes after that, I heard a door open.
3  So I get up out of the bed, and I go to the kitchen
4  to see who it is.  It's my brother.
5  And I asked him what he's doing.  He told me
6  it wasn't none of my damn business.  Shut up and
7  go back in my room.  I asked him -- I said, "What
8  happened to your hand?" because he looked like a
9  cut or something on his hand.  And he told me --
10  he said, "I done told you to shut your damn mouth
11  and get back in your room.  I ain't going to tell you
12  again."
13  And he said, "I'd just like a shower."  He said,
14  "And shut your door."  And so I said, "You know
15  you're going to get in trouble, how you ain't
16  supposed to be in the shower at this time of
17  night."  And he said, "I said, shut your door."  It
18  was just -- I don't know -- a weary, weary, weary
19  voice.
20  Q.  Can you tell me about the cut that you
21  just told me about -- us about, on his hand?  What
22  did it look like?
23  A.  It -- I don't know if it was a cut, a
24  scratch.  I don't really know.
25  Q.  Was it bleeding?

Page 28

1  A.  It was -- yeah.  It was, like, a little
2  blood.  But. . .
3  Q.  Do you remember his clothing, when you
4  saw him when you were back in your trailer?
5  A.  I can't remember if he had his shirt.  I
6  can't -- I don't -- I don't think he had his shirt on,
7  when he come in the house.  I can't remember.  I
8  can't remember.
9  Q.  Did you ever tell the police what you saw
10  that night?
11  A.  Nobody never asked me nothing.  I never
12  thought of nothing.  I never dreamed my brother
13  would be doing anything like that.  I was a kid, you
14  know.
15  Q.  Later, your brother was arrested.  Do you
16  remember that happening?
17  A.  Yup.
18  Q.  And did you know why he had been
19  arrested?
20  A.  Not until about probably, I want to say, a
21  month after he was arrested.  Because they never
22  told us kids anything, really.  I mean, Momma kept
23  everything from me.
24  Q.  Did you eventually learn the charge that
25  he had?

GRAHAM 003792

Page 29

1   A.  I did, and I thought it was from the lady
2  in the trailer park, but come to find it was from
3  another lady.
4      Q.  And by "the lady in the trailer park," you
5  mean the one that you saw --
6   A.  Yes.
7      Q.  -- with the trailer --
8   A.  Yes.
9      Q.  -- the night -- the one you saw coming out
10  of the trailer the night --
11   A.  Yes.  It --
12      Q.  -- after hearing -- the day after hearing
13  the screams?
14   A.  I actually thought it was for that -- that
15  lady.  That it was the reason he went to jail.  And I
16  don't know what -- like I said, I was a kid.  I
17  don't --
18      Q.  Do you know if you ever told your mom
19  about what you saw?
20   A.  I can't remember.
21      Q.  Do you know if you ever told your --
22  anybody else about what you saw?
23   A.  I think I -- let me think.  Uncle Junior,
24  and he said something about it didn't surprise him
25  at all, about Roy Wayne.

Page 30

1      Q.  And you're doing your best to remember.
2   A.  I -- I am.  I'm doing everything I can.
3  That's right.  I swear I am.  [cries]
4      Q.  Did you eventually tell anybody about
5  what you saw?
6   A.  I never thought nothing else about it.  I
7  mean, nothing was never said to me, and so -- I
8  mean, you know, it's my brother.  I never dreamed
9  my brother would kill nobody.  So -- and now, they
10  said he killed another woman.  [cries]
11      Q.  I'm going to talk to you a little about that.
12  About a year ago, did a woman come and speak to
13  you about this case?
14   A.  Yeah.
15      Q.  Do you know what her name is?
16   A.  Ms. Lisa.
17      Q.  And where did -- where did Ms. Lisa
18  speak to you?
19   A.  She come home with my Uncle Danny.
20      Q.  She came with your Uncle Danny?
21   A.  Uh-huh.
22      Q.  And where did they go to?  Where did
23  they go to, when they were speaking to you?
24  Where did you speak you at?  Where were you --
25   A.  Out --

Page 31

1      Q.  -- where were you at?
2   A.  Outside at my daddy's.
3      Q.  At your dad's house.  And was anyone
4  else with them?
5   A.  Huh-uh.  I think it's just Uncle Danny and
6  Lisa.
7      Q.  And when you were speaking with them,
8  did they show you anything?
9   A.  She said that she had some things that
10  she wanted to show me.  She said that Uncle
11  Danny had told her that -- that we used to live in
12  that trailer park.  And she asked me if I knew that
13  lady.  And I told her, "No.  I didn't."  And I didn't
14  know, you know.  And she said, "Well, I have some
15  pictures and things that I'd like to show you."  She
16  said, "My friend" -- she said, "We're trying to help
17  my friend," she said, "Norm."
18  And she said, "He's innocent."  She said, "I
19  know he's innocent."  And she said, "Is there
20  anything that you can remember, anything that
21  night?  Or did you ever see anything out of the
22  ordinary or" -- she said, "If you -- please, if you
23  know anything, please help us."
24      Q.  Did you tell --
25   A.  And that's the first that I had even heard

Page 32

1  about it.
2      Q.  Did you know that somebody had been
3  con -- sent to prison for Kaye's death?
4   A.  I didn't.  I didn't even know her name.
5      Q.  Had you ever even heard the name
6  "Norman Graham"?
7   A.  No.
8      Q.  Do you know Norman Graham?
9   A.  Just from coming to court.
10      Q.  Did meeting with Lisa -- did you tell Lisa
11  what you saw?
12   A.  I believe so -- I did.  But I just told her,
13  when we was out playing hide-and-go-seek, I seen
14  bud coming from there, and -- and pretty much
15  what I told you.  And you know, about my mom
16  always picked my brother over me -- oh, at all
17  times.  [cries]
18      Q.  You just said you saw "bud" coming from
19  there.  Is -- is "bud" what you call Roy Wayne?
20   A.  Yeah.  You know, I used to look up to
21  him.  He was my rock, and I know. . .  [cries] I'm
22  sorry.
23      Q.  No.  Renee, take your time.
24   A.  I'm so. . .  I'm sorry.
25      Q.  Renee, do you need some water?

GRAHAM 003793

Page 33

1  A.  Please.
2     MS. STAPLES:  Your Honor, is it okay if I
3  take her some water?
4     JUDGE EASTON:  Sure.
5     MS. STAPLES:  It's a little bit large, the
6  size of the bottle.  If you need, you can take that
7  from me.
8     THE WITNESS:  I'm sorry.  I'm sorry,
9  Judge.  I apologize.
10 BY MS. STAPLES:
11    Q.  Renee, did Lisa showing you those -- the
12 papers she showed you, did that make you change
13 your -- what you saw?
14    A.  No.  It --
15    Q.  Did Lisa te -- saying that she thought her
16 friend was innocent, does that make you change
17 what you saw?
18    A.  I told Li -- like I told Lisa, nothing could
19 change my mind, what I saw.  You know, all I can
20 remember -- what I can remember, but if someone
21 is -- if this man is sitting in a penitentiary with no
22 cause, for no reason, and if my brother done this,
23 he should pay.
24    Q.  Your brother?
25    A.  Yes.  That's how I feel.

Page 34

1    Q.  Do you want to be here today?
2    A.  I don't, but I want to do the right thing.
3    Q.  And how many times did you meet with
4  Lisa?
5    A.  Couple -- just a couple times.
6    Q.  And during those times that you met with
7  her, did she ever buy anything for you and your
8  family?
9    A.  She -- you know, she helped my dad with
10 some groceries.  You know, I didn't see no harm in
11 that.  She asked my dad, because she knew my dad
12 was real sick and having a hard time, and she, you
13 know -- she wasn't trying to bribe nobody.
14    Q.  And -- and we'll just go back.  So she
15 bought some groceries for you.
16    A.  Yup.
17    Q.  And was that for you or for your dad?
18    A.  For my dad.
19    Q.  Did you --
20    A.  Well -- well, for all of us, really.
21    Q.  Was there any food in your house when
22 she offered that?
23    A.  Yeah.  We had a little bit, but you know --
24    Q.  And --
25    A.  -- she was just trying to help Dad.

Page 35

1    Q.  And who -- who asked her to buy those
2  groceries?
3    A.  No one.  She -- you know, she just
4  offered.  She asked Dad if he needed anything.
5  Then he said, "Well, I need some coffee, this and
6  that."  And she said, "Well, mister, oh, I don't
7  mind helping you."
8    Q.  Did you -- did anybody else ever offer you
9  anything in that time period?
10    A.  Well, yeah.  Uncle Danny offered to help
11 us, and, you know. . .
12    Q.  You said -- you said "Uncle Danny offered
13 to help us."
14    A.  Yeah.
15    Q.  Who's Uncle -- tell me about Uncle
16 Danny.  How is he related to you?
17    A.  He -- through my daddy.  My daddy's side
18 of the family.
19    Q.  How long has Uncle Danny been in your
20 life?
21    A.  A long time.
22    Q.  When you were a kid, did you -- were you
23 around Uncle Danny?
24    A.  Yeah.  He used to bring us bags of candy
25 all the time.

Page 36

1    Q.  Well, how else did you know Uncle
2  Danny?  How was he around?
3    A.  We used to go to his house, me and
4  Dolores and all of us.  We'd play and -- and
5  when -- I used to spend weekends with them,
6  when -- when he lived up on the big farm we'd go
7  through right there.
8    Q.  Did Uncle Danny work with anyone in your
9  family?
10    A.  Yeah, my daddy.  And I believe bu -- I
11 believe Roy Wayne worked with Uncle Danny too.
12 I'm not for sure, but I think he did.
13    Q.  Had Uncle Danny helped your family out
14 in the past?
15    A.  Well, yup.  Yeah.  That's family.
16    Q.  Was it common for your family just to
17 help each other?
18    A.  Yeah.  I mean, we always -- you know, if
19 one needs help, we always try to help -- help
20 them.
21    Q.  Did Uncle Danny end up helping you out?
22 At this time, did Uncle Danny end up helping you
23 out?
24    A.  No.  He offered -- he offered me a car,
25 because I had got me a good job, and I lost it

GRAHAM 003794

Page 37

1 because the vehicle we had was an old car. And it
2 wasn't nothing undecent. I said -- I said, "Uncle
3 Danny, I said -- because I know Uncle Danny
4 always keeps cars. I said, "You wouldn't happen
5 to have an old car there that you want to get rid
6 of; do you?" He said, "What do you need it for?" I
7 said, "Get back and forth to work." And he said,
8 "You know, matter of fact, he said I still got
9 Momma's car" -- which is his mother -- and he
10 said, "It's just sitting there, rotting down, Renee.
11 He said and I've got to get some wheels --
12 tires put on it." He said, "and you -- and you can
13 have it, baby." I said, "Well, thank you, Uncle
14 Danny." I said, "You know, I get to working, and
15 I'll pay you for it." And he said, "No. It's just
16 sitting there, just going down anyway. You might
17 as well get some use out of it. You are family."
18 And I said, "Well, I appreciate that." But I never
19 did get it.
20   Q.  So it was going to be an old car --
21   A.  Yeah.
22   Q.  -- to give you.
23   A.  Yeah. It was just something to get back
24 and forth to work in.
25   Q.  So you said Uncle Danny always had cars

Page 38

1 around?
2   A.  Always. Motorcycles, cars, you name it,
3 Uncle Danny had it.
4   Q.  Did he fix up cars?
5   A.  Yeah.
6   Q.  Did you feel like Uncle Danny was trying
7 to get you to lie?
8   A.  No. No.
9   Q.  Did you change anything you were saying,
10 based on Uncle Danny offering to help you out?
11   A.  No. Absolutely not. No.
12   Q.  At any point, did you meet with an
13 investigator for the Kentucky Innocence Project?
14   A.  There was two people that came to my
15 house.
16   Q.  Do you remember meet -- meeting a
17 Jimmer Dudley?
18   A.  Mr. Jimmer, yes.
19   Q.  Could you tell me about the first time you
20 met Jimmer?
21   A.  He was a really nice fellow.
22   Q.  Were you alone or were other people
23 there?
24   A.  Ms. Lisa was there.
25   Q.  And Renee, tell me where everyone was

Page 39

1 sitting.
2   A.  I can't remember.
3   Q.  Were you in a car, in a house, at a park?
4   A.  I think it was at the -- no. I -- I know
5 where we met. We met right down, I bet, here in
6 Elkton. It's a church.
7   Q.  And --
8   A.  Yes. It was here in Elkton, because I
9 remember going to this little library down here,
10 when he had to pl -- plug in his little machine to
11 pull his paperwork up.
12   Q.  And did you tell Mr. -- Mr. Du -- Mr.
13 Dudley what you saw?
14   A.  I did.
15   Q.  And what you saw back in -- when the
16 woman was killed in the trailer park?
17   A.  Yes, ma'am.
18   Q.  Did you feel pressured --
19   A.  No. I didn't.
20   Q.  -- to tell him?
21   A.  It was like I was told Mr. Jimmer. I want
22 to do the right thing, you know. If this man is
23 innocent, he shouldn't paying some pri -- price for
24 someone else's behaviors. And that's the truth.
25   Q.  If -- at any point leading up to this

Page 40

1 hearing, have you felt like anybody that you met
2 with had been pressuring you to not tell the truth?
3   A.  No.
4   Q.  At any point leading up to this hearing,
5 do you feel like anybody bribed you?
6   A.  Absolutely not. It would be wrong for
7 someone to even be -- think like that. Really, in
8 my heart, it would be.
9   Q.  At any point, did the police -- do you
10 remember the police coming to speak to you?
11   A.  Yeah.
12   Q.  Where were you when they came to speak
13 with you?
14   A.  At my daddy's.
15   Q.  Do you remember the name of the -- the
16 police that came to speak with you?
17   A.  No. I don't.
18   Q.  Were they detectives or police officers?
19   A.  I don't know if they're detectives, police
20 officers. I don't really know.
21   Q.  Do you remember what they were
22 wearing?
23   A.  I don't. I tell you, it's -- it's hard for me
24 to remember. I been beat in my head so much that
25 I can't remember a lot of -- a lot.

GRAHAM 003795

Page 41

1  Q.  Let me ask a little bit about that.  You
2  said you've been beat in your head a lot.  When
3  did that happen?
4  A.  When I was with the kids that stayed with
5  us, we did for nineteen years, and he used to beat
6  on me.  He'd beat me in my head and stuff, and my
7  momma wouldn't know --
8  Q.  How long ago --
9  A.  -- but I tried to do the right thing to keep
10  my family together.  [cries] And it seems like every
11  time I try doing that, at the end, I feel like a piece
12  of trash or dirt you walk on.
13  Q.  You did get over from him?
14  A.  I did.
15  Q.  And how long have you guys been
16  separated?
17  A.  God, probably ten years.
18  Q.  When those -- when those men were in
19  your house -- let me go back.  Where did they go
20  to speak with you?
21  A.  My dad's.
22  Q.  At your dad's.  And your dad, what --
23  what type of home did your dad have?
24  A.  A trailer.
25  Q.  How did you feel, when they were in your

Page 42

1  house?
2  A.  To be honest, I felt very uncomfortable.  I
3  didn't know them.  I mean, I'm not talking about
4  them or nothing, but I just -- you know, it wasn't
5  comfortable.
6  Q.  I just -- I'm so sorry, I missed that last
7  part.
8  A.  I didn't feel comfortable.
9  Q.  Comfortable.  Why didn't you feel
10  comfortable?
11  A.  Because I didn't know who they were.
12  It -- it was just the way they kept looking at me,
13  like I'm sitting there trying to tell you something,
14  and then I'm trying to do the best I can, and I'm
15  trying to remember the best that I can.  And I'm all
16  like -- like, I'm not slow, you know.  I can't take
17  when somebody's staring at me, you know, just
18  constantly looking at me.  I'm not stupid, you
19  know, and I just felt uncomfortable.
20  Q.  You keep talking -- you mentioned a
21  couple times now the stare.  What do you mean by,
22  they just kept staring at you?
23  A.  You know, they just kept, like, looking at
24  me.  You know, just like -- I don't know what kind
25  of -- you want to call it, like I was lying or

Page 43

1  something.
2  Q.  You didn't -- did you feel --
3  A.  They -- they -- me and your brother -- and
4  I'm not trying to defend my brother.  If I was, I
5  wouldn't be sitting here, giving this testimony.
6  This stuff is true.  And I want the right thing done.
7  Q.  Did you feel nervous when they were
8  there?
9  A.  Yeah.  I did.
10  Q.  Renee, if I handed you a calendar and
11  asked you for the exact date on the calendar that
12  Kaye was murdered, would you be able to give me
13  that exact date?
14  A.  No.
15  Q.  Do you remember the day you learned she
16  died?
17  A.  I don't remember.
18  Q.  Not the exact date --
19  A.  No.
20  Q.  -- but do you remember that day?
21  A.  I -- I remember that -- hearing about it
22  the next day.
23  Q.  And do you remember the night before,
24  when you -- do you remember hearing the scream?
25  A.  I do remember.

Page 44

1  Q.  And was that the night before?
2  A.  Yeah.  Yes.
3  Q.  And I want to -- I know you want to do the
4  right thing, but I want to be real with you for a
5  second.  If your momma was sitting next to you
6  right now, would you have a harder time talking
7  about this?
8  A.  Well, yeah.  I would.
9  Q.  Why is that?
10  A.  [cries] Because I love my momma.  And I
11  wouldn't want to hurt her or nothing.  And it would
12  hurt her to pieces, knowing that I testified against
13  my brother.
14  Q.  How does the fact that your momma's
15  passed change your ability to speak about this?
16  A.  Really not a lot.  It's just easier, knowing
17  that she's not there looking -- looking at me.  I
18  don't know how to explain.
19  Q.  And I want to be real hon -- real straight
20  with you right now also.  If your brother was
21  sitting right next to you, would you have -- be
22  able -- would it be this -- would you be able to talk
23  about it like this?
24  A.  To be honest, no.
25  Q.  Why not?

GRAHAM 003796

Page 45

1  A.  It's my brother.
2  Q.  Does the fact that your brother has a
3  "serve out" on a life sentence make it easier to
4  talk?
5  A.  Yeah.  It does.
6  Q.  How so?
7  A.  I feel a little bit more safe.  I'm just
8  scared that if he'd find out, what he might do.
9  [cries] Oh God, I just. . .
10  Q.  Re -- Renee, you told me earlier you were
11  born in 19- --
12  A.  -67.
13  Q.  -67, so you would have been 13 in 1980.
14  If you were 13 years old, do you think it would be
15  as easy to talk -- would you be able to talk about
16  this?
17  A.  I don't know.  Honestly, I don't.  I guess
18  that I never thought no more about it, you know.
19  Q.  One second, Renee.  Thanks, Renee,
20  that's all the questions I have.
21      JUDGE EASTON:  All right.
22      MS. STAPLES:  We would like to have
23  this -- we would move to admit this as Defense
24  Exhibit, I believe we're on, 2.
25      JUDGE EASTON:  Up to 2.

Page 46

1      MS. GUILING:  Without objection.
2      JUDGE EASTON:  Okay.  Without
3  objection, that'll be Exhibit 2.
4  [WHEREUPON, document referred to is marked
5  Defense Exhibit 2 for identification.]
6      JUDGE EASTON:  Commonwealth, your
7  cross-examination.
8  EXAMINATION
9  BY MS. GUILING:
10  Q.  Good morning, Ms. Dean.
11  A.  Good morning.  [cries]
12  Q.  I'm sorry for the loss of your father.
13  A.  Thank you.
14  Q.  I know this is going to be a difficult time
15  to have to sit here and do this, but I need to try to
16  clear up some things with you; okay?
17  A.  Okay.
18  Q.  Now, how did you find out that your
19  brother Roy Wayne Dean had received a "serve
20  out"?
21  A.  About the -- the detective, when they --
22  Mr. Jimmer was -- told me that he had a "serve
23  out."
24  Q.  You're talking about Jimmer?
25  A.  Yes, ma'am.

Page 47

1  Q.  And so that was last summer -- last
2  spring.
3  A.  Yes, ma'am.
4  Q.  And so that was the first time you met.
5  A.  Yes.  There out about.
6  Q.  Where had you thought your brother had
7  been, all these years?
8  A.  I knew that -- that he had been in the
9  pen --
10  Q.  M-hm.
11  A.  -- but I thought -- when he first went, I
12  thought it was because of the lady in -- that they
13  killed in the trailer park.  That's what I really
14  thought.
15  Q.  M-hm.
16  A.  And -- and I come to find out, well it's
17  like -- like I said, it was like a month later before
18  my mom knew about him.  Because, you know, I
19  kept asking questions.  "Where's my brother?
20  Where's my brother?", you know.  And momma
21  finally broke down and told me that he was in a
22  penitentiary for being tried on a murder case.
23  Q.  Now you say, about a month later.  A
24  month after what?
25  A.  After he -- it was, like, when we moved in

Page 48

1  the trailer park, I thought maybe he, you know --
2  because it wasn't unusual for Roy Wayne to leave,
3  just up and go somewhere, you know, and stay
4  gone.
5  Q.  Uh-huh.
6  A.  But he -- you know, time kept going
7  on.  It was like a month, I -- I'm just guessing at
8  it.
9  Q.  A month --
10  A.  Could have been a little bit less than
11  that.
12  Q.  A month after what?
13  A.  After my brother wasn't home.
14  Q.  Okay.  What -- what year was that?
15  A.  I don't know.  I don't remember.
16  Q.  What. . .
17  A.  And I don't remember.  Honestly, I don't.
18  But my mom had advised me he was in the
19  penitentiary on a murder trial on -- on a -- a -- a
20  lady named -- can't even think the lady's name
21  now.  Anyway, my brother was -- my momma
22  advised us that he was in the pen, and he was
23  innocent, and that he didn't do it, and that he
24  would be home, and -- but I never seen him.
25  Q.  Okay.  Did -- have you since learned that

GRAHAM 003797

Page 49

1 he was serving time for the murder of Brenda
2 Church?
3 A. I -- I finally learned that, yeah.
4 Q. And do you know when Brenda Church was
5 murdered?
6 A. No, ma'am. I don't remember.
7 Q. Do you know when -- when your brother
8 was convicted of that murder?
9 A. No, ma'am. I don't. Honest to God, I
10 don't.
11 Q. So Bren -- if Brenda Church -- if evidence
12 shows that she was murdered in Todd County
13 in 1984 -- were you still living in that trailer
14 in 1984?
15 A. I can't remember. I'm being st -- honest
16 with you. I don't remember.
17 MS. GUILING: May I approach the
18 witness, Your Honor?
19 JUDGE EASTON: M-hm.
20 BY MS. GUILING:
21 Q. Do you recognize this document?
22 MS. STAPLES: Your Honor, may we --
23 may we see this?
24 Q. This is the affidavit that -- her first
25 affidavit that you provided to us.

Page 50

1 MS. STAPLES: Thank you.
2 A. Yeah.
3 BY MS. GUILING:
4 Q. You do? And -- and tell us who you gave
5 that statement to.
6 A. Mr. -- I think this was Jimmer I gave that
7 to. I can't remember.
8 MS. GUILING: This is the one. May I
9 approach the witness again?
10 JUDGE EASTON: [no audible response]
11 BY MS. GUILING:
12 Q. Ms. Dean, do you recognize that
13 document?
14 A. Yes.
15 Q. And what is that?
16 A. What do you mean?
17 Q. What is the document you're looking at?
18 What is it?
19 A. I'm not understanding what you're saying.
20 Q. Okay. Well, this is actually the statement
21 that you gave to Jimmer. You see his signature
22 there.
23 A. Okay. I don't know it was by James.
24 Q. Okay. Did you give two statements to
25 investigators?

Page 51

1 A. I be -- believe I did.
2 Q. Okay. Who did you give the first
3 document that I showed you? Who did you give
4 that statement to? Who actually wrote that down
5 that and typed it up?
6 A. Mr. Jimmer typed this up.
7 Q. Okay. Now, I'm talking about the first
8 one, the one dated May 23rd, 2016.
9 A. I don't know who -- who done that one.
10 Q. Do you know who James M. Turner is?
11 A. No.
12 Q. Now, Lisa Potter testified -- do you
13 know -- you know Lisa Potter. She testified earlier
14 that the first --
15 MS. STAPLES: Objection. Your Honor,
16 she's asking _____ for answers, but she
17 _____ the basis was. I don't know if it's
18 appropriate to inform her of the testimony of other
19 witnesses. We have separation of witnesses.
20 JUDGE EASTON: Your response?
21 MS. GUILING: Your Honor, I'm -- I'm
22 trying to refresh Ms. Dean's recollection of some
23 events.
24 JUDGE EASTON: Overruled. Go ahead.
25 BY MS. GUILING:

Page 52

1 Q. Lisa Potter told us that she wrote down
2 your statement about the events of -- of the night
3 that Kaye Williams was murdered, and that she
4 typed it up, and that you-all went to a car lot --
5 A. That was not a car lot. It was a -- oh, we
6 did go to a car lot to get something notarized.
7 Q. Okay. You did go to a car lot to get
8 something notarized. And do you recall giving
9 Lisa Potter a statement about --
10 A. The night --
11 Q. -- what had occurred that night, before
12 you gave the statement to Jimmer?
13 A. I had told Lisa, yeah, what happened.
14 You know, that we loved playing hide-and-go-seek
15 and, you know --
16 Q. Okay.
17 A. But as far as -- I don't remember saying I
18 seen my brother run out no back door. I don't
19 remember that.
20 Q. You don't --
21 A. I remember seeing my brother sitting
22 right there -- standing right there beside the back
23 door. I've said this a hundred times, beside the
24 back door.
25 Q. So -- so you don't remember the

GRAHAM 003798

---

Page 53

1 statement in the May 23rd affidavit that you saw
2 him run out the back door.
3    A.   I don't remember saying that.  I -- I might
4 have, at the time, because I was upset.  But I
5 don't remember saying it.
6    Q.   Well, do you remember when you talked
7 to Jimmer on May 27th, saying, "I saw my brother
8 Roy Wayne Dean running out of the back door."
9    A.   I might have said it.  I might have.  I'm
10 not going to say I didn't, but I don't remember
11 calling it that.
12    Q.   Was that a true statement?  Did you see
13 your brother running out of the back door?
14    A.   No.  I seen my brother standing beside
15 the back door of the st -- tail -- the one.  Would
16 the -- I mean, common sense -- I mean, he had to
17 come out the back door.  Why are you standing
18 beside it?  That woman's door ain't close.
19 Common sense.
20    Q.   So -- and who -- whose back door was he
21 standing by?
22    A.   I don't know whose trailer it was.  I come
23 to find out it's supposed to be this lady's trailer
24 that got killed.
25    Q.   And when did you find that out?

Page 54

1    A.   When they came and talked to me, Ms.
2 Lisa and them.
3    Q.   So, 36 years later is when you found out
4 whose trailer Roy Wayne --
5    A.   Yeah.  I mean --
6    Q.   -- was standing by.
7    A.   -- you know, when we was kids, we didn't
8 go to people's trailers and stuff.  We -- we stayed
9 with our age, then.  Because you just don't know
10 my -- my mom.
11    Q.   And I -- I'll refer you again to the
12 May 23rd affidavit.  Is that your signature on the --
13    A.   Yes.  It is.
14    Q.   -- affidavit?
15 And you were -- you were present when your
16 signature was notarized?
17    A.   Yes.
18    Q.   And you, at that time, accepted that as
19 your sworn statement?
20    A.   Yeah.  But I don't re -- I don't recall
21 saying I seen my brother running out no back door.
22 I -- I don't remember saying that.
23    Q.   Okay.  Now --
24    A.   I'm trying to tell you the truth, and it's
25 getting to me.  [cries]

Page 55

1    Q.   Now you stated in your -- in your
2 May 23rd affidavit that about or after midnight on
3 June 30th, 1980, playing hide-and-seek.  Now if I
4 understood you today, you testified that you didn't
5 remember the date this happened.
6    A.   I don't remem -- I cannot give nobody no
7 exact date nobody died.  I don't even remember
8 when the woman died.  I don't know what year it is.
9 I keep telling everybody this.  And everybody
10 wants me to do the right thing.  And I'm doing the
11 best that I can.
12    Q.   I would also ask you, you stated in your
13 May 23rd affidavit --
14    A.   God almighty.  [cries]
15    Q.   -- "We moved August 1st, 1980 from the
16 trailer park."  Is that a true statement?
17    A.   I did not say that I moved in no trailer
18 in 1980.  I don't recall -- I don't remember them
19 dates.  I -- I don't when the lady passed away.  I
20 feel for her.  I -- and I'm trying to do the right
21 thing here.  In a way, I wish I'd never even talked
22 to him.  Because I been so --
23    Q.   Would -- would you agree that if your
24 brother Roy Wayne was convicted of a murder that
25 occurred in 1984 and thereafter went to the

Page 56

1 penitentiary, that it could not have been a month
2 after Kaye Williams' murder that you heard he was
3 in the penitentiary?
4    A.   No.  I can't state that.  I can't say it,
5 because I don't -- I'm sorry.
6    Q.   Miss --
7    A.   I'm doing the best that I can.
8    Q.   -- I know you're doing the best you can.
9    MS. GUILING:  Your Honor, the
10 Commonwealth believes that Ms. Dean's May 27th
11 affidavit is already part of the record.  We would
12 ask to introduce the May 23rd, 2016 affidavit into
13 evidence.
14    MS. STAPLES:  No objection.
15    JUDGE EASTON:  Without objection.  I
16 wonder if you can ask the Commonwealth to say
17 that.  Any other questions?
18    MS. GUILING:  Yes.
19 BY MS. GUILING:
20    Q.   Now, Ms. Dean, you -- you stated your
21 long-term fear of your brother, and -- but you
22 didn't try to find out for sure where he was --
23    A.   I was a kid.
24    Q.   -- for all these years?  Well --
25    A.   What was I supposed to do as a child?

GRAHAM 003799

Page 57

1  Q.  From the time you heard he was in a
2  penitentiary --
3  A.  My mom -- he won't know my mom --
4  Q.  -- until -- until --
5  JUDGE EASTON:  Renee, let her -- let
6  her -- let her finish her question; okay?
7  THE WITNESS:  I'm sorry.
8  JUDGE EASTON:  Go ahead and finish it.
9  BY MS. GUILING:
10  Q.  From the time you heard he was in
11  penitentiary until the summer of 2016 -- well, the
12  spring -- May of 2016, did you ever wonder where
13  he was?
14  A.  All the time.
15  Q.  Did you ever try to find out?
16  A.  No.  Because I knew better.
17  Q.  Why did you know better?
18  A.  Because I would have got a beating.  You
19  just don't know.
20  Q.  And -- and -- and -- and when did your
21  mother pass away?
22  A.  A couple years ago.
23  Q.  So about 2015?
24  A.  Somewhere around there.  I can remember
25  the exact date right now.  My daddy just died, and

Page 58

1  it's. . .
2  Q.  So up until 2015, you're saying that your
3  mother would have still beaten you if you had
4  asked where Roy Wayne --
5  A.  I respected my mother.
6  Q.  -- was.  I'm asking you to answer --
7  A.  Yes.  Yes.
8  Q.  -- my question.
9  A.  Yes.
10  Q.  And how old are you, now?
11  A.  50.
12  Q.  Did you ever think to ask anyone besides
13  your mother where Roy Wayne was?
14  A.  No.  Because I respected her.
15  Q.  Did -- you say you were so scared of him
16  that you couldn't tell anybody this, but you -- you
17  didn't try to find out where he was?
18  A.  No.  I didn't.
19  Q.  All right.  Now let's go and let's talk for a
20  few minutes about the night that Kaye Williams
21  was murdered.  Now as I understand your
22  testimony today, you say that it was 11 or maybe
23  later --
24  A.  Yes, ma'am.
25  Q.  -- when you and Barbara and Connie --

Page 59

1  A.  Yes, ma'am.
2  Q.  -- and maybe Nancy --
3  A.  I can't remember if Nancy was there or
4  not.
5  Q.  -- were -- were playing hide-and-seek.
6  What's -- what's -- am I correct about, that's what
7  you told us today?
8  A.  Yes.  Yes, ma'am.
9  Q.  Now, you're really not sure about the
10  time; are you?
11  A.  I'm not.  I'm not.  I'm not.
12  Q.  Because I -- I know that in your
13  deposition, you said you weren't sure if it was
14  before or after midnight, and in your interview with
15  Detective Silfies, you said it was about 11:30, and
16  at another dep -- point in your deposition, you said
17  you saw your brother about 10:30 or 11.
18  A.  I -- I was estimating time.  I wasn't sure
19  what time it was.
20  Q.  Okay.  Now, you've already expressed
21  that even though both your affidavits say that you
22  saw Roy Wayne Dean run out of the back door of
23  Norman Graham's trailer, that you -- you say now
24  that you -- you didn't actually see him walk out the
25  back door.  You saw him standing by the back

Page 60

1  door.
2  A.  By the back door.  I assumed he had
3  come out that back door.  I mean, what else would
4  you be standing beside someone back door for?
5  Really, I mean. . .
6  Q.  Now what did -- when you saw your
7  brother standing beside that back door after you
8  heard the scream, what did your brother do then?
9  A.  He came, like, towards me -- walked
10  towards us, and I seen him under the light, and I
11  said, "That's Roy Wayne."  But I said, "What is he
12  doing?" like that.  And he got closer.  I said,
13  "What are you doing?"  He said, "Shhh."
14  Q.  Did he say anything else?
15  A.  Something about shutting my mouth or
16  something.  I don't know.  I didn't pay much
17  attention to my brother.
18  Q.  Okay.  Now, in -- in -- in your second
19  affidavit, you state that you hollered at him, and
20  he looked at you and motioned and didn't say
21  anything else.
22  A.  And -- and he took off.  I told you where.
23  I mean, he went across the road right there,
24  through them trailers.  And then I guess he came
25  around some of the other trailers down there, but,

GRAHAM 003800

Page 61

1 you know --
2    **Q.  But did he or did he not say anything?**
3    A.  He said, "Shhh," something about
4 shutting my mouth or something, I don't know what
5 he said.  I -- like I said, I didn't pay any attention
6 to him.  And I'm trying to be as honest as I can be
7 with you.
8    **Q.  And what, if anything, did your brother**
9 **have with him when you saw him?**
10    A.  He had a duffel -- like, a bag.  I don't
11 know.  It was about this big, maybe.  That's why it
12 looked like a duffel bag.
13    **Q.  Did he have -- was he packing -- was he**
14 **packing that in one hand?**
15    A.  In his left -- left hand.
16    **Q.  Did he have anything else with him --**
17    A.  Not that I know.
18    **Q.  -- that he was packing?**
19    A.  No.  No.
20    **Q.  And do you remember telling a Detective**
21 **Silfies on March 1st of this year, when -- when the**
22 **two officers came to your house, that you saw Roy**
23 **Wayne put a boot in the dumpster?**
24    A.  I didn't say -- no.  I -- no.  I don't recall
25 that, no.

Page 62

1    **Q.  Because in your deposition --**
2    A.  I don't recall that.
3    **Q.  -- you said that your brother wasn't**
4 **carrying a boot, and you didn't even see him go**
5 **toward a dumpster.**
6    A.  I didn't see my brother -- they -- now,
7 that's correct.  The only thing I -- I seen my
8 brother with was that duffel bag in his left hand.
9    **Q.  Did you see him go toward a dumpster?**
10    A.  I did not see him go towards the
11 dumpster.  Barbara is the one that seen him go
12 towards the dumpster.
13    **Q.  Now you -- were you and Barbara and**
14 **Connie all together --**
15    A.  Yes.
16    **Q.  -- when you saw your brother?**
17    A.  Yes.
18    **Q.  Now --**
19       MS. STAPLES:  Your Honor, if I may
20 approach, we've actually dealt with this one in a
21 deposition, and we have comment for to correct it
22 once, and certain testimony was never given.  It
23 could have been -- I don't want to speak in front of
24 Ms. Dean.
25       JUDGE EASTON:  No.  I'm -- I'm --

Page 63

1 overruled.  Continue with your questions.
2 BY MS. GUILING:
3    **Q.  All right.  After you saw your brother, you**
4 **don't know where he went --**
5    A.  I don't.
6    **Q.  -- at that time.**
7    A.  Honestly, I don't.
8    **Q.  Okay.**
9    A.  All I know is he went across the road,
10 between the trailers, and I guess come out around
11 some of the other trailers.  And I'm being as
12 honest as I can with you, and I'm trying to help
13 you-all out.  It's all I can.
14    **Q.  Okay.  So where did you go?**
15    A.  We went back into Uncle Junior's.
16    **Q.  And that was where Barbara and Connie**
17 **lived?**
18    A.  Yes, ma'am.
19    **Q.  And so all three of you went in, after you**
20 **saw Roy Wayne.**
21    A.  Yes, ma'am.
22    **Q.  As -- as soon as that happened, did you**
23 **go in --**
24    A.  It was just, like --
25    **Q.  -- or did you stay out playing a while**

Page 64

1 **longer?**
2    A.  -- it was, like -- no.  It was, like, two --
3 two or three minutes.  Because Barbara was
4 always the nosy one, and so she walks to the edge
5 of the road to see where he went, and she's
6 setting on down toward the dumpster.
7    **Q.  She told you that the time --**
8    A.  And she's -- I said, "Where'd Roy Wayne
9 go?"  And I said, "Did you see bud?"  And she
10 said, "He's going down that way toward the
11 dumpster."  As far as I seen, now, I was scared.
12    **Q.  Did Barbara say anything to you at that**
13 **time, that -- about your brother packing a boot?**
14    A.  Hm-m.  No, ma'am.
15    **Q.  All right.  So when you went inside,**
16 **Barbara's home -- Uncle's Junior's, was anybody**
17 **else there?**
18    A.  I recall Uncle Junior there -- and I
19 believe Aunt Betty was in bed.
20    **Q.  So Barbara's parents were there, and**
21 **Betty -- Barbara's mother --**
22    A.  M-hm.
23    **Q.  -- was in the bed.  Do you remember**
24 **where your Uncle Junior was?**
25    A.  He always sat in the kitchen at the eating

Page 65

1  table.
2  **Q.  Do you know if while -- now, had you**
3  **planned on spending the night with Barbara and**
4  **Connie?**
5  A.  I had planned on spending the night,
6  but -- I don't know, I just got scared, and -- I was
7  scared I was going to get in trouble, because
8  somebody -- Roy Wayne would probably come home
9  before I did and tell Momma I was out, and I'd get
10  another whupping for that.
11  **Q.  Because you were out --**
12  A.  Yes.
13  **Q.  -- playing after curfew.**
14  A.  Yes.
15  **Q.  And when you -- when you went into your**
16  **Uncle Junior's, did you tell Uncle Junior or Aunt**
17  **Betty what you had just seen?**
18  A.  I tell you, I -- I -- I'm -- I'm not quite
19  sure.  I remember saying something and hearing
20  about, you know, what we heard and saying, "Roy
21  Wayne, you see, that don't surprise me" or
22  something.  It was in that -- similar, in that line,
23  but I'm being, you know, trying to be honest as I
24  can with you.
25  **Q.  Now -- now again, in your deposition, you**

Page 66

1  **stated that you never told your Uncle Junior or**
2  **your mother about what you saw that night.  But in**
3  **your affidavit, you say that you tried to tell your**
4  **mother that night.  So did you try to tell your**
5  **mother that night and just couldn't?**
6  A.  I couldn't.  Because I knew what would
7  happen, and I didn't want to get another whupping.
8  I was just getting over one good beating.
9  **Q.  How long -- how long did you stay at**
10  **Uncle Junior's after you went in, as far as you --**
11  A.  About an hour.
12  **Q.  About an hour?**
13  A.  45 minutes to an hour.
14  **Q.  45 minutes to an hour.**
15  A.  Yes, ma'am.
16  **Q.  And then where did you go?**
17  A.  I went -- I took my butt home.  I cut
18  across there and I went to the house.  But when I
19  went in, there wasn't no one up, and I went on to
20  my room.  And like I said, it was, like, 45 minutes
21  later, Roy Wayne come in the house, and I got up,
22  and I walked from back in the room to -- to the
23  kitchen, and I asked him -- now I -- what's I -- I --
24  I asked him where he'd been or something.  I can't
25  remember now.

Page 67

1  My -- but anyway, he had that cut on his hand,
2  or a scratch or something, and I asked him what
3  happened.  And he said, "It ain't none of your
4  damn business.  You should get back in your
5  room."  I said, "You know you're going to get in
6  trouble, taking a shower this late at night."  He
7  said, "I said, get in your damn room."  But the way
8  he said it, and the way he looked at me, it just
9  weren't right.  But I mean, he blacked out a lot,
10  you know.  There's a lot of times he did things to
11  me and swear to God and heaven he didn't do
12  them.
13  **Q.  Your -- your brother had had a serious**
14  **head injury.**
15  A.  Yes, ma'am.  His -- his head got split
16  from here up and --
17  **Q.  And about how old was he, when that**
18  **happened?**
19  A.  I can't remember.  He was young.  Real
20  young.
21  **Q.  But isn't it fair to say that your brother**
22  **was kind of slow, before that happened?**
23  A.  What do you mean?
24  **Q.  He was -- I hate to sound derogatory**
25  **here, but your -- your brother has -- has a rather**

Page 68

1  **low IQ.  Were you -- were you aware of that?**
2  A.  No.  I wasn't.  I know he was --
3  **Q.  Were -- were you aware that he had**
4  **difficulties in school?**
5  A.  Yeah.  I knew that.  I knew he was in
6  special ed in school, slow learning.
7  **Q.  Right.  Now again, when -- in your**
8  **affidavit --**
9  A.  Up.
10  **Q.  -- you said that when you went home, you**
11  **told your mother and you got a whupping, and then**
12  **you went back to Barbara's trailer; is that correct?**
13  A.  Not that same day.  The next day, I went
14  back to Barbara's trailer.
15  **Q.  Did you -- did you get a whupping when**
16  **you went home that night?**
17  A.  Not that night, when Barbara came home,
18  no.
19  **Q.  Okay.**
20  A.  The next day, when I was -- I was trying
21  to tell her that he was -- he came and took a
22  shower.  Because I wasn't going to get in trouble
23  for him going in there and messing up the
24  bathroom, because he also used five, six towels,
25  and then I would get the blame for it.

GRAHAM 003802

Page 69

1    Q.  Well, again, in your deposition, you said
2   that you got a whupping that night for telling on
3   your brother for pushing you out of the swing.
4   Was --
5    A.  Yeah.
6    Q.  -- that correct?
7    A.  Yes.
8    Q.  Okay.  So you did get a whupping that
9   night.
10   A.  Well, no -- not that -- not -- not the night
11  that -- I mean, that -- earlier that day, it was in
12  the evening time when I got that whupping --
13   Q.  Okay.
14   A.  -- before -- when he pushed me out of the
15  swing before I went to Barbara's to stay all night.
16   Q.  Okay.
17   A.  But it was the same day.
18   Q.  Okay.
19   A.  But it wasn't that night.  I mean, I wasn't,
20  like, on that night.  But if I'd have opened my
21  mouth, it would have been worse than what I got.
22  Lord. . .
23   Q.  Okay.  All right.  Again, in your
24  May 27th -- I'm sorry, not the May 27th affidavit.  In
25  your deposition, you -- you recall sitting here in

Page 70

1   this same courtroom, giving a deposition.
2    A.  Yeah.
3    Q.  Okay.  Now, you said that the reason you
4   finally told was that Lisa Potter came with your
5   Uncle --
6    A.  Yeah.
7    Q.  -- Danny and told you that Roy Wayne
8   Dean had killed a lady and her friend got accused
9   of it and didn't do it; is that a correct statement?
10   A.  Yes.
11   Q.  And you said that Lisa kept saying that
12  my brother killed this lady; is that a correct
13  statement?
14   A.  Yeah.
15   Q.  And you also admitted that you had never
16  thought anything about it --
17   A.  I really hadn't --
18   Q.  -- until Lisa --
19   A.  -- until that came up --
20   Q.  -- showed up at your door.
21   A.  Yeah.  That's it.  You know, I'm not -- I
22  never heard no more about it, you know, and I
23  figured, if he had done it, you know, why hadn't I
24  heard about it.  But -- well, I never got anything,
25  so I was not very surprised.

Page 71

1    Q.  Also, in your March 1st, 2017 interview,
2   again when Detectives Steve Silfies and Scott
3   Smith came to your house -- and do you recognize
4   this gentleman --
5    A.  M-hm.
6    Q.  -- as one of the men who was in your
7   house?
8    A.  I do.
9    Q.  You told them that a woman -- a blonde
10  woman had approached you over the summer and
11  wanted to pay you money to testify, but that you
12  did not accept the money.
13   A.  No.
14   Q.  Do you remember --
15   A.  I don't recall -- I don't recall saying that.
16   Q.  -- telling the officers that?
17   A.  I don't recall saying that.
18   Q.  Is that a true statement?
19   A.  I'm not going to say it is or it ain't,
20  because I don't recall saying that.  I don't even --
21  the only thing that woman tried to do was help
22  us --
23   Q.  Did Lisa Potter offer you money?
24   A.  -- and it wasn't for no bribe.  No.  It
25  wasn't for no bribe.

Page 72

1    Q.  Did she --
2    A.  It ain't worth for me to tell a lie --
3    JUDGE EASTON:  Now, ma'am, ma'am,
4   ma'am --
5    A.  -- on my brother.
6    JUDGE EASTON:  List -- listen carefully
7   to her question.
8   BY MS. GUILING:
9    Q.  Did Lisa --
10   JUDGE EASTON:  Answer her question.
11  BY MS. GUILING:
12   Q.  Did Lisa Potter offer you money?
13   A.  No.
14   Q.  Did she offer to help you get a car?
15   A.  Her and my Uncle Danny offered to help
16  me.
17   Q.  So -- so Lisa did offer to help you with a
18  car.
19   A.  Her and my Uncle Danny.
20   Q.  And Lisa Potter was at your house twice;
21  is that correct?
22   A.  Yes.
23   Q.  And again, in your deposition, you said
24  that Lisa Potter, quote, "might have" -- no.  I'm
25  sorry.  That you, quote, "might have," end quote,

Page: 19 (73 - 76)

Page 73

1 told Detectives Smith and Silfies that Lisa offered
2 you money to testify.
3    A.  No.  No.
4    Q.  Do you remember saying that in your
5 deposition?
6    A.  No.  I don't.  No.  I don't.  No.
7    Q.  How many times did Detectives Smith and
8 Silfies come to your house?
9    A.  Once or twice, I can't remember, but I
10 was advised not to talk to them.
11    Q.  By whom?
12    A.  By Mr. Jimmer, because I didn't feel
13 comfortable, because I didn't know them that well.
14    Q.  So you were advised by James Dudley to
15 not speak to police officers?
16    A.  It wasn't the way that it's making it
17 sound.  I didn't feel comfortable -- did not feel
18 comfortable.
19    Q.  Well, and I understand that, but I'm
20 asking you to answer my question.
21    A.  Yes.
22    Q.  Fair enough.  Also, in your deposition,
23 you said that two other officers came another time.
24 Is that --
25    A.  Yes.  And that --

Page 74

1    Q.  -- your statement today?
2    A.  Yes, ma'am.  And I told them to get off
3 my porch.  I had nothing to say to them.
4    Q.  When was that?
5    A.  I don't remember.
6    Q.  Was it before or after your March 1st
7 interview?
8    A.  It was after the 1st interview.
9    Q.  Do you know who they were?
10    A.  I don't.
11    Q.  Do you know what agency they were with?
12    A.  I do not.  All I know is he had "Kentucky"
13 or something on his shirt.
14    Q.  Also -- okay.  After, you say your brother
15 came in later on the night in question and took a
16 shower, do you know if he stayed there after his
17 shower?
18    A.  I don't.  Because I didn't come back out
19 of that room.  I knew better.
20    Q.  Did he continue to live there with you and
21 your parents?
22    A.  For a while, yeah.
23    Q.  I believe in your deposition, you said he
24 did -- he was around for at least the next couple of
25 months; does that sound --

Page 75

1    A.  Yeah.
2    Q.  -- about right?
3    A.  And he met some girl, Tina.
4    Q.  Isn't that when he started seeing Tina
5 Rigsby?
6    A.  Yes, ma'am.
7    Q.  And he did eventually marry her.
8    A.  Yes, ma'am.
9    Q.  I believe you also said that it was not
10 uncommon to hear people hollering or screaming in
11 that trailer park; is that a fair statement?
12    A.  Yes, ma'am.
13    Q.  And in fact, I -- in -- in your deposition,
14 you agreed that you told Detectives Smith and
15 Silfies that the incidents you've been discussing
16 seeing, that you weren't even sure that happened
17 the night Kaye was killed; do you remember saying
18 that?
19    A.  I remember saying that, yeah.
20    Q.  You d -- I'm sorry, you d --
21    A.  I do.
22    Q.  Do?
23    A.  I remember saying that.
24    Q.  And is that still your statement today?
25    A.  No.  I -- you know, I got to thinking about

Page 76

1 it, and -- and the more I thought -- think -- thought
2 about it and, you know, trying to remember where
3 it would be correct, so. . .
4    Q.  So you -- you've decided that after
5 thinking about it for --
6    A.  I mean --
7    Q.  -- like, a year or so.
8    A.  -- I have been beat for 19 years in my
9 head, and it's hard for things to come together for
10 me, honest to God.  But I can remember things if I
11 take my time.
12    Q.  Did you ever actually -- all right.  Did you
13 personally know Kaye Williams?
14    A.  No, ma'am.  No, ma'am.  I didn't.
15    Q.  Did -- did you ever actually, to your
16 knowledge, see Kaye Williams?
17    A.  No, ma'am.  I can't recall.  I -- I think one
18 time, I seen a lady out in the yard over there.  I
19 don't recall what she looked like.  All I know is
20 what I seen in the pictures.
21    Q.  In the pictures.  And --
22    A.  The --
23    Q.  -- Lisa Potter showed you pictures; didn't
24 she?
25    A.  She had pictures of the lady that was

GRAHAM 003804

Page 77

1  passed away.
2      **Q.  She showed you pictures of the lady's**
3  **dead body?**
4      A.  Yes, ma'am.
5      **Q.  And that upset you; didn't it?**
6      A.  Yeah.
7      **Q.  And so one time, you may have seen a**
8  **lady in -- in that yard.  You don't know if that was**
9  **Kaye Williams --**
10     A.  I don't.
11     **Q.  -- or not.**
12  **Did -- did you ever see -- to your knowledge,**
13  **did you ever see your brother Roy Wayne with**
14  **Kaye Williams?**
15     A.  Not that I remember.  No, ma'am.
16         MS. GUILING:  May I have the notes,
17  please?  That's all.
18         JUDGE EASTON:  Ma'am, before I let the
19  attorneys have one final chance to ask you any
20  questions --
21         THE WITNESS:  Yes, sir.
22         JUDGE EASTON:  -- which, they will not
23  be allowed to ask you very many -- I want to ask
24  you a couple of questions.
25  EXAMINATION

Page 78

1  BY JUDGE EASTON:
2      **Q.  I want to start out by saying that I**
3  **recognize it's not reasonable to expect somebody**
4  **to remember specific dates from 37 years ago --**
5      A.  Yes.
6      **Q.  -- okay?  But what I'm looking at is trying**
7  **to figure out what you remember and in what order**
8  **it happened --**
9      A.  Yes.
10     **Q.  -- which is not clear to me; all right?  So**
11  **I want to go back, first of all, to, you stated that**
12  **your brother broke your arm --**
13     A.  Yes.
14     **Q.  -- on a swing.**
15     A.  Yes, sir.
16     **Q.  Was that -- do you remember about how**
17  **old you were, when that happened?**
18     A.  12 --
19     **Q.  Teenager --**
20     A.  11, somewhere around there.
21     **Q.  -- younger?  Okay.**
22     A.  11, 12, somewhere in there, yeah.
23     **Q.  Now you said something about**
24  **receiving --**
25     A.  13.

Page 79

1      **Q.  -- a beating on the day you saw your**
2  **brother, the day we've all been talking about;**
3  **okay?  That you received a beating earlier that**
4  **day.**
5      A.  Earlier that day --
6      **Q.  Was that for that swing incident --**
7      A.  Yes.
8      **Q.  -- or a different one?**
9      A.  No, sir.  That was for that swing incident.
10     **Q.  So you had a broken arm that day?**
11     A.  Yes.  Yeah.  I still had pains on my arm.
12     **Q.  That happened the same day as the**
13  **hide-and-seek-playing?**
14     A.  Yeah.
15     **Q.  You were out at night after that.**
16     A.  Yeah.  I wasn't supposed to be, and --
17     **Q.  Okay.  Was there -- did you-all go to a**
18  **doctor and -- and have your arm looked at, that**
19  **day?**
20     A.  They never took -- took me --
21     **Q.  Okay.**
22     A.  -- until, like, four days later.
23     **Q.  Okay.  Did you have a sling on?  Do you**
24  **remember?**
25     A.  I did.  I had my -- my Aunt Betty, matter

Page 80

1  of fact, gave me one of those little blue things you
2  put your arm in.
3      **Q.  So are you sure that incident was the**
4  **same day --**
5      A.  Yes, sir.
6      **Q.  -- of the hide-and-seek, when you saw**
7  **your brother --**
8      A.  Yes, sir.
9      **Q.  -- that we've been talking about?  All**
10  **right.**
11     A.  Because I went that night and stayed all
12  night -- was going to stay all night with them.
13     **Q.  Now, the situation with the bridge, you**
14  **said that your brother was talking about you about**
15  **ha -- teaching you to swim by either throwing you**
16  **off or making you jump off of a bridge.  And when**
17  **you hesitated to that, said, "I'm going to tell**
18  **Mom."  He said, "if you do, I'll do you like I did**
19  **that woman in the trailer."  Now you heard me just**
20  **say those words.  How clearly do you remember if**
21  **that's the exact words he said?**
22     A.  That was exactly what he told me.
23     **Q.  Exactly.**
24     **Q.  Okay.  Did you say, "What are you talking**
25  **about?"**

GRAHAM 003805

Page 81

1   A.  No.
2   Q.  Did you know --
3   A.  Because he scared me.
4   Q.  -- what he was talking about?
5   A.  No, sir.  I swear.  No.
6   Q.  Okay.  So, the -- the situation, he -- he
7  said that, you were scared of him, you didn't ask
8  anything else --
9   A.  No, sir.
10   Q.  Okay.  Now, do you remember how old you
11  were when that happened?
12   A.  Honestly, I don't.
13   Q.  Okay.  Do you remember if it was before
14  or after the hide-and-seek that we've been talking
15  about?
16   A.  Oh, it was -- wait, no -- it was after --
17   Q.  All right.
18   A.  -- it was after -- it was -- it was like -- I
19  don't know.  I -- I don't want to --
20   Q.  I don't want you to guess --
21   A.  No.
22   Q.  -- but I want --
23   A.  But -- no.
24   Q.  -- I need to know, because you can't
25  remember days.

Page 82

1   A.  It's something -- it was -- it was way
2  after --
3   Q.  Okay.  Way after.
4   A.  -- because we only go on the weekends,
5  yeah.  Like, probably, I don't know, say, three
6  weeks, maybe two weeks after.
7   Q.  Okay.  So not -- not -- not months or
8  years --
9   A.  No.
10   Q.  -- when you say "way after," you're
11  saying, weeks after --
12   A.  Yes.
13   Q.  -- you said that.
14   A.  Yes.
15   Q.  Okay.  We've talked a lot about how your
16  mother, you know, was someone you respected.
17  Would it also -- I'm not sure about that word.  I
18  mean, you've talked about she beat you a lot --
19   A.  But look --
20   Q.  -- is that fair?
21   A.  That is right.
22   Q.  She beat you a lot.
23   A.  A lot.
24   Q.  Okay.
25   A.  But as the Bible says, "Obey your

Page 83

1  mother."  And I tried.  [cries]
2   Q.  The Bible says some things about how
3  your mother's supposed to act too, but we're not --
4  we're not going to get into that discussion today.
5   A.  Yes, sir.
6   Q.  So what I'm trying to figure out is, your
7  mother beat you a lot.  I -- I kind of -- I kind of
8  want to know, do you ever remember police being
9  involved or people like the cabinet people, social
10  services?  Were people like that ever involved in
11  your family, when you were growing up?
12   A.  One time, after -- it was after all of that
13  had happened in the trailer park, I can't remember
14  how long it was.  It was a few months later.
15   Q.  All right.  So you say "a few months
16  later," and that's what I'm getting at.
17   A.  A couple months later.
18   Q.  Okay.
19   A.  We had moved out of the trailer park into
20  the little white house right below the trailer park,
21  like -- like, going toward Clarksville.  There was a
22  road between it.  And I remember when we moved
23  there, we stayed there for a while.  We had went to
24  visit my mom's brother, Charles Jackson, on
25  weekends.

Page 84

1   And we had come home, and -- on a Sunday,
2  and Momma went and brought -- took all the
3  clothes and everything, to her room.  And she
4  hollered for Daddy.  She said, "Roy Everett," like
5  that.  She said, "Come here."  She said, "Where'd
6  all these guns come from, laying on my bed?"
7  Daddy said, "What guns?"
8   Roy Wayne and my cousin had broke into a
9  house or something and stole some guns and
10  brought them to my mom and dad's house.  And it
11  wasn't a few minutes later, pol -- all kind of police
12  come running in, made my mom get on the floor
13  and my daddy.  They took us to child custody, me
14  and my baby brother.
15   Q.  And you're pretty sure that's within
16  months --
17   A.  Yes.
18   Q.  -- of when this situation here we were
19  talking about?
20   A.  Yes.  I believe so, yes.
21   Q.  It wasn't years later.
22   A.  No.
23   Q.  You still would have been about 13 when
24  that happened?
25   A.  Somewhere in there.

GRAHAM 003806

Page 85

1   Q.  I'm going to skip around a little bit.  I'm
2  just sort of seeing how you remember things;
3  okay?
4   A.  Okay.
5   Q.  But I'm not going to ask you a calendar
6  day, because I understand that's. . .
7   So you said something about, that night, you
8  saw a scratch on Roy Wayne's hand.  Which hand?
9   A.  His left hand, right in here.
10  Q.  Okay.  His left hand.
11  A.  Uh-huh.
12  Q.  Do you know whether he was right- or
13 left-handed?
14  A.  I'm not for sure.
15  Q.  Don't know.
16  A.  No, sir.
17  Q.  Okay.
18  A.  Roy Wayne's very talented when it comes
19 to, like, drawing and stuff like that, so he -- he
20 keeps --
21  Q.  There's only two other things that I need
22 to ask you about.  So you're almost done; all
23 right?
24  You described a memory of a bloody mattress.
25 Do you remember seeing a bloody mattress?

Page 86

1   A.  Yes.
2   Q.  Was it the day after --
3   A.  It was the day after --
4   Q.  -- what?
5   A.  -- that we played hide-and-go-seek --
6   Q.  Okay.
7   A.  -- and we heard the lady scream.
8   Q.  So you saw a bloody mattress.  The night
9  before, you had seen [sic] someone scream.
10  A.  Yes.
11  Q.  You had also seen your brother standing
12 near the back door --
13  A.  Yes, sir.
14  Q.  -- of where the lady was killed.
15  A.  Yes.
16  Q.  Do you remember whether there were ever
17 police around, that day?
18  A.  The -- the -- the next day?
19  Q.  Yeah.
20  A.  I know there was police over at that
21 trailer, and they was bringing a body out --
22  Q.  Because you saw them taking the body
23 out.
24  A.  Yeah.  On the stretcher.  When we -- the
25 bus goes to the end of the road, and it turns

Page 87

1  around.  When we was coming back up --
2   Q.  When you say "bus," that was the summer
3  school bus?
4   A.  Yes, sir.
5   Q.  Okay.  So that was after the day was
6  over --
7   A.  Yes.
8   Q.  -- you came back, and that's what you
9  saw?
10  A.  Yes, sir.
11  Q.  Okay.  Did -- did you move out of the
12 trailer park after that?
13  A.  It was a couple months later, Mom had --
14  Q.  Okay.  Now that's -- that's what I'm trying
15 to figure out.  Because they were asking you
16 questions, and that's the -- the problem with
17 dates.  Because --
18  A.  I don't know the exact dates.
19  Q.  -- from what you said in your affidavits,
20 you moved the very next day.
21  A.  No.  I don't --
22  Q.  That's not what happened.
23  A.  No.  It -- it was a couple months later.
24  Q.  So it was months later that you-all
25 moved.

Page 88

1   A.  Yeah.  Because my mom and them had
2  done a lot of work on that house down there before
3  they could move in it.
4   Q.  Okay.  So they were -- had been working
5  on the house --
6   A.  Yeah.
7   Q.  -- and then you moved a couple months
8  later.
9   A.  Yes, sir.
10  Q.  Okay.  Where was Roy Wayne living then?
11  A.  He was still with Mom and them.
12  Q.  Okay.  And he was about how old then?
13  A.  Oh, Lord.  I don't remember.
14  Q.  How older -- how much older is he than
15 you?
16  A.  I'm 50.  Wayne probably is like 50 --
17  Q.  Now don't look at them.  They can't give
18 you answers.
19  A.  I -- I don't know, Your Honor.
20  Q.  Okay.  That's fine.  You don't really know
21 how much older he is?
22  A.  I don't.  I'm sorry.
23  Q.  The last thing I need to ask you about
24 is -- is -- is important here, because I've heard
25 you say something about Mr. Dudley.  You

GRAHAM 003807

Page 89

1  understand who Mr. Dudley is and what he does.
2  A.  Mr. Jimmer?
3  Q.  Yeah.
4  A.  He helps people that -- that's innocent.
5  Q.  Okay.  And that's what you knew about
6  him.  Okay, and he came to talk to you more than
7  once.  Now, I need to understand really
8  particularly, because I think I've heard, at some
9  point in here, you say he told you not to talk to the
10 police.
11 A.  He said if I didn't -- I should make it
12 clear.  If I didn't feel comfortable speaking with
13 them, I didn't have to.  That's -- he said, "You
14 don't have to talk to no police."  He said, "You
15 don't have to tell anything."  He said, "If you
16 feel uncomfortable -- they're coming in your own
17 home, and you feel uncomfortable with them in
18 your home," he said, "let us know."
19       JUDGE EASTON:  All right.  So are there
20 any redirect questions you wanted to ask?
21       MS. STAPLES:  Yes, sir.
22 RE-EXAMINATION
23 BY MS. STAPLES:
24 Q.  Renee, when you were speaking earlier,
25 you -- you said earlier you didn't -- you didn't

Page 90

1  know Kaye; right?
2  A.  I don't.
3  Q.  And you didn't know Norman; right?  You
4  don't know Norman?
5  A.  Huh-uh.
6  Q.  When we were looking at the map
7  earlier --
8       MS. STAPLES:  Actually, Your Honor,
9  may I use Defense Exhibit 2?
10      JUDGE EASTON:  Sure.
11 BY MS. STAPLES:
12 Q.  Renee, I'm going to show you Defense
13 Exhibit 2.  I'm going to talk to you -- I'm actually
14 going to go back.  I'm going to go back to what I
15 was talking about, before.  The judge was asking
16 about when you moved out of the trailer park; did
17 you remember that?
18 A.  It was, like, two months later.
19 Q.  And I -- And I don't need a --
20 A.  I can't tell.
21 Q.  I don't need a date at all.  But Renee, I'm
22 curious, when you guys moved, where did you
23 move to?
24 A.  To the little white house.
25 Q.  And so the little white house is the one,

Page 91

1  and you're pointing now on the map to where
2  you've marked "house" --
3  A.  Yes.
4  Q.  -- on the map.  And so your family moved
5  across the road --
6  A.  No --
7  Q.  -- to a house that was right next to the
8  trailer park?
9  A.  Yes.  Right next to the trailer park.  It's
10 not across the road, it's right -- when you come
11 out of this road, you take -- you'll take the left and
12 you -- and you'll see the little road that goes
13 in-between, and then the little white house is right
14 there.
15 Q.  Okay.  And you said earlier that you --
16 when you were coming back from school, you saw
17 someone being taken -- a dead body being taken
18 out of that trailer.
19 A.  Yes.
20 Q.  And did you -- was that the same trailer
21 that your brother was next to?
22 A.  Yes.
23 Q.  Renee, when you spoke. . .  Earlier, we
24 spoke about your brother moving out.  Was there a
25 life event, or was there something big that

Page 92

1  happened that would have made it so your brother
2  moved out of the house?  Do you know where he
3  moved to?
4  A.  I don't.  Honestly, I don't.
5  Q.  Do you remember your brother getting
6  married?
7  A.  Yeah.
8  Q.  Who did he marry?
9  A.  Tina Rigsby.
10 Q.  Did he marry anybody else before Tina?
11 A.  Hm-m.
12 Q.  Then that was his first marriage.  Did --
13 did Roy live with you guys when he started dating
14 Tina?
15 A.  Yeah.
16 Q.  And did he -- when he moved out of his
17 house, do you know if he moved in with Tina?
18 A.  I don't know.  I honestly don't.
19 Q.  But he moved out at some point while he
20 was dating Tina?
21 A.  Yeah.  They got married.
22 Q.  We were talking earlier about after your
23 brother got locked up, and I just want to clarify a
24 little bit.
25 A.  God, I'm sick.

GRAHAM 003808

Page 93

1   Q.   When your brother first got arrested, this
2   was after the woman in the trailer park had been
3   killed.
4   A.   What?
5   Q.   Your brother -- the first time he got -- do
6   you remember -- do you remember your brother got
7   arrested?
8   A.   Yeah.
9   Q.   And do you remember when your brother
10  got arrested for a murder charge?
11  A.   I thought it was from -- when I found --
12  when I did find out, I thought it was that lady in
13  the trailer park.
14  Q.   Okay.  So let's talk about that a little bit.
15  A.   Oh, God.  I can't keep. . .
16  Q.   When Roy was arrested for the murder
17  that he's in prison for right now, you first thought
18  that was for Kaye's murder.
19  A.   Yeah.
20  Q.   And did you later find out it was the
21  murder of somebody else?
22  A.   Yeah.  Later on.  Later on.
23  Q.   And was that bef -- was that after he
24  married Tina?
25  A.   I can't remember.

Page 94

1   Q.   Okay.  How did you learn that your
2   brother had murdered somebody other than the
3   lady in the trailer park?
4   A.   My mom.
5   Q.   Your mom told you.
6   A.   Eventually.
7   Q.   What do you mean by "eventually"?
8   A.   I kept asking her where my brother was.
9   Q.   Did you know if your brother was
10  convicted of murder or not?  Like --
11  A.   I did --
12  Q.   -- found guilty.
13  A.   -- know that he was -- Momma said he
14  was going through a trial, but being a kid, so I
15  didn't -- I don't know.
16  Q.   Did you know if he went to prison?
17  A.   Momma said he was there.
18  Q.   But you didn't know what facility he was
19  at?
20  A.   No.
21  Q.   Okay.  And did you ever ask your mom
22  what facility he was at?
23  A.   No.
24  Q.   Like, by "facility," I mean, like, there's
25  lot of prisons in the state.  Did you ever know

Page 95

1   which one he was at?
2   A.   No.
3   Q.   Did you ever know if your brother could
4   have made parole?
5   A.   My mom said he was innocent, and he was
6   coming home.
7   Q.   So did you believe that -- so at the time
8   when you learned your brother got a "serve out,"
9   did you think he was coming home before that?
10  A.   I thought.
11  Q.   You thought he was coming home.  You
12  said earlier that your brother "blacked out a lot",
13  and I don't think we fully went into that.  What --
14  what did you mean by "he blacked out a lot"?
15  A.   He just would do this, like cuss me or -- I
16  mean, just different things that he would do.  I
17  mean, and -- and then the next day, he's like, you
18  question him about him, and he's like, "I don't
19  remember that.  What -- what are you talking
20  about?"
21      And there for a long time, I thought he was
22  just playing with me, you know, like playing dumb.
23  But as, you know, time went on, it kinda went on,
24  you know, and I -- I knew something was wrong
25  with him, you know.  He wasn't right.  Because

Page 96

1   sometimes he'd be sitting there, and he would be
2   looking at you, and he was just, like, the most
3   spiritual and happiest person on the face of Earth,
4   and then the next second, he looked like, his eyes
5   would be just real black.  Dark-looking.  Some --
6   now, it's a switch from one person to another.
7   Q.   Do you know if your brother ever -- do
8   you personally know whether or not your brother
9   was ever sent for mental health treatment?
10  A.   I can't recall.
11  Q.   And I -- and I forgot to ask you this
12  earlier.  When was the last time you spoke to your
13  cousin Barbara?
14  A.   God, it's been a long time.
15  Q.   What do you mean by "a long time"?
16  A.   Years.
17  Q.   Years?  More than five years?
18  A.   More than five, yeah.
19  Q.   More than six years?
20  A.   About ten.
21  Q.   When was the last time you spoke to your
22  cousin Connie?
23  A.   Good Lord, about the same length, I
24  guess.  It's been -- it's been a long time.
25  Q.   All right [phonetic].

GRAHAM 003809

Page 97

1    MS. STAPLES: All right. That's all my
2 questions.
3    JUDGE EASTON: Do you have anything
4 else?
5    MS. GUILING: Yes, Your Honor.
6    THE WITNESS: Oh God.
7    JUDGE EASTON: This is the last one.
8 BY MS. GUILING:
9    **Q. Ms. Dean, have you spoken to Barbara or**
10 **her sister Connie since the court proceedings**
11 **started?**
12    A. No, ma'am.
13    **Q. Not about --**
14    A. I had said hello to her out there, and I
15 didn't know I wasn't supposed to speak, but I'll be
16 honest. I asked her how she was doing. That was
17 it.
18    **Q. Over -- at any time, over the years --**
19 **well, let me ask you this. About when is the very**
20 **last time you remember actually laying eyes on**
21 **your brother?**
22    A. God, it's been years. It's --
23    **Q. Do you remember about how long ago**
24 **now, it's been? Something that -- some life**
25 **event -- something you can relate it to, as to when**

Page 98

1 **was the last time you saw him.**
2    A. Last time I saw him was at home, and
3 then he just disappeared.
4    **Q. And are -- are you saying about "at**
5 **home," was -- was that the same summer you've**
6 **been talking about?**
7    A. I can't remember. I can't. I'm sorry.
8    **Q. No. That's okay. So has your brother**
9 **ever tried to contact you?**
10    A. He -- he writes. He sends stuff all the
11 time. Well, he'll write inside of the cards, like on
12 Mother's Day or Valentine's Day, Christmas, dates.
13 He is my brother.
14    **Q. So -- so you have heard from him.**
15    A. But he knows I can't see good, and I'm
16 losing my vision enough to write. And then he
17 understands, I guess.
18    **Q. So have you ever talked to him on the**
19 **phone?**
20    A. God. Been a long, long, long time.
21    **Q. But have you talked him on the phone,**
22 **since he's been in prison?**
23    A. I can't recall. I think I spoke to him one
24 time -- once or twice, and that's been, God
25 almighty, years ago. Been a while.

Page 99

1    **Q. Did he ever send money?**
2    A. My brother?
3    **Q. M-hm.**
4    A. He's -- he used to send my mom money
5 home to put on the phone for -- so she could talk.
6    **Q. So she could talk.**
7    A. Yeah.
8    **Q. And --**
9    A. And if I -- wood or something, like he
10 used to build, like, stuff in the penitentiary --
11    **Q. M-hm.**
12    A. -- and Momma would have it shipped from
13 the store to him.
14    **Q. Okay.**
15    A. When he was in Lagrange. Or was it
16 Eddyville? I'm thinking Eddyville, it was beside a
17 big river.
18    **Q. M-hm. So you did know, at some point,**
19 **that he was in a --**
20    A. Yeah. But I thought he was coming home.
21 That's what everybody kept telling me. But if they
22 did wrong, and he did those things, you know,
23 he -- he -- he needs to be where he's at. And
24 that's hurting me to see, because it's my brother
25 we're talking about. [cries]

Page 100

1    **Q. Did -- do you recall if in any of the cards**
2 **or letters that he sent, he was -- did he try to get**
3 **you to bring your father to visit him?**
4    A. He wanted me to try to get Daddy there
5 before something happened to Daddy, but our
6 situation, you know -- Daddy couldn't travel or
7 nothing, he was just so sick.
8    MS. GUILING: That was all for me.
9    JUDGE EASTON: Thank you, ma'am.
10 You are free to go outside. They'll let you know if
11 they need to -- to ask you or talk to you about
12 anything else as a witness. But until you are told,
13 when you take a break a little later this morning,
14 don't talk to anybody about what you've said in
15 here; okay?
16    THE WITNESS: That was --
17    JUDGE EASTON: Thank you very much
18 for coming in today. All right. The bailiff will
19 show you out.
20    THE WITNESS: Thank you.
21 [WHEREUPON, the Testimony of Regina Renee
22 Dean concludes at 10:56 a.m.]
23    JUDGE EASTON: Next witness.
24    MS. STAPLES: Your Honor, if we could
25 possibly take a five-minute bathroom break.

GRAHAM 003810

Deposition of Transcription of Audio: Hearing

Page: 26 (101 - 104)

Page 101

1    JUDGE EASTON: Sure. Take a
2  five-minute recess. Can I see the attorneys for a
3  minute.
4    JUDGE EASTON: Sit in here.
5    MS. GUILING: Did you ask to see us,
6  Your Honor?
7    JUDGE EASTON: Yeah. All right. I'll
8  wait until you all get back.
9    [WHEREUPON, a brief recess is taken.]
10    JUDGE EASTON: Okay. If I could see
11  the attorneys for a moment, please.
12    JUDGE EASTON: Okay.
13  Scheduling-wise, where are you?
14    MS. STAPLES: That was the last
15  witness, Your Honor.
16    JUDGE EASTON: Great. Now, do you
17  know how much time you're going to need to put on
18  witnesses?
19    MS. GUILING: Your Honor, my
20  witnesses' direct examinations won't take long, so
21  we have Detective Smith, Regina Alexander, Judy
22  Blick, and Roy Wayne Dean.
23    JUDGE EASTON: Thank you.
24    MS. GUILING: So we have four
25  witnesses.

Page 102

1    JUDGE EASTON: Now as far as the -- I
2  can imagine that the detective would be called for
3  impeachment.
4    MS. GUILING: Yes.
5    JUDGE EASTON: But there was a great
6  many things that, quite frankly, that last witness
7  admitted saying -- or sort of admitted saying, so
8  I'm not sure. I mean, we can probably speed that
9  up a little bit, because she admitted many of her
10  statements.
11    MS. GUILING: Right. Right. And -- and
12  the main thing I just need to establish, for
13  impeachment purposes --
14    JUDGE EASTON: Yeah.
15    MS. GUILING: -- they --
16    JUDGE EASTON: That in fact, this was
17  said.
18    MS. GUILING: -- they were under their
19  lines, yeah.
20    JUDGE EASTON: Yeah. But I mean,
21  there was -- there -- I -- I sort of kept track of the
22  things that I would expect that to be, so I guess
23  we can go ahead and -- and get started and --
24    MS. GUILING: And also --
25    JUDGE EASTON: -- go from there.

Page 103

1    MS. GUILING: -- I'll go on and inform
2  the court with Judy Blick and Regina Alexander.
3    JUDGE EASTON: M-hm.
4    MS. GUILING: I'm not going to take them
5  back through all the events of that day and night.
6  We're --
7    JUDGE EASTON: Oh, yeah. Because it's
8  already all in the record.
9    MS. GUILING: -- we're just discussing,
10  did they say or hear any children out that night.
11    JUDGE EASTON: Okay. So that should
12  be pretty short.
13    MS. GUILING: Right.
14    JUDGE EASTON: I -- I would just say,
15  it's a little bit after 11, let's just see how we go.
16  If we can -- we can get in there and put that
17  evidence on, fine --
18    MS. GUILING: Okay.
19    JUDGE EASTON: -- you know.
20    MS. GUILING: Our -- our lengthiest
21  witness will probably be Roy Wayne Dean.
22    MR. CROCKER: And Judge, I've got a
23  logistical question about Mr. Dean.
24    JUDGE EASTON: M-hm.
25    MR. CROCKER: He is being held at the

Page 104

1  detention center. I think now that Ms. Dean has
2  finished her testimony, can we go ahead and
3  have --
4    JUDGE EASTON: Go ahead. Bring him
5  now.
6    MR. CROCKER: -- Roy Wayne brought
7  over and -- and here in the building? I wasn't --
8    JUDGE EASTON: I'm -- I'm not sure he's
9  going to be a lengthy witness, but --
10    MS. GUILING: Well, I will try to reign
11  him in, but he -- he likes --
12    JUDGE EASTON: No. He's going to --
13    MS. GUILING: -- to explain.
14    JUDGE EASTON: No. No. No. No. No.
15  You will ask him leading questions.
16    MS. GUILING: Okay.
17    JUDGE EASTON: He is not going to
18  explain anything.
19    MS. GUILING: Okay. Okay.
20    JUDGE EASTON: This is not a place for
21  him to get on the soapbox.
22    MS. GUILING: Right.
23    JUDGE EASTON: Okay? All right. Let's
24  get started.
25    JUDGE EASTON: All right.

GRAHAM 003811

Page 105

1  Commonwealth, call your first witness.
2      MS. GUILING: Detective Scott Smith.
3  DETECTIVE SCOTT SMITH, after having first been
4  duly sworn, is examined and testifies as follows:
5  EXAMINATION
6  BY MS. GUILING:
7      Q.  Detective Smith, are you a detective
8  working for the state police?
9      A.  I am.
10     Q.  And how long have you served in that
11 position?
12     A.  I've been a detective since February
13 the 1st of 2001.
14     Q.  And were you involved in the original --
15 and I say "original," I don't mean 1980.  But when
16 the investigation into the murder of Janice Kaye
17 Williams started back up again in 2004 only, were
18 you involved in that investigation?
19     A.  Yes, ma'am.
20     Q.  And have you --
21     A.  From 2004.
22     Q.  And have you been involved in
23 subsequent investigations, since these
24 proceedings started?
25     A.  Yes, ma'am.

Page 106

1      Q.  And did you go to the residence of Regina
2  Renee Dean on March 1st of this year to take a
3  statement from her?
4      A.  Yes, ma'am.
5      Q.  Did anyone else go with you?
6      A.  Detective Steve Silfies.
7      Q.  And Detective Silfies passed about three
8  weeks ago; didn't he?
9      A.  Yes, ma'am.  He did.
10     Q.  How would you describe Ms. Dean's
11 demeanor during your time with her?
12     A.  Ms. Dean appeared to be comfortable with
13 us being there.  Her father was there.  Her
14 boyfriend was also present in the home.  Ms. Dean
15 sat in a chair across from Detective Silfies and
16 myself, while we sat in a -- on a couch.  Her father
17 sat to my left in a recliner there.  Her boyfriend
18 was moving around the kitchen, getting drinks out
19 of the refrigerator, offering us if we wanted any.
20 We talked for about, I think it was, 11 to 13
21 minutes.
22     Q.  Okay.  And you did record that?
23     A.  Yes, ma'am.  It was a recorded interview.
24     Q.  And did you go to Ms. Dean's residence
25 or anywhere to talk to Ms. Dean at any other time?

Page 107

1      A.  No, ma'am.  Did not.
2      Q.  Are you aware of any other law
3  enforcement officers who went to speak with her
4  about this matter?
5      A.  No, ma'am.
6      Q.  If other officers with Kentucky State
7  Police had gone to speak with her, would you
8  expect to be aware?
9      A.  Myself or Detective Silfies at that time
10 would have been advised of any other units going
11 in reference to this investigation.
12     Q.  And you were never advised of anything
13 like that?
14     A.  No, ma'am.
15     Q.  And did you also go to Barbara Keaton's
16 residence?
17     A.  Prior to going to Ms. Dean's, yes, ma'am.
18     Q.  So then, on that same day.
19     A.  On the same date.
20     Q.  And how long were you with Ms. Keaton?
21     A.  20 to 13, and -- I'm going to say 18
22 minutes, somewhere in that neighborhood.
23     Q.  Was that the only time you spoke with Ms.
24 Keaton?
25     A.  Yes, ma'am.

Page 108

1      Q.  And how would you describe Ms. Keaton's
2  demeanor during that interview?
3      A.  Ms. Keaton was aggravated to begin with,
4  whenever we first got there.  She was kind of
5  agitated.  After we talked to her briefly, she
6  calmed down and discussed what we were there to
7  discuss about.  She -- she was rambling to begin
8  with.
9      Q.  Okay.
10     MS. GUILING:  I'll pass the witness.
11     JUDGE EASTON:  Okay.
12 EXAMINATION
13 BY MS. STAPLES:
14     Q.  Hi.  Just met.  Amy Staples.
15     A.  Yes, ma'am.
16     Q.  So you said you've been with Kaye's case
17 since 2001?
18     A.  No, ma'am.  I've been a detective
19 since 2001.
20     Q.  Oh, I'm -- well, that was my next
21 question.  I'm sorry.  So what other positions have
22 you filled?
23     A.  I was a trooper.
24     Q.  Okay.  And how long --
25     A.  Uniformed trooper.

GRAHAM 003812

Page 109

1  Q.  How long were you a trooper?
2  A.  I started with the state police
3  February 14th, 1999.  Prior to that, I worked for the
4  Elkton Police Department.  I've been in law
5  enforcement since August the 3rd of 1995.
6  Q.  Okay.  And in your role as a detective
7  with KSP, have you worked on cold cases?
8  A.  I've worked on a few, yes, ma'am.
9  Q.  Okay.  Do you know how many,
10  approximately?
11  A.  15.  18.  Something like that.
12  Q.  Okay.  Could you give us a typical time
13  frame for when you inherit a case, a cold case, to
14  when it -- it is then put to the grand jury?
15  A.  Oh, there's no way I can give a -- a
16  definitive time on that.  It depends on the case,
17  depends on the investigation, anything else.
18  Q.  So that varies.  Could you give me a
19  range?
20  A.  No, ma'am.
21  Q.  Okay.  When you're conducting an
22  investigation into a cold case, you review the
23  investigation that had been done previously into
24  the case; right?
25  A.  That's correct.

Page 110

1  Q.  So that would -- that would include
2  reviewing all the police files in the case and
3  talking with witnesses?
4  A.  Yes, ma'am.
5  Q.  Speaking with neighbors --
6  A.  If they can --
7  Q.  -- around the crime scene?
8  A.  If they can be located.
9  Q.  Okay.  Looking into all potential suspects
10  in the case?
11  A.  Yes, ma'am.
12  Q.  Reviewing the forensic evidence that was
13  collected in the case?
14  A.  Yes, ma'am.
15  Q.  Do you look to see if there's further
16  testing that could be done?
17  A.  Yes, ma'am.
18  Q.  So if I understood you correctly, you
19  came on to Mr. Graham's case in 2004?
20  A.  Around about.  I can't say exactly that it
21  was 2004.  It was after Detective Stephenson had
22  transferred from Post 2.  He had actually got out
23  of law enforcement for a brief time period and
24  later come back to the state police.  It was after
25  that, Detective Silfies started the investigation

Page 111

1  and asked me to assist him with looking into the
2  evidence of this case.  So that could have been
3  around 2004.
4  Q.  So if my records have that Detective
5  Stephenson worked on the case from 2001 to 2006,
6  do you think that would be accurate?
7  A.  Could have been.
8  Q.  Okay.
9  A.  And during that time, I could have helped
10  Detective Stephenson look at the evidence.
11  Q.  Okay.  And if the records show -- or that I
12  have, show that Detective Silfies inherited the
13  case in October of 2006, do you think that would
14  be accurate?
15  A.  Could be, if records show that.
16  Q.  Okay.  Now is it Detective Silfies that
17  asked you to assist or Stephenson?
18  A.  Back then, we -- our office works together
19  on various cases --
20  Q.  Okay.
21  A.  -- especially cold cases, reviewing the
22  evidence and stuff -- which is mainly what I do, is
23  evidence aspect of it, not so much the interviews.
24  Q.  Okay.  So when you were reviewing this
25  case, you reviewed the reports that Detective

Page 112

1  Stephenson had written prior; right?
2  A.  Or it would have even gone prior to that.
3  Q.  Okay.  So I think they were Detective
4  Miller and Elrow [phonetic] and --
5  A.  Go back to the 80s.
6  Q.  Okay.  So everyone that had worked on
7  the case, you reviewed those files?
8  A.  Yes, ma'am.
9  Q.  Okay.  And even though Stephenson was
10  on the case for five years, he never presented this
11  case -- or asked the case be presented to the
12  grand jury; is that correct?
13  A.  To my knowledge, yes, ma'am.
14  Q.  And that's true even though he was aware
15  that Mr. Graham's semen had been found on Kaye's
16  clothing, on the red top [phonetic].
17  A.  Couldn't say.  I don't see the relevance
18  of those questions.
19  MS. STAPLES:  Your Honor, we're going
20  to the reliability of the investigation that was done
21  to this case.
22  JUDGE EASTON:  Which has what to do
23  with the burden of proof you have in this matter?
24  MS. STAPLES:  Well, I think when we're
25  trying to prove that Mr. Graham is innocent of a

Page 113

1 crime, it's important to know the reliability of the
2 investigation that helped get him convicted.
3     JUDGE EASTON: Well, get to it.
4 BY MS. STAPLES:
5   **Q. Okay. The records show that Detective**
6 **Silfies -- Silfies contacted the Commonwealth**
7 **Attorney's Office less than three months after he**
8 **inherited, announcing he was ready for it to be**
9 **presented to the grand jury; is that correct?**
10   A. I can't say whether three months is
11 accurate or not.
12   **Q. So you don't recall the amount of time**
13 **that --**
14   A. No, ma'am. I don't.
15   **Q. -- Detective Silfies was on the case?**
16 **If it shows that he contacted the**
17 **Commonwealth Attorney's Office on January 2nd,**
18 **of 2007, do you believe that would be accurate?**
19   A. He may have contacted them on that day,
20 but what regards it was in reference to, I don't
21 know.
22   MS. STAPLES: Can I have just a second,
23 please?
24   JUDGE EASTON: Sure.
25   MS. STAPLES: All right. May I approach

Page 114

1 the witness?
2   JUDGE EASTON: Sure.
3 BY MS. STAPLES:
4   **Q. Okay, then. Look over that, please.**
5   A. [examines document] Okay.
6   **Q. Can you please -- well, I'm sorry. Hold**
7 **on just a moment. Let me show it to the**
8 **Commonwealth.**
9   MS. STAPLES: I apologize.
10   MS. GUILING: Okay.
11 BY MS. STAPLES:
12   **Q. Okay. Detective Smith, could you please**
13 **inform the court what that document is.**
14   A. It is a supplemental report that was typed
15 by Detective Silfies.
16   **Q. And what is the content of that**
17 **supplemental report?**
18   A. The content of this supplemental --
19 supplement states that [reads] this unit contacted
20 Todd County Commonwealth Attorney's Office and
21 advised them that I was ready to present the case
22 to the grand jury.
23   **Q. Okay. And what is that -- when is that**
24 **dated?**
25   A. Depends on which date you want me to go

Page 115

1 by, January 2nd, 2007 or January 2nd, 2006.
2   **Q. Okay. How would there be two different**
3 **dates on that work?**
4   A. Whether it's a typo or what, I don't know,
5 but there's two different dates on there.
6   **Q. So clearly, there's an inaccuracy in that**
7 **report.**
8   A. As far as the date goes, I can't say.
9   JUDGE EASTON: I -- I understand how
10 people --
11   MS. STAPLES: Okay.
12   JUDGE EASTON: I understand how
13 people get the wrong date on January 1st or 2nd of
14 the year. This is what I'm talking about, folks.
15 We need to get brevity. We need to get to the
16 point. There's been a lot of questions asked
17 multiple times throughout this hearing, the other
18 day and today. And I understand what you're
19 telling me about, you want to show that this was
20 not a good investigation. It -- and -- and you've
21 made that point. If you -- if you believe that
22 you've made that point, fine.
23   But I'm interested in hearing -- and I want
24 you-all to understand this -- before we finish this
25 hearing today, I believe what I have to determine

Page 116

1 is whether newly discovered evidence, which could
2 not have been discovered by the defense with
3 reason -- with reasonable diligence earlier, is
4 sufficient evidence to bring into question -- if that
5 evidence was considered with other evidence, is it
6 probable a different result would have been
7 reached in this case.
8   The -- tearing apart what the -- was
9 investigated the first time, what was presented the
10 first time, actually doesn't change what was
11 presented and what was investigated the first time.
12   MS. STAPLES: Your Honor --
13   JUDGE EASTON: So can we -- can we
14 get focused on what I have to decide.
15   MS. STAPLES: Yes. But if I may, Your
16 Honor, when you're -- when you're making that
17 determination, I believe we have to look at the
18 totality of the circumstances and the evidence that
19 was presented then to --
20   JUDGE EASTON: I -- I've read it. Folks,
21 as I've told you all, I have read every word. I
22 have watched every hearing. I have watched every
23 DVD, VHS, and everything else in this case. I
24 know what the evidence was that was presented.
25   Whether the police in your opinion could have

GRAHAM 003814

Page 117

1 done a better job is not the question here. The
2 question is, with what was done and what you now
3 have presented, am I required to grant your
4 motion. That's what we need to get focused on;
5 okay?
6      MS. STAPLES: Take -- Your Honor, I'm
7 trying to go into what -- what was done. So let me
8 get -- let me get to where I'm pointing, if I may.
9 BY MS. STAPLES:
10   Q.   As a re -- result of the -- your review of
11 the files and your work on the case, are you aware
12 that Detective Stephenson had looked into Roy
13 Wayne Dean as a potential suspect in this case?
14   A.  Yes, ma'am. I am.
15   Q.   Okay. And he looked into the Brenda
16 Church murder.
17   A.  Yes, ma'am.
18   Q.   Are you aware if Detective Silfies did any
19 investigation into that murder?
20   A.  I'm sure he looked at it, but I can't say
21 with 100% certainty.
22   Q.   If he looked into that, would there be
23 reports --
24   A.  I can't -- I can't --
25   Q.   -- in the file?

Page 118

1   A.  -- I cannot say that there would be. The
2 Brenda Church case has been closed for several
3 years, so I don't know if he would have ever
4 looked into it or not.
5   Q.   Did you yourself look into the Brenda
6 Church murder in rega -- in regard to this murder?
7   A.  I've never seen the Brenda Church case
8 at all, to my knowledge.
9   Q.   Okay. So you have not, and you're not
10 aware that there -- that there are any reports
11 existing that Detective Silfies investigated the
12 Brenda Church murder.
13   A.  I can't say that there was any reports that
14 he looked at. I do not know.
15   Q.   Okay. How about the Dee Ann Rapp
16 case? Did you look into the Dee Ann Rapp case in
17 which Mr. Dean had been convicted?
18   A.  No, ma'am.
19   Q.   Okay. And there's no documentation that
20 Detective Silfies did so either; is that correct?
21   A.  To my knowledge, no.
22   Q.   But there is documentation that Detective
23 Stephenson had been contacted by Chief Bobby
24 Miller of the Elkton Police Department in reference
25 to the Rapp murder?

Page 119

1   A.  I know there's documentation about Roy
2 Wayne Dean and Brenda Church murder, but as far as the
3 Rapp murder, I do not know.
4      JUDGE EASTON: Wasn't all of this
5 addressed in the 11.42 motion?
6      MS. STAPLES: The -- Your -- Your
7 Honor, the --
8      JUDGE EASTON: In other words, these
9 actual circumstances you're telling me about again
10 are in the record of the 11.42; aren't they?
11     MS. STAPLES: But there was no
12 testimony from the detectives in that case.
13     JUDGE EASTON: All right.
14     MS. STAPLES: In the 11.42 hearing.
15     JUDGE EASTON: All right. Go ahead.
16     MS. STAPLES: We -- we were not given
17 that in hearing, so we presented the evidence as
18 far as documen -- you know, in our -- our motion,
19 but --
20     JUDGE EASTON: All right. So you just
21 want to confirm --
22     MS. STAPLES: That is it.
23     JUDGE EASTON: -- the documents that
24 are already on record. Go ahead.
25     MS. STAPLES: Can I approach the

Page 120

1 witness --
2      JUDGE EASTON: Sure.
3      MS. STAPLES: -- Your Honor?
4 BY MS. STAPLES:
5   Q.   If you would, please look that over.
6   A.  [examines document]
7   Q.   Okay, Detective Smith. Can you please
8 inform the court what that is?
9   A.  It is a supplemental report for this
10 investigation, according to the case number at the
11 top, typed by Detective Brad Stephenson.
12   Q.   Okay. And what's the first couple
13 sentences on that report?
14   A.  On May 11th, 2001, he spoke with Bobby
15 Miller, chief of the -- chief of police of the Elkton
16 Police Department, in reference to this case.
17   Q.   Thank you. Okay, so let's talk about the
18 interviews of Barbara and Renee real quickly,
19 please. I would assume that this is correct, that
20 the goal of any investigation is to uncover the
21 truth.
22   A.  Yes, ma'am.
23   Q.   So you have to keep an open mind when
24 you speak with witnesses.
25   A.  Yes, ma'am.

GRAHAM 003815

Page 121

1  Q.  And when you interviewed Renee Dean in
2  March, I believe it was, of 2017, that was
3  something you and Detective Silfies did together;
4  is that correct?
5  A.  That is correct.
6  Q.  And both you and Detective Silfies also
7  interviewed Barbara Keaton.
8  A.  Yes, ma'am.
9  Q.  And those interviews were on the same
10 day?
11 A.  Yes, ma'am.
12 Q.  But they were not in the same place?
13 A.  No, ma'am.
14 Q.  When you interviewed Renee and Barbara
15 about seeing Roy Wayne on that night, you guys
16 already had your mind made up that you didn't
17 believe that to be true.
18 A.  That is not correct.
19 Q.  Did you take her statement seriously?
20 A.  I had some questions in reference to her
21 statements, providing the affidavits that were
22 provided.  There were some falsities that -- or
23 conflictions that I had seen in that, so I had
24 questions about what they had said or seen.
25 Q.  M-hm.  And you-all recorded those

Page 122

1  statements.
2  A.  The interviews, yes, ma'am.
3  Q.  Okay.  And then Detective Silfies wrote a
4  report about those --
5  A.  That is correct.
6  Q.  -- interviews; correct?  Did you review
7  the reports before they were submitted?
8  A.  No, ma'am.  I did not.
9  Q.  Have you reviewed them since then?
10 A.  I've seen them.
11 Q.  Okay.  If you believe the reports to
12 contain inaccuracies, would you have tried to
13 correct those?
14 A.  I have not looked at it thoroughly enough
15 to see if there was any inaccuracies in it or not.
16 Q.  Okay.  But we'll get to those in just a
17 second.
18 Are you aw -- you recall the depositions that
19 were taken in this case?
20 A.  I was not present for the depositions
21 taken in this case.
22 Q.  Were you in the courthouse?
23 A.  I was.
24 Q.  Okay.  But you were not in the room.
25 A.  That is correct.

Page 123

1  Q.  Detective Silfies was --
2  A.  He was in the room.
3  Q.  -- in the room.  Are you aware that he
4  ever wrote a report about those depositions?
5  A.  I am not aware of any report that he
6  wrote about those depositions.
7  Q.  Okay.
8  MS. STAPLES:  May I approach, Your
9  Honor?
10 JUDGE EASTON:  M-hm.
11 BY MS. STAPLES:
12 Q.  And review that, please.
13 A.  [examines document]
14 Q.  And if you could also review that
15 document.
16 A.  [examines document] Okay.
17 Q.  Your Honor, just to inform the court
18 where I'm going, there have been four reports that
19 I'm aware of that Detective Silfies wrote, since
20 March 1st of this year.  And those are the -- those
21 are the reports that I'm asking Detective
22 Stephenson about right now.
23 JUDGE EASTON:  No.  Not Stephenson,
24 you're not.
25 MS. STAPLES:  I'm -- I'm -- I'm sorry.

Page 124

1  Detective Smith.
2  JUDGE EASTON:  Okay.
3  MS. STAPLES:  Lot of S's in this case.
4  JUDGE EASTON:  M-hm.
5  BY MS. STAPLES:
6  Q.  Okay, Detective Smith.  If you could
7  inform the court --
8  A.  Wait.  There's only two here.
9  Q.  That's correct.  I'm -- I'm talking about --
10 A.  You said four.
11 Q.  Yes.  I'll get to those in a minute.  I'm
12 going to talk to you about these first two, first.
13 So the day of the first report, the earliest
14 report is dated what?
15 A.  March 1st, 2017.
16 Q.  And it's a report written by Detective
17 Stephenson.  Shoot --
18 A.  Detective Silfies.
19 Q.  -- Detective Silfies, I'm so sorry.  And in
20 that report, can you please read what it says about
21 a woman approaching Ms. Dean and offering to pay
22 her money.
23 A.  [reads] Ms. Dean advised that a woman
24 with blonde hair approached her over the summer
25 and wanted to pay her money to testify for her

Page 125

1 friend Norman Graham.
2 **Q. Okay. And then could you please look at**
3 **the second report that I gave you, dated March**
4 **the 29th.**
5 A. Okay.
6 **Q. And could you please read to the court**
7 **what that report says about Ms. Dean being**
8 **offered money.**
9 A. [reads] The assistant Commonwealth
10 attorney showed Ms. Dean a photo lineup, and she
11 picked Ms. Potter immediately by pointing to
12 Number Six and confirming Lisa is the one trying
13 to change testimony and free her friend Norman
14 Graham. I'm sorry, let me back up. Most of the
15 facts during testimony bounced around Ms. Dean
16 advising Ms. Potter had given her family groceries
17 in exchange for testimony.
18 Is that what you were referring to?
19 **Q. And do you see the -- do you see the**
20 **sentence regarding offering money?**
21 A. [reads] On the March inter -- March 1st
22 interview, she advised that Lisa offered money,
23 but Renee turned it down.
24 **Q. So that report states that Lisa offered her**
25 **money but turned it down. Yet the March 1st report**

Page 126

1 **says that a woman with blonde hair approached her**
2 **over the summer and offered her money; is that**
3 **correct?**
4 A. That is correct.
5 **Q. And in the March 1st interview, Renee**
6 **actually stated that she couldn't remember the**
7 **woman's name who offered her -- who supposedly**
8 **offered money; correct?**
9 A. I can't say that is correct. She did not
10 know the woman descri -- didn't know her name at
11 the time, but described her. Because I was
12 present for that.
13 **Q. Okay. So the 3/29 report saying that**
14 **Renee said that a lady named Lisa who offered**
15 **money and wanted to help get Norman out of jail**
16 **isn't accurate; is that correct?**
17 A. I can't say if it is or not. I wasn't in the
18 courtroom.
19 **Q. Okay. But you did just say that she's told**
20 **you during the March 1st interview, she could not**
21 **remember the lady's name.**
22 A. That is correct.
23 **Q. Additionally, in that 3/29 report that**
24 **you're looking at, Detective Silfies states that**
25 **during the depositions in the case, that Renee**

Page 127

1 **advised she had been at Li -- at the Lisa Potter**
2 **residence about three times before she made a**
3 **written statement to the Innocence Project; do you**
4 **see that?**
5 A. I've not seen that in anything I've read.
6 **Q. Start right there, please.**
7 A. [reads] Ms. Dean advised that she was at
8 the Lisa Potter residence about three times until
9 she made a written statement to the Innocence
10 Project.
11 **Q. Okay. And --**
12 A. That, once again, I cannot testify to,
13 because I was not present in the courtroom.
14 **Q. Okay. But you agree that this is what**
15 **that statement says.**
16 A. It's what it says.
17 **Q. That -- what that report says, that was**
18 **written by Detective Silfies. If the record reflects**
19 **that Renee actually testified that she spoke with**
20 **Lisa, but that she was only at Lisa's home one**
21 **time, would that be inaccurate?**
22 A. I can't say one or the other. I was not
23 present.
24     JUDGE EASTON: Okay. Stop. We're
25 talking about depositions that I can read for

Page 128

1 myself. Why are we asking questions about what
2 someone who is deceased and cannot be
3 questioned about it, said about it?
4     MS. STAPLES: Because Detective Smith
5 worked with Detective Silfies on this case.
6     JUDGE EASTON: But he has just said, "I
7 was not there. I cannot say whether his
8 description was accurate." I can, because I can
9 read the depositions for myself.
10     MS. STAPLES: Okay. Just a couple
11 more questions, then, Your Honor.
12 BY MS. STAPLES:
13 **Q. Did you interview Renee Dean before you**
14 **or Detective Silfies asked that Norman Graham be**
15 **re-indicted in this case?**
16 A. I'm sorry. Reword your question --
17 **Q. Did you speak with or interview with**
18 **Regina Renee Dean in 2006, before asking that**
19 **Norman Graham be re-indicted in this case?**
20 A. No, ma'am. I was not even familiar with
21 Regina Renee Dean until these depositions co -- or
22 affidavits come forward.
23 **Q. You were not familiar with them.**
24 A. No, ma'am. I was not.
25 **Q. Okay. Did you interview Barbara Keaton**

Page 129

1  at that time?
2      A.  On March 1st.
3      Q.  And -- I'm sorry, in 2006, before Mr.
4  Graham was re-indicted.
5      A.  No, ma'am.  I was not even familiar with
6  Barbara Keaton until these affidavits come
7  forwards.
8      Q.  Okay.  And I'm assuming the same would
9  be true of Connie?
10     A.  That would be true.
11     Q.  Did you know that they lived in Tiny Town
12  in 2006?
13     A.  No, ma'am.  I did not.
14     Q.  Or not that lived there, 2006, but in 2006,
15  did you know that Barbara and Renee had lived in
16  Tiny Town at the time of this murder?
17     A.  Ma'am, I didn't even know their names
18  until these affidavits.
19     Q.  Okay.  Did you interview anyone in 2006
20  before asking that Roy Wayne -- that Norman
21  Graham be indicted in this case?
22     A.  I did not personally interview anybody
23  in 2006, in reference to this case.
24     MS. STAPLES:  Now, just a second, Your
25  Honor.

Page 130

1      JUDGE EASTON:  Sure.
2      MS. STAPLES:  That's all the questions I
3  have, Your Honor, but I would like to introduce
4  these reports in the record.
5      JUDGE EASTON:  Any objection?
6      MS. GUILING:  No objection, Your Honor.
7  The Commonwealth will take a few minutes to get
8  them, but the Commonwealth would suggest that
9  the best evidence report to consider would be the
10  actual recorded interviews.  If we would be allowed
11  to tender those to court, those have already --
12     JUDGE EASTON:  Well, I -- I -- I've made
13  it clear to you-all --
14     MS. GUILING:  -- been provided to the
15  defense.
16     JUDGE EASTON:  -- I'm going to read
17  everything, I'm going to look at everything, I'm
18  going to consider everything.  If you-all want to
19  introduce the interviews, you want to introduce the
20  depositions -- all of it's something that should be
21  looked at; okay?  That's not a problem for me.
22     MS. STAPLES:  Okay.
23     JUDGE EASTON:  So these -- what we're
24  talking about, just so I know, this is the next
25  defense exhibit.  I don't know what number that

Page 131

1  is.  3?
2      MS. STAPLES:  I think 3, Your Honor.
3      JUDGE EASTON:  3?  So you just want to
4  put these together and make it one exhibit?
5      MS. STAPLES:  Sure, Your Honor.  That
6  sounds best.
7      JUDGE EASTON:  Okay.  And these are
8  Sil -- Silfies's reports.  Okay.  Okay.
9      THE WITNESS:  One of them is Detective
10  Stephenson's, Your Honor.
11     JUDGE EASTON:  One of them is
12  Stephenson's?
13     THE WITNESS:  Yes, sir.
14     JUDGE EASTON:  So just make that a
15  collective Exhibit 3, "Reports Prepared by KSB,"
16  and I'll know what that was about.
17  [WHEREUPON, document referred to is marked
18  Defense Exhibit 3 for identification.]
19     JUDGE EASTON:  All right.  Any redirect
20  for this witness?
21     MS. GUILING:  No, Your Honor.  As
22  long -- if the --
23     JUDGE EASTON:  Well, thank you.  You
24  can return back to counsel's table.  Thank you.
25  [WHEREUPON, the Testimony of Detective Scott

Page 132

1  Smith concludes at 11:38 a.m.]
2      MS. GUILING:  -- if the defense will be
3  agreeable for us to introduce the recorded
4  interviews without going through Detective Smith.
5      MS. STAPLES:  Yeah.
6      JUDGE EASTON:  -- I mean, he took
7  them.  You-all can authenticate them or just agree.
8  I imagine everybody know's what in them.
9      MS. GUILING:  That's fine.
10     MS. STAPLES:  Your -- Your Honor,
11  yeah.  My understanding is that it's actually
12  already been filed for the courts in admission
13  [phonetic].
14     JUDGE EASTON:  Okay.  I just want to
15  make sure they're in the record; right?
16     MS. GUILING:  Right.
17     JUDGE EASTON:  So make sure they are.
18     MS. GUILING:  And we were not sure
19  those had been filed with the court.
20     JUDGE EASTON:  Okay.
21     MS. GUILING:  That's why we wanted to
22  do that.
23     JUDGE EASTON:  Same thing for the
24  depositions.  I don't know if you-all -- if those
25  got -- this -- you-all just make sure that the

Page 133

1 interviews and the depositions are exhibits for
2 you, and -- and then when it's all here, I can look
3 at it.
4     MS. GUILING: Yes, Your Honor.
5     MS. STAPLES: And Your Honor, while
6 we're on the topic, with the depositions, I believe
7 they were made part of the record, and Ms. Guiling
8 [phonetic] --
9     JUDGE EASTON: They were? Okay.
10     MS. STAPLES: -- said she filed a copy
11 of the original transcripts with the court --
12     JUDGE EASTON: Okay.
13     MS. STAPLES: -- so if those have not --
14 have not been received, I can provide another
15 copy.
16     JUDGE EASTON: That's fine, and what
17 I'll do is, once I'm working on submission of this,
18 if they're not there, I'll tell you-all, and I can get
19 them; okay?
20   Did you want to call -- you said that the two
21 witnesses would just be asked one or two
22 questions. Did you want to go ahead and deal with
23 that?
24     MS. GUILING: Yes, Your Honor. May we
25 approach, please?

Page 134

1     JUDGE EASTON: Sure.
2     MS. GUILING: Clear up this matter.
3     JUDGE EASTON: Uh-huh?
4     MS. GUILING: Roy Wayne Dean was not
5 transported. He's still at Lagrange.
6     MR. CROCKER: Judge, I -- I will likely
7 accept responsibility for that. I know I had --
8     JUDGE EASTON: No. I thought my
9 secretary had tried to do that.
10     MS. GUILING: We thought we -- we
11 thought she did, too.
12     MR. CROCKER: Well, I thought so, too --
13     JUDGE EASTON: Can I --
14     MR. CROCKER: -- but now I'm worrying
15 I'm remembering the April one.
16     JUDGE EASTON: Can I suggest
17 something, because you don't -- you know, look.
18 You -- you can have a situation with him; right?
19 Everybody's got a situation with him. But first of
20 all, if he's going to give me testimony, I'm going to
21 have to advise him of his Fifth Amendment rights.
22     MS. GUILING: Yes.
23     JUDGE EASTON: Okay. And -- and let's
24 just -- let -- let me just make sure, give everybody
25 a chance to be candid. I mean, you expect he'd be

Page 135

1 difficult as a witness.
2     MS. GUILING: He's not difficult.
3     JUDGE EASTON: He just wants to go on
4 and on, explaining?
5     MS. GUILING: He just likes to talk.
6     MR. CROCKER: He likes an explanation,
7 yes.
8     MS. GUILING: Yeah. He likes to
9 explain. He's very calm --
10     JUDGE EASTON: You know, with all
11 the --
12     MS. GUILING: -- not difficult at all.
13     JUDGE EASTON: -- let me -- let me
14 suggest this, because he's at Lagrange; right?
15     MS. GUILING: Yes.
16     JUDGE EASTON: Why couldn't we deal
17 with the security issues and everything else -- I
18 know we've done -- I know you all didn't like it, but
19 we did depositions in this case. I think it's going
20 to end up being helpful for both sides, actually.
21   But why couldn't we re -- why couldn't we get
22 his testimony in the record in some way --
23 obviously, we're not going to, today, because I
24 didn't bring it. Do you-all want to talk about it
25 after we just finish up these two short witnesses

Page 136

1 and then figure out, what do you want to do about
2 the fact he's not here. I mean, we had him here
3 the one day --
4     MS. GUILING: Yeah.
5     JUDGE EASTON: -- and so when -- you
6 know, this happens to me all the time, folks, so
7 trust me.
8     MS. STAPLES: Maybe -- maybe make it a
9 habit of making sure we call him, because we can
10 never rely on --
11     JUDGE EASTON: No. I mean, even if
12 you call him --
13     MS. STAPLES: Well, that's very true.
14     JUDGE EASTON: -- I -- I've been in a
15 fight with a certain county north of me, where
16 that's a problem.
17     MR. CROCKER: When -- when we had
18 him last week he was aware of it --
19     MS. GUILING: Yeah.
20     MR. CROCKER: -- and it was his
21 understanding he would be here.
22     MS. STAPLES: M-hm. And Your Honor,
23 if you -- but I don't --
24     JUDGE EASTON: Maybe it's a good thing
25 he's not, in some ways, just for you-all to deal

Page 137

1  with him.
2      MS. GUILING:  Yeah.
3      MS. STAPLES:  And I don't know if it's
4  what Your Honor is suggesting, but I was thinking
5  the security issues -- that Lagran -- the Oldham
6  County courthouse is equipped for transport over
7  from the prisons.  And they do it regularly.  And I
8  know Judge Conrad --
9      JUDGE EASTON:  Oh, yeah.  Because
10  Judge Conrad has to do --
11      MS. STAPLES:  -- has been
12  accommodating the whole docket --
13      JUDGE EASTON:  -- she has to do all
14  kinds of dockets with prisoners.
15      MS. STAPLES:  -- the prison dockets,
16  and she's very accommodating.
17      JUDGE EASTON:  So why don't we think
18  of doing that, instead of coming back here to Clark
19  County, and then we've got security issues, and
20  everybody's scared of this guy, and so forth,
21  and -- maybe that's the better thing -- maybe
22  that's a good thing it happened this way.  I don't
23  know.
24      MS. GUILING:  Okay.
25      JUDGE EASTON:  But let's go ahead and

Page 138

1  finish up what we can --
2      MS. GUILING:  Okay.
3      JUDGE EASTON:  -- with the two
4  witnesses you have.
5      JUDGE EASTON:  All right.  Call your
6  next witness.
7      MS. GUILING:  Regina Alexander.
8      JUDGE EASTON:  Regina Alexander.
9  Okay.  Ms. Alexander -- are you Ms.
10  Alexander?
11      THE WITNESS:  Yes, Your Honor.
12      JUDGE EASTON:  Come on up and have a
13  seat on this chair here.
14      THE WITNESS:  Okay.
15      JUDGE EASTON:  They have promised me
16  they don't have much questions for you, so I'm
17  going to hold them to that; all right?
18      THE WITNESS:  Okay.
19      JUDGE EASTON:  Go ahead and be
20  seated there, and will you take an oath, please.
21  REGINA ALEXANDER, after having first been duly
22  sworn, is examined and testifies as follows:
23  EXAMINATION
24  BY MS. GUILING:
25      **Q.  Good morning, Ms. Alexander.**

Page 139

1      A.  Good morning.
2      **Q.  What was your maiden name?**
3      A.  Self.
4      **Q.  Self?  Was Janice Kaye Williams your**
5  **sister?**
6      A.  Yes.
7      **Q.  And where did you live in June 1980?**
8      A.  On 336 Third Street.
9      **Q.  Third Street.**
10      A.  In Guthrie.
11      **Q.  In Guthrie.  Did anybody else live there?**
12      A.  My mom, my dad, my little sister, my
13  brother, and Kaye.
14      **Q.  Okay.  Now, how old were you in**
15  **June 1980?**
16      A.  I was about to turn 17.
17      **Q.  And how old was Kaye?**
18      A.  21.
19      **Q.  Now, I'm not going to ask you to relive**
20  **the events of June 29th and 30th, 1980.  But I'm**
21  **going to ask you some questions, based on**
22  **statements of alleged witnesses in this case;**
23  **okay?  You do recall the events of those days.**
24      A.  Yes, ma'am.
25      **Q.  Do you know who Roy Wayne Dean is?**

Page 140

1      A.  No.  No, ma'am.
2      **Q.  Have you heard of him?**
3      A.  Yes, ma'am.
4      **Q.  Did you know him in June 1980?**
5      A.  No, ma'am.
6      **Q.  Would you have known who he was if -- if**
7  **you just saw him.  Do you recall ever seeing him**
8  **and being told who he was?**
9      A.  I was.  I have -- I have been told, but I --
10  he was across the street, and I really couldn't tell
11  what he looked like.
12      **Q.  Okay.  Now, you say he was across the**
13  **street.  When and where were you at that time?**
14      A.  I was at the Dairy Dip with my sister and
15  her best friend.
16      **Q.  Is that in Guth --**
17      A.  Yup.
18      **Q.  -- was that in Guthrie?**
19      A.  That's in Guthrie.
20      **Q.  Okay.**
21      A.  And my sister's friend's name was Jean,
22  and she just said something about, it looked like
23  we had an admirer.  And they just said that it was
24  Roy Dean, but they didn't know anything about
25  him.

GRAHAM 003820

Page 141

1  Q.  Now, you say "they" --
2  A.  Well, Kaye --
3  Q.  -- do you recall who said that?
4  A.  -- Kaye said that it was Roy Dean.  She
5 didn't know him, but she knew who he was -- she
6 had heard of him and just knew him when she seen
7 him.
8  Q.  Okay.  Did she ever say anything about
9 being scared of him --
10  A.  Oh, no, ma'am.
11  Q.  -- at that time or any other time?
12  A.  No, ma'am.  Not -- no, ma'am.
13  Q.  Were you aware that during that summer,
14 Kaye was spending some of her time at Norman
15 Graham's trailer.
16  A.  Yes, ma'am.  She usually spent the night
17 with him.
18  Q.  And you say "usually."  During what time
19 period?
20  A.  Well, when he would come home from
21 work, because --
22  Q.  Well, let me say, how many months
23 during --
24  A.  Oh, I think -- I think it was about six
25 months, maybe January up until this happened.

Page 142

1  Q.  Okay.  Did Kaye ever mention to you
2 anything about anybody peeking in the windows --
3  A.  No, ma'am.
4  Q.  -- of the trailer while she was there?
5  A.  Most of the time, she was at my sister's
6 house -- trailer, which is next door to Norman's.
7  Q.  Was that Judy?
8  A.  That's Judy.
9  Q.  Blick?
10  A.  Judy Blick.  And if Norman wasn't home,
11 she would go there.  Because I spent a lot of time
12 there, too.
13  Q.  And Judy lived right next door to Norman?
14  A.  M-hm.
15  Q.  So how often do you think you were at the
16 trailer park during that June?
17  A.  I was there on a daily basis, because I
18 was at Judy's.
19  Q.  You were out of school for the summer.
20  A.  Yes, ma'am.
21  Q.  Were you there weekdays, weekends --
22  A.  Yes, ma'am.
23  Q.  -- at night, all of the above?
24  A.  I was there most of the time during the
25 day.  If I wasn't going to spend the night, I would

Page 143

1 probably go home around 6 or something like that.
2  Q.  During any of your visits to your sister
3 Judy, do you recall ever seeing Roy Wayne Dean?
4  A.  No, ma'am.
5  Q.  Do you know Barbara Keaton?
6  A.  No, ma'am.
7  Q.  Do you know Renee Dean?
8  A.  No, ma'am.
9  Q.  So you would not know if you ever saw
10 those two people while you were at Judy's or not.
11  A.  No, ma'am.
12  Q.  Now, this court has heard -- heard
13 testimony from Barbara Keaton that she was 14 at
14 the time of Kaye's murder, and she and Kaye hung
15 out together, swimming and sunbathing quite a bit.
16 And you say Kaye was 21 at the time.
17  A.  Ma'am, that's impossible.
18  Q.  Why do you say that?
19  A.  Because my sister would not hang out
20 with someone younger than her.  She had younger
21 siblings, and she did not want us hanging out with
22 people older than us.  She had a daughter.  She
23 did not want her daughter hanging out with
24 someone that was much older than her.  And if she
25 had been friends with her or knew her, Judy or I,

Page 144

1 one, would have known it.  So I don't even know
2 who this girl is, and you will never make me
3 believe that my sister hung out with a 14-year-old.
4 Because if I was hanging out with someone that
5 was five or six years older than me, she would
6 have had a fit.
7  Q.  Did you ever go swimming with Kaye at a
8 pool at a motel --
9  A.  No, ma'am.
10  Q.  -- there in Guthrie?  Did you ever know
11 Kaye to go swimming there?
12  A.  I'm not for sure.
13  Q.  Okay.  Did you personally hang out with
14 Kaye much, outside of your home or Judy's home?
15  A.  Well, I mean, we would go shopping, we'd
16 go out to eat and do different things.  She -- she
17 worked a lot, so she --
18  Q.  Was she working in June 1980?
19  A.  Yes, ma'am.
20  Q.  Do you remember where she was working?
21  A.  I think it was the -- the Frito-Lay truck.
22  Q.  Do you -- do you remember, was it a
23 weekday, weekend job?  Days, nights?
24  A.  I know it was Monday through Friday.  If
25 she was needed on Saturday, she would work.

GRAHAM 003821

Page 145

1   Q.  Okay.  Did you go to the trailer park on
2  June 29th, 1980?
3   A.  I went that night.
4   Q.  Did you go earlier in the day for any
5  reason?  Specifically, did you go to your sister
6  Judy's house?  Did -- did someone take your
7  mother there?
8   A.  Oh, Kaye took Mother there.
9   Q.  Kaye took your mother to Judy's house.
10   A.  Yes, ma'am.
11   Q.  Do you know about what time of day that
12  was?
13   A.  I really don't remember.
14   Q.  So what time did you go to the trailer
15  park that day?
16   A.  I was supposed to go pick her up at 9:30.
17   Q.  And when you say "her," you're referring
18  to your mother?
19   A.  My -- my mother.  I was supposed to pick
20  Mother up at 9:30.
21      JUDGE EASTON:  I'm -- I'm going to say
22  the same thing to you, I did to them.  Which is,
23  this is testimony we've heard before; all right?
24  About Mom being dropped off, time -- and that was
25  all in the record beforehand.

Page 146

1      MS. GUILING:  Okay.  Yes.  Yes, Your
2  Honor.
3      JUDGE EASTON:  All right.
4      MS. GUILING:  Some of this, however --
5      JUDGE EASTON:  I -- I gotcha.
6      MS. GUILING:  -- is not.
7      JUDGE EASTON:  I know where you're
8  getting to, but I'm -- again, just like I said to
9  them --
10      MS. GUILING:  Right.
11      JUDGE EASTON:  -- let's get to it.
12      MS. GUILING:  Right.
13  BY MS. GUILING:
14   Q.  So you say about 9:30 p.m.
15   A.  Yes, ma'am.
16   Q.  Did you go inside Judy's home?
17   A.  No, ma'am.  I just went up to the trailer
18  door and told Mother that I was there.
19   Q.  Okay.  And then you waited outside.
20   A.  I waited for about 20 minutes.
21   Q.  For about 10 minutes.
22   A.  20.
23   Q.  20 minutes.  So did -- while you were
24  waiting outside, were you inside your car or
25  outside?

Page 147

1   A.  No, ma'am.  I sat on the hood of my car.
2   Q.  During that time period, approximately
3  between 9:30 and 10, did you see any other person
4  outside?
5   A.  No, ma'am.  It was dark, and it was kind
6  of eerie, because it was just so quiet.
7   Q.  Very quiet?
8   A.  Yes, ma'am.
9   Q.  Did you see any children playing outside?
10   A.  No, ma'am.  I didn't see anybody.  I didn't
11  even see a car go by.
12   Q.  Did you hear anybody talking, yelling,
13  playing?
14   A.  No, ma'am.
15      MS. GUILING:  Pass the witness.
16      JUDGE EASTON:  Okay, I'm sorry.  Can
17  you specify the time that you were referring to?
18  Because that's -- that's where you were
19  getting.  9:30, dropped off, et cetera.  What time
20  were you saying?
21  BY MS. GUILING:
22   Q.  What -- what time did you and your
23  mother leave Judy's house?
24   A.  It takes about five minutes to get home
25  from Judy's, and we got home at 10:00, because

Page 148

1  the news was just coming on.
2   Q.  So you were there from
3  approximately 9:30 to 9:55 p.m.
4   A.  It was some -- it -- I know it was
5  between 9:30 and 10, because I was -- I was
6  supposed to pick her up at 9:30, and then we got
7  home about 10.  And it's about five minutes from
8  Ju -- our house was five minutes from Judy's
9  house.
10   Q.  Thank you.
11      JUDGE EASTON:  That's what I
12  remembered.  I just wanted to make sure.  Any
13  questions for this witness?
14      MS. STAPLES:  Yes, Your Honor.
15  EXAMINATION
16  BY MS. STAPLES:
17   Q.  Hi, Ms. Alexander.
18   A.  Hey.
19   Q.  I'm Amy Staples.  Let me get to this
20  quickly.
21   A.  Okay.
22   Q.  I want to make sure that I'm accurate
23  when I say that you gave a statement to Detective
24  Silfies in both 2006 and 2017; is that correct?
25   A.  Yes, ma'am.

Page 149

1   Q.  But you had never given a statement
2  about this matter before then?
3   A.  No, ma'am.
4   Q.  And you didn't speak with any police
5  before then?
6   A.  No, ma'am.
7   Q.  But you continued to live at your mom's
8  house until you were 23 years old; is that correct?
9   A.  Maybe 22.
10  Q.  Okay.
11  A.  I lived next door, so I'm not exactly sure.
12  Q.  I understand.  Sure.  I understand.  So 22
13  or 23.
14  A.  Yes, ma'am.
15  Q.  And that's what you testified to at trial,
16 because you did testify at the 2008 trial in this
17 case; correct?
18  A.  M-hm.
19  Q.  Okay.  But you did not in 1981?
20  A.  No, ma'am.
21  Q.  And why was that?
22  A.  I don't know.
23  Q.  No one asked you?
24  A.  [no audible response]
25  Q.  Okay.  So let's talk about your 2006

Page 150

1  statement really quickly.  You recalled giving that
2  statement to Detective Silfies.
3   A.  M-hm.
4   Q.  And in that statement, do you recall
5  stating that you thought Linda Chapman could be
6  responsible for your sister's death?
7   A.  No.  I didn't tell him that.  I told him -- he
8  said, did I know of anybody -- I thought he said,
9  did I know of anybody that didn't like her.
10  Q.  Okay.
11  A.  Then I said, she acted like she didn't like
12 her.
13  Q.  Do you think it's possible that you -- you
14 said that you thought she could be responsible?
15  A.  I mean, I could have.
16  Q.  Okay.
17     MS. STAPLES:  I believe that statement's
18 part of the record --
19     JUDGE EASTON:  Yeah, it was.
20     MS. STAPLES:  -- Your Honor.
21     JUDGE EASTON:  I -- I've already heard
22 that.
23 BY MS. STAPLES:
24  Q.  So in 2017, you then met with Detective
25 Silfies --

Page 151

1   A.  M-hm.
2   Q.  -- to give another statement.
3   A.  M-hm.
4   Q.  Was that in April of this year?
5   A.  I think so.
6   Q.  Where did that -- where did you give that
7  statement?
8   A.  In Russellville.
9   Q.  Where in Russellville?
10  A.  At Ms. Gail Guiling's office.
11  Q.  Okay.  The Commonwealth attorney's
12 office?
13  A.  Yes, ma'am.
14  Q.  Who else was present during that
15 statement?
16  A.  I don't know the other guy's name.
17  Q.  Okay.  Who was the guy that you were
18 referring to, that you do know?  Detective Silfies?
19  A.  Silfies -- Detective Silfies was there, and
20 there was some other man.
21  Q.  Okay.  Could it be Detective Smith, who's
22 sitting there?
23  A.  Yes.
24  Q.  Okay.
25     JUDGE EASTON:  Could -- wait.  Could

Page 152

1  be or is?  All right.  In other words, looking at him,
2  is that who was there, or -- or do you know?  That
3  man over there.  You said, could be, yes.  Is it him
4  or not?
5   A.  I don't -- I don't --
6     JUDGE EASTON:  Don't know?
7     MS. STAPLES:  Okay.
8   A.  -- even remember looking at the guy --
9     JUDGE EASTON:  That's fine, that's what
10 I wanted to make sure of.
11  A.  -- because he was sitting at a desk --
12     JUDGE EASTON:  That's what I wanted to
13 make sure.
14  A.  -- with his back to me.
15     JUDGE EASTON:  Okay.  All right.  Go
16 ahead.
17 BY MS. STAPLES:
18  Q.  Okay.  And your sister Judy was there
19 that day as well?
20  A.  Yes.
21  Q.  And she gave a statement?
22  A.  I'm pretty sure she did.
23  Q.  And you spoke to the Commonwealth
24 attorney that day?
25  A.  Yes, ma'am.

Page 153

1   Q.  And what did you speak about?
2   A.  She just said that some witnesses have
3   come forth and that there was going to be a
4   hearing.
5   Q.  Did you talk about what you were going to
6   focus on in this statement?
7   A.  We might -- she just said they were going
8   to ask me about the night that I went to the trailer,
9   that -- that I went to get Mother.
10   Q.  Okay.  Did she tell you that you were --
11   there -- she was going to -- or the detectives were
12   going to ask you as to whether or not you had seen
13   anyone outside that night?
14   A.  I just know she said they were going to
15   talk to me and ask me some questions.
16   Q.  Okay.  So in that statement, that's the
17   first time that you mentioned that you had sat
18   outside for 20 minutes, waiting on your mom to
19   come out; is that correct?
20   A.  I don't know if that's correct or not --
21   Q.  Okay.
22   A.  -- because it was between 9:30 and 10.
23   Q.  Okay.  But when you gave your statement
24   in 2006, you didn't mention sitting outside for 20
25   minutes to wait on your mom.

Page 154

1   A.  No.  I think -- I think what I told him was,
2   is that I had to pick her up at 9:30.  It took five
3   minutes to get to my sister's house, and that I sat
4   out there on my car until my mother got ready to
5   leave, and I want to say -- and we got home
6   at 10:00.  I'm not exactly sure what I said,
7   because it's --
8   Q.  I understand.  It's been a while.
9   MS. STAPLES:  And Your Honor, again,
10   that statement is in the record.
11   JUDGE EASTON:  Right.
12   BY MS. STAPLES:
13   Q.  So just to follow up on that, you said you
14   had testified previously at 2008 at the second trial
15   in this case.
16   A.  Yes, ma'am.
17   Q.  And you did not mention anything about
18   sitting outside at the 2008 trial; right?
19   A.  Did I not say I sat on my car?
20   Q.  No, ma'am.  You did not.  You don't recall
21   not mentioning that fact at the 2008 trial?
22   A.  Well, I mean, I -- not really, because
23   that's what I did, was sat out on my car.
24   Q.  Okay.  Well, again, that -- that is part of
25   the record.

Page 155

1   A.  I had a white '63 Buick, and I sat out on
2   the hood of the car.
3   Q.  Okay.  Just a couple quick questions, and
4   then I'll be done.  You said that your sister stayed
5   both at Norman's trailer and at your mom's
6   trailer --
7   A.  M-hm.
8   Q.  -- correct?
9   A.  No.  My mom's home -- our home.
10   Q.  Your mom's home.  And your -- she would
11   come to your mom's home every day?
12   A.  Yes.  Because she would bathe.  All her
13   clothes, everything was at the house, even her
14   toothbrush.
15   Q.  Okay.  So she didn't have any belongings
16   at Norman's trailer?
17   A.  Hm-m.  No, ma'am.
18   Q.  Okay.  And so all of her clothes were --
19   were at your mom's.
20   A.  Yes.  In her bedroom.
21   Q.  So if she stayed the night at Norman's, I
22   guess she would put -- put -- put the clothes back
23   on, that she'd worn the night before --
24   A.  Yes, because --
25   Q.  -- before she came up.

Page 156

1   A.  -- because she would come home and take
2   a shower and get ready to go to work.
3   Q.  Okay.  Just a second, please.
4   MS. STAPLES:  No further questions,
5   Your Honor.
6   JUDGE EASTON:  All right.  Anything
7   else, Commonwealth?
8   MS. GUILING:  Yes.
9   RE-EXAMINATION
10   BY MS. GUILING:
11   Q.  Ms. Alexander, just to clarify, when you
12   gave your statement to Detectives Smith and
13   Silfies at my office, was anyone else present
14   during the time you gave your statement?
15   A.  No, ma'am.
16   Q.  Okay.  That's all.
17   JUDGE EASTON:  Okay.  All right.
18   MS. STAPLES:  Nothing further, Your
19   Honor.
20   JUDGE EASTON:  And thank you very
21   much for coming back in --
22   THE WITNESS:  Thank you.
23   JUDGE EASTON:  -- today.  You're free
24   to go.
25   [WHEREUPON, the Testimony of Regina

GRAHAM 003824

---

Page 157

1 Alexander concludes at 11:59 a.m.]
2 And your next witness.
3     MS. GUILING: Judy Blick.
4     JUDGE EASTON: All right. Judy Blick.
5 Now, she's the one that came from out-of-state,
6 and we -- we tried to get her. She had to come
7 back. Is that -- is that the same one?
8     MS. GUILING: Yes, Your Honor.
9     JUDGE EASTON: Okay.
10     MS. GUILING: If I could step out just a
11 moment --
12     JUDGE EASTON: Right.
13     MS. GUILING: -- we were informed she
14 would be here.
15     JUDGE EASTON: Yeah. I think they're
16 getting her. There she is.
17     MS. GUILING: Yes.
18     JUDGE EASTON: Okay. All right.
19 Ma'am, come on up here, through that gate, and to
20 this chair here in front of me. Okay. And go
21 ahead and have a seat in that chair, there. I'm
22 going to ask you to take an oath.
23 JUDY BLICK, after having first been duly sworn, is
24 examined and testifies as follows:
25 EXAMINATION

Page 158

1 BY MS. GUILING:
2     Q.  Good morning, Ms. Blick.
3     A.  Good morning.
4     Q.  And -- and Ms. Blick, what is your maiden
5 name?
6     A.  Abney.
7     Q.  Abney. And at one point, were you known
8 as Judy Stakely [phonetic]?
9     A.  Yeah. But I'd rather forget that.
10     Q.  And you go by --
11     JUDGE EASTON: And -- and I've read
12 that testimony, too --
13 BY MS. GUILING:
14     Q.  -- Judy Blick now?
15     A.  Yes.
16     JUDGE EASTON: -- so don't make her go
17 back through all that.
18 BY MS. GUILING:
19     Q.  All right. And Janice Kaye Williams was
20 your sister; is that correct?
21     A.  Yes, ma'am.
22     Q.  How old were you in June of 1980?
23     A.  30.
24     Q.  Do you recall the events of June 29th
25 and 30th, 1980?

Page 159

1     A.  Yes, ma'am.
2     Q.  I'm not going to ask you to recount that.
3 I'm just going to ask a few questions that you may
4 not have been asked before.
5     Do you know who Roy Wayne Dean is?
6     A.  No, ma'am.
7     Q.  Did you know him -- do you recall ever
8 knowing who he was?
9     A.  I've heard his name, but I nev -- I -- as
10 far as I know, I've never laid eyes on him.
11     Q.  Okay. Did -- did your sister Kaye ever
12 mention him to you?
13     A.  No.
14     Q.  Did she ev -- she never made -- she never
15 told you that she was scared of this guy named
16 Roy Wayne Dean.
17     A.  No. And if she had been, she would have
18 told me.
19     Q.  And -- and why do you say that?
20     A.  Because anything that happened with
21 Kaye, anyth -- good or bad, I was her go-to.
22     Q.  Okay. So did she -- did she spend much
23 time with you in June of 1980?
24     A.  Yes.
25     Q.  At your home?

Page 160

1     A.  Yes.
2     Q.  How often would you say she was there,
3 that night?
4     A.  I'm not even going to answer that,
5 because I do not know.
6     Q.  Okay. Was it frequent?
7     A.  Yes.
8     Q.  Now, did Kaye ever mention anything to
9 you during that summer about anybody peeking in
10 the windows of Norman Graham's trailer?
11     A.  [laughs] I -- no, ma'am.
12     Q.  Do you know Barbara Keaton?
13     A.  Bar -- who?
14     Q.  Barbara Keaton. She would have been
15 Barbara Dean in the summer of 1980. She -- she
16 would have been about 13, then.
17     A.  I don't think so.
18     Q.  Okay. Do you know Renee Dean? Would
19 have been about 13 or 14 in the summer of --
20     A.  No.
21     Q.  -- 1980?
22     Did you know a couple that lived in that trailer
23 park, Junior and Betty Dean?
24     A.  No.
25     Q.  Now, where did you live in relation to

GRAHAM 003825

Page 161

1  Norman Graham's trailer?
2    A.  Right next door.
3    Q.  In your knowledge of and experience with
4  Kaye, did you know her to hang out with young
5  teenagers?
6    A.  No, ma'am.  I never knew that.  She never
7  said anything to me about it.
8    Q.  And you never witnessed anything like
9  that?
10   A.  No, ma'am.
11   Q.  Okay.  Now. . . I'm trying to skip over
12  everything that's already in the record.  It's been
13  noted in the record that you looked out your
14  window about 10:15, on the night of June 29th --
15   A.  Yes, ma'am.
16   Q.  -- and that you had gotten up to get a
17  drink of water, and you looked out your window
18  about 12:20 --
19   A.  Yes, ma'am.
20   Q.  -- p.m. [sic].  Are both those statements
21  correct?
22   A.  Yes, ma'am.
23   Q.  Okay.  At either time, when you looked
24  out the window, did you see or hear any children
25  or teenagers playing outside?

Page 162

1    A.  No.
2    Q.  Did you hear anybody talking or yelling or
3  playing?
4    A.  No, ma'am.
5    Q.  You have -- did you hear a scream during
6  that time period, or did you hear a scream at any
7  time, then?
8    A.  No, ma'am.  I didn't even hear me
9  scream.
10   Q.  And when -- were you close enough to
11  Norman Graham's trailer, you would have heard a
12  scream?
13   A.  Yes, ma'am.  Because I was close enough
14  to his trailer that every night, they played some
15  kind of music, and I could hear the music.
16   Q.  You're talking about Norman and Kaye.
17   A.  As far as I know, it was Norman and
18  Kaye.
19   Q.  I mean, from Norman's trailer.
20   A.  Yes.  And if I'd have -- if she had a
21  scream, I would have heard it.
22   Q.  Were you easily awoken during that time?
23   A.  Ma'am?
24   Q.  Were you easily awoken during that time?
25   A.  Oh, yes, ma'am.  Because I had a

Page 163

1  newborn baby.
2    Q.  So did you have baby monitors?
3    A.  So you would hear her [sic], when your
4  baby call -- cried in the middle of the night.
5    Q.  Yeah.  Because he -- he slept at the foot
6  of my bed in a -- a baby bed.
7      MS. GUILING:  Pass the witness.
8      JUDGE EASTON:  Okay.  Any questions?
9      MS. STAPLES:  These will be _____.
10  EXAMINATION
11  BY MS. STAPLES:
12   Q.  You spoke to Ms. Guiling before coming
13  in to testify today; correct?
14   A.  Do what?
15   Q.  You didn't meet -- you met with Ms.
16  Guiling before you came to testify today.
17   A.  Yes.
18   Q.  You met with her in her office?
19   A.  Yes.
20   Q.  You went there with Regina?
21   A.  Ye -- well, yes.
22   Q.  And you and Regina went in, and there
23  was Officer Silfies there -- or Detective Silfies?
24   A.  Yes.
25   Q.  And Detective Smith was there?

Page 164

1    A.  Yes.
2    Q.  Ms. Guiling was there.
3    A.  I had to look at him.
4      MS. GUILING:  Well, she's pointing out
5  which person you were referring to.
6  BY MS. STAPLES:
7    Q.  And there -- and -- and Commonwealth
8  attorney Guiling -- Ms. Guiling was also there; is
9  that correct?
10   A.  Yes.
11   Q.  And you spoke with Ms. Guiling before
12  going into the interview?
13   A.  Yes.
14   Q.  And she told you what you were going to
15  focus on, in your interview.
16   A.  Do what?
17   Q.  You guys talked about what you were
18  going to focus on, in your interview.
19   A.  I reckon.
20   Q.  You lived in Tiny Town in 1980?
21   A.  Yes, I did.
22   Q.  And I just want to make sure I'm doing
23  things correct.  You're on -- you're on the first
24  road, pulling into the Tiny Town --
25   A.  Yes.

GRAHAM 003826

Page 165

1  Q.  -- trailer park, off Clarks -- Clarksville
2 Road.
3  A.  Yes.
4  Q.  And your house was -- your trailer was
5 the on the right.
6  A.  Yes.
7  Q.  You were in the second trailer -- trailer?
8  A.  Yes.
9  Q.  And Norman's and Kaye's trailer was in
10 the third -- was the third one.
11  A.  Yes.
12  Q.  You called that Kaye's trailer.
13  A.  Do what?
14  Q.  You -- you would call it Kaye's trailer,
15 where she and Norman stayed.
16  A.  Well, I usually called it Norman's trailer.
17  Q.  It was also Kaye's trailer?
18  A.  I reckon.  She did -- she didn't have none
19 of her personal stuff there, but she was there at
20 night.
21  Q.  Okay.  She kept all of her stuff at Mom's
22 house?
23  A.  Yes.
24  Q.  Her clothing?
25  A.  Yes.

Page 166

1  Q.  Her personal care items?
2  A.  Yes.
3  Q.  She didn't keep any of that at Norman's.
4  A.  As far as I know, no.
5  Q.  You spoke about this a little bit earlier.
6 Your son was born on June 5th of that year?
7  A.  Yes.
8  Q.  And he was taken to the hospital for a
9 little bit.
10  A.  Yes.
11  Q.  And I don't know the medical term, maybe
12 you can correct me on it, but what it was referred
13 to was "water on the brain"?
14  A.  Hydrocephalic.
15  Q.  Hydrocephalic.
16  A.  M-hm.
17  Q.  And that required him to get some special
18 care before he came home?
19  A.  Yes.
20  Q.  And he -- it took about two weeks for him
21 to come home.
22  A.  Yes.
23  Q.  And when he did, he had -- you had
24 special care needs for him.
25  A.  Well, just had to kind of watch him.  You

Page 167

1 know, I mean, it -- you watched him a little closer
2 than you would a normal baby, but it wasn't really
3 anything special, but if he even grunted, I was
4 awake.  Because like I said, he slept in a -- a crib
5 at the foot of my bed, so I would make sure to hear
6 him.
7  Q.  So you could keep him close.
8  A.  Yes.
9  Q.  And so you could really focus on him.
10  A.  Yes.
11  Q.  Yeah.  You had him right there.
12  A.  Yes.
13  Q.  And so he would have been home around
14 June 20th of that year?
15  A.  Yeah.
16  Q.  And he -- you also had a daughter in the
17 house.
18  A.  Yes.
19  Q.  Toddler?
20  A.  Do what?
21  Q.  Was she a toddler?
22  A.  No.
23  Q.  What year was she born?
24  A.  She was born -- I don't -- 1989.  No.
25 Yeah.

Page 168

1  Q.  Maybe '79?
2  A.  '79.  I knew it was a 9.
3  Q.  And -- and on -- on June the 29th, you --
4 you had your in-laws visiting, that day.
5  A.  Yes.
6  Q.  Both of Ralph's parents were there?
7  A.  Well, his mom and stepdad.
8  Q.  Mom and stepdad.  And they got there
9 earlier in the afternoon.
10  A.  Yeah.
11  Q.  Before it got dark.  Before it got dark,
12 they arrived?
13  A.  Oh, yes.
14  Q.  And they were there to see you.
15  A.  See us.
16  Q.  See -- obviously, see the new baby.
17  A.  Yeah.  I'm sorry, my -- my -- my daughter
18 was born 1968.
19  Q.  '68, okay.
20  A.  Yeah.
21  Q.  And it was a three-bedroom trailer?
22  A.  No.
23  Q.  Two?
24  A.  Two.
25  Q.  Two-bedroom.  One bath?

GRAHAM 003827

Page 169

1    JUDGE EASTON:  Okay.
2       MS. STAPLES:  I'm just -- Your Honor,
3  I'll move on.  Sorry.
4  BY MS. STAPLES:
5    Q.  So your mother was -- your mother-in-law
6  was in the house, your father -- your
7  stepfather-in-law was in the house, and at some
8  point your mother came over as well.
9    A.  Yes.  Kaye brought her there.
10   Q.  Okay.  This was in your -- in your trailer.
11 Everyone was in there, and your  --
12   A.  Yes.
13   Q.  -- mother stayed until past dark.
14   A.  Yes.
15   Q.  And your in-laws left a little before then.
16   A.  Kaye didn't come back.  She said she was
17 going to look for Norman.  And she told Mom, she
18 would be back in a little while.  Well, come 9:30,
19 somewhere in the vicinity of 9:30, Mom asked me
20 to call Regina to come and get her, because Kaye
21 hasn't showed up yet.
22   So Regina come.  She wouldn't come in the
23 trailer, and she stayed outside -- I think she
24 was -- said she was laying on the hood of her car,
25 waiting for Mom.  And Mom went out to leave a

Page 170

1  little before 10.
2    Q.  That's when your Mom realized she had --
3  she had arrived.
4    A.  No.  Mom knew she was there, because
5  she came to the door to let her know, but Mom kept
6  talking.  And so then a little before 10, Mom left,
7  and I watched them leave.  And then a few minutes
8  after that -- I don't know exactly what time, it was
9  around 10 -- a little after 10, maybe, the -- the --
10 his parents left.
11   He said, "Are you ready to go to bed?"  And I
12 said, "No.  I'm going to watch the weather."
13   Q.  Okay.
14   A.  So I watched Ron House [phonetic ].  I
15 got -- after Ron House, went off -- I had this weird
16 feeling, so I got up and looked out my window.
17 Kaye's car was not there.  In fact, it was nobody.
18 It was just real silent.  Her car was not there.
19 Norman's car was not there.  So I don't know -- I
20 just had a -- a funny feeling.  So anyway, I went to
21 bed.
22   A little after 12 -- around 12:20, I got thirsty.
23 I do not like water.  So I go to get some tea.  Well,
24 when I opened the refrigerator door, I looked at
25 the clock, and it was 12:20.  I drank the tea, I -- in

Page 171

1  my kitchen, the windows come like this.  I looked
2  out the window.  Kaye's car was there, but I
3  thought it was kind of weird, because if Norman
4  wasn't home, and it was dark, Kaye would come to
5  my house, and she would stay until Norman came
6  home.
7    Q.  And her car was there?
8    A.  Her car was there --
9    Q.  And Norman's car was not.
10   A.  -- at 12:20.
11   Q.  When --
12      MS. STAPLES:  -- and Your Honor, this is
13 part of the record --
14      JUDGE EASTON:  Fine.  Fine.  It's fine.
15      MS. STAPLES:  -- but I did mean to
16 address it.
17 BY MS. STAPLES:
18   Q.  Because, like, you -- you testified -- this
19 is not the first time you've testified in this case.
20   A.  No.
21   Q.  And the -- the first time you testified was
22 all the way back in 1981.
23   A.  Yes.
24   Q.  And -- and at that time, it was a little
25 over -- a little more than a year --

Page 172

1    A.  Yes.
2    Q.  -- since your sister passed.
3    A.  Yes.
4    Q.  And in that -- in that trial, you -- you took
5  an oath.
6    A.  Yes.
7    Q.  And you said you were going to tell the
8  truth.
9    A.  Yes.
10   Q.  And you did tell the truth.
11   A.  Okay.
12   Q.  And -- but did you -- did you tell the truth
13 in your testimony?
14   A.  As far as I know.
15   Q.  And so, at that time in 1981, your memory
16 then is at least as good as it is now.
17   A.  I would say so.
18   Q.  Okay.  And you wanted to tell the jury
19 everything you remembered about that night.
20   A.  Yes.
21   Q.  You wanted to answer all the questions
22 you could, as truthfully as you could.
23   A.  Yes.
24   Q.  I mean, because you wanted to make sure
25 that the jury had all the information they needed --

GRAHAM 003828

**Page 173**

1 **needed to make a decision whether or not Norman**
2 **was guilty or innocent.**
3    A. They just asked me questions, and I told
4 to the best of my ability.
5    **Q. And you told to the best of your ability.**
6 **And in -- in that trial, you were asked, you saw**
7 **Kaye's car when you looked out the window**
8 **at 10:15. And -- to which you replied that her car**
9 **was there; isn't that correct?**
10    A. I don't remember saying that, because I
11 did not see her car at 10:15.
12    **Q. One second, please, Ms. Blick.**
13       MS. GUILING: Your Honor, the
14 Commonwealth would note this is all part of the
15 record, and in fact this very issue was
16 addressed --
17       MS. STAPLES: It was.
18       MS. GUILING: -- during the 2008 trial.
19       MS. STAPLES: And that was why I noted
20 before I started that this was something that was
21 addre -- addressed previously. If Your Honor
22 would care to _____ of the _____ of the
23 transcript --
24       JUDGE EASTON: Sorry?
25 BY MS. STAPLES:

**Page 174**

1    **Q. Ms. Blick, would it su -- would it -- would**
2 **you be surprised if -- here.**
3       MS. STAPLES: I'm -- I'm just going to
4 show Ms. Blick the transcript.
5    A. [examines document]
6       JUDGE EASTON: So I guess what I'm
7 get -- this is not new information.
8       MS. STAPLES: No, Your Honor. It is not
9 new.
10       JUDGE EASTON: This is about
11 something that was said in the '81 trial --
12       MS. STAPLES: Yes, Your Honor.
13       JUDGE EASTON: -- and in the 2008
14 trial, she was asked about it.
15       MS. STAPLES: Yes, Your Honor.
16       JUDGE EASTON: What -- what is new?
17       MS. STAPLES: Your Honor, except for
18 the new statement that was made today. If Your
19 Honor would like me to stop, I would stipulate for
20 the record that the trial first, it was stated it was
21 at 10:15 that the car was seen.
22 BY MS. STAPLES:
23    **Q. And would it surprise you to learn that**
24 **I'm saying that in the first trial, that you did say**
25 **you saw your sister's car at 10:15.**

**Page 175**

1    A. Yes. Because it was not there. It -- but
2 it was there at 12:20.
3    **Q. Okay. Thank you, Ms. Blick. That's fine.**
4       MS. STAPLES: Anything else?
5 BY MS. STAPLES:
6    **Q. Thank you, Ms. Blick. That's fine.**
7       **JUDGE EASTON: Okay. Norman's car**
8 **wasn't there at either time.**
9    A. No. It was there at 12:20.
10       JUDGE EASTON: It was?
11    A. It was not there at 10:15.
12       JUDGE EASTON: Okay. That what I
13 wanted to make sure I understood.
14       MS. STAPLES: Your Honor, I must have
15 misunderstood.
16 BY MS. STAPLES:
17    **Q. So Ms. Blick, is your testimony today that**
18 **Mr. Graham's car was not there at 10:15 -- did you**
19 **look at 10:15 for cars?**
20    A. [no audible response]
21    **Q. You did.**
22    A. Yeah.
23    **Q. And at 10:15, you did not see your**
24 **sister's car?**
25    A. There was no car at Norman Graham's

**Page 176**

1 trailer.
2    **Q. And you did not see Norman Graham's car**
3 **at 10:15.**
4    A. There was -- no --
5    **Q. Last time --**
6       JUDGE EASTON: She -- she just
7 said, 10:15, there's no car there.
8    A. Thank you.
9       JUDGE EASTON: That's what she said.
10 BY MS. STAPLES:
11    **Q. But at 12:20 --**
12       **JUDGE EASTON: At 12:20, was there a**
13 **car there?**
14    A. At 12:20, Kaye's car was parked out
15 there.
16    **Q. Okay.**
17    A. Norman Graham's was not.
18    **Q. Okay. Thank you. That's where I was**
19 **confused.**
20       **JUDGE EASTON: That's -- that's what**
21 we were -- that's what I wanted to make sure of.
22       MS. STAPLES: Okay.
23       JUDGE EASTON: Okay.
24       MS. STAPLES: Sorry, Your Honor. I
25 was --

GRAHAM 003829

Page 177

1    JUDGE EASTON: No. That's all right.
2    MS. STAPLES: -- trying to make sure I
3 wasn't missing something.
4 BY MS. STAPLES:
5    Q. Thank you, Ms. Blick.
6    JUDGE EASTON: Anything else?
7 RE-EXAMINATION
8 BY MS. GUILING:
9    Q. Ms. Blick, just to clarify the issue of your
10 interview at my office with detectives. Was
11 anyone else present during the time officers were
12 interviewing you?
13 A. No.
14 Q. Okay. And were you in any way
15 instructed what to say --
16 A. No.
17 Q. -- during that interview?
18 A. No.
19    MS. GUILING: That's all I have.
20 EXAMINATION
21 BY JUDGE EASTON:
22 Q. I just want to ask you one thing.
23 A. I probably wouldn't have done what they
24 said anyway.
25 Q. All right. Let me ask you something

Page 178

1 about the -- the -- the trailer -- the trailer park
2 there. I mean, were there a lot of kids that lived
3 in the trailer park, you know,
4 between 8- and 15-year-old?
5 A. Probably, yes.
6 Q. Okay. Did you -- did you know a lot of
7 them?
8 A. No.
9 Q. Okay. So I'm -- I'm not asking you just
10 about this night -- this night that we're all talking
11 about.
12 A. Okay.
13 Q. I'm asking, do you remember anytime
14 seeing or hearing kids play after dark in the
15 neighborhood?
16 A. Dusky dark, yes. After dark, no.
17 Q. So when it was getting dusky dark, what
18 kind of games -- or what kind of things would kids
19 be doing, that you remember seeing and hearing?
20 A. I really don't know. Because --
21 Q. Okay. But you would see kids.
22 A. Yeah.
23 Q. Okay.
24 A. I'm sorry, yes, sir.
25 Q. No, that's all right.

Page 179

1    And -- but on that night, did you see or hear
2 any kids out playing?
3 A. No.
4 Q. At 10:30?
5 A. No, sir.
6 Q. 11? At 12?
7 A. No, sir.
8 Q. Okay. All right, anything else?
9 A. And I had a good clear vision of Kaye's
10 car and the front of Norman's trailer because of
11 the kitchen window I was looking out. I seen
12 nothing but the car.
13 Q. And from that angle, could you see the
14 back door of that trailer?
15 A. Norman's trailer?
16 Q. Uh-huh.
17 A. No, sir.
18 Q. You'd see the other way; right?
19 A. The front.
20 Q. You'd see the front that way.
21 A. Uh-huh.
22 Q. Okay. That's what I wanted to make sure
23 I understood.
24    JUDGE EASTON: Anybody have anything
25 else?

Page 180

1    MS. GUILING: No, Your Honor.
2    JUDGE EASTON: Ma'am, thank you very
3 much. And I apologize to you. I know you had to
4 come back down here. Sorry about it, but it was
5 unavoidable with all the --
6    THE WITNESS: Okay.
7    JUDGE EASTON: -- witnesses we had.
8 Thank you very much.
9    THE WITNESS: Uh-huh. Thank you.
10 [WHEREUPON, the Testimony of Judy Blick
11 concludes at 12:21 p.m.]
12    JUDGE EASTON: Okay. I believe that
13 other than the one witness we were talking about,
14 is that everything?
15    MS. GUILING: Yes, Your Honor.
16    JUDGE EASTON: Let me just talk to the
17 attorneys here, and we're not going to -- come up
18 here. Let's just talk about it.
19    What is happened here is that Mr. Dean -- you
20 don't need to -- you don't need to come up here.
21 Mr. Dean -- Roy Wayne Dean was ordered to be
22 brought here, or was to be ordered to brought
23 here, but when we checked to see if he had been,
24 he was not. And so he was not brought for the
25 hearing today. He was brought for the hearing on

Page 181

1 the prior day.
2   It is my concern, and I want to make sure
3 everybody understands this, I don't want any
4 delays in this case that are unavoidable -- except
5 those, rather, that are unavoidable.  And so I
6 understand that you may need to make a record of
7 what Roy Wayne Dean has to say, when he is
8 questioned about the new information that I've
9 been hearing about in this hearing.  So that's
10 obviously not going to happen today, because he is
11 in Lagrange and is not going to be brought.
12   So counsel, we were talking about the most
13 effective and time-effective way of dealing with
14 that.  I believe the circuit court in Oldham County,
15 because they have many hearings that deal with
16 Lagrange and prison inmate rights and so forth,
17 has the facility for him to be questioned there.
18 And you-all were talking -- and we were talking
19 about whether that might be the best thing to do.
20 And then after you have completed the record of
21 evidence in the case here on the motion, it can be
22 submitted to me with -- with whatever testimony
23 you get from him.  If you-all want to do that, I
24 think that would be a lot quicker than us trying to
25 do another day, getting him transported, and all

Page 182

1 the security issues with that anyway.
2   So is that what we're going to do?  You-all are
3 going to try to get whatever statement you want
4 from him in Oldham County, and you-all can do
5 that as soon as you can get a date available to do
6 that.
7       MS. STAPLES:  I'm happy to contact the
8 judges out in --
9       JUDGE EASTON:  Well, I -- I -- I Judge
10 Conrad and I were classmates, and so I have no
11 problem myself of even saying, "Hey, we -- this is
12 the situation.  When can they --," when can
13 you-all -- "come up there and get the statement?"
14       MS. GUILING:  Your -- Your Honor, if I
15 may clarify, are we doing this not like a hearing,
16 in this capacity --
17       JUDGE EASTON:  No.
18       MS. GUILING:  -- but in -- more in the
19 form of a deposition?
20       JUDGE EASTON:  Yeah.  So you-all can
21 get the testimony you want -- or -- or that both of
22 you might want.  I do, of course -- I would say that
23 if you're doing that, he must be advised of his
24 Fifth Amendment rights.  In the circumstances of
25 this case, he would have to be advised that

Page 183

1 anything he says can be used against him, before
2 he is asked any questions.  I don't -- I don't know
3 if they -- I don't know what kind of arrangements
4 they have in Oldham County as far as an -- an
5 attorney being standby there.  I don't know.  I
6 don't know what you-all would do about that,
7 but. . .
8   I -- I just want to -- I recognize for everybody
9 involved in this that this has been a journey of
10 many decades.  And we need to, one way or the
11 other -- whatever is the right way, we need to
12 bring finality to this, one way or the other,
13 whatever it is.  And I want to do that as quickly as
14 we can, but not in such a hurry that we don't get
15 the right result.
16   That -- that's my point to all of you-all.  And
17 that's why I read everything and looked at
18 everything before I even sat in hearing, so I could
19 know what exactly is new, what is not new, and
20 consider how that plays into the rules.
21   So with that being said, let's talk about once
22 you get his statement -- which I would imagine
23 would be video-recorded up there.
24       MS. STAPLES:  We did last time
25 [phonetic].

Page 184

1       JUDGE EASTON:  Yeah.  How do you-all want
2 to get this case submitted to me?  How -- how do
3 you want to approach that, so that you each have
4 your argument about what the evidence has been?
5 Any thoughts on that?
6       MS. STAPLES:  Your Honor, well, we --
7 we had prepared oral summation of the case,
8 hoping to get through the hearing today.
9       JUDGE EASTON:  Oh, okay.  Well, that
10 didn't work.
11       MS. STAPLES:  But now we're not, so we
12 would request some way  to put that into writing
13 for Your Honor, following receiving Roy Wayne
14 Dean's --
15       JUDGE EASTON:  Or -- or -- you know,
16 and -- and -- and that's fine too.  Oral summation
17 would probably be quicker, but now you have to
18 wait until you hear what Mr. Dean has had to say.
19 Did you-all have any thoughts on how you wanted
20 to submit this?
21       MS. GUILING:  Your Honor, the -- the
22 Commonwealth had actually considered briefing.  I
23 suppose --
24       JUDGE EASTON:  Okay.  So we've got
25 both of those options.  Let -- let me say this --

GRAHAM 003831

Page 185

1 something about this, because oral submissions
2 are sometimes -- and -- and don't take this the
3 wrong way.  Sometimes they're not focused on the
4 right -- on -- on what I need to get to.  I think
5 oral -- I think a written submission would be
6 better, and here's -- here's what I'm asking you-all
7 to do.
8   Given what the rule is on what has to be
9 shown here, there are two issues to address.  One
10 is, is the new evidence -- evidence that has not
11 been part of the whole file before, but any new
12 evidence -- is it of such value, when -- when taken
13 as a whole, that if it were heard by the jury that
14 heard the other evidence, there would be a
15 likelihood or probability of a different result.
16 Now, have I misstated what the standard is?
17     MS. GUILING:  That's --
18     MS. STAPLES:  That's the best --
19     JUDGE EASTON:  That's the standard we
20 all have to apply; right?  That's the first question,
21 so I -- I'm suggesting you-all do this.  There's a
22 lot of information.  You could sort of do it as a
23 closing argument summary.  Do you understand
24 what I'm saying?  Each of you, take your timeline
25 of, like, here's why -- for the Commonwealth,

Page 186

1 here's why the result is sound, the new evidence
2 either does or doesn't do this, and for the defense
3 to say, here's why the result of Mr. Graham's trial
4 is not sound, the evidence that's new would do
5 this.
6     MS. STAPLES:  Okay.
7     JUDGE EASTON:  And sort of in a
8 chrono -- chronological -- or in a timeline would be
9 the best way, I think, to get your points across on
10 that.
11   The second factor, of course, is -- as I've
12 said, I cannot ignore this factor, I think I have to
13 consider it -- is, the -- the standard for 60.02
14 includes a reasonableness of its filing.  And that
15 can't be measured in pure time frame -- it's 30
16 years or 10 years or whatever in this case -- but it
17 has to be based on the facts and circumstances of
18 your case.
19   And the question you have to answer is, could
20 the defense, with reasonable diligence, have
21 discovered this evidence in a time frame where it
22 could have been presented in a prior motion or by
23 way of a prior motion?  So you know, that -- that, I
24 think you have to address one way or another.
25   And that's the two things you need to address.

Page 187

1 I think if we approach it that way, we're going to
2 get into focus and get the right -- right result;
3 okay?  Does that sound like a reasonable approach
4 to you-all?
5     MS. STAPLES:  Yes, Your Honor.
6     MS. GUILING:  Yes, Your Honor.
7     JUDGE EASTON:  Okay.  So why don't
8 you-all -- I will call Judge Conrad and just ask her,
9 "How would you do this?"  And I can get an email
10 to you-all and say, "Here's what Judge Conrad had
11 to say."
12     MS. STAPLES:  That's fine.
13     JUDGE EASTON:  And maybe she'll give
14 me the number of who you should call to arrange
15 that.  And then as soon as you-all are done with
16 getting his testimony, whatever it might be, and
17 you've had to consider it, how much time do you
18 want to do what we're talking about, this summer?
19 That -- that's what I'm getting at.  It's a lot of
20 information.
21     MS. STAPLES:  Your Honor --
22     JUDGE EASTON:  Just -- I've -- I've got
23 a ream of just my own notes.  So what's the time
24 frame?  You want to wait and see when you get
25 that scheduled, and then you-all tell me what you

Page 188

1 want to do?
2     MS. STAPLES:  Your Honor, yes.  We
3 would pre -- so let's -- the one real question I
4 have is that we don't hold until after another
5 conference with you, just because we've got a
6 two-week gap.  After that, that was the only real
7 question, because we won't be in town.  We'll be in
8 Owensboro.  However, after that, we would request
9 some amount of time be set for the -- the briefing
10 schedule, so we don't drive it up to six months.
11     JUDGE EASTON:  Let -- let me suggest --
12 that's my point.
13     MS. STAPLES:  Yeah.
14     JUDGE EASTON:  It -- you know, I've
15 read it all, I've heard it all --
16     MS. STAPLES:  M-hm.
17     JUDGE EASTON:  -- I'm going to go back
18 and watch all this again, from this today and the
19 other day, and get it all to where I understand
20 what was said.  And so I'll be ready for your
21 submissions by the time we get them.
22   Why don't we do this?  You-all figure out when
23 you can schedule the testimony of Mr. Dean.
24 You-all talk among yourselves about, how much
25 time do you think we need to get the written --

Page 189

1 simultaneous, just don't --
2      MS. STAPLES: M-hm. M-hm.
3      JUDGE EASTON: -- don't go back and
4 forth. It takes more time. You each send me a
5 simultaneous argument we've talked about, and if
6 you-all agree on how much time you think it -- you
7 need, just do it by agreed order and tell me, and
8 then that's fine.
9      MS. STAPLES: Your Honor, since we're
10 all here now, sometimes it's even hard to do that.
11 Could we propose 30 days from the date of Dean's
12 interview?
13      JUDGE EASTON: That -- that's what --
14 that's actually what came to my mind, is it should
15 be 30 days. Should be plenty.
16      MS. STAPLES: Could we agree to
17 that? 30 days?
18      JUDGE EASTON: You're all familiar now
19 with all the evidence --
20      MS. STAPLES: Yes.
21      JUDGE EASTON: -- so 30 days should be
22 plenty. As soon as you get Dean's testimony
23 recorded, then, 30 days later will be when the
24 briefs are due, and then I'll finally take this under
25 submission.

Page 190

1   Now, is there anything else we need to put on
2 the record today?
3      MR. CROCKER: Judge, I do have one
4 question as far as getting --
5      JUDGE EASTON: Yes?
6      MR. CROCKER: -- arranging Mr. Dean's
7 appearance in Oldham County. Would we still
8 coordinate that through your offi --
9      JUDGE EASTON: I -- you'll have to, I
10 think. But you know, like I said, I'll talk to Judge
11 Conrad and -- and ask her, how should we go about
12 that, not to mess up her schedule. Because she
13 has hearings from the prison a lot.
14      MR. CROCKER: So maybe, possibly he
15 could even appear by video?
16      JUDGE EASTON: You could. Well, I
17 don't know.
18      MS. STAPLES: We would object to video
19 appearance. The audio is terrible.
20      JUDGE EASTON: Well, yeah. I don't
21 know. That's why we need to talk to Judge
22 Conrad, probably, and figure that out. I'm sorry.
23 Did that answer your question? Did you. . .
24      MR. CROCKER: Somewhat. Yes, Your
25 Honor.

Page 191

1      JUDGE EASTON: Okay. Any -- any
2 further question on that?
3      MR. CROCKER: I -- I will just follow up.
4 But I think once we come up with some dates, then
5 we'll just follow up with your office --
6      JUDGE EASTON: That's fine.
7      MR. CROCKER: -- and Oldham County.
8      JUDGE EASTON: That's fine.
9      MR. CROCKER: Coordinate from there.
10      JUDGE EASTON: The only thing that
11 came up today that I do think we should follow
12 through with. I don't -- I don't know how we might
13 want to do this, and -- and if you-all can talk to
14 the family members of Ms. -- Ms. Dean, it -- it
15 came out.
16   Well, that's what we were talking about up
17 here before this hearing got started with all that
18 noise to block everything, was Mr. Roy Wayne
19 Dean's father and the father of the witness who we
20 had here for the most time this morning, died three
21 days ago.
22   I had ordered that he be subpoenaed and
23 that we hear his testimony, because there was
24 something said the other day that he may or may
25 not have known. That now is beyond us to -- to --

Page 192

1 to know.
2   But he died three days ago, and there is no
3 indication that Roy Wayne Dean was aware of that.
4 So we may have had a problem if we had tried to
5 take his testimony today anyway.
6   I -- I don't know. I think if -- if this is a family
7 matter. I -- I think if -- if somebody wants to get
8 word to him, that's up to them. I don't think it's
9 my place or your-all's --
10      MS. STAPLES: That's fair.
11      JUDGE EASTON: -- place to be
12 informing him of his father's death, even though
13 we're the ones that found out.
14      MS. STAPLES: That's fair.
15      JUDGE EASTON: How do you-all want to
16 deal with that? Just tell the family that they
17 should get word to him however -- however?
18      MR SPEAKER: You should go through
19 the chaplain.
20      MS. STAPLES: I think that that would be
21 best, and I'll recommend -- but I was just hearing
22 how to get to the chaplain's house so the family --
23      JUDGE EASTON: -- Oh, that's probably a
24 good idea. And then talk to the chaplain, let him
25 know.

GRAHAM 003833

Page 193

1    MS. GUILING: Yes.
2    MS. STAPLES: -- contact the chaplain.
3  And the only issue we had is that he was here, but
4  the -- you know, it -- sometimes it's for the best.
5    JUDGE EASTON: Well, it -- it may have
6  very well impacted what we'd be able to do today.
7  I don't know.
8    MS. GUILING: Right.
9    JUDGE EASTON: But we're just dealing
10  with what we can --
11    MS. STAPLES: Yes.
12    JUDGE EASTON: -- all right? Anything
13  else that we need to talk about today?
14    MS. GUILING: Your Honor, if -- before
15  Your Honor leaves, if we could have about five
16  minutes. I just need to go down to my car and get
17  those interviews that I want to submit.
18    JUDGE EASTON: Oh, sure. We'll go
19  ahead and go off the record, but you-all look at
20  them, introduce them as your next -- 4 and 5.
21    And that concludes the evidentiary hearing on
22  this matter. Thank you very much.
23  [WHEREUPON, the Transcription of Audio
24  concludes.]
25  .

Page 194

1    CERTIFICATE FOR TRANSCRIPTION
2    STATE OF KENTUCKY AT LARGE:
3   We, Court Reporting Services, Inc., a
4  freelance court reporting firm in Louisville,
5  Kentucky, do hereby certify that the foregoing was
6  transcribed from media not under our control or
7  supervision, and delivered to us as a true,
8  accurate, and complete source, and is a true and
9  accurate transcript of said media, to the best of
10  our ability.
11   We further certify that we have no relationship
12  to any of the parties, are not related to any
13  counsel representing the parties, and have no
14  financial interest in the outcome of this matter.
15   GIVEN under my hand and Notarial seal this
16    day of        , 2017.
17  .
18  .
19  Commission Expires        Notary Public
20  .
21  SEPTEMBER 20, 2019  _____
22  .
23  Notary ID: 539346
24  .
25  .

GRAHAM 003834

Deposition of Transcription of Audio: Hearing                                                    Page: 50

## WORD INDEX

**< , >**
**,** 182:*12*

**< 0 >**
**07CR1** 2:*12*

**< 1 >**
**10** 17:*9* 146:*21*
 147:*3* 148:*5*, 7
 153:*22* 170:*1*, 6, 9,
 9 186:*16*
**10:00** 147:*25* 154:6
**10:15** 161:*14*
 173:*8*, 11 174:*21*,
 25 175:*11*, 18, 19,
 23 176:*3*, 7
**10:30** 59:*17* 179:4
**10:56** 100:*22*
**100** 117:*21*
**11** 11:*14* 17:2
 58:*22* 59:*17* 78:*20*,
 22 103:*15* 106:*20*
 179:6
**11.42** 119:*5*, 10, 14
**11:30** 59:*15*
**11:38** 132:1
**11:59** 157:1
**11th** 120:*14*
**12** 1:*24* 2:7 11:*14*
 78:*18*, 22 170:*22*
 179:6
**12:20** 161:*18*
 170:*22*, 25 171:*10*
 175:*2*, 9 176:*11*, 12,
 14
**12:21** 180:*11*
**13** 45:*13*, 14 78:*25*
 84:*23* 106:*20*
 107:*21* 160:*16*, 19
**14** 143:*13* 160:*19*
**14th** 109:*3*
**14-year-old** 144:*3*
**15** 109:*11*

**15-year-old** 178:*4*
**17** 139:*16*
**18** 107:*21* 109:*11*
**19** 45:*11* 76:*8*
**1968** 168:*18*
**1980** 16:*1* 19:*8*
 45:*13* 55:*3*, 15, 18
 105:*15* 139:*7*, 15,
 20 140:*4* 144:*18*
 145:*2* 158:*22*, 25
 159:*23* 160:*15*, 21
 164:*20*
**1981** 149:*19*
 171:*22* 172:*15*
**1984** 49:*13*, 14
 55:*25*
**1989** 167:*24*
**1995** 109:*5*
**1999** 109:*3*
**1st** 55:*15* 61:*21*
 71:*1* 74:*6*, 8
 105:*13* 106:*2*
 115:*13* 123:*20*
 124:*15* 125:*21*, 25
 126:*5*, 20 129:*2*

**< 2 >**
**2** 18:*18*, 21 45:*24*,
 25 46:*3*, 5 90:*9*, 13
 110:*22*
**20** 107:*21* 146:*20*,
 22, 23 153:*18*, 24
 194:*21*
**2001** 105:*13*
 108:*17*, 19 111:*5*
 120:*14*
**2004** 105:*17*, 21
 110:*19*, 21 111:*3*
**2006** 111:*5*, 13
 115:*1* 128:*18*
 129:*3*, 12, 14, 14, 19,
 23 148:*24* 149:*25*
 153:*24*
**2007** 113:*18* 115:*1*

**2008** 149:*16*
 154:*14*, 18, 21
 173:*18* 174:*13*
**2015** 57:*23* 58:*2*
**2016** 51:*8* 56:*12*
 57:*11*, 12
**2017** 1:*24* 2:7
 71:*1* 121:*2* 124:*15*
 148:*24* 150:*24*
 194:*16*
**2019** 194:*21*
**20th** 167:*14*
**21** 139:*18* 143:*16*
**22** 149:*9*, 12
**23** 149:*8*, 13
**23rd** 51:*8* 53:*1*
 54:*12* 55:*2*, 13
 56:*12*
**27th** 53:*7* 56:*10*
 69:*24*, 24
**29** 126:*13*, 23
**29th** 125:*4* 139:*20*
 145:*2* 158:*24*
 161:*14* 168:*3*
**2nd** 113:*17* 115:*1*,
 1, 13

**< 3 >**
**3** 126:*13*, 23 131:*1*,
 2, 3, 15, 18
**30** 158:*23* 186:*15*
 189:*11*, 15, 17, 21,
 23
**30th** 55:*3* 139:*20*
 158:*25*
**336** 139:*8*
**36** 54:*3*
**37** 78:*4*
**3rd** 109:*5*

**< 4 >**
**4** 193:*20*
**45** 27:*2* 66:*13*, 14,
 20

**< 5 >**
**5** 193:*20*
**50** 58:*11* 88:*16*, 16
**539346** 194:*23*
**5th** 166:*6*

**< 6 >**
**6** 143:*1*
**60.02** 2:*14* 186:*13*
**63** 155:*1*
**67** 45:*12*, 13
**68** 168:*19*

**< 7 >**
**79** 168:*1*, 2

**< 8 >**
**8** 178:*4*
**80s** 112:*5*
**81** 174:*11*

**< 9 >**
**9** 168:*2*
**9:30** 17:*9* 145:*16*,
 20 146:*14* 147:*3*,
 19 148:*3*, 5, 6
 153:*22* 154:*2*
 169:*18*, 19
**9:55** 148:*3*

**< A >**
**a.m** 100:*22* 132:*1*
 157:*1*
**ability** 44:*15* 173:*4*,
 5 194:*10*
**able** 4:*20* 5:*17*
 9:*3* 43:*12* 44:*22*,
 22 45:*15* 193:*6*
**Abney** 158:*6*, 7
**Absolutely** 38:*11*
 40:*6*
**accept** 71:*12* 134:*7*
**accepted** 54:*18*
**accommodating**
 137:*12*, 16

**accurate** 111:*6, 14*
113:*11, 18* 126:*16*
128:*8* 148:*22*
194:*8, 9*
**accused** 13:*8* 70:*8*
**act** 83:*3*
**acted** 150:*11*
**activity** 21:*18*
**actual** 119:*9*
130:*10*
**Additionally** 126:*23*
**addre** 173:*21*
**address** 171:*16*
185:*9* 186:*24, 25*
**addressed** 119:*5*
173:*16, 21*
**admirer** 140:*23*
**admission** 132:*12*
**admit** 45:*23*
**admitted** 70:*15*
102:*7, 7, 9*
**advanced** 6:*21*
**advise** 134:*21*
**advised** 48:*18, 22*
73:*10, 14* 107:*10,
12* 114:*21* 124:*23*
125:*22* 127:*1, 7*
182:*23, 25*
**advising** 125:*16*
**affect** 7:*24*
**affidavit** 49:*24, 25*
53:*1* 54:*12, 14*
55:*2, 13* 56:*11, 12*
60:*19* 66:*3* 68:*8*
69:*24*
**affidavits** 59:*21*
87:*19* 121:*21*
128:*22* 129:*6, 18*
**afraid** 5:*13* 15:*3,
13*
**after,** 82:*10*
**afternoon** 168:*9*
**age** 54:*9*
**agency** 74:*11*
**aggravated** 108:*3*
**agitated** 108:*5*

**ago** 26:*15* 30:*12*
41:*8* 57:*22* 78:*4*
97:*23* 98:*25* 106:*8*
191:*21* 192:*2*
**agree** 55:*23*
127:*14* 132:*7*
189:*6, 16*
**agreeable** 132:*3*
**agreed** 75:*14*
189:*7*
**ahead** 3:*14* 12:*7*
15:*2* 25:*23* 51:*24*
57:*8* 102:*23* 104:*2,
4* 119:*15, 24*
133:*22* 137:*25*
138:*19* 152:*16*
157:*21* 193:*19*
**ain't** 27:*11, 15*
53:*18* 67:*3* 71:*19*
72:*2*
**Alexander** 101:*21*
103:*2* 138:*7, 8, 9,
10, 21, 25* 148:*17*
156:*11* 157:*1*
**alleged** 139:*22*
**allowed** 15:*17*
77:*23* 130:*10*
**almighty** 55:*14*
98:*25*
**Amendment**
134:*21* 182:*24*
**amount** 113:*12*
188:*9*
**Amy** 3:*6* 108:*14*
148:*19*
**angle** 22:*20* 179:*13*
**Ann** 118:*15, 16*
**announced** 9:*2*
**announcing** 113:*8*
**answer** 26:*12* 58:*6*
72:*10* 73:*20* 160:*4*
172:*21* 186:*19*
190:*23*
**answers** 51:*16*
88:*18*

**Anybody** 9:*10*
14:*2* 26:*18, 22*
29:*22* 30:*4* 35:*8*
40:*1, 5* 58:*16*
64:*16* 92:*10*
100:*14* 129:*22*
139:*11* 142:*2*
147:*10, 12* 150:*8, 9*
160:*9* 162:*2*
179:*24*
**anyth** 159:*21*
**anytime** 178:*13*
**anyway** 6:*24*
37:*16* 48:*21* 67:*1*
170:*20* 177:*24*
182:*1* 192:*5*
**apart** 116:*8*
**apologize** 33:*9*
114:*9* 180:*3*
**appear** 4:*11*
190:*15*
**appearance** 190:*7,
19*
**appearances** 2:*22*
**appeared** 106:*12*
**applies** 8:*22*
**apply** 185:*20*
**appreciate** 37:*18*
**approach** 3:*20*
49:*17* 50:*9* 62:*20*
113:*25* 119:*25*
123:*8* 133:*25*
184:*3* 187:*1, 3*
**approached** 71:*10*
124:*24* 126:*1*
**approaching** 124:*21*
**appropriate** 51:*18*
**approximately**
109:*10* 147:*2*
148:*3*
**April** 134:*15* 151:*4*
**area** 21:*22, 25*
22:*5* 25:*7*
**arguing** 21:*13*
**argument** 184:*4*
185:*23* 189:*5*

**arm** 13:*7* 78:*12*
79:*10, 11, 18* 80:*2*
**arrange** 187:*14*
**arrangements**
183:*3*
**arranging** 190:*6*
**arrested** 28:*15, 19,
21* 93:*1, 7, 10, 16*
**arrived** 168:*12*
170:*3*
**arriving** 4:*18*
**asked** 27:*5, 7*
28:*11* 31:*12* 34:*11*
35:*1, 4* 43:*11* 58:*4*
66:*23, 24* 67:*2*
97:*16* 111:*1, 17*
112:*11* 115:*16*
128:*14* 133:*21*
149:*23* 159:*4*
169:*19* 173:*3, 6*
174:*14* 183:*2*
**asking** 3:*19* 47:*19*
51:*16* 58:*6* 73:*20*
87:*15* 90:*15* 94:*8*
123:*21* 128:*1, 18*
129:*20* 178:*9, 13*
185:*6*
**aspect** 111:*23*
**assist** 111:*1, 17*
**assistant** 2:*25*
125:*9*
**assume** 120:*19*
**assumed** 60:*2*
**assuming** 24:*20*
129:*8*
**attempt** 4:*6*
**attention** 3:*17*
5:*11* 60:*17* 61:*5*
**attorney** 2:*25* 3:*1*
125:*10* 152:*24*
164:*8* 183:*5*
**attorneys** 77:*19*
101:*2, 11* 180:*17*
**Attorney's** 113:*7,
17* 114:*20* 151:*11*

GRAHAM 003836

audible 50:*10*
149:*24* 175:*20*
**AUDIO** 1:*5* 2:*1*
190:*19* 193:*23*
**August** 55:*15*
109:*5*
**Aunt** 64:*19* 65:*16*
79:*25*
**authenticate** 132:*7*
**available** 182:*5*
**aw** 122:*18*
**awake** 167:*4*
**aware** 5:*2*, *14* 9:*7*
15:*6* 68:*1*, *3* 107:*2*,
*8* 112:*14* 117:*11*,
*18* 118:*10* 123:*3*, *5*,
*19* 136:*18* 141:*13*
192:*3*
**awoken** 162:*22*, *24*

**< B >**
**baby** 10:*18* 37:*13*
84:*14* 163:*1*, *2*, *4*, *6*
167:*2* 168:*16*
**back** 7:*18*, *19* 16:*1*,
*15* 18:*19* 19:*8*
26:*3* 27:*7*, *11* 28:*4*
34:*14* 37:*7*, *23*
39:*15* 41:*19* 52:*18*,
*22*, *24* 53:*2*, *8*, *13*,
*15*, *17*, *20* 54:*21*
59:*22*, *25*, *25* 60:*2*,
*3*, *4*, *7* 63:*15* 66:*22*
67:*4* 68:*12*, *14*
74:*18* 78:*11* 86:*12*
87:*1*, *8* 90:*14*, *14*
91:*16* 101:*8* 103:*5*
105:*17* 110:*24*
111:*18* 112:*5*
125:*14* 131:*24*
137:*18* 152:*14*
155:*22* 156:*21*
157:*7* 158:*17*
169:*16*, *18* 171:*22*
179:*14* 180:*4*

**bad** 22:*18* 159:*21*
**bag** 25:*21*, *22*
61:*10*, *12* 62:*8*
**bags** 35:*24*
**bailiff** 100:*18*
**Bar** 160:*13*
**Barb** 17:*14*
**Barbara** 17:*1*
20:*25* 21:*3* 26:*2*
58:*25* 62:*11*, *13*
63:*16* 64:*3*, *12*
65:*3* 68:*17* 96:*13*
97:*9* 107:*15*
120:*18* 121:*7*, *14*
128:*25* 129:*6*, *15*
143:*5*, *13* 160:*12*,
*14*, *15*
**Barbara's** 64:*16*, *20*,
*21* 68:*12*, *14* 69:*15*
**based** 38:*10*
139:*21* 186:*17*
**basis** 51:*17* 142:*17*
**bath** 168:*25*
**bathe** 155:*12*
**bathroom** 68:*24*
100:*25*
**beat** 40:*24* 41:*2*, *5*,
*6* 76:*8* 82:*18*, *22*
83:*7*
**beaten** 58:*3*
**beating** 57:*18*
66:*8* 79:*1*, *3*
**bed** 27:*3* 64:*19*, *23*
84:*6* 163:*6*, *6*
167:*5* 170:*11*, *21*
**bedroom** 155:*20*
**Beebs** 16:*9*
**bef** 93:*23*
**behaviors** 39:*24*
**believe** 3:*13* 7:*5*
32:*12* 36:*10*, *11*
45:*24* 51:*1* 64:*19*
74:*23* 75:*9* 84:*20*
95:*7* 113:*18*
115:*21*, *25* 116:*17*

121:*2*, *17* 122:*11*
133:*6* 144:*3*
150:*17* 180:*12*
181:*14*
**believes** 56:*10*
**belongings** 155:*15*
**best** 7:*22* 23:*3*
26:*16*, *17* 30:*1*
42:*14*, *15* 55:*11*
56:*7*, *8* 130:*9*
131:*6* 140:*15*
173:*4*, *5* 181:*19*
185:*18* 186:*9*
192:*21* 193:*4*
194:*9*
**bet** 39:*5*
**better** 57:*16*, *17*
74:*19* 117:*1*
137:*21* 185:*6*
**Betty** 64:*19*, *21*
65:*17* 79:*25*
160:*23*
**beyond** 191:*25*
**Bible** 82:*25* 83:*2*
**big** 13:*13* 16:*9*
36:*6* 61:*11* 91:*25*
99:*17*
**birth** 11:*5*
**birthday** 11:*4*
**bit** 25:*17*, *17* 33:*5*
34:*23* 41:*1* 45:*7*
48:*10* 85:*1* 92:*24*
93:*14* 102:*9*
103:*15* 143:*15*
166:*5*, *9*
**black** 96:*5*
**blacked** 67:*9*
95:*12*, *14*
**blame** 68:*25*
**bleeding** 27:*25*
**Blick** 101:*22* 103:*2*
142:*9*, *10* 157:*3*, *4*,
*23* 158:*2*, *4*, *14*
173:*12* 174:*1*, *4*
175:*3*, *6*, *17* 177:*5*,

*9* 180:*10*
**block** 191:*18*
**blonde** 71:*9*
124:*24* 126:*1*
**blood** 16:*14* 24:*20*
28:*2*
**bloody** 85:*24*, *25*
86:*8*
**blue** 22:*11* 25:*4*
80:*1*
**Bobby** 118:*23*
120:*14*
**body** 16:*18* 77:*3*
86:*21*, *22* 91:*17*
**Bonnie** 21:*1*, *3*
**boot** 61:*23* 62:*4*
64:*13*
**born** 45:*11* 166:*6*
167:*23*, *24* 168:*18*
**bottle** 33:*6*
**bought** 34:*15*
**bounced** 125:*15*
**boyfriend** 106:*14*,
*17*
**Brad** 120:*11*
**brain** 166:*13*
**break** 100:*13*, *25*
**Bren** 49:*11*
**Brenda** 49:*1*, *4*, *11*
117:*15* 118:*2*, *5*, *7*,
*12* 119:*2*
**brevity** 115:*15*
**bribe** 34:*13* 71:*24*,
*25*
**bribed** 40:*5*
**bridge** 14:*11*, *12*
80:*13*, *16*
**brief** 101:*9* 110:*23*
**briefing** 184:*22*
188:*9*
**briefly** 108:*5*
**briefs** 189:*24*
**bring** 3:*16* 5:*10*
35:*24* 100:*3* 104:*4*
116:*4* 135:*24*
183:*12*

GRAHAM 003837

bringing 16:17 86:21
broke 13:7 47:21 78:12 84:8
broken 79:10
Broom 13:1
brother 5:1, 9 10:18, 19, 21 11:6, 7 12:9 14:13 15:7 22:20, 23 23:12, 13 24:16 25:5, 20, 25 27:4 28:12, 15 30:8, 9 32:16 33:22, 24 43:3, 4 44:13, 20 45:1, 2 46:19 47:6, 19, 20 48:13, 21 49:7 52:18, 21 53:7, 13, 14 54:21 55:24 56:21 59:17 60:7, 8, 17 61:8 62:3, 6, 8, 16 63:3 64:13 67:13, 21, 25 69:3 70:12 72:5 74:14 77:13 78:12 79:2 80:7, 14 83:24 84:14 86:11 91:21, 24 92:1, 5, 23 93:1, 5, 6, 9 94:2, 8, 9 95:3, 8, 12 96:7, 8 97:21 98:8, 13 99:2, 24 139:13
brought 8:5 84:2, 10 104:6 169:9 180:22, 22, 24, 25 181:11
bu 36:10
Bud 24:4 32:14, 18, 19 64:9
Buick 155:1
build 99:10
building 104:7
burden 112:23
buried 6:16
bus 16:4, 5, 6, 12,

16, 16 86:25 87:3
bus, 87:2
bush 18:6 22:8, 10, 12
business 27:6 67:4
butt 66:17
butts 17:19
buy 34:7 35:1

< C >
cabinet 83:9
calendar 43:10, 11 85:5
call 2:9 3:14 8:11, 16 9:12 10:14 32:19 42:25 105:1 133:20 136:9, 12 138:5 163:4 165:14 169:20 187:8, 14
called 8:23, 25 102:2 165:12, 16
calling 53:11
calm 135:9
calmed 108:6
candid 134:25
candy 35:24
capacity 182:16
car 13:11, 12, 20, 24 36:24 37:1, 5, 9, 20 39:3 52:4, 5, 6, 7 72:14, 18 146:24 147:1, 11 154:4, 19, 23 155:2 169:24 170:17, 18, 19 171:2, 7, 8, 9 173:7, 8, 11 174:21, 25 175:7, 18, 24, 25 176:2, 7, 13, 14 179:10, 12 193:16
cards 98:11 100:1
care 166:1, 18, 24 173:22
carefully 72:6
carrying 25:20 62:4

cars 37:4, 25 38:2, 4 175:19
case 2:15 25:24 30:13 47:22 108:16 109:13, 13, 16, 22, 24 110:2, 10, 13, 19 111:2, 5, 13, 25 112:7, 10, 11, 11, 21 113:15 114:21 116:7, 23 117:11, 13 118:2, 7, 16, 16 119:12 120:10, 16 122:19, 21 124:3 126:25 128:5, 15, 19 129:21, 23 135:19 139:22 149:17 154:15 171:19 181:4, 21 182:25 184:2, 7 186:16, 18
cases 109:7 111:19, 21
cause 33:22
center 104:1
certain 5:1 62:22 136:15
certainty 117:21
CERTIFICATE 194:1
certify 194:5, 11
cetera 6:16 147:19
chair 10:2 106:15 138:13 157:20, 21
chance 77:19 134:25
change 33:12, 16, 19 38:9 44:15 116:10 125:13
chaplain 192:19, 24 193:2
chaplain's 192:22
Chapman 150:5
charge 28:24 93:10
Charles 83:24

chased 13:10, 20
checked 180:23
Chief 118:23 120:15, 15
child 56:25 84:13
children 103:10 147:9 161:24
Christmas 98:12
chrono 186:8
chronological 186:8
church 39:6 49:2, 4, 11 117:16 118:2, 6, 7, 12 119:2
cigarette 17:4, 5 18:1, 1
circle 19:23 20:16 21:25
circuit 181:14
circumstances 116:18 119:9 182:24 186:17
Civil 2:14
clarify 92:23 156:11 177:9 182:15
Clark 137:18
Clarks 165:1
Clarksville 19:18 83:21 165:1
classmates 182:10
clear 46:16 78:10 89:12 130:13 134:2 179:9
clearly 80:20 115:6
climbed 13:14
clock 170:25
close 20:1 21:9, 10 53:18 162:10, 13 167:7
closed 4:10 118:2
closer 11:24 24:4 60:12 167:1
closing 185:23
clothes 84:3 155:13, 18, 22

GRAHAM 003838

**clothing** 24:17 28:3 112:16 165:24
**coffee** 35:5
**cold** 109:7, 13, 22 111:21
**collected** 110:13
**collective** 131:15
**color** 21:24
**come** 4:6 10:1 14:13 16:6, 15 23:15 28:7 29:2 30:12, 19 47:16 53:17, 22 60:3 63:10 65:8 66:21 73:8 74:18 76:9 84:1, 5, 6, 12 91:10 110:24 128:22 129:6 138:12 141:20 153:3, 19 155:11 156:1 157:6, 19 166:21 169:16, 18, 20, 22, 22 171:1, 4 180:4, 17, 20 182:13 191:4
**comes** 85:18
**comfortable** 4:23 42:5, 8, 9, 10 73:13, 17, 18 89:12 106:12
**coming** 13:10 21:7 29:9 32:9, 14, 18 40:10 87:1 89:16 91:16 95:6, 9, 11 99:20 100:18 137:18 148:1 156:21 163:12
**comment** 62:21
**Commission** 194:19
**common** 36:16 53:16, 19
**COMMONWEALTH** 1:15 2:4, 11, 23 3:17 8:14 46:6 56:10, 16 105:1

113:6, 17 114:8, 20 125:9 130:7, 8 151:11 152:23 156:7 164:7 173:14 184:22 185:25
**Commonwealth's** 2:24, 25
**competency** 6:24
**complete** 194:8
**completed** 181:20
**con** 32:3
**concern** 181:2
**concerned** 4:8
**concludes** 100:22 132:1 157:1 180:11 193:21, 24
**conducting** 109:21
**conference** 188:5
**confirm** 119:21
**confirming** 125:12
**conflictions** 121:23
**confused** 21:24 176:19
**Connie** 17:1 58:25 62:14 63:16 65:4 96:22 97:10 129:9
**Conrad** 137:8, 10 182:10 187:8, 10 190:11, 22
**consider** 130:9, 18 183:20 186:13 187:17
**considered** 116:5 184:22
**constantly** 42:18
**contact** 5:18 98:9 182:7 193:2
**contacted** 113:6, 16, 19 114:19 118:23
**contain** 122:12
**content** 114:16, 18
**continuation** 2:12
**Continue** 63:1 74:20

**CONTINUED** 1:12 2:3 149:7
**control** 194:6
**convicted** 49:8 55:24 94:10 113:2 118:17
**conviction** 2:15
**coordinate** 190:8 191:9
**copy** 25:19 133:10, 15
**corner** 11:19
**correct** 59:6 62:7, 21 68:12 69:6 70:9, 12 72:21 76:3 109:25 112:12 113:9 118:20 120:19 121:4, 5, 18 122:5, 6, 13, 25 124:9 126:3, 4, 8, 9, 16, 22 148:24 149:8, 17 153:19, 20 155:8 158:20 161:21 163:13 164:9, 23 166:12 173:9
**correctly** 6:25 110:18
**couch** 106:16
**counsel** 181:12 194:13
**counsel's** 131:24
**County** 49:12 114:20 136:15 137:6, 19 181:14 182:4 183:4 190:7 191:7
**couple** 34:5, 5 42:21 57:22 74:24 77:24 83:17 87:13, 23 88:7 120:12 128:10 155:3 160:22
**course** 6:12 7:23 10:4 182:22 186:11

**court** 2:9 3:17 4:24 5:11 9:10 32:9 97:10 103:2 114:13 120:8 123:17 124:7 125:6 130:11 132:19 133:11 143:12 181:14 194:3, 4
**courthouse** 122:22 137:6
**courtroom** 9:5, 8 70:1 126:18 127:13
**courts** 132:12
**cousin** 84:8 96:13, 22
**creek** 14:11
**crib** 167:4
**cried** 163:4
**cries** 12:19 13:18 14:9 15:16 24:16, 25 30:3, 10 32:17, 21 41:10 44:17 45:9 46:11 54:25 55:14 83:1 99:25
**crime** 110:7 113:1
**Crocker** 3:1 4:17 5:19 6:8 7:14 103:22, 25 104:6 134:6, 12, 14 135:6 136:17, 20 190:3, 6, 14, 24 191:3, 7, 9
**cross-examination** 46:7
**curfew** 17:7, 10, 23 65:13
**curious** 90:22
**cuss** 95:15
**custody** 7:12 84:13
**cut** 27:9, 20, 23 66:17 67:1

**< D >**

GRAHAM 003839

**dad** 34:9, *11, 11, 17, 18, 25* 35:4 41:22, *23* 139:12
**daddy** 26:15 35:17 36:*10* 57:25 84:*4, 7, 13* 100:4, *5, 6*
**daddy's** 31:2 35:*17* 40:14
**dad's** 31:3 41:*21, 22* 84:*10*
**daily** 142:17
**Dairy** 140:*14*
**damn** 14:*19* 27:6, *10* 67:4, *7*
**Danny** 30:*19, 20* 31:*5, 11* 35:*10, 12, 16, 19, 23* 36:2, *8, 11, 13, 21, 22* 37:*3, 3, 14, 25* 38:3, *6, 10* 70:7 72:*15, 19*
**dark** 24:*13* 147:5 168:*11, 11* 169:*13* 171:*4* 178:*14, 16, 16, 17*
**Dark-looking** 96:*5*
**date** 11:5 43:*11, 13, 18* 55:5, *7* 57:25 90:*21* 107:*19* 114:*25* 115:8, *13* 182:5 189:*11*
**dated** 51:8 114:*24* 124:*14* 125:3
**dates** 55:*19* 78:4 87:*17, 18* 98:12 115:3, *5* 191:4
**dating** 92:*13, 20*
**daughter** 4:*20* 143:*22, 23* 167:16 168:*17*
**day** 2:*16, 18* 9:2 16:*21* 29:*12* 43:*15, 20, 22* 68:*13, 13, 20* 69:*11, 17* 79:*1, 2, 4, 5, 10, 12, 19* 80:4 85:*6* 86:2, *3, 17, 18*

87:*5, 20* 95:*17* 98:*12, 12* 103:*5* 107:*18* 113:*19* 115:*18* 121:*10* 124:*13* 136:*3* 142:*25* 145:4, *11, 15* 152:*19, 24* 155:*11* 168:4 181:*1, 25* 188:*19* 191:*24* 194:*16*
**days** 4:*15* 26:*15* 79:*22* 81:*25* 139:*23* 144:*23* 189:*11, 15, 17, 21, 23* 191:*21* 192:2
**dead** 77:*3* 91:*17*
**deal** 7:*1* 8:4 133:22 135:*16* 136:*25* 181:*15* 192:*16*
**dealing** 181:*13* 193:*9*
**dealt** 62:*20*
**Dean** 4:*7, 15, 25* 5:2, *18, 20* 8:4 9:*14, 15, 16, 22* 10:*6, 11, 22* 11:*21, 22* 13:*3* 46:*10, 19* 50:*12* 53:*8* 56:*20* 59:*22* 62:*24* 70:8 97:*9* 100:*22* 101:*22* 103:*21, 23* 104:*1* 106:2, *12, 14, 25* 117:*13* 118:*17* 119:2 121:*1* 124:*21, 23* 125:7, *10, 15* 127:*7* 128:*13, 18, 21* 134:4 139:*25* 140:*24* 141:*4* 143:3, *7* 159:5, *16* 160:*15, 18, 23* 180:*19, 21, 21* 181:7 184:*18* 188:*23* 191:*14* 192:3

**Dean's** 51:*22* 56:*10* 106:*10, 24* 107:*17* 184:*14* 189:*11, 22* 190:6 191:*19*
**death** 32:3 150:*6* 192:*12*
**decades** 183:*10*
**deceased** 128:*2*
**decide** 116:*14*
**decided** 76:*4*
**decision** 173:*1*
**Dee** 118:*15, 16*
**defend** 43:*4*
**defense** 3:4, *11* 8:*12* 18:*18, 21* 45:*23* 46:5 90:*9, 12* 116:2 130:*15, 25* 131:*18* 132:*2* 186:*2, 20*
**definitive** 109:*16*
**delays** 181:*4*
**delivered** 194:*7*
**demeanor** 106:*11* 108:*2*
**dep** 59:*16*
**Department** 109:*4* 118:*24* 120:*16*
**depends** 109:*16, 17* 114:*25*
**deposition** 59:*13, 16* 62:*1, 21* 65:*25* 69:*1, 25* 70:*1* 72:*23* 73:*5, 22* 74:*23* 75:*13* 182:*19*
**depositions** 122:*18, 20* 123:*4, 6* 126:*25* 127:*25* 128:*9, 21* 130:*20* 132:*24* 133:*1, 6* 135:*19*
**derogatory** 67:*24*
**descri** 126:*10*
**describe** 18:*8, 11* 106:*10* 108:*1*

**described** 85:*24* 126:*11*
**description** 128:*8*
**desk** 152:*11*
**Detective** 3:2 46:*21* 59:*15* 61:*20* 101:*21* 102:*2* 105:2, *3, 7, 7, 12* 106:*6, 7, 15* 107:*9* 108:*18* 109:*6* 110:*21, 25* 111:*4, 10, 12, 16, 25* 112:*3* 113:*5, 15* 114:*12, 15* 117:*12, 18* 118:*11, 20, 22* 120:*7, 11* 121:*3, 6* 122:*3* 123:*1, 19, 21* 124:*1, 6, 16, 18, 19* 126:*24* 127:*18* 128:*4, 5, 14* 131:*9, 25* 132:*4* 148:*23* 150:*2, 24* 151:*18, 19, 21* 163:*23, 25*
**detectives** 40:*18, 19* 71:2 73:*1, 7* 75:*14* 119:*12* 153:*11* 156:*12* 177:*10*
**detention** 104:*1*
**determination** 116:*17*
**determine** 115:*25*
**died** 26:*15* 43:*16* 55:*7, 8* 57:*25* 191:*20* 192:2
**different** 21:*24* 79:*8* 95:*16* 115:2, *5* 116:6 144:*16* 185:*15*
**difficult** 46:*14* 135:*1, 2, 12*
**difficulties** 68:*4*
**difficulty** 11:*21*
**diligence** 116:*3* 186:*20*

GRAHAM 003840

**Dip** 140:*14*
**direct** 101:*20*
**direction** 19:*17*
**dirt** 41:*12*
**disappeared** 98:*3*
**disconnected** 4:*8*
**discovered** 116:*1, 2* 186:*21*
**discuss** 3:*20* 108:*7*
**discussed** 108:*6*
**discussing** 75:*15* 103:*9*
**discussion** 83:*4*
**distraught** 5:*6*
**docket** 137:*12*
**dockets** 137:*14, 15*
**doctor** 79:*18*
**documen** 119:*18*
**document** 18:*20* 46:*4* 49:*21* 50:*13, 17* 51:*3* 114:*5, 13* 120:*6* 123:*13, 15, 16* 131:*17* 174:*5*
**documentation** 118:*19, 22* 119:*1*
**documents** 119:*23*
**doing** 3:*15* 16:*24* 24:*3, 5* 26:*15* 27:*5* 28:*13* 30:*1, 2* 41:*11* 55:*10* 56:*7, 8* 60:*12, 13* 97:*16* 137:*18* 164:*22* 178:*19* 182:*15, 23*
**Dolores** 36:*4*
**door** 23:*15, 15, 18, 20, 23, 25* 27:*2, 14, 17* 52:*18, 23, 24* 53:*2, 8, 13, 15, 17, 18, 20* 54:*21* 59:*22, 25* 60:*1, 2, 3, 4, 7* 70:*20* 86:*12* 142:*6, 13* 146:*18* 149:*11* 161:*2* 170:*5, 24* 179:*14*
**drank** 170:*25*

**draw** 25:*4, 17*
**drawing** 85:*19*
**dreamed** 28:*12* 30:*8*
**drink** 161:*17*
**drinks** 106:*18*
**drive** 13:*25, 25* 188:*10*
**driveway** 13:*15*
**dropped** 145:*24* 147:*19*
**drowned** 14:*16*
**Du** 39:*12*
**Dudley** 38:*17* 39:*13* 73:*14* 88:*25* 89:*1*
**due** 189:*24*
**duffel** 25:*22* 61:*10, 12* 62:*8*
**duly** 10:*6* 105:*4* 138:*21* 157:*23*
**dumb** 95:*22*
**dumpster** 61:*23* 62:*5, 9, 11, 12* 64:*6, 11*
**Dusky** 178:*16, 17*
**DVD** 116:*23*

**< E >**
**earlier** 3:*9* 13:*3* 45:*10* 51:*13* 69:*11* 79:*3, 5* 89:*24, 25* 90:*7* 91:*15, 23* 92:*22* 95:*12* 96:*12* 116:*3* 145:*4* 166:*5* 168:*9*
**earliest** 124:*13*
**Earth** 96:*3*
**easier** 44:*16* 45:*3*
**easily** 162:*22, 24*
**EASTON** 2:*8* 3:*3, 8, 13, 18, 23* 4:*1, 3, 13* 5:*21* 6:*1, 3, 6, 10, 19* 7:*17, 22* 8:*3, 8, 11, 15, 18, 21* 9:*15, 19, 23* 11:*22*

12:*1, 7* 33:*4* 45:*21, 25* 46:*2, 6* 49:*19* 50:*10* 51:*20, 24* 56:*15* 57:*5, 8* 62:*25* 72:*3, 6, 10* 77:*18, 22* 78:*1* 89:*19* 90:*10* 97:*3, 7* 100:*9, 17, 23* 101:*1, 4, 7, 10, 12, 16, 23* 102:*1, 5, 14, 16, 20, 25* 103:*3, 7, 11, 14, 19, 24* 104:*4, 8, 12, 14, 17, 20, 23, 25* 108:*11* 112:*22* 113:*3, 24* 114:*2* 115:*9, 12* 116:*13, 20* 119:*4, 8, 13, 15, 20, 23* 120:*2* 123:*10, 23* 124:*2, 4* 127:*24* 128:*6* 130:*1, 5, 12, 16, 23* 131:*3, 7, 11, 14, 19, 23* 132:*6, 14, 17, 20, 23* 133:*9, 12, 16* 134:*1, 3, 8, 13, 16, 23* 135:*3, 10, 13, 16* 136:*5, 11, 14, 24* 137:*9, 13, 17, 25* 138:*3, 5, 8, 12, 15, 19* 145:*21* 146:*3, 5, 7, 11* 147:*16* 148:*11* 150:*19, 21* 151:*25* 152:*6, 9, 12, 15* 154:*11* 156:*6, 17, 20, 23* 157:*4, 9, 12, 15, 18* 158:*11, 16* 163:*8* 169:*1* 171:*14* 173:*24* 174:*6, 10, 13, 16* 175:*7, 10, 12* 176:*6, 9, 12, 20, 23* 177:*1, 6, 21* 179:*24* 180:*2, 7, 12, 16* 182:*9, 17, 20* 184:*1, 9, 15, 24* 185:*19* 186:*7* 187:*7, 13, 22*

188:*11, 14, 17*
189:*3, 13, 18, 21*
190:*5, 9, 16, 20*
191:*1, 6, 8, 10*
192:*11, 15, 23*
193:*5, 9, 12, 18*
**easy** 45:*15*
**eat** 144:*16*
**eating** 64:*25*
**ed** 68:*6*
**Eddyville** 99:*16, 16*
**edge** 64:*4*
**eerie** 147:*6*
**effective** 181:*13*
**either** 80:*15* 118:*20* 161:*23* 175:*8* 186:*2*
**elder** 10:*18*
**Elkton** 39:*6, 8* 109:*4* 118:*24* 120:*15*
**Elrow** 112:*4*
**else's** 39:*24*
**email** 187:*9*
**emotions** 18:*13*
**enforcement** 107:*3* 109:*5* 110:*23*
**equipped** 137:*6*
**especially** 111:*21*
**establish** 102:*12*
**estimating** 59:*18*
**et** 6:*16* 147:*19*
**ev** 159:*14*
**evening** 69:*12*
**event** 91:*25* 97:*25*
**events** 51:*23* 52:*2* 103:*5* 139:*20, 23* 158:*24*
**eventually** 28:*24* 30:*4* 75:*7* 94:*6, 7*
**Everett** 5:*18*
**Everett,** 84:*4*
**everybody** 55:*9, 9* 99:*21* 132:*8* 134:*24* 181:*3* 183:*8*

GRAHAM 003841

**Everybody's** 134:*19* 137:*20*

**evidence** 2:*19* 6:*12, 13* 7:*4* 49:*11* 56:*13* 103:*17* 110:*12* 111:*2, 10, 22, 23* 116:*1, 4, 5, 5, 18, 24* 119:*17* 130:*9* 181:*21* 184:*4* 185:*10, 10, 12, 14* 186:*1, 4, 21* 189:*19*

**EVIDENTIARY** 1:*12* 2:*3, 13, 16* 193:*21*

**exact** 43:*11, 13, 18* 55:*7* 57:*25* 80:*21* 87:*18*

**exactly** 80:*22, 23* 110:*20* 149:*11* 154:*6* 170:*8* 183:*19*

**EXAMINATION** 10:*8* 46:*8* 77:*25* 105:*5* 108:*12* 138:*23* 148:*15* 157:*25* 163:*10* 177:*20*

**examinations** 101:*20*

**examined** 10:*7* 105:*4* 138:*22* 157:*24*

**examines** 114:*5* 120:*6* 123:*13, 16* 174:*5*

**exchange** 125:*17*

**Exhibit** 18:*18, 21* 45:*24* 46:*3, 5* 90:*9, 13* 130:*25* 131:*4, 15, 18*

**exhibits** 133:*1*

**existing** 118:*11*

**expect** 78:*3* 102:*22* 107:*8* 134:*25*

**expects** 8:*23*

**experience** 161:*3*

**Expires** 194:*19*

**explain** 12:*4* 44:*18* 104:*13, 18* 135:*9*

**explaining** 135:*4*

**explanation** 135:*6*

**expressed** 7:*9* 59:*20*

**eyes** 24:*12, 13* 96:*4* 97:*20* 159:*10*

**< F >**

**face** 24:*8, 10* 96:*3*

**facility** 94:*18, 22* 181:*17*

**facility,** 94:*24*

**fact** 15:*12* 37:*8* 44:*14* 45:*2* 75:*13* 80:*1* 102:*16* 136:*2* 154:*21* 170:*17* 173:*15*

**factor** 186:*11, 12*

**facts** 125:*15* 186:*17*

**fair** 7:*14, 15* 8:*7* 67:*21* 73:*22* 75:*11* 82:*20* 192:*10, 14*

**fairly** 5:*1*

**falsities** 121:*22*

**familiar** 128:*20, 23* 129:*5* 189:*18*

**family** 7:*5, 6, 6* 34:*8* 35:*18* 36:*9, 13, 15, 16* 37:*17* 41:*10* 83:*11* 91:*4* 125:*16* 191:*14* 192:*6, 16, 22*

**far** 16:*6* 17:*16* 52:*17* 64:*11* 66:*10* 102:*1* 115:*8* 119:*2, 18* 159:*10* 162:*17* 166:*4* 172:*14* 183:*4* 190:*4*

**farm** 36:*6*

**father** 4:*22* 5:*2, 9, 24* 6:*13* 21:*2* 46:*12* 100:*3* 106:*13, 16* 169:*6* 191:*19, 19*

**father's** 4:*9* 192:*12*

**favor** 25:*16*

**fear** 56:*21*

**feared** 5:*23*

**February** 105:*12* 109:*3*

**feel** 14:*7* 15:*17, 21* 18:*13* 33:*25* 38:*6* 39:*18* 40:*5* 41:*11, 25* 42:*8, 9* 43:*2, 7* 45:*7* 55:*20* 73:*12, 17, 17* 89:*12, 16, 17*

**feeling** 170:*16, 20*

**feels** 5:*8*

**fellow** 38:*21*

**felt** 5:*14* 40:*1* 42:*2, 19*

**field** 13:*11, 13*

**Fifth** 134:*21* 182:*24*

**fight** 136:*15*

**fighting** 21:*13*

**figure** 78:*7* 83:*6* 87:*15* 136:*1* 188:*22* 190:*22*

**figured** 70:*23*

**file** 117:*25* 185:*11*

**filed** 132:*12, 19* 133:*10*

**files** 110:*2* 112:*7* 117:*11*

**filing** 186:*14*

**filled** 108:*22*

**final** 2:*14* 77:*19*

**finality** 183:*12*

**finally** 47:*21* 49:*3* 70:*4* 189:*24*

**financial** 194:*14*

**find** 4:*9* 15:*15* 29:*2* 45:*8* 46:*18* 47:*16* 53:*23, 25*

**56:*22* 57:*15* 58:*17* 93:*12, 20*

**fine** 9:*21* 88:*20* 103:*17* 115:*22* 132:*9* 133:*16* 152:*9* 171:*14, 14, 14* 175:*3, 6* 184:*16* 187:*12* 189:*8* 191:*6, 8*

**finish** 7:*4* 57:*6, 8* 115:*24* 135:*25* 138:*1*

**finished** 104:*2*

**firm** 194:*4*

**first** 2:*21* 5:*17* 8:*12* 9:*2* 10:*6* 31:*25* 38:*19* 47:*4, 11* 49:*24* 51:*2, 7, 14* 78:*11* 92:*12* 93:*1, 5, 17* 105:*1, 3* 108:*4* 116:*9, 10, 11* 120:*12* 124:*12, 12, 13* 134:*19* 138:*21* 153:*17* 157:*23* 164:*23* 171:*19, 21* 174:*20, 24* 185:*20*

**fit** 144:*6*

**five** 22:*25* 23:*6, 6* 68:*24* 96:*17, 18* 112:*10* 144:*5* 147:*24* 148:*7, 8* 154:*2* 193:*15*

**five-minute** 100:*25* 101:*2*

**fix** 38:*4*

**floor** 84:*12*

**focus** 153:*6* 164:*15, 18* 167:*9* 187:*2*

**focused** 116:*14* 117:*4* 185:*3*

**Folks** 7:*19* 115:*14* 116:*20* 136:*6*

**follow** 17:*10* 154:*13* 191:*3, 5, 11*

**following** 184:*13*

GRAHAM 003842

follows 10:7 105:4
138:22 157:24
food 34:21
foot 163:5 167:5
Foote 3:6
foregoing 194:5
forensic 110:12
forget 14:10 158:9
forgot 96:11
form 182:19
forth 6:21 37:7, 24
137:20 153:3
181:16 189:4
forward 128:22
forwards 129:7
found 20:12 54:3
93:11 94:12
112:15 192:13
four 22:24, 24
23:4, 6 79:22
101:24 123:18
124:10
frame 109:13
186:15, 21 187:24
frankly 6:22 102:6
free 100:10 125:13
156:23
freelance 194:4
frequent 160:6
Friday 144:24
friend 31:16 33:16
70:8 125:1, 13
140:15
friend, 31:17
friends 143:25
friend's 140:21
Frito-Lay 144:21
front 16:13 62:23
157:20 179:10, 19,
20
full 10:10
fully 95:13
funny 170:20
further 2:19 3:11
22:3 110:15 156:4,

18 191:2 194:11

**< G >**
Gail 2:25 151:10
gallery 8:23
game 17:21
games 178:18
gap 188:6
gate 10:2 157:19
general 21:25
gentleman 71:4
getting 54:25 66:8
83:16 92:5 106:18
146:8 147:19
157:16 178:17
181:25 187:16, 19
190:4
girl 75:3 144:2
give 8:24, 25
37:22 43:12 50:24
51:2, 3 55:6 88:17
109:12, 18 134:20,
24 151:2, 6 187:13
given 62:22
119:16 125:16
149:1 185:8
194:15
giving 43:5 52:8
70:1 150:1
go 3:14 4:1, 3, 4
9:9, 17 10:12 12:7,
17 15:2 16:7, 8
17:15 22:3 23:24
25:23 26:1 27:3, 7
30:22, 23 34:14
36:3, 6 41:19, 19
48:3 51:24 52:6, 7
54:8 57:8 58:19
62:4, 9, 10, 11
63:14, 23 64:9
66:16 78:11 79:17
82:4 90:14, 14
100:10 102:23, 25
103:1, 15 104:2, 4
106:1, 5, 24 107:15
112:5 114:25

117:7 119:15, 24
133:22 135:3
137:25 138:19
142:11 143:1
144:7, 11, 15, 16
145:1, 4, 5, 14, 16
146:16 147:11
152:15 156:2, 24
157:20 158:10, 16
170:11, 23 188:17
189:3 190:11
192:18 193:16, 18,
19
goal 120:20
God 41:17 45:9
49:9 55:14 67:11
76:10 92:25 93:15
96:14 97:6, 22
98:20, 24
goes 86:25 91:12
115:8
going 8:19 9:20
10:3, 5 11:23
14:14, 18 15:12
16:1 17:18, 19
18:16 19:16 21:12
25:5, 23 27:11, 15
30:11 37:16, 20
39:9 46:14 48:6
53:10 64:10 65:7
67:5 68:22, 23
71:19 80:12, 17
83:4, 21 85:1, 5
90:12, 13, 14, 14
94:14 101:17
103:4 104:9, 12, 17
107:10, 17, 21
112:19 123:18
124:12 130:16, 17,
18 132:4 134:20,
20 135:19, 23
138:17 139:19, 21
142:25 145:21
153:3, 5, 7, 11, 12,
14 157:22 159:2, 3
160:4 164:12, 14,

18 169:17 170:12
172:7 174:3
180:17 181:10, 11
182:2, 3 187:1
188:17
good 11:13 24:6
25:19 36:25 46:10,
11 66:8 96:23
98:15 115:20
136:24 137:22
138:25 139:1
158:2, 3 159:21
172:16 179:9
192:24
gotcha 146:5
go-to 159:21
gotten 161:16
grab 9:17
GRAHAM 1:19 2:6,
12 3:7 32:6, 8
112:25 125:1, 14
128:14, 19 129:4,
21
Graham's 59:23
110:19 112:15
141:15 160:10
161:1 162:11
175:18, 25 176:2,
17 186:3
grand 109:14
112:12 113:9
114:22
grant 117:3
great 11:21
101:16 102:5
groceries 34:10, 15
35:2 125:16
group 7:3
growing 10:23
83:11
grunted 167:3
guess 23:3 45:17
60:24 63:10 81:20
96:24 98:17
102:22 155:22

174:*6*
**guessing** 48:*7*
**GUILING** 2:*24, 25*
5:*4, 16, 22* 6:*2, 5, 9*
7:*16, 21* 8:*2, 10, 13,*
*19* 9:*14* 11:*20*
46:*1, 9* 49:*17, 20*
50:*3, 8, 11* 51:*21,*
*25* 56:*9, 18, 19*
57:*9* 63:*2* 72:*8, 11*
77:*16* 97:*5, 8*
100:*8* 101:*5, 19, 24*
102:*4, 11, 15, 18, 24*
103:*1, 4, 9, 13, 18,*
*20* 104:*10, 13, 16,*
*19, 22* 105:*2, 6*
108:*10* 114:*10*
130:*6, 14, 22*
131:*21* 132:*2, 9, 16,*
*18, 21* 133:*4, 7, 24*
134:*2, 4, 10, 22*
135:*2, 5, 8, 12, 15*
136:*4, 19* 137:*2, 24*
138:*2, 7, 24* 146:*1,*
*4, 6, 10, 12, 13*
147:*15, 21* 156:*8,*
*10* 157:*3, 8, 10, 13,*
*17* 158:*1, 13, 18*
163:*7, 12, 16* 164:*2,*
*4, 8, 8, 11* 173:*13,*
*18* 177:*8, 19* 180:*1,*
*15* 182:*14, 18*
184:*21* 185:*17*
187:*6* 193:*1, 8, 14*
**Guiling's** 151:*10*
**guilty** 94:*12* 173:*2*
**guns** 84:*6, 7, 9*
**Guth** 140:*16*
**Guthrie** 139:*10, 11*
140:*18, 19* 144:*10*
**guy** 137:*20* 151:*17*
152:*8* 159:*15*
**guys** 21:*25* 41:*15*
90:*22* 92:*13*
121:*15* 164:*17*

**guy's** 151:*16*

**< H >**
**ha** 80:*15*
**habit** 136:*9*
**hair** 13:*16* 124:*24*
126:*1*
**hand** 19:*16* 25:*21*
27:*8, 9, 21* 61:*14,*
*15* 62:*8* 67:*1* 85:*8,*
*8, 9, 10* 194:*15*
**handed** 43:*10*
**hang** 143:*19*
144:*13* 161:*4*
**hanging** 143:*21, 23*
144:*4*
**happen** 37:*4* 41:*3*
66:*7* 181:*10*
**happened** 13:*22*
25:*1* 27:*8* 52:*13*
55:*5* 63:*22* 67:*3,*
*18, 22* 75:*16* 78:*8,*
*17* 79:*12* 81:*11*
83:*13* 84:*24* 87:*22*
92:*1* 100:*5* 137:*22*
141:*25* 159:*20*
180:*19*
**happening** 28:*16*
**happens** 136:*6*
**happiest** 96:*3*
**happy** 182:*7*
**hard** 25:*17* 34:*12*
40:*23* 76:*9* 189:*10*
**harder** 44:*6*
**harm** 34:*10*
**hate** 67:*24*
**have,** 72:*25*
**head** 22:*18* 40:*24*
41:*2, 6* 67:*14, 15*
76:*9*
**health** 96:*9*
**hear** 12:*2* 17:*17*
18:*4* 21:*7* 75:*10*
103:*10* 147:*12*
161:*24* 162:*2, 5, 6,*
*8, 15* 163:*3* 167:*5*

179:*1* 184:*18*
191:*23*
**heard** 9:*4* 18:*6, 14*
21:*6* 22:*12, 15*
27:*2* 31:*25* 32:*5*
56:*2* 57:*1, 10* 60:*8*
65:*20* 70:*22, 24*
80:*19* 86:*7* 88:*24*
89:*8* 98:*14* 140:*2*
141:*6* 143:*12, 12*
145:*23* 150:*21*
159:*9* 162:*11, 21*
185:*13, 14* 188:*15*
**HEARING** 1:*12* 2:*3,*
*13, 16* 6:*4* 8:*24*
9:*2* 10:*15* 11:*21*
29:*12, 12* 40:*1, 4*
43:*21, 24* 65:*19*
115:*17, 23, 25*
116:*22* 119:*14, 17*
153:*4* 178:*14, 19*
180:*25, 25* 181:*9, 9*
182:*15* 183:*18*
184:*8* 191:*17*
192:*21* 193:*21*
**hearings** 9:*25*
181:*15* 190:*13*
**heart** 40:*8*
**heaven** 67:*11*
**he'd** 13:*16* 15:*15*
23:*15* 41:*6* 45:*8*
66:*24* 96:*1* 134:*25*
**held** 103:*25*
**he'll** 98:*11*
**hello** 97:*14*
**help** 31:*16, 23*
34:*25* 35:*10, 13*
36:*17, 19, 19, 19*
38:*10* 63:*12* 71:*21*
72:*14, 15, 17*
126:*15*
**helped** 34:*9* 36:*13*
111:*9* 113:*2*
**helpful** 135:*20*
**helping** 35:*7*

36:*21, 22*
**helps** 89:*4*
**her,** 145:*17*
**hesitated** 80:*17*
**Hey** 148:*18* 182:*11*
**Hi** 148:*14* 148:*17*
**hid** 18:*5*
**hide-and-go-seek**
16:*25* 17:*6, 21*
18:*4* 21:*20* 22:*7*
32:*13* 52:*14* 86:*5*
**hide-and-seek** 55:*3*
59:*5* 80:*6* 81:*14*
**hide-and-seek-playi**
**ng** 79:*13*
**hiding** 22:*8*
**higher** 22:*4*
**hit** 12:*19, 22, 24*
**Hm-m** 64:*14* 92:*11*
155:*17*
**Hold** 114:*6* 138:*17*
188:*4*
**hollered** 60:*19*
84:*4*
**hollering** 17:*17*
75:*10*
**Hollingsworth** 3:*6*
**home** 19:*24* 26:*21,*
*22* 27:*1* 30:*19*
41:*23* 48:*13, 24*
64:*16* 65:*8* 66:*17*
68:*10, 16, 17* 84:*1*
89:*17* 95:*6, 9, 11*
98:*2* 99:*5, 20*
106:*14* 127:*20*
141:*20* 142:*10*
143:*1* 144:*14, 14*
146:*16* 147:*24, 25*
148:*7* 154:*5* 155:*9,*
*9, 10, 11* 156:*1*
159:*25* 166:*18, 21*
167:*13* 171:*4, 6*
**home,** 89:*18* 98:*5*
**homes** 21:*16*
**hon** 44:*19*

**honest** 11:*10*
25:*15* 26:*25* 42:*2*
44:*24* 49:*9*, *15*
61:*6* 63:*12* 65:*23*
76:*10* 97:*16*
**Honestly** 14:*25*
45:*17* 48:*17* 63:*7*
81:*12* 92:*4*, *18*
**Honor** 2:*24* 3:*5*, *15*
4:*5*, *12* 5:*16* 8:*13*
9:*14*, *17* 11:*20*
33:*2* 49:*18*, *22*
51:*15*, *21* 56:*9*
62:*19* 88:*19* 90:*8*
97:*5* 100:*24* 101:*6*,
*15*, *19* 112:*19*
116:*12*, *16* 117:*6*
119:*7* 120:*3* 123:*9*,
*17* 128:*11* 129:*25*
130:*3*, *6* 131:*2*, *5*,
*10*, *21* 132:*10*
133:*4*, *5*, *24* 136:*22*
137:*4* 138:*11*
146:*2* 148:*14*
150:*20* 154:*9*
156:*5*, *19* 157:*8*
169:*2* 171:*12*
173:*13*, *21* 174:*8*,
*12*, *15*, *17*, *19*
175:*14* 176:*24*
180:*1*, *15* 182:*14*
184:*6*, *13*, *21* 187:*5*,
*6*, *21* 188:*2* 189:*9*
190:*25* 193:*14*, *15*
**hood** 147:*1* 155:*2*
169:*24*
**hoping** 184:*8*
**hospital** 166:*8*
**hour** 26:*21* 66:*11*,
*12*, *13*, *14*
**house** 17:*9* 20:*3*, *5*,
*14* 26:*3*, *4*, *6* 28:*7*
31:*3* 34:*21* 36:*3*
38:*15* 39:*3* 41:*19*
42:*1* 61:*22* 66:*18*,
*21* 71:*3*, *7* 72:*20*

73:*8* 83:*20* 84:*9*,
*10* 88:*2*, *5* 90:*24*,
*25* 91:*2*, *7*, *13* 92:*2*,
*17* 142:*6* 145:*6*, *9*
147:*23* 148:*8*, *9*
149:*8* 154:*3*
155:*13* 165:*4*, *22*
167:*17* 169:*6*, *7*
170:*14*, *15* 171:*5*
192:*22*
**How's** 14:*4*
**Huh-uh** 31:*5* 90:*5*
**hundred** 52:*23*
**hung** 143:*14* 144:*3*
**hurry** 183:*14*
**hurt** 44:*11*, *12*
**hurting** 99:*24*
**Hydrocephalic**
166:*14*, *15*

**< I >**
**ID** 194:*23*
**idea** 192:*24*
**identification** 18:*18*,
*21* 46:*5* 131:*18*
**ignore** 186:*12*
**imagine** 102:*2*
132:*8* 183:*22*
**immediately** 125:*11*
**impacted** 193:*6*
**impeachment**
102:*3*, *13*
**important** 88:*24*
113:*1*
**impossible** 143:*17*
**impression** 23:*22*,
*23*
**inaccuracies**
122:*12*, *15*
**inaccuracy** 115:*6*
**inaccurate** 127:*21*
**in-between** 91:*13*
**incident** 79:*6*, *9*
80:*3*
**incidents** 75:*15*

**include** 7:*11* 110:*1*
**includes** 186:*14*
**indication** 192:*3*
**indicted** 129:*21*
**inform** 5:*9* 6:*6*
51:*18* 103:*1*
114:*13* 120:*8*
123:*17* 124:*7*
**information** 172:*25*
174:*7* 181:*8*
185:*22* 187:*20*
**informed** 4:*19*
5:*25* 7:*7* 157:*13*
**informing** 4:*24*
192:*12*
**inherit** 109:*13*
**inherited** 111:*12*
113:*8*
**injury** 67:*14*
**in-laws** 168:*4*
169:*15*
**inmate** 181:*16*
**Innocence** 38:*13*
127:*3*, *9*
**innocent** 31:*18*, *19*
33:*16* 39:*23* 48:*23*
89:*4* 95:*5* 112:*25*
173:*2*
**inside** 64:*15* 98:*11*
146:*16*, *24*
**instructed** 177:*15*
**inter** 125:*21*
**interest** 194:*14*
**interested** 115:*23*
**interfere** 5:*13*
**interview** 59:*14*
71:*1* 74:*7*, *8*
106:*23* 108:*2*
125:*22* 126:*5*, *20*
128:*13*, *17*, *25*
129:*19*, *22* 164:*12*,
*15*, *18* 177:*10*, *17*
189:*12*
**interviewed** 121:*1*,
*7*, *14*
**interviewing** 177:*12*

**interviews** 111:*23*
120:*18* 121:*9*
122:*2*, *6* 130:*10*, *19*
132:*4* 133:*1*
193:*17*
**introduce** 56:*12*
130:*3*, *19*, *19* 132:*3*
193:*20*
**investigated** 116:*9*,
*11* 118:*11*
**investigation**
105:*16*, *18* 107:*11*
109:*17*, *22*, *23*
110:*25* 112:*20*
113:*2* 115:*20*
117:*19* 120:*10*, *20*
**investigations**
105:*23*
**investigator** 38:*13*
**investigators** 50:*25*
**involved** 83:*9*, *10*
105:*14*, *18*, *22*
183:*9*
**IQ** 68:*1*
**issue** 3:*16* 6:*20*,
*24*, *25* 173:*15*
177:*9* 193:*3*
**issues** 135:*17*
137:*5*, *19* 182:*1*
185:*9*
**items** 166:*1*
**its** 186:*14*

**< J >**
**Jackson** 83:*24*
**jail** 29:*15* 126:*15*
**James** 50:*23*
51:*10* 73:*14*
**Janice** 105:*16*
139:*4* 158:*19*
**January** 113:*17*
115:*1*, *1*, *13* 141:*25*
**Jean** 140:*21*
**jeans** 24:*22*, *23*
**Jimmer** 38:*17*, *18*,
*20* 39:*21* 46:*22*, *24*

GRAHAM 003845

50:*6, 21*  51:*6*
52:*12*  53:*7*  73:*12*
89:*2*
**job**  36:*25*  117:*1*
144:*23*
**joking**  14:*17*
**journey**  183:*9*
**Ju**  148:*8*
**JUDGE**  2:*8*  3:*3, 8,*
*13, 18, 23*  4:*1, 3, 13*
*5:21*  6:*1, 3, 6, 10,*
*19*  7:*17, 22*  8:*3, 8,*
*11, 15, 18, 21*  9:*15,*
*19, 23*  11:*22*  12:*1,*
*7*  33:*4, 9*  45:*21, 25*
46:*2, 6*  49:*19*
50:*10*  51:*20, 24*
56:*15*  57:*5, 8*
62:*25*  72:*3, 6, 10*
77:*18, 22*  78:*1*
89:*19*  90:*10, 15*
97:*3, 7*  100:*9, 17,*
*23*  101:*1, 4, 7, 10,*
*12, 16, 23*  102:*1, 5,*
*14, 16, 20, 25*  103:*3,*
*7, 11, 14, 19, 22, 24*
104:*4, 8, 12, 14, 17,*
*20, 23, 25*  108:*11*
112:*22*  113:*3, 24*
114:*2*  115:*9, 12*
116:*13, 20*  119:*4, 8,*
*13, 15, 20, 23*  120:*2*
123:*10, 23*  124:*2, 4*
127:*24*  128:*6*
130:*1, 5, 12, 16, 23*
131:*3, 7, 11, 14, 19,*
*23*  132:*6, 14, 17, 20,*
*23*  133:*9, 12, 16*
134:*1, 3, 6, 8, 13, 16,*
*23*  135:*3, 10, 13, 16*
136:*5, 11, 14, 24*
137:*8, 9, 10, 13, 17,*
*25*  138:*3, 5, 8, 12,*
*15, 19*  145:*21*
146:*3, 5, 7, 11*
147:*16*  148:*11*

150:*19, 21*  151:*25*
152:*6, 9, 12, 15*
154:*11*  156:*6, 17,*
*20, 23*  157:*4, 9, 12,*
*15, 18*  158:*11, 16*
163:*8*  169:*1*
171:*14*  173:*24*
174:*6, 10, 13, 16*
175:*7, 10, 12*  176:*6,*
*9, 12, 20, 23*  177:*1,*
*6, 21*  179:*24*  180:*2,*
*7, 12, 16*  182:*9, 9,*
*17, 20*  184:*1, 9, 15,*
*24*  185:*19*  186:*7*
187:*7, 8, 10, 13, 22*
188:*11, 14, 17*
189:*3, 13, 18, 21*
190:*3, 5, 9, 10, 16,*
*20, 21*  191:*1, 6, 8,*
*10*  192:*11, 15, 23*
193:*5, 9, 12, 18*
**judges**  182:*8*
**judgment**  2:*15*
**Judy**  101:*21*  103:*2*
142:*7, 8, 10, 13*
143:*3, 25*  152:*18*
157:*3, 4, 23*  158:*8,*
*14*  180:*10*
**Judy's**  142:*18*
143:*10*  144:*14*
145:*6, 9*  146:*16*
147:*23, 25*  148:*8*
**jump**  80:*16*
**JUNE**  1:*24*  2:*7*
16:*2*  55:*3*  139:*7,*
*15, 20*  140:*4*
142:*16*  144:*18*
145:*2*  158:*22, 24*
159:*23*  161:*14*
166:*6*  167:*14*
168:*3*
**Junior**  17:*14, 15*
20:*24, 25*  21:*3*
26:*5, 8, 9*  29:*23*
64:*18, 24*  65:*16*
66:*1*  160:*23*

**Junior's**  16:*23*
17:*4*  18:*2*  20:*15,*
*17*  63:*15*  64:*16*
65:*16*  66:*10*
**jury**  109:*14*  112:*12*
113:*9*  114:*22*
172:*18, 25*  185:*13*
**Justin**  3:*1*

**< K >**
**Kaye**  43:*12*  52:*3*
56:*2*  58:*20*  75:*17*
76:*13, 16*  77:*9, 14*
90:*1*  105:*16*  139:*4,*
*13, 17*  141:*2, 4, 14*
142:*1*  143:*14, 16*
144:*7, 11, 14*  145:*8,*
*9*  158:*19*  159:*11,*
*21*  160:*8*  161:*4*
162:*16, 18*  169:*9,*
*16, 20*  171:*4*
**Kaye's**  32:*3*  93:*18*
108:*16*  112:*15*
143:*14*  165:*9, 12,*
*14, 17*  170:*17*
171:*2*  173:*7*
176:*14*  179:*9*
**Keaton**  107:*20, 24*
108:*3*  121:*7*
128:*25*  129:*6*
143:*5, 13*  160:*12,*
*14*
**Keaton's**  107:*15*
108:*1*
**keep**  25:*19*  41:*9*
42:*20*  55:*9*  93:*15*
120:*23*  166:*3*
167:*7*
**keeps**  37:*4*  85:*20*
**KENTUCKY**  1:*15*
2:*4*  38:*13*  74:*12*
107:*6*  194:*2, 5*
**kept**  13:*12*  28:*22*
42:*12, 22, 23*  47:*19*
48:*6*  70:*11*  94:*8*

99:*21*  102:*21*
165:*21*  170:*5*
**kid**  15:*3*  28:*13*
29:*16*  35:*22*  56:*23*
94:*14*
**kids**  16:*9*  28:*22*
41:*4*  54:*7*  178:*2,*
*14, 18, 21*  179:*2*
**kill**  30:*9*
**killed**  14:*23*  20:*7*
30:*10*  39:*16*  47:*13*
53:*24*  70:*8, 12*
75:*17*  86:*14*  93:*3*
**kind**  9:*24*  12:*24*
13:*4*  17:*21*  42:*24*
67:*22*  83:*7, 7*
84:*11*  108:*4*  147:*5*
162:*15*  166:*25*
171:*3*  178:*18, 18*
183:*3*
**kinda**  95:*23*
**kinds**  137:*14*
**kitchen**  27:*3*  64:*25*
66:*23*  106:*18*
171:*1*  179:*11*
**knew**  5:*17, 17*
17:*18*  31:*12*  34:*11*
47:*8, 18*  57:*16*
66:*6*  68:*5, 5*  74:*19*
89:*5*  95:*24*  141:*5,*
*6*  143:*25*  161:*6*
168:*2*  170:*4*
**know**  5:*12*  6:*12*
7:*8, 24*  9:*3*  11:*15*
12:*8, 15, 16, 17*
14:*20, 25*  15:*23, 24*
16:*21*  17:*3, 17*
18:*11, 11, 15*  19:*1*
21:*8, 10, 11, 13, 15*
22:*17*  23:*15*  24:*11,*
*12, 14, 20*  25:*12, 15*
26:*19*  27:*14, 18, 23,*
*24*  28:*14, 18*  29:*16,*
*18, 21*  30:*8, 15*
31:*14, 14, 19, 23*
32:*2, 4, 8, 15, 20, 21*

33:*19*   34:*9, 10, 13,*
*23*   35:*3, 11*   36:*1,*
*18*   37:*3, 8, 14*   39:*4,*
*22*   40:*19, 20*   41:*7*
42:*3, 4, 11, 16, 17,*
*19, 23, 24, 24*   44:*3,*
*18*   45:*17, 18*   46:*14*
47:*18, 20*   48:*1, 3, 6,*
*15*   49:*4, 7*   50:*23*
51:*9, 10, 13, 13, 17*
52:*14, 15*   53:*22*
54:*7, 9*   55:*8*   56:*8*
57:*3, 17, 19*   59:*12*
60:*16*   61:*1, 4, 11,*
*17*   63:*4, 9*   65:*2, 6,*
*20, 23*   67:*5, 10*
68:*2*   70:*21, 22, 23*
73:*13*   74:*9, 11, 12,*
*16*   75:*25*   76:*2, 13,*
*19*   77:*8*   81:*2, 19,*
*24*   82:*5, 16*   83:*8*
85:*12, 15*   86:*20*
87:*18*   88:*19, 20*
89:*18*   90:*1, 3, 4*
92:*2, 17, 18*   94:*9,*
*13, 15, 16, 18, 25*
95:*3, 22, 23, 24, 25*
96:*7, 8*   97:*15*
99:*18, 22*   100:*6, 10*
101:*17*   103:*19*
109:*9*   113:*1, 21*
115:*4*   116:*24*
118:*3, 14*   119:*1, 3,*
*18*   126:*10, 10*
129:*11, 15, 17*
130:*24, 25*   131:*16*
132:*24*   134:*7, 17*
135:*10, 18, 18*
136:*6*   137:*3, 8, 23*
139:*25*   140:*4, 24*
141:*5*   143:*5, 7, 9*
144:*1, 10, 24*
145:*11*   146:*7*
148:*4*   149:*22*
150:*8, 9*   151:*16, 18*
152:*2, 6*   153:*14, 20*

159:*5, 7, 10*   160:*5,*
*12, 18, 22*   161:*4*
162:*17*   166:*4, 11*
167:*1*   170:*5, 8, 19*
172:*14*   178:*3, 6, 20*
180:*3*   183:*2, 3, 5, 6,*
*19*   184:*15*   186:*23*
188:*14*   190:*10, 17,*
*21*   191:*12*   192:*1, 6,*
*25*   193:*4, 7*
**knowing**   44:*12, 16*
159:*8*
**knowledge**   5:*7*   7:*3*
76:*16*   77:*12*
112:*13*   118:*8, 21*
161:*3*
**known**   140:*6*
144:*1*   158:*7*
191:*25*
**knows**   11:*18*   98:*15*
**know's**   132:*8*
**KSB,**   131:*15*
**KSP**   109:*7*

**< L >**
**lady**   16:*17*   18:*6*
29:*1, 3, 4, 15*   31:*13*
47:*12*   48:*20*   55:*19*
70:*8, 12*   76:*18, 25*
77:*8*   86:*7, 14*
93:*12*   94:*3*   126:*14*
**lady,**   16:*18*
**lady's**   48:*20*   53:*23*
77:*2*   126:*21*
**Lagran**   137:*5*
**Lagrange**   99:*15*
134:*5*   135:*14*
181:*11, 16*
**laid**   159:*10*
**large**   33:*5*   194:*2*
**late**   67:*6*
**later,**   83:*16*
**laughs**   160:*11*
**law**   107:*2*   109:*4*
110:*23*

**laying**   16:*13*   84:*6*
97:*20*   169:*24*
**le**   5:*23*
**leading**   39:*25*   40:*4*
104:*15*
**learn**   13:*25*   14:*14*
28:*24*   94:*1*   174:*23*
**learned**   5:*15*
43:*15*   48:*25*   49:*3*
95:*8*
**learning**   68:*6*
**leave**   7:*5*   25:*23*
48:*2*   147:*23*   154:*5*
169:*25*   170:*7*
**leaves**   193:*15*
**leaving**   16:*3*
**left**   20:*2*   61:*15, 15*
62:*8*   85:*9, 10*
91:*11*   106:*17*
169:*15*   170:*6, 10*
**left-handed**   85:*13*
**legal**   3:*21*
**length**   96:*23*
**lengthiest**   103:*20*
**lengthy**   104:*9*
**letters**   100:*2*
**Li**   33:*18*   127:*1*
**library**   39:*9*
**lie**   38:*7*   72:*2*
**life**   15:*7*   35:*20*
45:*3*   91:*25*   97:*24*
**light**   24:*2*   60:*10*
**likelihood**   185:*15*
**likes**   104:*11*   135:*5,*
*6, 8*
**Linda**   150:*5*
**line**   25:*11, 17*
65:*22*
**lines**   102:*19*
**lineup**   125:*10*
**Lisa**   30:*16, 17*
31:*6*   32:*10, 10*
33:*11, 15, 18*   34:*4*
38:*24*   51:*12, 13*
52:*1, 9, 13*   54:*2*
70:*4, 11, 18*   71:*23*

72:*9, 12, 17, 20, 24*
73:*1*   76:*23*   125:*12,*
*22, 24*   126:*14*
127:*1, 8, 20*
**Lisa's**   127:*20*
**List**   72:*6*
**listen**   72:*6*
**little**   11:*13*   17:*3*
18:*5, 6*   20:*3*   22:*5,*
*10*   25:*17, 17, 22*
28:*1*   30:*11*   33:*5*
34:*23*   39:*9, 10*
41:*1*   45:*7*   48:*10*
80:*1*   83:*20*   85:*1*
90:*24, 25*   91:*12, 13*
92:*24*   93:*14*
100:*13*   102:*9*
103:*15*   139:*12*
166:*5, 9*   167:*1*
169:*15, 18*   170:*1, 6,*
*9, 22*   171:*24, 25*
**live**   10:*23, 25*   16:*7*
19:*20, 25*   21:*3*
31:*11*   74:*20*   92:*13*
139:*7, 11*   149:*7*
160:*25*
**lived**   11:*1, 1, 2*
19:*2, 6, 22*   20:*2*
36:*6*   63:*17*   129:*11,*
*14, 15*   142:*13*
149:*11*   160:*22*
164:*20*   178:*2*
**living**   20:*8*   49:*13*
88:*10*
**locate**   4:*6, 20*
**located**   20:*17*
110:*8*
**location**   4:*22*
18:*23*
**locked**   92:*23*
**logistical**   103:*23*
**long**   3:*22*   22:*22*
26:*20*   35:*19, 21*
41:*8, 15*   66:*9, 9*
83:*14*   95:*21*   96:*14,*
*15, 24*   97:*23*   98:*20,*

GRAHAM 003847

*20, 20*  101:*20*
105:*10*  107:*20*
108:*24*  109:*1*
131:*22*
**longer**  4:*20*  7:*1*
64:*1*
**long-term**  56:*21*
**look**  22:*19*  24:*6,*
*10, 12, 13*  27:*22*
32:*20*  82:*19*  88:*17*
110:*15*  111:*10*
114:*4*  116:*17*
118:*5, 16*  120:*5*
125:*2*  130:*17*
133:*2*  134:*17*
164:*3*  169:*17*
175:*19*  193:*19*
**looked**  19:*5, 14*
23:*11*  27:*8*  60:*20*
61:*12*  67:*8*  76:*19*
79:*18*  96:*4*  117:*12,*
*15, 20, 22*  118:*4, 14*
122:*14*  130:*21*
140:*11, 22*  161:*13,*
*17, 23*  170:*16, 24*
171:*1*  173:*7*
183:*17*
**looking**  14:*12*
42:*12, 18, 23*  44:*17,*
*17*  50:*17*  78:*6*
90:*6*  96:*2*  110:*9*
111:*1*  126:*24*
152:*1, 8*  179:*11*
**Lord**  69:*22*  88:*13*
96:*23*
**lose**  25:*14*
**losing**  98:*16*
**loss**  46:*12*
**lost**  36:*25*
**lot**  12:*9, 12*  21:*17*
40:*25, 25*  41:*2*
44:*16*  52:*4, 5, 6, 7*
67:*9, 10*  82:*15, 18,*
*22, 23*  83:*7*  88:*2*
94:*25*  95:*12, 14*
115:*16*  124:*3*

142:*11*  144:*17*
178:*2, 6*  181:*24*
185:*22*  187:*19*
190:*13*
**Lots**  19:*10*
**loud**  21:*18*
**Louisville**  194:*4*
**love**  44:*10*
**loved**  52:*14*
**low**  68:*1*
**lying**  13:*8*  42:*25*

**< M >**
**ma'am**  9:*13*  10:*1,*
*3, 16*  23:*10*  39:*17*
46:*25*  47:*3*  49:*6, 9*
58:*24*  59:*1, 8*
63:*18, 21*  64:*14*
66:*15*  67:*15*  72:*3,*
*3, 4*  74:*2*  75:*6, 8,*
*12*  76:*14, 14, 17*
77:*4, 15, 18*  97:*12*
100:*9*  105:*19, 25*
106:*4, 9, 23*  107:*1,*
*5, 14, 17, 25*  108:*15,*
*18*  109:*8, 20*  110:*4,*
*11, 14, 17*  112:*8, 13*
113:*14*  117:*14, 17*
118:*18*  120:*22, 25*
121:*8, 11, 13*  122:*2,*
*8*  128:*20, 24*  129:*5,*
*13, 17*  139:*24*
140:*1, 3, 5*  141:*10,*
*12, 12, 16*  142:*3, 20,*
*22*  143:*4, 6, 8, 11,*
*17*  144:*9, 19*
145:*10*  146:*15, 17*
147:*1, 5, 8, 10, 14*
148:*25*  149:*3, 6, 14,*
*20*  151:*13*  152:*25*
154:*16, 20*  155:*17*
156:*15*  157:*19*
158:*21*  159:*1, 6*
160:*11*  161:*6, 10,*
*15, 19, 22*  162:*4, 8,*

*13, 23, 25*  180:*2*
**machine**  39:*10*
**maiden**  139:*2*
158:*4*
**main**  102:*12*
**making**  73:*16*
80:*16*  116:*16*
136:*9*
**man**  33:*21*  39:*22*
151:*20*  152:*3*
**manner**  5:*23*
**map**  21:*23*  25:*25*
90:*6*  91:*1, 4*
**March**  61:*21*  71:*1*
74:*6*  106:*2*  121:*2*
123:*20*  124:*15*
125:*3, 21, 21, 25*
126:*5, 20*  129:*2*
**mark**  22:*12*
**marked**  18:*16, 17,*
*17, 20*  46:*4*  91:*2*
131:*17*
**marriage**  92:*12*
**married**  92:*6, 21*
93:*24*
**marry**  75:*7*  92:*8,*
*10*
**match**  19:*12*
**matter**  7:*6*  37:*8*
79:*25*  107:*4*
112:*23*  134:*2*
149:*2*  192:*7*
193:*22*  194:*14*
**mattress**  16:*13*
85:*24, 25*  86:*8*
**mean**  11:*17*  12:*12*
13:*17*  14:*15*  15:*25*
21:*9, 10, 11*  28:*22*
29:*5*  30:*7, 8*  36:*18*
42:*3, 21*  50:*16*
53:*16, 16*  54:*5*
60:*3, 5, 23*  67:*9, 23*
69:*11, 19*  76:*6*
82:*18*  94:*7, 24*
95:*14, 16, 17*  96:*15*
102:*8, 20*  105:*15*

132:*6*  134:*25*
136:*2, 11*  144:*15*
150:*15*  154:*22*
162:*19*  167:*1*
171:*15*  172:*24*
178:*2*
**meant**  14:*20*
**measured**  186:*15*
**media**  194:*6, 9*
**medical**  166:*11*
**meet**  34:*3*  38:*12,*
*16*  163:*15*
**meeting**  32:*10*
38:*16*
**Melanie**  3:*5*
**members**  191:*14*
**memory**  26:*17*
85:*24*  172:*15*
**men**  41:*18*  71:*6*
**mental**  96:*9*
**mention**  142:*1*
153:*24*  154:*17*
159:*12*  160:*8*
**mentioned**  42:*20*
153:*17*
**mentioning**  154:*21*
**mess**  190:*12*
**messing**  68:*23*
**met**  5:*19*  34:*6*
38:*20*  39:*5, 5*  40:*1*
47:*4*  75:*3*  108:*14*
150:*24*  163:*15, 18*
**M-hm**  4:*13*  5:*21*
47:*10, 15*  49:*19*
64:*22*  71:*5*  99:*3,*
*11, 18*  103:*3, 24*
121:*25*  123:*10*
124:*4*  136:*22*
142:*14*  149:*18*
150:*3*  151:*1, 3*
155:*7*  166:*16*
188:*16*  189:*2, 2*
**middle**  13:*13*  163:*4*
**midnight**  55:*2*
59:*14*

**Miller** 112:*4*
118:*24* 120:*15*
**mind** 9:*20* 26:*15*
33:*19* 35:*7* 120:*23*
121:*16* 189:*14*
**minute** 101:*3*
124:*11*
**minutes** 22:*25*
23:*6, 7* 27:*2* 58:*20*
64:*3* 66:*13, 14, 20*
84:*11* 106:*21*
107:*22* 130:*7*
146:*20, 21, 23*
147:*24* 148:*7, 8*
153:*18, 25* 154:*3*
170:*7* 193:*16*
**missed** 24:*24, 25*
42:*6*
**missing** 19:*11*
177:*3*
**misspeak** 23:*9*
**misstated** 185:*16*
**mister** 35:*6*
**misunderstood**
175:*15*
**mom** 12:*21, 23*
15:*21* 29:*18* 32:*15*
47:*18* 48:*18* 54:*10*
57:*3, 3* 80:*18*
84:*10, 12* 87:*13*
88:*1, 11* 94:*4, 5, 21*
95:*5* 99:*4* 139:*12*
145:*24* 153:*18, 25*
168:*7, 8* 169:*17, 19,
25, 25* 170:*2, 4, 5, 6*
**moment** 101:*11*
114:*7* 157:*11*
**momma** 12:*8, 17*
13:*7, 15, 19, 23*
14:*18* 26:*23* 28:*22*
41:*7* 44:*5, 10*
47:*20* 48:*21* 65:*9*
84:*2* 94:*13, 17*
99:*12*
**Momma's** 37:*9*
44:*14*

**mom's** 83:*24*
149:*7* 155:*5, 9, 10,
11, 19* 165:*21*
**Monday** 144:*24*
**money** 71:*11, 12,
23* 72:*12* 73:*2*
99:*1, 4* 124:*22, 25*
125:*8, 20, 22, 25*
126:*2, 8, 15*
**monitors** 163:*2*
**month** 28:*21*
47:*17, 23, 24* 48:*7,
9, 12* 56:*1*
**months** 74:*25*
82:*7* 83:*14, 15, 17*
84:*16* 87:*13, 23, 24*
88:*7* 90:*18* 113:*7,
10* 141:*22, 25*
188:*10*
**Morgan** 12:*9*
**morning** 46:*10, 11*
100:*13* 138:*25*
139:*1* 158:*2, 3*
191:*20*
**Morris** 18:*1*
**motel** 144:*8*
**mother** 37:*9* 57:*21*
58:*3, 5, 13* 64:*21*
66:*2, 4, 5* 68:*11*
82:*16* 83:*1, 7*
145:*7, 8, 9, 18, 19,
20* 146:*18* 147:*23*
153:*9* 154:*4* 169:*5,
8, 13*
**mother-in-law** 169:*5*
**mother's** 83:*3*
98:*12*
**motion** 2:*13, 19*
117:*4* 119:*5, 18*
181:*21* 186:*22, 23*
**motioned** 60:*20*
**Motorcycles** 38:*2*
**mouth** 27:*10*
60:*15* 61:*4* 69:*21*
**move** 45:*23* 87:*11*
88:*3* 90:*23* 169:*3*

**moved** 19:*10*
21:*16* 47:*25* 55:*15,
17* 83:*19, 22* 87:*20,
25* 88:*7* 90:*16, 22*
91:*4* 92:*2, 3, 16, 17,
19*
**moving** 91:*24*
106:*18*
**multiple** 115:*17*
**murder** 47:*22*
48:*19* 49:*1, 8*
55:*24* 56:*2* 93:*10,
16, 18, 21* 94:*10*
105:*16* 117:*16, 19*
118:*6, 6, 12, 25*
119:*3* 129:*16*
143:*14*
**murdered** 17:*24*
20:*13* 43:*12* 49:*5,
12* 52:*3* 58:*21*
94:*2*
**music** 162:*15, 15*

**< N >**
**name** 10:*10, 12*
30:*15* 32:*4, 5* 38:*2*
40:*15* 48:*20* 126:*7,
10, 21* 139:*2*
140:*21* 151:*16*
158:*5* 159:*9*
**named** 48:*20*
126:*14* 159:*15*
**names** 16:*10*
129:*17*
**Nancy** 17:*2* 59:*2, 3*
**near** 86:*12*
**need** 2:*18* 7:*19*
8:*4* 9:*8* 32:*25*
33:*6* 35:*5* 37:*6*
46:*15* 81:*24* 85:*21*
88:*23* 89:*7* 90:*19,
21* 100:*11* 101:*17*
102:*12* 115:*15, 15*
117:*4* 180:*20, 20*
181:*6* 183:*10, 11*
185:*4* 186:*25*

188:*25* 189:*7*
190:*1, 21* 193:*13,
16*
**needed** 35:*4*
144:*25* 172:*25*
173:*1*
**needs** 36:*19* 99:*23*
166:*24*
**neighborhood**
107:*22* 178:*15*
**neighbors** 4:*14, 19*
110:*5*
**nervous** 43:*7*
**nev** 159:*9*
**never** 4:*10* 5:*24*
14:*10* 15:*12* 17:*15*
28:*11, 11, 12, 21*
30:*6, 7, 8* 37:*18*
45:*18* 48:*24* 55:*21*
62:*22* 66:*1* 70:*15,
22, 24* 79:*20*
107:*12* 112:*10*
118:*7* 136:*10*
144:*2* 149:*1*
159:*10, 14, 14*
161:*6, 6, 8*
**new** 168:*16* 174:*7,
9, 16, 18* 181:*8*
183:*19, 19* 185:*10,
11* 186:*1, 4*
**newborn** 163:*1*
**newly** 116:*1*
**news** 148:*1*
**nice** 38:*21*
**night** 16:*20, 21*
17:*23, 25* 20:*12*
22:*7* 27:*17* 28:*10*
29:*9, 10* 31:*21*
43:*23* 44:*1* 52:*2,
10, 11* 58:*20* 65:*3,
5* 66:*2, 4, 5* 67:*6*
68:*16, 17* 69:*2, 9,
10, 15, 19, 20* 74:*15*
75:*17* 79:*15* 80:*11,
12, 12* 85:*7* 86:*8*
103:*5, 10* 121:*15*

GRAHAM 003849

141:16  142:23, 25
145:3  153:8, 13
155:21, 23  160:3
161:14  162:14
163:4  165:20
172:19  178:10, 10
179:1
**nights**  144:23
**nineteen**  41:5
**noise**  191:18
**Nope**  17:11
**Norm**  31:17
**normal**  167:2
**NORMAN**  1:19  2:6,
12  32:6, 8  59:23
90:3, 4  125:1, 13
126:15  128:14, 19
129:20  141:14
142:10, 13  160:10
161:1  162:11, 16,
17  165:15  169:17
171:3, 5  173:1
175:25  176:2, 17
**Norman's**  142:6
155:5, 16, 21
162:19  165:9, 16
166:3  170:19
171:9  175:7
179:10, 15
**north**  136:15
**nosy**  64:4
**Notarial**  194:15
**notarized**  52:6, 8
54:16
**Notary**  194:19, 23
**note**  5:19  173:14
**noted**  161:13
173:19
**notes**  77:16  187:23
**number**  3:10
120:10  125:12
130:25  187:14

< O >

**oath**  10:4, 5
138:20  157:22
172:5
**Obey**  82:25
**object**  190:18
**objection**  46:1, 3
51:15  56:14, 15
130:5, 6
**obviously**  135:23
168:16  181:10
**occurred**  52:11
55:25
**October**  111:13
**odd**  16:3
**off,**  14:15
**offer**  35:8  71:23
72:12, 14, 17
**offered**  34:22  35:4,
10, 12  36:24, 24
72:15  73:1  125:8,
22, 24  126:2, 7, 8,
14
**offering**  38:10
106:19  124:21
125:20
**offi**  190:8
**office**  111:18
113:7, 17  114:20
151:10, 12  156:13
163:18  177:10
191:5
**Officer**  163:23
**officers**  40:18, 20
61:22  71:16  73:15,
23  107:3, 6  177:11
**Oh**  3:23, 24  4:17
5:4  8:15, 21  19:13
22:24  32:16  35:6
45:9  52:5  81:16
88:13  93:15  97:6
103:7  108:20
109:15  137:9
141:10, 24  145:8
162:25  168:13
184:9  192:23
193:18

**Okay**  3:18  8:8, 10,
18  9:25  20:6, 18
22:6  33:2  46:2, 16,
17  48:14, 25  50:20,
23, 24  51:2, 7  52:7,
16  54:23  57:6
59:20  60:18  63:8,
14  68:19  69:8, 13,
16, 18, 23  70:3
74:14  78:6, 21
79:3, 17, 21, 23
80:24  81:6, 10, 13
82:3, 7, 15, 24
83:18  85:3, 4, 10,
17  86:6  87:5, 11,
14  88:4, 10, 12, 20
89:5, 6  91:15
93:14  94:1, 21
98:8  99:14  100:15
101:10, 12  103:11,
18  104:16, 19, 19,
23  106:22  108:9,
11, 24  109:6, 9, 12,
21  110:9  111:8, 11,
16, 20, 24  112:3, 6,
9  113:5  114:4, 5,
10, 12, 23  115:2, 11
117:5, 15  118:9, 15,
19  120:7, 12, 17
122:3, 11, 16, 24
123:7, 16  124:2, 6
125:2, 5  126:13, 19
127:11, 14, 24
128:10, 25  129:8,
19  130:21, 22
131:7, 8, 8  132:14,
20  133:9, 12, 19
134:23  137:24
138:2, 9, 14, 18
139:14, 23  140:12,
20  141:8  142:1
144:13  145:1
146:1, 19  147:16
148:21  149:10, 19,
25  150:10, 16
151:11, 17, 21, 24

152:7, 15, 18
153:10, 16, 21, 23
154:24  155:3, 15,
18  156:3, 16, 17
157:9, 18, 20
159:11, 22  160:6,
18  161:11, 23
163:8  165:21
168:19  169:1, 10
170:13  172:11, 18
175:3, 7, 12  176:16,
18, 22, 23  177:14
178:6, 9, 12, 21, 23
179:8, 22  180:6, 12
184:9, 24  186:6
187:3, 7  191:1
**old**  37:1, 5, 20
45:14  58:10  67:17
78:17  81:10  88:12
139:14, 17  149:8
158:22
**older**  11:7, 9
88:14, 14, 21
143:22, 24  144:5
**oldest**  10:21
**Oldham**  137:5
181:14  182:4
183:4  190:7  191:7
**once**  62:22  73:9
89:7  98:24  127:12
133:17  183:21
191:4
**ones**  192:13
**open**  9:10  27:2
120:23
**opened**  69:20
170:24
**opinion**  116:25
**options**  184:25
**oral**  184:7, 16
185:1, 5
**order**  2:9  78:7
189:7
**ordered**  180:21, 22
191:22
**ordinary**  31:22

GRAHAM 003850

original  105:*14*
133:*11*
original,  105:*15*
out,  95:*8*
outcome  194:*14*
out-of-state  157:*5*
outside  7:*3*  8:*25*
9:*9*  17:*5*  31:*2*
100:*10*  144:*14*
146:*19, 24, 25*
147:*4, 9*  153:*13, 18,*
*24*  154:*18*  161:*25*
169:*23*
Overruled  51:*24*
63:*1*
Owensboro  188:*8*
owner  21:*16*

< P >
p.m  146:*14*  148:*3*
161:*20*  180:*11*
packing  61:*13, 14,*
*18*  64:*13*
pad  17:*5*  18:*2*
pains  79:*11*
pants  24:*21*
papers  33:*12*
paperwork  39:*11*
parents  64:*20*
74:*21*  168:*6*
170:*10*
park  11:*2*  14:*24*
16:*8*  17:*24*  19:*2,*
*21*  20:*1, 9, 13*  29:*2*
31:*12*  39:*3, 16*
47:*13*  48:*1*  55:*16*
75:*11*  83:*13, 19, 20*
87:*12*  90:*16*  91:*8,*
*9*  93:*2, 13*  94:*3*
142:*16*  145:*1, 15*
160:*23*  165:*1*
178:*1, 3*
park,  29:*4*
parked  176:*14*
parole  95:*4*

part  42:*7*  56:*11*
133:*7*  150:*18*
154:*24*  171:*13*
173:*14*  185:*11*
particularly  89:*8*
parties  5:*14*
194:*12, 13*
pass  57:*21*  108:*10*
147:*15*  163:*7*
passed  4:*15, 22, 25*
5:*3, 10*  6:*14, 16*
10:*20*  44:*15*  55:*19*
77:*1*  106:*7*  172:*2*
path  25:*5*
pay  33:*23*  37:*15*
60:*16*  61:*5*  71:*11*
124:*21, 25*
paying  39:*23*
peeking  142:*2*
160:*9*
pen  19:*16*  22:*11*
25:*4*  47:*9*  48:*22*
penitentiary  33:*21*
47:*22*  48:*19*  56:*1,*
*3*  57:*2, 11*  99:*10*
people  8:*5*  21:*13*
38:*14, 22*  75:*10*
83:*9, 9, 10*  89:*4*
115:*10, 13*  143:*10,*
22
people's  54:*8*
period  35:*9*
110:*23*  141:*19*
147:*2*  162:*6*
person  96:*3, 6*
147:*3*  164:*5*
personal  3:*20*
165:*19*  166:*1*
personally  76:*13*
96:*8*  129:*22*
144:*13*
phone  4:*7*  98:*19,*
*21*  99:*5*
phonetic  16:*10*
18:*1*  96:*25*  112:*4,*
*16*  132:*13*  133:*8*

158:*8*  170:*14*
183:*25*
photo  125:*10*
physically  23:*17, 19*
pick  145:*16, 19*
148:*6*  154:*2*
picked  16:*9*  32:*16*
125:*11*
pictures  31:*15*
76:*20, 21, 23, 25*
77:*2*
piece  11:*19*  41:*11*
pieces  44:*12*
pink  20:*16*
pl  39:*10*
place  10:*5*  21:*18*
104:*20*  121:*12*
192:*9, 11*
plan  8:*1*
planned  65:*3, 5*
play  17:*21*  21:*25*
36:*4*  178:*14*
played  86:*5*  162:*14*
playing  16:*25*  17:*6*
18:*3*  21:*20, 21, 22*
22:*7*  32:*13*  52:*14*
55:*3*  59:*5*  63:*25*
65:*13*  95:*22, 22*
147:*9, 13*  161:*25*
162:*3*  179:*2*
plays  183:*20*
please  19:*17, 23*
20:*16, 24*  31:*22, 23*
33:*1*  77:*17*  101:*11*
113:*23*  114:*4, 6, 12*
120:*5, 7, 19*  123:*12*
124:*20*  125:*2, 6*
127:*6*  133:*25*
138:*20*  156:*3*
173:*12*
plenty  189:*15, 22*
plug  39:*10*
point  38:*12*  39:*25*
40:*4, 9*  59:*16*  89:*9*
92:*19*  99:*18*
115:*16, 21, 22*

158:*7*  169:*8*
183:*16*  188:*12*
pointing  91:*1*
117:*8*  125:*11*
164:*4*
points  186:*9*
pol  84:*11*
Police  3:*1*  28:*9*
40:*9, 10, 16, 18, 19*
73:*15*  83:*8*  84:*11*
86:*17, 20*  89:*10, 14*
105:*8*  107:*7*  109:*2,*
*4*  110:*2, 24*  116:*25*
118:*24*  120:*15, 16*
149:*4*
pool  144:*8*
porch  74:*3*
position  105:*11*
positions  108:*21*
possible  150:*13*
possibly  100:*25*
190:*14*
Post  110:*22*
potential  110:*9*
117:*13*
Potter  51:*12, 13*
52:*1, 9*  70:*4*  71:*23*
72:*12, 20, 24*  76:*23*
125:*11, 16*  127:*1, 8*
pre  188:*3*
preferred  15:*21, 23*
Prepared  131:*15*
184:*7*
present  54:*15*
106:*14*  114:*21*
122:*20*  126:*12*
127:*13, 23*  151:*14*
156:*13*  177:*11*
presented  6:*11*
112:*10, 11*  113:*9*
116:*9, 11, 19, 24*
117:*3*  119:*17*
186:*22*
pressured  39:*18*
pressuring  40:*2*

GRAHAM 003851

pretty 20:23 32:14 84:15 103:12 152:22
previously 109:23 154:14 173:21
pri 39:23
price 39:23
prior 2:16 4:16 6:2 107:17 109:3 112:1, 2 181:1 186:22, 23
prison 7:20 15:13 32:3 93:17 94:16 98:22 137:15 181:16 190:13
prisoners 137:14
prisons 94:25 137:7
probability 185:15
probable 116:6
Probably 22:24 26:21 27:1 28:20 41:17 65:8 82:5 88:16 102:8 103:21 143:1 177:23 178:5 184:17 190:22 192:23
problem 87:16 130:21 136:16 182:11 192:4
proceed 7:2
proceedings 2:10 3:9 97:10 105:24
process 6:18
Project 38:13 127:3, 10
promised 138:15
proof 112:23
proper 6:10
propose 189:11
prove 112:25
provide 133:14
provided 49:25 121:22 130:14

providing 121:21
Public 194:19
pull 13:16 39:11
pulled 16:12, 12
pulling 13:15 164:24
pure 186:15
purposes 102:13
pursuant 2:13
push 14:15
pushed 11:18 13:6 69:14
pushing 69:3
put 37:12 61:23 80:2 99:5 101:17 103:16 109:14 131:4 155:22, 22, 22 184:12 190:1

< Q >
question 6:22 26:12 57:6 58:8 72:7, 10 73:20 74:15 95:18 103:23 108:21 116:4 117:1, 2 128:16 185:20 186:19 188:3, 7 190:4, 23 191:2
questioned 128:3 181:8, 17
questions 10:4 25:24 45:20 47:19 56:17 63:1 77:20, 24 87:16 89:20 97:2 104:15 112:18 115:16 121:20, 24 128:1, 11 130:2 133:22 138:16 139:21 148:13 153:15 155:3 156:4 159:3 163:8 172:21 173:3 183:2
quick 155:3

quicker 181:24 184:17
quickly 120:18 148:20 150:1 183:13
quiet 147:6, 7
quite 6:22 11:10 22:25 65:18 102:6 143:15
quote 72:24, 25, 25

< R >
Ralph's 168:6
rambling 108:7
range 109:12
Rapp 118:15, 16, 25 119:3
reach 13:2
reached 116:7
read 25:18 116:20, 21 124:20 125:6 127:5, 25 128:9 130:16 158:11 183:17 188:15
reads 114:19 124:23 125:9, 21 127:7
ready 113:8 114:21 154:4 156:2 170:11 188:20
real 21:9 34:12 44:4, 19, 19 67:19 96:5 120:18 170:18 188:3, 6
realized 170:2
really 17:16 18:10 21:8 24:24 26:14 27:24 28:22 34:20 38:21 40:7, 20 44:16 47:13 59:9 60:5 70:17 88:20 89:7 140:10 145:13 150:1 154:22 167:2, 9

178:20
ream 187:23
reason 4:23, 24 6:14, 19 9:1 29:15 33:22 70:3 116:3 145:5
reasonable 8:1 78:3 116:3 186:20 187:3
reasonableness 186:14
recall 3:9 6:23 26:9, 23 52:8 54:20 55:18 61:24 62:2 64:18 69:25 71:15, 15, 17, 20 76:17, 19 96:10 98:23 100:1 113:12 122:18 139:23 140:7 141:3 143:3 150:4 154:20 158:24 159:7
recalled 150:1
received 15:8 46:19 79:3 133:14
receiving 15:7 78:24 184:13
recess 101:2, 9
reckon 164:19 165:18
recliner 106:17
recognize 18:23 49:21 50:12 71:3 78:3 188:8
recollection 51:22
recommend 192:21
record 2:9 56:11 103:8 106:22 119:10, 24 127:18 130:4 132:15 133:7 135:22 145:25 150:18 154:10, 25 161:12, 13 171:13 173:15

GRAHAM 003852

174:*20*  181:*6, 20*
190:*2*  193:*19*
**recorded**  106:*23*
121:*25*  130:*10*
132:*3*  189:*23*
**records**  111:*4, 11,*
*15*  113:*5*
**recount**  159:*2*
**red**  24:*19*  112:*16*
**redacted**  11:*5*
**redirect**  89:*20*
131:*19*
**RE-EXAMINATION**
89:*22*  156:*9*  177:*7*
**refer**  54:*11*
**reference**  107:*11*
113:*20*  118:*24*
120:*16*  121:*20*
129:*23*
**referred**  18:*20*
46:*4*  131:*17*
166:*12*
**referring**  125:*18*
145:*17*  147:*17*
151:*18*  164:*5*
**reflects**  127:*18*
**refresh**  51:*22*
**refrigerator**  106:*19*
170:*24*
**rega**  118:*6*
**regard**  118:*6*
**regarding**  125:*20*
**regards**  113:*20*
**Regina**  4:*7*  9:*14,*
*15, 16, 22*  10:*6, 11*
100:*21*  101:*21*
103:*2*  106:*1*
128:*18, 21*  138:*7, 8,*
*21*  156:*25*  163:*20,*
*22*  169:*20, 22*
**regularly**  137:*7*
**reign**  104:*10*
**re-indicted**  128:*15,*
*19*  129:*4*
**relate**  97:*25*

**related**  20:*25*
35:*16*  194:*12*
**relation**  160:*25*
**relationship**  11:*11*
194:*11*
**relevance**  112:*17*
**reliability**  112:*20*
113:*1*
**relief**  2:*14*
**relive**  139:*19*
**rely**  136:*10*
**remem**  55:*6*
**remember**  6:*24*
16:*10*  17:*1*  20:*19*
26:*10, 12, 13*  28:*3,*
*5, 7, 8, 16*  29:*20*
30:*1*  31:*20*  33:*20,*
*20*  38:*16*  39:*2, 9*
40:*10, 15, 21, 24, 25*
42:*15*  43:*15, 17, 20,*
*21, 23, 24, 25*  48:*15,*
*17*  49:*6, 15, 16*
50:*7*  52:*17, 19, 21,*
*25*  53:*3, 5, 6, 10*
54:*22*  55:*5, 7, 18*
57:*24*  59:*3*  61:*20*
64:*23*  65:*19*  66:*25*
67:*19*  71:*14*  73:*4,*
*9*  74:*5*  75:*17, 19,*
*23*  76:*2, 10*  77:*15*
78:*4, 7, 16*  79:*24*
80:*20*  81:*10, 13, 25*
83:*8, 13, 22*  85:*2,*
*25*  86:*16*  88:*13*
90:*17*  92:*5*  93:*6, 6,*
*9, 25*  95:*19*  97:*20,*
*23*  98:*7*  126:*6, 21*
144:*20, 22*  145:*13*
152:*8*  173:*10*
178:*13, 19*
**remembered**
148:*12*  172:*19*
**remembering**
134:*15*
**Renee**  4:*7*  9:*16,*
*22*  10:*6, 10, 11, 13,*

*14*  18:*23*  26:*11, 17*
32:*23, 25*  33:*11*
37:*10*  38:*25*  43:*10*
45:*10, 19, 19*  57:*5*
89:*24*  90:*12, 21*
91:*23*  100:*21*
106:*2*  120:*18*
121:*1, 14*  125:*23*
126:*5, 14, 25*
127:*19*  128:*13, 18,*
*21*  129:*15*  143:*7*
160:*18*
**replied**  173:*8*
**report**  114:*14, 17*
115:*7*  120:*9, 13*
122:*4*  123:*4, 5*
124:*13, 14, 16, 20*
125:*3, 7, 24, 25*
126:*13, 23*  127:*17*
130:*9*
**Reporting**  194:*3, 4*
**reports**  111:*25*
117:*23*  118:*10, 13*
122:*7, 11*  123:*18,*
*21*  130:*4*  131:*8, 15*
**representing**  2:*23*
194:*13*
**request**  5:*25*  8:*20*
184:*12*  188:*8*
**requested**  4:*12*
**requesting**  19:*17*
**required**  117:*3*
166:*17*
**residence**  106:*1,*
*24*  107:*16*  127:*2, 8*
**respect**  5:*8*
**respected**  58:*5, 14*
82:*16*
**response**  50:*10*
51:*20*  149:*24*
175:*20*
**responsibility**  134:*7*
**responsible**  150:*6,*
*14*
**result**  116:*6*
117:*10*  183:*15*

185:*15*  186:*1, 3*
187:*2*
**return**  131:*24*
**review**  109:*22*
117:*10*  122:*6*
123:*12, 14*
**reviewed**  111:*25*
112:*7*  122:*9*
**reviewing**  110:*2, 12*
111:*21, 24*
**Reword**  128:*16*
**rid**  37:*5*
**right**  2:*8*  3:*3, 8, 23*
6:*4, 5, 9*  7:*16, 18,*
*21*  8:*9, 11*  9:*12, 24*
10:*1, 14*  11:*2*  12:*1,*
*7*  20:*2, 2*  22:*2, 5,*
*10, 14*  23:*14, 14, 14,*
*16*  24:*1*  30:*3*  34:*2*
36:*7*  39:*5, 22*  41:*9*
43:*6*  44:*4, 6, 20, 21*
45:*21*  52:*22, 22*
55:*10, 20*  57:*25*
58:*19*  60:*23*  63:*3*
64:*15*  67:*9*  68:*7*
69:*23*  75:*2*  76:*12*
78:*10*  80:*10*  81:*17*
82:*21*  83:*15, 20*
85:*9, 12, 23*  89:*19*
90:*1, 3*  91:*7, 9, 10,*
*13*  93:*17*  95:*25*
96:*25*  97:*1*  100:*18*
101:*7*  102:*11, 11*
103:*13*  104:*22, 23,*
*25*  109:*24*  112:*1*
113:*25*  119:*13, 15,*
*20*  123:*22*  127:*6*
131:*19*  132:*15, 16*
134:*18*  135:*14*
138:*5, 17*  142:*13*
145:*23*  146:*3, 10,*
*12*  152:*1, 15*
154:*11, 18*  156:*6,*
*17*  157:*4, 12, 18*
158:*19*  161:*2*
165:*5*  167:*11*

GRAHAM 003853

177:1, *25*  178:*25*
179:*8*, *18*  183:*11*,
*15*  185:*4*, *20*  187:*2*,
*2*  193:*8*, *12*
**rights**  134:*21*
181:*16*  182:*24*
**Rigsby**  75:*5*  92:*9*
**river**  99:*17*
**road**  16:*7*  19:*18*
25:*3*  60:*23*  63:*9*
64:*5*  83:*22*  86:*25*
91:*5*, *10*, *11*, *12*
164:*24*  165:*2*
**Robertson**  3:*6*
**rock**  13:*13*  14:*1*
32:*21*
**role**  109:*6*
**Ron**  170:*14*, *15*
**room**  12:*18*, *20*
27:*1*, *7*, *11*  66:*20*,
*22*  67:*5*, *7*  74:*19*
84:*3*  122:*24*  123:*2*,
*3*
**rotting**  37:*10*
**Roy**  5:*1*, *18*, *20*
10:*22*  11:*7*, *11*
13:*3*, *5*  15:*3*, *18*, *22*,
*22*, *23*  29:*25*  32:*19*
36:*11*  46:*19*  48:*2*
53:*8*  54:*4*  55:*24*
58:*4*, *13*  59:*22*
60:*11*  61:*22*  63:*20*
64:*8*  65:*8*, *20*
66:*21*  70:*7*  77:*13*
84:*4*, *8*  85:*8*, *18*
88:*10*  92:*13*  93:*16*
101:*22*  103:*21*
104:*6*  117:*12*
119:*1*  121:*15*
129:*20*  134:*4*
139:*25*  140:*24*
141:*4*  143:*3*  159:*5*,
*16*  180:*21*  181:*7*
184:*13*  191:*18*
192:*3*
**rubber**  14:*6*

**Rule**  2:*14*  9:*1*, *6*
185:*8*
**rules**  183:*20*
**run**  13:*25*  52:*18*
53:*2*  59:*22*
**running**  13:*12*
53:*8*, *13*  54:*21*
84:*12*
**Russellville**  151:*8*,
*9*

**< S >**
**safe**  45:*7*
**sat**  64:*25*  106:*15*,
*16*, *17*  147:*1*
153:*17*  154:*3*, *19*,
*23*  155:*1*  183:*18*
**Saturday**  4:*6*  5:*15*
144:*25*
**saw**  16:*2*, *22*  25:*5*,
*25*  28:*4*, *9*  29:*5*, *9*,
*19*, *22*  30:*5*  32:*11*,
*18*  33:*13*, *17*, *19*
39:*13*, *15*  53:*1*, *7*
59:*17*, *22*, *25*  60:*6*
61:*9*, *22*  62:*16*
63:*3*, *20*  66:*2*  79:*1*
80:*6*  85:*8*  86:*8*, *22*
87:*9*  91:*16*  98:*1*, *2*
140:*7*  143:*9*  173:*6*
174:*25*
**saying**  6:*23*  33:*15*
38:*9*  50:*19*  52:*17*
53:*3*, *5*, *7*  54:*21*, *22*
58:*2*  65:*19*, *20*
70:*11*  71:*15*, *17*, *20*
73:*4*  75:*17*, *19*, *23*
78:*2*  82:*11*  98:*4*
102:*7*, *7*  126:*13*
147:*20*  173:*10*
174:*24*  182:*11*
185:*24*
**says**  82:*25*  83:*2*
124:*20*  125:*7*
126:*1*  127:*15*, *16*,
*17*  183:*1*

**scared**  15:*14*, *19*
18:*15*, *15*  21:*11*, *15*
22:*18*  24:*15*, *15*
45:*8*  58:*15*  64:*11*
65:*6*, *7*  81:*3*, *7*
137:*20*  141:*9*
159:*15*
**scene**  110:*7*
**schedule**  2:*18*
188:*10*, *23*  190:*12*
**scheduled**  187:*25*
**Scheduling-wise**
101:*13*
**school**  16:*3*, *3*, *5*, *6*,
*11*, *16*, *16*  68:*4*, *6*
87:*3*  91:*16*  142:*19*
**scoot**  11:*23*
**Scott**  3:*2*  71:*2*
105:*2*, *3*  131:*25*
**scratch**  27:*24*
67:*2*  85:*8*
**scream**  18:*7*, *8*, *9*,
*14*  21:*6*  22:*15*, *22*
43:*24*  60:*8*  86:*7*, *9*
162:*5*, *6*, *9*, *12*, *21*
**screaming**  75:*10*
**screams**  29:*13*
**seal**  194:*15*
**seat**  10:*2*  138:*13*
157:*21*
**seated**  138:*20*
**second**  19:*22*  44:*5*
45:*19*  60:*18*  96:*4*
113:*22*  122:*17*
125:*3*  129:*24*
154:*14*  156:*3*
165:*7*  173:*12*
186:*11*
**secretary**  134:*9*
**security**  135:*17*
137:*5*, *19*  182:*1*
**see**  3:*25*  5:*24*
18:*24*  23:*12*, *17*, *19*
24:*8*, *17*, *21*  27:*4*
31:*21*  34:*10*  49:*23*
50:*21*  53:*12*  59:*24*

62:*4*, *6*, *9*, *10*  64:*5*,
*9*  65:*21*  76:*16*
77:*12*, *13*  91:*12*
98:*15*  99:*24*  101:*2*,
*5*, *10*  103:*15*
110:*15*  112:*17*
122:*15*  125:*19*, *19*
127:*4*  147:*3*, *9*, *10*,
*11*  161:*24*  168:*14*,
*15*, *16*, *16*  173:*11*
175:*23*  176:*2*
178:*21*  179:*1*, *13*,
*18*, *20*  180:*23*
187:*24*
**seeing**  22:*23*
52:*21*  75:*4*, *16*
85:*2*, *25*  121:*15*
140:*7*  143:*3*
178:*14*, *19*
**seeking**  2:*14*
**seen**  12:*16*  13:*14*
16:*13*  22:*19*  23:*13*
24:*2*  32:*13*  48:*24*
52:*18*  53:*14*  54:*21*
60:*10*  62:*7*, *11*
64:*11*  65:*17*  76:*18*,
*20*  77:*7*  86:*9*, *11*
118:*7*  121:*23*, *24*
122:*10*  127:*5*
141:*6*  153:*12*
174:*21*  179:*11*
**Self**  139:*3*, *4*
**semen**  112:*15*
**send**  18:*18*  99:*1*, *4*
189:*4*
**sends**  98:*10*
**sense**  8:*8*  53:*16*,
*19*
**sent**  32:*3*  96:*9*
100:*2*
**sentence**  15:*7*
45:*3*  125:*20*
**sentences**  120:*13*
**separated**  41:*16*
**separation**  8:*20*, *21*
51:*19*

GRAHAM 003854

**SEPTEMBER** 194:21
**serious** 67:13
**seriously** 121:19
**serve** 15:8 45:3 46:19, 22 95:8
**served** 105:10
**services** 83:10 194:3
**serving** 15:7 49:1
**set** 188:9
**setting** 64:6
**she'd** 155:23
**she'll** 187:13
**Shhh** 25:2 60:13
**Shhh,** 24:5 61:3
**shipped** 99:12
**shirt** 24:19 28:5, 6 74:13
**Shoot** 124:17
**shopping** 144:15
**short** 103:12 135:25
**show** 18:16 31:8, 10, 15 90:12 100:19 111:11, 12, 15 113:5 114:7 115:19 174:4
**showed** 33:12 51:3 70:20 76:23 77:2 125:10 169:21
**shower** 27:13, 16 67:6 68:22 74:16, 17 156:2
**showing** 33:11
**shown** 185:9
**shows** 49:12 113:16
**Shut** 27:6, 10, 14, 17
**shutting** 60:15 61:4
**siblings** 10:17 143:21

**sic** 86:9 161:20 163:3
**sick** 34:12 92:25 100:7
**side** 35:17
**sides** 135:20
**sight** 25:14
**signature** 50:21 54:12, 16
**Sil** 131:8
**silent** 170:18
**Silfies** 59:15 61:21 71:2 73:1, 8 75:15 106:6, 7, 15 107:9 110:25 111:12, 16 113:6, 6, 15 114:15 117:18 118:11, 20 121:3, 6 122:3 123:1, 19 124:18, 19 126:24 127:18 128:5, 14 148:24 150:2, 25 151:18, 19, 19 156:13 163:23, 23
**Silfies's** 131:8
**similar** 65:22
**simply** 7:2, 18
**simultaneous** 189:1, 5
**sir** 3:12 77:21 78:15 79:9 80:5, 8 81:5, 9 83:5 85:16 86:13 87:4, 10 88:9 89:21 131:13 178:24 179:5, 7, 17
**sister** 10:19 97:10 139:5, 12 140:14 143:2, 19 144:3 145:5 152:18 155:4 158:20 159:11 172:2
**sister's** 140:21 142:5 150:6 154:3 174:25 175:24
**sit** 20:3, 23 46:15 101:4

**sitting** 33:21 37:10, 16 39:1 42:13 43:5 44:5, 21 52:21 69:25 96:1 151:22 152:11 153:24 154:18
**situation** 9:11 80:13 81:6 84:18 100:6 134:18, 19 182:12
**six** 68:24 96:19 125:12 141:24 144:5 188:10
**size** 33:6
**skip** 85:1 161:11
**sleep** 17:15
**slept** 163:5 167:4
**sling** 79:23
**slow** 42:16 67:22 68:9
**smack** 12:20
**smacked** 12:18
**Smith** 3:2 71:3 73:1, 7 75:14 101:21 105:2, 3, 7 114:12 120:7 124:1, 6 128:4 132:1, 4 151:21 156:12 163:25
**smoke** 17:5
**snuck** 17:4, 25
**soapbox** 104:21
**social** 83:9
**somebody** 6:6 9:4, 19 32:2 65:8 78:3 93:21 94:2 192:7
**somebody's** 42:17
**someone's** 24:12
**Somewhat** 190:24
**son** 166:6
**soon** 63:22 182:5 187:15 189:22
**sorry** 9:13 11:25 14:7 15:1 32:22, 24 33:8, 8 42:6

46:12 56:5 57:7 69:24 72:25 75:20 88:22 98:7 108:21 114:6 123:25 124:19 125:14 128:16 129:3 147:16 168:17 169:3 173:24 176:24 178:24 180:4 190:22
**sort** 11:23 25:16 85:2 102:7, 21 185:22 186:7
**sound** 7:25 67:24 73:17 74:25 186:1, 4 187:3
**sounds** 131:6
**source** 194:8
**speak** 12:2 30:12, 18, 24 40:10, 12, 16 41:20 44:15 62:23 73:15 97:15 107:3, 7 120:24 128:17 149:4 153:1
**SPEAKER** 3:25 4:2, 4 192:18
**speaking** 30:23 31:7 89:12, 24 110:5
**special** 68:6 166:17, 24 167:3
**specific** 78:4
**Specifically** 145:5
**specify** 147:17
**speed** 102:8
**spend** 36:5 142:25 159:22
**spending** 65:3, 5 141:14
**spent** 141:16 142:11
**spiritual** 96:3
**split** 67:15
**spoke** 4:14, 25 91:23, 24 96:12, 21 98:23 107:23

GRAHAM 003855

120:14  127:19
152:23  163:12
164:11  166:5
**spoken**  97:9
**spring**  47:2  57:12
**S's**  124:3
**st**  49:15  53:15
**Stakely**  158:8
**stand**  9:24  14:8
**standard**  185:16,
19  186:13
**standby**  183:5
**standing**  22:20
23:13  52:22  53:14,
17, 21  54:6  59:25
60:4, 7  86:11
**standpoint**  3:21
**STAPLES**  3:5, 6, 12,
15, 19  4:5, 14, 18
5:5  6:18  7:15  8:7,
17  9:13, 16, 22
10:9  12:11  18:22
33:2, 5, 10  45:22
49:22  50:1  51:15
56:14  62:19  89:21,
23  90:8, 11  97:1
100:24  101:14
108:13, 14  112:19,
24  113:4, 22, 25
114:3, 9, 11  115:11
116:12, 15  117:6, 9
119:6, 11, 14, 16, 22,
25  120:3, 4  123:8,
11, 25  124:3, 5
128:4, 10, 12
129:24  130:2
131:2, 5  132:5, 10
133:5, 10, 13  136:8,
13, 22  137:3, 11, 15
148:14, 16, 19
150:17, 20, 23
152:7, 17  154:9, 12
156:4, 18  163:9, 11
164:6  169:2, 4
171:12, 15, 17
173:17, 19, 25

174:3, 8, 12, 15, 17,
22  175:4, 5, 14, 16
176:10, 22, 24
177:2, 4  182:7
183:24  184:6, 11
185:18  186:6
187:5, 12, 21  188:2,
13, 16  189:2, 9, 16,
20  190:18  192:10,
14, 20  193:2, 11
**stare**  42:21
**staring**  42:17, 22
**start**  78:2  127:6
**started**  12:4  75:4
92:13  97:11
102:23  104:24
105:17, 24  109:2
110:25  173:20
191:17
**State**  3:1  56:4
60:19  94:25  105:8
107:6  109:2
110:24  194:2
**stated**  55:1, 12
56:20  66:1  78:11
126:6  174:20
**statement**  50:5, 20
51:4  52:2, 9, 12
53:1, 12  54:19
55:16  70:9, 13
71:18  74:1  75:11,
24  106:3  121:19
127:3, 9, 15  148:23
149:1  150:1, 2, 4
151:2, 7, 15  152:21
153:6, 16, 23
154:10  156:12, 14
174:18  182:3, 13
183:22
**statements**  50:24
102:10  121:21
122:1  139:22
161:20
**statement's**  150:17
**states**  114:19

125:24  126:24
**stating**  150:5
**stay**  9:10  17:20
26:20  48:3  63:25
66:9  69:15  80:12
171:5
**stayed**  13:14
14:12  41:4  54:8
74:16  80:11  83:23
155:4, 21  165:15
169:13, 23
**staying**  4:21
**step**  157:10
**step-brother**  10:19
**stepdad**  168:7, 8
**stepfather-in-law**
169:7
**Stephenson**  110:21
111:5, 10, 17  112:1,
9  117:12  118:23
120:11  123:22, 23
124:17
**Stephenson's**
131:10, 12
**Steve**  71:2  106:6
**stipulate**  174:19
**stole**  84:9
**stood**  23:16
**Stop**  127:24
174:19
**stopped**  25:11
**store**  99:13
**straight**  19:19, 19
44:19
**strange**  18:4
**Street**  139:8, 9
140:10, 13
**stret**  16:17
**stretcher**  16:19
86:24
**stuff**  21:14  24:20
41:6  43:6  54:8
85:19  98:10  99:10
111:22  165:19, 21
**stupid**  42:18
**su**  174:1

**submission**  2:20
133:17  185:5
189:25
**submissions**  185:1
188:21
**submit**  184:20
193:17
**submitted**  122:7
181:22  184:2
**subpoena**  4:11
**subpoenaed**  191:22
**subsequent**  105:23
**sufficient**  116:4
**suggest**  130:8
134:16  135:14
188:11
**suggesting**  137:4
185:21
**summary**  185:23
**summation**  184:7,
16
**summer**  16:3, 11,
16  17:7  47:1
57:11  71:10  87:2
98:5  124:24  126:2
141:13  142:19
160:9, 15, 19
187:18
**sunbathing**  143:15
**Sunday**  84:1
**supervision**  194:7
**supplement**  114:19
**supplemental**
114:14, 17, 18
120:9
**suppose**  184:23
**supposed**  12:17
17:8  27:16  53:23
56:25  79:16  83:3
97:15  145:16, 19
148:6
**supposedly**  126:7
**sure**  2:21  3:10
11:10  20:20, 23
22:25  25:8, 18
26:25  33:4  36:12

GRAHAM 003856

56:22  59:9, 13, 18
65:19  75:16  80:3
82:17  84:15  85:14
90:10  101:1  102:8
104:8  113:24
114:2  117:20
120:2  130:1  131:5
132:15, 17, 18, 25
134:1, 24  136:9
144:12  148:12, 22
149:11, 12  152:10,
13, 22  154:6
164:22  167:5
172:24  175:13
176:21  177:2
179:22  181:2
193:18
surprise  29:24
65:21  174:23
surprised  70:25
174:2
suspect  6:15, 20
117:13
suspects  110:9
swear  30:3  67:11
81:5
swim  14:11, 14, 16
80:15
swimming  143:15
144:7, 11
swing  13:7  69:3,
15  78:14  79:6, 9
switch  96:6
switches  14:6
sworn  10:7  54:19
105:4  138:22
157:23

< T >
table  65:1  131:24
tail  53:15
take  3:22  6:14
16:1  22:11  25:4
32:23  33:3, 6
42:16  76:11  91:11,
11  100:13, 25

101:1, 20  103:4
106:2  117:6
121:19  130:7
138:20  145:6
156:1  157:22
185:2, 24  189:24
192:5
taken  2:20  7:17
91:17, 17  101:9
122:19, 21  166:8
185:12
takes  147:24  189:4
talented  85:18
talk  8:5  30:11
44:22  45:4, 15, 15
58:19  73:10  89:6,
9, 14  90:13  93:14
99:5, 6  100:11, 14
106:25  120:17
124:12  135:5, 24
149:25  153:5, 15
180:16, 18  183:21
188:24  190:10, 21
191:13  192:24
193:13
talked  53:6  54:1
55:21  82:15, 18
98:18, 21  106:20
108:5  164:17
189:5
talking  42:3, 20
44:6  46:24  51:7
79:2  80:9, 14, 24
81:4, 14  84:19
90:15  92:22  95:19
98:6  99:25  110:3
115:14  124:9
127:25  130:24
147:12  162:2, 16
170:6  178:10
180:13  181:12, 18,
18  187:18  191:16
te  33:15
tea  170:23, 25
teaching  80:15

tearing  116:8
Teenager  78:19
teenagers  161:5, 25
tell  7:10, 11, 19
8:3  9:3  12:8, 17
13:19  14:18  15:17
27:11, 20  28:9
30:4  31:24  32:10
35:15  38:19, 25
39:12, 20  40:2, 23
42:13  50:4  54:24
58:16  65:9, 16, 18
66:3, 4  68:21  72:2
80:17  89:15  90:20
133:18  140:10
150:7  153:10
172:7, 10, 12, 18
187:25  189:7
192:16
telling  55:9  61:20
69:2  71:16  99:21
115:19  119:9
ten  41:17  96:20
tender  130:11
term  166:11
terms  7:6
terrible  190:19
Terrific  22:6
terrified  5:12  7:8
testified  15:16
44:12  51:12, 13
55:4  127:19
149:15  154:14
171:18, 19, 21
testifies  10:7
105:4  138:22
157:24
testify  71:11  73:2
124:25  127:12
149:16  163:13, 16
testimony  5:13
6:2  7:24  8:24  9:1
43:5  51:18  58:22
62:22  100:21
104:2  119:12
125:13, 15, 17

131:25  134:20
135:22  143:13
145:23  156:25
158:12  172:13
175:17  180:10
181:22  182:21
187:16  188:23
189:22  191:23
192:5
testing  110:16
Thank  3:8  8:10
37:13  46:13  50:1
100:9, 17, 20
101:23  120:17
131:23, 24  148:10
156:20, 22  175:3, 6
176:8, 18  177:5
180:2, 8, 9  193:22
Thanks  45:19
thing  3:24  6:11
13:12  34:2  39:22
41:9  43:6  44:4
55:10, 21  62:7
71:21  88:23
102:12  132:23
136:24  137:21, 22
145:22  177:22
181:19  191:10
things  12:14, 15,
22, 24  13:4, 4, 17
31:9, 15  46:16
67:10  76:9, 10
80:1  83:2  85:2, 21
95:16  99:22  102:6,
22  144:16  164:23
178:18  186:25
think  6:1, 3, 10  7:2
8:15  18:25  20:21,
22  26:24  28:6
29:23, 23  31:5
36:12  39:4  40:7
45:14  48:20  50:6
58:12  76:1, 17
89:8  95:9, 13
98:23  104:1
106:20  111:6, 13

GRAHAM 003857

112:3, 24  131:2
135:19  137:17
141:24, 24  142:15
144:21  150:13
151:5  154:1, 1
157:15  160:17
169:23  181:24
185:4, 5  186:9, 12,
24  187:1  188:25
189:6  190:10
191:4, 11  192:6, 7,
8, 20
**thinking**  75:25
76:5  99:16  137:4
**third**  20:18, 22
139:8, 9  165:10, 10
**thirsty**  170:22
**thoroughly**  122:14
**thought**  24:3
28:12  29:1, 14
30:6  33:15  45:18
47:6, 11, 12, 14
48:1  70:16  76:1, 1
93:11, 12, 17  95:10,
11, 21  99:20  134:8,
10, 11, 12  150:5, 8,
14  171:3
**thoughts**  184:5, 19
**three**  4:15  22:24
23:6  26:15  63:19
64:3  82:5  106:7
113:7, 10  127:2, 8
191:20  192:2
**three-bedroom**
168:21
**throwing**  80:15
**time**  13:6, 10, 19
14:10, 21  16:2
17:20  21:4  27:16
32:23  34:12  35:9,
21, 25  36:22  38:19
41:11  44:6  46:14
47:4  48:6  49:1
53:4  54:18  57:1,
10, 14  59:10, 18, 19
63:6  64:7, 13

69:12  73:23  76:11,
18  77:7  83:12
93:5  95:7, 21, 23
96:12, 14, 15, 21, 24
97:18, 20  98:1, 2,
11, 20, 24  101:17
106:11, 25  107:9,
23  109:12, 16
110:23  111:9
113:12  116:9, 10,
11  126:11  127:21
129:1, 16  136:6
140:13  141:11, 11,
14, 18  142:5, 11, 24
143:14, 16  145:11,
14, 24  147:2, 17, 19,
22  153:17  156:14
159:23  161:23
162:6, 7, 22, 24
170:8  171:19, 21,
24  172:15  175:8
176:5  177:11
183:24  186:15, 21
187:17, 23  188:9,
21, 25  189:4, 6
191:20
**time-effective**
181:13
**timeline**  185:24
186:8
**times**  7:9  32:17
34:3, 5, 6  42:21
52:23  67:10  73:7
115:17  127:2, 8
**Tina**  75:3, 4  92:9,
10, 14, 17, 20  93:24
**Tiny**  11:3  19:4, 5,
12  20:8  21:17
129:11, 16  164:20,
24
**tires**  37:12
**today**  2:11, 23  7:4,
12  14:14  34:1
55:4  58:22  59:7
74:1  75:24  83:4
100:18  115:18, 25

135:23  156:23
163:13, 16  174:18
175:17  180:25
181:10  184:8
188:18  190:2
191:11  192:5
193:6, 13
**today's**  2:10
**Todd**  49:12  114:20
**Toddler**  167:19, 21
**told**  7:13  13:7, 23
17:19  26:9  27:5, 9,
10, 21  28:22  29:18,
21  31:11, 13  32:12,
15  33:18, 18  39:21
45:10  46:22  47:21
52:1, 13  59:7
60:22  64:7  66:1
68:11  70:4, 7  71:9
73:1  74:2  75:14
80:22  89:9  94:5
100:12  116:21
126:19  140:8, 9
146:18  150:7
154:1  159:15, 18
164:14  169:17
173:3, 5
**toothbrush**  155:14
**top**  112:16  120:11
**topic**  133:6
**torn**  5:5, 12
**totality**  116:18
**towels**  68:24
**town**  4:6  11:3
19:4, 5, 12  20:8
21:17  129:11, 16
164:20, 24  188:7
**track**  102:21
**trailer**  4:9, 9, 19, 21
11:2  14:19, 22, 23
16:8, 14  17:24
19:2, 21, 22, 23, 25
20:9, 10, 13, 17
22:21  23:14  25:8
26:18  28:4  29:2, 4,
7, 10  31:12  39:16

41:24  47:13  48:1
49:13  53:22, 23
54:4  55:16, 17
59:23  68:12, 14
75:11  80:19  83:13,
19, 20  86:21  87:12
90:16  91:8, 9, 18,
20  93:2, 13  94:3
141:15  142:4, 6, 16
145:1, 14  146:17
153:8  155:5, 6, 16
160:10, 22  161:1
162:11, 14, 19
165:1, 4, 7, 7, 9, 12,
14, 16, 17  168:21
169:10, 23  176:1
178:1, 1, 3  179:10,
14, 15
**trailers**  19:9, 10, 11
54:8  60:24, 25
63:10, 11
**transcribed**  194:6
**transcript**  173:23
174:4  194:9
**TRANSCRIPTION**
1:3  2:1  193:23
194:1
**transcripts**  133:11
**transferred**  110:22
**transport**  137:6
**transported**  134:5
181:25
**trash**  11:19  41:12
**travel**  100:6
**treated**  15:25
**treatment**  96:9
**tree**  13:14  18:6
**Trenton**  11:2
**trial**  48:19  94:14
149:15, 16  154:14,
18, 21  172:4  173:6,
18  174:11, 14, 20,
24  186:3
**tried**  41:9  47:22
66:3  71:21  83:1

98:9  122:12  134:9
157:6  192:4
**trooper**  108:23, 25
109:1
**trouble**  13:9  14:2,
4  15:5  27:15  65:7
67:6  68:22
**truck**  144:21
**true**  6:15  43:6
53:12  55:16  71:18
112:14  121:17
129:9, 10  136:13
194:7, 8
**trust**  136:7
**truth**  39:24  40:2
54:24  120:21
172:8, 10, 12
**truthfully**  172:22
**try**  4:9  12:1  36:19
41:11  46:15  56:22
57:15  58:17  66:4
100:2, 4  104:10
182:3
**trying**  13:24, 25
18:24  20:18  31:16
34:13, 25  38:6
42:13, 14, 15  43:4
51:22  54:24  55:20
61:6  63:12  65:23
68:20  76:2  78:6
83:6  87:14  112:25
117:7  125:12
161:11  177:2
181:24
**turn**  139:16
**turned**  4:15  11:15
12:3, 6  16:15
22:18  125:23, 25
**Turner**  51:10
**turns**  86:25
**twice**  72:20  73:9
98:24
**two**  14:8  16:9, 11
38:14  50:24  61:22
64:2, 3  73:23  82:6
85:21  90:18  115:2,

5  124:8, 12  133:20,
21  135:25  138:3
143:10  166:20
168:23, 24  185:9
186:25
**Two-bedroom**
168:25
**two-week**  188:6
**type**  18:9  41:23
**typed**  51:5, 6  52:4
114:14  120:11
**typical**  109:12
**typo**  115:4

**< U >**
**Uh-huh**  11:8  20:11
30:21  48:5  85:11
134:3  179:16, 21
180:9
**unavoidable**  180:5
181:4, 5
**Uncle**  16:23  17:4,
13, 15  18:2  20:15,
17  26:5, 8, 9  29:23
30:19, 20  31:5, 10
35:10, 12, 15, 15, 19,
23  36:1, 8, 11, 13,
21, 22  37:2, 3, 13,
25  38:3, 6, 10
63:15  64:18, 24
65:16, 16  66:1, 10
70:5  72:15, 19
**Uncle's**  64:16
**uncomfortable**
42:2, 19  89:16, 17
**uncommon**  75:10
**uncover**  120:20
**undecent**  37:2
**understand**  6:20
58:21  73:19  85:6
89:1, 7  115:9, 12,
18, 24  149:12, 12
154:8  181:6
185:23  188:19

**understanding**
50:19  132:11
136:21
**understands**  98:17
181:3
**understood**  2:17
55:4  110:18
175:13  179:23
**Uniformed**  108:25
**unit**  114:19
**units**  107:10
**unusual**  4:10
24:23  48:2
**upset**  5:23  7:23
53:4  77:5
**upside-down**  11:16
12:3, 6
**use**  21:23, 23
37:17  90:9
**usually**  141:16, 18
165:16

**< V >**
**Valentine's**  98:12
**value**  185:12
**varies**  109:18
**various**  111:19
**vehicle**  37:1
**venue**  6:4
**versus**  2:11
**VHS**  116:23
**vicinity**  169:19
**video**  190:15, 18
**video-recorded**
183:23
**vision**  98:16  179:9
**visit**  83:24  100:3
**visiting**  168:4
**visits**  143:2
**voice**  27:19

**< W >**
**wait**  8:24  9:9
17:13, 14  81:16
101:8  124:8

151:25  153:25
184:18  187:24
**waited**  146:19, 20
**waiting**  146:24
153:18  169:25
**walk**  23:17, 19
41:12  59:24
**walked**  60:9  66:22
**walks**  64:4
**want**  7:10, 10, 13,
25  8:6  11:23
16:18, 20  20:23
21:23  23:9  25:18
26:24  28:20  34:1,
2  37:5  39:21
42:25  43:6  44:3, 3,
4, 11, 19  62:23
66:7  77:23  78:2,
11  81:19, 20, 22
83:8  92:23  114:25
115:19, 23  119:21
130:18, 19  131:3
132:14  133:20, 22
135:24  136:1
143:21, 23  148:22
154:5  164:22
177:22  181:2, 3, 23
182:3, 21, 22  183:8,
13  184:1, 3  187:18,
24  188:1  191:13
192:15  193:17
**wanted**  5:10  31:10
71:11  89:20  100:4
106:19  124:25
126:15  132:21
148:12  152:10, 12
172:18, 21, 24
175:13  176:21
179:22  184:19
**wants**  7:6  55:10
135:3  192:7
**watch**  23:1  166:25
170:12  188:18
**watched**  116:22, 22
167:1  170:7, 14

GRAHAM 003859

**water** 32:*25* 33:*3* 161:*17* 166:*13* 170:*23*
**way** 10:*1* 15:*25* 19:*18, 19* 25:*6, 10* 42:*12* 55:*21* 64:*10* 67:*7, 8* 73:*16* 82:*1, 3, 10* 109:*15* 135:*22* 137:*22* 171:*22* 177:*14* 179:*18, 20* 181:*13* 183:*10, 11, 12* 184:*12* 185:*3* 186:*9, 23, 24* 187:*1*
**Wayne** 5:*2, 20* 10:*22* 11:*7, 12* 13:*3, 5* 15:*3* 29:*25* 32:*19* 36:*11* 46:*19* 48:*2* 53:*8* 54:*4* 55:*24* 58:*4, 13* 59:*22* 60:*11* 61:*23* 63:*20* 64:*8* 65:*8, 21* 66:*21* 70:*7* 77:*13* 84:*8* 88:*10, 16* 101:*22* 103:*21* 104:*6* 117:*13* 119:*2* 121:*15* 129:*20* 134:*4* 139:*25* 143:*3* 159:*5, 16* 180:*21* 181:*7* 184:*13* 191:*18* 192:*3*
**Wayne's** 11:*7* 85:*8, 18*
**ways** 136:*25*
**wearing** 23:*1* 24:*18* 40:*22*
**weary** 18:*12* 27:*18, 18, 18*
**weather** 170:*12*
**week** 5:*20* 136:*18*
**weekday** 144:*23*
**weekdays** 142:*21*
**weekend** 144:*23*
**weekends** 36:*5* 82:*4* 83:*25* 142:*21*

**weeks** 14:*9* 82:*6, 6, 11* 106:*8* 166:*20*
**weird** 170:*15* 171:*3*
**Well** 9:*19* 11:*1* 13:*23* 16:*17* 24:*3* 26:*6* 31:*14* 34:*20, 20* 35:*5, 6, 10* 36:*1, 15* 37:*13, 17, 18* 44:*8* 47:*16* 50:*20* 53:*6* 56:*24* 57:*11* 69:*1, 10* 70:*24* 73:*13, 19* 97:*19* 98:*11* 104:*10* 108:*20* 112:*24* 113:*3* 114:*6* 130:*12* 131:*23* 134:*12* 136:*13* 141:*2, 20, 22* 144:*15* 152:*19* 154:*22, 24* 163:*21* 164:*4* 165:*16* 166:*25* 168:*7* 169:*8, 18* 170:*23* 182:*9* 184:*6, 9* 190:*16, 20* 191:*16* 193:*5, 6*
**went** 4:*8* 5:*19* 16:*11, 15* 17:*5* 25:*6, 8, 8, 9, 12, 15* 26:*2, 21* 27:*1, 1* 29:*15* 47:*11* 52:*4* 55:*25* 60:*23* 63:*4, 9, 15, 19* 64:*5, 15* 65:*15* 66:*10, 17, 18, 19, 19* 68:*10, 12, 13, 16* 69:*15* 80:*11* 83:*23* 84:*2* 94:*16* 95:*13, 23, 23* 107:*3* 145:*3* 146:*17* 153:*8, 9* 163:*20, 22* 169:*25* 170:*15, 20*
**We're** 2:*8, 11* 31:*16* 45:*24* 83:*3, 4* 99:*25* 103:*6, 9* 112:*19, 24* 127:*24* 130:*23* 133:*6*

**135:***23* 178:*10* 180:*17* 182:*2* 184:*11* 187:*1, 18* 189:*9* 192:*13* 193:*9*
**we've** 62:*20* 79:*2* 80:*9* 81:*14* 82:*15* 135:*18* 137:*19* 145:*23* 184:*24* 188:*5* 189:*5*
**wheels** 37:*11*
**Where'd** 64:*8* 84:*5*
**white** 20:*3* 24:*19* 83:*20* 90:*24, 25* 91:*13* 155:*1*
**whupping** 14:*5* 15:*20* 65:*10* 66:*7* 68:*11, 15* 69:*2, 8, 12*
**whuppings** 12:*10, 13*
**Williams** 52:*3* 56:*2* 58:*20* 76:*13, 16* 77:*9, 14* 105:*17* 139:*4* 158:*19*
**window** 161:*14, 17, 24* 170:*16* 171:*2* 173:*7* 179:*11*
**windows** 142:*2* 160:*10* 171:*1*
**wish** 5:*6* 55:*21*
**witness** 3:*14* 6:*25* 8:*12* 9:*12, 21, 24* 11:*25* 33:*8* 49:*18* 50:*9* 57:*7* 77:*21* 97:*6* 100:*12, 16, 20, 23* 101:*15* 102:*6* 103:*21* 104:*9* 105:*1* 108:*10* 114:*1* 120:*1* 131:*9, 13, 20* 135:*1* 138:*6, 11, 14, 18* 147:*15* 148:*13* 156:*22* 157:*2* 163:*7* 180:*6, 9, 13* 191:*19*
**witnessed** 161:*8*

**witnesses** 3:*10, 11* 8:*22* 9:*8, 9* 51:*19, 19* 101:*18, 20, 25* 110:*3* 120:*24* 133:*21* 135:*25* 138:*4* 139:*22* 153:*2* 180:*7*
**woman** 14:*19, 22, 23* 17:*23* 20:*7, 13* 30:*10, 12* 39:*16* 55:*8* 71:*9, 10, 21* 80:*19* 93:*2* 124:*21, 23* 126:*1, 10*
**woman's** 53:*18* 126:*7*
**wonder** 56:*16* 57:*12*
**wood** 99:*9*
**word** 82:*17* 116:*21* 192:*8, 17*
**words** 6:*15* 80:*20, 21* 119:*8* 152:*1*
**work** 36:*8* 37:*7, 24* 88:*2* 115:*3* 117:*11* 141:*21* 144:*25* 156:*2* 184:*10*
**worked** 36:*11* 109:*3, 7, 8* 111:*5* 112:*6* 128:*5* 144:*17*
**working** 37:*14* 88:*4* 105:*8* 133:*17* 144:*18, 20*
**works** 111:*18*
**world** 11:*15* 12:*5* 24:*14*
**worn** 155:*23*
**worrying** 134:*14*
**worse** 69:*21*
**worth** 72:*2*
**wow** 4:*17*
**write** 19:*24* 20:*5, 24* 98:*11, 16*
**writes** 98:*10*
**writing** 184:*12*

GRAHAM 003860

**written** 112:*1*
124:*16* 127:*3, 9, 18*
185:*5* 188:*25*
**wrong** 40:*6* 95:*24*
99:*22* 115:*13*
185:*3*
**wrote** 51:*4* 52:*1*
122:*3* 123:*4, 6, 19*

**< Y >**
**yard** 17:*16* 76:*18*
77:*8*
**Ye** 163:*21*
**yeah** 3:*24* 6:*8*
9:*20* 12:*5* 13:*21*
14:*3* 15:*4* 17:*8, 25*
18:*5, 24* 19:*13, 15*
21:*19* 23:*5* 24:*7, 9*
28:*1* 30:*14* 32:*20*
34:*23* 35:*10, 14, 24*
36:*10, 15, 18* 37:*21,*
*23* 38:*5* 40:*11*
43:*9* 44:*2, 8* 45:*5*
49:*3* 50:*2* 52:*13*
54:*5, 20* 68:*5* 69:*5*
70:*2, 6, 14, 21*
74:*22* 75:*1, 19*
77:*6* 78:*22* 79:*11,*
*14, 16* 82:*5* 86:*19,*
*24* 88:*1, 6* 89:*3*
92:*7, 15, 21* 93:*8,*
*19, 22* 96:*18* 99:*7,*
*20* 101:*7* 102:*14,*
*19, 20* 103:*7* 132:*5,*
*11* 135:*8* 136:*4, 19*
137:*2, 9* 150:*19*
157:*15* 158:*9*
163:*5* 167:*11, 15,*
*25* 168:*10, 17, 20*
175:*22* 178:*22*
182:*20* 184:*1*
188:*13* 190:*20*
**year** 30:*12* 48:*14*
55:*8* 61:*21* 76:*7*
106:*2* 115:*14*
123:*20* 151:*4*

166:*6* 167:*14, 23*
171:*25*
**years** 6:*21* 11:*9*
41:*5, 17* 45:*14*
47:*7* 54:*3* 56:*24*
57:*22* 76:*8* 78:*4*
82:*8* 84:*21* 96:*16,*
*17, 17, 19* 97:*18, 22*
98:*25* 112:*10*
118:*3* 144:*5* 149:*8*
186:*16, 16*
**yell** 13:*16*
**yelling** 147:*12*
162:*2*
**yellow** 21:*23*
**you-all** 6:*11, 23*
8:*4, 6* 9:*23* 52:*4*
63:*13* 79:*17* 87:*24*
115:*24* 121:*25*
130:*13, 18* 132:*7,*
*24, 25* 133:*18*
135:*24* 136:*25*
181:*18, 23* 182:*2, 4,*
*13, 20* 183:*6, 16*
184:*1, 19* 185:*6, 21*
187:*4, 8, 10, 15, 25*
188:*22, 24* 189:*6*
191:*13* 192:*15*
193:*19*
**young** 67:*19, 20*
161:*4*
**younger** 78:*21*
143:*20, 20*
**your-all's** 192:*9*
**Yup** 28:*17* 34:*16*
36:*15* 140:*17*

GRAHAM 003861