COMMONWEALTH OF KENTUCKY

7th JUDICIAL CIRCUIT

OLDHAM CIRCUIT COURT

INDICTMENT NUMBER: 07-CR-00001


NORMAN GRAHAM                          PLAINTIFF


v.


COMMONWEALTH OF KENTUCKY                DEFENDANT



\* \* \*

**TRANSCRIPT OF EVIDENTIARY HEARING**

**TESTIMONY DANNY RAY MOLES**



**April 24, 2017**

GRAHAM 000879

**\* \* \* \* \***

**APPEARANCES:**

HONORABLE GAIL GUILING
COMMONWEALTH'S ATTORNEY
7TH JUDICIAL CIRCUIT

HONORABLE AMY ROBINSON STAPLES
ATTORNEY FOR DEFENDANT

WITNESS:  DANNY RAY MOLES

HONORABLE KELLY MARK EASTON
SPECIAL TODD CIRCUIT COURT JUDGE

## INDEX TO PROCEEDINGS

                                                              PAGE

   I.    DIRECT EXAMINATION BY MS. STAPLES...................   3

  II.    CROSS-EXAMINATION BY MS. GUILING.....................  14

 III.    RE-DIRECT EXAMINATION BY MS. STAPLES... 20,23

  VI.    RE-CROSS EXAMINATION BY MS. GUILING.........  24

Nikki L. Moore, Transcriptionist   (502) 905-7000

GRAHAM 000880

```
 1                          *****
 2                    April 24, 2017
 3                          *****
 4          THE WITNESS, DANNY RAY MOLES, AFTER FIRST
 5  BEING DULY SWORN, WAS EXAMINED AND TESTIFIED AS
 6  FOLLOWS:
 7  DIRECT EXAMINATION BY MS.STAPLES:
 8          Q.  All right.  Would you please state
 9  your name for the record?
10          A.  Danny Ray Moles.
11          Q.  And do - -
12              THE COURT:  I'm sorry.  Last name
13  spelling?
14          Q.  Moles.  How do you spell your last
15  name?
16          A.  M-o-l-e-s.
17          Q.  Do you live here in Todd County?
18          A.  Yes, ma'am.
19          Q.  All right.  How long have you lived
20  here?
21          A.  Since I was in the third grade, and
22  I'm 63 now, so . . . .
23          Q.  So, just a little bit.
24          A.  Yeah, a pretty good while.  Most of my
25  life.
```

3

GRAHAM 000881

```
 1              Q.   Do you know Norman Graham?

 2              A.   Yes, ma'am.

 3              Q.   And how do you know him?

 4              A.   Just by acquaintances, friends.

 5   Through friends that ride motorcycles.  I used to

 6   ride motorcycles.

 7              Q.   Okay.  You've known him for a while,

 8   then?

 9              A.   Pretty good while.

10              Q.   All right.  What about Roy Wayne Dean,

11   do you know him?

12              A.   Yeah, that's my first cousin's son, so

13   he's my second cousin.

14              Q.   All right.  Were you in his life

15   growing up, when he was growing up?

16              A.   Quite a bit.  I was around him quite a

17   bit.

18              Q.   Okay.  How about Regina Renee Dean, do

19   you know her?

20              A.   Yes, that's his sister.

21              Q.   Okay.  And were you in her life when

22   she was growing up?

23              A.   When she was living with Roy Everett

24   and them, yes.

25              Q.   Okay.  What about Lisa Potter, do you
```

4

1    know Lisa?

2              A.    I know Lisa.

3              Q.    And how do you know her?

4              A.    Through other friends, and we used to

5    ride motorcycles together.

6              Q.    How long have you all known each

7    other?

8              A.    Probably 30 or 40 years.

9              Q.    Okay.  On any occasion, have you and

10   Lisa ever talked about Norman's case?

11             A.    Yes, ma'am, we have.  We've talked

12   about it quite a bit.

13             Q.    Why would you guys be discussing

14   that?

15             A.    Because I just don't believe he's the

16   one that done it.

17             Q.    Okay.  Do you think - - so, you

18   don't think Norman's guilty?

19             A.    No, ma'am.

20             Q.    Do you think someone else is?

21             A.    Yes, ma'am.

22             Q.    Who is that?

23             A.    My cousin, Roy Wayne Dean.

24             Q.    Okay.  And why do you believe that Roy

25   Wayne Dean is guilty?

5

1    A.  Because everything points to that.  He
2  was living over at - - well, he was living over
3  close to the trailer park about that time, but he
4  was staying at my uncle's quite a bit that was in
5  the trailer park.
6    Q.  Okay.
7    A.  And he always made little sly remarks
8  and was, you know, looking at Renee - - or not
9  Renee but Regina - - or Kay.  I'll get it straight
10  in a minute.
11    Q.  I understand.
12    A.  No, I've got diabetes, and it's hard
13  for me to remember a lot of things.  But anyhow, I
14  just know he was - - you know, he was convicted in
15  this one murder, and I've heard about it.  And I've
16  heard about them trying to get him in a bunch of
17  others.  And I just don't put it past him.  I mean,
18  there's nothing that he wouldn't do.
19    Q.  Okay.
20    A.  And I think he was - - in my opinion,
21  I think he was.  He came home the night that she
22  got killed and had a bunch of clothes that was
23  bloodier than all get-out and he was, too.  And I
24  asked his daddy about this.  That's the reason we
25  went up there was to talk to his daddy.

GRAHAM 000884

1          Q.   Okay.  So, let me ask you about that.
2    What's his dad's name?
3          A.   Roy Everett.
4          Q.   And Roy Everett would be your first
5    cousin?
6          A.   He would be my first cousin.
7          Q.   Okay.  So, at some point, you went to
8    speak with Roy Everett?
9          A.   That's why I went up there to see Roy,
10   yeah.  I went up there to see if I could get the
11   truth out of him.
12         Q.   All right.  Who went with you?
13         A.   Lisa and my daughter, Lucretia.
14         Q.   Okay.  And Lisa went with you, you
15   say.  Why did you take Lisa with you?
16         A.   Because she wanted - - she had been
17   wanting me to take her up there for a long time,
18   but I wouldn't take her up there because Patsy - -
19   I was afraid Patsy might get on her, or you know -
20   - but Patsy was dead now.  And plus, I've been
21   fighting sickness for three years.  I was obese and
22   dying of congestive heart failure.  I didn't feel
23   like fooling with nothing like that until now.
24         Q.   I understand.  And who's Patsy?
25         A.   That was Roy Everett's wife.

GRAHAM 000885

1      Q.   Okay.  So, that was Roy Wayne Dean's

2  mother?

3      A.   Roy Wayne Dean's mother, and she

4  condoned anything he done.  She would hide it.

5      Q.   And you said she had passed away - -

6      A.   She was passed away - -

7      Q.   - - when you took Lisa.

8      A.   - - when I went up there.

9      Q.   Okay.  So, you went and you spoke to

10 Roy Everett.

11     A.   I went and spoke to Roy Everett, and I

12 never could get him to admit that he knowed

13 everything, but in a roundabout way, I could tell

14 he knew more than what he said.

15     Q.   Okay.  Where did you all meet up?

16     A.   At her house - - at his house.

17     Q.   Okay.  Can you describe his house to

18 me?

19     A.   Just a rundown trailer, just a shack.

20 It floods, and they were living in there like a

21 bunch of mice.

22     Q.   Okay.  Are the Deans wealthy people?

23     A.   No, ma'am, never have been.

24     Q.   What makes you say that?

25     A.   All he's ever done is stole and broke

8

1    the law to make a living.  I mean, he don't - - he

2    didn't work nowhere.  His wife would work.  That's

3    it.

4              Q.   And you said their trailer would

5    flood?

6              A.   It would flood every time it came a

7    big rain, because it was by the creek.

8              Q.   So, when you and Lisa and Lucretia

9    went to meet with the Deans, was that the first

10   time that Lisa had met Renee?

11             A.   Yes, ma'am.

12             Q.   To your knowledge?

13             A.   Yes, ma'am.  We didn't know Renee was

14   even there.

15             Q.   Okay.

16             A.   Because she'd been gone, been in jail

17   or somewhere, and I didn't even know she -  - we

18   went over there to see Roy Everett, is who we went

19   to see.  And Renee happened to be there.

20             Q.   So, were you the one that introduced

21   Lisa to Renee?

22             A.   Yes, ma'am.

23             Q.   Okay.  And you said you hadn't taken

24   her over there earlier because you were sick, and

25   also - -

9

1    A.   I was sick - -

2    Q.   - - because Patsy was still alive.

3    A.   - - and I just didn't - - yeah.

4    Q.   Okay.

5    A.   I didn't think it was the right time,

6  because you can't - - you can't get the truth out

7  of Roy with Patsy alive because she would condone

8  everything that he done - - that Roy Wayne done.  I

9  mean, he was - - she worshipped him.

10   Q.   She worshipped Roy Wayne?

11   A.   Mm-hm.  I think she was a lot of his

12 problem.

13   Q.   And Roy Everett would go along with

14 that?

15   A.   Well, he wouldn't say nothing.  He

16 knew better than to say anything.

17   Q.   And what do you mean by that?

18   A.   Well, Patsy might get on him.

19   Q.   Okay.  All right.  How many times did

20 you meet with Renee and Roy Everett?

21   A.   It was either two or three times.  I'm

22 not for sure.  I can't remember.

23   Q.   And was Lisa with you during those

24 times?

25   A.   Most of those - -  yes, ma'am.

10

1    Q.   Okay.  Did Lisa speak with Renee in
2  your presence?
3         A.   Yes, ma'am.
4         Q.   Okay.  So, you were able to hear what
5  they were talking about?
6         A.   Yeah, most of the time, I was, yes.
7         Q.   At any point, did you hear or see Lisa
8  force Renee to say - -
9         A.   No, ma'am.
10        Q.   - - what she saw that night?
11        A.   No, ma'am.  We got up there and felt
12  sorry for her, because she was talking about she
13  didn't have no place to live, she'd have to stay
14  there with daddy.  And he drank all the time, and
15  she didn't like that.  And they didn't even have no
16  food in the house.
17        Q.   Okay.  We'll get to that in just a
18  second.  At any point, did you force Renee - -
19        A.   No, ma'am.
20        Q.   - - to say what she saw that night?
21        A.   No, ma'am.  All I've ever said to
22  Renee is, "I want the truth.  If you're making this
23  up, I don't want to hear it.  Just tell me the
24  truth."
25        Q.   Okay.  At any point, did Lisa offer to

11

1    pay Renee - -

2              A.  No, ma'am.

3              Q.  - - to make something up?

4              A.  No, ma'am.

5              Q.  Okay.  Did she offer to buy anything

6    for Renee?

7              A.  We bought her some groceries, and I

8    think a tent for her to stay in so she wouldn't

9    have to stay there with her daddy.

10             Q.  Okay.  So, groceries and - - groceries

11   and a tent.

12             A.  Yeah, a little tent.

13             Q.  Okay.  Do you think that Lisa was

14   trying to bribe Renee by giving her groceries and

15   the tent?

16             A.  No, ma'am.  No, ma'am.  By no means,

17   because Lisa don't have no money.  Hey, she owes me

18   money!

19             Q.  I'll let you take that up with her.

20             A.  Yeah.

21             Q.  Did you ever offer, yourself, to give

22   anything to Renee?

23             A.  Yeah, I offered to fix up an old truck

24   that I had so they'd have a way to go.

25             Q.  Okay.  So, the truck's - -

12

GRAHAM 000890

1    A.   And it - - it had a bad motor in it.
2  So, we had five more over there that my mother and
3  father had parked.  And my mother, she had done
4  passed away, and my father didn't have no use for
5  them, so I was going to fix one of those up.
6    Q.   Okay.  So, that's what I was going to
7  ask you, because giving somebody a truck seems to
8  be a pretty big deal.  But it sounds like you had
9  extras sitting around.
10    A.   Well, look, I've always tried to help
11  people.  I had my ex-wife's cousin and her
12  boyfriend come and stay with me, and he didn't have
13  a job.  And I gave him a Suburban that I had so he
14  could get a job, and paid to have it fixed up.
15    Q.   And you, yourself, used to work on
16  vehicles.  Is that right?
17    A.   I used to do that all the time when I
18  was able to.  Yes, ma'am.
19    Q. So, is that one reason you had so many
20  vehicles sitting around?
21    A.   Yes, ma'am.  Yes, ma'am.
22    Q.   So, were you trying to bribe or pay-
23  off Renee - -
24    A.   No, ma'am.  I didn't - -
25    Q.   - - by offering her that vehicle?

13

1          A.  - - want nothing but the truth of what

2    was happening.  It wasn't necessary to get Roy

3    Wayne in any more trouble.  I just wanted justice

4    where it should be at.  I believe he's the one that

5    done it.  Now, that's my fault - - that's my

6    beliefs.

7          Q.  I understand.

8          A.  And I just felt like it was the right

9    thing for me to do.

10          Q.  And just to be clear, Renee is your

11    cousin.  Correct?

12          A.  Yes, ma'am.

13          Q.  So, you were family helping family?

14          A.  Yes, ma'am.  And I'm not trying to

15    turn the family against family.  I'm just telling

16    the truth the way it is.

17          Q.  I understand.  That's all the

18    questions I have right now, Your Honor.

19              THE COURT:  Cross-examination.

20              MS. GUILING:  Your Honor, this may

21    take a bit.  Do you need to leave?

22              THE COURT:  No, go ahead.

23                    * * * * *

24    **CROSS-EXAMINATION BY MS. GUILING**:

25          Q.  I'll try to make this as quick as

14

1  possible.  Mr. Moles?

2          A.  Yes, ma'am.

3          Q.  How did you know Kay Williams?

4          A.  How did I know her?  I was just raised

5  up around her.

6          Q.  Okay.  Did you - - did you know her in

7  - -

8          A.  Yes, ma'am.

9          Q.  - - June of 1980?

10          A.  Yes, ma'am.

11          Q.  Did you spend time around her in June

12  of 1980?

13          A.  No, ma'am.  Not much.  I mean, I just

14  knew her when I seen her, and I spoke to her when

15  she was around.

16          Q.  Okay.  Well, you had made a comment

17  that - let me see if I can find it - that Roy Wayne

18  would make sly remarks to Kay.

19          A.  Yes, ma'am.

20          Q.  When did you hear him do that?

21          A.  One day when I was over at my uncle's.

22  I seen her come out of the trailer, and he whistled

23  and, just, you know, kind-of flirted.

24          Q.  Okay.  So, just flirty, looking at a

25  pretty lady?

GRAHAM 000893

```
 1              A.   Yeah, but you don't know Roy Wayne's
 2    flirties.
 3              Q.   Well, I'm just asking - -
 4              A.   Yes, ma'am.
 5              Q.   - - you, specifically, about what you
 6    observed - -
 7              A.   Yes, ma'am.
 8              Q.   - - between him and Kay.
 9              A.   Yes, ma'am.
10              Q.   Any other thing you ever observed
11    between him and Kay?
12              A.   No, ma'am.
13              Q.   And I understand, you know, a lot of
14    people have some strong feelings about who did or
15    did not murder Kay.  But, do you have any actual
16    personal knowledge - -
17              A.   No, ma'am.
18              Q.   - - of what happened the night Kay
19    Williams was murdered?
20              A.   No, ma'am.  The only thing I heard
21    about is him running to his dad that night, with
22    his clothes bloody, and he asked him what happened,
23    and he said that dogs got after him.  But he didn't
24    have no cuts.
25              Q.   Did you see that yourself?
```

16

1              A.  I did not see that.  I heard that.

2              Q.  So, that - -

3              A.  Yes, ma'am.  But I heard it from Roy,

4    which is his dad.

5              Q.  You heard it from his dad?

6              A.  His dad.

7              Q.  How long after the murder did you hear

8    that?

9              A.  This has been just kind-of recently.

10             Q.  Just recently?

11             A.  Yes, ma'am.

12             Q.  So, 30-some years later is the first

13   time you heard about that?

14             A.  Yes, ma'am.

15             Q.  Okay.  And - - now, when you and Lisa

16   Potter - -

17             A.  Yes, ma'am.

18             Q.  - - first started going to Renee's - -

19             A.  Yes, ma'am.

20             Q.  - - where she was living, I believe I

21   understood you to say that Ms. Potter had been

22   wanting to go there for quite some time.

23             A.  To talk to Roy Everett and see what we

24   could find out.  Renee wasn't even in the picture.

25   We was going to talk to Roy Everett.

17

```
 1              Q.  But specifically, if he would tell her
 2    something about Roy Wayne Dean's possible
 3    involvement?
 4              A.  Well, she just went with me kind-of as
 5    a witness to find out.  I was the one that was
 6    going to try to find out the truth.  Because - -
 7              Q. Did you - - I'm sorry.
 8              A. Because Roy Everett, he was fond of me,
 9    you know.  Me and him was first cousins and . . . .
10              Q.  Right.  Did you believe at the time
11    you and Lisa started - - the first time you started
12    going over there, was it already your belief that
13    Roy Wayne Dean had murdered Kay?
14              A.  No, ma'am.  Not for sure.
15              Q.  Okay.
16              A.  You know, I kind-of thought he might
17    have, but not for sure.  That's why I was trying to
18    find out the truth.
19              Q.  Okay.  And so - - but you still don't
20    know the truth.
21              A.  No, I don't know the truth.  No,
22    ma'am.
23              Q.  Okay.  Just your feelings.
24              A.  Just the way - - the way he tried to
25    answer me and not answer me.  Yes, ma'am.
```

18

1    Q. The way who tried to answer you?

2    A.  Roy Everett.  He acted like he know -

3  -

4    Q.  Roy Wayne's - -

5    A.  - - he acts like he really knows about

6  it.

7    Q.  Roy Wayne's father?

8    A.  Roy Wayne's father, yes, ma'am.

9    Q.  But you don't know for a fact that - -

10   A.  No, ma'am.

11   Q.  - - that he knows?

12   A.  If I knew for a fact, I would have

13 been here a long time ago.

14   Q.  And you've never personally witnessed

15 anything pertaining to Kay's murder?

16   A.  No, ma'am.

17   Q.  Just a minute, please.  Is - -  is - -

18 Roy Everett, right?

19   A.  Yes.

20   Q.  Is he still alive?

21   A.  Yes, ma'am.

22   Q.  Okay.  Does he - - do he and Renee, to

23 your knowledge, still reside together?

24   A.  Not to my knowledge.  I'm not sure if

25 she's staying with him or not.  She may be.  He's

19

1  got a new trailer now.  Habitat, I think, or

2  something, got him a new home.

3          Q.  Is it - - is it in Todd County?

4          A.  No, ma'am.  This is in Springfield.

5          Q.  Springfield?

6          A.  Well, in back of Springfield, back

7  towards Portland, I guess.

8              MS. GUILING:  Okay.  That's all, Your

9  Honor.

10             THE COURT:  Anything else?

11             MS. STAPLES:  A couple of follow-up

12 questions, Your Honor.

13                     * * * * *

14 **RE-DIRECT EXAMINATON BY MS. STAPLES**:

15         Q.  Danny, you said that Roy Everett is

16 still alive.  Correct?

17         A.  Yes, ma'am.

18         Q.  How is his health?

19         A.  Not real good health.  He's had cancer

20 and all kinds of stuff, and he's an alcoholic.

21         Q.  Okay.  And how old is he, do you know?

22         A.  Oh, he's - -

23         Q.  Just approximately.

24         A.  He's in his 70s.  Late 70s.

25         Q.  Okay.  What about his mental capacity?

GRAHAM 000898

1        A.   Roy Everett's?

2        Q.   Uh-huh.

3        A.   I don't know.  He's just - - well

4   anybody that does illegal stuff all his life to

5   make a living is not right.  So, I mean, you know

6   ….

7        Q.   When you were having your conversation

8   with him, did he appear to you to be clear headed

9   at that time?

10       A.   Pretty much so.  He'd been drinking a

11  few beers.  In fact, I had to go get him a six-

12  pack.

13       Q.   Okay.

14       A.   Which I'd do that anyway if I was

15  around him.  He's my cousin.

16       Q.   I understand.  All right.  Thank you.

17       A.   Mm-hm.

18            THE COURT:  Are you telling me that

19  Roy Everett told you that bloody clothes were

20  brought to his house?

21       A.   Yep.  Yes, sir.

22            THE COURT:  What was done with them?

23       A.   From what I understand, he said they

24  took them to the dumpster – Roy Wayne did.  Said he

25  came in all bloody - -

21

```
1              THE COURT:  Roy Wayne did?
2         A.  Sir?
3              THE COURT:  Roy Wayne?
4         A.  Roy Wayne took them to the dumpster
5    after he changed clothes and cleaned up.
6              THE COURT:  And that would be a
7    dumpster near his mom and dad's house?
8         A.  Right there at the back of the trailer
9    park.  They lived in a shack right down there,
10   right next to the trailer park.
11             THE COURT:  So, in the trailer park?
12        A.  Yes, sir.
13             THE COURT:  Or around the trailer
14   park.  And he told you this when?
15        A.  When I was talking to him.
16             THE COURT:  Roy Everett, while you
17   were talking to him.
18        A.  Yeah.
19             THE COURT:  Now, was Lisa Potter and
20   all of them around there when he was talking to
21   you?
22        A.  Yes, sir.
23             THE COURT:  All right.  How long - -
24   and so, that was on one of these visits you all
25   made?
```

GRAHAM 000900

1      A.  Sir?

2          THE COURT:  One of these visits that

3  you - -

4      A.  Yes, sir.

5          THE COURT:  - - and Ms. Potter and

6  everybody made, Roy Everett said that?

7      A.  Yes, sir.

8          THE COURT:  Okay.  Anybody else have

9  any other questions.

10         MS. STAPLES:  Your Honor, I just have

11  a couple quick ones.

12                    * * * * *

13  **RE-DIRECT EXAMINATION BY MS. STAPLES**:

14     Q.  When you were speaking with Roy

15  Everett, were you always in Lisa's presence?

16     A.  Not always, no.  No, ma'am.

17     Q.  Okay.  So, where - - where were you

18  and Roy having your conversation?

19     A.  In my truck, because I can't get out.

20  We was having a conversation - -

21     Q.  Okay.  So Roy sat in the truck and

22  talked with you?

23     A.  We sat in the truck and talked.  Yes,

24  ma'am.

25     Q.  And at - - and Lisa was not in the

23

1  truck with you at that point, right?

2          A.  No, ma'am.

3          Q.  Okay.  She was - - where was she at?

4          A.  They were right there on the porch,

5  right next to me.

6              MS. STAPLES:  That's it, Your Honor.

7                      * * * * *

8  **RE-CROSS EXAMINATION BY MS. GUILING:**

9          Q.  Yes, Mr. Moles?

10         A.  Yes, ma'am.

11         Q.  Was that kind-of shocking information

12 for Roy Everett to tell you that after over 30

13 years - -

14         A.  No, ma'am.

15         Q. - - about the bloody clothes?

16         A.  No, ma'am.  It wasn't shocking at all.

17         Q.  Okay.

18         A.  Because Roy - - they're just a

19 different-type people.

20         Q.  Okay.

21         A.  I mean, they're dangerous.  All of

22 them are, really.

23         Q.  All right.  But now, Lisa Potter had

24 been going there several times because she wanted

25 the truth.

24

GRAHAM 000902

1              A.  Right.

2              Q.  When Roy Everett told you this - -

3              A.  Yes, ma'am.

4              Q.  Did you tell her?

5              A.  Yeah, I did tell her.  I think she

6      heard us talking about it.

7              Q.  Do you think she heard Roy Everett

8      make that statement about the bloody clothes?

9              A.  Yes, ma'am.

10             Q.  And do you know if any efforts were

11     ever made for Roy Everett to give any type of

12     written statement, or any type of interview - -

13             A.  He would not give no written

14     statements.

15             Q.  - - to the police?

16             A.  He's not going to - - he's not going

17     to rat out on his son.

18             Q.  Okay.

19             A.  You know - - and that's what I've

20     tried to tell everybody, but we was trying to get

21     the truth.

22             Q.  So, why would he tell you, after all

23     these years?

24             A.  Me and him's pretty - - pretty close.

25             Q.  Okay.

25

1          A.   Pretty close.

2                MS. GUILING:  Nothing further.

3                THE COURT:  All right.  May this

4    witness be excused?

5                MS. STAPLES:  Yes, Your Honor.

6                THE COURT:  Thank you for coming in.

7    They'll help you get back out.  Okay?

8          A.   Thank you, sir.

9                THE COURT:  We will conclude the

10   hearing for the day today, and pick up on June 12th

11   at six - - I'm sorry, at nine.

12                          * * * * *

GRAHAM 000904

COMMONWEALTH OF KENTUCKY

STATE AT LARGE

* * * * *

### CERTIFICATION

I, NIKKI L. MOORE, a Notary Public in and for the Commonwealth of Kentucky, hereby certify that the foregoing testimony of DANNY RAY MOLES was audio/video recorded in the evidentiary hearing of *Commonwealth of Kentucky v. Norman Graham*, on April 24, 2017, that the foregoing is a true and accurate transcript of said testimony from such recording.

My Commission expires: April 22, 2021.

WITNESS my hand this 26th day of July 2017.

_____

NIKKI L. MOORE

NOTARY PUBLIC, STATE AT LARGE

27

GRAHAM 000905