

# CASE NO. 1:20-CV-000210-GNS

# NORMAN GRAHAM

# vs

# TODD COUNTY, ET AL.

# DEPONENT:

# TINA RIGSBY

# DATE:

# July 24, 2023



```
1            IN THE UNITED STATES DISTRICT COURT
2              WESTERN DISTRICT OF KENTUCKY
3                    AT BOWLING GREEN
4             CHIEF JUDGE GREG N. STIVERS
5              MAG. H. BRENT BRENNENSTUHL
6             CASE NO. 1:20-CV-000210-GNS
7
8
9                      NORMAN GRAHAM,
10                        Plaintiff
11
12                           v.
13
14                   TODD COUNTY, ET AL.,
15                        Defendants
16
17
18
19
20
21
22
23  WITNESS:   TINA RIGSBY
24  DATE:      JULY 24, 2023
25  REPORTER:  MAGGIE PATTERSON
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 2

APPEARANCES

ON BEHALF OF THE PLAINTIFF, NORMAN GRAHAM:
Molly Campbell, Esquire
Amy Robinson Staples, Esquire
Loevy & Loevy
311 North Aberdeen Street
3rd Floor
Chicago, Illinois 60607
Telephone No.: (312) 243-5900
E-mail: amy@loevy.com
E-mail: campbell@loevy.com

ON BEHALF OF THE DEFENDANT, TODD COUNTY KENTUCKY:
Nick Rabold, Esquire
English, Lucas, Priest & Owsley, LLP
1101 College Street
Bowling Green, Kentucky 42101
Telephone No.: (270) 781-6500
E-mail: nrabold@elpolaw.com
(Appeared via videoconference)

Page 3

APPEARANCES (CONTINUED)

ON BEHALF OF THE DEFENDANTS, ROBERT MILLER AND SCOTT SMITH:
Alea A. Arnett, Esquire
Kentucky State Police - Legal Services
919 Versailles Road
Frankfort, Kentucky 40601
Telephone No.: (502) 782-2163
E-mail: alea.arnett@ky.gov
(Appeared via videoconference)

Also Present: Amy Kelley, Videographer

Page 4

INDEX

    Page
PROCEEDINGS    6
DIRECT EXAMINATION BY MS. CAMPBELL    7

Page 5

STIPULATION

The VIDEO DEPOSITION of TINA RIGSBY was taken at HOLIDAY INN & SUITES, 100 TILLEY WAY, HOPKINSVILLE, KENTUCKY 42240, on MONDAY the 24TH day of JULY 2023 at 1:29 p.m. CT; said DEPOSITION was taken pursuant to the FEDERAL Rules of Civil Procedure. It is agreed that MAGGIE PATTERSON, being a Notary Public and Court Reporter for the State of KENTUCKY, may swear the witness.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 6

1        PROCEEDINGS
2        THE VIDEOGRAPHER:  We are now on the record.
3   My name is Amy Kelly.  I'm the videographer and
4   Maggie Patterson is court reporter, representing
5   Kentuckiana Court Reporters.  Today is
6   July 24, 2023.  The time is 1:30 p.m.  Central
7   Time.  We are at the Holiday Inn Express,
8   Hopkinsville to take the deposition of Tina Rigsby
9   in the matter of Norman Graham v. Todd County et
10  al, pending in the U.S. District Court Western
11  District of Kentucky at Bowling Green.  Case number
12  1:20CV000210GMS.  Will all parties present and
13  video conference, please state your appearance for
14  the record, starting with the plaintiff's counsel.
15       MS. CAMPBELL:  Molly Campbell here in person
16  representing Norman Graham.
17       MS. STAPLES:  Amy Robinson Staples also
18  appearing for the plaintiff, Norman Graham.  I'm
19  appearing remotely.
20       MS. ARNETT:  Amber Arnett appearing remotely
21  for the KSP defendants, Miller and Smith.
22       MR. RABOLD:  Nick Rabold appearing remotely
23  covering for Jessica Shoulders and Aaron Smith here
24  for Todd County.
25       THE VIDEOGRAPHER:  Thank you.  Ms. Rigsby,

Page 7

1   please raise your right hand to be sworn by the
2   court reporter.
3        THE WITNESS:  Okay.
4        THE REPORTER:  Do you solemnly swear or affirm
5   that the testimony you're about to give is the
6   truth, the whole truth, and nothing but the truth?
7        THE WITNESS:  Yes, ma'am.
8        THE REPORTER:  Thank you.
9            DIRECT EXAMINATION
10  BY MS. CAMPBELL:
11       Q.   Good afternoon, Mr. Rigsby.  How are you doing
12  today?
13       A.   I'm good.  How are you?
14       Q.   Good.  And I know we met off the record, but
15  I'm Molly Campbell, represent Norman Graham in this
16  lawsuit.  And we're going to ask you a few questions
17  here today.
18       A.   Okay.
19       Q.   There's a few rules before we get started.
20  Number one, you want to make sure that you answer all
21  questions verbally because the court reporter is taking
22  down everything you say.  So try to avoid head nodding
23  or saying uh-huh.
24       A.   Okay.
25       Q.   And if -- I'll remind you if it's a problem,

Page 8

1   but just wanted to tell you that up front.  Second, if
2   you need to take a break at any time, just let us know.
3   I don't anticipate that we'll be here all that long, but
4   if you need to use the restroom or do anything else,
5   just let me know, okay?
6        A.   Okay.
7        Q.   And you may hear attorneys on the Zoom making
8   an objection.  If that happens, just let them make their
9   objection and then you can continue to answer --
10       A.   Okay.
11       Q.   -- the question, okay?  And Ms. Rigsby, can
12  you state your full name for the record?
13       A.   Tina Renee Rigsby Ellis.
14       Q.   And where do you currently live?
15       A.   Springfield, Tennessee.
16       Q.   How long have you lived in Springfield?
17       A.   Well, when I moved -- all my life basically,
18  but I moved back there from Kentucky in '89.
19       Q.   And you've been there ever --
20       A.   Ever since.
21       Q.   -- since?  And where do you work currently?
22       A.   NorthCrest Medical Center.
23       Q.   What's your job at the medical center?
24       A.   A nutrition services supervisor.
25       Q.   And what do you do as the nutrition services

Page 9

1   supervisor?
2        A.   Oversee diet changes and food for the
3   patients.  So yeah.
4        Q.   And how long have you worked there?
5        A.   It'd be 25 years in September.
6        Q.   Do you have any children?
7        A.   I do.
8        Q.   How many children do you have?
9        A.   Two boys.
10       Q.   And are you familiar with Roy Wayne Dean?
11       A.   Yes.
12       Q.   How do you know him?
13       A.   He was my husband.
14       Q.   When were you and Roy Wayne Dean married?
15       A.   I think we were married in '84 -- early part
16  of '84.
17       Q.   And how old were you when you got married?
18       A.   I want to say 23.  Right at 24 -- 23, I think.
19       Q.   And how old --
20       A.   I'm pretty sure.
21       Q.   How old was Roy Wayne?
22       A.   He's a couple of years younger than me, I
23  believe, so maybe 20.
24       Q.   And how did you and Roy Wayne meet each other?
25       A.   My brother brought him to my house.  (coughs)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB    Document 130-7    Filed 10/27/25    Page 5 of 16 PageID #: 3637
The Deposition of TINA RIGSBY, taken on July 24, 2023
10..13

Page 10

1  Excuse me. My brother brought him to my house.
2  Q.  And did you date him before you married?
3  A.  I did.
4  Q.  How long did the two of you date?
5  A.  '81, '82 -- just a couple of years, maybe,
6  before we got married, I guess.
7  Q.  So you married in '84. So that would've been
8  what, sometime around --
9  A.  Sometimes in the early '81, because my son --
10 my youngest son was just little and he was born in '80.
11 Q.  And you mentioned you have two sons?
12 A.  Uh-huh.
13 Q.  And Roy Wayne is not the father of either of
14 those sons?
15 A.  No.
16 Q.  Is that correct?
17 A.  Uh-huh.
18 Q.  Is that a yes?
19 A.  Yes.
20 Q.  Yes, he is not the father of your sons?
21 A.  Yes. He's not the father, no.
22 Q.  Okay. I just want to make sure the record was
23 clear on that. And did you and Roy Wayne live together
24 when you were dating?
25 A.  We did.

Page 11

1  Q.  Where did you live?
2  A.  We lived in Springfield for just a little bit
3  at my house and then we moved -- (coughs) I'm hoarsing
4  up for some reason.
5      MS. CAMPBELL: Do you have any water? Do you
6      mind grabbing her a cup of water? Thank you.
7  A.  We moved to --
8      MS. CAMPBELL: Hold on. Hold on one second.
9      THE WITNESS: Okay. I don't know why I'm so
10     hoarse. That'll help. Thank you.
11     MS. STAPLES: You're welcome.
12     THE WITNESS: Okay.
13     MS. CAMPBELL: Okay.
14     THE WITNESS: Okay.
15 BY MS. CAMPBELL:
16 Q.  All right. And so I think I was asking you:
17 Where did you and Roy Wayne live when you were dating?
18 A.  We lived at my house in Springfield for a
19 little while and then we moved to Tiny Town, Kentucky
20 with -- I think it was my sister and her husband we
21 stayed with for a little while. Then we moved to Elton.
22 So
23 Q.  So you moved around a bit while the two you
24 were together?
25 A.  We did. We did.

Page 12

1  Q.  And what was Roy Wayne like in the early
2  1980s?
3  A.  Well, he was fun. I mean, we went and danced
4  a lot on the weekends and -- you know, we just had fun.
5  We were kids.
6  Q.  What was your relationship like with him?
7  A.  It was good. I mean, we had -- like I said,
8  we had good times and I loved him.
9  Q.  Did he have a job at the time?
10 A.  He did not.
11 Q.  Did you have a job?
12 A.  I did not.
13 Q.  So how were the two of you making a living?
14 A.  Well, Roy Wayne had got -- well, I had been
15 working at the Rainbow Grill, then I had quit and we
16 moved to Kentucky. But anyway, Roy Wayne had got ran
17 over. I'm not sure the day he got ran over, but he got
18 a settlement out of that, getting run over and we paid
19 rent out of that for a while.
20 Q.  And were you familiar with Roy Wayne's family?
21 A.  Uh-huh. Yes.
22 Q.  And who were his parents?
23 A.  Patsy and Roy Edward Dean.
24 Q.  What was Roy's relationship like with them?
25 A.  He had a good relationship with his parents.

Page 13

1  His mother, especially. I mean, she -- she worshiped
2  Roy. But he had a good relationship with them.
3  Q.  What do you mean by "she worshiped Roy"?
4  A.  Well, I felt like on the outside looking in
5  that she would've done anything to have made Roy happy.
6  When him and I met, she could tell that he really liked
7  me a lot and she would've done anything for me I think
8  to have had me stay with Roy to keep him happy, is how I
9  looked at it then. And -- and I look at it that way
10 now. So
11 Q.  And did Roy Wayne know your family?
12 A.  He did. Uh-huh.
13 Q.  What did your family think of Roy Wayne?
14 A.  My mother was deceased at the time, but my
15 daddy didn't like him.
16 Q.  Why not?
17 A.  I don't know. He just sensed something, I
18 guess. Because he would tell me that he was no good.
19 And that, "There's just something about him. I can't
20 put my finger on it, but there's just something about
21 him." So me and my daddy got into it a lot over Roy and
22 I hate that now, but we did.
23 Q.  And how long ultimately were you married to
24 Roy Wayne Dean?
25 A.  Not long at all before he went to jail. I



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 14

 1  think we got married maybe in March or April of '84. And
 2  he went to jail in September.
 3       Q.   And you mentioned that he went to jail.  Was
 4  that for -- he was arrested for the murder of Brenda
 5  Church; is that correct?
 6       A.   Yes, ma'am.  Uh-huh.
 7       Q.   Now, did you personally know Brenda Church?
 8       A.   No, ma'am.  I didn't.
 9       Q.   And how did you learn about Ms. Church's
10  murder?
11       A.   My daddy told me.
12       Q.   What did your dad tell you?
13       A.   Well, he came over to the house on Friday
14  morning after it had happened on Thursday.  He told me
15  it happened the day before, which was Thursday.  But he
16  said, "Do you know that lady?"  He said, "You know that
17  lady that you've been cutting tobacco for talking to
18  Roy?"  And he said, "Yeah."  And he said, "Brenda" --
19  and he said, "They found her dead yesterday."  So I'm
20  like, "Oh my God."  That's how I found out.
21       Q.   And what can you tell us about the day of
22  Ms. Church's murder?
23       A.   The day of the murder?
24       Q.   Uh-huh.
25       A.   Roy Wayne got up that morning to go hunting at

Page 15

 1  the Church's farm, is what he told me he was going to do
 2  and left with his rifle.  Was gone, I don't know exactly
 3  how long he was gone.  But anyway, when he got back --
 4  and I didn't pay this no attention then, but over the
 5  years -- you know, I've -- I've thought back and -- and
 6  it was September, it was cold, but it was ice-cold.  But
 7  when Roy came back through the door, he had his Coverall
 8  zipped completely up.  I mean, all the way to his neck.
 9  And again, I didn't pay that no attention.  I did see
10  it, but I didn't see it.  You know what I'm saying?  But
11  anyway -- so he goes on into the bathroom and takes a
12  show -- a bath really fast.  And him and my youngest son
13  are in there and they're carrying on and it was about
14  10:30.  The Price Is Right was on.  So I got up to go in
15  there to see what they were doing.  And Roy Wayne was in
16  the bathtub with all these suds everywhere, but he was
17  ringing his T-shirt out in the bathtub.  I'm like, "What
18  are you-all doing?"  And he said that my son had threw
19  the T-shirt in the bathtub, but I don't believe that
20  now, but that's what he said.  So that was that morning.
21       Q.   That was the morning of Ms. Church's murder?
22       A.   Yeah.  He -- he came back in with the gun and
23  everything.
24       Q.   What happened -- you mentioned a rifle
25  earlier.  What happened with that rifle?

Page 16

 1       A.   We gave it to his mama.
 2       Q.   What did she do with it?
 3       A.   I don't know what they did with it.
 4       Q.   And how soon was Roy Wayne arrested for the
 5  murder?
 6       A.   The murder happened on Thursday morning.
 7  Saturday morning before daylight they were knocking the
 8  door down at the house.  So the 29th.
 9       Q.   And when you -- did you personally take the
10  gun to his mother?
11       A.   We both did.
12       Q.   And why was that?
13       A.   Well, Roy Wayne had been in some trouble.  I
14  think might've even been on probation or whatever and
15  wasn't supposed to have firearms in the house or in his
16  presence, period.  So we had -- we were driving a little
17  Honda Accord car and it had a broken window and we had a
18  towel in the window.  And he told me he was going
19  hunting on the Church's farm and it -- she was killed or
20  dead or whatever.  We didn't know how yet.  And so I told
21  Roy, I said, "Oh my God, Roy.  You know, you got that
22  car in that area.  And it was probably seen because of
23  the towel."  I said, "You got that gun in here."  I
24  said, "What are we going to do with it?"  He says, "Well,
25  we'll take it to mama."  And so that's what we did.  And

Page 17

 1  this was on Friday evening.
 2       Q.   And so did you suspect him at the time or was
 3  this something that you realized later?
 4       A.   No, I didn't expect anything.  I didn't expect
 5  anything.  The police followed me.  I went to my
 6  sister's on Friday before we went to Roy's and I drove
 7  to my sister's house there in Elton and the police
 8  followed my car.  And I told my sister, I said,
 9  "Wouldn't it be awful if Roy Wayne shot her by
10  accident?"  But anyway, it -- it wasn't nothing like
11  that.
12       Q.   Now, once Roy Wayne was in jail, did you ever
13  visit him?
14       A.   I did.
15       Q.   Where was that?
16       A.   Logan County.
17       Q.   And what was Roy's -- Roy Wayne's behavior
18  like while he was in jail?
19       A.   Well, I mean, he was okay.  I couldn't
20  understand why he wasn't fighting to get out of jail.
21  You know, he seemed to be okay there as far as being in
22  jail.  But again, I don't know why he wasn't fighting to
23  get out.  And I kept asking him that.  "If you didn't do
24  this, why aren't you fighting to get out?"  And he was
25  just like, "Well, I didn't do it."  And, "Well, you'll

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 1:20-cv-00210-GNS-HBB   Document 130-7   Filed 10/27/25   Page 7 of 16 PageID #: 3639
The Deposition of TINA RIGSBY, taken on July 24, 2023

18..21

Page 18

1   see."  But I mean, I guess he was okay.
2       Q.   Did you ever visit Roy Wayne with his family?
3       A.   The very first time I went to see him after
4   they arrested him it was his daddy, me, his mom and his
5   grandmomma.  And we were all there and I was looking at
6   Roy through a glass right here.  And I'm sitting on the
7   little stool and his daddy standing over my shoulder
8   right here and his mama and grandmother on this side of
9   me.  And we're talking, visiting.  And Roy Wayne looked
10  up at his daddy and he said, "Daddy, didn't I kill
11  something in Tiny Town once?"  And his daddy said,
12  "Yeah.  But that was dogs."  And I mean, I didn't pay
13  that any attention at the time.  I'm just -- I'm just so
14  freaked out over the whole thing.  I didn't even know.
15  But that's what -- now I know how strange that was --
16  you know, and -- and why that was, but
17      Q.   And so what happened?  He mentioned -- or that
18  his dad mentioned he had killed dogs in --
19      A.   He had killed dogs.
20      Q.   -- Tiny Town.  Did anything more come of that?
21      A.   As we were leaving and walked out and they had
22  done took Roy back.  His grandmother spoke up and said,
23  "Dogs?  Hell, he had that woman's pocketbook later that
24  night."  And I didn't question it.  I didn't -- I
25  didn't -- nothing.  But that's what she said.

Page 19

1       Q.   And this visit would've been after his arrest
2   for the Brenda Church murder?
3       A.   Uh-huh.  Uh-huh.
4       Q.   And how long did the two of you stay together
5   after he'd been arrested?
6       A.   Oh, I think Roy and I divorced finally in '86.
7   I'm not sure of that, but I think it was '86.
8       Q.   And were you actually together then or had you
9   separated at some point?
10      A.   I was still going to visit Roy at the jail.
11      Q.   And did you ever discuss Brenda Church's
12  murder with Roy Wayne?
13      A.   I just asked him was he guilty of it?  Did he
14  do it?  And he said no.  And I didn't understand why he
15  wasn't fighting to get out if he didn't do it.
16      Q.   Did you attend the trial?
17      A.   I did.
18      Q.   Did you testify at Roy Wayne's trial for
19  Ms. Church's murder?
20      A.   I did.
21      Q.   What did you testify about?
22      A.   The fact that Roy Wayne had a gun.  The fact
23  that I loved Roy Wayne.  The fact that we had fun
24  together at -- you know, and I didn't understand at all.
25  I didn't understand.  I was defensive of Roy Wayne and

Page 20

1   then I was scared.  I mean, I -- I didn't -- I just
2   testified.  Whatever they asked me, I answered and I
3   answered it truthfully to the best I could.
4       Q.   What were you scared about?
5       A.   The whole situation.  His parents, I didn't
6   know -- I knew that Roy Wayne had a gun.  They were
7   saying that he didn't.  And I knew that Roy Wayne had
8   been a thief.  I knew his parents didn't work or
9   anything.  And I didn't know what they might -- I knew
10  how protective that Patsy was of Roy.  And I didn't know
11  how they would treat me being in there for the
12  prosecution attorneys and -- and all this.  So that's
13  what I was afraid of what they would do to me.  Not to
14  me, but behind my back.  You know, I was just afraid
15  because I knew I had to tell the truth.  I knew that Roy
16  Wayne had a gun.  They said he didn't, but he did.
17      Q.   And you mentioned Patsy being very protective
18  of Roy.  What was your experience like with her being
19  protective?
20      A.   She was always good to me.  I mean, she was
21  real good to me.  The reason I say that is when we
22  took -- I -- I just felt like now that -- and this is
23  just -- anyway, I felt like that they was covering up
24  things for Roy.  And the reason I say that is because
25  when I handed her the gun -- when we walked in the house

Page 21

1   and I handed patsy the gun -- and I guess she just must
2   have set it down.  I don't know.  But she was at the
3   refrigerator.  And I told her, I said, "Patsy."  I said,
4   "You know that lady that Roy Wayne cut tobacco for,
5   Brenda Church?"  And she said, "Yes."  And she was down
6   in the refrigerator.  And I said, "Well, they found her
7   dead yesterday."  And she whirled up out of that
8   refrigerator.  And she looked at Roy.  Like, I'll never
9   forget the look on that lady's face.  She was terrified.
10  You could just tell that, oh my God.  I mean, she's lost
11  her son is basically how she's looking at him and didn't
12  like a -- you would just have to see it.  It -- it was
13  awful.  So I know she was protective of him and that --
14  that scared her.
15      Q.   What was the result of that trial for the
16  Church murder?
17      A.   The outcome was Roy Wayne got the electric
18  chair.  20 years for murder, 20 years for rape.  I mean,
19  20 years for burglary and 20 years for rape.  And got
20  the electric chair at that trial.
21      Q.   Now, besides the conviction for Ms. Church's
22  murder, are you aware of Roy Wayne's other murder
23  conviction?
24      A.   Yes.
25      Q.   And was that Dee Ann Rapp?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 22

1  A. Yes.
2  Q. And were you and Roy Wayne married at the time
3  of Ms. Rapp's murder?
4  A. Yes.
5  Q. Where were you living at the time?
6  A. In Elton.
7  Q. And how close in time was that to Ms. Church's
8  murder?
9  A. I didn't even know it at the time, but when
10 they arrested Roy for Brenda Church and then they were
11 telling me about Dee Ann Rapp, was that her name?
12 Telling me about Dee Ann. I think that happened in
13 August of '84. And Roy Wayne killed Brenda in September
14 of '84. So it was just right there close.
15 Q. And where were you living at the time?
16 A. In Elton on -- I can't think of the name of
17 the little road.
18 Q. But in Elton?
19 A. It was in Elton. Uh-huh.
20 Q. And can you tell us us what you remember about
21 Ms. Rapp's murder?
22 A. Well, like I said, I didn't know about the
23 murder, but I do -- thinking back on things, Roy would
24 tell me he was going to look for a job. And I'm like,
25 okay. So he said he was going to Clarksville to look

Page 23

1  for a job. Well, he'd come in one evening -- he'd been
2  two or three different times, but come in one evening.
3  And it was -- it was in the afternoon already. He
4  wanted to get a haircut. And I'm like, "Why do you want
5  to get a haircut this late in the evening?" He says,
6  "Well, I just want to get a haircut." Roy Wayne had
7  hair about right here, I guess. Shagged off hair about
8  right here. But he went to town and he got his hair
9  cut. And when he come back, it was -- well, you can see
10 it in the picture. It was about up here.
11 Q. And since we have a transcript here, you're
12 pointing to -- you're saying he had -- you know, beyond
13 shoulder-length --
14 A. Oh, I'm sorry.
15 Q. -- hair?
16 A. Yes. It was about on his shoulders and he got
17 it cut up to neck.
18 Q. And where had he gone that day of the murder?
19 A. He told me Clarksville.
20 Q. And did you testify at Roy Wayne's murder
21 trial?
22 A. I did.
23 Q. What did you testify about there?
24 A. I guess whatever they asked me. I mean, I
25 testified in his defense. I testified in the

Page 24

1  prosecution. I testified the whole thing, I mean
2  Q. So you don't have a specific recollection of
3  your testimony in that case?
4  A. Other than -- I don't guess. I mean, it was
5  just -- I couldn't believe the whole thing was going on.
6  I mean, I -- I don't -- I don't know what you're asking
7  me really.
8  Q. Oh, no. I was just -- I know it's been a
9  while and I think --
10 A. Yeah.
11 Q. And I know you've testified multiple times, so
12 I was just wondering too, what was the outcome of that
13 trial; do you recall?
14 A. Brenda Church's trial?
15 Q. No. Sorry. I'm talking about Dee Ann Rapp.
16 A. Oh, that one. He pled guilty. I had never
17 testified in that trial. And me and my husband, Randy,
18 went in there that day, and Roy was sitting over here
19 and I walked in, they put me on the stand and his
20 attorney or -- or the attorney over here, I'm not sure,
21 had said something about, "Had I testified or anything
22 before in that trial?" And they were like, "No." They
23 just asked me my name. They took a break. During that
24 break, they came out and Roy Wayne had pled guilty to
25 that murder, so

Page 25

1  Q. So ultimately you did not end up testifying --
2  A. Not in that one.
3  Q. Substantively in the Dee Ann Rapp trial; is
4  that correct?
5  A. No, not in that one. I didn't.
6  Q. Okay. I just want to make sure we were clear
7  on the two different trials.
8  A. Yeah.
9  Q. Now, Ms. Rigsby, at some point, did you also
10 learn about the murder of a woman named Kay Williams?
11 A. I did.
12 Q. And did you know her by a different name?
13 A. I did.
14 Q. What was that name?
15 A. I didn't know her, period. But I knew the
16 name, Kay Abney.
17 Q. Okay. So you didn't know her personally, you
18 just knew of her?
19 A. I just knew what I was told by Roy. I didn't
20 know Kay at all.
21 Q. Okay. And were you and Roy Wayne in a
22 relationship at the time of Ms. Williams's murder -- or
23 Ms. Abney's murder?
24 A. I don't think so. Because if that happened in
25 '80, I didn't meet Roy until '81.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 26

1  Q. And what did -- you mentioned that Roy Wayne
2  told you about Ms. Williams. What did he tell you?
3  A. We were living in Tiny Town in that trailer
4  park. And I guess we must've been a couple of trailers
5  down from where that happened. And Roy Wayne just was
6  talking about it. Says, "You know, up there at that
7  trailer" -- says, "That girl was killed." Well, I
8  didn't know what girl he was talking about. And he
9  said -- and I said, "Who was it?" And he said, "Kay
10  Abney." And I said, "No, I don't reckon I even heard
11  about it or anything." He says, "Well, you ought to
12  seen it. It was awful." I'm like, "Roy Wayne, what are
13  you talking about?" And he says, "Well, she was stabbed
14  like 27, 28 times." He said, "She was sprawled out on
15  the bed. There was blood everywhere, all over the bed."
16  And I'm like, "How do you know that?" And he says,
17  "Well, you could see." So I didn't know that they
18  didn't just let people in there to see or what was going
19  on, you know? But that's what he told me, that she was
20  sprawled out on the bed. I think he said she was nude
21  and stabbed 27.
22      MS. ARNETT: I don't want to interrupt your
23   testimony. I was trying to wait until you were
24   finished just to lodge my objection on hearsay.
25  A. Okay.

Page 27

1  BY MS. CAMPBELL:
2  Q. And what did you think when he told you that?
3  A. I didn't think anything. Actually, I felt bad
4  for the girl. But at that point I didn't think
5  anything. I thought he was just telling me a story that
6  had happened in the Tiny Town trailer park.
7  Q. And to your knowledge, did Roy Wayne know --
8  own any knives?
9  A. Yeah. He had like a hunting knife or -- you
10  know, would wear on his side a little bit. Yeah.
11  Uh-huh.
12  Q. And did you ever witness Roy Wayne do anything
13  alarming with the knife?
14  A. We went fishing one night up at Shiloh Lake in
15  Cross Plains and Roy Wayne caught a catfish and he
16  started stabbing that catfish. And I know this probably
17  sounds crazy, but he stabbed it and stabbed it and
18  stabbed it and was just laughing and stabbing that
19  catfish. And it was -- it was awful. I felt sorry for
20  the fish. But anyway, I done Roy Wayne like -- I'm
21  like, "What are you doing?" And it's like he just
22  snapped back into reality, but just was -- he was
23  enjoying stabbing that catfish. I'd never seen him do
24  that before, but I saw that that night and I'll never
25  forget it.

Page 28

1  Q. Do you know when that approximately happened?
2  A. I don't know. I -- I just know it was
3  sometime while we were together.
4  Q. And do you know when it was that Roy Wayne
5  talked to you about Kay Williams or Kay Abney's murder?
6  A. It was probably -- it was before we were
7  married. So somewhere in the '81, '82 range, I'm
8  assuming that he told me about it. He didn't talk about
9  it a whole lot. He told me about it. And that was
10  basically it. Because I never -- I never brought it up
11  again. Didn't have any reason to.
12  Q. So was that the only conversation that you had
13  with him --
14  A. Uh-huh.
15  Q. -- about --
16  A. As far as that. Uh-huh. Other than what his
17  grandmom had said at the jail.
18  Q. And you're -- when you say what his grandmom
19  said at the jail that was about --
20  A. About -- about the pocketbook and -- but she
21  didn't call no names. She just said, "That woman's
22  pocketbook." But again, I didn't put it together until
23  later.
24  Q. Did any law enforcement ever talk to you about
25  Ms. Williams' murder?

Page 29

1  A. No. The only time they ever talked to me
2  about Ms. Williams was during the Norman Graham era when
3  that started.
4  Q. So in the post-conviction phase --
5  A. Uh-huh.
6  Q. -- for Mr. Graham?
7  A. Uh-huh.
8  Q. Did Roy Wayne ever confess to you that he
9  committed any murders?
10  A. Uh-uh. No.
11  Q. While you were dating Roy Wayne or married to
12  him, did anything happen that made you suspicious that
13  he had committed other murders?
14  A. He -- not really suspicious of murder at that
15  time. But -- you know, he came in -- well, he was a
16  thief. I hate to admit that, but he was a thief. And
17  he come in one afternoon, had scratches on his arms and
18  stuff and blood down his pants. And I'm like, "Roy
19  Wayne, what have you been into now?" What have you
20  broke into now is what I said to him. But he said,
21  "Nothing." He said, "I got in a fight in Cedar Hill."
22  Adam-Cedar Hill. And I'm like, "Why did you get into a
23  fight?" And he said he parked his car at a certain area
24  or something. Anyway, him and this guy got into a
25  fight. "Okay. I'll let it go." But I was thinking,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 30

1  "You broke into something. I just don't know what." A
2  couple days later when I'm washing clothes, I found a
3  couple of rings in his pocket. And so I asked him about
4  those rings. And of course he said his mama gave them
5  to him. And I'm like, "Roy, your mama did not give you
6  these rings. You stole them the other day when you come
7  in here with all them scratches on you." But we got into
8  it over that. But again, at that time, I wasn't
9  thinking other -- and nothing other than him being a --
10 a thief. As far as a murderer that -- I would've never
11 thought that.
12     Q.  And now, did anything happen while you were
13 together with Roy Wayne that made you afraid for your
14 safety?
15     A.  Just one time. And it -- it was during --
16 now, I know it was after Ms. Rapp's murder. Roy Wayne
17 had come in and we had got into it again. And because
18 again, he's supposed to be looking for a job and wasn't
19 looking for a job. But -- so we got into it and he went
20 outside and sat down in the chair next to the window
21 over here. I was cooking supper at the time. And so I
22 walked to the window and I looked down at him like that.
23 And I said, "Roy, are you ready to eat supper?" And he
24 turned around and looked at me and he said, "Tina, leave
25 me alone." He says, "I'm warning you to leave me

Page 31

1  alone." And it was just the look on his face that
2  scared me. That -- but that's about the only time he
3  ever really did. But that scared me.
4      Q.  Does anything ever happen -- well, let me ask
5  you this: Why did your relationship ultimately end?
6      A.  Because he went to jail.
7      Q.  And did anything happen in jail that caused --
8      A.  Oh, well, no, I --
9      Q.  -- your relationship to deteriorate?
10     A.  I remember I was just kind of getting --
11 because he wasn't fighting to try to get out of this.
12 And -- and I'm just -- my mind's clicking on things and
13 placing him in things and things he would say and places
14 that he would be. And -- and -- you know, I'm just kind
15 of thinking at this point. And so I had been going to
16 the jail to visit Roy pretty regular, and they'd let me
17 in the jail to visit him and I would even cut his hair.
18 And so I went one afternoon to cut his hair and I just
19 got this very uneasy feeling. I'm in the room with Roy.
20 I got these scissors. I've done been talking to
21 attorneys and district attorneys and prosecuting
22 attorneys. And -- and I'm scared at this point. So I'm
23 in there with him with these scissors and I'm thinking,
24 he's not fighting to get out of this. There's some truth
25 to it. All these people are -- you know, this is not

Page 32

1  just a story. So I got scared and I had them to let me
2  out. And I don't think I went back, but just a couple
3  more times, but I never went back in with a contact
4  visit ever after that.
5      Q.  Now, you've testified several times before
6  about Roy Wayne Dean, correct?
7      A.  Uh-huh. Yes.
8      Q.  You testified at his trial for the murder of
9  Brenda Church, correct?
10     A.  Yes.
11     Q.  And you testified before the grand jury in the
12 test -- Church case?
13     A.  Yes.
14     Q.  And you've testified at the evidentiary
15 hearing in Norman Graham's post-conviction case in 2017,
16 correct?
17     A.  Yes.
18     Q.  And you also testified in 2009, Mr. Graham's
19 hearing for a new trial; is that correct?
20     A.  I did.
21     Q.  And each time you've testified you've done the
22 best to tell the truth as accurately as you can,
23 correct?
24     A.  Yes.
25     Q.  And how is it that you're able to remember so

Page 33

1  many of these events accurately nearly 40 or I guess --
2      A.  Oh, my word.
3      Q.  -- at least 40 years later?
4      A.  Well, first of all, it -- it is a never ending
5  thing. You know what I'm saying? My mom and daddy
6  committed suicide and that's trauma. Roy Wayne doing
7  what he did was traumatizing to me because I loved him.
8  I mean, I really did. You don't forget it. You just
9  don't forget it. So I'll never forget it. That's how I
10 remember. And I'll always remember.
11         MS. CAMPBELL: All right. Let's take a quick
12     break here. Just maybe five minutes.
13         THE VIDEOGRAPHER: All right. We're going off
14     the record at 1:58 p.m.
15            (OFF THE RECORD)
16         THE VIDEOGRAPHER: All right. We're back on
17     the record at 2:02 p.m.
18         MS. CAMPBELL: All right. Ms. Rigsby, thanks
19     so much for your time today. I don't have any
20     further questions, but we'll see if anyone -- any
21     of the attorneys on Zoom have any.
22         MS. ARNETT: This is Amber Arnett. I do not
23     have any questions.
24         MR. RABOLD: This is Nick Rabold, I don't have
25     any questions either.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB   Document 130-7   Filed 10/27/25   Page 11 of 16 PageID #: 3643
The Deposition of TINA RIGSBY, taken on July 24, 2023
34..36

Page 34

1   THE REPORTER: Okay. Before we go off, can we
2   do orders real quick?
3   MS. CAMPBELL: Sure.
4   THE REPORTER: Did you want a copy?
5   MS. CAMPBELL: Yeah. Whatever we did last
6   time.
7   THE REPORTER: Regular?
8   MS. CAMPBELL: Perfect. Yes.
9   THE REPORTER: Yes. Electronic. That's fine.
10  Mr. Rabold?
11  MR. RABOLD: Yes, ma'am.
12  THE REPORTER: Did you want to order a copy?
13  MR. RABOLD: Yes, please. Thank you.
14  THE REPORTER: Okay. Electronic okay?
15  MR. RABOLD: Yeah, that'd be great.
16  THE REPORTER: Okay. And did you want the
17  video?
18  MR. RABOLD: Yes, we would like the video.
19  THE REPORTER: Okay. No problem. Ms. Arnett?
20  MS. ARNETT: Just the electronic transcript,
21  please.
22  THE REPORTER: Okay. No problem.
23  MS. ARNETT: Thank you.
24  THE REPORTER: Uh-huh.
25  THE VIDEOGRAPHER: All right. We're going off

Page 35

1   the record at 2:03 p.m.
2           (DEPOSITION CONCLUDED AT 3:04 P.M. ET)

Page 36

1   CERTIFICATE OF REPORTER
2   COMMONWEALTH OF KENTUCKY AT LARGE
3
4   I do hereby certify that the witness in the foregoing
5   transcript was taken on the date, and at the time and
6   place set out on the Title page here of by me after
7   first being duly sworn to testify the truth, the whole
8   truth, and nothing but the truth; and that the said
9   matter was recorded digitally by me and then reduced to
10  typewritten form under my direction, and constitutes a
11  true record of the transcript as taken, all to the best
12  of my skill and ability. I certify that I am not a
13  relative or employee of either counsel, and that I am in
14  no way interested financially, directly or indirectly,
15  in this action.

*Maggie Patterson*

22  MAGGIE PATTERSON,
23  COURT REPORTER/NOTARY
24  COMMISSION EXPIRES: 07/16/2026
25  SUBMITTED ON: 07/28/2023

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

| 1 | 86 19:6,7 | Arnett 6:20 26:22 33:22 34:19,20,23 | born 10:10 | 22:10 32:9,12 |
|---|---|---|---|---|
| **10:30** 15:14 | **89** 8:18 | **arrest** 19:1 | **Bowling** 6:11 | **Church's** 14:9, 22 15:1,21 16:19 19:11,19 21:21 22:7 24:14 |
| **1980s** 12:2 | **A** | **arrested** 14:4 16:4 18:4 19:5 22:10 | **boys** 9:9 | |
| **1: 20CV000210G MS** 6:12 | **Aaron** 6:23 | **assuming** 28:8 | **break** 8:2 24:23,24 33:12 | **Clarksville** 22:25 23:19 |
| **1:30** 6:6 | **Abney** 25:16 26:10 | **attend** 19:16 | **Brenda** 14:4,7, 18 19:2,11 21:5 22:10,13 24:14 32:9 | **clear** 10:23 25:6 |
| **1:58** 33:14 | **Abney's** 25:23 28:5 | **attention** 15:4, 9 18:13 | **broke** 29:20 30:1 | **clicking** 31:12 |
| **2** | **accident** 17:10 | **attorney** 24:20 | **broken** 16:17 | **close** 22:7,14 |
| **20** 9:23 21:18, 19 | **Accord** 16:17 | **attorneys** 8:7 20:12 31:21,22 33:21 | **brother** 9:25 10:1 | **clothes** 30:2 |
| **2009** 32:18 | **accurately** 32:22 33:1 | **August** 22:13 | **brought** 9:25 10:1 28:10 | **cold** 15:6 |
| **2017** 32:15 | **Adam-cedar** 29:22 | **avoid** 7:22 | **burglary** 21:19 | **committed** 29:9,13 33:6 |
| **2023** 6:6 | **admit** 29:16 | **aware** 21:22 | **C** | **completely** 15:8 |
| **23** 9:18 | **affirm** 7:4 | **awful** 17:9 21:13 26:12 27:19 | **call** 28:21 | **CONCLUDED** 35:2 |
| **24** 6:6 9:18 | **afraid** 20:13,14 30:13 | **B** | **Campbell** 6:15 7:10,15 11:5,8, 13,15 27:1 33:11,18 34:3, 5,8 | **conference** 6:13 |
| **25** 9:5 | **afternoon** 7:11 23:3 29:17 31:18 | **back** 8:18 15:3, 5,7,22 18:22 20:14 22:23 23:9 27:22 32:2,3 33:16 | **car** 16:17,22 17:8 29:23 | **confess** 29:8 |
| **27** 26:14,21 | **alarming** 27:13 | **bad** 27:3 | **carrying** 15:13 | **contact** 32:3 |
| **28** 26:14 | **Amber** 6:20 33:22 | **basically** 8:17 21:11 28:10 | **case** 6:11 24:3 32:12,15 | **continue** 8:9 |
| **29th** 16:8 | **Amy** 6:3,17 | **bath** 15:12 | **catfish** 27:15, 16,19,23 | **conversation** 28:12 |
| **2:02** 33:17 | **Ann** 21:25 22:11,12 24:15 25:3 | **bathroom** 15:11 | **caught** 27:15 | **conviction** 21:21,23 |
| **2:03** 35:1 | **anticipate** 8:3 | **bathtub** 15:16, 17,19 | **caused** 31:7 | **cooking** 30:21 |
| **3** | **appearance** 6:13 | **bed** 26:15,20 | **Cedar** 29:21 | **copy** 34:4,12 |
| **3:04** 35:2 | **appearing** 6:18,19,20,22 | **behavior** 17:17 | **center** 8:22,23 | **correct** 10:16 14:5 25:4 32:6, 9,16,19,23 |
| **4** | **approximately** 28:1 | **bit** 11:2,23 27:10 | **Central** 6:6 | **coughs** 9:25 11:3 |
| **40** 33:1,3 | **April** 14:1 | **blood** 26:15 29:18 | **chair** 21:18,20 30:20 | **counsel** 6:14 |
| **8** | **area** 16:22 29:23 | | **children** 9:6,8 | **County** 6:9,24 17:16 |
| **80** 10:10 25:25 | **arms** 29:17 | | **Church** 14:5,7 19:2 21:5,16 | **couple** 9:22 10:5 26:4 30:2, 3 32:2 |
| **81** 10:5,9 25:25 28:7 | | | | **court** 6:4,5,10 |
| **82** 10:5 28:7 | | | | |
| **84** 9:15,16 10:7 14:1 22:13,14 | | | | |

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

<a>
<s>
</s>
</a>
<b>

</b>

7:2,21
**Coverall**  15:7
**covering**  6:23 20:23
**crazy**  27:17
**Cross**  27:15
**cup**  11:6
**cut**  21:4 23:9, 17 31:17,18
**cutting**  14:17

**D**

**dad**  14:12 18:18
**daddy**  13:15, 21 14:11 18:4, 7,10,11 33:5
**danced**  12:3
**date**  10:2,4
**dating**  10:24 11:17 29:11
**day**  12:17 14:15,21,23 23:18 24:18 30:6
**daylight**  16:7
**days**  30:2
**dead**  14:19 16:20 21:7
**Dean**  9:10,14 12:23 13:24 32:6
**deceased**  13:14
**Dee**  21:25 22:11,12 24:15 25:3
**defendants**  6:21
**defense**  23:25
**defensive**  19:25

**deposition**  6:8 35:2
**deteriorate**  31:9
**diet**  9:2
**DIRECT**  7:9
**discuss**  19:11
**district**  6:10,11 31:21
**divorced**  19:6
**dogs**  18:12,18, 19,23
**door**  15:7 16:8
**driving**  16:16
**drove**  17:6

**E**

**earlier**  15:25
**early**  9:15 10:9 12:1
**eat**  30:23
**Edward**  12:23
**electric**  21:17, 20
**electronic**  34:9,14,20
**Ellis**  8:13
**Elton**  11:21 17:7 22:6,16, 18,19
**end**  25:1 31:5
**ending**  33:4
**enforcement**  28:24
**enjoying**  27:23
**era**  29:2
**evening**  17:1 23:1,2,5
**events**  33:1
**evidentiary**  32:14

**EXAMINATION**  7:9
**Excuse**  10:1
**expect**  17:4
**experience**  20:18
**Express**  6:7

**F**

**face**  21:9 31:1
**fact**  19:22,23
**familiar**  9:10 12:20
**family**  12:20 13:11,13 18:2
**farm**  15:1 16:19
**fast**  15:12
**father**  10:13, 20,21
**feeling**  31:19
**felt**  13:4 20:22, 23 27:3,19
**fight**  29:21,23, 25
**fighting**  17:20, 22,24 19:15 31:11,24
**finally**  19:6
**fine**  34:9
**finger**  13:20
**finished**  26:24
**firearms**  16:15
**fish**  27:20
**fishing**  27:14
**food**  9:2
**forget**  21:9 27:25 33:8,9
**found**  14:19,20 21:6 30:2

**freaked**  18:14
**Friday**  14:13 17:1,6
**front**  8:1
**full**  8:12
**fun**  12:3,4 19:23

**G**

**gave**  16:1 30:4
**girl**  26:7,8 27:4
**give**  7:5 30:5
**glass**  18:6
**God**  14:20 16:21 21:10
**good**  7:11,13, 14 12:7,8,25 13:2,18 20:20, 21
**grabbing**  11:6
**Graham**  6:9, 16,18 7:15 29:2,6
**Graham's**  32:15,18
**grand**  32:11
**grandmom**  28:17,18
**grandmomma**  18:5
**grandmother**  18:8,22
**great**  34:15
**Green**  6:11
**Grill**  12:15
**guess**  10:6 13:18 18:1 21:1 23:7,24 24:4 26:4 33:1
**guilty**  19:13 24:16,24
**gun**  15:22

16:10,23 19:22 20:6,16,25 21:1
**guy**  29:24

**H**

**hair**  23:7,8,15 31:17,18
**haircut**  23:4,5, 6
**hand**  7:1
**handed**  20:25 21:1
**happen**  29:12 30:12 31:4,7
**happened**  14:14,15 15:24, 25 16:6 18:17 22:12 25:24 26:5 27:6 28:1
**happy**  13:5,8
**hate**  13:22 29:16
**head**  7:22
**hear**  8:7
**heard**  26:10
**hearing**  32:15, 19
**hearsay**  26:24
**Hell**  18:23
**Hill**  29:21,22
**hoarse**  11:10
**hoarsing**  11:3
**Hold**  11:8
**Holiday**  6:7
**Honda**  16:17
**Hopkinsville**  6:8
**house**  9:25 10:1 11:3,18 14:13 16:8,15 17:7 20:25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**hunting** 14:25 16:19 27:9
**husband** 9:13 11:20 24:17

**I**

**ice-cold** 15:6
**Inn** 6:7
**interrupt** 26:22

**J**

**jail** 13:25 14:2,3 17:12,18,20,22 19:10 28:17,19 31:6,7,16,17
**Jessica** 6:23
**job** 8:23 12:9, 11 22:24 23:1 30:18,19
**July** 6:6
**jury** 32:11

**K**

**Kay** 25:10,16, 20 26:9 28:5
**Kelly** 6:3
**Kentuckiana** 6:5
**Kentucky** 6:11 8:18 11:19 12:16
**kids** 12:5
**kill** 18:10
**killed** 16:19 18:18,19 22:13 26:7
**kind** 31:10,14
**knew** 20:6,7,8, 9,15 25:15,18, 19
**knife** 27:9,13

**knives** 27:8
**knocking** 16:7
**knowledge** 27:7
**KSP** 6:21

**L**

**lady** 14:16,17 21:4
**lady's** 21:9
**Lake** 27:14
**late** 23:5
**laughing** 27:18
**law** 28:24
**lawsuit** 7:16
**learn** 14:9 25:10
**leave** 30:24,25
**leaving** 18:21
**left** 15:2
**life** 8:17
**live** 8:14 10:23 11:1,17
**lived** 8:16 11:2, 18
**living** 12:13 22:5,15 26:3
**lodge** 26:24
**Logan** 17:16
**long** 8:3,16 9:4 10:4 13:23,25 15:3 19:4
**looked** 13:9 18:9 21:8 30:22,24
**lost** 21:10
**lot** 12:4 13:7,21 28:9
**loved** 12:8 19:23 33:7

**M**

**made** 13:5 29:12 30:13
**Maggie** 6:4
**make** 7:20 8:8 10:22 25:6
**making** 8:7 12:13
**mama** 16:1,25 18:8 30:4,5
**March** 14:1
**married** 9:14, 15,17 10:2,6,7 13:23 14:1 22:2 28:7 29:11
**matter** 6:9
**medical** 8:22, 23
**meet** 9:24 25:25
**mentioned** 10:11 14:3 15:24 18:17,18 20:17 26:1
**met** 7:14 13:6
**might've** 16:14
**Miller** 6:21
**mind** 11:6
**mind's** 31:12
**minutes** 33:12
**Molly** 6:15 7:15
**mom** 18:4 33:5
**morning** 14:14,25 15:20, 21 16:6,7
**mother** 13:1,14 16:10
**moved** 8:17,18 11:3,7,19,21,23 12:16
**multiple** 24:11

**murder** 14:4, 10,22,23 15:21 16:5,6 19:2,12, 19 21:16,18,22 22:3,8,21,23 23:18,20 24:25 25:10,22,23 28:5,25 29:14 30:16 32:8
**murderer** 30:10
**murders** 29:9, 13
**must've** 26:4

**N**

**named** 25:10
**names** 28:21
**neck** 15:8 23:17
**Nick** 6:22 33:24
**night** 18:24 27:14,24
**nodding** 7:22
**Norman** 6:9, 16,18 7:15 29:2 32:15
**Northcrest** 8:22
**nude** 26:20
**number** 6:11 7:20
**nutrition** 8:24, 25

**O**

**objection** 8:8, 9 26:24
**order** 34:12
**orders** 34:2
**outcome** 21:17 24:12
**Oversee** 9:2

**P**

**p.m.** 6:6 33:14, 17 35:1,2
**paid** 12:18
**pants** 29:18
**parents** 12:22, 25 20:5,8
**park** 26:4 27:6
**parked** 29:23
**part** 9:15
**parties** 6:12
**patients** 9:3
**patsy** 12:23 20:10,17 21:1,3
**Patterson** 6:4
**pay** 15:4,9 18:12
**pending** 6:10
**people** 26:18 31:25
**Perfect** 34:8
**period** 16:16 25:15
**person** 6:15
**personally** 14:7 16:9 25:17
**phase** 29:4
**picture** 23:10
**places** 31:13
**placing** 31:13
**Plains** 27:15
**plaintiff** 6:18
**plaintiff's** 6:14
**pled** 24:16,24
**pocket** 30:3
**pocketbook** 18:23 28:20,22
**point** 19:9 25:9 27:4 31:15,22



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | | | | |
|---|---|---|---|---|
| pointing 23:12 | raise 7:1 | Reporters 6:5 | Saturday 16:7 | sounds 27:17 |
| police 17:5,7 | ran 12:16,17 | represent 7:15 | scared 20:1,4 21:14 31:2,3,22 32:1 | specific 24:2 |
| post-conviction 29:4 32:15 | Randy 24:17 | representing 6:4,16 | | spoke 18:22 |
| | range 28:7 | | | sprawled 26:14,20 |
| presence 16:16 | rape 21:18,19 | restroom 8:4 | scissors 31:20,23 | Springfield 8:15,16 11:2,18 |
| present 6:12 | Rapp 21:25 22:11 24:15 25:3 | result 21:15 | scratches 29:17 30:7 | stabbed 26:13, 21 27:17,18 |
| pretty 9:20 31:16 | | rifle 15:2,24,25 | sensed 13:17 | stabbing 27:16,18,23 |
| | Rapp's 22:3,21 30:16 | Rigsby 6:8,25 7:11 8:11,13 25:9 33:18 | separated 19:9 | |
| Price 15:14 | | | | stand 24:19 |
| probation 16:14 | ready 30:23 | ringing 15:17 | September 9:5 14:2 15:6 22:13 | standing 18:7 |
| problem 7:25 34:19,22 | real 20:21 34:2 | rings 30:3,4,6 | services 8:24, 25 | Staples 6:17 11:11 |
| | reality 27:22 | road 22:17 | | started 7:19 27:16 29:3 |
| PROCEEDINGS 6:1 | realized 17:3 | Robinson 6:17 | set 21:2 | |
| | reason 11:4 20:21,24 28:11 | room 31:19 | settlement 12:18 | starting 6:14 |
| prosecuting 31:21 | | Roy 9:10,14,21, 24 10:13,23 11:17 12:1,14, 16,20,23 13:2, 3,5,8,11,13,21, 24 14:18,25 15:7,15 16:4, 13,21 17:9,12, 17 18:2,6,9,22 19:6,10,12,18, 22,23,25 20:6, 7,10,15,18,24 21:4,8,17,22 22:2,10,13,23 23:6,20 24:18, 24 25:19,21,25 26:1,5,12 27:7, 12,15,20 28:4 29:8,11,18 30:5,13,16,23 31:16,19 32:6 33:6 | Shagged 23:7 | state 6:13 8:12 |
| prosecution 20:12 24:1 | recall 24:13 | | Shiloh 27:14 | stay 13:8 19:4 |
| | reckon 26:10 | | shot 17:9 | stayed 11:21 |
| protective 20:10,17,19 21:13 | recollection 24:2 | | shoulder 18:7 | stole 30:6 |
| | record 6:2,14 7:14 8:12 10:22 33:14,15,17 35:1 | | shoulder-length 23:13 | stool 18:7 |
| put 13:20 24:19 28:22 | | | shoulders 6:23 23:16 | story 27:5 32:1 |
| | refrigerator 21:3,6,8 | | show 15:12 | strange 18:15 |
| **Q** | | | side 18:8 27:10 | stuff 29:18 |
| | regular 31:16 34:7 | | sister 11:20 17:8 | Substantively 25:3 |
| question 8:11 18:24 | relationship 12:6,24,25 13:2 25:22 31:5,9 | | sister's 17:6,7 | suds 15:16 |
| questions 7:16,21 33:20, 23,25 | | | sitting 18:6 24:18 | suicide 33:6 |
| | remember 22:20 31:10 32:25 33:10 | | situation 20:5 | supervisor 8:24 9:1 |
| quick 33:11 34:2 | | | Smith 6:21,23 | supper 30:21, 23 |
| quit 12:15 | remind 7:25 | Roy's 12:24 17:6,17 | snapped 27:22 | |
| | remotely 6:19, 20,22 | | solemnly 7:4 | supposed 16:15 30:18 |
| **R** | | rules 7:19 | son 10:9,10 15:12,18 21:11 | |
| | Renee 8:13 | run 12:18 | | suspect 17:2 |
| Rabold 6:22 33:24 34:10,11, 13,15,18 | rent 12:19 | | sons 10:11,14, 20 | suspicious 29:12,14 |
| | reporter 6:4 7:2,4,8,21 34:1, 4,7,9,12,14,16, 19,22,24 | **S** | | |
| Rainbow 12:15 | | safety 30:14 | | swear 7:4 |
| | | sat 30:20 | | |



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**sworn** 7:1

---
**T**
---

**T-SHIRT** 15:17,19
**takes** 15:11
**taking** 7:21
**talk** 28:8,24
**talked** 28:5 29:1
**talking** 14:17 18:9 24:15 26:6,8,13 31:20
**telling** 22:11,12 27:5
**Tennessee** 8:15
**terrified** 21:9
**test** 32:12
**testified** 20:2 23:25 24:1,11, 17,21 32:5,8, 11,14,18,21
**testify** 19:18, 21 23:20,23
**testifying** 25:1
**testimony** 7:5 24:3 26:23
**that'd** 34:15
**That'll** 11:10
**thief** 20:8 29:16 30:10
**thing** 18:14 24:1,5 33:5
**things** 20:24 22:23 31:12,13
**thinking** 22:23 29:25 30:9 31:15,23
**thought** 15:5 27:5 30:11
**threw** 15:18

**Thursday** 14:14,15 16:6
**time** 6:6,7 8:2 12:9 13:14 17:2 18:3,13 22:2,5, 7,9,15 25:22 29:1,15 30:8, 15,21 31:2 32:21 33:19 34:6
**times** 12:8 23:2 24:11 26:14 32:3,5
**Tina** 6:8 8:13 30:24
**Tiny** 11:19 18:11,20 26:3 27:6
**tobacco** 14:17 21:4
**today** 6:5 7:12, 17 33:19
**Todd** 6:9,24
**told** 14:11,14 15:1 16:18,20 17:8 21:3 23:19 25:19 26:2,19 27:2 28:8,9
**towel** 16:18,23
**town** 11:19 18:11,20 23:8 26:3 27:6
**trailer** 26:3,7 27:6
**trailers** 26:4
**transcript** 23:11 34:20
**trauma** 33:6
**traumatizing** 33:7
**treat** 20:11
**trial** 19:16,18 21:15,20 23:21 24:13,14,17,22 25:3 32:8,19
**trials** 25:7

**trouble** 16:13
**truth** 7:6 20:15 31:24 32:22
**truthfully** 20:3
**turned** 30:24

---
**U**
---

**U.S.** 6:10
**uh-huh** 7:23 10:12,17 12:21 13:12 14:6,24 19:3 22:19 27:11 28:14,16 29:5,7 32:7 34:24
**Uh-uh** 29:10
**ultimately** 13:23 25:1 31:5
**understand** 17:20 19:14,24, 25
**uneasy** 31:19

---
**V**
---

**verbally** 7:21
**video** 6:13 34:17,18
**visit** 17:13 18:2 19:1,10 31:16, 17 32:4
**visiting** 18:9

---
**W**
---

**wait** 26:23
**walked** 18:21 20:25 24:19 30:22
**wanted** 8:1 23:4
**warning** 30:25
**washing** 30:2
**water** 11:5,6

**Wayne** 9:10, 14,21,24 10:13, 23 11:17 12:1, 14,16 13:11,13, 24 14:25 15:15 16:4,13 17:9,12 18:2,9 19:12, 22,23,25 20:6, 7,16 21:4,17 22:2,13 23:6 24:24 25:21 26:1,5,12 27:7, 12,15,20 28:4 29:8,11,19 30:13,16 32:6 33:6
**Wayne's** 12:20 17:17 19:18 21:22 23:20
**wear** 27:10
**weekends** 12:4
**Western** 6:10
**whirled** 21:7
**Williams** 25:10 26:2 28:5 29:2
**Williams'** 28:25
**Williams's** 25:22
**window** 16:17, 18 30:20,22
**woman** 25:10
**woman's** 18:23 28:21
**wondering** 24:12
**word** 33:2
**work** 8:21 20:8
**worked** 9:4
**working** 12:15
**worshiped** 13:1,3
**would've** 10:7 13:5,7 19:1 30:10

---
**Y**
---

**years** 9:5,22 10:5 15:5 21:18,19 33:3
**yesterday** 14:19 21:7
**you-all** 15:18
**younger** 9:22
**youngest** 10:10 15:12

---
**Z**
---

**zipped** 15:8
**Zoom** 8:7 33:21



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com