Jennie Stuart Memorial Hospital
Hopkinsville, Kentucky

CASE NO. OP

# PATHOLOGY REPORT

NAME OF PATIENT: Williams, Janice K.          DATE   6/15/81

ADDRESS:

DOCTOR: F. Pitzer, M.D.                       LAB NO. A80-44

ORGAN OR TISSUE: Slide, per State Police Crime Lab.

GROSS: Received is one slide from the State Police Crime Lab labeled exhibit 16A, vaginal smear, 80-2203 H&E. By pencil marking at the bottom of the slide, is labeled Williams, A80-44, vaginal.

MICROSCOPIC: Slide shows smear of vaginal origin, this contains a thin proteinaceous debris mixed in which are a few white cells, a rare red cell, many epithelial cells. A few of the epithelial cells show cytolysis. There is an occasional bare nucleus within the proteinaceous debris. A rare epithelial cell shows spindling configuration with nuclear pyknosis. Mixed within the proteinaceous debris are a few bacteria, both cocci and rod shaped bacteria. No sperm or sperm fragments can be identified.

COMMENT: This smear is examined in the presence of State Police representatives and Dr. Kusum Patel.

DIAGNOSIS: VAGINAL SMEAR CONTAINING NO ATYPICAL CELLS.

Frank R. Pitzer, M.D.

SP—PR

GRAHAM 002941



A80-44

SUMMARY: This is the case of a young, caucasian female who experienced multiple stab wounds to the anterior chest, one of which penetrated the heart. In addition, there was a severe laceration to the left neck, with severence of the carotid and jugular vessels.

Examination of vaginal smears show no sperm or sperm fragments, this is a proteinaceous debris. However, the acid phosphatase study on vaginal washings revealed a finding of 358.0 B-R Units.

An acid phosphatase of this level would indicate recent sexual activity.

Death resulted from penetrating stab wound of heart and laceration of neck.

Jennie Stuart Memorial Hospital
Hospital Lane
Hopkinsville, Kentucky 42240
(502) 886-5221

GRAHAM 002942