**FRANK R. PITZER, M.D.**
HOSPITAL LANE
Hopkinsville, Kentucky 42240

Phone (502) 886-5221, Ext. 804

*Com N*
*Graham*

September 1, 1981

Jess Riley
Commonwealth Attorneys Office
Logan and Todd Counties
Russellville, Kentucky

REFERENCE:  A80-44  Janis K. Williams.

Dear Mr. Riley:

I am forwarding you a copy of the letter which I have recently received from Dr. George Nichols, Chief Medical Examiner for the Commonwealth of Kentucky in reference to the Janis K. Williams autopsy.

As per your request, I forwarded the autopsy tissue, the vaginal swab, slides and all other information to his office for review. After his review, I received the letter which I have attached. You should note from the letter that Dr. Nichols has recorded finding sperm heads and intact spermatozoa on the vaginal swabs.

I have again reviewed the tissue and still cannot identify sperm, sperm fragments or spermatozoa. It is obvious from Dr. Nichols' report he feels they are present and reports such. Thus, there is a major difference in medical opinion in regard to this case. Dr. Patel and myself have spent hours examining this tissue and re-evaluating the tissue and cannot satisfactorily demonstrate sperm, sperm fragments or spermatozoa.

Just to be very blunt and straightforward, in a case of this importance, I will not call or identify anything unless it is absolute and certain in my mind. I cannot in good conscience, definitely identify sperm or sperm fragments, and thus must stand by my original report. If you have questions in regard to this matter, contact me at your convenience.

Respectfully,

*[signature]*

Frank R. Pitzer, M.D.
Regional Medical Examiner

FRP/cb

GRAHAM 002944