STATEMENT

KSP 000342

NAME: Sandra Graham     ADDRESS: Circle L Ranch, Clarksville, Tn
DATE: 12-5-80   PLACE: JoAnnes Bar, Clarksville   TIME STARTED: 1505

On 6-29-80, I, Sandra Graham, was employed at JoAnnes Bar on US-41A in Clarksville, Tn. In the early part of the evening Norman Graham came into JoAnnes and had a beer and I had a general conversation with him. After having his beer, Norman left JoAnnes.

At 6 p.m. I finished my shift at JoAnnes and I and another couple went to the Red Carpet. Norman was sitting at the bar when I entered the Red Carpet. I asked him if he would like to join me at the table with the couple I was with. Norman joined us at the table and we began drinking. During the late evening, the couple I was with left Norman and I at the Red Carpet. Norman & I had a couple of more drinks then left Red Carpet in my vehicle and went to Elaine's Restaurant to eat breakfast. After finishing breakfast Norman & I returned to the Red Carpet parking lot where we changed into Norman's car to listen to the radio. At [unknown time] I left Norman setting in his

I HAVE READ EACH PAGE OF THIS STATEMENT CONSISTING OF ___ PAGE(S), EACH PAGE OF WHICH BEARS MY SIGNATURE, AND CORRECTIONS, IF ANY, BEAR MY INITIALS AND I CERTIFY THAT THE FACTS CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

WITNESSES: Robert Miller
WITNESSES: A R Bell
SIGNATURE: Sandy Graham

STATEMENT

KSP 000343

NAME: Sandra Graham    ADDRESS: Circle L Ranch, Lot 6, Clarksville

DATE: 12-5-80    PLACE: Jo Annie's Bar, Clarksville    TIME STARTED: 1505

car on the Red Carpet parking lot and went ha[me]. A couple of days later I saw Norman at Jo Annie's Bar. Norman told me about the murder of Kay Williams. Norman told me the police had taken the clothes he was wearing that night, but he was wearing at this time the same shirt he had worn when we were out that night. I did not comment on this fact but do remember the shirt.

On 12-2-80 at 3:50 pm I was shown 2 shirts by Ky State Police detectives. Neither of which were the shirt Norman had on the night of 6-29-80.

I HAVE READ EACH PAGE OF THIS STATEMENT CONSISTING OF ___ PAGE(S), EACH PAGE OF WHICH BEARS MY SIGNATURE, AND CORRECTIONS, IF ANY, BEAR MY INITIALS AND I CERTIFY THAT THE FACTS CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

WITNESSES: Robert Miller
WITNESSES: A R Bell
SIGNATURE: Sandy Graham

End 1534