# AFFIDAVIT
## of
## SANDRA BURNETTE

Comes now the Affiant, Sandra Burnette, and being duly cautioned and sworn, states as follows:

1. My name is Sandra Burnette. My date of birth is ███████ ██, 1934. I currently reside at 203 Kings Deer Drive, Clarksville, TN 37042.

2. I personally know Norman Graham, as he was my ex-husband. I was married and divorced from Norman Graham prior to the death of Janis Kay Williams.

3. On November 20th, 2008, I provided a statement, under oath, to Attorney Fred Greene, concerning my knowledge of the murder of Janis Kay Williams. The statement I provided was true and accurate then and remains true and accurate to this day.

4. Additionally, on July 1st, 1980, I was questioned about the whereabouts of Norman Graham during the night of the murder. I informed the detective that we were together and that we had been at Elaine's Restaurant until about 3:30 AM. I advised the detective to speak with the waitress at the restaurant to verify us being at the restaurant. I do not know if that task was ever conducted which would have easily substantiated the timeframe established by myself and Norman Graham.

5. Furthermore, after leaving Elaine's we returned to the parking of the Red Carpet at around 3:30 AM. I am absolutely certain that Norman Graham's vehicle was the only car sitting in the lot at that time.

6. During the course of the investigation and Norman's judicial proceedings, I was never approached by his lawyer, Carol Johnson, and never questioned concerning my knowledge. I would have provided his attorney the same information and would have advised that I would be willing to testify on behalf of Norman Graham during any proceeding in which I was needed.

And further the Affiant sayeth naught.

8-23-11
Date

*Sandra Burnette*
Signature of Affiant

1

GRAHAM 003534