TODD CIRCUIT COURT

INDICTMENT NO. 84-CR-018
84-CR-019

COMMONWEALTH OF KENTUCKY             PLAINTIFF

VS.          MOTION AND NOTICE

NORMAN LEE GRAHAM            DEFENDANT

    Comes now the Commonwealth and gives notice that it will move the Hon. William G. Fuqua, Judge, Todd Circuit Court, Courthouse, Elkton, Kentucky, at 8:30 A.M., on Monday, November 30, 1981, to dismiss the indictment charging the Defendant with rape, and at said time will try said Defendant on the murder charge alone and further not request the death penalty in the event said Defendant is found guilty.

                                                   Respectfully submitted,

                                                   JESSE L. RILEY, JR.
                                                   COMMONWEALTH ATTORNEY
                                                   KIRKPATRICK BUILDING
                                                   RUSSELLVILLE, KENTUCKY

    I hereby certify that a copy of the foregoing Motion and Notice was this day mailed to Hon. Dale Prince, Elkton, Kentucky, and to Hon. Carol Johnson, P. O. Box 731, Hopkinsville, Kentucky, Attorneys for Defendant.

    This, the 25 day of November, 1981.

JESSE L. RILEY, JR.
ATTORNEY AT LAW
RUSSELLVILLE, KENTUCKY

JESSE L. RILEY, JR.

GRAHAM 003317