CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI __KYKSP0200__  Case No. __2-84-840__

TITLE OF INVESTIGATION __Murder__   Violation Code __09030__

| | |
|---|---|
| SYNOPSIS: | (1355 hrs., 9-27-84) I received a phone call from Todd County EOC and advised that Brenda Church was found dead at her residence. |
| | (1400 hrs., 9-27-84) I arrived at the scene and was advised by George Church, victim's husband, that he came home at about 1:30 p.m. and found his wife. He stated the Todd Co. Sheriff's phones were busy so he called his place of employment. The victim had multiple gunshot wounds to the head and (1) to the right chest. I contacted the KSP lab. at Madisonville and requested a lab. team. |
| MODUS OPERANDI: | Subject or subjects entered the home of victim, removed victim's clothing all but blouse and bra- tied victim's hands behind her back and shot victim (6) times in the head and (1) time in right upper chest with a 22 cal. weapon. Subject or subjects held a pillow to victim's head and shot victim through the pillow. The victim was also possibly raped. |
| DATE AND TIME OF OCCURRENCE: | Thursday, Sept. 27, 1984, between 0700 hrs. and 0820 hrs. |
| ACCUSED: | (1) Dean, Roy Wayne, , Elkton, Ky. W/M, DOB: , 5-11, 154#, Brn. Brn. SS#: |
| | (2) Haley, James Row, , Elkton, Ky. W/M, DOB: , 5-11, 130#, Brn., Brn., SS#:         y. OL#          --7 |
| SUSPECTS: | NA |
| WITNESSES: | See attached list. |
| STOLEN PROPERTY: | None |
| OTHER PROPERTY: | None |
| EVIDENCE & HOW MARKED: | See attached list. |
| EVIDENCE DISPOSITION: | Held with case; KSP Laboratory, Madisonville; KSP Lab., Frankfort |
| INVESTIGATION: | (1355 hrs., 9-27-84) I received a phone call at the Todd County Sheriff's office from the Todd Co. EOC and was advised that Brenda Church had been found dead in her home on Ky. 106 north of Elkton. |
| | (1400 hrs., 9-27-84) Tpr. Dallas Orr, Unit 785; Tpr. O. B. White, Unit 950; Mike Moore, Elkton Police Chief and I arrived at the scene. We were met by members of the Todd Co. Ambulance Service in the house. They advised taht when they arrived and saw what had happened they checked the victim and did not touch anything. |

| Det. R. Miller | 669 | | | 11-8-84 | ≾⅄ |
|---|---|---|---|---|---|
| Officer Making Report | Badge or ID No. | Pages | Time Spent | Date of Report | Reviewed By |

2-84-840-3

GRAHAM 000286

O.R. 2
7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI_____    Case No. 2-84-840

TITLE OF INVESTIGATION  Murder                                  Violation Code  09030

> I was advised that the body was partially covered with a brown plaid blanket. At this time Tpr. Orr and I requested a KSP lab. team from KSP Lab. in Madisonville be sent to the scene. I was advised by Lt. Ed Dougherty, Unit 78, that a team was in route. At this time I took photos of the scene and we left the house and secured it until the lab. team arrived. While photographing the scene I saw several spent 22 cal. casings laying on the floor and several bullet wounds to the victim's head and (1) to her right upper chest.
>
> (1420 hrs., 9-27-84) I contacted George A. Church, the husband of the victim. George stated that he came home at 1330 hrs. and entered the house through the north door (one that leads to the carport.) He told me that the door was not locked when he entered. He said he walked in and saw his wife's clothing laying in the den floor and then saw her partially nude body laying on the couch. He told me he thought something was wrong when he saw her nude body because he said she never went around nude. He stated she had a pillow laying close to her head and when he moved the pillow he saw blood on her face and got blood on his hand. He stated he went and called the Todd Co. Sheriff's Office but the phone was busy and the only number he could think of was Southern States Co-op where he works. He told me he talked to one of the girls and told them and he said he took a brown blanket from the back of the couch and covered his wife. He said he went outside and waited for the ambulance. George told me that he left home at 0640 hrs. on 9-27-84 and went to the South Fork Restaurant on the square in Elkton. (This is his normal routine- I personally saw him at the South Fork when I arrived at about 0700 hrs.) He told me that he had water problems that morning and he left the house by the south door. He stated he never left by that door but he went out it to check the water meter. He stated he walked around to his truck in the carport, and his wife, Brenda, came out the north door and kissed him bye. George said that when he left Brenda was wearing a pink flowered slip on house coat over a pink gown. (both were found later on (1) hanger in the bathroom closet.) George told me that his wife does not have a full time job but helps out at the Holly Home Center, Elkton, on occasions. He said she told him not to come home for lunch because she was going to work that day. George stated that he left in his pickup and her car (a blue Ford) was sitting in the carport. He stated that while he was in the South Fork his stepson, Tony, came in and asked him to take him to the church to pick up the bus to have some work done on it. George stated that he and Tony left the South Fork. (I can verify this because I saw Tony come in and he and George left.) George told me that when he took Tony to get the bus he went to work at Southern States. He stated that he was at work all morning and got off around noon because it was his afternoon off.

| Det. R. Miller | 669 | | | 11-8-84 | X |
|---|---|---|---|---|---|
| Officer Making Report | Badge or ID No. | Pages | Time Spent | Date of Report | Reviewed By |
| | | 2-84-840-4 | | | GRAHAM 000287 |

U.O.R. 2
7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI_____                                  Case No. __2-84-840__

TITLE OF INVESTIGATION _____Murder_____Violation Code_____

INVESTIGATION (cont.):

He stated he stopped at the South Fork and ate lunch and then went home arriving at about 1330 hrs. when he found his wife. George stated that when he got home he noticed a light on leading to the carport. I asked Mr. Church if he owned a gun and he told me the only gun he had was a single barrel shotgun he bought 30 years ago and one of the boys (his sons) had it borrowed. Upon further questioning George, he told me that Brenda had gone to Hopkinsville the other night (date unknown) with Dorothy Young. He stated that while she was gone a man called and wanted to know if Brenda was there. He said the man hung up after telling him no. He went on to say that on one other occasion when he answered the phone someone hung up. I asked George if any strangers or anyone had been to his home anytime recently. He told me the only people that had been there were people who had helped him cut tobacco. He stated he would furnish me with the names of the men he hired.

(1450 hrs., 9-27-84) I was contacted by Brenda Lee Slaughter, ___, Elkton, Phone # _____, at the scene. Brenda told me that she passed the house on her way to her mother's at 0900 hrs., 9-27-84. She stated she looked at the house when she passed and the only thing she saw was Brenda's car in the carport. She told me she went to the house at about 1225 hours to get Brenda to put a zipper in a pair of pants. She said Brenda's car was still in the carport. She told me she walked to the front door, knocked on the storm door and opened the storm door and knocked on the wooden door but got no answer. She said she did not hear the T.V. or radio and thought Brenda was gone. She said she did not see anyone and the dogs (3) didn't even bark when she pulled up.

(1445 hrs., 9-27-84) Tpr. Dallas Orr and Tpr. O.B. White left the scene to make a neighborhood survey.

(1535 hrs., 9-27-84) The lab team arrived at the scene and we re-entered the house. Upon examining the pillow next to the victim's head it appeared that she had had the pillow placed next to her head and had been shot six (6) times through the pillow and one (1) time in the right upper chest. The lab team collected evidence from the scene. The victim was lying on her back nude from the waist down with her blouse open and her bra pulled up over her breast. She had on a necklace and a pair of earrings and had make-up on. Lying in the floor on a rug in front of the couch was her slacks (blue), one (1) pair of white panties, panty-hose, and a pair of brown shoes. In a chair in the den was an all-weather coat (brown) and her purse. Upon moving the body, it was learned

Officer Making Report     Badge or ID No.     Pages     Time Spent     Date of Report     Reviewed By

2-84-840-5

GRAHAM 000288   U.O.R. 2
7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI_____                                          Case No. __2-84-840__

TITLE OF INVESTIGATION __Murder_____ Violation Code_____

INVESTIGATION (cont.): that the victim's hands were tied behind her back with what appeared to be the belt from the coat. She had a watch and her jewelry was in place. Laying next to her hands were two (2) blue pot holders as if she were holding them.

(1605 hrs., 9-27-84) I made a note of the temperature of the house. The thermostat was on the wall next to the victim's head. The temperature in the room was 71°. Glen Baxter from the K.S.P. Crime Lab took the victim's body temperature with a rectal thermometer and the body temperature at 1615 hours on 9-27-84 was approximately 95°. While the lab team gathered the evidence, I lifted several latent prints from the storm door (front, north side) of the house.

(1715 hrs., 9-27-84) Lt. Ed Dougherty advised me that a Betty Hurt had called the residence and told him that her husband Opal Ray Hurt had seen a small grey car with Tenn. tags and something wrong with the driver's window on Ky. 106 close to their house on 9-27-84 at between 7-7:30 a.m.

(1730 hrs., 9-27-84) While searching the area around the house, Lt. Ed Dougherty called me to a plank fence separating the back yard from a fescue field behind the house. Upon examining the fescue field it looked as if a person had walked from the yard to the fence, crossed the fence, walked through the high fescue to another fence. It appeared that the subject had walked down the side of a recently sowed tobacco patch next to a fence line. At several places Lt. Dougherty and I could see a footprint in the grassy area next to the worked section of the field. The footprints and pushed over grasses led to the gravel turn around that leads to the city lake. At the corner of a fescue field next to the road that leads to the lake we found some tall weeds lodged between the strands of barb wire at the corner of the field. Upon walking the gravel road that makes a circle we found a set of tire tracks. These tire tracks appeared to have been made by a small size auto. Photos were made of the trail from the house to the tire tracks at the city lake. There appeared to be only one (1) trail leading from the house to the lake.

(1830 hrs., 9-27-84) After arriving back at the Church residence, I was approached by Chris Coffman, the victim's son-in-law. Coffman told me that his wife had seen a small grey car with something wrong with the driver's window turn and go down the lake road at approximately 7 a.m. on 9-27-84. Coffman told me that he knew a man who owned a car like that because

| Officer Making Report | Badge or ID No. | Pages | Time Spent | Date of Report | Reviewed By |
|---|---|---|---|---|---|
| | 2 | 84-840-6 | | | |

GRAHAM 000289  U.O.R. 2
7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI_____                                    Case No. __2-84-840__

TITLE OF INVESTIGATION __Murder_____ Violation Code_____

INVESTIGATION (con.):

he helped George cut tobacco this year, said the man's name was Roy Dean.

(1940 hrs., 9-27-84) I received a radio message from Post 2. The dispatcher stated that Donald Deason, the victim's ex-husband would be in route to the Church residence.

(2030 hrs., 9-27-84) I met Donald Marrion Deason, _____, Hopkinsville, Phone # at the Church residence. Deason told me that he and the victim were married in February 1960 and divorced July 1965. He stated that they had three (3) children. Deason said he thought George and Brenda were married in 1966. He stated that he and George got along good and never had any problems. He said he helped George set tobacco in 1984 and ate dinner with them. He said that he and Arvil Ray Deason were in Nashville on Thursday, 9-27-84, with some truck parts and left Nashville, Tenn., at 5 p.m. when the business closed. He stated when they got home at 6:30 p.m. family members told him about Brenda. He stated he cleaned up and went to Elkton.

(2200 hrs., 9-27-84) I contacted Opal R. Hurt at his home by phone. Opal Ray told me that on 9-27-84 he left home at about 7:00 a.m. to pick up his farm hand. He stated he traveled south on Ky. 106 and at approximately 7:05 a.m. he saw a small grey car with something white over the driver's window. He stated that the car was parked on the shoulder of Ky. 106 headed north. He stated that he saw no one in the vehicle at that time. He stated he picked up the farm hand and came back at approximately 7:20 a.m. and he saw the vehicle had moved to a gravel road and headed back out toward Ky. 106. He saw the vehicle had Tenn. tag and saw a white male with brown hair and a moustache wearing a white or light colored shirt. Opal Ray told me that he thought something was wrong so he went and turned around and headed back and met the subject coming out. Opal Ray said he could not tell which way the vehicle went when it got on Ky. 106.

(0700 hrs., 9-28-84) I was contacted by George Church at the South Fork Restaurant in Elkton. George told me that he had had sex with Brenda on 9-26-84 at about 10 p.m. George also told me that he had had a vasectomy about 18-20 years ago.

(1455 hrs., 9-28-84) I contacted Addie Oshoney, owner of the Holly Home Center, Elkton. Mrs. Oshoney told me that on

| Officer Making Report | Badge or ID No. | Pages | Time Spent | Date of Report | Reviewed By |
|---|---|---|---|---|---|
| | | 2-84-840-7 | | | |

GRAHAM 000290  U.O.R. 2
7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI_____                                             Case No. 2-84-840

TITLE OF INVESTIGATION __Murder_____ Violation Code_____

INVESTIGATION (cont.):

Thursday, 9-27-84, she called the Church residence but got no answer. She said she let the phone ring a number of times (8 or 9). She said that Brenda Church helped her at the center on occasions and was suppose to help her either either Thursday or Friday which ever was convenient for Brenda. Mrs Oshoney stated that she opened the center at 8:30 a.m. and the days that Brenda helped she would usually get there at about 8:15 a.m. She told me she tried to call at 8:20 a.m. and when she got no answer she thought Brenda was on her way to work. Mrs. Oshoney said that when Brenda didn't show up she didn't worry because she figured Brenda was busy and was going to come in on Friday.

(0830 hrs., 9-28-84) I contacted Todd County Coroner Jimmy Shemwell and asked what time the autopsy would be performed. Shemwell stated it would be at 0900 hrs. on 9-28-84.

(0900 hrs., 9-28-84) I went to Jenny Stuart Memorial Morgue and attended the autopsy. Photos and several items of evidence were obtained. I advised Dr. Flanagin reference the sexual relation the victim had on 9-26-84 and that the victim's husband had had a vasectomy.

(1300 hrs., 9-28-84) Tpr. Dallas Orr and I contacted the Todd County Attorney Ken Dillingham at the Todd County Sheriff's Office and discussed what we had found out to that point. Dillingham advised we had probable cause for a search warrant for the grey Honda and the residence of Roy W. Dean. Dillingham started the paper work while Tpr. Orr and I attempted to contact more people. At 1813 hours the search warrant was signed and we had had the Dean house under surveillance since 1700 hours  We were advised the grey Honda had left a little earlier. We decided to wait until daylight hours until we executed the search warrant. We left two (2) KSP units, Tpr. White and Tpr. Wallace, to watch the house during the night.

(0545 hrs. 9-29-84) I received a phone call from Tpr. Orr. He advised that he had been notified by the units watching the house that the grey car had come home at about 10:30 p.m. on 9-28-84. He stated they had watched the car and house and the vehicle had not moved since it came in at 10:30 p.m.

(0630 hrs., 9-29-84) We executed the search warrant on the house and premises of Roy Dean. We impounded the grey 1977

Officer Making Report     Badge or ID No.     Pages     Time Spent     Date of Report     Reviewed By
                                              2-84-840-8                                   GRAHAM 000291 U.O.R. 2
                                                                                            7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI_____     Case No. 2-84-840

TITLE OF INVESTIGATION __Murder_____ Violation Code_____

INVESTIGATION (cont.):

Honda and secured it at Cumbee's Standard, Elkton. Det. Mike Winn and Tpr. D. Orr headed the search. Ken Dillingham and I took Roy Dean to the Sheriff's Office and interviewed him. After advising Dean of his rights and obtaining a signed waiver a taped statement was taken. Todd County Attorney Ken Dillingham is getting the tape transcribed and the tape and copy of the transcription will be attached  During the statement Dean gave, he stated that Jimmy Haley had killed Brenda Church. It was also learned that Haley had a 22 cal. semi-auto rifle.

(0930 hrs., 9-29-84) Det. Winn and Tpr. Orr brought the items they obtained from Dean's residence to the Sheriff's Office. The officers found one (1) spent CCI 22 cal. shell in the yard and one (1) bullet form the dog house in the back yard. I called Glen Baxter, KSP Lab, Madisonville, and he told me he would make the comparison on the spent shell and bullet found at the scene and those found at the victim's home and the bullets taken from her body during the autopsy. Det. Winn carried the items to the KSP Lab, Madisonville.

(1045 hrs., 9-29-84) I received a call from Det. Winn. He advised that Glen Baxter had made a positive match on the spent shell casing and bullet found at Dean's residence to those found at the victim's home and one taken from the victim's body. While we were waiting for the results, Assistant County Attorney Mac Johns prepared a search warrant for the residence of R.W. Haley, father of Jimmy Haley, where Jimmy Haley lives.

(1130 hrs., 9-29-84) Bo Addison contacted me at the Todd County Sheriff's Office. Bo said that on Tuesday, Wednesday, or Thursday, he thinks on Wednesday, 9-26-84, at about 8:30 a.m. Roy Dean knocked on his door. Bo said he was sick and hadn't been out of the house. He said he was asleep and got up when he heard the knock on the door. He said he got up and went to the door and Roy Dean was standing there with a gun. He stated it was either a 410 shotgun or a 22 cal. rifle. He said it did not have a scope on it. Bo said that Dean told him "if anybody saw me walking around these woods back there I got lost." Bo said he thought that was funny because Dean was about a mile from where he lives. Bo said he shut the door (a solid door) and did not see where Dean went. He said he listened for a vehicle but did not hear one start up or leave.

(1305 hrs., 9-29-84) Mac Johns, Todd County Assistant County Attorney and Mike Moore, Elkton Police Chief, along with



| Officer Making Report | Badge or ID No. | Pages | Time Spent | Date of Report | Reviewed By |
|---|---|---|---|---|---|
|  |  | 2-84-840-9 |  |  | GRAHAM 000292 U.O.R. 2  7-1-79 |

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI _____                           Case No. 2-84-840

TITLE OF INVESTIGATION __Murder_____ Violation Code_____

INVESTIGATION (cont.):    Tpr. D. Orr, U/785, executed the search warrant on _____
                          __, Elkton, Ky.

(1330 hrs., 9-29-84) Tpr. Orr brought a 22 cal. semi-auto rifle to the Sheriff's Office that was found at the Haley residence.

(1430 hrs., 9-29-84) Jimmy Haley was brought to the Todd County Sheriff's Office. After advising Haley of his rights and obtaining a signed waiver of his rights, Haley gave a taped statedment to Ken Dillingham, Todd County Attorney, Tpr. D. Orr and me. Haley stated that on Wednesday afternoon, 9-26-84, he went squirrel hunting behind the Ray Rigsby residence, north of Elkton and killed six (6) squirrels. He told us that he went back to the Rigsby residence at about 6:30 a.m. on 9-27-84 to go squirrel hunting. He said he had a cup of coffee with the Rigsbys and then went hunting with Tracy Rigsby, son of Ray Rigsby. He told us he killed three (3) squirrels and after cleaning the squirrels Ray Rigsby took him home. During the search of Dean's residence a partial box of .22 cal. CCI ammo was found. Asking Haley about the ammo he stated he bought the ammo and left it at Dean's house. He told us that he and Dean had been practicing with their rifles in Dean's back yard. He told us that Dean also had a .22 cal. semi-auto rifle.

(1600 hrs., 9-29-84) Ray Rigsby and Barbara Green came to the Sheriff's Office. Ken Dillingham advised them of their rights and after obtaining signed waivers they gave a taped statement. Dillingham has the tape and is going to get it transcribed and give the tape and transcribed copy to me. Rigsby stated that on Thursday afternoon Haley came to his house and killed six (6) squirrels and came back on Friday morning at about 6:30 a.m. and had coffee and went squirrel hunting with Tracy, his son, and killed three (3) squirrels. Rigsby said that Haley told them about the woman being killed on Friday morning.

Ray Rigsby also told us that on Wednesday afternoon around 1 - 1:30 p.m. Roy Dean, Tina Dean (his daughter) and their son came to his house. He said that Roy left Tina and her son there and Roy said he was going squirrel hunting. However, Roy said he did not see a gun. He said that Roy came back in 45 minutes to an hour and he, Tina, and the boy left. Ray stated that on Friday morning after taking Jimmy Haley home he and Barbara went to Tina's house. He said that a short time later Jimmy Haley came up and gave Tina two (2) squirrels. Ray said they got to talking about the murder and Ray heard Roy say that he had to take

Officer Making Report    Badge or ID No.    Pages    Time Spent    Date of Report    Reviewed By
                                            2-84-840-10                              GRAHAM 000293  U.O.R. 2
                                                                                                    7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI_____                                    Case No. 2-84-840

TITLE OF INVESTIGATION  Murder                        Violation Code_____

INVESTIGATION (cont.):

the gun to his mothers. It was learned that Roy's mother lives in Springfield, Tenn.

(1630 hrs., 9-28-84) Elkton Police Chief Mike Moore advised me of the similarities between this case and one that Montgomery Co. Tenn. were working which occurred on August 9, 1984. Mike contacted Frank Wall, Det. for Montgomery Co. S. O. and advised him of our case.

(1500 hrs., 9-29-84) I was contacted by Frank Wall at the Todd County S. O. and he advised that their victim had been shot six (6) times in the head with a 22 cal. weapon. He advised that she was partially clothed and found in a thicket near some trash dumpsters. A comparison of Roy Wayne Dean at the time of his arrest was very similar to an eye-witness composite of a man that was seen at the dumpster at about the time of their victim's death. On Monday, 10-1-84, Glen Baxter and the Tenn. lab man from Nashville matched the bullets and shell casings from the Tenn. case to the bullet and shell casing found at Dean's residence and the bullet and shell casings found at the Church residence. All shells and bullets were fired from the same gun.

(1830 hrs., 9-29-84) Ken Dillingham and I talked to Tina Rigsby Dean, Roy's wife, at the Sheriff's Office. She stated that on Friday afternoon at approximately 4:30 - 5:00 p.m. they went to Roy's mother's home in Springfield. She told us that when they left Roy had a long gun with them and when they got to Roy's mother he took the gun in. Tina also told us that when the Officers searched the house on 9-29-84 she had a purple coat on and after the police left she looked at the coat and found what appeared to be blood on it. She told Ken Dillingham where the coat was in the house and told us to go get the coat out of the house.

(2000 hrs., 9-29-84) Ken Dillingham and I went to the Dean residence and Dillingham obtained the coat and turned it over to me.

(2030 hrs., 9-29-84) We contacted Larry Green, Det., Robertson County Tenn. reference obtaining a search warrant for the Roy Edward Dean, Roy's father, residence to look for the gun that had been taken there on 9-28-84.

(1030 hrs., 9-29-84) Ken Dillingham and I went to the Robertson County Tenn. Sheriff's Office and met Larry Green,

---

Officer Making Report    Badge or ID No.    Pages    Time Spent    Date of Report    Reviewed By

2-84-840-11

GRAHAM 000294

U.O.R. 2
7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI_____                                        Case No. __2-84-840__

TITLE OF INVESTIGATION ___Murder_____ Violation Code _____

INVESTIGATION (cont.):   Danny Cooksey, Robertson Co. S. O. and Frank Wall, Montgomery Co. S.O.

(0230 hrs., 9-30-84) A search warrant was executed on the Roy E. Dean residence in Springfield, Tenn., but no gun was found. While in Springfield, Danny Cooksey, a Dep. Sheriff, who lives across the street from Roy E. Dean stated that on Friday afternoon, 9-29-84, at around 5 p.m. he saw Roy W. Dean's grey Honda at Roy Edward Dean's residence.

(1245 hrs., 9-30-84) I received a call from Richard Greenfield who lives in the vicinity of the victim. Richard told me that on Wednesday, 9-26-84, he left home for work at 2:30 p.m. He said he passed by Brenda Church's house at about 2:40 p.m. and saw a small grey car parked in front of the Church house. He said the car was parked on the wrong side of the road off on the shoulder. He stated he saw no one in or around the vehicle and it had silver tinted window in the rear window.

(1000 hrs., 10-1-84) Glen Baxter, Tpr. D. Orr, Dep. John Harris, Det. Mike Winn, and I went back to the Roy Dean residence with a metal dector. After obtaining a signed consent to search form from Tina Dean we found eight (8) spent 22 cal. casings and one (1) bullet was taken from the dog house in the back yard. These were taken to the KSP Lab in Madisonville to Glen Baxter who called me at 1630 hrs. on 10-1-84 and told me that six (6) spent casings found matched the ones at the victim's home. He also told me that two (2) spent casings found were fired from the 22 cal. Remington semi-auto rifle found at Haley's house but the Haley rifle was not the murder weapon. He also advised that the bullet found in the dog house was of no value due to the condition of it.

(1105 hrs., 10-1-84) While at the Dean residence, I contacted Tracy Lynn Rigsby, DOB: _____, _, _____on, who lives with his father Ray Rigsby. Tracy said that on Wednesday, 9-26 84, he was at his father's house at about 1 p.m. - 1:30 p.m. and Roy Dean, Tina, Roy's wife, and their son came up. He said Roy left Tina and the boy there and said he was going hunting. Tracy told me that Roy came back in about 45 minutes and they left. Tracy stated no one else came to see them on Wednesday. He said on Thursday, 9-27-84, Jimmy Haley came to their house in the afternoon and went hunting behind their house. He said that Haley killed six (6) squirrels with a shotgun. He told me that

Officer Making Report    Badge or ID No.    Pages    Time Spent    Date of Report    Reviewed By
                                            2-84-840-12                                GRAHAM 000295 U.O.R. 2
                                                                                       7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI_____                                                          Case No. 2-84-840

TITLE OF INVESTIGATION  Murder                                              Violation Code_____

INVESTIGATION (cont.):  Jimmy gave his dad three (3) and Jimmy kept three (3). He advised that on Friday morning Tony Haley and Timmy Willis brought Jimmy to their house at about 6:30 a.m. He said they were in a Monte Carlo and they dropped Jimmy off and left. He told me that Jimmy came in and sat down at the breakfast table and while drinking coffee told us Brenda Straight, (then he said George), he said she had been cut, raped, and had been found in the yard nude. Tracy said that about 7-7:30 a.m. he and Jimmy went squirrel hunting behind his house. He said Jimmy had a shotgun and killed three (3) squirrels. He stated that they went back to the house, cleaned the squirrels and Jimmy gave us one. He stated that after they took Jimmy home they went to Tinas. He said Roy was there and they got there at around 10-11 a.m. He stated that while they were there Jimmy came up on a red Yamaha 100 and gave Tina two (2) squirrels. He stated that while they were there (Dad, Aunt, and I) told Roy and Tina about what we had heard about the murder. Tracy stated that Roy looked afraid, worried, and Tracy stated he heard Roy say "I had better take my gun down to Mama's because they are going to try to pin this on me." Tracy said that Roy immediately got up looked at the clock and got two (2) screwdrivers, one (1) straight and one (1) phillips and went outside to his car. Tracy stated he got up and went outside and helped Roy fix the driver's window on his grey Honda. He said they put a window glass in the driver's door. Tracy said when they got finished he, his father and aunt went home arriving at about 12 - 1:00 pm.

(1200 hrs., 10-1-84) Glen Baxter and I searched the 1977 Honda stored at Cumbee's Standard. No evidence was obtained from the vehicle and it was released to Tina Dean on 10-1-84. (See KSP 41)

(1330 hrs., 10-1-84) I was advised by Jimmy Shemwell, Todd County Coroner that he had been advised by Jenny Stuart Mem. Hospital that sperm had been found in the victim. I called Dr. Flanagin and was advised that to be 100% sure the victim was raped the victim's husband should be checked to make sure he was sterile.

(1500 hrs., 10-1-84) I received information from Larry Green, Robertson Co. S. O. that he had received info that the rifle we were looking for was a Stevens Mod. 87A 22 cal. semi-auto rifle. He stated the info received was that the rifle was stolen in a burglary at the Ronnie Dean residence, Robertson Co. Tenn. on 8-6-84. Green stated they had an open case on the burglary. He also advised that he had received

| Officer Making Report | Badge or ID No. | Pages 2-84-840-13 | Time Spent | Date of Report | Reviewed By |

GRAHAM 000296  U.O.R. 2
7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI_____                                    Case No. 2-84-840

TITLE OF INVESTIGATION __Murder__                           Code_____

INVESTIGATION (cont.):

information                                   Springfield
Lake. A s(                                    

(1430 hrs.,                                   at
Southern St                                   sample
for analysi                                   
hrs., I too                                   Hospital
and met Dr.                                   d
turned over                                   

(1300 hrs.,                                   nd was told
the George                                    

(1405 hrs.,                                   il and
obtained po.                                  the Montgomery
Co. S.O.                                      l shaved his
beard. I contacted Haley reference a polygraph and he
agreed.

(1600 hrs., 10-2-84) I contacted polygraph section KSP Lab,
Madisonville and set the examination up for 10 3-84 at
0830 hrs.

(0715 hrs., 10-3-84) Tpr. O.B. White, U-950, and I picked
up Haley at the Logan Co. Jail and transported him to the
KSP Lab. Haley refused to take the polygraph and requested
he talk to a lawyer before taking the test. Haley was
returned to the Logan Co. Jail.

(1430 hrs., 10-3-84) Haley and Dean were arraigned in
Logan County District Court.

(1500 hrs., 10-3-84) I was contacted by Sue Bumey, Springfield,
Tenn., at the Todd Co. S.O. She told me that a Troy Dean,
a relative, to Roy Dean might have information reference the
case.

(1600 hrs., 10-3-84) I contacted Robertson Co. Tenn. S.O.
to verify that the search of the lake was still scheduled.

(0900 hrs., 10-4-84) I went to the Robertson Co. S.O. and
met Larry Green and Montgomery Co. Det. Frank Wall reference
searching the Springfield Lake.

(1030 hrs., 10-4-84) The Mongtomery Rescue Squad, three (3)
divers Robertson Co. Tenn. Officers, Frank Wall and I
went to the Wartrace Lake and subdivision and made a search
for the weapon. After searching the lake no weapon was
found.

| Officer Making Report | Badge or ID No. | Pages | Time Spent | Date of Report | Reviewed By |
|---|---|---|---|---|---|
| | | 2-84-840-14 | | | |

GRAHAM 000297  U.O.R. 2
7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI_____                                  Case No. 2-84-840

TITLE OF INVESTIGATION  Murder                    Violation Code_____

INVESTIGATION (cont.):

(1525 hrs., 10-4-84) I contacted Jesse Brooks, _____, Elkton. Jesse stated that he could not remember if he saw Haley on 9-27-84. He stated he wouldn't say one way or the other.

(1600 hrs., 10-4-84) I contacted Sue Burney, Springfield, Tenn. She stated that she would have Troy Rigsby at the Todd Co. S. O. on 10-5-84, at 0900 hrs.

(1050 hrs., 10-5-84) I contacted Troy Rigsby, Tina Dean's brother, at the Todd Co. S. O. Troy had no information reference the death of Brenda Church.

(1235 hrs., 10-5-84) Tpr. Orr and I contacted Alice Ann Wells, _____, Elkton, Ky., phone _____ at her home. She told us that on Thursday morning 9-27-84 she picked up Faye Waldrop at her home in Claymour and started to work. She said she picked up Faye up at about 7:05 a.m. She told us that they worked at Elkton Elementary School and travel Ky. 106 to Elkton. She said that at about 7:10 a.m. they saw a small grey car sitting on the shoulder of Ky. 106 close to Danny Hurt's driveway. She said the car was sitting on the shoulder headed north and there was something white on the driver's window. She said there was one (1) person sitting in the passenger's seat (front) nodding his head as if talking to someone. She described the subject as a white male with medium length hair.

(1315 hrs., 10-5-84) Tpr. Orr and I contacted Donna Deason Coffman, daughter of the victim, at her home at _____, Elkton, phone _____. She stated that on Wednesday afternoon (time unk.) she was standing at the kitchen window and saw a small grey Honda car, two door, traveling north on Ky. 106 turn in the City Lake Road. She said a short time later she saw the car come out of the lake road and go north on Ky. 106. She said it had something white on the driver's side glass. She went on to say that on Thursday, 9-27-84, at 7:25 to 7:30 a.m. she was standing at the kitchen window and saw the same small grey Honda with something white in the driver's window turn in the city lake road. She said the car traveled south on Ky. 106 before turning in the lake road. She told me she left work at 7:35 a.m. and did not see the car some out of the road. She also told me that she talked to her mother, the victim, at about 10 till 7 on 9-27-84. She said her mother called her.

(0920 hrs., 10-6-84) I contacted Faye Waldrop at her home by phone. Faye works at the Elkton Elementary School in Elkton.

| Officer Making Report | Badge or ID No. | Pages | Time Spent | Date of Report | Reviewed By |
|---|---|---|---|---|---|
| | | 2-84-840-15 | | | |

GRAHAM 000298   U.O.R. 2
7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI _____   Case No. 2-84-840

TITLE OF INVESTIGATION _____ Murder _____ Violation Code _____

INVESTIGATION (cont.):

She told me that on Thursday morning 9-27-84, Alice Wells picked her up at her home in Claymour at 7:05 a.m. She stated that they drove down Ky. 106 and she saw a small grey square type car sitting in the grass shoulder close to Danny Hurt's driveway. She said the car was headed toward Claymour and that the driver's door window had something white in it. She stated that there was one person sitting in the passenger's seat. The only description she gave was a white male. She told me the time was 7:10 a.m. when she saw the car.

(1150 hrs., 10-23-84) I contacted the Todd County Coroner, Jimmy Shemwell and obtained a copy of the autopsy on Brenda Church. I made a copy and took it to Jesse L. Riley.

(1345 hrs., 10-23-84) I contacted Lynn Burchett, DOB: ____, a cell mate with Roy Wayne Dean. Burchett stated Sunday, 10-21-84, he overheard Dean talking to his sister about a stolen or borrowed gun from his uncle, Ronnie Dean. Burchett also stated that last week (15-84) he overheard Dean tell his dad over the phone that "they won't never find the gun."

(1050 hrs., 10-24-84) I talked to Tina Dean at her residence, Det. Jim Taylor, TBI, was present. I asked Tina about her and Roy's sex life. Tina advised that she was taking birth control pills and that Roy had never had any problem being sexually active. She stated that Roy had no problem with erection or ejaculating. She also said that she first moved in with her Aunt Rosie Tabb in September 1982. She advised she moved to the Tiny Town Trlr. Pk. and then in a house in Guthrie. She told me they then moved to Springfield, Tenn., and she and Roy moved to the Royal Arms Apartments in July 1983. She stated they moved to a trailer at the city park in May of 1984 and then to the current address in the last of June 1984.

(10-17-84) Todd County Circuit Judge William G. Fuqua signed an order to obtain body hair, pubic hair, semen, blood and saliva from Roy Wayne Dean and James Row Haley.

(1100 hrs., 10-22-84) Roy Wayne Dean and James Row Haley were taken to Dr. Henry Bell's Office in Elkton to obtain the samples listed in the court order. All samples were obtained from Haley and witnessed by Dr. Bell and me. All samples except semen were obtained from Dean and witnessed by Dr. Bell and me.

(1400 hrs., 10-22-84) I contacted George A. Church

| Officer Making Report | Badge or ID No. | Pages | Time Spent | Date of Report | Reviewed By |
|---|---|---|---|---|---|
| | | 2-84-840-16 | | | |

GRAHAM 000299  U.O.R. 2
7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI_____    Case No. 2-84-840

TITLE OF INVESTIGATION __Murder_____ Violation Code_____

INVESTIGATION (cont.): (victim's husband) and took him to Dr. Bell's Office where blood, saliva, head hair, and pubic hair samples were obtained.

(1500 hrs., 10-22-84) All three (3) perk kits were delivered to Glenn Baxter, K.S.P. Lab, Madisonville, by me.

(0800 hrs., 10-23-84) I contacted Commonwealth Attorney Jesse Riley by phone and advised him that a semen sample was not obtained from Dean. I also advised that Dr. Bell suggested that Dean be seen by an Urologist for examination. Mr. Riley stated that when an Urologist was located an and appointment was set he would obtain a court order for the examination.

(0830 hrs., 10-23-84) I contacted the office of Dr. Goode and Dr. Dougherty, Urologist,            , in Hopkinsville, Ky. A tentative appointment is set for Roy Wayne Dean on 11-12-84 at 10:30 a.m. for an examination.

(0845 hrs., 10-23-84) I contacted Jesse Riley by phone and advised him of the appointment.

STATUS OF CASE: OPEN

ATTACHMENTS: See attached list

| Officer Making Report | Badge or ID No. | Pages | Time Spent | Date of Report | Reviewed By |
|---|---|---|---|---|---|
| Det. R. Miller | 669 | 2-84-840-17 | | 11-12-84 | ✓ |

GRAHAM 000300  U.O.R. 2
7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI_____                                    Case No. 2-84-840

TITLE OF INVESTIGATION __MURDER_____Violation Code_____

WITNESSES:
1) Church, George A.,         Elkton, Ky.
2) Slaughter, Brenda L.,      Elkton, Ky.
3) Dougherty, Lt. Ed., KSP U/78, Post 2, Madisonville
4) Orr, Dallas, Tpr., KSP U/785, Post 2, Madisonville
5) White, O. B., Tpr., KSP U/950, Post 2, Madisonville
6) Baxter, Glen, KSP Lab, Post 2, Madisonville
7) Buchanon, Cindy, KSP Lab, Post 2, Madisonville
8) Coffman, Chris, KSP Lab. Post 2, Madisonville
9) Deason, Donald M.,         ____ ...., Hopkinsville, Ky
10) Flanagan, Dr., JSMH
11) Wallace, Phillip, Tpr., KSP U/728, Post 2, Madisonville
12) Winn, Mike, Det. KSP U/680, KSP Post 2, Madisonville
13) Addison, Bo, Elkton, Ky.
14) Rigsby, Ray,       Elkton, Ky.                    n/a (taped)
15) Green, Barbara,    Elkton, Ky.                    n/a (taped)
16) Rigsby, Tracy,     Elkton, Ky.                    n/a (taped)
17) Moore, Mike, Chief Elkton PD, Elkton, Ky.
18) Harris, John, Dep. Todd Co. S.O., Elkton, Ky.
19) Wells, Alice Ann,  Elkton, Ky.
20) Coffman, Donna Deason, Rt 3, Elkton, Ky.
21) Dorris, Verlene, Sharon Grove, Ky.                unk
22) Barlett, Norman,  Elkton, Ky.                     unk
23) Templeman, Vivian, Elkton, Ky.
24) Powell, Cherry, Trenton, Ky.
25) Hurt, Opal R., Elkton, Ky.
26) O'Shoney, Addie, Elkton, Ky.
27) Waldrop, Faye, Elkton, Ky.

bs

---

Officer Making Report | Badge or ID No. | Pages  Time Spent | Date of Report | Reviewed By
                     |                 | 2-84-840-17a      | GRAHAM 000301  | U.O.R. 2
                     |                 |                   |                | 7-1-79

CONTINUATION PAGE/SUPPLEMENTARY REPORT
UNIFORM OFFENSE REPORT

ORI _____                              Case No. 2-84-840

TITLE OF INVESTIGATION  MURDER                            Violation Code _____

ATTACHMENTS:
    (2) UOR-3's
    Photo Cards
    Fingerprint Cards - Haley, James Row
    Fingerprint Cards - Dean, Roy Wayne
    Arrest Card (KSP7)- Dean, Roy Wayne
    Arrest Card (KSP7)- Haley, James Row
    KSP 98           - Haley, James Row
    KSP 98           - Dean, Roy Wayne
    Signed Statement of Rights - Dean, Roy Wayne
    Signed Statement of Rights - Haley, Roy Wayne
    Copy of Search Warrant - Residence of Dean, Roy Wayne
    Copy of Search Warrant - Residence of Haley, James Row
    Copy of Autopsy - Church, Brenda S.
    Copy of Witness Statement - Church, George A.
    Copy of Witness Statement - Slaughter, Brenda L.
    Copy of Witness Statement - Slaughter, Donna D.
    Copy of Witness Statement - Deason, Donald
    Copy of Witness Statement - Addison, Bo
    Copy of Witness Statement - Rigsby, Tracy
    Copy of Witness Statement - Moore, Mike
    Copy of Witness Statement - Harris, John
    Copy of Witness Statement - Wells, Alice A.
    Copy of Witness Statement - Hurt, Opal R.
    Copy of Witness Statement - O'Shoney, Addie
    Copy of Witness Statement - Waldrop, Faye
    Signed Waiver of Rights  - Rigsby, Ray
    Signed Waiver of Rights  - Green, Barbara
    Fingerprint Card - Church, Brenda S.
    Provisional Pathological Diagnosis
    Consent to Search - Dean, Tina R.
    4 - KSP 41's
    5 - KSP 26's
    Copy of Court Order signed by Judge W. Fuqua - vs.
    Roy Wayne Dean & Jimmy Haley.
    10 - KSP 35's

    bs

Officer Making Report   Badge or ID No.   Pages   Time Spent   Date of Report   Reviewed By

2-84-840-17b

GRAHAM 000302  U.O.R. 2
7-1-79

K. S. P. 98

## ARREST DATA SHEET

**SUBJECT INFORMATION**

NAME Haley, James Row        ALIAS _____

ADDRESS _____ CITY Elkton    STATE Ky    ZIP ____

D.O.B. _-_-__    SEX M    RACE W    HT 5-11    WT 130    EYES Brn

HAIR Brn    COMP. Med    BUILD Slender    MARITAL STATUS N.A.

S.S.# ___-__-____    O.L. # H'_____    STATE Ky

SCARS, MARKS, TATTOOS, AMPUTATIONS None noted

WHERE BORN Logan Co. Ky        NATIONALITY N.A. American

OCCUPATION N.A.        EMPLOYER N.A.

NEXT OF KIN Haley, R. W.    ADDRESS Same

---

**ARREST INFORMATION**

CASE 2-84-840

DATE 9-29-84    TIME 1700 / 5pm    LOCATION ~~Elkton~~ Elkton

VIOLATION Murder

STATUTE 507.020

ARRESTED BY R Miller

FINGERPRINTED BY R Miller

BE SURE TO SIGN FINGERPRINT CARDS AND HAVE SUBJECT SIGN

GRAHAM 000303

K.S.P. 98

# ARREST DATA SHEET

SUBJECT INFORMATION

NAME Dean, Roy Wayne          ALIAS _____

ADDRESS Box 1      CITY Elkton     STATE Ky     ZIP 42220

D.O.B. _____ SEX M  RACE W  HT 5-11  WT 154  EYES Brn

HAIR Brn   COMP. Med.   BUILD Slim   MARITAL STATUS Yes

S.S.# _____   O.L.# NA   STATE _____

SCARS, MARKS, TATTOOS, AMPUTATIONS Rt Forearm - Skull - Wings. Rt. Upper Mosquito
Rt Forearm Cactus - Rt Upper S.M. Surgical Scar. Rt Knee Downward

WHERE BORN Robertson, TN       NATIONALITY Am

OCCUPATION Painter      EMPLOYER NA.

NEXT OF KIN Tina Renee Dean      ADDRESS Same

---

ARREST INFORMATION

CASE 2-84-840

DATE 9-29-84    TIME 12 Noon    LOCATION Todd Co

VIOLATION Murder

STATUTE KRS 507.020

ARRESTED BY F. Mueller

FINGERPRINTED BY F. Mueller

BE SURE TO SIGN FINGERPRINT CARDS AND HAVE SUBJECT SIGN

GRAHAM 000304