COMMONWEALTH OF KENTUCKY
CASE NUMBER _____
TODD COUNTY
DISTRICT COURT

AFFIDAVIT FOR SEARCH WARRANT

The affiant, Kenneth E. Dillingham, Todd County Attorney, Elkton, Todd County, Kentucky, being duly sworn, states that he has and there is reasonable and probable grounds to believe and affiant does believe that there is now on the premises known and numbered as:

> Roy Wayne Dean, Residence
> Route 1
> Trenton, Kentucky

and more particularly described as follows:

> A white frame house and appurtenances located on Davis Mill Road approximately 3.2 miles south of the US 68-80 intersection with Davis Mill Road. Travel South on Davis Mill Road approximately 3.2 miles and it is the second white frame house near the road on the right hand side after the intersection of the Jim Green Road and the Davis Mill Road, in Todd County, Kentucky.

and/or in a vehicle or vehicles described as:

> A small gray Honda automobile with a defective driver's side window with Tennessee plates said car to be impounded or other automobiles at the above premises.

and/or the person or persons of:

> Roy Wayne Dean or other male occupant of house

the following described personal property, to wit:

> including but not limited to any/all shoes or boots with mud on them, any dirty male clothing especially with semen, mud, tears, or vegetation on them, any and all firearms, other contraband, illegal drugs, or any other evidence related to the murder of Brenda Church or other crimes.

Affiant states that there is probable and reasonable cause to believe that and affiant does believe that said property constitutes::

> property or things used as the means of commiting a crime;
>
> property or things in the possession of a person who intends to use it as a means of committing a crime;

KENNETH E. DILLINGHAM
ATTORNEY-AT-LAW
POST OFFICE BOX 816
ELKTON, KENTUCKY

GRAHAM 004322

property or things in the possession of a person to whom it was delivered for the purpose of concealing it or preventing its discovery and which is intended to be used as a means of committing a crime;

property or things consisting of evidence which tends to show that a crime has been committed or that a particular person has committed a crime.

Affiant has been involved in the Criminal Justice System for more than 11 years and the information and observations continued herein were received and made in his capacity as Todd County Attorney.

On the 28th day of September, 1984,

> The affiant states that Robert C. Miller, Kentucky State Police informed affiant that a murder had been committed in Todd County, Kentucky on September 27, 1984 between teh hours of 7 a.m. and 8:20 a.m. The victim was Brenda Church, a resident of Todd County, whose home was located approximately 1.5 northeast of Elkton, Todd County, Kentucky on the west side of Highway 106.
>
> The City Lake Road is a dead end gravel road which leads to the Elkton City Lake and said road runs within three to four hundred yards of the murder victim's residence and intersects with Highway 106. Affiant was informed by Robert C. Miller, Kentucky State Police Detective, that a small gray Honda automobile was observed entering the City Lake Road around 7:00 a.m. and an independent Kentucky State Police Investigation confirmed that fresh, small car tire tracks were found at the end of the City Lake Road where an automobile had apparently turned around. Fresh footprints were found leading from the victim's house where she was murdered and traveling in a direction of the City Lake Road to approximately the same place where the small car tire tracks were found.
>
> A small gray automobile with a defective window on the driver's side was seen in the same approximate time period traveling east on Highway 106 and running a stop sign at the junction of 171 and 106. The driver of the vehicle had brown hair and was a young adult male Caucasian. The car answering the same description was observed thereafter parked off 106 heading in an eastly direction with the driver bent over the seat. Shortly thereafter the vehicle answering the same description was seen traveling west on Highway 106 in an effort to get away from an individual coming to check on a parked vehicle.
>
> The registration was checked by the Kentucky STate Police and was found to belong to Tina Dean. Roy Wayne Dean (Tina Dean's husband), had worked as an occasional farm

KENNETH E. DILLINGHAM
ATTORNEY-AT-LAW
POST OFFICE BOX 816
ELKTON, KENTUCKY

GRAHAM 004323

laborer for the husband of the deceased and was familiar with the area. Affiant personally observed a small, gray Honda automobile bearing Tennessee plates that had a defective driver's side window at the residence heretofore described and known locally as the Roy Wayne Dean residence. Said automobile was parked within 25 feet of the aforedescribed premises on September 28, 1984 at the hour of 10:00 a.m.

Affiant has reasonable and probable cause to believe that grounds exist for the issuance of a Search Warrant, based on the aforementioned facts, information and circumstances and prays that a Search Warrant be issued, that the property be seized, or any part thereof, and brought before any court and/or retained subject to order of said court.

_____
KENNETH E. DILLINGHAM
TODD COUNTY ATTORNEY

Subscribed and sworn to before me on this the 28 day of Sept, 1984. 6:13 a.m./p.m.

_____

_____
TITLE

This WARRANt Executed by SEAching The within Stated Property + Seizing the Attached items

This The 29 Day of September 1984 At 0630 HRS

Det M K Winn
KSP

Det. M.K. WINN         TPR O.B. WHite
Det. R. Miller         Dep John Harris
TPR. D. Ore            Ken Dillingham
TPR P. Wallace
TPR H. Batts

KENNETH E. DILLINGHAM
ATTORNEY-AT-LAW
POST OFFICE BOX 816
ELKTON, KENTUCKY

GRAHAM 004324

Seized 9-29-84 — Roy Wayne Dean

#1 Box containing 17 Rounds of 22 Long HP
Found Bedroom Mantle            U/680

#2 Marijuana Pipe
Found on Dresser Bedroom        U/950

#3 Marijuana Pipe
Found on Chest of Drawers       U/680

#4 Three 22 Long Rifle HP Rounds
Found on Chest of Drawers       U/680

#5 One 22 Mag Round
Found on Bedroom Mantle         U/728

#6 Jeans, Coveralls, Shirt, + Underwear
Utility Room Dirty Clothes      U/21

#7 Jeans
Bedroom Closet                  U/728

#8 2 bags of Marijuana
Kids Bedroom, By Bed —          U/728

#9 22 bullet Case
Found in Back Yard by Well House   U/728

GRAHAM 004325

-27-

#10  22 LEAD Bullet
     Dug out of Dog House in Back Yard         11/21


All Evidence Turned over to Det. M. Winn 11/680
as it was Found.

GRAHAM 004326

-78-