**kes AP's Top 20—2B**

# CHRONICLE



*lest Newspaper — Established in 1808*

Tennessee, Tuesday, October 2, 1984

2 News Sections—25 cents
A Multimedia Inc. Newspaper

## Dumpster Shooting, Todd Death Linked?

**By SUSAN G. RUMBLEY**
Of The Leaf-Chronicle Staff

A possible link between the murders of a Todd County, Ky. woman Thursday and a woman found near a north Clarksville dumpster Aug. 9 is being investigated by the Montgomery County Sheriff's Department.

Lt. Tom Kujawa, chief investigator, confirmed Monday night that Frank Wall and other county investigators are working with Kentucky State Police Detective Bob Miller to determine if there is a connection between the shooting deaths of Brenda Church, 42, Todd County, and Dee Ann Rapp, 36, Clarksville.

Key similarities triggering the joint investigation are that both women were shot several times with a rifle, including wounds to their heads, Kujawa said. Also, clothing had been removed from both women.

Kujawa would not say if Mrs. Church was shot with a .22-caliber rifle. Mrs. Church was.

Laboratory tests would help determine if the two cases are related, he said.

Two arrests have been made in connection with the murder of Mrs. Church, who was buried Sunday, but none have been made so far in connection with the murder of Mrs. Rapp.

Mrs. Rapp's body was found near a dumpster at Tiny Town and Peachers Mill roads. Mrs. Church was killed in her home. Both women were killed on a Thursday.

Wall said he expects to have more information to release on the case in a day or so. The joint investigation began Saturday, he said.

Kentucky State Trooper Miller arrested James Haley, 27, Elkton, Ky. at 5 p.m. Saturday and charged him with murder. At noon the same day, Miller had arrested Roy Wayne Dean, 24, of Elkton, on the same charge, according to Kentucky State Trooper Stan Jones, public affairs officer.

The two remain without bond in the Logan County Regional Jail in Russellville, Ky. They face arraignment at 9 a.m. Thursday in Todd County District Court in Elkton. Their cases probably will be heard before the Grand Jury next week. The Grand Jury begins Monday.

## Labor Secretary Indicted

**By MERRILL HARTSON**
AP Labor Writer



o by Robert Smith.

Communication
st the 3,000-watt
t-operated radio
on which began

WASHINGTON — Labor Secretary Raymond J. Donovan was indicted Monday by a county grand jury in the Bronx, N.Y., in connection with his past business dealings as a construction executive. Donovan charged that the indictment was "not worth the paper it is written on" but said he was granted a leave of absence by President Reagan pending the outcome of the case.

"I am outraged and disgusted by the actions and the obviously partisan timing of the Bronx district attorney," Donovan, who apparently is be identified, said the indictment concerned a subway project by Schiavone Construction Co., the firm Donovan formerly served as executive vice president.

Seven officials of the firm, which is located in Secaucus, N.J., were also named in the 137-count indictment, the company's lawyer said. He termed the allegations "nonsense."

Grand jury indictments are secret and it could not be learned immediately what charge was being leveled against Donovan. Bronx District Attorney Mario Merola, a Democrat, could not be reached for comment.

A federal special investigator in 1982 concluded in two separate reports Dean Burch, for more than two hours before issuing his statement to reporters at his lawyer's offices.

Theodore Geiser, a Newark, N.J., attorney who has been representing the Schiavone Co., told The Associated Press that the indictment named company president Ronald Schiavone and a half-dozen other company officials.

"I can confirm to you that the company (president) and six of its officers were indicted," Geiser said in a telephone interview. He said the indictment involved "alleged false pieces of information" in 136 counts and one count of grand larceny.

One key Republican senator



GRAHAM 000714