# COMPREHENSIVE CARE CENTER

NUMBER 42 COUNTY

NAME Dean, Roy

REGION LOCATION , KENTUCKY

CONTRACT NAME CONTRACT NO.

**HISTORY** (Medical and Psychiatric Evaluation)

(1) INFORMANT (2) CHIEF COMPLAINT (3) HISTORY OF PRESENT ILLNESS (4) PAST HISTORY (Illnesses, habits, etc.) (5) FAMILY HISTORY (6) REVIEW OF SYSTEMS (subjective symptoms) (7) MENTAL STATUS (general appearance and behavior, interpersonal attitudes, speech and communication, affect, ideation, perception, orientation and memory, intellectual function, judgment and insight) (8) DIAGNOSIS (9) TREATMENT PLAN (10) SIGNATURE.

DATE: 8/26/80 CODE

This is an 18 year old, white male, single, who was referred by Jennie Stuart Hospital A.. emergency room for psychiatric evaluation.

CHIEF COMPLAINT:

HISTORY OF PRESENT ILLNESS: This patient was seen in this facility in 1979 and was diagnosed as a case of adjustment reaction of adult life and passive aggressive personality with inadequate features. During that time, an IQ examination was done which showed a verbal IQ score of 54 and a performance IQ score of 51 and a full scale IQ score of 48, which falls under the moderate mental retardation category. The record, likewise, shows that patient failed in both the 4th and 5th grades. When patient was 10 years old, he was accidentally hit on the head with an ax. It was a severe cut but it did not require hospitalization. Prior to his accident, patient showed evidence of temper tantrums and at times he is a behavior and discipline problem and does not get along with his peers and sister. The record likewise shows that after his accident, patient was described as having been a "slow learner." He cannot read and write his name and generally has made C's and D's and unsatisfactory grades. The school, therefore, expressed some concern with the mother about his showing.

The mother related in the previous history that there were no problems regarding her pregnancy and birth with this patient. It was felt that patient has been in good physical health until after the head injury. She, however, related that some time in 1975, patient did pass out, seemingly having been overexcited by getting a new motor bike. The Deans have two other children, one is in special education class and she is doing fine. The other son has cystic fibrosis.

Some time in 8/18/80, this facility was contacted by the emergency room of Jennie Stuart Hospital, referring this case because of patient's episode of choking his mother and hearing voices which disturbs him. Due to the above symptomatology, patient was referred for psychiatric evaluation.

On interview, patient came in willingly. Eye contact is limited. He is careless in person. He is not very cooperative in the interview session and most of his responses were "I don't know." He, however, admits to hearing voices telling him to do things like playing with a trap, building houses, and different things like hitting people and choking his mother. He, likewise, admits to visual hallucinations, seeing monsters, pigs, alligators, etc. He feels that someone is controlling him. He has thoughts of other people's thinking getting into his mind, but he denied his thoughts being withdrawn or his mind being "broadened in the open air." He was oriented to place but not to time. He related he doesn't know his age and his birthdate. His judgment appears to be poor.

Continued on reverse side

KY-CCC-2-7(3-68)

.inued

CODE

Based on the history, interview and psychological testing, patient will carry a diagnosis based on DSM-3 classification as axis I schizophrenia-form disorder and moderate mental retardation, with other behavioral symptoms. He will be medicated with Serentil, 50 mgs. in the morning, noon and 100 mgs. in the evening and this will be adjusted to a therapeutic dose, hence, his being followed two weeks from now. Individual psychotherapy is recommended to be undertaken by his primary therapist.

E. Manongdo M.D.
ERNESTO MANONGDO, M.D.

d:& t: 8/26/80
/mt