LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA



# KENTUCKIANA
## — COURT REPORTERS —

## CASE NO. 1:20-CV-000210-GNS

## BRENDA GRAHAM, AS THE ADMINISTRATOR OF THE ESTATE OF NORMAN GRAHAM

## V.

## TODD COUNTY, ET AL.

## DEPONENT:

## BRENDA GRAHAM

## DATE:

## SEAN FRANKS



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1            IN THE UNITED STATES DISTRICT COURT

2              WESTERN DISTRICT OF KENTUCKY

3                   AT BOWLING GREEN

4             CASE NO. 1:20-CV-000210-GNS

5

6    BRENDA GRAHAM, AS THE ADMINISTRATOR OF THE ESTATE OF

7                   NORMAN GRAHAM,

8                    Plaintiff

9

10                      V.

11

12             TODD COUNTY, ET AL.,

13                   Defendants

14

15

16

17

18

19

20

21

22

23   DEPONENT: BRENDA GRAHAM

24   DATE:      MARCH 15, 2024

25   REPORTER: SEAN FRANKS



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 2

```
 1                  APPEARANCES

 2

 3  ON BEHALF OF THE PLAINTIFF, BRENDA GRAHAM, AS THE

 4  ADMINISTRATOR OF THE ESTATE OF NORMAN GRAHAM:

 5  Amy Robinson Staples, Esquire

 6  Loevy & Loevy

 7  311 North Aberdeen Street

 8  Third Floor

 9  Chicago, Illinois 60607

10  Telephone No.: (312) 243-5900

11  E-mail: amy@loevy.com

12

13  ON BEHALF OF THE DEFENDANT, TODD COUNTY, ET AL.:

14  Jessica Shoulders, Esquire

15  English, Lucas, Priest & Owsley, LLP

16  1101 College Street

17  Bowling Green, Kentucky 42101

18  Telephone No.: (270) 781-6500

19  E-mail: jshoulders@elpolaw.com

20

21

22

23

24

25
```

Page 4

```
 1                    INDEX

 2                                          Page

 3  PROCEEDINGS                               6

 4  DIRECT EXAMINATION BY MS. ROBINSON STAPLES  7

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1             APPEARANCES (CONTINUED)

 2

 3  ON BEHALF OF THE DEFENDANT, VERNON ALBROW:

 4  Alex Wilcox, Esquire

 5  Ward, Hocker, & Thornton, PLLC

 6  333 West Vine Street

 7  Suite 1100

 8  Lexington, Kentucky 40507

 9  Telephone No.: (859) 422-6000

10  E-mail: alex.wilcox@whtlaw.com

11

12  ON BEHALF OF THE DEFENDANT, SMITH AND MILLER, KENTUCKY

13  STATE POLICE:

14  Amber Arnett, Esquire

15  Kentucky State Police Legal Services Branch

16  919 Versailles Road

17  Frankfort, Kentucky 40601

18  Telephone No.: (502) 782-2163

19  E-mail: alea.arnett@ky.gov

20

21  Also Present:  Anna Smith, Videographer

22

23

24

25
```

Page 5

```
 1                 STIPULATION

 2

 3  The deposition of BRENDA GRAHAM was taken at HILTON

 4  GARDEN INN, 290 ALFRED THUN ROAD, CLARKSVILLE, TENNESSEE

 5  37040 on FRIDAY the 15TH day of MARCH 2024 at 9:03 a.m.

 6  (CT); said deposition was taken pursuant to the FEDERAL

 7  Rules of Civil Procedure.

 8

 9

10  It is agreed that SEAN FRANKS, being a Certified Court

11  Reporter for the State of TENNESSEE, may swear the

12  witness.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 6

```
1              PROCEEDINGS
2       THE VIDEOGRAPHER:  All right.  My name is Anna
3  Smith.  I'm the videographer today, and Sean Franks
4  is the court reporter.  Today is the 15th day of
5  March 2024.  The time is 9:04 a.m. Central Time.
6  We're at the Hilton Garden Inn in Clarksville,
7  Tennessee to take the deposition of Brenda Graham in
8  the matter of Brenda Graham, as the administrator of
9  the estate of Norman Graham v. Todd County, et al.,
10 pending in the United States District Court, Western
11 District of Kentucky at Bowling Green, case number
12 1:20-CV-000210-GNS.  Will the counsel please
13 identify themselves for the record?
14      MS. ROBINSON STAPLES:  Amy Robinson Staples for
15 the plaintiff.
16      MS. ARNETT:  Amber Arnett for the state police
17 Defendants Miller and Smith.
18      MS. SHOULDERS:  Jessica Shoulders for the
19 Defendant Todd County, Kentucky.
20      MR. WILCOX:  Alex Wilcox for the Defendant
21 Estate of Vernon Albrow.
22      THE VIDEOGRAPHER:  Perfect.  Ms. Graham, will
23 you please raise your right hand for the reporter?
24      THE REPORTER:  Do you solemnly swear or affirm
25 that the testimony you're about to give will be the
```

Page 7

```
1  truth, the whole truth, and nothing but the truth?
2       THE WITNESS:  Yes.
3       THE VIDEOGRAPHER:  You may begin.
4           DIRECT EXAMINATION
5  BY MS. ROBINSON STAPLES:
6       Q.   Right.  Good morning, ma'am.  If you will,
7  please, state your full name for the record.
8       A.   Brenda Ann Graham.
9       Q.   And Brenda, have you ever given a deposition
10 before?
11      A.   No.
12      Q.   All right.  So this is going to be relatively
13 straightforward, but I just want to tell you a few of
14 the rules.  While I am asking you questions today, the
15 attorneys, who are there on the computer via Zoom, may
16 have some objections to my questions.  If you hear them
17 start to speak after I ask you a question, I would ask
18 that you stop speaking, allow them to voice their
19 objection, and then you're going to be permitted to go
20 ahead and answer the question as there's no judge here
21 today to make a determination as to whether or not it's
22 an admissible question, okay?
23      A.   Okay.
24      Q.   It's going to make the record a lot more clear
25 if you answer my questions verbally versus just nodding
```

Page 8

```
1  your head.
2       A.   Okay.
3       Q.   So I'll try to remind you if I see you doing
4  that, but we just want to make sure that we get an
5  accurate record of your answers, okay?
6       A.   Okay.
7       THE VIDEOGRAPHER:  Ms. Graham, can you move
8  your hair?
9       THE WITNESS:  What?
10      THE VIDEOGRAPHER:  Not Ms. Graham.  I'm sorry.
11      MS. ROBINSON STAPLES:  Sorry.
12      THE WITNESS:  Say, what hair?  I just went
13 through chemo so my hair's just growing back.
14      MS. ROBINSON STAPLES:  Is that better?
15      THE VIDEOGRAPHER:  Yeah.
16      MS. ROBINSON STAPLES:  Okay.
17      THE WITNESS:  That's why my head looks like
18 this.
19 BY MS. ROBINSON STAPLES:
20      Q.   You look just fine.  If I ask you a question
21 that is unclear or you don't understand, please just let
22 me know that and I'll do my best to rephrase the
23 question in a more clear way, okay?
24      A.   Okay.
25      Q.   All right.  Finally, I don't expect us to be
```

Page 9

```
1  here long today, but I'm going to be asking you about
2  some things that I know are going to be emotional for
3  you.
4       A.   Okay.
5       Q.   And I just wanted to let you know that we will
6  take as many breaks as necessary --
7       A.   Okay.
8       Q.   -- for whatever reason.  If you just need a
9  minute to compose yourself, if you need a restroom
10 break, whatever you need, you just let me know that, and
11 we'll take that break, okay?
12      A.   Okay.
13      Q.   We're going to try to make this as easy on you
14 as possible even though I know it's a difficult time,
15 okay?
16      A.   Thank you.
17      Q.   All right.  So let's get started.  Tell me how
18 you're related to the late Norman Graham.
19      A.   He's my husband.
20      Q.   And how did you and Norman first meet?
21      A.   We met through friends.  It was at a party.  It
22 was years ago, you know, like, '83, '82, '80 and we knew
23 the same people and all and just hung around, and then,
24 eventually it was like '91 -- '91 was when we started
25 dating and --
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 10

1    Q.   Okay.  So you met him sometime in the early to
2  mid-80s; is --
3    A.   Yes.
4    Q.   -- that right?  At a party?
5    A.   Yeah.  It was a party at my sister's house
6  actually.
7    Q.   Okay.  And what was your impression of Norman
8  when you met him back then?
9    A.   I looked at him, I said, "That's what I want."
10  He was just -- he was like -- he was a lot different
11  than his rowdy friends.  He was just more collected and
12  just -- I use the word "cool."  He was just the epitome
13  of cool and collected and just -- and gorgeous.
14    Q.   What type of dresser was Norman back in the
15  day?
16    A.   Sharp.  He was so sharp dressed.  His jeans
17  always had a tight, crisp cre -- crease.  He -- he'd
18  send his -- he'd send his shirts out to the cleaners and
19  have extra starch in them.  He was just very impeccably
20  well-groomed.
21    Q.   So is it accurate to say that you developed a
22  crush on Norman from the first time you met him?
23    A.   That's very accurate.  Yes.
24    Q.   So eventually, I believe you testified that
25  the two of you began dating around '91?

Page 11

1    A.   '91, '92.
2    Q.   Okay.  And how long were the two of you
3  together?
4    A.   30 years minus the 10 years he was away.
5    Q.   And is it accurate to state that you-all were
6  married and together until the day that he passed?
7    A.   Yes.  I want to -- can I correct myself?
8    Q.   Of course you can.
9    A.   When I say, like, we weren't together them ten
10  years, in a sense we were because I never had a
11  relationship with anybody, not even close.  So I wa --
12  in a sense, we were still together.  I -- you know, I
13  was Norm's -- at that time, we weren't married, but, you
14  know, that was --
15    Q.   Oh, I'm sorry.  Go ahead.
16    A.   At that -- I mean, I -- we considered
17  ourselves -- we were a couple.
18    Q.   When did you and Norman eventually get
19  married?
20    A.   We didn't get married until April '22.  We
21  were married about a year-and-a-half when he passed.
22    Q.   But together for many, many years --
23    A.   Yes.
24    Q.   -- prior to that?
25    A.   We had lived together.  Yeah.  He helped me

Page 12

1  raise my children.
2    Q.   So how many children do you have?
3    A.   Two.
4    Q.   Did Norman have any biological children?
5    A.   No.
6    Q.   And you just said that he helped raise your
7  two children?
8    A.   Yes.  He did.
9    Q.   What was his relationship like with your
10  children?
11    A.   They were good.  It was good, especially with
12  my son.  Bobby called him Dad.  He -- he always said one
13  of these days he'd want to adopt Bobby.  He was
14  involved.  He -- you know, he coached his little league,
15  took him to ball games.  I mean, he was involved, you
16  know?  Even a disciplinarian at times.  They were close.
17  And my daughter, her -- her dad was still living at the
18  time and she was close with her daddy.  So I mean, he
19  was good to Tanya (phonetic) and they did just fine but
20  they weren't as close Norm and Bobby was.
21    Q.   Well, tell us a little bit about what Norman's
22  occupation or trade was.
23    A.   He was a structural steel iron worker.  He
24  worked on the road quite often.  The -- he -- a lot of
25  his work was at power plants when they were -- it was

Page 13

1  back when they were doing a lot of cleaning up the
2  pollution and all and they would have to shut down
3  operation for them to get in there and do their job.  He
4  -- Norm built the -- the structure for all the big
5  machineries and duct works to sit on.  So he was a --
6  either as foreman or general foreman.  I lost my train
7  of thought.
8    Q.   Well, let me ask you a question about that.
9  You said he worked on the road a lot.  Do you mean that
10  he physically worked on roadways --
11    A.   Oh, no.
12    Q.   -- or that he traveled with his job?
13    A.   He traveled to -- to the jobs.
14    Q.   Okay.  And would that travel take him out of
15  the state from time to time?
16    A.   Oh, yeah.  Yeah.
17    Q.   And when you first met and you first began
18  dating, where did you live?
19    A.   We lived in Clarksville.
20    Q.   Okay.  In Clarksville, Tennessee?
21    A.   Yes.
22    Q.   But although you lived in Clarksville,
23  Tennessee, there were times that Norm was out of state
24  for his job?
25    A.   Right.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of BRENDA CRUM, taken on March 15, 2024

14..17

Page 14

1    Q.    And you said that Norm was a foreman; is that
2  right?
3    A.    Yes.
4    Q.    And I'm assuming that's a supervisory
5  position; is that right?
6    A.    Yes.
7    Q.    He had a crew that he ran?
8    A.    Yes.
9    Q.    At some point, did you begin working with
10  Norm?
11    A.    I did when kids got a little older.  My
12  daughter went to live with her dad and my son was on his
13  own then and yeah.  I went on the road with him.  He
14  taught me the trade.
15    Q.    And was Norm your supervisor at the time?
16    A.    Uh-huh.  Yes.
17    Q.    What did you think of Norman as a supervisor?
18    A.    I think he was rougher on me than he was to
19  the rest of the  helpers.  He -- he -- he was trying to
20  teach me and he wanted me -- he was good.  I mean, he
21  was -- he was a good -- he was a good boss -- a good
22  boss.  You could ask anybody that worked for him.  They'd
23  say they was -- he was one of the best bosses they ever
24  had.  Taught them more.  Learn -- they learned from him.
25  No.  He was real patient -- very patient.

Page 15

1    Q.    How would you describe Norman's work ethic?
2    A.    Oh, good.  Wonderful.  Yeah.  He -- he -- he
3  was very proud of what he did.  Yeah -- yeah.
4    Q.    And was Norman able to make a good living
5  financially doing that work?
6    A.    Very well.  Yes.  He did very well.  He -- he
7  -- he'd supervise the wages plus per diem.  Yeah.  He
8  was a good provider.  Never -- never had to worry about
9  the bills getting paid or anything like that.  You
10  know, kept -- we rented, but we had a nice -- nice
11  place.  Yeah.  He -- he -- he did really good and he --
12  and he loved what he did.
13    Q.    Did you know Norman's boss?
14    A.    Yes.  One of -- one of them.  Yeah.
15    Q.    Who's the boss that you knew?
16    A.    Arnold Crotts.
17    Q.    And were you aware of what Mr. Crotts thought
18  of Norman's job performance?
19    A.    Oh, he -- he would -- he'd rather have Norm
20  than anybody.  Norm -- yeah.  Norm -- Norm -- yeah.  I
21  mean, he'd rather have Norm than anybody.  He -- he'd
22  call him and say, "I -- I need you on this job.  Can you
23  come," and they just thought the world of each other.  So
24  if Norm went on another job, yeah, he'd go.
25    Q.    Now, Brenda, did you know Janice K. Williams

Page 16

1  --
2    A.    I did not.
3    Q.    -- prior to her death?
4    A.    No.  I did not.
5    Q.    And correct me if I'm wrong, but I think you
6  said that the first time that you met Norman was in
7  1981; is that right?
8    A.    No.  That's not right.
9    Q.    Oh, I'm sorry.  When was the -- oh, you said
10  1983?
11    A.    '83.
12    Q.    Okay.  My apologies.  It was '91 that you-all
13  first began dating?
14    A.    Right.
15    Q.    Okay.  So when you first met Norman in 1983,
16  were you aware before that of Kaye's death?
17    A.    No.
18    Q.    Had you ever heard anything about Kaye's death
19  prior to 1983 when you first met Norman?
20    A.    No.
21    Q.    Okay.  At what point did you learn about
22  Kaye's death?
23    A.    Well, I -- I had a job tending a bar and I
24  just heard talk, like if he'd come in for a beer or
25  something, it would be mentioned.  Yeah.  And you know,

Page 17

1  people would speculate if they think he did it or didn't
2  and stuff like that.  Nobody ever really talked to me
3  about it, but I just heard talk.
4    Q.    Were you aware that Norman had been tried in
5  1981 for Kaye's murder?
6    A.    You know, I don't know if I heard that he had
7  actually been tried or not at that point.  That after we
8  realized, you know, it was serious -- it was getting
9  serious between Norm and me, he told me.  He said, "I --
10  I got something I got to tell you because you're
11  probably going to hear it anyways."  Well, I had already
12  heard something about it.  I didn't know the details,
13  but I had heard about it and he told me just that.  He
14  had been charged, and tried, and it was a hung jury.  He
15  wasn't convicted of it.
16    Q.    And what was your reaction to learning the
17  news that Norman had been charged and tried for Kaye's
18  murder?
19    A.    I wasn't really too shocked because I had
20  already heard it and I never thought for a minute he did
21  it.  Even, you know, if I -- even if we weren't
22  together, if I hadn't known it and was sitting around,
23  people talking about it, I'd be like, "No.  This guy
24  couldn't do something like that."  Just -- Norm?  No.
25  Uh-uh.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 18

1    Q.  So there was never a moment that you believe
2 that Norman could have done something like like
3 murdering Kaye; is that right?
4    A.  Never a moment.
5    Q.  And on that note, was there ever a time in
6 your 30-plus years of being with Norman that he ever did
7 anything but maintain his innocence to those charges?
8    A.  I'm sorry?
9    Q.  Yeah.  Did Norman ever confess to you to
10 killing Kaye?
11    A.  No.  No.
12    Q.  He always maintained his innocence to --
13    A.  Yeah.
14    Q.  -- her murder; is that right?
15    A.  Yes.  Not like we talked about it a whole lot,
16 but always maintained his innocence.  He -- Norm, of
17 course, even in prison, you know.  No.
18    Q.  Now, let me ask you a few questions about some
19 people that have been involved in the case, and what I'd
20 like to know is if you knew any of these individuals
21 outside the court proceedings.
22    A.  Okay.
23    Q.  So I understand that you may have seen some of
24 these individuals during the various court proceedings.
25 I'm just wanting to know if you knew them otherwise or

Page 19

1 if you'd had any interaction with them otherwise, okay?
2    A.  Okay.
3    Q.  Did you know Roy Wayne Dean?
4    A.  No.
5    Q.  Did you know Barbara Keatan?
6    A.  No.
7    Q.  Did you know Regina Dean?
8    A.  No.
9    Q.  Did you know Connie Powell?
10    A.  No.
11    Q.  Did you know Todd County Sheriff Laurin
12 Morris?
13    A.  No.
14    Q.  Did you know KSP Detective Vernon Albro?
15    A.  No.
16    Q.  Did you know KSP detective Steven Silfies?
17    A.  No.  Not at the time, but I came to know him.
18    Q.  I'm sorry?
19    A.  I came to know him.  Well, not really know
20 him, but now -- well, you know, during the trial.
21    Q.  Okay.
22    A.  Before the trial, no, no, no.
23    Q.  But you'd had no interactions with Detective
24 Silfies personally?
25    A.  No.

Page 20

1    Q.  Did you know KSP Detective Scott Smith?
2    A.  No.
3    Q.  Okay.  Obviously, you came to know those
4 names?
5    A.  I came to know them -- the names after --
6    Q.  Okay.
7    A.  -- and during and after the trial.  Yeah.
8    Q.  All right.  Let's fast forward to the 2000s.
9 Now, it's accurate you and Norman were still living
10 together at that time; is that right?
11    A.  Yes.
12    Q.  And you were still dating at that time; is
13 that right?
14    A.  We were living together.  We were a couple.
15    Q.  Okay.  Did there come a time in early 2000s
16 when Norman was contacted again about Kaye's murder?
17    A.  Yeah.  Yes.
18    Q.  Tell me about that, please.
19    A.  Okay.  He was in between jobs, so he was at
20 home and I was working at Fort Campbell.  I was painting
21 and he called me and he said, "Well, my worst fear
22 happened," and -- and he said he got a call from them,
23 and they asked him to go down, and talk to them.
24    Q.  And let me stop you for just a second.  When
25 you said that he got a call from "them," who are you

Page 21

1 referring to?
2    A.  I'm assuming the detectives.
3    Q.  Okay.  So law enforcement officers?
4    A.  Yes.
5    Q.  Okay.
6    A.  And so, he went down and talked to them.
7    Q.  Where did he go; do you know?
8    A.  I -- Clarksville Police Department.
9    Q.  Okay.
10    A.  And they -- they -- they told them they were
11 reopening the case, and he said the guy was kind of a
12 smart alec, and, "Have you ever seen the show Cold Case
13 Files?"  And, you know.  And so, they were letting him
14 know they were reinvestigating and reopening the case,
15 and they wanted to talk to him, and that's basically it.
16    Q.  And Norman did go down and talk to them?
17    A.  Yeah.
18    Q.  He went voluntarily; is that right?
19    A.  Yes.
20    Q.  And as far as you are aware, he wasn't under
21 arrest at that time; is that right?
22    A.  He was not under arrest.  No.
23    Q.  Okay.  And after Norman went down and gave
24 that voluntary statement, did he talk with you about it?
25    A.  Some.  He just said -- he said, "I was always

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 1:20-cv-00210-GNS-HBB    Document 130-19    Filed 10/27/25    Page 8 of 23 PageID #: 3771
The Deposition of BRENDA GRAHAM, taken on March 15, 2024

22..25

Page 22

1  afraid this would happen.  If they'd come back, you
2  know, haunt me again.  You know, he -- he's been
3  haunting me," and it was -- he called and he said, "One
4  of my worst nightmares just came true.  I have to go
5  through this again."  Yes.  I'm -- of course, I wasn't
6  around the first time around, but you know, I guess it
7  was pretty horrible and just -- just him walking in and
8  seeing the condition Kaye was in, I just -- I only seen
9  pictures of it and it's -- it's embedded in my head.  I
10 will never, ever forget it as long as I live.  So I
11 can't even imagine what it was like for him, and
12 evidently, he really cared a lot for Kaye, so... I
13 didn't know them then, but everybody said, you know,
14 they made a good couple.  They were -- I wasn't jealous.
15 I'm not jealous now, never was, but --
16     Q.    Uh-huh.
17     A.    -- I'm just saying that, you know -- sorry,
18 I'm -- I'm babbling.
19     Q.    You're fine.  Now, Brenda, what effect, if
20 any, did you observe that being questioned again for
21 Kaye's murder had on Norman back then in 2003?
22     A.    He -- he -- he was tense.  He was like, "When
23 -- you know, if they're going to come back, when's it
24 going to happen?  When's it going to go to trial?"  You
25 know, because it -- it was quite a while.  It was

Page 23

1  several years after he made a -- gave a statement that
2  -- that they actually physically arrested him.  So it's
3  just kind of on the back burner, I guess.  I -- I can't
4  -- he didn't talk too much about it, Amy.  He didn't
5  talk too much about it, but I could tell it was always
6  there.  It was always there.
7      Q.    Was that Norman's personality?  Was he a big
8  talker or was he --
9      A.    No.
10     Q.    -- one that held things in a little bit more?
11     A.    He held things in.  Yeah.
12     Q.    But knowing him as well as you did, could you
13 tell that it was having an effect on him?
14     A.    Oh, absolutely.  Yeah.  It's hard to explain.
15 He's more serious.  Maybe that's the word I'm searching
16 for.  It's like I know what he -- what it was, but I
17 just can't find the words.
18     Q.    It's understandable.  You're doing fine.
19     A.    Okay.
20     Q.    And if you need a break, you just let me know,
21 okay?
22     A.    I'm good.
23     Q.    So you just mentioned that it was several
24 years after that interview with law enforcement that
25 Norman was re-arrested; is that right?

Page 24

1      A.    Yeah.
2      Q.    And if the record shows that he was arrested
3  in January of 2007, do you have any reason to refute
4  that?
5      A.    That's -- yeah.  No.  I don't refute that.
6      Q.    Okay.  So tell me what that was like.  What do
7  you remember?  Were you present for that arrest?
8      A.    Yes.  Well, we were -- we were on a job in
9  Danville, Virginia.  The job was in North Carolina.  We
10 had an apartment in Danville, Virginia.  It was right
11 there on the state line and we had rented a little cheap
12 furnished apartment because we were never at the jobs
13 long, so we didn't -- we -- we didn't stay at the motels
14 like the guys did.  We saved money and went and -- and
15 he'd go on the job first and I'd hang -- hang off the
16 job for a few days until we find -- found us place to
17 live.  That was what -- what we did, but anyhow, he had
18 come home from work, and he had got in the shower, and
19 I'd started something for supper, and while he was in
20 the shower, I was fixing hot dogs and mac and cheese --
21 chilly dogs and mac and cheese, and we were sitting at
22 the table and talking, and he said, "I wonder where
23 Joann is today," because there's a little lady lived
24 next door, she kind of watched for us to get home and
25 she'd come knocking on the door, wanting to bum a

Page 25

1  cigarette or maybe a beer or something, and we were both
2  sitting, "Yeah.  Joann ain't been here yet."
3          And about that time we heard stomp, stomp,
4  stomp, stomp, stomp.  It was about four stairs going up
5  to our apartment door, and then bam, bam, bam, and we
6  said, "That ain't Joann," and said -- and I opened the
7  door and all these police were there and they just
8  barged in, and they told him to stand up and put his
9  hands behind his back.  They didn't say why or anything,
10 and then I think we kind of knew, and it was for the
11 murder of Kaye -- Kaye Williams -- Janice -- never
12 called her Kaye.
13         And of course, I was upset and I was like,
14 "What's going on?  What's going on?"  And I said, "Can I
15 at least get his coat?"  And -- and they didn't answer
16 me, so I reached in to get his jacket, and they pulled a
17 gun on me.  Made me stand there with my hands up and
18 they wouldn't even let me hug him.  They just hauled him
19 off.  They did take his coat and throw it on his
20 shoulders.  He had just stepped out of the shower.  He
21 had long hair then.  He looked crazy.  He looked like a
22 wild man.  And then they -- that's the picture they put
23 in the paper the next day too because they -- the
24 Kentucky -- they made it sound like he was a fugitive
25 from the law and he was not.  He was just getting things

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 1:20-cv-00210-GNS-HBB    Document 130-19    Filed 10/27/25    Page 9 of 23 PageID #: 3772
The Deposition of BRENDA GRAHAM, taken on March 15, 2024

26..29

Page 26

```
1  right with his taxes.  He -- now, they had our address.
2  I mean, our home address was here in Clarksville.  This
3  was our base home.  It's -- he wasn't no fugitive from
4  the law.
5      Q.   So if I understand you correctly, what you're
6  saying is, Norman wasn't running from the law, he was in
7  Virginia for a job?
8      A.   Right.
9      Q.   And he had left a forwarding address?
10     A.   Yes.
11     Q.   Okay.
12     A.   I mean, they came straight there.  What does
13  that tell you?  It's the way they -- the Danville
14  Police, the way they acted, I can't say what was in
15  their mind or what they were actually told, but they got
16  the impression that they thought they were -- someone
17  was on the run and even in the paper the next day said
18  that, you know -- and stuff for him on the run -- on the
19  run from the law or a fugitive or whatever, and he was
20  arrested without incident and all that stuff.  I'm so
21  sorry, Amy.
22          MS. ROBINSON STAPLES:  You're okay.  Let's take
23      a break for just a second.
24          THE WITNESS:  Are you sure?  I'm okay.
25          MS. ROBINSON STAPLES:  You know what?  Can we
```

Page 27

```
1  go off for just a second?
2          THE VIDEOGRAPHER:  Yeah.  The time is 9:29.
3      We're going off the record.
4          (OFF THE RECORD)
5          THE VIDEOGRAPHER:  All right.  We are back on
6      the record at 9:39.
7  BY MS. ROBINSON STAPLES:
8      Q.   All right, Brenda.  Before we took a break, we
9  were talking about when the local law enforcement
10  officers came into your apartment in Virginia, correct?
11  And you stated that they pulled out guns on you when you
12  were --
13     A.   Pointed a gun at me.  Yeah.
14     Q.   Okay.  You were attempting to get Norman a
15  coat?
16     A.   I -- I really don't blame them because I
17  opened the closet door and reached in and got his sweat
18  jacket.
19     Q.   At the time, you weren't thinking about --
20     A.   I was thinking about it was cold and he didn't
21  have his shirt.
22     Q.   Yeah.
23     A.   And then they said, "Stop.  Freeze," and you
24  know, put the gun on me.
25     Q.   When they entered the apartment, did they have
```

Page 28

```
1  their guns out and pointed towards Norman?
2      A.   They -- the -- they weren't drawn, but they
3  were out, like, to their sides.
4      Q.   In their hands?
5      A.   In their hands.  Yeah.
6      Q.   Okay.  And during that arrest in 2007, did
7  Norman resist in any way?
8      A.   Not a bit.  He didn't -- he said, "What, why,"
9  or something, but he -- no.  He just did what they told
10  him to.  He didn't -- it was so -- I don't know the
11  word.  It -- it was just so strange, so surreal.  It --
12  it was like -- like, this can't be happening to us, you
13  know?  This don't happen to people like us, but he just
14  went with them peacefully.  Didn't say, didn't check,
15  didn't do nothing.  He just said, "Call Arnold," our
16  boss, because they're real good friends, and Arnold was
17  around the very first trial, and call his lawyer here in
18  -- or in Hopkinsville, and that was it, and I told him I
19  loved him and it's -- everything's going to be okay.
20     Q.   What was your reaction to him being arrested?
21     A.   Oh, gosh.  Oh, gosh.  I was just -- not quite
22  hysterical.  I was crying, and like, "Gosh, what am I
23  going to do?"  I immediately called our boss and, you
24  know, he told me, "Calm down."  I said, "Okay."  You
25  know, he said, "Just come on in in the morning.  We'll
```

Page 29

```
1  sit down and talk.  You know, it's going to be all
2  right."
3          And then, I got a hold of his lawyer here and
4  the first thing I think he said was -- that's not the
5  question you asked me; was it?  My reaction.  I -- I was
6  devastated.  I was -- you know?  I -- I don't know.  I -
7  - I honestly can't explain it.  I just -- I just don't
8  know.  I -- I couldn't believe it was happening.
9      Q.   Uh-huh.
10     A.   Even though it was always back there, knew it
11  could happen.  We always knew it could happen, but it
12  had been three, almost four years since they reopened
13  the case and not a word, nothing was ever -- no more
14  questions, no nothing until they arrested him in
15  Danville.  So my reaction -- you want my reaction or how
16  did I feel?
17     Q.   Well, both.
18     A.   Shock, I guess, would be the most fitting word
19  and -- shock.
20     Q.   Was there ever even a second in your mind that
21  you thought Norman could have killed Kaye?
22     A.   Never a second.  Never, ever a second.  If you
23  could have seen the way that poor girl was killed.  She
24  was probably tortured.  There's just no way.  No way.
25     Q.   So, after Norman was arrested that night in
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB    Document 130-19    Filed 10/27/25    Page 10 of 23
The Deposition of BRENDA GRAHAM, taken on March 15, 2024
30..33

Page 30

1  Virginia, when's the next time that you saw him?
2      A.    Well, I went to visit him in the jail there in
3  Danville couple times.  The next time I saw him was at
4  the bond reduction hearing and I don't know the date of
5  that.
6      Q.    That's understandable.  So you visited him a
7  couple of times in jail in Danville --
8      A.    Yes.
9      Q.    -- after his arrest?  And what was Norman's
10  demeanor like --
11      A.    Just --
12      Q.    -- while he was there in that jail?
13      A.    Subdued.  I -- I remember him saying --
14  because he hated flies and he said he was there in his
15  cell and he was, like, counting the dots in the concrete
16  and shit like that just to pass the time.  He said a fly
17  got in his cell and he was just watching the fly, and
18  then when they opened the feed hole or something, the
19  fly went out, and he said -- you know, he said, "I was
20  sorry to see that damn fly leave."  I'm sorry, Amy.
21      Q.    It's okay.
22      A.    But yeah, he was quiet and he was almost like,
23  resigned. "Okay, this is it.  Here I am," and you know,
24  "Come and keep on -- keep -- keep the chin up, you know,
25  and all that.  I'm going to fight it."

Page 31

1      Q.    You said that you saw him at a bond reduction
2  hearing.
3      A.    Yeah.
4      Q.    Where was that hearing?
5      A.    It was in Oakton.
6      Q.    Okay.  In Kentucky?
7      A.    Yes.
8      Q.    So at that point, had Norman been transported
9  from Virginia up to Kentucky?
10      A.    Yes.
11      Q.    And you were able to visit Norman in the jail
12  in Kentucky; is --
13      A.    No.
14      Q.    -- that right?
15      A.    No.  I never --
16      Q.    No?
17      A.    -- visited him in Hopkinsville.
18      Q.    Okay.  All right.
19      A.    I actually stayed in Danville and continued
20  working.  He thought that was the best thing.  I'm just
21  --
22      Q.    Now, is it accurate to state that eventually
23  Norman was granted bond and was able to --
24      A.    Yes.
25      Q.    -- make that bond?

Page 32

1      A.    Yes.  He -- and then he went back to the same
2  job there and came back to the same apartment in
3  Danville, went back to the same job.  We worked there
4  until that job was done, then moved on to the next one.
5      Q.    So even after his 2007 arrest, Norman
6  continued to work?
7      A.    Yes.  The district attorney or prosecuting
8  attorney wanted him to stay in the area and -- and you
9  know, Norm told the judge that this is his livelihood,
10  so the judge granted him permission to travel to work
11  even though he was out on bond.
12      Q.    And would Norman travel back to Kentucky for
13  court proceedings?
14      A.    Yeah.  He -- back to and from.
15      Q.    Now, Brenda, at some point, the prosecutor
16  filed a notice of his intention to seek the death
17  penalty against Norman.  Were you made aware of that
18  notice?
19      A.    Not until Norm told me that he got some good
20  news from his lawyer, Carroll Johnson, and the --
21  supposedly, the prosecutor told Carroll Johnson that if
22  he made a motion to drop the death penalty, that they
23  would not object to it.
24      Q.    So that's how you learned --
25      A.    Yes.

Page 33

1      Q.    -- initially that --
2      A.    They --
3      Q.    -- they were seeking the death penalty.
4      A.    I didn't even know it -- I knew it was bad.  I
5  mean, it don't get much worse than that.  It don't get
6  any worse than that, but yeah.  I didn't know -- I
7  didn't know they were seeking the death penalty until
8  Norm told me that they took it off the table and I -- I
9  -- I thought that was odd the way the prosecution did
10  that and they -- it's because it saved them from having
11  -- in my opinion, in my way of thinking at the time,
12  still to this day, that they -- if they decided to drop
13  it with no reason, that it wouldn't look bad on them,
14  but if Norm's lawyer made the motion and they didn't
15  object, it'd look better for them.  That's the way I
16  thought, and I'm sorry to say it's the way I still
17  think.
18      Q.    Did Norman talk with you or make any comments
19  at all about the fact that the prosecutor had considered
20  the death penalty?
21      A.    You know what, Amy?  I am wrong because I must
22  have known because I didn't have much faith in Norm's
23  lawyer.  Norm had all the faith in the world in him and
24  I was trying to talk him into getting another lawyer,
25  and he commented -- he said, "Well, it's not my -- it's



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB    Document 130-19    Filed 10/27/25    Page 11 of 23
The Deposition of BRENDA GRAHAM, taken on March 15, 2024
Page ID #: 8774
34..37

Page 34

1  not your vein the needle's going into.  It's mine."  So
2  yeah, I -- I did know.  I'm sorry.
3      Q.   It's okay.  Don't worry.  I'm asking you about
4  things that happened a long time ago and I'm asking you
5  about really emotional things.
6      A.   Yeah, but I remember that comment he made.  He
7  said, "Well, it's not your vein the needle's going
8  into."  You know?  So yeah.  I did know.  We thought --
9  we thought he wouldn't be convicted because he was
10 innocent.  Innocent people don't dream they're going to
11 go to prison.  Innocent people are just finally getting
12 this stuff behind us and getting it over with.  That's
13 what we thought.
14     Q.   Now, eventually, Norman was tried again for
15 Kaye's murder in 2008; is that right?
16     A.   Right.
17     Q.   Did you attend that trial?
18     A.   Yes, ma'am.
19     Q.   Were you there every day?
20     A.   Yes, ma'am.
21     Q.   What were your thoughts as the trial was
22 progressing?
23     A.   I got angry a lot.  The trial was very, very
24 confusing.  There was really no really new wit -- no new
25 witnesses at all.  They just -- people would come in and

Page 35

1  -- and read like a script from the transcripts from the
2  first trial, and you know, I guess there was something.
3  You know, I was fierce -- fearful that he may be
4  convicted, but I really didn't -- didn't register when
5  the jury went out.  Everybody was like, "Oh, he's going
6  to be fine.  You're going to be fine."  Even our boss
7  said, "I'll see you back on the job site Monday.  I got
8  to get back," because he had a lot of responsibilities
9  on the job, and he had taken time from his
10 responsibilities to come and be with us.  He was there
11 for the last day.
12     So we -- I mean, we thought the jury would
13 come back and we'd go back to our lives, and that did
14 not happen, and I was -- I had to be subdued.  Couldn't
15 drive home.  They threatened to throw me out of the
16 courtroom after the verdict was read.  My feelings, oh,
17 so many.  Anger, disbelief.  Yeah.  Sadness, of course.
18     Q.   What was Norman's demeanor like --
19     A.   He --
20     Q.   -- first during the trial?
21     A.   He hardly said anything.  He just -- he sat
22 there.  I couldn't see his face.  I was sitting behind
23 the table and he just sat there and listened.  Sometimes
24 I'd see his head shake and stuff and when they read the
25 verdict, he just -- nothing.  He didn't -- he just stood

Page 36

1  there.  He just didn't move.  He just stood there and
2  his lawyer put me up as a character witness before the
3  sentencing -- sentencing recognition, whatever and I got
4  to crying a little bit on the stand, and I walked past
5  Norm and he said, "Don't let him see you cry, baby," and
6  I said, "I'll be good, honey.  I love you."  But Norman,
7  he just -- I guess he was in shock, too.  I don't know.
8  He just -- he just took it.
9      Q.   So he was sentenced to 40 years in prison; is
10 that right?
11     A.   Yes.
12     Q.   Did you remain in contact with Norman?
13     A.   Yes.  Yeah.
14     Q.   And prior to being transported to the Kentucky
15 Department of Correction, was he held there in the local
16 jail?
17     A.   Yes.
18     Q.   Were you able to visit Norman in the local
19 jail?
20     A.   Every day.  They were good to me.  The jailers
21 were good to me.
22     Q.   And what was Norman's demeanor like while he
23 was being held there at the local jail after his
24 conviction?
25     A.   Defeat.  I mean, I had found out about the --

Page 37

1  the Innocence Project when he was awaiting -- before he
2  got out on bond and I read a book by John Grisham called
3  The Innocent Man, and that's how I heard -- I read about
4  -- all about the Innocence Project and I said, "Well,
5  I'm calling them," and Norm said, "Don't even bother.
6  Don't do it."  He said, "This is it.  This is my life,"
7  and I went back the next day.
8      I guess after spending the night in jail, he
9  said, "No.  Go ahead and call them.  We're going to
10 fight this because I told him -- I said, "No baby.  You
11 can't give up.  This ain't the end.  This ain't it."  I
12 mean, you know, you got to at least try, and so he said,
13 "Yeah, go for it."  I was surprised about how quickly
14 the Innocence Project picked up his case and they got on
15 it pretty fast.  Even though it took ten years.  It's
16 faster than what I've heard what other people have to go
17 through -- innocent people.
18     Q.   We'll talk about his release and being
19 exonerated here in just a minute, but let's first talk
20 about what prison was like for Norman; to your
21 knowledge.  Did you remain in contact with Norman --
22     A.   Yes.  I did.
23     Q.   -- while he was incarcerated in prison?
24     A.   Yes.
25     Q.   Were you able to visit Norman?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 1:20-cv-00210-GNS-HBB    Document 130-19    Filed 10/27/25    Page 12 of 23
                          PageID #: 3875
The Deposition of BRENDA GRAHAM, taken on March 15, 2024

38..41

Page 38

1    A.   Oh my God, I visited him once when he was in
2  North Point before the -- before the riot and I ended up
3  moving to Missouri.  My mother was sick with all
4  Alzheimers, and it was either putting her in a home
5  where she needed around-the-clock care, and here I was
6  with no life for anything anymore, so I took care of my
7  mom, and I -- it sounds -- it might sound bad, but I was
8  grateful to be able to take care of her.  Not grateful
9  that she was sick and all that, but if it hadn't been
10 for that, I don't know what I would have done.  You
11 know, taking care of mom was a around-the-clock job.  Her
12 Alzheimers progressed pretty much.  What was the
13 question again?
14    Q.   Well, did taking care of your mom give you
15 some purpose while Norman was gone?
16    A.   Oh, yeah.  Yeah.  I didn't get to see him.  We
17 wrote and we talked on the phone.  Norm kept his real --
18 he was trying to protect me from what the stuff he had
19 to go through in prison.  I did know about the time he
20 was beaten robbed and of course, the riot and the fire
21 there at North Point, but if anything, really -- he was
22 trying to -- he didn't want me to know what he was going
23 through in there.
24    Q.   You said he was trying to protect you?
25    A.   I think so, yeah.  I know so.

Page 39

1    Q.   So you weren't made aware of a time that he
2  was beaten up while he was incarcerated?
3    A.   Yes.
4    Q.   And you said he was robbed.  What was he
5  robbed of?
6    A.   They -- a few of them come in and -- and they
7  held him down, covered him, and they went through his
8  locker.  I know they took his shoes for one thing --
9    Q.   Okay.
10   A.   -- and if there was anything else, I -- I
11 don't -- I don't remember.
12   Q.   Sure.
13   A.   I remember the shoes because they told him
14 that -- keep quiet, you know -- you know, threats and
15 all.  Well, he didn't keep quiet.  As soon as they left
16 the cell, he took off running after them and told -- and
17 then, you know, "He took my shoes.  He took my shoes." A
18 few days later he seen the guy wearing his shoes and
19 went to him and said, "You're wearing my shoes," and he
20 wasn't going to back down, but he -- he pretty much,
21 like, tried to protect me.  Yeah.
22   Q.   And you mentioned the riots.  So were you made
23 aware of the riot that was happening at North Point
24 while Norman was incarcerated there?
25   A.   Yeah.  By the news.  Seen the fire on the

Page 40

1  television screen and of course, I called, and called,
2  and called.  Didn't get anything.  After he was finally
3  transported to the other prison, then I -- they let him
4  call me eventually and I found out he was okay.  I was
5  like, "You know, I just want to know if he's dead or
6  alive or what happened," you know?  He just got caught
7  up in it.  He wasn't a part of the riot.  He just got
8  caught up in it.  He didn't have nowhere else to go.
9    Q.   So you learned about the fires and the riot on
10 the news?
11   A.   Yeah.
12   Q.   And then, you had to wait some time before you
13 could even learn if he was --
14   A.   Okay.
15   Q.   -- safe or...
16   A.   Uh-huh.  Yes, ma'am.
17   Q.   And while Norman was incarcerated in prison,
18 he was diagnosed with cancer; is that right?
19   A.   Yeah.
20   Q.   Did Norman ever speak with you about the
21 treatment that he received or didn't receive while he
22 was incarcerated for his cancer?
23   A.   He actually didn't start getting the treatment
24 that was needed until his lawyer stepped in and then,
25 they started taking him to his treatments regularly and

Page 41

1  -- and so, it was at their leisure, you know.
2    Q.   So prior to --
3    A.   I'm sorry that sounds bitter, but I am.
4    Q.   Prior to attorneys having to step in and
5  advocate for his treatment, it's your understanding that
6  the prison wasn't transporting Norman for treatment --
7    A.   No.
8    Q.   -- is that right?
9    A.   That is my understanding.  Yeah.
10   Q.   Now, during your communications with Norman
11 while he was incarcerated, whether that was on the phone
12 or via letter, what observations did you make regarding
13 the effect that his incarceration was having on him
14 mentally?
15   A.   Here again, I'm looking for the right word.  He
16 wasn't -- well, he wasn't hisself.  He wasn't his usual
17 animated self.  Like, when we would talk, the difference
18 between him being -- like, when he was on the road and I
19 wasn't with him, we'd talk on the phone, you know, and
20 just talk.  It was more routine.  Of course, we were --
21 I think we only had like ten minutes each -- each call.
22 You know, just tell me how he loved me, tell me take
23 care of myself, and I told him the same.
24       His demeanor was -- he wasn't animated his
25 usual self.  What's -- is that a good word?  I don't

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB    Document 130-19    Filed 10/27/25    Page 13 of 23
The Deposition of BRENDA GRAHAM, taken on March 15, 2024
Page ID #3876

42..45

Page 42

1  know.  He was -- sounds stupid to say he wasn't a happy
2  man.  Of course, he wasn't a happy man.  He was resigned
3  maybe.  Amy, I can't think of the word.  It's just -- he
4  wasn't -- he wasn't the same.
5      Q.   We'll talk more about this in just a second,
6  but even after his release from prison, was Norman ever
7  the same as the person that you knew when you first met
8  him?
9      A.   He wasn't -- no.  He wasn't the same.  He
10  wasn't -- Norman was always a pretty serious person, but
11  he could be carefree, too, and light and all.  That was
12  gone.  It was gone.  Just -- just was serious.  Very
13  taking care of business and getting things done.  I
14  noticed if we ever got short on anything, he would never
15  get low or anything.  We -- we kept toilet paper, girl
16  -- so much toi -- he would never, ever run out of toilet
17  paper.  He was not going to run out of anything.  He was
18  going to, you know.  Fearful.  He was fearful.  Yeah. He
19  -- yeah.
20      Q.   Now, while Norman was incarcerated, did the
21  two of you communicate about his hope, or lack thereof,
22  of ever being released from prison?
23      A.   Some.  There was always hope that he's going
24  to get out.  He had faith in -- in the Innocence
25  Project.  Yeah.  He -- he -- he -- he thought he'd get

Page 43

1  out eventually one of these days.  He told me about the
2  programs they wanted him to do, like the sex offenders
3  or whatever and it'd make his stay in prison easier and
4  stuff, but he wouldn't do it because if he did that,
5  he'd be admitting guilt, and Norm wasn't going to do
6  that.  We knew he'd never be paroled because, then
7  again, he'd have to admit guilt, and he wouldn't do
8  that.  His only hope was to be -- was a new trial.  That
9  was his only hope.
10      Q.   So fortunately, that hope came true, right?
11      A.   Yes.  Fortunately.  Yeah.
12      Q.   And --
13      A.   We spent his last few years -- we got to be
14  together.
15      Q.   Norman was eventually released from prison
16  after his conviction was vacated; is that right?
17      A.   Right.
18      Q.   And the two of you were able to rejoin each
19  other; is that right?
20      A.   Right.  Yes.
21      Q.   And after the two of you got back together,
22  where did you live?
23      A.   We lived in Guthrie, Kentucky first --
24      Q.   Uh-huh.
25      A.   -- and then we moved back Clarksville after he

Page 44

1  was exonerated because he couldn't leave the State of
2  Kentucky while he -- while that -- I -- I guess, I don't
3  know, but yeah, we moved to Clarksville after that.
4      Q.   So after his exoneration --
5      A.   Yeah.
6      Q.   -- after the charges were dropped --
7      A.   Yeah.
8      Q.   -- you were able to literally move on somewhat
9  with your life back to Clarksville?
10      A.   Yes.
11      Q.   And was it then that you finally tied the
12  knot?
13      A.   Yeah.  He -- he got to talking about Social
14  Security and he had -- he had seen where if something
15  ever happened to him, I could draw up a portion of his
16  Social Security.  He wanted to take care of me.  He says
17  -- he said, "Brenda, come here a minute."  He said,
18  "Looks like I'm going to have to marry you," and as I --
19  now, he proposed several times over the years and we
20  always intended, but, you know, he -- well, proposed
21  four or five times, I said yes four or five times, but
22  sometimes -- and I got a letter from in prison once,
23  and he wrote to me, and all it was is, "Will you marry
24  me?"  I wrote back, "Yes."  But yeah.  So we were
25  actually only on paper for about a year-and-a-half, but

Page 45

1  we were husband and wife in every other sense for 30
2  years.
3      Q.   So after Norman was exonerated, what
4  observations did you make even then about the effect
5  that the criminal case had on him?
6      A.   He -- he was still fearful.  I mean, he always
7  knew that the way the charges were dropped without
8  prejudice, he just knew that at any given time, they
9  could come in and arrest him any time night or day, any
10  time.  He'd be sitting at his desk working, they could
11  come in and yank him up right then.  He was definitely
12  not as carefree.  Of course, he was, you know, older. He
13  was subdued.  I'm not good with words.  Sad, maybe.  He
14  just wasn't -- he was different.  He -- he -- he -- it
15  was like he didn't enjoy life as much as before all this
16  happened, you know.
17      Q.   Was Norman ever --
18      A.   He was waiting for the shoe to drop, so they
19  say.  Something like that.
20      Q.   Yeah.
21      A.   If they did it once, they did it twice, they
22  could do it again.
23      Q.   So he continued to live in fear of being
24  arrested a third time?
25      A.   It was -- it was always on -- over his head,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB    Document 130-19    Filed 10/27/25    Page 14 of 23
PageID #: 3777
The Deposition of BRENDA GRAHAM, taken on March 15, 2024
46..49

Page 46

1  always, like a cloud following him around -- a dark
2  cloud following him around.
3     Q.  Was Norman able to go back to work after his
4  release?
5     A.  He tried.  A friend of ours has a -- he's out
6  in the industrial park in Clarksville.  I don't know.  I
7  don't remember the name of the plant, but this guy was
8  the electrical foreman and Norm -- Norm needed some
9  purpose in his life.  He'd always worked, you know, and
10 Dave, this, friend of ours, said he'd put him to work
11 driving a backhoe.  Norm's, "Okay."  You know, he was
12 used to supervision.  Even though he wasn't used to dirt
13 work.  He's used to tall structures and structural
14 steel, but you know, he'd drive a backhoe.  Well, he --
15 he couldn't do it anymore.  He kept making mistakes and
16 his boss was like, "It's okay, Norm.  It's okay.  It's
17 been a long time."  The -- the other guys were having to
18 pick up his slack and Norm, he just said, "I just -- I
19 can't do it anymore," and I think he felt less than.  He
20 really wanted to work and be productive.  He really
21 wanted to and he tried, but he couldn't.  He just
22 couldn't.
23    Q.  Brenda, when was it that Norman passed away?
24    A.  July 9, 2023, 4:30 in the morning, so they
25 said.  I found him at 6:30 in bed and he had gotten up

Page 47

1  to let the dog out and when he sat back down he just --
2  the death ticket said "natural causes".  At least he
3  died at home and not in the place.  I thank God for
4  that.  I thank God for you-all.  At least you know.  I
5  don't know if I could have taken it if he died in
6  prison.  I would have never gotten to see him again, but
7  I did get to see him again, and we got to spend some
8  time together.
9     Q.  Even though Norman wasn't the same, you did
10 get some time with him?
11    A.  Yeah.  Yes.
12    MS. ROBINSON STAPLES:  All right.  Brenda,
13 that's all the questions that I have for you at this
14 time.  Now the attorneys that are in the computer
15 may have some questions for you.
16    THE WITNESS:  Okay.
17    MS. ROBINSON STAPLES:  Jessica, do you guys
18 have any questions?
19    MS. SHOULDERS:  I've got no questions for you,
20 Ms. Graham.  Thank you.
21    THE WITNESS:  Thank you.  Who is that?
22    MS. ROBINSON STAPLES:  Amber, do you have any
23 questions?
24    MS. ARNETT:  No.  I don't have any questions.
25 Thank you, Ms. Graham, for your time.

Page 48

1     THE WITNESS:  Thank you.
2     MS. ROBINSON STAPLES:  Alex?
3     MR. WILCOX:  Nothing from me either.  Thank
4  you, ma'am, for your time today.
5     THE WITNESS:  Thank you.
6     THE VIDEOGRAPHER:  Okay.  I'm about to going to get us
7  off the record.  We're going off the record at 10:09
8  a.m.  Stand by for orders.
9     THE REPORTER:  All righty.  Ms. Staples, how
10 would you like your order today?
11    MS. ROBINSON STAPLES:  Just the transcript,
12 please.
13    THE REPORTER:  Okay.  And then Ms. Arnett, how
14 would you like your copy of the transcript?
15    MS. ARNETT:  Just the E-Tran, please.
16    THE REPORTER:  E-Tran?  Okay.  And then, Mr.
17 Wilcox?
18    MR. WILCOX:  I'll do a PDF, please.
19    THE REPORTER:  Okay.  And then, Ms. Shoulders?
20    MS. SHOULDERS:  E- Tran, please.
21    THE REPORTER:  E-Tran?  All right.
22    MS. ROBINSON STAPLES:  And I'm the same.  Just
23 E-Tran.
24    THE VIDEOGRAPHER:  And did they want video?
25    THE REPORTER:  Oh.  And did you-all on Zoom

Page 49

1  want video?
2     MS. SHOULDERS:  This is Jessica.  I don't need
3  the video.  Thank you.
4     THE REPORTER:  Okay.
5     MS. ARNETT:  This is Amber.  I don't need the
6  video either.  Thank you.
7     THE REPORTER:  Okay.
8     MR. WILCOX:  Not for me.  Thank you.
9     THE REPORTER:  All righty.  The time is 10:10
10 and we are now going off the record.
11    (DEPOSITION CONCLUDED AT 10:10 A.M. ET)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 50

1                    CERTIFICATE OF CERTIFIED REPORTER

2                         STATE OF TENNESSEE

3

4        I do hereby certify that the witness in the foregoing

5        transcript was taken on the date, and at the time and

6        place set out on the Title page here of by me after

7        first being duly sworn to testify the truth, the whole

8        truth, and nothing but the truth; and that the said

9        matter was recorded digitally by me and then reduced to

10       type written form under my direction, and constitutes a

11       true record of the transcript as taken, all to the best

12       of my skill and ability. I certify that I am not a

13       relative or employee of either counsel, and that I am

14       in no way interested financially, directly or

15       indirectly, in this action.

16

17

18

19

20

21

22       SEAN FRANKS,

23       CERTIFIED COURT REPORTER

24       LICENSE EXPIRATION DATE: 06/30/2024

25       SUBMITTED ON: 03/22/2024



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB    Document 130-19    Filed 10/27/25    Page 16 of 23
The Deposition of BRENDA FRAGAL, taken on March 15, 2024

51

**1**

**10** 11:4

**10:09** 48:7

**10:10** 49:9,11

**15th** 6:4

**1981** 16:7 17:5

**1983** 16:10,15, 19

**1:20-CV-000210-GNS** 6:12

**2**

**2000s** 20:8,15

**2003** 22:21

**2007** 24:3 28:6 32:5

**2008** 34:15

**2023** 46:24

**2024** 6:5

**22** 11:20

**3**

**30** 11:4 45:1

**30-plus** 18:6

**4**

**40** 36:9

**4:30** 46:24

**6**

**6:30** 46:25

**8**

**80** 9:22

**82** 9:22

**83** 9:22 16:11

**9**

**9** 46:24

**91** 9:24 10:25 11:1 16:12

**92** 11:1

**9:04** 6:5

**9:29** 27:2

**9:39** 27:6

**A**

**a.m.** 6:5 48:8 49:11

**absolutely** 23:14

**accurate** 8:5 10:21,23 11:5 20:9 31:22

**acted** 26:14

**address** 26:1, 2,9

**administrator** 6:8

**admissible** 7:22

**admit** 43:7

**admitting** 43:5

**adopt** 12:13

**advocate** 41:5

**affirm** 6:24

**afraid** 22:1

**ahead** 7:20 11:15 37:9

**Albro** 19:14

**Albrow** 6:21

**alec** 21:12

**Alex** 6:20 48:2

**alive** 40:6

**Alzheimers** 38:4,12

**Amber** 6:16 47:22 49:5

**Amy** 6:14 23:4 26:21 30:20 33:21 42:3

**Anger** 35:17

**angry** 34:23

**animated** 41:17,24

**Ann** 7:8

**Anna** 6:2

**answers** 8:5

**anymore** 38:6 46:15,19

**apartment** 24:10,12 25:5 27:10,25 32:2

**apologies** 16:12

**April** 11:20

**area** 32:8

**Arnett** 6:16 47:24 48:13,15 49:5

**Arnold** 15:16 28:15,16

**around-the-clock** 38:5,11

**arrest** 21:21,22 24:7 28:6 30:9 32:5 45:9

**arrested** 23:2 24:2 26:20 28:20 29:14,25 45:24

**assuming** 14:4 21:2

**attempting** 27:14

**attend** 34:17

**attorney** 32:7, 8

**attorneys** 7:15 41:4 47:14

**awaiting** 37:1

**aware** 15:17 16:16 17:4 21:20 32:17 39:1,23

**B**

**babbling** 22:18

**baby** 36:5 37:10

**back** 8:13 10:8, 14 13:1 22:1, 21,23 23:3 25:9 27:5 29:10 32:1,2,3,12,14 35:7,8,13 37:7 39:20 43:21,25 44:9,24 46:3 47:1

**backhoe** 46:11,14

**bad** 33:4,13 38:7

**ball** 12:15

**bam** 25:5

**bar** 16:23

**Barbara** 19:5

**barged** 25:8

**base** 26:3

**basically** 21:15

**beaten** 38:20 39:2

**bed** 46:25

**beer** 16:24 25:1

**began** 10:25 13:17 16:13

**begin** 7:3 14:9

**big** 13:4 23:7

**bills** 15:9

**biological** 12:4

**bit** 12:21 23:10 28:8 36:4

**bitter** 41:3

**blame** 27:16

**Bobby** 12:12, 13,20

**bond** 30:4 31:1,23,25 32:11 37:2

**book** 37:2

**boss** 14:21,22 15:13,15 28:16, 23 35:6 46:16

**bosses** 14:23

**bother** 37:5

**Bowling** 6:11

**break** 9:10,11 23:20 26:23 27:8

**breaks** 9:6

**Brenda** 6:7,8 7:8,9 15:25 22:19 27:8 32:15 44:17 46:23 47:12

**built** 13:4

**bum** 24:25

**burner** 23:3

**business** 42:13

**C**

**call** 15:22 20:22,25 28:15, 17 37:9 40:4 41:21

**called** 12:12 20:21 22:3 25:12 28:23 37:2 40:1,2

**calling** 37:5

**Calm** 28:24



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Campbell** 20:20

**cancer** 40:18, 22

**care** 38:5,6,8, 11,14 41:23 42:13 44:16

**cared** 22:12

**carefree** 42:11 45:12

**Carolina** 24:9

**Carroll** 32:20, 21

**case** 6:11 18:19 21:11,12, 14 29:13 37:14 45:5

**caught** 40:6,8

**cell** 30:15,17 39:16

**Central** 6:5

**character** 36:2

**charged** 17:14, 17

**charges** 18:7 44:6 45:7

**cheap** 24:11

**check** 28:14

**cheese** 24:20, 21

**chemo** 8:13

**children** 12:1, 2,4,7,10

**chilly** 24:21

**chin** 30:24

**cigarette** 25:1

**Clarksville** 6:6 13:19,20,22 21:8 26:2 43:25 44:3,9 46:6

**cleaners** 10:18

**cleaning** 13:1

**clear** 7:24 8:23

**close** 11:11 12:16,18,20

**closet** 27:17

**cloud** 46:1,2

**coached** 12:14

**coat** 25:15,19 27:15

**cold** 21:12 27:20

**collected** 10:11,13

**comment** 34:6

**commented** 33:25

**comments** 33:18

**communicate** 42:21

**communications** 41:10

**compose** 9:9

**computer** 7:15 47:14

**CONCLUDED** 49:11

**concrete** 30:15

**condition** 22:8

**confess** 18:9

**confusing** 34:24

**Connie** 19:9

**considered** 11:16 33:19

**contact** 36:12 37:21

**contacted** 20:16

**continued** 31:19 32:6 45:23

**convicted** 17:15 34:9 35:4

**conviction** 36:24 43:16

**cool** 10:12,13

**copy** 48:14

**correct** 11:7 16:5 27:10

**Correction** 36:15

**correctly** 26:5

**counsel** 6:12

**counting** 30:15

**County** 6:9,19 19:11

**couple** 11:17 20:14 22:14 30:3,7

**court** 6:4,10 18:21,24 32:13

**courtroom** 35:16

**covered** 39:7

**crazy** 25:21

**cre** 10:17

**crease** 10:17

**crew** 14:7

**criminal** 45:5

**crisp** 10:17

**Crotts** 15:16, 17

**crush** 10:22

**cry** 36:5

**crying** 28:22 36:4

——————

——— D ———

**dad** 12:12,17 14:12

**daddy** 12:18

**damn** 30:20

**Danville** 24:9, 10 26:13 29:15 30:3,7 31:19 32:3

**dark** 46:1

**date** 30:4

**dating** 9:25 10:25 13:18 16:13 20:12

**daughter** 12:17 14:12

**Dave** 46:10

**day** 6:4 10:15 11:6 25:23 26:17 33:12 34:19 35:11 36:20 37:7 45:9

**days** 12:13 24:16 39:18 43:1

**dead** 40:5

**Dean** 19:3,7

**death** 16:3,16, 18,22 32:16,22 33:3,7,20 47:2

**decided** 33:12

**Defeat** 36:25

**Defendant** 6:19,20

**Defendants** 6:17

**demeanor** 30:10 35:18 36:22 41:24

**Department** 21:8 36:15

**deposition** 6:7 7:9 49:11

**describe** 15:1

**desk** 45:10

**details** 17:12

**detective** 19:14,16,23

20:1

**detectives** 21:2

**determination** 7:21

**devastated** 29:6

**developed** 10:21

**diagnosed** 40:18

**died** 47:3,5

**diem** 15:7

**difference** 41:17

**difficult** 9:14

**DIRECT** 7:4

**dirt** 46:12

**disbelief** 35:17

**disciplinarian** 12:16

**district** 6:10,11 32:7

**dog** 47:1

**dogs** 24:20,21

**door** 24:24,25 25:5,7 27:17

**dots** 30:15

**draw** 44:15

**drawn** 28:2

**dream** 34:10

**dressed** 10:16

**dresser** 10:14

**drive** 35:15 46:14

**driving** 46:11

**drop** 32:22 33:12 45:18

**dropped** 44:6 45:7

**duct** 13:5



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

## E

**E-** 48:20

**E-TRAN** 48:15, 16,21,23

**early** 10:1 20:15

**easier** 43:3

**easy** 9:13

**effect** 22:19 23:13 41:13 45:4

**electrical** 46:8

**embedded** 22:9

**emotional** 9:2 34:5

**end** 37:11

**ended** 38:2

**enforcement** 21:3 23:24 27:9

**enjoy** 45:15

**entered** 27:25

**epitome** 10:12

**estate** 6:9,21

**et al** 6:9

**ethic** 15:1

**eventually** 9:24 10:24 11:18 31:22 34:14 40:4 43:1,15

**everything's** 28:19

**evidently** 22:12

**EXAMINATIO N** 7:4

**exonerated** 37:19 44:1 45:3

**exoneration** 44:4

**expect** 8:25

**explain** 23:14 29:7

**extra** 10:19

## F

**face** 35:22

**fact** 15:21 33:19

**faith** 33:22,23 42:24

**fast** 20:8 37:15

**faster** 37:16

**fear** 20:21 45:23

**fearful** 35:3 42:18 45:6

**feed** 30:18

**feel** 29:16

**feelings** 35:16

**felt** 46:19

**fierce** 35:3

**fight** 30:25 37:10

**filed** 32:16

**Files** 21:13

**finally** 8:25 34:11 40:2 44:11

**financially** 15:5

**find** 23:17 24:16

**fine** 8:20 12:19 22:19 23:18 35:6

**fire** 38:20 39:25

**fires** 40:9

**fitting** 29:18

**fixing** 24:20

**flies** 30:14

**fly** 30:16,17,19, 20

**foreman** 13:6 14:1 46:8

**forget** 22:10

**Fort** 20:20

**fortunately** 43:10,11

**forward** 20:8

**forwarding** 26:9

**found** 24:16 36:25 40:4 46:25

**Franks** 6:3

**Freeze** 27:23

**friend** 46:5,10

**friends** 9:21 10:11 28:16

**fugitive** 25:24 26:3,19

**full** 7:7

**furnished** 24:12

## G

**games** 12:15

**Garden** 6:6

**gave** 21:23 23:1

**general** 13:6

**girl** 29:23 42:15

**give** 6:25 37:11 38:14

**God** 38:1 47:3, 4

**good** 7:6 12:11,19 14:20, 21 15:2,4,8,11 22:14 23:22 28:16 32:19

36:6,20,21 41:25 45:13

**gorgeous** 10:13

**gosh** 28:21,22

**Graham** 6:7,8, 9,22 7:8 8:7,10 9:18 47:20,25

**granted** 31:23 32:10

**grateful** 38:8

**Green** 6:11

**Grisham** 37:2

**growing** 8:13

**guess** 22:6 23:3 29:18 35:2 36:7 37:8 44:2

**guilt** 43:5,7

**gun** 25:17 27:13,24

**guns** 27:11 28:1

**Guthrie** 43:23

**guy** 17:23 21:11 39:18 46:7

**guys** 24:14 46:17 47:17

## H

**hair** 8:8,12 25:21

**hair's** 8:13

**hand** 6:23

**hands** 25:9,17 28:4,5

**hang** 24:15

**happen** 22:1, 24 28:13 29:11 35:14

**happened** 20:22 34:4 40:6 44:15 45:16

**happening** 28:12 29:8 39:23

**happy** 42:1,2

**hard** 23:14

**hated** 30:14

**hauled** 25:18

**haunt** 22:2

**haunting** 22:3

**head** 8:1,17 22:9 35:24 45:25

**hear** 7:16 17:11

**heard** 16:18,24 17:3,6,12,13,20 25:3 37:3,16

**hearing** 30:4 31:2,4

**held** 23:10,11 36:15,23 39:7

**helped** 11:25 12:6

**helpers** 14:19

**Hilton** 6:6

**hisself** 41:16

**hold** 29:3

**hole** 30:18

**home** 20:20 24:18,24 26:2,3 35:15 38:4 47:3

**honestly** 29:7

**honey** 36:6

**hope** 42:21,23 43:8,9,10

**Hopkinsville** 28:18 31:17

**horrible** 22:7

**hot** 24:20

**house** 10:5

**hug** 25:18

**hung** 9:23 17:14



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 1:20-cv-00210-GNS-HBB    Document 130-19    Filed 10/27/25    Page 19 of 23
The Deposition of BRENDA CHEATHAM, taken on March 15, 2024

54

husband 9:19
45:1

hysterical
28:22

**I**

identify 6:13

imagine 22:11

immediately
28:23

impeccably
10:19

impression
10:7 26:16

incarcerated
37:23 39:2,24
40:17,22 41:11
42:20

incarceration
41:13

incident 26:20

individuals
18:20,24

industrial 46:6

initially 33:1

Inn 6:6

innocence
18:7,12,16
37:1,4,14 42:24

innocent
34:10,11 37:3,
17

intended 44:20

intention
32:16

interaction
19:1

interactions
19:23

interview
23:24

involved
12:14,15 18:19

iron 12:23

**J**

jacket 25:16
27:18

jail 30:2,7,12
31:11 36:16,19,
23 37:8

jailers 36:20

Janice 15:25
25:11

January 24:3

jealous 22:14,
15

jeans 10:16

Jessica 6:18
47:17 49:2

Joann 24:23
25:2,6

job 13:3,12,24
15:18,22,24
16:23 24:8,9,
15,16 26:7
32:2,3,4 35:7,9
38:11

jobs 13:13
20:19 24:12

John 37:2

Johnson
32:20,21

judge 7:20
32:9,10

July 46:24

jury 17:14 35:5,
12

**K**

Kaye 18:3,10
22:8,12 25:11,
12 29:21

Kaye's 16:16,
18,22 17:5,17
20:16 22:21
34:15

Keatan 19:5

Kentucky
6:11,19 25:24
31:6,9,12 32:12
36:14 43:23
44:2

kids 14:11

killed 29:21,23

killing 18:10

kind 21:11 23:3
24:24 25:10

knew 9:22
15:15 18:20,25
25:10 29:10,11
33:4 42:7 43:6
45:7,8

knocking
24:25

knot 44:12

knowing 23:12

knowledge
37:21

KSP 19:14,16
20:1

**L**

lack 42:21

lady 24:23

late 9:18

Laurin 19:11

law 21:3 23:24
25:25 26:4,6,19
27:9

lawyer 28:17
29:3 32:20
33:14,23,24
36:2 40:24

league 12:14

learn 14:24
16:21 40:13

learned 14:24
32:24 40:9

learning 17:16

leave 30:20
44:1

left 26:9 39:15

leisure 41:1

letter 41:12
44:22

letting 21:13

life 37:6 38:6
44:9 45:15 46:9

light 42:11

listened 35:23

literally 44:8

live 13:18
14:12 22:10
24:17 43:22
45:23

lived 11:25
13:19,22 24:23
43:23

livelihood 32:9

lives 35:13

living 12:17
15:4 20:9,14

local 27:9
36:15,18,23

locker 39:8

long 9:1 11:2
22:10 24:13
25:21 34:4
46:17

looked 10:9
25:21

lost 13:6

lot 7:24 10:10
12:24 13:1,9
18:15 22:12
34:23 35:8

love 36:6

loved 15:12
28:19 41:22

low 42:15

**M**

mac 24:20,21

machineries
13:5

made 22:14
23:1 25:17,24
32:17,22 33:14
34:6 39:1,22

maintain 18:7

maintained
18:12,16

make 7:21,24
8:4 9:13 15:4
31:25 33:18
41:12 43:3 45:4

making 46:15

man 25:22 37:3
42:2

March 6:5

married 11:6,
13,19,20,21

marry 44:18,23

matter 6:8

meet 9:20

mentally 41:14

mentioned
16:25 23:23
39:22

met 9:21 10:1,
8,22 13:17
16:6,15,19 42:7

mid-80s 10:2

Miller 6:17

mind 26:15
29:20

mine 34:1

minus 11:4

minute 9:9
17:20 37:19
44:17

minutes 41:21

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Missouri 38:3

mistakes 46:15

mom 38:7,11, 14

moment 18:1,4

Monday 35:7

money 24:14

morning 7:6 28:25 46:24

Morris 19:12

motels 24:13

mother 38:3

motion 32:22 33:14

move 8:7 36:1 44:8

moved 32:4 43:25 44:3

moving 38:3

murder 17:5, 18 18:14 20:16 22:21 25:11 34:15

murdering 18:3

—————

**N**

—————

names 20:4,5

natural 47:2

needed 38:5 40:24 46:8

needle's 34:1, 7

news 17:17 32:20 39:25 40:10

nice 15:10

night 29:25 37:8 45:9

nightmares 22:4

nodding 7:25

Norm 12:20 13:4,23 14:1, 10,15 15:19,20, 21,24 17:9,24 18:16 32:9,19 33:8,23 36:5 37:5 38:17 43:5 46:8,16,18

Norm's 11:13 33:14,22 46:11

Norman 6:9 9:18,20 10:7, 14,22 11:18 12:4 14:17 15:4 16:6,15,19 17:4,17 18:2,6, 9 20:9,16 21:16,23 22:21 23:25 26:6 27:14 28:1,7 29:21,25 31:8, 11,23 32:5,12, 17 33:18 34:14 36:6,12,18 37:20,21,25 38:15 39:24 40:17,20 41:6, 10 42:6,10,20 43:15 45:3,17 46:3,23 47:9

Norman's 12:21 15:1,13, 18 23:7 30:9 35:18 36:22

North 24:9 38:2,21 39:23

note 18:5

notice 32:16, 18

noticed 42:14

number 6:11

—————

**O**

—————

Oakton 31:5

object 32:23 33:15

objection 7:19

objections 7:16

observations 41:12 45:4

observe 22:20

occupation 12:22

odd 33:9

offenders 43:2

officers 21:3 27:10

older 14:11 45:12

opened 25:6 27:17 30:18

operation 13:3

opinion 33:11

order 48:10

orders 48:8

—————

**P**

—————

paid 15:9

painting 20:20

paper 25:23 26:17 42:15,17 44:25

park 46:6

paroled 43:6

part 40:7

party 9:21 10:4,5

pass 30:16

passed 11:6, 21 46:23

past 36:4

patient 14:25

PDF 48:18

peacefully 28:14

penalty 32:17, 22 33:3,7,20

pending 6:10

people 9:23 17:1,23 18:19 28:13 34:10,11, 25 37:16,17

Perfect 6:22

performance 15:18

permission 32:10

permitted 7:19

person 42:7,10

personality 23:7

personally 19:24

phone 38:17 41:11,19

phonetic 12:19

physically 13:10 23:2

pick 46:18

picked 37:14

picture 25:22

pictures 22:9

place 15:11 24:16 47:3

plaintiff 6:15

plant 46:7

plants 12:25

point 14:9 16:21 17:7 31:8 32:15 38:2,21 39:23

pointed 27:13 28:1

police 6:16 21:8 25:7 26:14

pollution 13:2

poor 29:23

portion 44:15

position 14:5

Powell 19:9

power 12:25

prejudice 45:8

present 24:7

pretty 22:7 37:15 38:12 39:20 42:10

prior 11:24 16:3,19 36:14 41:2,4

prison 18:17 34:11 36:9 37:20,23 38:19 40:3,17 41:6 42:6,22 43:3,15 44:22 47:6

proceedings 6:1 18:21,24 32:13

productive 46:20

programs 43:2

progressed 38:12

progressing 34:22

Project 37:1,4, 14 42:25

proposed 44:19,20

prosecuting 32:7

prosecution 33:9

prosecutor 32:15,21 33:19

protect 38:18, 24 39:21

proud 15:3

provider 15:8

pulled 25:16 27:11

purpose 38:15 46:9



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

put 25:8,22
27:24 36:2
46:10

putting 38:4

_____

Q

question 7:17,
20,22 8:20,23
13:8 29:5 38:13

questioned
22:20

questions
7:14,16,25
18:18 29:14
47:13,15,18,19,
23,24

quickly 37:13

quiet 30:22
39:14,15

_____

R

raise 6:23 12:1,
6

ran 14:7

re-arrested
23:25

reached 25:16
27:17

reaction 17:16
28:20 29:5,15

read 35:1,16,24
37:2,3

real 14:25
28:16 38:17

realized 17:8

reason 9:8
24:3 33:13

receive 40:21

received 40:21

recognition
36:3

record 6:13
7:7,24 8:5 24:2

27:3,4,6 48:7
49:10

reduction 30:4
31:1

referring 21:1

refute 24:3,5

Regina 19:7

register 35:4

regularly
40:25

reinvestigatin
g 21:14

rejoin 43:18

related 9:18

relationship
11:11 12:9

release 37:18
42:6 46:4

released 42:22
43:15

remain 36:12
37:21

remember
24:7 30:13 34:6
39:11,13 46:7

remind 8:3

rented 15:10
24:11

reopened
29:12

reopening
21:11,14

rephrase 8:22

reporter 6:4,
23,24 48:9,13,
16,19,21,25
49:4,7,9

resigned
30:23 42:2

resist 28:7

responsibilitie
s 35:8,10

rest 14:19

restroom 9:9

righty 48:9
49:9

riot 38:2,20
39:23 40:7,9

riots 39:22

road 12:24
13:9 14:13
41:18

roadways
13:10

robbed 38:20
39:4,5

Robinson 6:14
7:5 8:11,14,16,
19 26:22,25
27:7 47:12,17,
22 48:2,11,22

rougher 14:18

routine 41:20

rowdy 10:11

Roy 19:3

rules 7:14

run 26:17,18,19
42:16,17

running 26:6
39:16

_____

S

Sad 45:13

Sadness 35:17

safe 40:15

sat 35:21,23
47:1

saved 24:14
33:10

Scott 20:1

screen 40:1

script 35:1

Sean 6:3

searching
23:15

Security
44:14,16

seek 32:16

seeking 33:3,7

send 10:18

sense 11:10,12
45:1

sentenced
36:9

sentencing
36:3

sex 43:2

shake 35:24

sharp 10:16

she'd 24:25

Sheriff 19:11

shirt 27:21

shirts 10:18

shit 30:16

shock 29:18,19
36:7

shocked 17:19

shoe 45:18

shoes 39:8,13,
17,18,19

short 42:14

shoulders
6:18 25:20
47:19 48:19,20
49:2

show 21:12

shower 24:18,
20 25:20

shows 24:2

shut 13:2

sick 38:3,9

sides 28:3

Silfies 19:16,
24

sister's 10:5

sit 13:5 29:1

site 35:7

sitting 17:22
24:21 25:2
35:22 45:10

slack 46:18

smart 21:12

Smith 6:3,17
20:1

Social 44:13,
16

solemnly 6:24

son 12:12
14:12

sound 25:24
38:7

sounds 38:7
41:3 42:1

speak 7:17
40:20

speaking 7:18

speculate 17:1

spend 47:7

spending 37:8

spent 43:13

stairs 25:4

stand 25:8,17
36:4 48:8

Staples 6:14
7:5 8:11,14,16,
19 26:22,25
27:7 47:12,17,
22 48:2,9,11,22

starch 10:19

start 7:17
40:23

started 9:17,24
24:19 40:25

state 6:16 7:7
11:5 13:15,23
24:11 31:22
44:1



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

stated 27:11

statement 21:24 23:1

States 6:10

stay 24:13 32:8 43:3

stayed 31:19

steel 12:23 46:14

step 41:4

stepped 25:20 40:24

Steven 19:16

stomp 25:3,4

stood 35:25 36:1

stop 7:18 20:24 27:23

straight 26:12

straightforward 7:13

strange 28:11

structural 12:23 46:13

structure 13:4

structures 46:13

stuff 17:2 26:18,20 34:12 35:24 38:18 43:4

stupid 42:1

subdued 30:13 35:14 45:13

supervise 15:7

supervision 46:12

supervisor 14:15,17

supervisory 14:4

supper 24:19

supposedly 32:21

surprised 37:13

surreal 28:11

swear 6:24

sweat 27:17

———————

**T**

table 24:22 33:8 35:23

taking 38:11, 14 40:25 42:13

talk 16:24 17:3 20:23 21:15,16, 24 23:4,5 29:1 33:18,24 37:18, 19 41:17,19,20 42:5

talked 17:2 18:15 21:6 38:17

talker 23:8

talking 17:23 24:22 27:9 44:13

tall 46:13

Tanya 12:19

taught 14:14, 24

taxes 26:1

teach 14:20

television 40:1

ten 11:9 37:15 41:21

tending 16:23

Tennessee 6:7 13:20,23

tense 22:22

testified 10:24

testimony

6:25

thereof 42:21

thing 15:9 29:4 31:20 39:8

things 9:2 23:10,11 25:25 34:4,5 42:13

thinking 27:19, 20 33:11

thought 13:7 15:17,23 17:20 26:16 29:21 31:20 33:9,16 34:8,9,13 35:12 42:25

thoughts 34:21

threatened 35:15

threats 39:14

throw 25:19 35:15

ticket 47:2

tied 44:11

tight 10:17

time 6:5 9:14 10:22 11:13 12:18 13:15 14:15 16:6 18:5 19:17 20:10,12, 15 21:21 22:6 25:3 27:2,19 30:1,3,16 33:11 34:4 35:9 38:19 39:1 40:12 45:8,9,10,24 46:17 47:8,10, 14,25 48:4 49:9

times 12:16 13:23 30:3,7 44:19,21

today 6:3,4 7:14,21 9:1 24:23 48:4,10

Todd 6:9,19 19:11

toi 42:16

toilet 42:15,16

told 17:9,13 21:10 25:8 26:15 28:9,18, 24 32:9,19,21 33:8 37:10 39:13,16 41:23 43:1

tortured 29:24

trade 12:22 14:14

train 13:6

Tran 48:20

transcript 48:11,14

transcripts 35:1

transported 31:8 36:14 40:3

transporting 41:6

travel 13:14 32:10,12

traveled 13:12, 13

treatment 40:21,23 41:5,6

treatments 40:25

trial 19:20,22 20:7 22:24 28:17 34:17,21, 23 35:2,20 43:8

true 22:4 43:10

truth 7:1

type 10:14

———————

**U**

Uh-huh 14:16 22:16 29:9 40:16 43:24

Uh-uh 17:25

unclear 8:21

understand 8:21 18:23 26:5

understandable 23:18 30:6

understanding 41:5,9

United 6:10

upset 25:13

usual 41:16,25

———————

**V**

vacated 43:16

vein 34:1,7

verbally 7:25

verdict 35:16, 25

Vernon 6:21 19:14

versus 7:25

video 48:24 49:1,3,6

Virginia 24:9, 10 26:7 27:10 30:1 31:9

visit 30:2 31:11 36:18 37:25

visited 30:6 31:17 38:1

voice 7:18

voluntarily 21:18

voluntary 21:24

———————

**W**

wa 11:11

wages 15:7

wait 40:12

waiting 45:18



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

walked 36:4

walking 22:7

wanted 9:5
14:20 21:15
32:8 43:2 44:16
46:20,21

wanting 18:25
24:25

watched 24:24

watching
30:17

Wayne 19:3

wearing 39:18,
19

well-groomed
10:20

Western 6:10

when's 22:23,
24 30:1

wife 45:1

Wilcox 6:20
48:3,17,18 49:8

wild 25:22

Williams 15:25
25:11

wit 34:24

witnesses
34:25

Wonderful
15:2

word 10:12
23:15 28:11
29:13,18 41:15,
25 42:3

words 23:17
45:13

work 12:25
15:1,5 24:18
32:6,10 46:3,
10,13,20

worked 12:24
13:9,10 14:22
32:3 46:9

worker 12:23

working 14:9
20:20 31:20
45:10

works 13:5

world 15:23
33:23

worry 15:8
34:3

worse 33:5,6

worst 20:21
22:4

wrong 16:5
33:21

wrote 38:17
44:23,24

_____

**Y**

_____

yank 45:11

year-and-a-
half 11:21
44:25

years 9:22
11:4,10,22 18:6
23:1,24 29:12
36:9 37:15
43:13 44:19
45:2

you-all 11:5
16:12 47:4
48:25

_____

**Z**

_____

Zoom 7:15
48:25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com