UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| **NORMAN GRAHAM** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | **Case No.: 1:20-cv-000210-GNS** |
| | ) | |
| **TODD COUNTY, et al.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

---

**TODD COUNTY, KENTUCKY'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS**

---

Comes now, the Defendant, Todd County, Kentucky, by counsel, and in response to Plaintiff's First Set Request for Production of Documents, states as follows:

## GENERAL OBJECTIONS

These responses are made solely for the purpose of this action. Each answer or response is subject to all objections as to competence, relevance, materiality, propriety and admissibility, and any and all other objections on grounds that would require the exclusion of any statement contained herein if any request was asked of, or any statement contained herein was made by, a witness present and testifying at the time of trial.

Except for the explicit facts expressly admitted herein, no incidental or implied admissions are intended hereby. The fact that the Defendant has responded or objected to any discovery or any part thereof should not be taken as an admission that the defendant accepts or admits the existence of any facts set forth or assumed by such discovery or that such responses or objection constitutes admissible evidence. The fact that the Defendant has not responded to part or all of

any discovery is not intended and shall not be construed to be a waiver by the defendant of all or any part of any objection to any discovery propounded herein.

To the extent that any or all of the discovery calls for information which constitutes information or material prepared in anticipation of litigation or for trial or information or material covered by the work product doctrine or which constitutes information which is privileged by virtue of the attorney-client privilege, the Defendant objects to each and every such request and thus, will not supply or render any information or material protected from discovery by virtue of the work product doctrine or attorney-client privilege or any other rule, case authority, privilege or other protection.

The Defendant has not completed the investigation of the facts relating to this case, nor has it completed discovery or this action or completed preparation for trial. The following answers and responses are given without prejudice to the production of subsequently discovered facts or evidence, or the presentation of facts or theories resulting from subsequently discovered evidence, reevaluation of the existing evidence, or evaluation of the existing evidence in light of newly discovered evidence which the Defendant reserves the right to provide as supplement to these answers and responses in accordance with the Kentucky Rules of Civil Procedure.

**REQUEST NO. 24:** Any Documents relating to any written policies, procedures, training or Department communication that the Todd County Sheriff's Office had in place in 1980-1981 relating to: (a) conducting homicide investigations; (b) interrogating suspects and interviewing witnesses; (c) documenting information about alternate suspects; (d) disclosing exculpatory evidence to the Commonwealth's Attorney and/or prosecutor; (e) memorializing information about a criminal investigation in police reports and/or supplements; (f) maintaining the Investigative File, Investigative File Case Folder, and any associated inventories and logs; (g) sharing information and/or evidence with other law enforcement agencies; and (h) documenting communication with other law enforcement agencies.

**RESPONSE: Objection. This request is unduly burdensome. Further objecting, this Interrogatory seeks information neither relevant nor likely to lead to the discovery of admissible evidence. Subject to and without waiving foregoing objection, the first written policies and procedures for the Todd County Sheriff's Department were implemented by Sheriff Joey Johnson who was in office from 2011-2014. Sheriff Johnson and his administration drafted these policies and procedures. Todd County is not in possession of any responsive documents because they do not exist.**

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
Telephone: (270) 781-6500
Facsimile: (270) 782-7782
E-Mail: jshoulders@elpolaw.com


*/s/ Jessica R. Shoulders*
AARON D. SMITH
JESSICA R. SHOULDERS
*Counsel for Defendant, Todd County, Kentucky*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that she served the foregoing document upon all parties by electronic or certified mail on July 2, 2024.


*/s/ Jessica R. Shoulders*
JESSICA R. SHOULDERS