**EXHIBIT LIST**

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| 1 | 3/12/2024 | Susan Graham Deposition | |
| 2 | 1981 | '81 Trial Tr., Vol. I | GRAHAM 6401-6575 |
| 3 | 3/29/2017 | Regina Dean Deposition | GRAHAM 1144-1232 |
| 4 | 7/21/2023 | Barbara Keaton Deposition | |
| 5 | 6/12/2017 | Evidentiary Hearing Transcript | GRAHAM 3786-3861 |
| 6 | 4/24/2017 | Danny Ray Moles Hearing Transcript | |
| 7 | 7/24/2023 | Tina Rigsby Deposition | |
| 8 | 6/15/1981 | Autopsy Report | GRAHAM 2941-42 |
| 9 | 9/1/1981 | Letter | GRAHAM 2944 |
| 10 | 12/5/1980 | Sandra Graham Statement | KSP 342 |
| 11 | 8/23/2011 | Sandra Burnette Affidavit | GRAHAM 3534 |
| 12 | 11/25/1981 | Motion to Dismiss | GRAHAM 3317 |
| 13 | 1/30/2024 | Robert Miller Deposition, Vol. I | |
| 14 | | Church Investigative Report | GRAHAM 286-304 |
| 15 | 9/28/1984 | Roy Dean Search Warrant | GRAHAM 4323 |
| 16 | 10/2/1984 | Rapp Article | GRAHAM 714 |
| 17 | 8/26/1980 | Roy Dean Evaluation | GRAHAM 2461 |
| 18 | 4/25/2024 | Brad Stevenson Deposition | |
| 19 | 3/15/2024 | Brenda Graham Deposition | |
| 20 | 10/5/2017 | New Trial Order | GRAHAM 128-147 |
| 21 | 12/18/2019 | Order Dismissing | GRAHAM 239-241 |
| 22 | 7/2/2024 | Todd County Response 1st RFP | |
| 23 | 11/6/2024 | Joey Johnson Deposition | |
| 24 | 3/24/2025 | Plaintiff's Response to Todd County 1st RFP and ROG | |